**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Nita Fabre** *Plaintiff* | § | |
| **v.** | § | **CIVIL NO. : 1:19-CV-00258** |
| **Liberty Life Assurance Company of Boston** *Defendant* | § | |

**ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Nita Fabre, Plaintiff herein, complaining of Liberty Life Assurance Company of Boston, (hereinafter referred to as "Liberty Life"), and for cause of action would show:

1. Plaintiff is a resident of Austin, Travis County, Texas.

2. Defendant, Liberty Life Assurance Company of Boston, is an insurance corporation duly and legally formed under the laws of the state of New Hampshire, which is authorized to conduct and does business in the State of Texas, and may be served with citation herein by serving its registered agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

3. Jurisdiction is appropriate in this court as the matter in controversy arises under federal statutes. Plaintiff is entitled to recover under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 (ERISA), specifically including 29 U.S.C. §1132 (a)(1)(B) and 29 U.S.C. §1133. Plaintiff would show that she is a participant

in or beneficiary of an employee welfare plan, which includes an insurance policy issued by Liberty Life. Plaintiff brings this action to recover benefits, to enforce her rights under the terms of the plan, to clarify her right to future benefits under the terms of the plan, and to obtain other appropriate equitable relief.

4. In June, 2015, Plaintiff was employed by Cantene Management Company as an RN / Case Manager when she became disabled. Plaintiff underwent a lumbar fusion in 2008 and suffers from post-laminectomy syndrome and chronic pain.

5. By virtue of her employment, Plaintiff was insured for disability benefits under an insurance policy issued by Defendant to Centene Management Company and insuring Plaintiff. Plaintiff properly submitted a claim to Liberty Life, identified as Claim No. 5557206, which was initially approved, but subsequently denied effective May 9, 2017.

6. The policy at issue in this case was used in Texas and is subject to Chapter 1701 of the Texas Insurance Code. It was offered, issued, renewed, or delivered on or after February 1, 2011, and is subject to the laws of Texas. Any Discretionary Clause is void under Texas law and Liberty Life's decision to deny Plaintiff's claim is subject to *de novo* review pursuant to 28 Tex. Admin. Code § 3.1201.

7. Plaintiff properly appealed the denial of her claims to Liberty Life, but her appeal was denied on June 26, 2017. Plaintiff has exhausted all required administrative remedies available to her under the plan. All conditions precedent to this cause of action have been met or have occurred.

8. Plaintiff's long term disability contract provides benefits to Plaintiff to age 67 so long as Plaintiff continues to be disabled. Assuming a gross monthly benefit of $3,359.57,

Plaintiff's past due long term benefits to date total $73,910.54.

9. Plaintiff is entitled to recover under the civil enforcement provisions of ERISA and seeks the benefits she has been denied, clarification of her right to receive future benefits under the policy, attorney's fees and expenses incurred herein and other appropriate equitable relief.

WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and answer and that on final hearing, she have judgment against Defendant for her damages, plus pre-judgment and post-judgment legal interest, for costs of suit, for reasonable attorney's fees and expenses incurred and that Plaintiff have a clarification of her right to receive future benefits under the policy, to which she may show herself justly entitled under the attending facts and circumstances.

Respectfully submitted,

Bemis, Roach & Reed
4100 Duval Rd.,
Bldg. 1, Ste. 200
Austin, Texas 78759
(512) 454-4000
(512) 453-6335 (facsimile)
greg@brrlaw.com

By: ______________________________

GREG REED
State Bar No. 16677750