**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Nita Fabre** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL NO. : 1:19-CV-00258LY** |
| | § | |
| | § | |
| **Liberty Life Assurance** | § | |
| **Company of Boston** | § | |
| | § | |
| *Defendant* | § | |

## AGREED PROPOSED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the parties have conferred and jointly propose the attached scheduling order.

Respectfully submitted,

Bemis, Roach & Reed
4100 Duval Rd.,
Bldg. 1, Ste. 200
Austin, Texas 78759
(512) 454-4000
(512) 453-6335 (facsimile)
greg@brrlaw.com

By: /s/ Greg Reed
GREG REED
State Bar No. 16677750
*For Plaintiff*

Iwana Rademaekers
Law Office of Iwana Rademaekers, P.C.
14785 Preston Rd., Ste. 550
Dallas, Texas 75254
(214) 579-9319
(469) 444-6456 (facsimile)
iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
State Bar No. 16452560
*For Defendant*