UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NITA FABRE | § | |
| | § | |
| vs. | § | CIVIL NO: |
| | § | AU:19-CV-00258-LY |
| LIBERTY LIFE ASSURANCE COMPANY | § | |
| OF BOSTON | § | |

**ORDER SETTING INITIAL PRETRIAL CONFERENCE**

IT IS HEREBY ORDERED that the above entitled and numbered case has been set for an INITIAL PRETRIAL CONFERENCE in Chambers, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **October 21, 2019 at 3:00 PM.**

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

FURTHER, the parties are notified that at the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this **14th day of August, 2019**.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE