**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **NITA FABRE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 1:19cv00258** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**STIPULATED ADMINISTRATIVE RECORD**

Plaintiff Nita Fabre and Defendant Liberty Life Assurance Company of Boston file this Joint Submission of Stipulated Administrative Record. Plaintiff and Defendant hereby stipulate to the authenticity and admission into evidence for all purposes in this action of Exhibits 1-3 that are listed below and attached hereto.

1) Group Disability Income Policy (Liberty/Fabre 0001-0047);
2) Appeal Decision Letter Dated June 26, 2017, (Liberty/Fabre 0108-0112); and
3) Administrative Record (Liberty/Fabre 0048-0107 and 0113-1615).

SUBMITTED this 24th day of January 2020.

Respectfully submitted,

**BEMIS ROACH & REED**
4100 Duval Rd, Building I, Ste 200
Austin, Texas 78759
PH: (512) 454-4000
FX: (210) 453-6335

**BY:** /s/ Greg Reed (w/permission)
**GREG REED**
State Bar No. 16677750
Email: greg@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**

- AND -

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**BY:** /s/ Iwana Rademaekers
**IWANA RADEMAEKERS**
Texas Bar No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Greg Reed
Email: greg@brrlaw.com

January 24, 2020
Date

/s/ Iwana Rademaekers
Iwana Rademaekers