**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 5557206 Claim Last Updated 06/26/2017 Printed On 3/26/2019

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | NITA M FABRE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 5599.28 | Mode | M |
| | | Date of Hire | 06/25/2012 | | |
| | | Last Work Date | 06/17/2015 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc CASE MANAGER II

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 12/09/2015 |
| Disability Date | 06/20/2015 | Close Date | 05/10/2017 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 12/16/2046 | RTW FT / PT | |
| Ben Begin Date | 12/19/2015 | Apprv Thru Date | 05/09/2017 | Gross Ben $ | |

Diagnosis 1 Code/Desc M96.1 Postlaminectomy syndrome, not elsewhere classified

Diagnosis 2 Code/Desc G89.4 Chronic pain syndrome

Policyholder Information

Customer ID 05 - 290922 CENTENE MANAGEMENT CO - TERMED

Subsidiary 0085 SUPERIOR HEALTH PLAN

Location 00010085 SUPERIOR HEALTH PLAN

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2013

Class 01 ANY REGULAR, FT EMPLOYEE. ANY EE CLASSIFIED AS A PRN ON THE PAYROLL F

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK Pre-X 3-3

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 07/01/2012 |
| PD | 01 | STD | 01 | 06/25/2012 |

Additional Information:

EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 5354081 Claim Last Updated 12/09/2015 Printed On 3/26/2019

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | NITA M FABRE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 1292.14 | Mode | W |
| | | Date of Hire | 06/25/2012 | | |
| | | Last Work Date | 06/19/2015 | | |
| | | Federal Tax | Table | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc CASE MANAGER II

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 06/30/2015 |
| Disability Date | 06/20/2015 | Close Date | 12/19/2015 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 12/18/2015 | RTW FT / PT | |
| Ben Begin Date | 06/27/2015 | Apprv Thru Date | 12/18/2015 | Gross Ben $ | |

Diagnosis 1 Code/Desc 722.83 Postlaminect synd-lumbar

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 290922 CENTENE MANAGEMENT CO - TERMED

Subsidiary 0085 SUPERIOR HEALTH PLAN

Location 00010085 SUPERIOR HEALTH PLAN

Symb PD Numeral 01 Product STD Funding ASO Bank Y Calcs Y Cntr Eff 01/01/2013

Class 01 ANY REGULAR, FT EMPLOYEE. ANY EE CLASSIFIED AS A PRN ON THE PAYROLL F

Waiting Period: New/Mode-Current/Mode 0 | | 0 | | Days in WRKWK 5 Pre-X NC

Elimination Period: Days/Type 7 Hospital-Sickness COLA: Mode/Duration

Successive Period: Period/Mode 15 SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 07/01/2012 |
| PD | 01 | STD | 01 | 06/25/2012 |

Additional Information:

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 3474263 Claim Last Updated 06/30/2015 Printed On 3/26/2019

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | NITA FABRE | SSN | | Birth Date | |
| Address | | Salary Amount $ | | Mode | |
| | | Date of Hire | 06/25/2012 | | |
| | | Last Work Date | 05/21/2015 | | |
| | | Federal Tax | | State Tax | |
| Phone | | Phys Demands | Sedentary | | |

JobDesc

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Void | Status Reason | Data Entry Error | Received Date | 06/29/2015 |
| Disability Date | 05/22/2015 | Close Date | 05/22/2015 | Reopen Date | |
| Sick Days Left | | Max Ben Date | | RTW FT / PT | |
| Ben Begin Date | | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc

Diagnosis 2 Code/Desc

Policyholder Information

| | | |
|---|---|---|
| Customer ID | 05 - 290922 | CENTENE MANAGEMENT CO - TERMED |
| Subsidiary | 0085 | SUPERIOR HEALTH PLAN |
| Location | 00010085 | SUPERIOR HEALTH PLAN |

Symb Numeral Product STD Funding Bank Calcs Cntr Eff

Class

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK Pre-X

Elimination Period: Days/Type 0 Hospital-Sickness COLA: Mode/Duration

Successive Period: Period/Mode SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|

Additional Information:

**Note Report**

Report Clear Print Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 5557206 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**03/21/2019 11:23 AM - CLAIM Note 134**
Claim/Event/Leave: 5557206
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [03/21/2019 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**02/05/2018 2:54 PM - CLAIM Note 133**
Claim/Event/Leave: 5557206
NoteSubject : Appeal
Other Subject : P/C TO ATTY
Text: [02/05/2018 - MURRAY, KIMBERLY]REC'D CORRESPONDENCE FROM ATTY REQUESTING ANOTHER COPY OF POLICY. INDICATED NEITHER RESPONSE HAD COPY INCLUDED. CONTACTED FIRM, PARALEGAL, SAMMIE WAS NOT AVAILABLE. OBTAINED EMAIL ADDRESS TO SEND POLICY. SAMMIE@BRRLAW.COM. COPY OF POLICY SENT SECURE. ALSO LEFT VMM ADVISING EMAIL WAS BEING SENT AND ALSO REQUESTED A RESPONSE TO CONFIRM RECEIPT.

**01/05/2018 3:56 PM - LIFE Note 1**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : COPY WORK
Text: [01/05/2018 - BRETON, CINDY]EXPORTED FILE TO THUMB DRIVE AND INCLUDED POLICY..MAILED TO ATTNY

**01/04/2018 1:26 PM - CLAIM Note 132**
Claim/Event/Leave: 5557206
NoteSubject : Appeal
Other Subject : LETTER FROM ATTY
Text: [01/04/2018 - MURRAY, KIMBERLY]REC'D FAX FROM ATTORNEY STATING THE POLICY WAS NOT INCLUDED WITH THE CLAIM FILE. SENT REQUEST TO ADMIN REQUESTING THEY RE-SEND THE INFORMATION TO THE ATTORNEY. OF NOTE; OFFICE IS CLOSED TODAY DUE TO INCLEMENT WEATHER.

**10/19/2017 5:05 PM - CLAIM Note 131**
Claim/Event/Leave: 5557206
NoteSubject : Social Security
Other Subject : DCK EMAIL
Text: [10/19/2017 - FITZGERALD, JOEL]DENIED, RECON FILED

**10/09/2017 11:17 AM - OVERPMT Note 1**
Claim/Event/Leave: 5557206
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [10/09/2017 - AUSTIN-WASHBURN, ELISE]REFERRAL CLOSED. FILE CURRENTLY WITH VENDOR. IF AWARDED WILL RE-OPEN REFERRAL AND CALC OVERPAYMENT.

**07/28/2017 8:50 AM - CLAIM Note 130**
Claim/Event/Leave: 5557206
NoteSubject : Appeal
Other Subject : COPY OF FILE
Text: [07/28/2017 - MURRAY, KIMBERLY]REC'D 2ND REQ FOR COPY OF FILE. SENT TO ADMIN TO SEND BOTH STD AND LTD FILE TO CLAIMANT.

**06/27/2017 1:55 PM - CLAIM Note 129**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/27/2017 - MUELLER, JACQUELINE]RECEIVED INVOICE 607311-1 FROM R3 CONTINUUM FOR PM&R PEER REVIEW

Text: [06/27/2017 - MUELLER, JACQUELINE]RECEIVED INVOICE 607311-1 FROM R3 CONTINUUM FOR PM&R PEER REVIEW NEIL MCPHEE ON 06/26/2017. PAID INVOICE OF $4130.00 IN FULL ON 06/27/2017

**06/27/2017 9:54 AM - CLAIM Note 128**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : INVOICE
Text: [06/27/2017 - MURRAY, KIMBERLY]REC'D INVOICE FOR PEER REVIEW. REFERRED INVOICE TO ACS TO PROCESS. OK TO PAY.

**06/27/2017 9:52 AM - PHONE Note 40**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject : RE: STATUS
Text: [06/27/2017 - MURRAY, KIMBERLY]REC'D CALL FROM EE, DISCUSSED APPEAL DETERMINATION. ADVISED THERE WAS AP CONTACT. DISCUSSED R/L'S. EE DID NOT AGREE STATED THAT SHE NEEDS TO DECOMPRESS LOAD FROM HER SPINE, NOT JUST CHANGE POSITIONS. THEREFORE SHE NEEDS TO LIE DOWN. DISCUSSED FINDINGS FROM REVIEW, ETC. EE AGAIN EXPRESSED HER DISAGREEMENT. PROVIDED EMAIL ADDRESS SO THAT SHE CAN REQUEST COPY OF FILE. EE ABRUPTLY ENDED CALL.

**06/27/2017 9:37 AM - PHONE Note 39**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : RC
Text: [06/27/2017 - SERDY, KELSEY]DCM RTC TO EE AT DCM ADV QUESTION REGARDING APPEAL STATUS OR OUTCOME COULD BE BEST ANSWERED BY ARC. ASKED IF IT WOULD BE OK TO TX TO ARC MURRAY. EE ACCEPTED AND DCM TX CALL.

**06/27/2017 9:35 AM - PHONE Note 38**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject : VOICEMAIL
Text: [06/27/2017 - SERDY, KELSEY]6/26 4:53PM, - EE LEFT MSG INQUIRING ABOUT STATUS OF APPEAL.

**06/26/2017 2:07 PM - CLAIM Note 127**
Claim/Event/Leave: 5557206
NoteSubject : Appeal
Other Subject : OUT
Text: [06/26/2017 - MURRAY, KIMBERLY]MAINTAIN DENIAL BEYOND 05/09/2017. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED CLMT,

**06/06/2017 12:48 PM - CLAIM Note 126**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : COPY REQUEST
Text: [06/06/2017 - PARLIN, NICOLE]PER ARC REQUEST, ALL DOCS IN DOC LIST WERE COPIED ONTO ONE THUMB DRIVE AND MAILED TO BMI TODAY VIA UPS SECOND DAY AIR. TRACKING #: 1Z24896X0298307947

**06/06/2017 2:35 AM - CLAIM Note 125**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/5/2017 - REFERRED TO BEHAVIORAL MANAGEMENT, INC. FOR PEER REVIEW.

**06/05/2017 11:04 AM - CLAIM Note 124**
Claim/Event/Leave: 5557206
NoteSubject : Appeal
Other Subject : STATUS
Text: [06/05/2017 - MURRAY, KIMBERLY]FILE UNDER REVIEW. FILE REFERRED TO BMI FOR PEER REVIEW/PM&R, PAIN.

**05/24/2017 2:27 PM - CLAIM Note 123**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : TASK EXCEPTION
Text: [05/24/2017 - SERDY, KELSEY]SSDI STATUS EQUALS PENDING - REFER TO THE OP UNIT FOR TRACKING. REFERRED TO FRS ON 5/13/17.

**05/23/2017 9:03 AM - CLAIM Note 122**
Claim/Event/Leave: 5557206
NoteSubject : Appeal
Other Subject : IN
Text: [05/23/2017 - PILAR, SARAH]ASSIGNED TO KIM MURRAY.

**05/23/2017 2:33 AM - CLAIM Note 121**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL

Text: 5/22/2017 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**05/22/2017 2:26 PM - CLAIM Note 120**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [05/22/2017 - MILLER, PETE]AGREE WITH ARU REFERRAL. OF NOTE--DCM NOTICED THAT LDW ON CLAIM SCREEN SHOULD BE 6/19 RATHER THAN 6/17. HOWEVER THIS WOULD NOT AFFECT BENEFITS, AS DOD IS 6/20 EITHER WAY, SO JUST MAKING A NOTATION OF THIS AT THIS TIME.

**05/19/2017 4:05 PM - CLAIM Note 119**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Appeals
Other Subject :
Text: [05/19/2017 - SERDY, KELSEY]RECOMMENDING REFERRAL TO ARU. 36 Y.O.F. CASE MANAGER II. ESTABLISHED SEDENTARY OCC. DOD: 6/20/15. BBD: 12/19/15. CID: 12/18/17. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT, POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION (ABLATION OF NERVE BRANCHES), INJECTIONS & PHYSICAL THERAPY. EE HAS A SCS REPLACEMENT VIA SURGERY WITH DR. COOK ON 8/15/16. CLMT CURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. COOK (NEUROSURGEON). SHE SEES NEUROLOGIST DR. NOLAN EVERY 6 MONTHS. PM&R PEER REVIEW COMPLETED AND R/L'S FOUND TO BE WITHIN WITH IN EE'S ESTABLISHED SEDENTARY OCCUPATION. CLAIM CLOSED 5/10/17 FOR NOT TD OWN OCC. EE NOTIFED OF CLOSURE ON 5/10/17. RCVD REQUEST FOR APPEAL LETTER FROM EE AND EE CONFIRMED SHE HAD SUBMITTED EVERYTHING INTENDED FOR HER APPEAL ON 5/12. MDS REVIEW COMPLETED ON 5/19/17.

**05/19/2017 12:28 PM - MDS Note**
Claim/Leave: 5557206
Episode #: 1
Nurse Name: CURETON, LATONYA
Service #: 16411224
Service Date: 05/19/2017
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, KELSEY, SERDY
Note Type: ASSESSMENT DESCRIPTION
Text: ...CONTINUED... ADDITIONAL MEDICAL DOCUMENTATION IS INSUFFICIENT TO ALTER PRIOR R/LS RECOMMENDED BY CP REVIEWER. ADDITIONAL MEDICAL DOES NOT CONTAIN OVNS, CLINICAL EXAM FINDINGS, OR DIAGNOSTIC TESTS SHOWING A SEVERE FUNCTIONAL DECLINE OR CHANGE IN TREATMENT PLAN SINCE THE CP REVIEW. TO NOTIFY DCM OF COMPLETED NCM ASSIGNMENT.

**05/19/2017 12:28 PM - MDS Note**
Claim/Leave: 5557206
Episode #: 1
Nurse Name: CURETON, LATONYA
Service #: 16411224
Service Date: 05/19/2017
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, KELSEY, SERDY
Note Type: INFORMATION OBTAINED DESC
Text: MEDICAL RECORDS REVIEWED IN ENTIRETY. CLAIMANT REPORTS A HISTORY OF A L4-5 LUMBAR SPINAL FUSION SURGERY IN 2008 AND A SPINAL CORD STIMULATOR IMPLANT. DIAGNOSIS WAS POST LAMINECTOMY SYNDROME M96.1. CLAIMANT IS STATUS POST SPINAL CORD STIMULATOR REPLACEMENT 8/2016. SURGICAL SITE INFECTION RESULTED IN REMOVAL OF THE STIMULATOR 9/26/2016. A NEW STIMULATOR WAS IMPLANTED 12/28/16. CP FULL FILE REIVEW 5/5/2017COMPLETED BY DR. ARLEN GREEN (PM&R) SUPPORTS R/LS OF LIFTING AND CARRYING NOT MORE THAN 10 POUNDS OCCASIONALLY OR 5 POUNDS FREQUENTLY; PUSHING AND PULLING NOT MORE THAN 10 POUNDS OCCASIONALLY UP TO 1/3 OF THE DAY AND 5 POUNDS FREQUENTLY 1/3 TO 2/3 OF THE DAY; WALKING AND STANDING 2 HOURS PER DAY 10 MINUTES AT A TIME UP TO 2 HOURS IN AN 8 HOUR DAY, SITTING WITH A 10-MINUTE BREAK EVERY 2 HOURS UP TO 8 HOURS PER DAY; SQUATTING, KNEELING, AND CROUCHING OCCASIONALLY UP TO 1/3 OF THE DAY; BENDING AND TWISTING ALLOWED ON RARELY (LESS THAN 1/3 OF THE DAY); NO CLIMBING LADDERS, WORKING AT HEIGHTS,OR OPERATING HEAVY EQUIPMENT; FINGERING, HANDLING AND FEELING ALLOWED ON A CONSTANT BASIS; REACHING AT THE WAIST AND OVERHEAD ON A CONSTANT BASIS. CP REVIEWE, GREEN, OPINED THESE RESTRICTIONS ARE ONGOING AND WOULD NOT BE EXPECTED TO CHANGE SIGNIFICANTLY. PROGNOSIS FOR A RETURNING TO WORK WITHOUT RESTRICTIONS IS POOR. ADDITIONAL MEDICAL RECORDS ARE PROVIDED ON APPEAL. A LETTER BY THE CLAIMANT ADVISES OF THE PLAN OF CARE IS ONLY PAIN RELIEF AND UNCHANGED AS NO FURTHER TREATMENT IS AVAILABLE. THE CLAIMANT EXPLAINED HOW PAIN LIMITS MOBILITY AND THUS DAILY ACTIVITIES. A LETTER 5/10/17 FROM AP HIGGINBOTHAM (PAIN MANAGEMENT) ALSO EXPLAINED HOW CLAIMANT IS LIMITED WITH MOBILITY DUE TO PAIN AND REQUIRES AN AMBULATORY ASSIST DEVICE (WALKER). THE LETTER STATED CLAIMANT REMAINS SEVERELY LIMITED DUE TO LONGSTANDING CHRONIC PAIN AND IS UNABLE TO SIT FOR AN EXTENDED TIME. AP DOES NOT EXPECT SIGNIFICANT FUNCTIONAL IMPROVEMENT. ...CONTINUED...

**05/13/2017 2:33 AM - CLAIM Note 118**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO CONNOR NEBESKY.

**05/13/2017 2:33 AM - CLAIM Note 117**

**05/15/2017 2:33 AM - CLAIM Note 117**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: SS IS PENDING WITH DOHERTY, CELLA & KEANE SERVICES.

**05/12/2017 9:53 AM - CLAIM Note 116**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Managed Care
Other Subject : LA- CLOSED
Text: [05/12/2017 - SERDY, KELSEY]1) PLEASE IDENTIFY AND LIST THE CURRENT IMPAIRING DIAGNOSES, INCLUDING ANY CO-MORBIDS THAT MAY BE CONTRIBUTING TO IMPAIRMENT. PLEASE PROVIDE THE ICD-10 CODE THAT BEST CORRESPONDS TO THE PRIMARY IMPAIRING DIAGNOSIS, AND SECONDARY IMPAIRING DIAGNOSIS IF APPLICABLE. 2) DO THE TREATING PROVIDER(S) PROVIDE R&LS FOR THE CLAIMANT? IF YES, WHAT ARE THEY, AND ARE THEY REASONABLY SUPPORTED BY THE MEDICAL EVIDENCE ON FILE? IF AP IS NOT PROVIDING SPECIFIC R&LS, PLEASE CLARIFY THE RESTRICTIONS & LIMITATIONS THAT ARE REASONABLY SUPPORTED BY THE MEDICAL RECORDS ON FILE. 3) PLEASE COMMENT ON DURATION AND PROGNOSIS OF SUPPORTED R&LS

**05/12/2017 9:50 AM - PHONE Note 37**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject :
Text: [05/12/2017 - SERDY, KELSEY]CALLED EE TO NOTOFY HER THAT A LETTER WAS RCVD FROM D.R HIGGINBOTHAM AND A 2 PAGE REQUEST FOR APPEAL LETTER WAS RCVD FROM HER. EE ASKED IF DCM COULD READ HER THE LETTER DR. HIGGINBOTHAM SENT. DCM READ LETTER TO EE. EE ADVSHE WOULD LIKE TO SUBMIT APPEAL NOW, BUT THEN ASKED DCM IF SHE THOUGHT THERE WAS ANYTHING ELSE SHE SHOULD SEND IN. DCM ADV IT IS 100% UP TO EE WHAT SHE WANTS TO SUBMIT BUT ONCE THE APPEAL IS SENT IN, THAT WOULD BE THE ONE APPEAL OPPORTUNITY AS ITS NOT MULTILEVEL. EE UNDERSTOOD BUT STATED SHE HASN'T SEEN ANYONE EXCEPT DR. HIGGINBOTHAM SINCE JANUARY 2017 AND THIS IS ALL THAT SHE WOULD LIKE TO SEND IN EVEN THOUGH SHE HAS NOT YET RCVD HER CLOSURE LETTER, SHE DOESN'T THINK IT WOULD MAKE A DIFFERENCE. EE ADV IN HER LETTER SHE ALL BUT SAID SHE IS BED RIDDEN. DCM ACK AND ADV WILL SEND FOR APPEAL REVIEW. THANKED AND C/E.

**05/12/2017 9:37 AM - CLAIM Note 115**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : APPEAL REQUEST LTR
Text: [05/12/2017 - SERDY, KELSEY]REQUEST FOR APPEAL LETTER FROM EE IN DOC LIST.

**05/12/2017 9:35 AM - CLAIM Note 114**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : HIGGINBOTHAM, MD
Text: [05/12/2017 - SERDY, KELSEY]RCVD LETTER FROM DR. HIGGINBOTHAM. SEE DOC LIST.

**05/11/2017 2:32 AM - CLAIM Note 113**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF CLAIM CLOSURE HAS BEEN RECEIVED AND ASSIGNED TO NICOLE WILLRICH.

**05/11/2017 2:32 AM - CLAIM Note 112**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR CLAIM CLOSURE. COMMENTS: PLEASE STOP PAYMENTS EFFECTIVE 5/10/17.

**05/10/2017 3:50 PM - PHONE Note 36**
Claim/Event/Leave: 5557206
NoteSubject : Called Other
Other Subject : VOICEMAIL
Text: [05/10/2017 - SERDY, KELSEY]11:46AM, - EE LEFT MSG STATING SHE CALLED DR. HIGGINBOTHAMS OFFICE AND SPOKE WITH 'TIA' WHO ADV THAT THERE WAS ONLY ONE CALL DOCUMENTED FROM LIBERTY CP. THEY TOLD HER THAT THE CP SPOKE TO SCHEDULERS ON OTHER THAN ASHLEY WHO IS ON THE MEDICAL STAFF. ON 5/3 'DR. GREENS' MESSAGES REQUESTED A PEER-TO-PEER. EE WAS TOLD DR. HIGGINBOTHAM RTC THE CALL AND LEFT A VM WITH HIS DIRECT PHONE NUMBER TO C/B. STATED SHE IS WORKING ON HER REQUEST FOR APPEAL LETTER AND A STATEMENT WITH DR. HIGGINBOTHAM. SHE WILL INCLUDE THIS IN HER APPEAL BECAUSE SHE FEELS IT IS APPROPRIATE. SHE JUST WANTED TO UPDATE DCM AND ADV IF DCM HAS ANY OTHER SUGGESTIONS TO LET EE KNOW.

**05/10/2017 1:32 PM - CLAIM Note 111**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [05/10/2017 - WILLRICH, NICOLE]REFERRAL RECEIVED AND SCHEDULED PAYMENT END DATE CHANGED TO 5/9/17 AS REQUESTED BY DCM.

**05/10/2017 12:34 PM - CLAIM Note 110**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PSU
Text: [05/10/2017 - SERDY, KELSEY]SCORED REFERRAL TO PSU TO STOP PAYMENTS.

**05/10/2017 11:33 AM - PHONE Note 35**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [05/10/2017 - SERDY, KELSEY]CALLED EE TO NOTIFY OF NOT TD OWN OCC CLAIM CLOSURE. WENT OVER REVIEW, CP'S ATTEMPTS TO CONTACT DR. COOK AND DR. HIGGINBOTHAM BY PHONE, SENDING COPY OF INITIAL REVIEW TO ALL PROVIDERS AND ALLOWING 10 BUSINESS DAY TO PROVIDING ANY INFO IN DISAGREEMENT, ADDENDUM TO FIRST REVIEW AFTER DR. HIGGINBOTHAM SENT ADDITIONAL RECORD AND ADDITIONAL ATTEMPT TO CONTACT DR. HIGGINBOTHAM BY PHONE. EXPLAINED R/L'S SUPPORTED BY MEDICAL RECORDS ARE WITHIN EE'S SEDENTARY OCCUPATION, SO BECAUSE OF THIS CLAIM CANNOT BE PAID BEYOND 5/9. WENT OVER APPEAL PROCESS. EE ASKED IF DCM HAD ANY SUGGESTIONS. DCM EXPLAINED LETTER MAILING TODAY AND SUGGESTED EE WAIT TO REVIEW LETTER IN ENTIRETY AND THEN CAN REVIEW WITH APS TO DETERMINE IF THEY AGREE OR DISAGREE AND IF THEY DISAGREE THEY CAN THEN SUBMIT ADDITIONAL INFORMATION CORROBORATING WHY. EE STATED SHE PROBABLY WONT WAIT FOR LETTER AND WILL CALL DR. COOK AND DR .HIGGINBOTHAM NOW. DCM EXPLAINED APS WILL NEED TO FAX IN INFO, NOT CALL AS NOWCLAIM WOULD HAVE TO BE APPEALED AS IT IS CLOSED. EE U/S. EE ASKED FOR TURNAROUND TIME AND DCM STATED IT IS UP TO 45 DAYS ONCE ALL INFO IS SUBMITTED UNDER NORMAL CIRCUMSTANCES. EE HAD NFQ AT THIS TIME. THANKED AND C/E.

**05/10/2017 10:53 AM - CLAIM Note 109**
Claim/Event/Leave: 5557206
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [05/10/2017 - SERDY, KELSEY]MAILED NO TD OWN OCC ONGOING LETTER TO EE.

**05/09/2017 2:57 PM - CLAIM Note 108**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [05/09/2017 - MILLER, PETE]AGREE WITH CLOSURE

**05/09/2017 1:58 PM - CLAIM Note 107**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : NOT TD OWN OCC
Text: [05/09/2017 - SERDY, KELSEY]PM&R PEER REVIEW COMPLETED AND R/L'S ARE WITHIN EE'S ESTABLISHED SEDENTARY OCCUPATION. RECOMMENDING CLAIM CLOSURE FOR NOT TD OWN OCC.

**05/09/2017 1:16 PM - CLAIM Note 106**
Claim/Event/Leave: 5557206
NoteSubject : Peer Review
Other Subject : PM&R PEER ADDENDUM
Text: [05/09/2017 - SERDY, KELSEY]PM&R PEER ADDENDUM IN DOC LIST.

**05/08/2017 11:31 AM - CLAIM Note 105**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/08/2017 - MUELLER, JACQUELINE]RECEIVED INVOICE 31817056394 ON 05/08/2017 FROM MES SOLUTIONS FOR PM&R PEER REVIEW. PAID INVOICE OF $763.75 IN FULL ON 05/08/2017

**04/26/2017 2:32 AM - CLAIM Note 104**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/25/2017 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**04/25/2017 10:38 AM - CLAIM Note 103**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : MES
Text: [04/25/2017 - SERDY, KELSEY]REFERRED TO MES FOR PM&R ADDENDUM ( AS IN RESPONSE TO RAR LETTER DR. HIGGINBOTHAM PROVIDED ADDITIONAL MEDICAL RECORDS )

**04/21/2017 9:08 AM - CLAIM Note 102**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : HIGGINBOTHAM, MD
Text: [04/21/2017 - SERDY, KELSEY]RCVD MEDS DOS 8/22/13-3/28/17 FROM DR. HIGGINBOTHAM. SEE DOC LIST.

**04/12/2017 8:52 AM - CLAIM Note 101**
Claim/Event/Leave: 5557206

Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : DR. NOLAN
Text: [04/12/2017 - SERDY, KELSEY]REFAXED RVW ASSESSMENT REQ TO AP NOLAN.

**04/12/2017 8:49 AM - CLAIM Note 100**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : DR. NOLAN
Text: [04/12/2017 - SERDY, KELSEY]RCVD RESPONSE TO RAR STATING DID NOT RCVD 'ATTACHED REPORT' . SEE DOC LIST.

**04/11/2017 9:31 AM - CLAIM Note 99**
Claim/Event/Leave: 5557206
NoteSubject : Voc Rehab
Other Subject : OA
Text: [04/11/2017 - SERDY, KELSEY]COMPLETED OA REPORT IN DOC LIST.

**04/11/2017 2:32 AM - CLAIM Note 98**
Claim/Event/Leave: 5557206
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 4/10/2017-REFERRAL RECEIVED BY VCM AND ASSIGNED TO IRVIN, JENNIFER. CLAIM/AS EVENT IS PENDING REVIEW.

**04/10/2017 9:27 AM - CLAIM Note 97**
Claim/Event/Leave: 5557206
NoteSubject : Voc Rehab
Other Subject : OA
Text: [04/10/2017 - IRVIN, JENNIFER]OA REFERRAL COMPLETED AND CLOSED. REPORT AVAILABLE IN DOC LIST

**04/09/2017 12:55 PM - CLAIM Note 96**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/09/2017 - SERDY, KELSEY]VENDOR PAYMENT FOR CLAIM # 5557206 HAS BEEN ADDED AND WILL BE PROCESSED IN THE NEXT BATCH CYCLE. VENDOR PAYMENT ISSUED AS PREPAYMENT FOR DR. HIGGINBOTHAM TO RESPOND TO RAR LETTER.

**04/09/2017 12:51 PM - CLAIM Note 95**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : INVOICE
Text: [04/09/2017 - SERDY, KELSEY]RCVD INVOICE FROM DR. HIGGINBOTHAM IN REPONSE TO RAR LETTER SENT TO AP. INVOICE IN DOC LIST.

**04/08/2017 10:44 AM - CLAIM Note 94**
Claim/Event/Leave: 5557206
NoteSubject : Action Plan
Other Subject : RTW OO MAY 2017
Text: [04/08/2017 - SERDY, KELSEY]THE EE IS A 36 Y.O.F. CASE MANAGER II, A PRESUMED SEDENTARY OCC. DOD: 6/20/15. BBD: 12/19/15. CID: 12/18/17. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWOPRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LM RELATED TO HER BACK CONDITION. SHE WAS INVOLVED IN AN MVA AFTER THE 2008 FUSION, SHE REPORTS SHE WAS REAR-ENDED, BUT THAT SHE DID NOT RECEIVE ANY BENEFITS OR PAYMENTS FOR MEDICAL / LOSS WAGESFROM THIS MVA. DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION (ABLATION OF NERVE BRANCHES), INJECTIONS & PHYSICAL THERAPY. EE HAS A SCS AND RECEIVED A NEW ONE /REPLACEMENT VIA SURGERY WITH DR. COOK ON 8/15/16. CLMT CURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. COOK (NEUROSURGEON). SHE SEES NEUROLOGIST DR. NOLAN EVERY 6 MONTHS WITH NEVER VISIT SCHEDULED FOR 2/27/17. **ACTION PLAN GOAL: RTW OO APRIL 2017. PM&R REVIEW COMPLETED APRIL 2017***THIS CLAIMANT HAS THE FUNCTIONAL CAPACITY TO PERFORM FULL TIME WORK WITH THE FOLLOWING: LIFTING AND CARRYING NOT MORE THAN 10 POUNDS OCCASIONALLY OR 5 POUNDS FREQUENTLY. PUSHING AND PULLING NOT MORE THAN 10 POUNDS OCCASIONALLY AND 5 POUNDS FREQUENTLY. WALKING AND STANDING 2 HOURS PER DAY (COMBINED), 10 MINUTES AT A TIME SITTING UNRESTRICTED WITH A 10-MINUTE BREAK EVERY 1-2 HOURS UP TO 8 HOURS PER DAY.SQUATTING, KNEELING, AND CROUCHING ON AN OCCASIONAL BASIS. BENDING AND TWISTING RESTRICTED TO RARELY (LESS THAN 1/3 OF THE DAY). NO CLIMBING LADDERS AND WORKING AT HEIGHTS. NO OPERATING HEAVY EQUIPMENT. FINGERING, HANDLING AND FEELING ALLOWED ON A CONSTANT BASIS. REACHING AT THE WAIST AND OVERHEAD ON A CONSTANT BASIS. REACHING BELOW THE WAIST ON AN OCCASIONAL BASIS. THESE RESTRICTIONS ARE ONGOING AND GIVEN THE CLAIMANT S SURGICAL HISTORY WITH THE SPINAL CORD IMPLANT WOULD NOTBE EXPECTED TO CHANGE SIGNIFICANTLY. PROGNOSIS IS POOR FOR A RETURN TO WORK WITHOUT RESTRICTIONS.*** AND FILED REFERRED FOR AP. RAR LETTER SENT TO TX PROVIDERS, NOLAN, DEBEHNKE, COOK AND HIGGINBOTHAM TO PROVIDE ANY ADDITIONAL INFORMATION NOT CONSIDERED FOR PEER REVIEW- RESPONSES DUE BY 4/24.[05/09/2017 - SERDY, KELSEY].

**04/08/2017 2:30 AM - CLAIM Note 93**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 4/7/2017 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**04/07/2017 10:33 AM - PHONE Note 34**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : DEFERRED
Text: [04/07/2017 - SERDY, KELSEY]60 DAY F/U REASONABLE TO DEFER UNTIL COMPLETION OF REVIEW. WILL MAKE ALL F/U AT TIME OF REVIEW COMPLETION.

**04/07/2017 10:31 AM - CLAIM Note 92**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : MULTIPLE
Text: [04/07/2017 - SERDY, KELSEY]FAXED REVIEW ASSESSMENT REPORTS LETTERS TO DR. NOLAN, DR. DEBEHNKE, DR. COOK AND DR. HIGGINBOTHAM- RESPONSE DUE BY 4/24 IF DISAGREES.

**04/07/2017 8:40 AM - CLAIM Note 91**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Voc Rehab
Other Subject : OA
Text: [04/07/2017 - SERDY, KELSEY]REFERRED FOR OA.

**04/07/2017 8:26 AM - CLAIM Note 90**
Claim/Event/Leave: 5557206
NoteSubject : Peer Review
Other Subject : PM&R
Text: [04/07/2017 - SERDY, KELSEY]COMPLETED PM&R PEER REVIEW IN DOC LIST.

**04/07/2017 8:25 AM - CLAIM Note 89**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/07/2017 - SERDY, KELSEY]ISSUED VENDOR PAYMENT FOR INVOICE #: 31817041459 FOR PM&R PEER REVIEW TO MES SOLUTIONS FOR $1116.25 ON 4/7/17.

**03/28/2017 4:29 AM - CLAIM Note 88**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/27/2017 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**03/27/2017 2:05 PM - CLAIM Note 87**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : MES
Text: [03/27/2017 - SERDY, KELSEY]REFERRED TO MES FOR PM&R PEER REVIEW.

**03/22/2017 2:22 PM - CLAIM Note 86**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : SPINE & NEURO SX
Text: [03/22/2017 - TRIANO, KELLI]RECORDS REC'D FROM SPINE & NEUROSX DATED 11/3/16- 1/12/17

**03/16/2017 11:49 AM - CLAIM Note 85**
Claim/Event/Leave: 5557206
NoteSubject : Medical Status
Other Subject : RELEASEPOINT
Text: [03/16/2017 - SERDY, KELSEY]SPINE & NEUROSURGERY SPECIALISTS/DR. COOK- DATE: 03/15/2017 08:44 PM CONTACT: NOTE: INVOICE RECEIVED VIA FAX, ROUTED TO INVOICE - STAGE FILE WAS IN PROCESS

**03/10/2017 9:09 AM - CLAIM Note 84**
Claim/Event/Leave: 5557206
NoteSubject : Action Plan
Other Subject : RTW OO MARCH 2017
Text: [03/10/2017 - SERDY, KELSEY]THE EE IS A 36 Y.O.F. CASE MANAGER II, A PRESUMED SEDENTARY OCC. DOD: 6/20/15. BBD: 12/19/15. CID: 12/18/17. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWOPRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LM RELATED TO HER BACK CONDITION. SHE WAS INVOLVED IN AN MVA AFTER THE 2008 FUSION, SHE REPORTS SHE WAS REAR-ENDED, BUT THAT SHE DID NOT RECEIVE ANY BENEFITS OR PAYMENTS FOR MEDICAL / LOSS WAGESFROM THIS MVA. DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION (ABLATION OF NERVE BRANCHES), INJECTIONS & PHYSICAL THERAPY. EE HAS A SCS AND RECEIVED A NEW ONE /REPLACEMENT VIA SURGERY WITH DR. COOK ON 8/15/16. CLMT CURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. COOK (NEUROSURGEON). SHE SEES NEUROLOGIST DR. NOLAN EVERY 6 MONTHS WITH NEVER VISIT SCHEDULED FOR 2/27/17. **ACTION PLAN GOAL: RTW OO MARCH 2017. **STEPS: UPDATED MEDICAL RECORDS HAVE BEEN REQUESTED AND WILL CONSIDER PM&R OR NEUROSURGERY FFR ONCE RCVD TO CLARIFY SPECIFIC R/LS,PROGNOSIS, AND DURATION OF R/LS. SSDI IS STILL PENDING WITH DCK ASSISTANCE.

**03/09/2017 9:08 AM - CLAIM Note 83**
Claim/Event/Leave: 5557206
NoteSubject : Medical Status
Other Subject : RELEASEPOINT
Text: [03/09/2017 - SERDY, KELSEY]SPINE & NEUROSURGERY SPECIALISTS / DR. COOK- DATE: 03/08/2017 03:01 PM CONTACT: NOTE: REQUEST AND AUTHORIZATION FAXED TO PROVIDER REGULAR AUTHO INCLUDED FAX SUCCESSFUL TO (512) 835-8101 CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST

**03/03/2017 8:21 AM - CLAIM Note 82**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : NOLAN, MD
Text: [03/03/2017 - SERDY, KELSEY]RCV'D MEDS DOS 2/27/17 FROM DR. NOLAN. SEE DOC LIST.

**02/28/2017 2:13 PM - CLAIM Note 81**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : DR. NOLAN
Text: [02/28/2017 - SERDY, KELSEY]VIA RELEASEPOINT REQUESTED MEDS 2/27/17-PRESENT FORM DR. NOLAN.[02/28/2017 - SERDY, KELSEY]TRANSACTION ID IS: 52544590.

**02/28/2017 2:08 PM - CLAIM Note 80**
Claim/Event/Leave: 5557206
NoteSubject : LTR to EE
Other Subject : NP EXT DL 3/25
Text: [02/28/2017 - SERDY, KELSEY]MAILED NOTICE AND PROOF EXTENSION LETTER TO EE. DEADLINE IS 3/25.

**02/27/2017 10:34 AM - CLAIM Note 79**
Claim/Event/Leave: 5557206
NoteSubject : Medical Status
Other Subject : RELEASEPOINT
Text: [02/27/2017 - SERDY, KELSEY]REQUEST RP REOPEN REQUEST FOR MEDS 11/1/16-PRESENT FROM DR. COOKE/SPINE & NEUROSURGERY SPECIALISTS - AUTHORIZATION UPLOADED.

**02/27/2017 10:29 AM - CLAIM Note 78**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : AUITHORIZATIONS
Text: [02/27/2017 - SERDY, KELSEY]RCVD UPDATED LIBERTY AUTH AND AP SPECIFIC AUTH FOR DR COOK. SEE DOC LIST.

**02/27/2017 10:24 AM - PHONE Note 33**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject : VOICEMAIL
Text: [02/27/2017 - SERDY, KELSEY]2/24 2:39PM, EE LEFT MSG ADV SHE HAS BEEN TRYING ALL WEEK TO FAX DOC TO DCM AND HAS FINALLY GOTTEN IT TO GO THROUGH.

**02/17/2017 10:02 AM - CLAIM Note 77**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject :
Text: [02/17/2017 - WRIGHT, PATRICIA]INVOICE RECEIVED ON 02/01/17 FROM HEALTHPORT. INVOICE #:705618. AMOUNT: $85.00. RECORDS FROM RELEASE POINT. RECORDS DATED: 01/01/2017 - 01/31/2017. INVOICE PAID.

**02/09/2017 4:24 PM - PHONE Note 32**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject :
Text: [02/09/2017 - SERDY, KELSEY]CALLED EE FOR DAY 30 F/U. EE JUST FOUND DR. COOKS NEEDED AUTH, SHE COMPLETED ON THE PHONE WITH DCM AND WILL FAX ASAP. HER GOAL IS BY THE END OF THE WEEKEND AS SOMEONE WILL NEED TO HELP HER. SHE HAS A FAX MACHINE AT HOME BUT ISN'T ABLE TO BEND DOWN TO USE IT. EE ADV SHE IS HAVING SO MUCH TROUBLE FINDING PROVIDERS WHO WILL ACCEPT HER NEW INSURANCE. DR. HIGGENBOTHAM WILL NOT. SHE IS WAITING TO HEAR BACK ON A NVO DATE WITH DR. COOK AND SEES DR. NOLAN ON 2/27. SHE STATES THEY DID TURN ON THE STIMULATOR AND IT DOES SEEM TO BE HELPING A SMALL AMOUNT. SHE STATES SHE REALLY JUST WANTS TO GET BACK TO WORK. THANKED EE FOR UPDATE. C/E.

**01/27/2017 9:27 AM - CLAIM Note 76**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : DEBEHNKE, MD
Text: [01/27/2017 - SERDY, KELSEY]RCV'D MEDS DOS 12/22/16 FROM DR. DEBEHNKE. SEE DOC LIST.

**01/25/2017 2:06 PM - CLAIM Note 75**
Claim/Event/Leave: 5557206
NoteSubject : Medical Status
Other Subject : RELEASEPOINT
Text: [01/25/2017 - SERDY, KELSEY]DAY 15 AUSTIN DIAGNOSTIC CLINIC/DR. DEBEHNKE - IN PROCESS. DATE: 01/24/2017

Text: [01/25/2017 - SERDY, KELSEY]DAY 15- AUSTIN DIAGNOSTIC CLINIC/DR. DEBEHNKE - IN PROCESS- DATE: 01/24/2017 05:47 PM CONTACT: NOTE: LEFT VOICEMAIL ** I CALLED 15129014153 TO FOLLOW UP ON THE STATUS OF OUR REQUEST BUT I GOT ROUTED TO THE VOICEMAIL I LEFT PATIENT'S NAME, DOB, RP NUMBER AND OUR PHONE NUMBER I ALSO ASKED IF THEY REQUIRE PREPAYMENT AND WHAT IS THE USUAL TURNAROUND TIME.[01/25/2017 - SERDY, KELSEY]SPINE & NEUROSURGERY SPECIALISTS/ DR. COOK- SUSPENDED- AP SPECIFIC AUTH IS NEEDED. AUTH WAS MAILED TO EE ON 1/4 AND ON 1/11.

**01/24/2017 9:43 AM - CLAIM Note 74**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : HIGGINBOTHAM, MD
Text: [01/24/2017 - SERDY, KELSEY]RCV'D DUPLICATE MEDS DOS 12/12/16- 12/23/16 FROM DR. HIGGINBOTHAM. SEE DOC LIST.

**01/23/2017 12:11 PM - CLAIM Note 73**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : HIGGINBOTHAM, MD
Text: [01/23/2017 - SERDY, KELSEY]RCVD MEDS DOS 11/11/16- 12/23/16 FROM DR. HIGGINBOTHAM AT PAIN MGT CONSULTANTS. SEE DOC LIST.

**01/11/2017 9:33 AM - PHONE Note 31**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject :
Text: [01/11/2017 - SERDY, KELSEY]CALLED EE AT (512) . NO ANSWER, LEFT MSG ADV UPDATED RECORDS ARE NEEDED FRM DR. COOK, DR. HIGGINBOTHAM AND DR. DEBEHKNE. ADV DR. COOK IS REQUIRING A SPECIFIC AUTH AND THAT COPY WAS EMAILED AND MAILED TO EE. ADV OFNP DL 2/24.

**01/11/2017 9:29 AM - CLAIM Note 72**
Claim/Event/Leave: 5557206
NoteSubject : LTR to EE
Other Subject : NP DL 2/24
Text: [01/11/2017 - SERDY, KELSEY]MAILED NP LETTER TO EE FOR ALL MEDS 11/1/16-PRESENT WITH DR. COOK SPECIFIC AUTH AND LIBERTY AUTH- DL 2/24.

**01/11/2017 9:18 AM - CLAIM Note 71**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : MULTIPLE
Text: [01/11/2017 - SERDY, KELSEY]VIA RELEASEPOINT REQUESTED MEDS 12/2/16-PRESENT FROM DR. DEBEHNKE AND MEDS 12/12/16-PRESENT FROM DR. HIGGINBOTHAM/PM CONSULTANTS. NEED MEDS FROM DR. COOKE BUT SPECIFIC AUTH IS NEEDED AND HAS BEEN SENT TO EE.[01/11/2017 - SERDY, KELSEY]TRANSACTION ID IS: 52515816

**01/06/2017 3:40 PM - CLAIM Note 70**
Claim/Event/Leave: 5557206
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2017
Text: [01/06/2017 - SERDY, KELSEY]THE EE IS A 36 Y.O.F. CASE MANAGER II, A PRESUMED SEDENTARY OCC. DOD: 6/20/15. BBD: 12/19/15. CID: 12/18/17. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWOPRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LM RELATED TO HER BACK CONDITION. SHE WAS INVOLVED IN AN MVA AFTER THE 2008 FUSION, SHE REPORTS SHE WAS REAR-ENDED, BUT THAT SHE DID NOT RECEIVE ANY BENEFITS OR PAYMENTS FOR MEDICAL / LOSS WAGESFROM THIS MVA. DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION (ABLATION OF NERVE BRANCHES), INJECTIONS & PHYSICAL THERAPY. EE HAS A SCS AND RECEIVED A NEW ONE /REPLACEMENT VIA SURGERY WITH DR. COOK ON 8/15/16. CLMT CURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. COOK (NEUROSURGEON). SHE SEES NEUROLOGIST DR. NOLAN EVERY 6 MONTHS WITH NEVER VISIT SCHEDULED FOR 2/27/17. **ACTION PLAN GOAL: RTW OO FEB 2017. **STEPS: ADCM PLANS TO OBTAIN UPDATED MEDICAL INFORMATION FROM ALL PROVIDERS AND WILL CONSIDER PM&R OR NEUROSURGERY FFR AT THAT TIME TO CLARIFY SPECIFIC R/LS,PROGNOSIS, AND DURATION OF R/LS. SSDI IS STILLPENDING WITH DCK ASSISTANCE.

**01/04/2017 9:40 AM - CLAIM Note 69**
Claim/Event/Leave: 5557206
NoteSubject : Medical Status
Other Subject : RELEASEPOINT
Text: [01/04/2017 - SERDY, KELSEY]SPINE & NEUROSURGERY SPECIALISTS ( DR. COOK) - FACILITY HAS SPECIFIC AUTHO REQUIREMENTS. EMAILED AND MAILED SPECIFIC AUTH TO EE.

**12/23/2016 12:25 PM - CLAIM Note 68**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : TASK EXCEPTION
Text: [12/23/2016 - SERDY, KELSEY]FOLLOW UP ON SS STATUS-EMAILED DCK FOR STATUS.

**12/21/2016 4:31 PM - PHONE Note 30**
Claim/Event/Leave: 5557206

NoteSubject : Called EE
Other Subject :
Text: [12/21/2016 - SERDY, KELSEY]CALLED EE FOR 60 DAY UPDATES. EE HAD AN MRI TODAY (12/21) IN PREPARATION TO HAVE SX ON 12/28 ( HAVING SPINAL CORD STIMULATOR PUT BACK IN) WITH DR. COOK. SHE STATED THE OLD ONE WAS TAKEN OUT AT THE END OF SEPTETMBER, SHE WAS IN THE HX FROM 9/26-9/20 ANF FINISHED THE IV ANTIBIOTICS AND HAD THE PIC LINE REMOVED ON 11/11. SHE HAS NOTICED SHES BEEN HAVING LESS SPASMS SINCE IT WAS REMOVED. SHE SAW RADIOLOGIST TODAT AT PREFERRED IMAGING AT 711 WEST 38TH ST, SUITE B1, AUSTIN,TX 78705 (P) 512-420-0000. SHE HAD AN ESI ON 12/12 WITH DR. HIGGENBOTTON AT L5. IT WAS REALLY WORKING WELL, BUT THEN SHE CAME DOWN WITH BRONCHITIS OVERNIGHT AND ALL THE COUGHING HAS CAUSED A LOT OF PAIN IN HER BACK. SHE WILL HAVE A SECOND ESI ON 12/23. SHE WILL HAVE HER ANNUAL PHYSICAL WITH HER PRIMARY CARE AP- DR. DEBEHNKE ON 12/22. SHE STATES SHE WAS REFERRED TO SEE A PSYCHIATRIST BY DR. NOLAN BUT SINCE ITS THE END OF YEAR SCHEDULING WAS DIFFICULT AND SWILL HAVE NEW INSURANCE IN 2017 SO INSTEAD OF ESTABLISHING A RELATIONSHIP WITH A NEW PROVIDER SHE WILL WAIT TO SEE WHO HER NEW INSURANCE WILL COVER AND THEN MAKE THE APPT. SHE STATED THAT BECAUSE HER INSURANCE WILL BE CHANGING SHE DOESN'T KNOW WHO SHE WILL STILL BE ABLE TO SEE BUT WILL KEEP DCM UPDATED WITH ANY AP CHANGES OR NEW APS. EE STATES ALSO STATED SHE USUALLY USES A WALKER BUT SOMETIMES FEELS OK ENOUGH TO USE A CANE. DCM THANKED EE FOR UPDATE AND ADV AFTER HER PROCEDURE WILL REACH OUT TO ALL PROVIDERS FOR UPDATED RECORDS AND EE WILL RCV A LETTER AT THAT TIME LETTING HER KNOW. SHE U/S AND HAD NQ. THANKED AND C/E.

**11/29/2016 10:58 AM - CLAIM Note 67**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : DR. COOK
Text: [11/29/2016 - SERDY, KELSEY]REQUESTED MEDS DOS 11/11/6-PRESENT FROM DR COOK ( SPINE & NEUROSURGERY SPECIALISTS)[11/29/2016 - SERDY, KELSEY]TRANSACTION ID IS: 52494687

**11/21/2016 6:02 PM - CLAIM Note 66**
Claim/Event/Leave: 5557206
NoteSubject : Action Plan
Other Subject : RTW OO JAN 2017
Text: [11/21/2016 - SERDY, KELSEY]THE EE IS A 36 Y.O.F. CASE MANAGER II, A PRESUMED SEDENTARY OCC. DOD: 6/20/15. BBD: 12/19/15. CID: 12/18/17. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWOPRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LM RELATED TO HER BACK CONDITION. SHE WAS INVOLVED IN AN MVA AFTER THE 2008 FUSION, SHE REPORTS SHE WAS REAR-ENDED, BUT THAT SHE DID NOT RECEIVE ANY BENEFITS OR PAYMENTS FOR MEDICAL / LOSS WAGESFROM THIS MVA. DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION (ABLATION OF NERVE BRANCHES), INJECTIONS & PHYSICAL THERAPY. EE HAS A SCS AND RECEIVED A NEW ONE /REPLACEMENT VIA SURGERY WITH DR. COOK ON 8/15/16. CLMT CURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. COOK (NEUROSURGEON). SHE SEES NEUROLOGIST DR. NOLAN EVERY 6 MONTHS WITH NEVER VISIT SCHEDULED FOR2/27/17. **ACTION PLAN GOAL: RTW OO JAN 2017. **STEPS: ADCM PLANS TO OBTAIN UPDATED MEDICAL INFORMATION IF AVAILABLE IN NOVEMBER AFTER THE NEXT CLAIMANT UPDATE CALL AND WILL CONSIDER PM&R OR NEUROSURGERY FFR AT THAT TIME TO CLARIFY SPECIFIC R/LS,PROGNOSIS, AND DURATION OF R/LS. SSDI IS STILL PENDING WITH DCK ASSISTANCE.

**11/21/2016 5:59 PM - CLAIM Note 65**
Claim/Event/Leave: 5557206
NoteSubject : LTR to EE
Other Subject : CHANGE IN DCM
Text: [11/21/2016 - SERDY, KELSEY]MAILED CHANGE IN DCM LETTER TO EE.

**11/21/2016 5:58 PM - CLAIM Note 64**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : REASSIGNED
Text: [11/21/2016 - SERDY, KELSEY]CLAIM REASSIGNED TO DCM SERDY.

**11/16/2016 12:44 PM - CLAIM Note 63**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject :
Text: [11/16/2016 - SERDY, KELSEY]RCV'D MCL SIGNED BY DR. HIGGINBOTHAM DATED 11/11/16 ( OOW AT LEAST 6 MORE MONTHS) AND PROGRESS NOTES DOS 10/3/16 AND 11/11/16. SEE DOC LIST.

**11/11/2016 1:38 PM - PHONE Note 29**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject :
Text: [11/11/2016 - FITZGERALD, JOEL]EE HAS F/U WITH DR. COOK ON 11/22/16. OFV W/ DR. HIGGINBOTHAM - 11/11/16. THANKED, PC ENDED.

**10/25/2016 10:49 AM - PHONE Note 28**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject : UPDATES
Text: [10/25/2016 - FITZGERALD, JOEL]EE CALLED FOR UPDATES. SHE SAYS A LOT HAS HAPPENED SINCE THE 9/14/16 UPDATE SHE PROVIDED. SHE HAD ESI SCHEDULED FOR 9/16/16 AND THEY WERE IN PROCESS OF DOING HER SEDATION AND DR. HIGGANBOTHAM SAW PUFFINESS OVER NEW STIMULATOR SITE AND HE DRAINED 20ML OF PURULENT FLUID

AND DR. HIGGANBOTHAM SAW PUFFINESS OVER NEW STIMULATOR SITE AND HE DRAINED 20ML OF PURULENT FLUID FROM THE SITE AND TOOK A CULTURE AND WAS NOT ABLE TO DO THE ESI. SHE SAW DR. COOK ON 9/22/16 AND LABS WERE POSITIVE FOR STAPH (SUSCEPTIBLE, NOR A RESISTANT STRAIN). OUTPATIENT SURGERY ON 9/26/16 TOREMOVE THE GENERATOR. SHE POINTED OUT SHE COULD ACTUALLY FEEL THE WIRE THAT GOES FROM HER GENERATOR TO THE STIMULATOR AND NORMALLY SHE CAN'T, INDICATING INFLAMMATION. THEY ENDED UP REMOVING THE ENTIRE SYSTEM OUT, 2 INCISIONS TO REMOVE GENERATOR, LEADS & SCS AND SENT FOR PATHOLOGY. THEY HAVE NOW DONE MRI OF LUMBAR AND THORACIC SPINE ON 9/27/16. DR. COOK CONSULTED AN INFECTIOUS DISEASE DOCTOR. HAZINESS OF THORACIC SPINE COULD BE INFECTION OR COULD BE POST-OP INFECTION. HER PAIN HAS BEEN CRAZY BAD WITHOUT THE STIMULATOR. SHE WAS D/C 9/30/16 (5 DAYS HOSPITALIZED). THEY PUT A PICC LINE IN HER AND SHE'S BEEN ON IV ANTIBIOTICS. PLAN IS 6 WEEKS OF ANCEF EVERY 8 HOURS THROUGH PICC LINE. SHE F/U WITH DR. HIGGANBOTHAM ON 10/3/16. THEY INCREASED HER PAIN MEDICATIONS (DILAUDID 2MG FOR BREAKTHROUGH PAIN). WORRIED ABOUT INCREASING HER FENTANYL BECAUSE WHEN THEY PUT NEW SYSTEM IN THEY'D HAVE TROUBLE GETTING HER PAIN UNDER CONTROL. SHE HAS HOME HEALTH COMING REGULARLY TO CHECK IV ANTIBIOTICS, FLUSH PORT, AND CHANGE BANDAGES, ETC. SHE HAS TROUBLE GETTING OUT OF BED: SHE CAN MANAGE TO GO TO THE BATHROOM BUT IF SHE HAS TO GO TO THE KITCHEN, SHE CANNOT DO THAT. SHE'S ALSO BEEN HAVING HEADACHES DUE TO SO MUCH / CONSTANT PAIN. SHE'S HAD 2 WEEK POST-OP F/U WITH DR. COOK AND INCISIONS LOOK OKAY. NO MORE REDNESS / PUFFINESS. SHE JUST GOT A CALL FROM DR. COOK'S OFFICE ABOUT HER NEXT OFV, SCHEDULED FOR 11/3/16. THEY GOT CALL FROM INF DISEASE AP DR. KAHN THAT HER STIMULATOR WAS INFECTED. SHE'S WORKING ON SCHEDULING AN APPOINTMENT WITH HIM. DR. COOK WANTS EE TO SEE HIM PRIOR TO THE 11/3/16 OFV BUT EE CLAIMS HE'S A HOSPITALIST AND ONLY SEES PATIENTS IN A CLINIC ONCE EVERY 2 WEEKS IT MAY BE DIFFICULT TO GET THAT SCHEDULED. THE PLAN PRIOR TO THIS COMPLICATION HAPPENING WAS TO DO A NEVRO/NEVRIL TRIAL STARTING IN NOVEMBER TO SEE IF THAT SYSTEM WOULD WORK FOR HER, THAT WOULD STAY IN 5-7 DAYS BUT EE HAS TO GET THAT SET UP WITH DR. HIGGANBOTHAM. AUTHORIZATION WAS JUST SUBMITTEDTO HEALTH INSURANCE ON 10/17/16 FOR THAT TRIAL / SYSTEM AND THEY HAVEN'T HEARD ANYTHING BACK. IF THAT TRIAL DOESN'T WORK SHE WOULD GO BACK TO EITHER THE SAME SCS SYSTEM OR TRY ANOTHER KIND OF SCS BUT NOT SURE YET. SHE IS ALSO MONITORING PEASIZE BUMPON SIDE OF TRACHEA THAT HAS INCREASED FROM SIZE OF PEA TO SIZE OF SMALL GRAPE AND STARTED HURTING. SHE'S GOING TO SEE A DERMATOLOGIST WHO CUT IT OUT AND DID BIOPSY AND IT WAS A CYST AND SHE HAS STITCHES IN SIDE OF NECK FOR THAT.[10/25/2016 - FITZGERALD, JOEL]PSYCH: EE SAW DR. NOLAN A MONTH AGO AND IS SUPPOSED TO SEE HIM 6 MONTHS FROM NOW.[10/25/2016 - FITZGERALD, JOEL]EE REFERRED BY DR. NOLAN TO PSYCHIATRIST WHEN LAST SEEN BUT THAT IS VERY LOW ON HER LIST OF PRIORITIES BECAUSE OF HER CURRENT TREATMENT. ACK THANKED & PC ENDED.

**10/20/2016 4:53 PM - CLAIM Note 62**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : CLM REVIEW
Text: [10/20/2016 - MILLER, PETE]AGREE WITH CASE MGT

**10/19/2016 8:52 AM - CLAIM Note 61**
Claim/Event/Leave: 5557206
NoteSubject : Restrictions/Limitations
Other Subject : DR. COOK (NEUROSX)
Text: [10/19/2016 - FITZGERALD, JOEL]RCVD MCL RESPONSE DATED 10/14/16 BUT NO RECORDS. AP COOK IS TOTALLY RESTRICTING CLMT FROM WORK WITH DURATION TBD, SUPPORTED AT LEAST THRU NEXT APPT ON 11/3/16. PATIENT UNABLE TO PERFORM BENDING, LIFTING, TWISTING, ORANY EXERTED ACTIVITY THAT MAY PREVENT THE HEALING PROCESS POST-OPERATIVELY.

**10/10/2016 10:31 AM - CLAIM Note 60**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : DR. COOK
Text: [10/10/2016 - FITZGERALD, JOEL]FAXED SUBSEQUENT MED REQUEST LTR TO AP COOK

**10/10/2016 10:21 AM - CLAIM Note 59**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : DEBENKE / NOLAN
Text: [10/10/2016 - FITZGERALD, JOEL]RCVD RECORDS DATED 6/16/16 THRU 8/26/16 FROM PCP & NEUROLOGIST

**10/04/2016 9:58 AM - CLAIM Note 58**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : INVOICE
Text: [10/04/2016 - FITZGERALD, JOEL]RCVD & PAID THE $33.50 INVOICE DATED 9/27/16 TO HEALTHPORT ON BEHALF OF THE AUSTIN DIAGNOSTIC CLINIC.

**09/15/2016 5:16 PM - CLAIM Note 57**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : HIGGANBOTHAM
Text: [09/15/2016 - FITZGERALD, JOEL]RCVD RECORDS IN 3 PARTS / FAXES. PART ONE: OVNS DATED 11/6/15 THRU 8/1/16. PART TWO: OVNS DATED 4/15/14 THRU 10/9/15. PART THREE: OVNS DATED 8/22/13 THRU 3/18/14; DIAGNOSTIC REPORTS DATED 9/6/12 THRU 6/29/16; AND PROCEDURE REPORTS DATED 10/9/13 THRU 8/14/15.

**09/14/2016 2:10 PM - PHONE Note 27**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject :

Text: [09/14/2016 - FITZGERALD, JOEL]EE CALLED AND SEES SHE MISSED A CALL FROM ADCM. ADV HER WE RCVD RECORDS FROM DR. BURNETTE THAT WE HAD REQUESTED. ADV HER THAT WE DID NOT REQUEST SPECIFICALLY FOR OFFICE VISITS / EVALS WITH HER APS. WE SENT MCL ASKING FOR IF THEY ARE ENDORSING R/LS FOR HER AND IF SO, WHAT CAPACITY LEVEL ARE THEY SUGGESTING. ADV OF 45 DAY DL OF 10/21/16 FOR MCLS AND MEDICAL RECORDS. WE PUT A 2 WEEK DEADLINE ON THE REQUESTS TO THE PHYSICIANS IN AN ATTEMPT TO GET THE RECORDS IN ATIMELY MANNER. SHE ACK UNDERSTANDING. SHE WILL HAVE THEM SEND RECORDS SEPARATELY AND FILL OUT / COMPLETE MCL FORM WHEN SHE GOES TO DR. HIGGANBOTHOM FOR OFV NEXT. NFQS, PC ENDED.[09/14/2016 - FITZGERALD, JOEL]SHE ADV DR. HIGGANBOTHOM HAS MULTIPLEESI AND TPI PLANNED TO ADDRESS HER CONCERNS / PAIN.[09/14/2016 - FITZGERALD, JOEL]SHE IS CHANGING HER APPOINTMENT WITH 9/21/16 WITH DR. HIGGANBOTHAM'S PA BACK TO 10/3/16 SO SHE CAN SEE DR. HIGGANBOTHAM DIRECTLY.

**09/14/2016 2:06 PM - PHONE Note 26**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : RTC
Text: [09/14/2016 - FITZGERALD, JOEL]RTC PLACED TO CLMT AT PH# NO ANSWER. UTC. VM BOX FULL.

**09/14/2016 2:05 PM - PHONE Note 25**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject : VOICEMAIL
Text: [09/14/2016 - FITZGERALD, JOEL]RCVD VM MESSAGE ON 9/14/16 AT 12:03PM EST FROM PH# 5129447369. NITA FABRE CALLED. SHE RCVD CALL FROM DR. HIGGANBOTHAM OFFICE REGARDING MCL THAT ADCM IS ASKING TO BE FILLED OUT. THEY WANT HER TO COME IN BEFORE THEY FILL IT OUT. SHE IS SCHEDULED TO SEE THEM ON 9/21/16 WITH A PA AND EE IS NOT COMFORTABLE WITH THE PA FILLING OUT THAT FORM BECAUSE SHE'S AFRAID OF THE PA NOT COMPLETING IT CORRECTLY AND FEELS THAT THE PA IS NOT COMPETENT AT PUTTING INFO NEEDED ON THOSE FORMS. AP OFFICE IS TRYING TO GET HER IN SOONER IF THEY HAVE ANY CANCELLATIONS. SHE ASKED WHY THERE IS ONLY A TWO WEEK TIME FRAME FOR THIS INFORMATION. SHE ASKED FOR RTC TO DISCUSS.

**09/13/2016 8:25 AM - CLAIM Note 56**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : BURNETT
Text: [09/13/2016 - FITZGERALD, JOEL]RCVD RECORDS FROM DR. BURNETT'S OFFICE INCLUDING DOS 11/17/15 THRU 1/3/16 INCLUDING OVNS & THE 12/15/15 NCS/EMG REPORT

**09/12/2016 1:21 PM - CLAIM Note 55**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : ADC
Text: [09/12/2016 - FITZGERALD, JOEL]MAILED REQUEST WITH ADC SPECIFIC AUTH SIGNED BY CLMT, DATED 9/12/16, REQUESTING RECORDS DATED 5/3/16 TO PRESENT FROM ALL TREATING PROVIDERS.

**09/12/2016 1:21 PM - CLAIM Note 54**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : AUTH
Text: [09/12/2016 - FITZGERALD, JOEL]RCVD ADC AUTH SIGNED BY CLMT.

**09/12/2016 1:08 PM - PHONE Note 24**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject :
Text: [09/12/2016 - FITZGERALD, JOEL]EE CALLED AND ADCM ACK HER VM FROM EARLIER. EE ADV DR. DEBEHNKE IS NOT FILLING OUT MCL OR FORMS UNLESS HE'S SEEN HER RECENTLY AND HE HASN'T SEEN HER FOR A COUPLE OF MONTHS. HE'S NOT GOING TO DO THAT UNLESS SHE GOES INFOR AN APPOINTMENT. HE ALSO IS GOING TO LEAVE R/LS UP TO HER SPECIALIST. ACK THIS, ENCOURAGED HER TO CONTACT AP AND ASK THEIR OFFICE TO RETURN THE MCL TO INDICATE HE'S NOT ENDORSING SPECIFIC R/LS AND THAT THIS IS BEING DEFERRED TO SPECIALIST DR. HIGGANBOTHAM WHO IS MORE ACTIVELY MANAGING EE'S TREATMENT AS SHE SEES HIM EVERY MONTH. EE'S ANNUAL APPOINTMENT WITH DR. DEBEHNKE IS SCHEDULED IN DECEMBER 2016. SHE LAST SAW HIM 6/16/2016 OFV AND HAS NOT SEEN HIM SINCE. ADV THAT WE WOULD NOT REQUIREHER TO GO INTO THAT APPOINTMENT IF SHE DOES NOT FEEL IT IS NECESSARY, ESPECIALLY IF AP DEBEHNKE IS JUST GOING TO DEFER TO ANOTHER SPECIALIST, BUT WE WOULD LIKE A WRITTEN RESPONSE FROM AP DEBEHNKE'S OFFICE INDICATING THEY ARE DEFERRING R/LS TO DR. HIGGINBOTHAM. EE ACK THIS. SHE ASKED IF WE HAVE A DECEMBER 2015 EMG REPORT ORDERED BY DR. BURNETT ON FILE. ADV WE DO NOT, BUT ADCM FAXED THIS REQUEST WHILE EE WAS ON THE LINE. SHE S/W ADC ROI SUPERVISOR OVER THE PHONE TODAY (DR. DEBEHNKE & DR. NOLAN ARE PHYSICIANS IN THIS GROUP). THEY TOLD HER THEY WILL NOT SEND RECORDS BEYOND THE DATE SHE SIGNED IT, JUNE 2016. SHE IS GOING TO COMPLETE AND SUBMIT ADC AUTHORIZATION TO ADCM AND WILL ALLOW ADCM TO PUT CURRENT DATE ON IT AND ATTACH IT WHEN SENDING UPDATED REQUEST FOR RECORDS FROM ADC ROI DEPT. CALL DROPPED, CALLED EE BACK & CONTINUED CONVERSATION. ADCM AGREED TO SEND COPY OF AUTH TO DCKA AS WELL & ADVISE THEM OF EE'S PERMISSION TO PUT UPDATED DATE ON THERE WHEN THEY NEED TO REQUEST HER MEDICAL RECORDS FOR SSDI APPLICATION PROCESS. THANKED, NFQS, PC ENDED.

**09/12/2016 12:44 PM - CLAIM Note 53**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : BURNETT
Text: [09/12/2016 - FITZGERALD, JOEL]FXD REQUEST FOR RECORDS DATED 11/18/15 TO PRESENT. (EE INDICATED HIS

Text: [09/12/2016 - FITZGERALD, JOEL]FXD REQUEST FOR RECORDS DATED 11/18/15 TO PRESENT. (EE INDICATED HIS OFFICE ORDERED EMG IN DECEMBER 2015).

**09/12/2016 12:06 PM - PHONE Note 23**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject :
Text: [09/12/2016 - FITZGERALD, JOEL]EE SIGNED RELEASE FORM IN JUNE 2016. SHE RCVD PC FROM DR. DEBEHNKE'S OFFICE. CAROLYN AT AP OFFICE SAYS SHE SIGNED ONE IN JUNE AND IT'S ON FILE AT THEIR OFFICE. ACK, ASKED THAT SHE PROVIDE US WITH A COPY TO KEEP ON FILE SO WE CAN ATTACH TO MEDICAL RECORD REQUESTS. THE PHONE CALL BECAME DISCONNECTED AT THIS TIME FOR UNKNOWN REASON.[09/12/2016 - FITZGERALD, JOEL]EE RTC AND LEFT VM AT APPROXIMATELY 11:48AM STATING SHE HAS BAD PHONE RECEPTION IN HER ROOM AND THE CALLMUST HAVE DROPPED. SHE IS GOING TO CALL DR. NOLAN'S OFFICE TO ENSURE THEY HAVE HER SIGNED AUTH ON FILE. SHE ALSO REQUESTED A RTC IN ABOUT AN HOUR OR SO. SHE SAID DR. DEBEHNKE'S OFFICE ADV HER THAT WE REQUESTED RECORDS AND AN EVALUATION AND THAT IS THROWING THEM FOR A LOOP. DR. DEBEHNKE WANTS EE TO COME IN FOR EVALUATION NEXT WEEK AND SHE WASN'T AWARE THAT SHE WOULD HAVE TO GO IN FOR A SEPARATE EVALUATION AND IS CONFUSED ABOUT THIS.

**09/09/2016 9:48 AM - CLAIM Note 52**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : MCL DEBEHNKE 2ND FAX
Text: [09/09/2016 - FITZGERALD, JOEL]DUE TO RF FAILING FROM MCL REQUEST FAX ON 9/8/16, ADCM FAXED ADDITIONAL REQUEST FOR MCL TO AP OFFICE FAX THAT WAS PROVIDED TO US BY NURSE CAROLYN'S VOICEMAIL MESSAGE ON 9/8/16.

**09/08/2016 4:26 PM - CLAIM Note 51**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : DEBEHNKE (FAILED)
Text: [09/08/2016 - FITZGERALD, JOEL]FAXED MCL TO DEBEHNKE TO FAX NUMBER PROVIDED BY NURSE CAROLYN. [09/09/2016 - FITZGERALD, JOEL]THE RIGHT FAX DISTRIBUTION FOR THE FOLLOWING CORRESPONDENCE FAILED: LETTER: REQUEST-PROVIDER-FRM_0001__GENERAL_FREEFORM RECIPIENT: RICHARD DEBEHNKE FAX NUMBER: 5123342493 FAILURE CODE: PHONE LINE PROBLEM NO FURTHER ATTEMPTS WILL BE MADE AT THIS TIME.

**09/08/2016 4:24 PM - PHONE Note 22**
Claim/Event/Leave: 5557206
NoteSubject : AP Called
Other Subject : DEBEHNKE VM
Text: [09/08/2016 - FITZGERALD, JOEL]RCVD VM FROM CAROLYN WITH FAX# FOR MCL TO BE SENT TO. FAX# IS 512-334-2493.

**09/08/2016 3:04 PM - CLAIM Note 50**
Claim/Event/Leave: 5557206
NoteSubject : Action Plan
Other Subject : RTW OO JAN 2017
Text: [09/08/2016 - FITZGERALD, JOEL]THE EE IS A 36 Y.O.F. CASE MANAGER II, A PRESUMED SEDENTARY OCC. DOD: 6/20/15. BBD: 12/19/15. CID: 12/18/17. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWO PRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LM RELATED TO HER BACK CONDITION. SHE WAS INVOLVED IN AN MVA AFTER THE 2008 FUSION, SHE REPORTS SHE WAS REAR-ENDED, BUT THAT SHE DID NOT RECEIVE ANY BENEFITS OR PAYMENTS FOR MEDICAL / LOSS WAGES FROM THIS MVA. DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION (ABLATION OF NERVE BRANCHES), INJECTIONS & PHYSICAL THERAPY. EE HAS A SCS AND RECEIVED A NEW ONE/ REPLACEMENT VIA SURGERY WITH DR. COOK ON 8/15/16. CLMT CURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. COOK (NEUROSURGEON). SHE SEES NEUROLOGIST DR. NOLAN EVERY 6 MONTHS WITH NEVER VISIT SCHEDULEDFOR 2/27/17. **ACTION PLAN GOAL: RTW OO JAN 2017. **STEPS: ADCM PLANS TO OBTAIN UPDATED MEDICAL INFORMATION IF AVAILABLE IN NOVEMBER AFTER THE NEXT CLAIMANT UPDATE CALL AND WILL CONSIDER PM&R OR NEUROSURGERY FFR AT THAT TIME TO CLARIFY SPECIFIC R/LS, PROGNOSIS, AND DURATION OF R/LS. SSDI IS STILL PENDING WITH DCK ASSISTANCE.

**09/08/2016 3:00 PM - PHONE Note 21**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject : RTC
Text: [09/08/2016 - FITZGERALD, JOEL]ADV EE OF MED INFO REQUESTED & N&P DEADLINE AND THE LTR MAILED TO EE REGARDING THE SAME. EE ACK AND IS AWARE OF N&P DEADLINES. SSDI UPDATES: EE HAS NOT HEARD ANYTHING YET. MEDICAL UPDATES: EE HAD SURGERY ON 8/15/16 WITH DR. COOK TO REPLACE HER STIMULATOR IN HER BACK. HE TOLD HER THERE IS NOTHING HE CAN DO OPERATIVELY WITH HER SPINE FOR EE, BUT THE STIMULATOR WAS NOT CHARGING AND THE AREA AROUND IT WAS GETTING A LITTLE BRUISED FROM ATTEMPTS TO CHARGE IT AND COMMUNICATE WITH THE PADDLE SO THEY SWAPPED IT OUT WITH A NEWER / DIFFERENT KIND OF STIMULATOR. THE FOLLOWING WEEK SHE HAD A MIGRAINE AND SHE HAD A LOT OF BACK PAIN AND MUSCLE SPASMS AND SHE ENDED UP HAVING A FEVER & IT TURNS OUT SHE HAD INFECTION OF OPERATIVE SITE. SHE HAS FINISHED HER ANTIBIOTIC TREATMENT AND IS IMPROVING. SHE ALSO HAS RIGHT LEG PAIN AND HER FOOT WHICH FLUCTUATES: SHE HAS DECENT / FUNCTIONAL DAYS AND BAD DAYS AND IT'S COMPLETELY UNPREDICTABLE. DR. NOLAN (NEUROLOGY) PUT HER ON VITAMIN SUPPLEMENTS AND MENTIONED SEEING A PHYSIATRIST WHO FOCUSES ON THE PELVIS AREA / REGION. EE IS IN PROCESS OF LOOKING THIS UP TO SEE IF HER INSURANCE WILL COVER HER SEEING THIS PHYSIATRIST. IF NOT COVERED SHE WON'T BE ABLE TO SEE THAT PROVIDER.EE IS SCHEDULED ON 9/16/16 FOR ESI & TPI WITH DR. HIGGANBOTHAM (PAIN MGMT.) EE HAS F/U

WITH: DR. COOK, NOV: 9/22/16 AT 11:45AM. EE GOES BACK ON 10/3/16 FOR MONTHLY F/U WITH DR. HIGGANBOTHAM. EE DOES NOT SEE DR. NOLAN AGAIN UNTIL 2/27/17 AS HE SAYSTHERE IS NOT REALLY ANYTHING ELSE FOR HIM TO DO.

**09/08/2016 9:47 AM - PHONE Note 20**
Claim/Event/Leave: 5557206
NoteSubject : Called AP
Other Subject : LVMM DR. DEBEHNKE
Text: [09/08/2016 - FITZGERALD, JOEL]CALLED AP OFFICE TO OBTAIN FAX# TO SEND MEDICAL CLARIFICATION LETTER TO DR. DEBEHNKE. LEFT VM MESSAGE FOR NURSE CAROLYN TO RTC WITH WHERE TO SEND MCL FOR AP RESPONSE.

**09/08/2016 9:44 AM - CLAIM Note 49**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : DEBEHNKE
Text: [09/08/2016 - FITZGERALD, JOEL]MAILED MCL W/ MED REQUEST LTR TO ADC ROI DEPARTMENT. LM AUTH W/ ADC NAME ADDED TO TOP OF IT INCLUDED W/ REQUEST.

**09/08/2016 9:35 AM - PHONE Note 19**
Claim/Event/Leave: 5557206
NoteSubject : Called AP
Other Subject : DR. DEBEHNKE
Text: [09/08/2016 - FITZGERALD, JOEL]CALLED AUSTIN DIAGNOSTIC CLINIC TO INQUIRE ABOUT REQUESTING RECORDS. S/W KATIE IN RELEASE OF INFORMATION. THEY DO NOT ACCEPT FAXED REQUESTS AND SHE CONFIRMED / PROVIDED THE ROI SECTION ADDRESS FOR ADCM TO MAIL REQUEST. SHE SAYS THEY WOULD ONLY ACCEPT AUTHORIZATION THAT SPECIFICALLY INDICATES RELEASE OF INFORMATION FROM ADC TO LM AND SO THE LIBERTY MUTUAL GENERIC AUTHORIZATION MAY NOT SUFFICE. SHE SAYS THEY HAVE AN ADC AUTHORIZATION FORM ONLINE WE CAN USE. ACK, THANKED & PC ENDED.

**09/07/2016 3:34 PM - CLAIM Note 48**
Claim/Event/Leave: 5557206
NoteSubject : Notice/Proof Review
Other Subject :
Text: [09/07/2016 - FITZGERALD, JOEL]UTC & N&P LTR MAILED TO CLMT. 30TH DAY = 10/6/16. 45TH DAY = 10/21/16. INFO DUE: MCL RESPONSE & RECORDS FROM 1/1/16 TO PRESENT FROM NOLAN & COOK, & DOS 5/6/16 TO PRESENT FROM HIGGANBOTHAM, & DOS 5/3/16 TO PRESENT FROM DEBENKHE

**09/07/2016 3:08 PM - CLAIM Note 47**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : MULTIPLE
Text: [09/07/2016 - FITZGERALD, JOEL]FAXED REQUEST TO: DEBENKHE (DOS: 5/3/16 TO PRESENT), HIGGANBOTHAM (DOS: 5/6/16 TO PRESENT), COOK (DOS: 1/1/16 TO PRESENT), & NOLAN (DOS: 1/1/16 TO PRESENT). REQUESTED MCL ASKING ABOUT R/LS TO EACH PROVIDER.

**09/07/2016 3:06 PM - PHONE Note 18**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : UTC
Text: [09/07/2016 - FITZGERALD, JOEL]PH# ( . NO ANSWER. UNABLE TO LEAVE VOICEMAIL REQUESTING RTC WITH UPDATES AS THE VOICEMAIL BOX IS FULL.

**08/22/2016 4:38 PM - PHONE Note 17**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject :
Text: [08/22/2016 - FITZGERALD, JOEL]LVM REQ RTC FOR UPDATES.

**06/23/2016 4:04 PM - CLAIM Note 46**
Claim/Event/Leave: 5557206
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2016
Text: [06/23/2016 - FITZGERALD, JOEL]THE EE IS A 36 Y.O.F. CASE MANAGER II, A PRESUMED SEDENTARY OCC. DOD: 6/20/15. BBD: 12/19/15. CID: 12/18/17. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWO PRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LIBERTY MUTUAL RELATED TO HER BACK CONDITION. SHE WAS INVOLVED IN AN MVA AFTER THE 2008 FUSION, SHE REPORTS SHE WAS REAR-ENDED, BUT THAT SHE DID NOT RECEIVE ANY BENEFITS OR PAYMENTS FOR MEDICAL / LOSS WAGES FROM THIS MVA. DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION(ABLATION OF NERVE BRANCHES),INJECTIONS & PHYSICAL THERAPY. CLMT CURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. COOK (NEUROSURGEON). THE CLMT CONTINUES TO TREAT AND IS UNDERGOING NEUROLOGICAL WORK UP BY DR. NOLAN. EE HAS F/U AFTER WORK UP WITH NEUROSURGEON DR. COOK, SCHEDULED 7/19/16. **ACTION PLAN GOAL: RTW OO SEP 2016. **STEPS: ADCM PLANS TO OBTAIN UPDATED MEDICAL INFORMATION AFTER 7/19/16 OFV & ADCM WILL CONSIDER REVIEW WITH PM&R OR NEUROSURGERY SPECIALTY. SSDI IS STILL PENDING WITH DCK ASSISTANCE.

**06/23/2016 3:55 PM - PHONE Note 16**
Claim/Event/Leave: 5557206
NoteSubject : Called EE

NoteSubject : Called EE
Other Subject :
Text: [06/23/2016 - FITZGERALD, JOEL]PH# ( ASKED FOR UPDATES. SHE ADV SHE FINALLY SAW NEUROLOGIST DR. PATRICK NOLAN YESTERDAY 6/22/16. EE CLAIMS SHE WASN'T ABLE TO GO ON 6/2/16 AS SHE WASN'T ABLE TO WALK AND SO SHE HAD TO RESCHEDULE THAT TO 6/22/16. SHE ALSO SAW PCP DR. DEBENKHE LAST WEEK WHO DID SOME BLOOD WORK, & DR. NOLAN DID ADDITIONAL BLOOD WORK. NOLAN REF EE FOR CERVICAL CT SCAN SCHEDULED FOR NEXT WEDNESDAY & EMG SCHEDULED FOR 7/12/16. EE HAD NOV WITH DR. HIGGANBOTHAM ON 6/28/16. EE REPORTS LAST SEEN BY DR. COOK AND THAT IS WHO REFERRED HER TO DR. NOLAN, THIS WAS AROUND 4/28/16. F/U WOULD BE AFTER NEUROLOGY WORK-UP, RESCHEDULED NOV W/ DR. COOK IS TENTATIVELY 7/19/16.

**06/23/2016 3:46 PM - CLAIM Note 45**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : DEBENKHE, INT MED
Text: [06/23/2016 - FITZGERALD, JOEL]RCVD OVNS AND DIAGNOSTICS FROM 12/17/15 THRU 5/2/16.

**06/15/2016 9:27 AM - CLAIM Note 44**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : INVOICE
Text: [06/15/2016 - HUFFMAN, BENJAMIN]INVOICE FOR MEDICAL RECORDS. HEALTHPORT. $27.00 INVOICE PAID

**05/13/2016 12:47 PM - PHONE Note 15**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : LVMM
Text: [05/13/2016 - FITZGERALD, JOEL]PH# . NO ANSWER. LEFT VM MESSAGE ADVISING OF REJECTED MED REQUEST FROM ADC / DR. DEBEHNKE'S OFFICE AND NEED FOR EE TO COMPLETE & RETURN SPECIFIC SIGNED AUTH AS SOON AS POSSIBLE. MAILED HER COPY OF THIS FORM. SHE COULD ALSO OBTAIN ONE FROM AP OFFICE.

**05/13/2016 12:38 PM - CLAIM Note 43**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : DEBEHNKE
Text: [05/13/2016 - FITZGERALD, JOEL]RCVD LTR FROM HEALTHPORT REJECTING THE MED REQUEST AND ASKING FOR PATIENT TO COMPLETE SPECIFIC SIGNED AUTH.

**05/10/2016 1:05 PM - CLAIM Note 42**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : RX/AP INFO FROM CLMT
Text: [05/10/2016 - FITZGERALD, JOEL]RCVD LTR FROM DCKA ON BEHALF OF CLMT ASKING TO FORWARD INFORMATION INCLUDING CURRENT PRESCRIPTIONS AND AP INFORMATION TO ADCM.

**05/09/2016 3:36 PM - CLAIM Note 41**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : HIGGENBOTHAM
Text: [05/09/2016 - MARTIN, CHARLES]4/4/16-5/5/16 RCDS RCVD

**05/05/2016 12:14 PM - CLAIM Note 40**
Claim/Event/Leave: 5557206
NoteSubject : Notice/Proof Review
Other Subject : 45TH DAY = 6/18/16
Text: [05/05/2016 - FITZGERALD, JOEL]MAILED N&P ONGOING LTR TO CLMT, 30TH DAY = 6/3/16, 45TH DAY = 6/18/16. N&P FOR MEDICAL RECORDS DATED 12/1/15 TO PRESENT FROM AP: HIGGINBOTHAM, BURNETT, DEBEHNKE, AND COOK.

**05/05/2016 12:10 PM - CLAIM Note 39**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : HIGGINBOTHAM
Text: [05/05/2016 - FITZGERALD, JOEL]FAXED REQUEST FOR R/L FORM AND UPDATED MEDICAL RECORDS FOR DOS 1/1/16 TO PRESENT TO AP HIGGINBOTHOM'S OFFICE.

**05/05/2016 12:08 PM - CLAIM Note 38**
Claim/Event/Leave: 5557206
NoteSubject : Restrictions/Limitations
Other Subject : DR. COOK (NEUROSX)
Text: [05/05/2016 - FITZGERALD, JOEL]RCVD RESPONSE TO R/L FORM REQUEST. DR. COOK DECLINED COMPLETING R/L FORM AS EE HAS NOT HAD SURGERY WITH DR. COOK.

**05/04/2016 1:09 PM - CLAIM Note 37**
Claim/Event/Leave: 5557206
NoteSubject : Social Security
Other Subject : LTR FROM DCKA
Text: [05/04/2016 - FITZGERALD, JOEL]RCVD UPDATE EMAIL - INITIAL CLAIM HAS BEEN FILED

**05/04/2016 11:24 AM - CLAIM Note 36**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : MULT PROVIDERS
Text: [05/04/2016 - FITZGERALD, JOEL]FAXED REQUEST FOR RECORDS DATED 12/1/15 TO PRESENT FROM: BURNETT, COOK, & DEBEHNKE.

**05/04/2016 11:17 AM - PHONE Note 14**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : RTC
Text: [05/04/2016 - FITZGERALD, JOEL]PH# . CONFIRMED HER INSURANCE HAD TO CHANGE AND DR. BURNETT (NEUROSX) WOULD NOT ACCEPT NEW INSURANCE, STARTED SEEING NEW NEUROSURGEON DR. COOK THIS YEAR (DCM OBTAINED AND UPDATED CONTACT INFO IN LINKED PROVIDER SCREEN). SHE'S HAD CT MYELOGRAM AND F/U LAST WEEK WITH DR. COOK WHO WANTS HER TO SEE A NEUROLOGIST TO EVALUATE HER BEFORE THEY DECIDE WHETHER TO GET AN EMG/NCS. NEUROLOGIST IS DR. NOLAN AND OBTAINED CONTACT INFO AND ADDED TO S1. EE HAS OFV6/2/16 AND IS ON CANCELLATION LIST IN CASE SOMEONE CANCELS AND SHE CAN GET IN SOONER. SHE HAS OFV WITH DR. COOK AFTER F/U WITH DR. NOLAN AND THAT'S SCHEDULED FOR 5/17/16 BUT THEY MAY HAVE TO MOVE THAT BACK BECAUSE OF THE EARLIEST APPOINTMENT WITHDR. NOLAN. OFV WITH NP FOR DR. HIGGINBOTHAM TOMORROW 5/5/16. SHE SAW PCP DR. DEBEHNKE 2/18/16 AND SEES HIM ABOUT EVERY 3-4 MONTHS. NOV: 6/16/16. EE ONLY HAD TWO APPOINTMENTS OF PHYSICAL THERAPY TOWARDS END OF LAST YEAR AND SHE DIDN'T MAKE ANY PROGRESS AND IT WAS TOO PAINFUL FOR HER TO COMPLETE. EE HAS CONTACTED DCKA AND IS WORKING ON OBTAINING AND SUBMITTING INFO NEEDED FOR THE CLAIM TO BE FILED. ASKED ABOUT DEPRESSION AND SHE STATES SHE IS NOT SEEING ANY PROVIDER FOR THIS SPECIFICALLY, BUTIT'S HIGHLY SITUATIONAL GIVEN HER MEDICAL CONDITION (PHYSICAL CONDITIONS). SHE DID SEE SOMEONE ABOUT 2 YEARS AGO FOR BRIEF THERAPY (A FEW SESSIONS) RELATED TO CHRONIC PAIN BUT SHE DID NOT FIND IT HELPFUL, AND DOES NOT SEE ANYONE CURRENTLY AND DENIESHISTORY OF PSYCH MEDICATIONS AND HAS NOT SEEN PSYCHIATRIST. THANKED FOR UPDATES. ADV WE WILL BE REQUESTING UPDATED MEDICAL RECORDS AND PLACING EE ON N&P AFTER HER OFV TOMORROW. SHE ACK, THANKED & PC ENDED.

**05/04/2016 10:56 AM - PHONE Note 13**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject : VM
Text: [05/04/2016 - FITZGERALD, JOEL]RCVD VM FROM CLMT. SHE REPORTS BEING INDISPOSED. SHE HAD MYELGRAM ON 4/29/16 AFTER HAVING MANY AP APPOINTMENTS. SHE REPORTS HURTING AND BEING MISERABLE AND DEPRESSED AND A LOT OF TIMES HONESTLY SHE JUST DOES NOT HAVETHE ENERGY TO ANSWER THE PHONE. SHE HAD TO START SEEING A NEW NEUROSURGEON DUE TO THE INSURANCE AND HAD FOLLOW UP OFV 4/28/16.

**04/25/2016 2:00 PM - CLAIM Note 35**
Claim/Event/Leave: 5557206
NoteSubject : Notice/Proof Review
Other Subject : 45TH DAY = 6/8/16
Text: [04/25/2016 - FITZGERALD, JOEL]MAILED N&P ONGOING LTR TO CLMT WITH UTC AND NEED PROOF OF SSDI APPLICATION LANGUAGE INCLUDED. 30TH DAY = 5/24/16. 45TH DAY = 6/8/16.

**04/25/2016 1:48 PM - PHONE Note 12**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : 2ND VM
Text: [04/25/2016 - FITZGERALD, JOEL]CALLED EE AND NO ANSWER, SO LEFT ANOTHER VM MESSAGE REQUESTING RTC FOR UPDATES AND TO DISCUSS SSDI.

**04/20/2016 9:39 AM - PHONE Note 11**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : LVMM
Text: [04/20/2016 - FITZGERALD, JOEL]PH# . NO ANSWER. LEFT VM MESSAGE REQUESTING RTC FOR UPDATES. ADV EE THAT DCKA HAS BEEN UTC HER AND ADDTL INFO NEEDED FOR SSDI APPLICATION. ADV HER SHE NEEDS TO CONTACT NICHOLAS GUARENTE FOR DCKA, PH# 978.922.0411 TO DISCUSS.

**04/20/2016 9:38 AM - CLAIM Note 34**
Claim/Event/Leave: 5557206
NoteSubject : Social Security
Other Subject : LTR FROM DCKA
Text: [04/20/2016 - FITZGERALD, JOEL]RCVD EMAIL FROM NICHOLAS WITH DCKA ADVISING THEY HAVE BEEN UNABLE TO REACH THE CLMT AND NEED TO OBTAIN ADDITIONAL INFORMATION TO COMPLETE SSDI APPLICATION.

**03/15/2016 2:51 PM - PHONE Note 10**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : LVMM
Text: [03/15/2016 - FITZGERALD, JOEL]PH# ( LEFT VM MESSAGE ACK HER VM. ADV DD NOT SET UP YET, BUT RCVD AND IN PROCESS. CHECK MAILED OUT TODAY FOR HER PAYMENT.

**03/15/2016 2:49 PM - PHONE Note 9**
Claim/Event/Leave: 5557206
NoteSubject : EE Called

Other Subject : LVMM
Text: [03/15/2016 - FITZGERALD, JOEL]EE CALLED & LVMM CONCERNED BECAUSE SHE SENT IN HER DD APP 3 WEEKS AGO AND HASN'T RCVD HER DEPOSIT YET. REQUESTED RTC.

**03/05/2016 2:34 AM - CLAIM Note 33**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO JOSHUA PORTER.

**03/05/2016 2:34 AM - CLAIM Note 32**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: W-4S FORM IN DOC LIST WITH THE DIRECT DEPOSIT APPLICATION.

**03/04/2016 3:55 PM - CLAIM Note 31**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [03/04/2016 - PORTER, JOSHUA]REFERRAL RECEIVED AND FEDERAL TAX WITHHOLDING HAS BEEN SET UP IN THE AMOUNT OF $360 PER EE SUBMISSION OF W4S LOCATED IN THE DOC LIST.

**03/04/2016 2:25 PM - CLAIM Note 30**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : ADD DD
Text: [03/04/2016 - WRIGHT, PATRICIA]ADDED ACCT#005780597498 ROUTING#113000023

**03/04/2016 2:24 PM - CLAIM Note 29**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PSU
Text: [03/04/2016 - FITZGERALD, JOEL]RCVD W-4S REQUESTING FED WAGE TAX W/H (IN DOC LIST WITH THE DIRECT DEPOSIT APP). REF VIA SCORE TO PSU TO UPDATE PAYMENTS ACCORDINGLY.

**03/04/2016 2:23 PM - CLAIM Note 28**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : DD APP
Text: [03/04/2016 - FITZGERALD, JOEL]RCVD DD APPLICATION

**02/09/2016 3:30 PM - PHONE Note 8**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject :
Text: [02/09/2016 - FITZGERALD, JOEL]EE ASKED ABOUT SSDI BENEFIT AND DEPENDENT BENEFIT. IS DEPENDENT BENEFIT AN OFFSET? ACK THAT SINCE IT FALLS UNDER HER SSN IT WOULD BE CONSIDERED OFFSET UNDER THE OTHER INCOME POLICY IN HER ER'S LTD POLICY. SHE THINKSTHIS IS UNETHICAL SINCE THIS IS SUPPOSED TO BENEFIT THE CHILD. ACK HER FRUSTRATION AND ADVISED DCM WISHES HE HAD A DIFFERENT ANSWER FOR HER. SHE ACK, THANKED, AND PC ENDED.

**01/25/2016 2:33 PM - CLAIM Note 27**
Claim/Event/Leave: 5557206
NoteSubject : Action Plan
Other Subject : RTW OO JUL 2016
Text: [01/25/2016 - FITZGERALD, JOEL]THE EE IS A 35 Y.O.F. (36 AS OF 12/17/2015) CASE MANAGER II, A PRESUMED SEDENTARY OCC. LDW: 6/19/15, DOD: 6/20/15. BBD: 12/19/15. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWO PRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LIBERTY MUTUAL RELATED TO HER BACK CONDITION. SHE WAS INVOLVED IN AN MVA AFTER THE 2008 FUSION, SHE REPORTS SHE WAS REAR-ENDED, BUT THAT SHE DID NOT RECEIVE ANY BENEFITS OR PAYMENTS FOR MEDICAL / LOSS WAGES FROM THIS MVA. DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION(ABLATION OF NERVE BRANCHES),INJECTIONS & PHYSICAL THERAPY. CLMTCURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. BURNETT (NEUROSURGEON). DR. BURNETT RECOMMENDED ADDITIONAL FUSION PROCEDURE ORIGINALLY SCHEDULED FOR 1/13/16 BUT THIS IS ON HOLD DUE TO INSURANCE (HEALTH) ISSUES. CLMT HAS HEALTH INSURANCE RE-STARTING IN FEB 2016 AND WILL SEE APS FOR F/U AND SEE IF THE SURGERY WILL BE RESCHEDULED. THE ASSISTING SURGEON HAD CONCERNS ABOUT CLMT'S RISK AND WAS NOT COMFORTABLE WITH ANTERIOR FUSION APPROACH AND SO THESURGERY TYPE MAY ALSO BE CHANGING. A PRIOR MDS REVIEW ON THE STD CLAIM SUPPORTED R&LS OF LESS THAN SUSTAINABLE CAPACITY BASED ON THE POSITIVE FINDINGS IN THE MEDICAL RECORDS, AND THESE FINDINGS HAVE NOT IMPROVED THROUGH CONTINUED TREATMENT. OTHER JOB / INCOME: ALTHOUGH EE DOES DO SOME CONTRACTOR WORK PART-TIME, THIS IS ON A LIMITED BASIS AND SHE HAS DONE THIS FOR ABOUT 6 YEARS, SO NO OFFSET REQUIRED AND THIS WOULD NOT CHANGE THE FACT THAT THE EE DOES NOT HAVE SUSTAINABLE CAPACITY FOR FULL-TIMEOR EVEN PART-TIME WORK IN HER OWN OCC CURRENTLY. **ACTION PLAN GOAL: RTW OO JUL 2016. **STEPS: ADCM PLANS TO OBTAIN UPDATED MEDICAL INFORMATION DEPENDING ON WHEN AND IF THE

RTW 00 JUL 2016. **STEPS: ADCM PLANS TO OBTAIN UPDATED MEDICAL INFORMATION DEPENDING ON WHEN AND IF THE CLAIMANT HAS ADDITIONAL SURGERY. ADCM WILL CONSIDER REVIEW WITH PM&R SPECIALIST IF NO SURGERY OCCURS IN THE NEXT FEW MONTHS, BUT IF CLMT UNDERGOES ADDTL SURGERY, THE ACTION PLAN MAY BE UPDATED ACCORDINGLY. SSDI FILED WITH ASSISTANCE FROM DCK.

**01/25/2016 2:28 PM - PHONE Note 7**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : RTC
Text: [01/25/2016 - FITZGERALD, JOEL]PH# ( . ADV EE THAT WE DID RECEIVE HER LTD FORMS. ASKED ABOUT HER SURGERY THAT SHE REPORTED SHE WAS GOING TO HAVE IN JANUARY. EE ADV SHE HAS NOT HAD THE SURGERY DUE TO HEALTH INSURANCE CONCERNS. COBRA HEALTH INSURANCE WOULD HAVE BEEN $1700 / MONTH. HER HEALTH INSURANCE DROPPED HER AND SHE FOUND THIS OUT THE DAY BEFORE HER SURGERY WAS SCHEDULED. ASSISTING SURGEON WAS ALSO WORRIED ABOUT DOING ANTERIOR APPROACH FUSION DUE TO EE'S SURGICAL HISTORY. EVERYTHING WAS PUT ON HOLD. HER INSURANCE SHOULD KICK IN 2/1/16 AND SHE HAS APT TO SEE DR. HIGGINBOTHAM THAT WEEK. AS SOON AS SHE CAN, SHE'LL BE SEEING IF THEY CAN RESCHEDULE THE SURGERY (MAY CHANGE FROM ANTERIOR TO POSTERIOR APPROACH). CLMT HAS ALSO BEEN HURTING WORSE WITH THE COLD WEATHER COMING THROUGH AS WELL. EE WILL BE WORKING WITH DCK FOR SSDI CLAIM. ASKED CLMT TO KEEP ADCM UPDATED IF AND WHEN SURGERY RESCHEDULED OR IF SHE WILL NO LONGER BE HAVING SURGERY, WHAT THE TREATMENT PLAN WILLBE IN PLACE OF SURGERY. EE AGREED TO DO SO.

**01/25/2016 2:20 PM - PHONE Note 6**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject : LVM
Text: [01/25/2016 - FITZGERALD, JOEL]EE LVM TO CONFIRM WE RCVD HER PAPERWORK.

**01/25/2016 2:17 PM - CLAIM Note 26**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : ALL LTD FORMS
Text: [01/25/2016 - FITZGERALD, JOEL]RCVD MED & PSYCH AUTH, CIF, CSS, TEE, & AQ[02/11/2016 - TRIANO, KELLI].

**01/15/2016 4:18 PM - PHONE Note 5**
Claim/Event/Leave: 5557206
NoteSubject : EE Called
Other Subject : CHECK
Text: [01/15/2016 - RAINES, ROSE]EE CALLED DCM TO CHECK ON STATUS OF CHECK. SHE ACK MAILED TUESDAY. SHE SAID SHE HAS NOT RECEIVED IT YET. I INFORMED WE DO HAVE TO ALLOW 10 BUS DAYS BEFORE EWE CAN TAKER ACTION AND IT HAS BEEN 3. ADVISED SHE WILL GET IT SOON.

**01/13/2016 3:42 PM - CLAIM Note 25**
Claim/Event/Leave: 5557206
NoteSubject : Social Security
Other Subject : LTR FROM DCK
Text: [01/13/2016 - FITZGERALD, JOEL]RCVD EMAIL FROM DCK INDICATING INITIAL FORMS SENT TO CLMT FOR RVW & SIGNATURE AND THEY WILL ADVISE ONCE INFORMATION HAS BEEN FILED WITH SS.

**12/23/2015 2:29 AM - CLAIM Note 24**
Claim/Event/Leave: 5557206
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 12/21/2015 - REFERRED TO DOHERTY AND ASSOCIATES AS SS ADVOCATE.

**12/21/2015 5:37 PM - CLAIM Note 23**
Claim/Event/Leave: 5557206
NoteSubject : Ref to SS Vendor
Other Subject : DCK
Text: [12/21/2015 - FITZGERALD, JOEL]REFERRED TO SS VENDOR.

**12/21/2015 5:23 PM - PHONE Note 4**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject :
Text: [12/21/2015 - FITZGERALD, JOEL]PH# . EE ADV EMG CAME OUT NEGATIVE, NO PERIPHERAL NEUROPATHY. HER AP NEUROLOGIST OPINES IT MUST BE RADICULAR PAIN. SURGERY IS PLANNED FOR 1/13/16. THE SX MAY PROVIDE RELIEF FROM PAIN BUT IT IS UNLIKELYTHAT THEY WILL RESOLVE ALL OF HER DEFICITS (BOWEL, BLADDER ISSUES, MUSCLE WEAKNESS, WHICH SHE REPORTS AS INTERMITTENT DURING FLARE UPS WHICH HAPPEN QUITE OFTEN), HOPES ITS NOT A PERMANENT ISSUE. DR. BURNETT WILL BE PERFORMING THE ANTERIOR APPROACHL5-S1 FUSION ON 1/13/16. CLMT EXPECTS TO BE IN THE HOSPITAL FOR A FEW DAYS POST-OPERATIVELY AT LEAST. CLMT HAS NOT FILED FOR SSDB YET. DISCUSSED POSSIBLE VENDOR ASSISTANCE W/ DCK. SHE AGREED TO PHONE CALL FROM DCK. SHE REQUESTED THEY CALL BETWEEN1/4/16 & 1/11/16 SO SHE CAN NOT WORRY ABOUT IT OVER THE HOLIDAYS AND BE ABLE TO TAKE CARE OF IT BEFORE HER PRE-OP AND SURGERY.

**12/17/2015 3:39 PM - CLAIM Note 22**
Claim/Event/Leave: 5557206
NoteSubject : Other

Other Subject : SIU REPORT
Text: [12/17/2015 - FITZGERALD, JOEL]RCVD SOCIAL MEDIA / DATABASE SEARCH INVESTIGATIVE REPORT, DATED 12/16/15.

**12/17/2015 10:00 AM - PHONE Note 3**
Claim/Event/Leave: 5557206
NoteSubject : Called EE
Other Subject : LVM
Text: [12/17/2015 - FITZGERALD, JOEL]PH# ( . LVM ADV OF CLAIM APPROVAL, REQ RTC TO DISCUSS DETAILS OF APPROVAL & BENEFITS / SSDB / TXMNT PLAN UPDATES.

**12/17/2015 9:57 AM - CLAIM Note 21**
Claim/Event/Leave: 5557206
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [12/17/2015 - FITZGERALD, JOEL]APPROVAL LTR MAILED W/ ENCLOSED OPTIONAL DD APP AND W-4S.

**12/16/2015 11:55 AM - CLAIM Note 20**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : DR. BURNETT
Text: [12/16/2015 - FITZGERALD, JOEL]RCVD RECORDS DATED THRU 11/17/15

**12/15/2015 12:18 PM - CLAIM Note 19**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : POLICE REPORT / SIU
Text: [12/15/2015 - FITZGERALD, JOEL]SIU IMPORTED POLICE REPORT FROM 2/2/2012 MVA ACCIDENT INTO DOC LIST.

**12/15/2015 12:16 PM - CLAIM Note 18**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : SIU / ISO REPORT
Text: [12/15/2015 - FITZGERALD, JOEL]ISO REPORT IN DOC LIST FROM 2/2/2012 MVA. CLMT REARENDED. CLAIMS CLOSED IN 2012.

**12/15/2015 11:55 AM - CLAIM Note 17**
Claim/Event/Leave: 5557206
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2016
Text: [12/15/2015 - FITZGERALD, JOEL]THE EE IS A 35 Y.O.F. (36 AS OF 12/17/2015) CASE MANAGER II, A PRESUMED SEDENTARY OCC. LDW: 6/19/15, DOD: 6/20/15. BBD: 12/19/15. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWO PRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LIBERTY MUTUAL RELATED TO HER BACK CONDITION. SHE WAS INVOLVED IN AN MVA AFTER THE 2008 FUSION, SHE REPORTS SHE WAS REAR-ENDED, BUT THAT SHE DID NOT RECEIVE ANY BENEFITS OR PAYMENTS FOR MEDICAL / LOSS WAGES FROM THIS MVA - SIU INVESTIGATION PENDING. DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION(ABLATION OF NERVE BRANCHES),INJECTIONS & PHYSICAL THERAPY. CLMT CURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. BURNETT (NEUROSURGEON). DR. BURNETT HAS REFERRED HER FOR AN EMG SCHEDULED FOR 12/15/15 & WILL POSSIBLY BE SCHEDULING SX FORADDITIONAL FUSION AND REVISION OF PRIOR FUSION FOLLOWING RESULTS OF EMG. A PRIOR MDS REVIEW ON THE STD CLAIM SUPPORTED R&LS OF LESS THAN SUSTAINABLE CAPACITY BASED ON THE POSITIVE FINDINGS IN THE MEDICAL RECORDS, AND THESE FINDINGS HAVE NOT IMPROVEDTHROUGHCONTINUED TREATMENT. ALTHOUGH SHE DOES DO SOME CONTRACTOR WORK PART-TIME, THIS IS ON A LIMITED BASIS AND SHE HAS DONE THIS FOR ABOUT 6 YEARS. **ACTION PLAN GOAL: RTW OO MAR 2016. **STEPS: ADCM PLANS TO OBTAIN UPDATED MEDICAL INFORMATION IN JAN-FEB 2016 AND CONSIDER FURTHER REVIEW WITH PM&R SPECIALIST, BUT IF CLMT UNDERGOES ADDTL SURGERY, THE ACTION PLAN MAY BE UPDATED ACCORDINGLY. ALSO CONSIDERING FURTHER SIU INVOLVEMENT. WILL ENCOURAGE CLMT TO FILE FOR SSDB AND OFFER VENDOR ASSISTANCE, HOLDING UNTIL WE KNOW WHETHER CLMT WILL BE HAVING ADDITIONAL SURGERY.

**12/14/2015 8:04 AM - CLAIM Note 16**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [12/14/2015 - RAKASITWI, ADRIAN]SET UP SCHEDULED PAYMENT BASED ON ELIGIBILITY. EFFECTIVE DATE 03/30/2015. ANNUAL SALARY OF $67,191.34 / 12 = BME OF $5,599.28. THE BENEFIT IS 60% OR $3359.57. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**12/12/2015 2:38 AM - CLAIM Note 15**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO ADRIAN RAKASITWI.

**12/11/2015 3:19 PM - CLAIM Note 14**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : MANAGER REVIEW

Other Subject : MANAGER REVIEW
Text: [12/11/2015 - CAREY, LAUREN]AGREE WITH APPROVAL AND ACTION PLAN.

**12/11/2015 11:59 AM - CLAIM Note 13**
Claim/Event/Leave: 5557206
NoteSubject : Approved
Other Subject : REF FOR M1 RVW
Text: [12/11/2015 - FITZGERALD, JOEL]THE EE IS A 35 Y.O.F. (36 AS OF 12/17/2015) CASE MANAGER II, A PRESUMED SEDENTARY OCC. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWO PRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LIBERTY MUTUAL RELATED TO HER BACK CONDITION. SHE WAS INVOLVED IN AN MVA AFTER THE 2008 FUSION, SHE REPORTS SHE WAS REAR-ENDED, BUT THAT SHE DID NOT RECEIVE ANY BENEFITS OR PAYMENTS FOR MEDICAL / LOSS WAGES FROM THIS MVA - SIU INVESTIGATION PENDING. LDW: 6/19/15, DOD: 6/20/15. BBD: DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION (ABLATION OF NERVE BRANCHES),INJECTIONS & PHYSICAL THERAPY. CLMT CURRENTLY FOLLOWED BY AP DR. DEBEHNKE (PCP), AP HIGGANBOTHAM (PAIN MANAGEMENT), AND WITH AP DR. BURNETT (NEUROSURGEON). DR. BURNETT HAS REFERRED HER FOR AN EMG SCHEDULED FOR 12/15/15 & WILL POSSIBLY BE SCHEDULING SX FOR ADDITIONAL FUSION AND REVISION OF PRIOR FUSION FOLLOWING RESULTS OF EMG. A PRIOR MDS REVIEW ON THE STD CLAIM SUPPORTED R&LS OF LESS THAN SUSTAINABLE CAPACITY BASED ON THE POSITIVE FINDINGS IN THE MEDICAL RECORDS, AND THESE FINDINGS HAVE NOT IMPROVED THROUGHCONTINUED TREATMENT. ALTHOUGH SHE DOES DO SOME CONTRACTOR WORK PART-TIME, THIS IS ON A LIMITED BASIS AND SHE HAS DONE THIS FOR ABOUT 6 YEARS. IT IS REASONABLE TO APPROVE THE CLAIM FOR NTD OO AT THIS TIME CONSIDERING THE CONTINUED FINDINGS IN THE RECORDS AS WELL AS THE ESCALATION IN THE TREATMENT PLAN. **ACTION PLAN GOAL: RTW OO MAR 2016. **STEPS: ADCM PLANS TO OBTAIN UPDATED MEDICAL INFORMATION IN JAN-FEB 2016 AND CONSIDER FURTHER REVIEW WITH PM&R SPECIALIST, BUT IF CLMT UNDERGOES ADDTL SURGERY, THE ACTION PLAN MAY BE UPDATED ACCORDINGLY. ALSO CONSIDERING FURTHER SIU INVOLVEMENT. WILL ENCOURAGE CLMT TO FILE FOR SSDB AND OFFER VENDOR ASSISTANCE, HOLDING UNTIL WE KNOW WHETHER CLMT WILL BE HAVING ADDITIONAL SURGERY.[12/11/2015 - FITZGERALD, JOEL]BBD: 12/19/15*

**12/11/2015 11:51 AM - PHONE Note 2**
Claim/Event/Leave: 5557206
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [12/11/2015 - FITZGERALD, JOEL]CALLED CLMT AT PH# ( TO COMPLETE THE LTD II. CONFIRMED S1 INFO. SHE IS SINGLE. CLMT HAS 1 DEPENDENT, 8 YEAR OLD SON. HER MOTHER HELPS HER A LOT WITH GETTING AROUND & WITH HER SON. CONFIRMED JOB TITLE: CASE MANAGER. BSN IS HER HIGHEST DEGREE. LICENSURES: ACLS, CPR, RN. NOT MUCH PRIOR EXPERIENCE IN OTHER OCCUPATIONS, SHE DID RECEPTION WORK, WAITING, ETC. CLMT HAS BEEN IN THE NURSING FIELD SINCE SHE WAS 20. DENIES APPLICATION OR RECEIPT OF VA BENEFITS, WC BENEFITS, AND SSRT OR SSDI BENEFITS. SHE IS DEBATING ON WHETHER OR NOT TO APPLY FOR SSDB. SHE IS ALSO AN INDEPENDENT CONTRACTOR PART-TIME FOR HOME HEALTH AND WORKS DIRECTLY WITH COMPANY THAT SUPPLIES MEDICATIONS AND SUPPLIES AND THEN GOES TO PATIENT HOUSES AND DOES INFUSIONS. THIS TAKES ABOUT 45 MINUTES OF WORK, REALLY IS JUST DOING MINIMUM WORK RECONSTITUTING DRUG, TRANSFER TO BAG, START PATIENT IV. SHE REPORTS SHE HAS TWO PATIENTS AND SHE'S EVEN HAVING TROUBLE MANAGING THIS CURRENTLY.SHE CAN'T DO BOTH IN THE SAME DAY, DEFINITELY NOT BACK TO BACK. HER MOTHER DRIVES HER BECAUSE HER RIGHT LEG IS THE MOST AFFECTED LEG AND SHE CANNOT REALLY DRIVE WITH THAT LEG MORE THAN JUST A FEW MILES. BEFORE SHE GETS HOME SHE REPORTS BEING IN TEARS DUE TO THE PAIN. SHE USES A SPECIAL SEAT TO HELP EASE HER PAIN WHEN SITTING, AND SHE SAYS IT DELAYS THE ONSET OF PAIN BUT DOES NOT STOP IT, SHE ALSO USES ICE TO HELP PROLONG HER ABILITY TO DO THIS KIND OF WORK. SHE HAS DONE THIS FOR THE PAST 6YEARS. SHE'S CONSISTENTLY HAVING TO CANCEL & RESCHEDULE WITH HER PATIENTS MULTIPLE TIMES. ASKED WHAT THE DIFFERENCE IS, WHY SHE CAN DO THIS BUT NOT HER JOB WITH CENTENE. SHE REPORTS THE ISSUE IS SITTING, WHICH SHE CANNOT DO WITHOUT PAIN. WALKING MAKES IT WORSE, TREMENDOUSLY, SHE IS VERY LIMITED IN WALKING. MOST DAYS SHE GETS BY WITH A CANE, AND SHE CAN GO WITHOUT IF IT'S A SHORT TRIP IN HER OWN HOUSE TO THE BATHROOM BY HOLDING ONTO THE WALL. SOME DAYS ITS BAD ENOUGH TO WHERE SHE USES A WALKER. SOMETIMES ITS SO BAD SHE FEELS LIKE SHE CAN BARELY LIFT HER LEGS. RIGHT WORSE THAN LEFT. CLMT WAS DOING WELL AFTER 2008 SURGERIES, BUT GOT REAR-ENDED IN A MVA, AND SHE CLAIMS NO INCOME / BENEFITS FROM THAT ACCIDENT. THE INSURANCE COMPANY OF THEPERSON WHO HIT HER WOULDN'T ACCEPT LIABILITY. SHE WENT TO THE ER THE DAY AFTER THE ACCIDENT, SHE SUCKED UP THE PAIN AND JUST MANAGED IT BUT IT GOT WORSE AND WORSE UNTIL THEY ENDED UP REFERRING HER TO PAIN MGMT FOR ONGOING CARE. SHE DOES NOT LIKE TOBE STIGMATIZED AS DRUG SEEKING, SO SHE PREFERS NOT TO TAKE MEDICATIONS IF SHE CAN GET AWAY WITH IT, BUT SHE JUST HAS TO IN ORDER TO GET BY ON A DAILY BASIS. SHE STOPPED WORKING IN JUNE 2015 AT THE POINT WHERE SHE WOULD HOPE AND PRAY SHE COULD EVENPARK, WALK DOWNHILL ACROSS THE PARKING LOT, AND MAKE IT INTO HER OFFICE AND HER DESK ALONE, AND THEN SHE WOULD BE SITTING THERE STRUGGLING TO WORK THROUGH THE PAIN, BUT WOULD BE IN TEARS DUE TO PAIN HALFWAY THROUGH THE DAY. SOMETIMES SHE WAS ABLE TOMAKE IT TO 5PM BUT WENT HOME AND WOULD JUST STAY IN BED THE REST OF THE DAY, SOMETIMES 2 DAYS AFTER THAT. CLMT ALSO REPORTS SHE EVEN NEEDS HELP SHOWERING OR GETTING A BATH. CLMT SEES DR. HIGGANBOTHAM (PAIN MGMT) AND DR. BURNETT (NEUROSURGEON). CLMT ALSO TREATS WITH A DERMATOLOGIST. PCP IS DR. RICHARD DEBINKY, AUSTIN DIAGNOSTIC CLINIC. SHE SEES HIM EVERY 6 MONTHS, CURRENTLY ABOUT EVERY 3 MONTHS. LAST SEEN IN NOVEMBER. CLMT DENIES DIABETES, HTN, ETC. SHE MENTIONED SHE HAS A COUPLE AREAS ON HER SKIN THAT HER DERMATOLOGIST HAD REMOVED, BUT THAT WAS NOT REALLY DISABLING PER CLMT. CLMT REPORTS SHE HAS A LONG HISTORY OF FAIRLY WELL CONTROLLED ASTHMA. SHE ALSO RECENTLY NOTED BLOOD IN HER STOOLS & SO MAY BE GOING TO SEE A GI SPECIALIST FOR EVAL IF THAT CONTINUES. ADVISED EE OF BENEFIT PERCENTAGE AND SCHEDULE/BBD, SOCIAL SECURITY (AND OTHER INCOME OFFSETS PER POLICY IN GENERAL), MED REQS AND N&P DEADLINE FOR MEDICAL AND FORMS: AUTHS, AQ, CIF, CSS, TEE, ID, SSRA, FIQ. ENCOURAGED CLMT TOF/U WITH PROVIDER OFFICES TO ENSURE MED INFO SUBMITTED IN TIMELY MANNER. CLMT ACK UNDERSTANDING OF PROCESS AND REQUIREMENTS/DEADLINES. ASKED IF THERE ARE ANY QUESTIONS AT THIS TIME. CLMT HAD NFQS. THANKED CLMT FOR THEIR TIME, ADVISED WILL CALL WITHCLAIM STATUS UPDATES AND AKSED FOR CLMT TO CALL WITH ANY CHANGES IN TREATMENT PLAN OR UPDATES.

**12/11/2015 11:44 AM - CLAIM Note 12**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : LTD ELIG INFO
Text: [12/11/2015 - FITZGERALD, JOEL]RCVD EMAIL RESPONSE FROM ER CONFIRMING FRIDAY 6/19/15 AS LDW & THE LTD CLASS. 100% ER PAID, SO BASED ON THE DOH & EWP, THE ED IS 7/1/2012.

**12/11/2015 8:01 AM - CLAIM Note 11**
Claim/Event/Leave: 5557206
NoteSubject : Other
Other Subject : SIU
Text: [12/11/2015 - MOORE, CURTIS]ISO MATCH FOR 2012 FOUND AND REPORT INFORMATION AVAILABLE AND ORDERED SAME VIA LEXIS/NEXIS ORDER NUMBER IS 558857621. ISC MERRILL WILL PERFORM THE SOCIAL MEDIA SEARCH REPORT AND REPORT WILL BE UPLOADED TO EDM UPON COMPLETION.

**12/11/2015 2:32 AM - CLAIM Note 10**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 12/10/2015 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - ISO CLAIM SEARCH - CHOICEPOINT - SOCIAL MEDIA.

**12/11/2015 2:32 AM - CLAIM Note 9**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**12/10/2015 1:15 PM - CLAIM Note 8**
Claim/Event/Leave: 5557206
NoteSubject : Ref to Special Invest
Other Subject : DB SEARCH
Text: [12/10/2015 - FITZGERALD, JOEL]REFERRED TO SIU FOR DB SEARCH & SOCIAL MEDIA SEARCH. RECORDS INDICATE HER SYMPTOMS BEGAN AFTER AN MVA DATED 2/2/2012.

**12/10/2015 1:11 PM - CLAIM Note 7**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : DR. HIGGINBOTHHAM
Text: [12/10/2015 - FITZGERALD, JOEL]RCVD OVNS DATED 10/9/15, 11/6/15, & 12/8/15

**12/10/2015 1:03 PM - CLAIM Note 6**
Claim/Event/Leave: 5557206
NoteSubject : Med Records Rcvd
Other Subject : PRIOR STD CLAIM RECS
Text: [12/10/2015 - FITZGERALD, JOEL]IMPORTED RECORDS FROM PRIOR STD CLAIMS INTO DOC LIST, INCLUDING: 1) PAIN MANAGEMENT CONSULTANTS (DR. HIGGINBOTHAM), DATED FROM 8/22/13 THRU 10/2/2013. 2) DR. BURNETT'S OP REPORT DATED 7/18/2013. 3) STRICKLAND PHYSICALTHERAPY ASSOCIATES (DR. AVINASH RAMCHANDANI), DATED FROM 8/7/13 THRU 8/27/13. 4) PAIN CARE PHYSICIANS (DR. ANAND JOSHI), DATED FROM 2/7/13 THRU 8/5/13 & DIAGNOSTIC TEST RESULTS (MISC).

**12/09/2015 1:43 PM - PHONE Note 1**
Claim/Event/Leave: 5557206
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT - LVM
Text: [12/09/2015 - FITZGERALD, JOEL]CALLED CLMT AT PH# (512) 9 TO COMPLETE THE LTD II. LVM AND INTRODUCED SELF, PROVIDED REASON FOR CALL, REQ RTC.

**12/09/2015 1:40 PM - CLAIM Note 5**
Claim/Event/Leave: 5557206
NoteSubject : LTR to EE
Other Subject : ACK / FORMS / N&P
Text: [12/09/2015 - FITZGERALD, JOEL]MAILED LTD ACK LTR TO CLMT INCLUDING N&P LANGUAGE FOR MEDICAL RECORDS AND LTD FORMS, DUE BY 45TH DAY = 1/22/16.

**12/09/2015 1:22 PM - CLAIM Note 4**
Claim/Event/Leave: 5557206
NoteSubject : LTR to AP
Other Subject : MED REQ
Text: [12/09/2015 - FITZGERALD, JOEL]FAXED REQUEST FOR UPDATED MEDICAL RECORDS. 1) DR. HIGGINBOTHAM, DATED FROM 10/10/15 TO PRESENT. 2) DR. BURNETT, DATED FROM 7/22/15 TO PRESENT.

**12/09/2015 1:12 PM - CLAIM Note 3**
Claim/Event/Leave: 5557206
NoteSubject : STD Trans. LTD
Other Subject : SUMMARY
Text: [12/09/2015 - FITZGERALD, JOEL]THE EE IS A 35 Y.O.F. (36 AS OF 12/17/2015) CASE MANAGER II. A PRESUMED

Text: [12/09/2015 - FITZGERALD, JOEL]THE EE IS A 55 Y.O.F. (56 AS OF 12/17/2015) CASE MANAGER II, A PRESUMED SEDENTARY OCC. OOW DUE TO BACK PAIN. S/P L4-5 FUSION IN 2008, AS WELL AS LUMBAR SPINAL STIMULATOR PLACEMENT. THE CLMT HAS TWO PRIOR CLAIMS FOR SEVERAL MONTHS DURATION IN 2013 WITH LIBERTY MUTUAL RELATED TO HER BACK CONDITION. LDW: 6/19/15, DOD: 6/20/15. BBD: DX: POSTLAMINECTOMY SYNDROME, LUMBAR. EE HAS FAILED CONSERVATIVE TXMT MEASURES INCLUDING PAIN MEDS, RADIOFREQUENCY THERMOCAGULATION (ABLATION OF NERVE BRANCHES),INJECTIONS & PHYSICAL THERAPY. CLMT HAS TREATED WITH AP HIGGANBOTHAM (PAIN MANAGEMENT) AND WITH AP DR. BURNETT (NEUROSURGEON). DR. BURNETT HAS REFERRED HER FOR AN EMG SCHEDULED FOR 12/15/15 & WILL SCHEDULE SX FOLLOWINGRESULTS OF EMG. A PRIOR MDS REVIEW ON THE STD CLAIM SUPPORTED R&LS OF LESS THAN SUSTAINABLE CAPACITY BASED ON THE POSITIVE FINDINGS IN THE MEDICAL RECORDS, AND THESE FINDINGS HAVE NOT IMPROVED THROUGH CONTINUED TREATMENT. IT IS REASONABLE TO APPROVE THE CLAIM FOR NTD OO AT THIS TIME CONSIDERING THE CONTINUED FINDINGS IN THE RECORDS AS WELL AS THE ESCALATION IN THE TREATMENT PLAN; HOWEVER THE RECOMMENDATION FOR APPROVAL IS PENDING ER CONFIRMATION OF THE LTD CLASS & EDOC AT THIS TIME.

**12/09/2015 1:12 PM - CLAIM Note 2**
Claim/Event/Leave: 5557206
NoteSubject : LTR to ER
Other Subject : REQ FOR INFO
Text: [12/09/2015 - FITZGERALD, JOEL]EMAILED REQUEST FOR CONFIRMATION OF LTD CLASS & EDOC IF APPLICABLE.

**12/09/2015 12:58 PM - CLAIM Note 1**
Claim/Event/Leave: 5557206
NoteSubject : Job Description
Other Subject : CASE MANAGER II
Text: [12/09/2015 - FITZGERALD, JOEL]JD FROM ER JOB FOLDER IMPORTED TO THE DOC LIST.

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 5354081 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**07/31/2017 4:04 PM - CLAIM Note 66**
Claim/Event/Leave: 5354081
NoteSubject : Other
Other Subject : COPY JOB
Text: [07/31/2017 - PILAR, SARAH]COMPLETE COPY OF CLAIM ON THUMB DRIVE SENT TO EE VIA UPS 2ND DAY 1Z24896X0290339954.

**12/09/2015 12:54 PM - CLAIM Note 65**
Claim/Event/Leave: 5354081
NoteSubject : Closed
Other Subject : MAX DUR
Text: [12/09/2015 - FITZGERALD, JOEL]CLAIM IS APPROVED THRU THE STD MAX DATE, AND CLOSED AFTER ESCALATION TO LTD

**12/07/2015 9:24 AM - CLAIM Note 64**
Claim/Event/Leave: 5354081
NoteSubject : Escalation
Other Subject :
Text: [12/07/2015 - TRIANO, KELLI]ASSIGNED TO J. FITZGERALD

**12/07/2015 8:13 AM - CLAIM Note 63**
Claim/Event/Leave: 5354081
NoteSubject : Escalation
Other Subject : MGR REVIEW
Text: [12/07/2015 - DRIES, KATHLEEN]FILE ESCALATED TO LTD

**12/04/2015 1:52 PM - PHONE Note 29**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject :
Text: [12/04/2015 - BUSS, HEATHER]ADVISED EE THAT RECD MASG, EXTENDED THRU STD MAX 12/18/15, ADVISED THAT ESCALATE TO LTD 7 THAT WILL /FU IN 3 - 5 BUS DAYS, EE ACK, CM WISHED WELL, CALL ENDED

**12/04/2015 1:47 PM - CLAIM Note 62**
Claim/Event/Leave: 5354081
NoteSubject : Escalation
Other Subject : TO SEVERE
Text: [12/04/2015 - BUSS, HEATHER]EE IS 35/36 YOF, CASE MANAGER II. JD SEDENTARY. DX: POSTLAMINECTOMY SYNDROME, LUMBAR. TXMNT: EE HAS FAILED CONSERVATIVE THERAPY INCLUDING PAIN MEDS, INJECTIONS & THERAPY. NERUO SX BURNETT HAS REFERRED FOR EMG, APP T ON 12/15/15 & WILL SCHEDULE SX FOLLOWING RESULTS OF EMG. STD CLAIM EXTENDED THRU MAX DURATION 12/18/15. RECOMMEND ESCALATION TO SEVERE AS EE WILL BE SCHEDULED FOR SX AND RECOVERY DURATION EXPECTED LAST BEYOND STD MAX 12/18/15.

**12/04/2015 1:41 PM - CLAIM Note 61**
Claim/Event/Leave: 5354081
NoteSubject : Extended Benefits
Other Subject :
Text: [12/04/2015 - BUSS, HEATHER]BENEFITS EXTENDED THRU 12/18/15 AS EE CONTINUES TXMNT, WILL HAVE CONSULT ON 12/15/15 FOR EMG TESTING BEFORE AP BURNETT WILL SCHEDULE SX SO REASONABLE TO EXTEND THRU STD MAX 12/18/15 TO ALLOW FOR EMG TESTING & SX SCHEDULING W/ AP BURNETT. WILL ESCALATE TO LTD.

**12/04/2015 10:57 AM - PHONE Note 28**
Claim/Event/Leave: 5354081
NoteSubject : EE Called
Other Subject :

Other Subject :
Text: [12/04/2015 - BUSS, HEATHER]12.3.15 NITA FABRE CLM 5354081, APPT W/ NEURO 12/15/15, DR. BURNETT WANTS EMG BEFORE SX, HASN T RECD CHECK YET

**12/03/2015 10:20 PM - CLAIM Note 60**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**12/03/2015 10:20 PM - CLAIM Note 59**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**12/03/2015 10:20 PM - CLAIM Note 58**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**12/03/2015 10:20 PM - CLAIM Note 57**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**12/03/2015 10:20 PM - CLAIM Note 56**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**12/03/2015 10:20 PM - CLAIM Note 55**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**12/03/2015 10:20 PM - CLAIM Note 54**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**12/03/2015 10:13 AM - CLAIM Note 53**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**12/03/2015 10:13 AM - CLAIM Note 52**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 11/06/2015 AND THE LEAVE END DATE IS 11/06/2015.

**12/03/2015 10:12 AM - CLAIM Note 51**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THIS LEAVE HAS BEEN DENIED FOR NO ENTITLEMENT AVAILABLE

**12/03/2015 10:12 AM - CLAIM Note 50**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THIS LEAVE HAS BEEN DENIED FOR NO ENTITLEMENT AVAILABLE

**12/03/2015 10:11 AM - CLAIM Note 49**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN

COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**12/03/2015 10:11 AM - CLAIM Note 48**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 10/28/2015 AND THE LEAVE END DATE IS 10/28/2015.

**12/03/2015 10:09 AM - CLAIM Note 47**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**12/03/2015 10:09 AM - CLAIM Note 46**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 10/24/2015 AND THE LEAVE END DATE IS 10/27/2015.

**12/03/2015 10:07 AM - CLAIM Note 45**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**12/03/2015 10:07 AM - CLAIM Note 44**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 10/23/2015 AND THE LEAVE END DATE IS 10/23/2015.

**12/03/2015 10:04 AM - CLAIM Note 43**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THIS LEAVE HAS BEEN DENIED FOR NO ENTITLEMENT AVAILABLE

**12/03/2015 9:59 AM - CLAIM Note 42**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**12/03/2015 9:59 AM - CLAIM Note 41**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 10/20/2015 AND THE LEAVE END DATE IS 10/21/2015.

**12/03/2015 9:53 AM - CLAIM Note 40**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**12/03/2015 9:53 AM - CLAIM Note 39**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 10/17/2015 AND THE LEAVE END DATE IS 10/19/2015.

**12/03/2015 9:50 AM - CLAIM Note 38**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**12/03/2015 9:50 AM - CLAIM Note 37**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 10/15/2015 AND THE LEAVE END DATE IS 10/16/2015.

**12/02/2015 3:45 PM - CLAIM Note 36**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**12/02/2015 3:45 PM - CLAIM Note 35**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 10/14/2015 AND THE LEAVE END DATE IS 10/14/2015.

**11/18/2015 12:55 PM - CLAIM Note 34**
Claim/Event/Leave: 5354081
NoteSubject : Extended Benefits
Other Subject :
Text: [11/18/2015 - BUSS, HEATHER]BENEFITS EXTENDED THRU 12/6/15 TO ALLOW FOR EMG TESTING & FOR F/U W/ SX TO CONFIRM IF & WHEN WILL PROCEED WITH SX. TASK SET FOR 12/7/15 TO F/U ON SX DATE. ESCALATE TO LTD.

**11/18/2015 12:53 PM - PHONE Note 27**
Claim/Event/Leave: 5354081
NoteSubject : EE Called
Other Subject :
Text: [11/18/2015 - BUSS, HEATHER]EE STS THAT AP EMG PERFORMED FIRST, REFERRED TO NEURO FOR TESTING, EXPECTS TO GET BACK TO W/IN NEXT WEEK, SX IF WARRENTED WILL FUSION FOR L5-S1, WANTS RESULTS FROM EMG FIRST BEFORE PROCEED W/ SX, CM ACK & ADVISED EE TO CALL W/ UPDATE RE: EMG DATE & F/U APT W/ AP AFTER, WILL EXT THRU 12/6/15 TO ALLOW FOR F/U, EE ACK, CM WISHED WELL, CALL ENDED

**11/09/2015 1:32 PM - CLAIM Note 33**
Claim/Event/Leave: 5354081
NoteSubject : Extended Benefits
Other Subject :
Text: [11/09/2015 - BUSS, HEATHER]BENEFITS EXTENDED THRU 11/22/15 TO ALLOW FOR EVALUATION W/ NEURO SX, BURNETT ON 11/17/15 TO DETERMINE CORUSE OF TXMNT INCLUDING IF SX NEEDED, SX TYPE & EST DATE FOR SX. SET TASK FOR 11/18/15 TO F/U W/ EE TO CONFIRM SX UPDATE.

**11/09/2015 1:30 PM - PHONE Note 26**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject : UPDATE
Text: [11/09/2015 - BUSS, HEATHER]EE ADVISED THAT STILL HAS SEVERE PAIN, EE STS THAT ONLY OTHER OPTION IS SX & MAY ALSO GET 2ND OPINION, SCHEDULED APT W/ AP BURNETT FOR 11/17/15, 1ST AVAILABLE, STS THAT PT ALSO ADVISED THAT NOT MAKING ANY PROGRESS, HAVINGTO FOCUS ON PAIN ONLY, CURRENTLY HOLDING OFF ON THERAPY, ERGO WELLNESS IS PT, CM ACK THAT WILL EXT BENEFITS TO ALLOW FOR /FU W/ AP BURNETT ON 11/17/15, ASKED EE TO RTC AFTER APT W/ AP BURNETT TO GIVE UPDATE SON TXMNT -- WILL RECOMMEND SX & IF SO DATE/TYPE OF SX, EE ACK, CM WISHED WELL, CALL ENDED

**10/19/2015 10:24 AM - PHONE Note 25**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject : EXT
Text: [10/19/2015 - BUSS, HEATHER]EE WILL STS THAT WILL HAVE NOV W/ AP HIGGNBOTHAM ON 11/6/15, EXTENDED THRU 11/8/15 & WILL NEED UPDATE AFTER 11/6/15 OV, IF NO RTW OR IMPROVEMENT AFTER 11/6/15 OV, THEN WILL NEED UPDATED RECORDS & REFER FOR MEDICAL REVIEW TO EVAL FOR ONGOING DURATION, EE ACK, CALL ENDED

**10/19/2015 10:20 AM - CLAIM Note 32**
Claim/Event/Leave: 5354081
NoteSubject : Extended Benefits
Other Subject :
Text: [10/19/2015 - BUSS, HEATHER]BENEFITS EXTENDED THRU 11/8/15 AS TX NOTES CONFIRM CONTINUED SX OF PAIN, TENDERNESS & OCNTOINUED PT & POOL THERAPY W/ NOV W/ AP APPRX 1 MONTH SO REASONABLE BASED ON PREVIOUS MDS REVIEW TO EXTEND THRU NVO W/ AP HIGGINBOHTAM. WILL OBTAIN UPDATED MEDICAL & CONSIDER MEDICAL REVIEW TO MAKE FURTHER CLAIM DETERMINATION. TASK STET FOR 11/9/15 TO F/U ON TX/RTW PLANS.

**10/19/2015 10:17 AM - PHONE Note 24**
Claim/Event/Leave: 5354081

NoteSubject : Called AP
Other Subject : HIGGINBOTHAM
Text: [10/19/2015 - BUSS, HEATHER]LM FOR RTC TO CONFIRM DATE OF NOV

**10/19/2015 10:11 AM - CLAIM Note 31**
Claim/Event/Leave: 5354081
NoteSubject : Med Records Rcvd
Other Subject : HIGGINBOTHAM
Text: [10/19/2015 - BUSS, HEATHER]RECD TX NOTES DATED 10/9/15

**10/13/2015 4:14 PM - PHONE Note 23**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject : RTC
Text: [10/13/2015 - BUSS, HEATHER]ADVISED EE THAT RECD MSG, CLAIM APPR THRU 10/18/15, NEED 10/9/15 TX NOTES TO EVALUATE FOR ONGOING DISABILITY & EXT, REFAXED REQ TO AP TODAY, PLS F/U W/ AP TO HAVE SEND, WILL CONTACT EE ONCE RECS RECD & REVIEWED W/ UPDATE ON CLAIM, EE ACK, CALL ENDED

**10/13/2015 4:10 PM - PHONE Note 22**
Claim/Event/Leave: 5354081
NoteSubject : EE Called
Other Subject :
Text: [10/13/2015 - BUSS, HEATHER]10.13.15 NITA FABRE, CLM 5354081, CLAIM STATUS, HAD LOV W/ AP ON 10/9/15, STILL IN PAIN, STILL CONTINUE THERAPY, POOL THERAPY STILL ON HOLD UNTIL POOL COMPLETED, DOES FEEL STRONGER, STILL REQUIRES SOMEONE TO DRIVE TO & FROM THERAPY, STILL PAINFUL AFTER THERAPY, PAIN NOT UNDER CONTROL,

**10/13/2015 12:25 PM - CLAIM Note 30**
Claim/Event/Leave: 5354081
NoteSubject : LTR to AP
Other Subject : HIGGINBOTHAM
Text: [10/13/2015 - BUSS, HEATHER]FAXED SUBSEQUENT REQ FOR 10/9/15 OVN'S

**10/13/2015 12:18 PM - PHONE Note 21**
Claim/Event/Leave: 5354081
NoteSubject : Called AP
Other Subject : HIGGINBOTHAM
Text: [10/13/2015 - BUSS, HEATHER]LM FOR MED SRECS THAT RECD TX NOTES THRU 9/9/15, HAD REQUESTED RECS THRU 10/9/15 OV, PLS SEND 10/9/15 OVN'S ONCE TRANSCRIBED, WILL REFAX REQ FOR 10/9/15 OVN'S PLS CALL W/ ANY QUESTIONS

**10/13/2015 12:15 PM - CLAIM Note 29**
Claim/Event/Leave: 5354081
NoteSubject : Med Records Rcvd
Other Subject : HIGGINBOTHAM
Text: [10/13/2015 - BUSS, HEATHER]RECD TX NOTES & PROCEDURE NOTES DATED 8/14/15 - 9/9/15[10/13/2015 - BUSS, HEATHER]***MISSING 10/9/15 TX NOTES***

**10/09/2015 9:48 AM - CLAIM Note 28**
Claim/Event/Leave: 5354081
NoteSubject : Action Plan
Other Subject : N&P
Text: [10/09/2015 - BUSS, HEATHER]UPDATED MEDICAL REQ FROM AP HIGIGNBOTHAM INCLUDING 10/9/15 OV. PER PREVIOUS MDS REVIEW, UPDATED RECORDS NEEDED TO EVAL FOR ONGOING DISABILITY. CLAIM REMAINS APPROVED THTU 10/18/15 PENDING RECEIPT & REVIEW OF UPDATED MEDICAL DUE BY 11/22/15, N & P TASKS SET.

**10/09/2015 9:43 AM - CLAIM Note 27**
Claim/Event/Leave: 5354081
NoteSubject : LTR to EE
Other Subject :
Text: [10/09/2015 - BUSS, HEATHER]SENT N & P DUE 45 DAYS, 11/22/15

**10/09/2015 9:38 AM - CLAIM Note 26**
Claim/Event/Leave: 5354081
NoteSubject : LTR to AP
Other Subject : HIGGINBOTHAM
Text: [10/09/2015 - BUSS, HEATHER]FAXED REQ FOR TX TX NOTES 8/15/15 - 10/9/15

**10/02/2015 1:57 PM - CLAIM Note 25**
Claim/Event/Leave: 5354081
NoteSubject : Extended Benefits
Other Subject :
Text: [10/02/2015 - BUSS, HEATHER]BENEFITS EXTENDED THRU 10/18/15 TO ALLOW FOR NOV W/ AP HIGGINBOTHAM & UPDATE ON POOL THERAPY DATES AS EE CONTINUES TO HAVE PIAN AND REASONABLE TO ALLOW FOR NVO W/ AP & FOR RECEIPT & REVIEW OF UPDATED RECORDS TO EVAL FOR ONGOING DISABILITY. SET TASK FOR 10/9/15 TO REQ UPDATED RECORDS.

**10/02/2015 1:53 PM - PHONE Note 20**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject :
Text: [10/02/2015 - BUSS, HEATHER]EE STS THAT POOL STILL UNDER CONSTRUCTION & THAT EXPECTS TO BEGIN IN 2 WEEKS, NOV W/ HIGGINBOTHAM 10/9/15, CM ACK & ADVISED THAT WILL EXT BENEFITS & REQ UPDATED RECORDS AFTER NOV W/ AP HIGGINBOTHAM & AFTER GET UPDATE ON TXMNT W/ ERGO WELLNESS, EE ACK & THANKED, CALL ENDED

**10/02/2015 1:46 PM - PHONE Note 19**
Claim/Event/Leave: 5354081
NoteSubject : EE Called
Other Subject :
Text: [10/02/2015 - BUSS, HEATHER]10.1.15 NITA FABRE, CLM 5354081, RTC TO CM, STARTED THERAPY ERGO WELLNESS, FIRST SESSION YESTERDAY, WILL GO 2X WEEKLY, STILL HAS PAIN 7 -9/10, MOVEMENT EXACERBATES, RTC W/ UPDATES

**09/30/2015 10:53 AM - PHONE Note 18**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject :
Text: [09/30/2015 - BUSS, HEATHER]LM FOR RTC TO GIVE UPDATES ON TXMNT INCLUDING POOL THERAPY W/ START DATES & DURATION, CALL ENDED

**09/16/2015 3:45 PM - PHONE Note 17**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject :
Text: [09/16/2015 - BUSS, HEATHER]ADVISED EE THAT COULD NOT UNDERSTAND WHAT EE WAS SAYING IN MSG, WHAT PACKET WAS EE NEEDING? EE ADVISED THAT WAS COBRA PACKET, CM ACK & ADVISED THAT COBRA INFO WILL COME FORM ER AS HANDLE HEALTH INSURANCE BENEFITS, EE ACK,CM RECOMMENDED F/U W/ HR FOR INFO, EE ACK, CALL ENDED

**09/16/2015 3:42 PM - PHONE Note 16**
Claim/Event/Leave: 5354081
NoteSubject : EE Called
Other Subject :
Text: [09/16/2015 - BUSS, HEATHER]9/15/15 NITA FABRE, CHECKED MAIL FOR PAST FEW WEEKS & WORD UNDETERMINABLE PACKET WAS NOT RECD,

**09/15/2015 12:03 PM - PHONE Note 15**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject :
Text: [09/15/2015 - BUSS, HEATHER]LM FOR EE THAT RECD UPDATES LAST WEEK, CLAIM ALREADY APPR THRU 9/30/15, WILL F/U W/ EE ON 9/30/15 FOR UPDATES ON ONGOIGN TXMTN AS EE INDICATED THAT HAS EVAL ON 9/23/15, NO ADDTL INFO NECESSARY AT THIS TIME, PSL CALL W/ ANYQUESTIONS, CALL ENDED

**09/15/2015 12:00 PM - PHONE Note 14**
Claim/Event/Leave: 5354081
NoteSubject : EE Called
Other Subject :
Text: [09/15/2015 - BUSS, HEATHER]9/15/15 NITA FABRE, CLM 5354081, 512-944-7365, PLS RTC

**09/11/2015 10:11 AM - PHONE Note 13**
Claim/Event/Leave: 5354081
NoteSubject : EE Called
Other Subject :
Text: [09/11/2015 - BUSS, HEATHER]9/10/15 NITA FABRE, CLM 5354081, SAW AP HIGGINBOTHAM 9/9/15, MAXED OUT ON STEROIDS, TRYING TO SEE IF CAN TOLERATE PT, REFERRAL SENT TO ERGO WELLNESS, STS THAT POOL UNDER CONSTRUCTION UNTIL 1ST WEEK OCTOBER, WILL HAVE EVAL9/23/15, NO REFERRAL FOR SX AS OF YET, STS THAT HAVING FLARE OF HIP & S/I JOINT, ALSO ASKED AP ABOUT BOTOX FOR HIP PAIN AS POSSIBILITY FOR TXMNT

**09/08/2015 10:23 PM - CLAIM Note 24**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**09/08/2015 10:06 AM - PHONE Note 12**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject : EXTENSION
Text: [09/08/2015 - BUSS, HEATHER]LM FOR EE THAT REVIEW COMPLETE & ABLE TO EXTEND THRU 9/30/15, WILL F/U AT THAT TIME FOR UPDATES, NO ADDTL INFO NECESSARY, CALL ENDED

**09/08/2015 10:05 AM - CLAIM Note 23**
Claim/Event/Leave: 5354081

NoteSubject : Extended Benefits
Other Subject :
Text: [09/08/2015 - BUSS, HEATHER]BENEFITS EXTENDED THRU 9/30/15 AS PER MDS REVIEW, BASED ON THE ONGOING PAIN DESPITE CONSERVATIVE TREATMENTS, POSITIVE OBJECTIVE AND DIAGNOSTIC FINDINGS, AND REFERRAL FOR ADDITIONAL THERAPY, R/LS AS LISTED BY THE AP ARE REASONABLE AND SUPPORTED AT LEAST THRU 9/26/15 TO ALLOW TIME FOR INJECTIONS THERAPY TO TAKE EFFECT, START OF AQUATIC THERAPY, AND F/U. IT WOULD BE REASONABLE TO EXTEND THESE R/LS THRU 10/26/15 IF CLMT HAS CONTINUED PAIN, POSITIVE OBJECTIVE FINDINGS ANDIS RECEIVING ONGOING TREATMENT. NCM RECOMMENDS OBTAINING OV NOTES FROM ALL TREATING PROVIDERS AND THERAPY NOTES IF INDICATED TO DETERMINE ONGOING IMPAIRMENT AND TX PLAN AFTER 9/26/15, AS WELL AS SPECIFIC R/LS AND DURATION. IF R/LS ARE UNCLEAR ONCE ADDITIONAL MED RECS ARE RECVD, RE-REFER TO MDS FOR REVIEW. TASK SET FOR 9/30/15 TO GET UPDATEDTX/RTW PLANS & OBTAIN UPDATED RECORDS.

**09/08/2015 10:00 AM - CLAIM Note 22**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**09/08/2015 9:59 AM - CLAIM Note 21**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**09/03/2015 3:28 PM - MDS Note**
Claim/Leave: 5354081
Episode #: 1
Nurse Name: TURNER, JENNIFER
Service #: 16108160
Service Date: 09/03/2015
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: CLMT C/O BACK AND RIGHT LOWER EXTREMITY PAIN; HISTORY OF PRIOR LUMBAR FUSION SURGERY AND LUMBAR SPINAL STIMULATOR PLACEMENT (EXERTS PULSED ELECTRICAL SIGNALS TO CONTROL CHRONIC PAIN). CLMT HAS ALSO TREATED WITH INJECTIONS, MEDICATION THERAPY, RADIOFREQUENCY THERMOCOAGULATION (ABLATION OF NERVE BRANCHES) AND PHYSICAL THERAPY WITH MINIMAL RELIEF OF SYMPTOMS. RECENT DIAGNOSTIC IMAGING NOTED SUBTLE FLARING OF THE S1 NERVE ROOTS, AS WELL AS A POSITIVE DISCOGRAM AT L5-S1 (DISC IDENTIFIED AS SOURCE OF PAIN). CLMT WAS EVALUATED BY PAIN MANAGEMENT AP HIGGINBOTHAM ON 8/14/15, WHO RECOMMENDED ONGOING CONSERVATIVE TREATMENT (AQUATIC THERAPY) RATHER THAN SURGICAL INTERVENTION AT THIS TIME. PHYSICAL EXAM NOTED CLMT APPEARED UNCOMFORTABLE, WITH TENDERNESS AND PAIN WITHROM. CLMT UNDERWENT A SACROILIAC JOINT INJECTION ON 8/20/15. AP NOTED R/LS OF NO LIFTING GREATER THAN 10#, AND NO SIT/STAND/WALK GREATER THAN 10-15 MIN AT A TIME THRU 9/26/15. BASED ON THE ONGOING PAIN DESPITE CONSERVATIVE TREATMENTS, POSITIVE OBJECTIVE AND DIAGNOSTIC FINDINGS, AND REFERRAL FOR ADDITIONAL THERAPY, R/LS AS LISTED BY THE AP ARE REASONABLE AND SUPPORTED AT LEAST THRU 9/26/15 TO ALLOW TIME FOR INJECTIONS THERAPY TO TAKE EFFECT, START OF AQUATIC THERAPY, AND F/U. IT WOULD BE REASONABLE TO EXTEND THESE R/LS THRU 10/26/15 IF CLMT HAS CONTINUED PAIN, POSITIVE OBJECTIVE FINDINGS AND IS RECEIVING ONGOING TREATMENT. NCM RECOMMENDS OBTAINING OV NOTES FROM ALL TREATING PROVIDERS AND THERAPY NOTES IF INDICATED TO DETERMINE ONGOING IMPAIRMENT AND TX PLAN AFTER 9/26/15, AS WELL AS SPECIFIC R/LS AND DURATION. IF R/LS ARE UNCLEAR ONCE ADDITIONAL MED RECS ARE RECVD, RE-REFER TO MDS FOR REVIEW. DCM NOTIFIED OF FINDINGS, NCM REMOVED FROM CASE.

**09/02/2015 8:35 AM - CLAIM Note 20**
Claim/Event/Leave: 5354081
NoteSubject : Ref to Managed Care
Other Subject : MDS
Text: [09/02/2015 - BUSS, HEATHER]UPDATED MEDICAL RECD. R/L'S & IMPAIRMENT UNCLEAR. REFERRED TO MDS FOR CLARIFCATION OF IMPARIMENT & R/L'S.

**09/02/2015 8:31 AM - CLAIM Note 19**
Claim/Event/Leave: 5354081
NoteSubject : Med Records Rcvd
Other Subject : HIGGINBOTHAM
Text: [09/02/2015 - BUSS, HEATHER]RECD R/L'S FROM DATED 8/26/15, TX NOTES DATED 8/4/15 & 8/14/15, DIAGNOSTIC RESULST DATED 6/22/15 & 7/30/15

**09/02/2015 8:26 AM - CLAIM Note 18**
Claim/Event/Leave: 5354081
NoteSubject : Med Records Rcvd
Other Subject : BURNETT
Text: [09/02/2015 - BUSS, HEATHER]RT REQ - NO R/L'S PER AP BURNETT, SX 2 YEARS AGO, R/L'S ADRESSED BY PCP OR PAIN MGMNT

**08/28/2015 11:25 AM - PHONE Note 11**
Claim/Event/Leave: 5354081

NoteSubject : ER Called
Other Subject : CHARLIE FROM HR
Text: [08/28/2015 - BURNETT, CONTESSA]CHARLIE FROM HR CALELD FOR CALIM STAUTS, ADVSID APPROVED THROUGH 8/22, UPDATED MR REQUESTED FOR CLAIM EXTENSION. NO FURTHER QUESTIONS.

**08/25/2015 10:32 AM - PHONE Note 10**
Claim/Event/Leave: 5354081
NoteSubject : EE Called
Other Subject :
Text: [08/25/2015 - BUSS, HEATHER]HAS UPDATE ON TXMNT, SAW AP HIGGINBOTHAM FOR CONSULT ON 8/14/15, IN CONTACT W/ AP BURNETT, UNSURE IF SX WILL HELP CONDITION, DAMAGE TO DISC AT L5 - S1, PREVIOUS FUSION AT L4-5 WHICH COMPLICATES, HIGGINBOTHAM SUGGESTING CONSERVATIVE TXMNT BEFORE SX, ON 8/20/15 HAD BILATERAL INJECTION TO SI JOINT, BILATERAL TPI PERIFORMIS (LOWER BACK/GLUTE AREA), SHOUDL KNOW IF ANY RELIEF IN ABOUT 10 DAYS, AP ALSO SUGGESTED AQUATIC THERAPY AS UNABLE TO TOLERATE PT -- DATES NOT SET YET, ERGO WELLNESS, PH (512)899-8508 FAX (512) 899-9387, OFC TO CONTACT, STS THAT PAIN BETTER, BUT STILL NOT ABLE TO TOLERATE MUCH ACTIVITY -- PRIOR TO INJECTIONS UNABLETO WALK, USED CANE; ***NOTES ON PHONE THAT BF HAS PUPPY & CHEWING ON EVERYTHING***,SINCE INJECTIONS HAS BEEN ICING, LAYING IN BED; SWEATS PROFUSELY FROM PAIN; WILL HAVE NOV W/ HIGGINBOTHAM ON 9/9/15 FOR REEVAL, NO F/U W/ AP BURNETT AT THIS TIME, LAST OV WAS 7/21/15 W/ AP BURNETT, NO FURTHER OV, CM ACK THAT REQ RECS FROM AP HIGGINBOTHAM & BURNETT, STILL NEEDS RECS FROM HIGGINBOTHAM TO OWKR ON EXTENSION FO LCIAM, EE ACK & WILL CONTACT AP FOR MEDICAL, CM AKC & WISHED WELL, CALL ENDED

**08/24/2015 10:38 AM - CLAIM Note 17**
Claim/Event/Leave: 5354081
NoteSubject : LTR to EE
Other Subject :
Text: [08/24/2015 - BUSS, HEATHER]SENT N & P DUE 45 DAYS 10/7/15

**08/24/2015 10:37 AM - CLAIM Note 16**
Claim/Event/Leave: 5354081
NoteSubject : LTR to AP
Other Subject : BURNETT
Text: [08/24/2015 - BUSS, HEATHER]REQ TX NOTES 7/22/15 - PRESENT & R/L'S FORM

**08/24/2015 10:37 AM - CLAIM Note 15**
Claim/Event/Leave: 5354081
NoteSubject : LTR to AP
Other Subject : HIGGINBOTHAM
Text: [08/24/2015 - BUSS, HEATHER]REQ TX NOTES 7/9/15 - PRESENT & R/L'S

**08/24/2015 10:27 AM - PHONE Note 9**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject :
Text: [08/24/2015 - BUSS, HEATHER]LM FOR RTC TO CONFIRM TX/RTW UPDATES, WILL REQ UPDATED RECORDS FROM NEURO TX & AP HIGGINBOTHAM

**08/20/2015 11:35 AM - PHONE Note 8**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject :
Text: [08/20/2015 - BUSS, HEATHER]EE STS THAT JUST WOKE UP & THAT GOIGN FOR TRIGGER POINTINJECTIOSN SHORTLY, CM ACK & ADVISED TO CALL BACK TOMORROW OR MONDAY AFTER APPT, EE ACK, CALL ENDED

**08/14/2015 5:13 PM - CLAIM Note 14**
Claim/Event/Leave: 5354081
NoteSubject : Med Records Rcvd
Other Subject : BURNETT, NEURO
Text: [08/14/2015 - BUSS, HEATHER]RECD 7/21/15 OVN'S

**08/10/2015 3:08 PM - CLAIM Note 13**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**08/10/2015 3:08 PM - CLAIM Note 12**
Claim/Event/Leave: 5354081
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 06/20/2015 AND THE LEAVE END DATE IS 08/22/2015.

**08/06/2015 10:50 AM - PHONE Note 7**
Claim/Event/Leave: 5354081
NoteSubject : Called EE

NoteSubject : Called EE
Other Subject :
Text: [08/06/2015 - BUSS, HEATHER]LM FOR RTC TO GIVE UPDATES AFTER APPT W/ NEURO SX, ADVISING FOR SX? DATE FOR SX?

**07/23/2015 1:48 PM - CLAIM Note 11**
Claim/Event/Leave: 5354081
NoteSubject : Other
Other Subject : PR DUR REV
Text: [07/23/2015 - CRAM, BRIAN]AGREE WITH EXT OF BENEFITS BEYOND THE PR OPT DURATION.

**07/21/2015 3:18 PM - CLAIM Note 10**
Claim/Event/Leave: 5354081
NoteSubject : LTR to EE
Other Subject :
Text: [07/21/2015 - BUSS, HEATHER]EMAILED AUTH FORM

**07/21/2015 3:13 PM - PHONE Note 6**
Claim/Event/Leave: 5354081
NoteSubject : Called ER
Other Subject : HR, CHARLIE
Text: [07/21/2015 - BUSS, HEATHER]ADVISED OF EXT THRU 8/22/15, CHARLIE ACK & THANKED FOR UPDATE

**07/21/2015 3:07 PM - PHONE Note 5**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject : EXTENSION
Text: [07/21/2015 - BUSS, HEATHER]EE WILL HAVE NEURO SX APPT TODAY, EE BELIEVES THAT ONLY RELIEF WILL COME THROUGH SX INTERVENTION, CM ACK & ADVISED EE TO CALL W/ SX INFO ONCE SCHEDULED & AP CONTACT INFO, ALSO ADVISED THAT WILL SEND AUTH FORM & ASKED TO SEND COPY TO CM, RECD MEDICAL & WILL EXT THRU 8/22/15 PER AP R/L'S GIVEN, ADVISED THAT IF NO UPDATES BY 8/4/15 VO, WILL F/U 8/5/15, EE ACK, WISHED WELL, CALL ENDED

**07/21/2015 2:53 PM - CLAIM Note 9**
Claim/Event/Leave: 5354081
NoteSubject : Extended Benefits
Other Subject :
Text: [07/21/2015 - BUSS, HEATHER]BENEFITS EXTENDED THRU 8/22/15 AS EE HAD RADIOFREQUENCY THERMOCOAGULATION ON 7/9/15 DUE TO CONTINUED BACK PAIN RESULTING FROM DX OF POSTLAMINECTOMY SYNDROME, HIP BURSITIS, MEDICAL DOCUMENTS POSTIVE EXAM FINDINGS AS OF 7/8/15 OV & AP GAVE R/L'S LESS THAN SEDENTARY INCLUDING NO WALKING/STANDING/SITTING OVER 10 - 15 MINUTES DUE TO SEVERE BACK PAIN 6/22/15 TO 8/22/15, AP NOTES THAT EST 6 WEEKS FROM DATE OF PROCEDURE TO ALLOW FOR RESULTS AND DURATION WITHIN PR GUIDELINESMAX 365 (OPT 42). IF NO RTW IMMINENT AFTER 8/22/15, WILL OBTAIN UPDATED MEDICAL & REFER MDS.

**07/21/2015 2:20 PM - CLAIM Note 8**
Claim/Event/Leave: 5354081
NoteSubject : Med Records Rcvd
Other Subject : HIGGINBOTHAM
Text: [07/21/2015 - BUSS, HEATHER]RECD R/L'S FORM DATED 7/16/15, DUP TX NOTES & DUP DIAGNOSTIC RESULTS

**07/21/2015 2:14 PM - CLAIM Note 7**
Claim/Event/Leave: 5354081
NoteSubject : Med Records Rcvd
Other Subject : HIGGINBOTHAM
Text: [07/21/2015 - BUSS, HEATHER]RECD TX NOTES DATED 6/9/15 - 7/8/15, DIAGNOSTIC RESULTS DATED 6/22/15, PROCEDURE REPORTS DATED 6/9/15, 6/15/15 & 7/9/15

**07/21/2015 2:05 PM - CLAIM Note 6**
Claim/Event/Leave: 5354081
NoteSubject : Med Records Rcvd
Other Subject : HIGGANBOTHAM
Text: [07/21/2015 - BUSS, HEATHER]RECD TX NOTES DATED 7/8/15 & PORCEDURE REPORT DATED 7/9/15

**07/15/2015 7:28 PM - CLAIM Note 5**
Claim/Event/Leave: 5354081
NoteSubject : LTR to EE
Other Subject :
Text: [07/15/2015 - KAAHUI, BRITTANY]SENT NP DAY 15=7/29/15 DAY 30=8/13/15 DAY 45=8/28/15

**07/15/2015 4:35 PM - CLAIM Note 4**
Claim/Event/Leave: 5354081
NoteSubject : LTR to AP
Other Subject :
Text: [07/15/2015 - KAAHUI, BRITTANY]FAXED REQ TO DR HIGGINBOTHAM FOR MR FROM 6/15 THRU PRESENT

**07/15/2015 8:24 AM - PHONE Note 4**
Claim/Event/Leave: 5354081
NoteSubject : ER Called

Other Subject :
Text: [07/15/2015 - KAAHUI, BRITTANY]ER CALLED CHARLIE ASKING IF EE WILL BE RETURNING TO WORK. C/B PHONE NUMBER 5124163713 OR EMAIL[07/15/2015 - KAAHUI, BRITTANY]DCM RTC LVM ADVISING RTW IS UNKNOWN ADDITIONAL MR HAVE BEEN REQ FOR ONGOING DIS

**07/10/2015 4:25 PM - PHONE Note 3**
Claim/Event/Leave: 5354081
NoteSubject : EE Called
Other Subject :
Text: [07/10/2015 - KAAHUI, BRITTANY]EE CALLED. EE ADVISED UNDERWENT RADIOFREQUENCY TESTING. EE WAS ADVISED BY THE DR HIGGIN BOTHAM THAT THERE IS NOTHING ELSE THAT THEY CAN DO. EE WAS REFERRED TO A NEURO SURGEON FOV 7/30. DCM ACK ADIVSE APPROVED AND WILL EXT THRU 7/13 AWAITING ADDITIONAL RECS FROM AP. EE AGREED THANKED

**07/10/2015 2:29 PM - CLAIM Note 3**
Claim/Event/Leave: 5354081
NoteSubject : LTR to AP
Other Subject :
Text: [07/10/2015 - KAAHUI, BRITTANY]FAXED REQ TO AP FOR MR FROM 7/1 THRU PRESENT

**07/10/2015 1:59 PM - PHONE Note 2**
Claim/Event/Leave: 5354081
NoteSubject : Called EE
Other Subject :
Text: [07/10/2015 - KAAHUI, BRITTANY]CALLED EE LVM FOR C/B WITH UPDATE ON TREATMENT AND RTW DATE

**07/09/2015 8:36 AM - CLAIM Note 2**
Claim/Event/Leave: 5354081
NoteSubject : Approved
Other Subject :
Text: [07/09/2015 - KAAHUI, BRITTANY]35 YOF 6/19 DOD 6/20. EE HAS HX OF FUSION SX. EE F/U WITH AP ON 6/9 EE F/U WITH AP REPORTING RIGHT LEG PAIN. PHYSICAL EXAM SHOWS TENDERNESS OF LOWER BACK. AP DX WITH POST LAMINECTOMY SYNDROME AND RECOMMENDED PT, ESI, AND MRI. EE UNDERWNET ESI ON 6/10. RESULTS OF MYELOGRAM ON 6/24 SHOW SUBTLE FLARING OF DESCENING RIGHT AND LEFT S1 NER ROOTS. EE UNDERWENT MRI INJECTION ON 6/29. ERTW 7/2. BASED ON HX OF BACK PAIN, TENDERNESS, AND RESULTS OF MRI REASONABLE TO APPROVECLAIM THRU 7/1

**07/01/2015 6:15 PM - CLAIM Note 1**
Claim/Event/Leave: 5354081
NoteSubject : LTR to EE
Other Subject :
Text: [07/01/2015 - KAAHUI, BRITTANY]SENT NP DAY 15=7/15/15 DAY 30=7/30/15 DAY 45=8/14/15

**07/01/2015 6:13 PM - PHONE Note 1**
Claim/Event/Leave: 5354081
NoteSubject : Initial EE Interview
Other Subject :
Text: [07/01/2015 - KAAHUI, BRITTANY]LDW 6/19. EE IS OOW D/T BACK PAIN. EE STATES IT IS AN ONGOING ISSUES. EE IS HAVING A FLARE UP THAT IS NOT ABLE TO GET UNDER CONTROL. EE UNDERWENT MYLOGRAM LAST WEEK. EE STATES SHE HAS A BONE SPUR AND STENOSIS. EE STATESSHE HAD A REACTION TO MYLOGRAM. EE WILL HAD 2ND ESI ON 6/29 LOV 6/9. DR HIGGINBOTHAM NOV 7/8. EE STATES THAT SHE HAD ESI LAST YR ONLY NEEDED ONE AT THAT TIME. EE HAD L4-5 FUSION IN 2008. EE WILL HAVE RSA L1-S1. EE OOW D/T RADICULOPATHY. EE STATES HAS NEW SYMPTOMS ON LEFT SIDE WITH LATERAL LEFT THIGH. EE CALLED NEUROSURGEON. EE WAS GOING TO PT HOWEVER HAS NOT SEEN THERAPIST SINCE 6/17 BECAUSE OF THE PAIN. EE STATSE SHE PLANS TO RTW ON 7/2. EE STATES THAT AP RECOMMENDED OOW THRU 7/1. AP RECOMMENDED OOW FROM 6/22-7/1. CASE MANAGER. EE STATES THAT SHE 2 PATIENTS TO GIVE IV INFUSIONS HOWEVER HAS NOT BEEN ABLE TO SINCE SHE HAS BEEN OOW. DENIES OTHER INCOME. CX ADDRESS. DCM EXPLAINED PROCESS. EE ACK. EE HAD NFQ THANKED

**06/30/2015 10:47 AM - POSSINV Note 1**
Claim/Event/Leave: 5354081
NoteSubject : Prior Claim
Other Subject :
Text: [06/30/2015 - WAKEFIELD, LYNN]PLS INVESTIGATE-MANUAL CLAIM CREATED TO REPLACE CLAIM #3474263 WHICH WAS VOIDED DUE TO INCORRECT SSN, PLS VERIFY SSN -PLS VERIFY LDW, NOT REPORTED IN VOIDED CLAIM, UPDATED WITH DATE PRIOR TO DOD REPORTED

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim

* **Claim/Event/Leave Number** 3474263 **Accommodation Number**

**Note type:**

Primary Sort Order

- ○ Note Type
- ○ Note Number
- ◉ Note Date/Time
- ○ Accm. No.

Sec

**06/30/2015 10:51 AM - CLAIM Note 3**
Claim/Event/Leave: 3474263
NoteSubject : Initial Entry
Other Subject :
Text: [06/30/2015 - WAKEFIELD, LYNN]CLAIM RECVD WITH NO ELIG, FOUND EE IN ELIG UNDER DIFFERENT SSN, CLAIM VOIDED DUE TO INCORRECT SSN DURING INTAKE -CLAIM #5354081 HAS BEEN CREATED TO REPLACE VOIDED CLAIM

**06/30/2015 10:47 AM - CLAIM Note 2**
Claim/Event/Leave: 3474263
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THIS LEAVE WAS DENIED FOR EMPLOYMENT TERMINATED

**06/29/2015 11:47 AM - CLAIM Note 1**
Claim/Event/Leave: 3474263
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: ERTW DATE UNKNOWN. HAS FMLA ALREADY. A.MUIR

LAW OFFICES OF

**Bemis, Roach & Reed**

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO:<br>K. Murray, LTD Claims | FROM:<br>Sammie Frazier<br>Paralegal to Greg Reed |
| COMPANY:<br>Liberty Mutual | DATE:<br>1/16/2018 |
| FAX NUMBER:<br>(603) 334-5855 | TOTAL NO. OF PAGES, INCLUDING COVER:<br>2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER:<br>N. Fabre #5581 |
| RE:<br>Nita Fabre | YOUR REFERENCE NUMBER:<br>5557206 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

***THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS SENT. IF THE RECIPIENT OF THIS TRANSMITTAL IS NOT THE INTENDED RECIPIENT, OR AND EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.***

4100 DUVAL RD., BLDG 1, SUITE 200, AUSTIN, TX 78759
(512) 454-4000 (512) 453-6335 FACSIMILE

LAW OFFICES OF

Bemis, Roach & Reed

LLOYD E. BEMIS III * ¤
LONNIE ROACH *
GREG REED *

4100 Duval Road, Building I, Suite 200
Austin, Texas 78759
(512) 454-4000
FAX (512) 453-6335

Board Certified
* Personal Injury Trial Law
¤ Consumer & Commercial Law

January 18, 2018

***Via Facsimile No. (603) 334-5855***

Liberty Mutual
Attn: Kimberly Murray, LTD Group Claims
P.O. Box 7213
London, KY 40742

| | | |
|---|---|---|
| Re: | My Client: | Nita Fabre |
| | Claim No.: | 5557206 |
| | Policy: | Centene Management Company |

Dear Ms. Murray:

I am in receipt of Ms. Fabre's updated administrative record, which was provided on November 29, 2017 and again on January 5, 2018. Unfortunately, neither record contains the disability policy that I requested on January 2, 2018. Please provide me with a copy of her **policy** at your earliest convenience. I don't need an additional copy of the entire record – the policy will suffice.

Thank you for your attention to this matter.

Sincerely,

Greg Reed

CINDY BRETON
603-750-7550
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR

1 OF 1

**SHIP TO:**

GREG REED
BEMIS, ROACH &REED
SUITE 200
4100 DUVAL ROAD, BUILDING 1
**AUSTIN TX 78759-3550**

**TX 787 9-72**

**UPS 2ND DAY AIR**

TRACKING #: 1Z 248 96X 02 9199 3923

**2**

BILLING: P/P

Office/Dept Number: 009603304

CS 19.5.48. WNTNV50 93.0A 10/2017

**n0045866**

**From:** Murray, Kimberly
**Sent:** Thursday, January 04, 2018 1:25:59 PM
**To:** GroupBenefitsHOAdmin
**Subject:** FW: Copy of file to attorney 5557206
**Attachments:** 2016-03-30CH-CENTENE MGMT-LTD POL.pdf - Shortcut.lnk; 5557206-ACKNOWLEDGE-FREEFORM-11.29.2017.pdf

Hi,

Can you please resend once the office is open? I rec'd a message from the attorney indicating the policy was not included.

Thank you!

Kim

**From:** Murray, Kimberly
**Sent:** Wednesday, November 29, 2017 2:37 PM
**To:** GroupBenefitsHOAdmin <GroupBenefitsHOAdmin@LibertyMutual.com>
**Subject:** Copy of file to attorney 5557206

**FILE COPY REQUEST FORM**

**Paper** **x *Thumb drive** Requested by: Kim Murray

Date of Request: 11/29/2017

**Claimant Name**

Nita Fabre

**Claim Number(s)** *Be sure to list* ***ALL*** *associated claims.*

*(i.e., LTD, STD, Stat, STDCP, LTDCP, SALCN)*

5557206

x **Request for Administrative Record *(COMPLETE FILE)***

Record should include <u>ALL</u> of the following for <u>EACH</u> claim number requested:

- ❖▪ Claim Note(s)
- ❖▪ Coversheet(s)
- ❖▪ ALL documents in Doc List
- ❖▪ ALL letters in Correspondence Link
- ❖▪ Surveillance video (*obtained by DCM, if any*)
- ❖▪ Applicable policy (*obtained by DCM*)

**Request for Specific Records**

Claim Note(s)

Coversheet(s)

Specific Letters in Correspondence Link/Doc List:

Letter Name/date ___

Letter Name/date ___

Letter Name/date ___

Letter Name/date ___

Letter Name/date ___

Letter Name/date ___

Letter Name/date ___

Letter Name/date ___

**Check One:** x Mail to Recipient (sent 2 day mail unless otherwise specified) Return to Requestor

Please send to: *Thumb drive should include decryption instruction sheet.

**Name of Recipient**:

(Care of) Greg Reed

**Address:** Bemis, Roach &Reed

4100 Duval Road, Building 1

Suite 200

Austin, TX 78759

x Cover letter attached - send with file copy

**Special Instructions:** __

Please email file copy request to H.O. Admin at: GroupBenefitsHOAdmin@libertymutual.com

o Requests will be completed within 2 business days.

o UPS confirmation will be dropped into EDM by H.O. Admin for tracking number reference.

LAW OFFICES OF

**Bemis, Roach & Reed**

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: K. Murray, LTD Claims | FROM: Sammie Frazier<br>Paralegal to Greg Reed |
| COMPANY: Liberty Mutual | DATE: 1/3/2018 |
| FAX NUMBER: (603) 334-5855 | TOTAL NO. OF PAGES, INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: N. Fabre #5581 |
| RE: Nita Fabre | YOUR REFERENCE NUMBER: 5557206 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

***THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS SENT. IF THE RECIPIENT OF THIS TRANSMITTAL IS NOT THE INTENDED RECIPIENT, OR AND EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.***

4100 DUVAL RD., BLDG 1, SUITE 200, AUSTIN, TX 78759
(512) 454-4000 (512) 453-6335 FACSIMILE

LAW OFFICES OF

Bemis, Roach & Reed

LLOYD E. BEMIS III * ж
LONNIE ROACH *
GREG REED *

4100 Duval Road, Building I, Suite 200
Austin, Texas 78759
(512) 454-4000
FAX (512) 453-6335

Board Certified
* Personal Injury Trial Law
ж Consumer & Commercial Law

January 2, 2018

***Via Facsimile No. (603) 334-5855***

Liberty Mutual
Attn: Kimberly Murray, LTD Group Claims
P.O. Box 7213
London, KY 40742

| | | |
|---|---|---|
| Re: | My Client: | Nita Fabre |
| | Claim No.: | 5557206 |
| | Policy: | Centene Management Company |

Dear Ms. Murray:

I am in receipt of Ms. Fabre's updated administrative record, which was provided on November 29, 2017. Unfortunately, the record did not contain a copy of Ms. Fabre's long term disability policy as requested. Please provide me with a copy of her policy at your earliest convenience.

Thank you for your attention to this matter.

Sincerely,

Greg Reed

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
JANETOS SUPERETTE
77 MAIN ST
DOVER ,NH 03820

UPS Access Point™
MAIN ST MAILING & COPY
54 MAIN ST
DURHAM ,NH 03824

UPS Access Point™
MYMOBILE
123 S MAIN ST
ROCHESTER ,NH 03867

FOLD HERE

MARILYN COOK
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

**SHIP TO:**
GREG REED
BEMIS, ROACH & REED
BUILDING 1 SUITE 200
4100 DUVAL ROAD
**AUSTIN TX 78759-3550**

**TX 787 9-72**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 248 96X 02 9086 8418

BILLING: P/P

Office/Dept Number: 009603304

CS 19.5.48. WNTNV50 93.0A 10/2017

**n0045866**

**From:** Murray, Kimberly
**Sent:** Wednesday, November 29, 2017 2:36:43 PM
**To:** GroupBenefitsHOAdmin
**Subject:** Copy of file to attorney 5557206
**Attachments:** 2016-03-30CH-CENTENE MGMT-LTD POL.pdf - Shortcut.lnk; 5557206-ACKNOWLEDGE-FREEFORM-11.29.2017.pdf

## FILE COPY REQUEST FORM

**Paper** **x *Thumb drive** Requested by: Kim Murray

Date of Request: 11/29/2017

**Claimant Name**

Nita Fabre

**Claim Number(s)** *Be sure to list* ***ALL*** *associated claims.*

*(i.e., LTD, STD, Stat, STDCP, LTDCP, SALCN)*

5557206

x **Request for Administrative Record *(COMPLETE FILE)***

Record should include ALL of the following for EACH claim number requested:

- Claim Note(s)
- Coversheet(s)
- ALL documents in Doc List
- ALL letters in Correspondence Link
- Surveillance video (*obtained by DCM, if any*)
- Applicable policy (*obtained by DCM*)

**Request for Specific Records**

Claim Note(s)

Coversheet(s)

Specific Letters in Correspondence Link/Doc List:

Letter Name/date ___ Letter Name/date ___

Letter Name/date ___ Letter Name/date ___

Letter Name/date ___ Letter Name/date ___

Letter Name/date ___ Letter Name/date ___

**Check One:** x Mail to Recipient (sent 2 day mail unless otherwise specified) Return to Requestor

Please send to: *Thumb drive should include decryption instruction sheet.

**Name of Recipient**:

(Care of) Greg Reed

**Address:** Bemis, Roach &Reed

4100 Duval Road, Building 1

Suite 200

Austin, TX 78759

x Cover letter attached - send with file copy

**Special Instructions:** ___

Please email file copy request to H.O. Admin
at: GroupBenefitsHOAdmin@libertymutual.com

o Requests will be completed within 2 business days.

o UPS confirmation will be dropped into EDM by H.O. Admin for tracking number reference.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

GREG REED
BEMIS, ROACH & REED
4100 DUVAL ROAD, BUILDING 1
SUITE 200
AUSTIN TX 78759

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5855

November 29, 2017

Greg Reed
Bemis, Roach & Reed
4100 DUVAL ROAD, BUILDING 1
SUITE 200
AUSTIN, TX 78759

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre

Dear Greg Reed:

Per your November 15, 2017, request for claim documentation, we have enclosed a complete copy of Ms. Fabre's Long Term Disability claim file and Long Term Disability Policy.
If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Murray
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16399
Secure Fax No.: (603) 334-5855

LAW OFFICES OF

**Bemis, Roach & Reed**

LLOYD E. BEMIS III * ¤
LONNIE ROACH *
GREG REED *

4100 Duval Road, Building I, Suite 200
Austin, Texas 78759
(512) 454-4000
FAX (512) 453-6335

Board Certified
* Personal Injury Trial Law
¤ Consumer & Commercial Law

November 15, 2017

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED NUMBER 9590940214905329654280**

**AND**

**FACSIMILE NO. (603) 334-5855**

Liberty Mutual
Attn: Kimberly Murray, LTD Group Claims
P.O. Box 7213
London, KY 40742

| | | |
|---|---|---|
| Re: My Client: | | Nita Fabre |
| | Claim No.: | 5557206 |
| | Policy: | Centene Management Company |

Dear Ms. Murray:

I represent Nita Fabre in her claim for disability benefits under the above identified plan. I have been assigned an interest in this claim. Please direct your future communications in this matter to me.

Please provide to me, on behalf of Ms. Fabre, with a copy of Ms. Fabre, with a copy of her Liberty Mutual Long Term Disability policy.

Request is hereby made that you not destroy or modify any documents, software, logs, emails and other information transferring media that are currently on your computers, and that you take affirmative steps to preserve such evidence. Request is also made that you put your document-retention policy on hold pending the resolution of this claim. Finally, request is made that any relevant information stored on electronic media which has been deleted that is reasonably recoverable be immediately undeleted or recaptured.

Thank you for your attention to this matter.

Sincerely,

Greg Reed

**AUTHORIZATION**
**TO RELEASE DOCUMENTS AND**
**APPOINTMENT OF LEGAL REPRESENTATIVE**

Liberty Mutual Insurance, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives is hereby specifically authorized and requested to furnish my attorneys, BEMIS, ROACH & REED, 4100 Duval Rd., Bldg. 1, Ste. 200, Austin, Texas 78759, with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Greg Reed of Bemis, Roach and Reed as my legal representative for all matters pertaining to my disability claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of Greg Reed, Bemis Roach & Reed, 4100 Duval Rd., Bldg. 1, Ste. 200, Austin, Texas 78759. Telephone- (512) 454-4000. Facsimile- (512) 453-6335.

I have assigned an interest in my claim to my attorney and ask that Liberty Mutual Insurance recognize this assignment in the future administration of my claim.

SIGNED this 18th day of October, 2017

NFabre
Nita Fabre

LAW OFFICES OF

# Bemis, Roach & Reed

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: K. Murray, LTD Claims | FROM: Sammie Frazier<br>Paralegal to Greg Reed |
| COMPANY: Liberty Mutual | DATE: 11/15/2017 |
| FAX NUMBER: (603) 334-5855 | TOTAL NO. OF PAGES, INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: N. Fabre #5581 |
| RE: Nita Fabre | YOUR REFERENCE NUMBER: 5557206 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

***THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS SENT. IF THE RECIPIENT OF THIS TRANSMITTAL IS NOT THE INTENDED RECIPIENT, OR AND EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.***

4100 DUVAL RD., BLDG 1, SUITE 200, AUSTIN, TX 78759
(512) 454-4000 (512) 453-6335 FACSIMILE

LAW OFFICES OF

Bemis, Roach & Reed

LLOYD E. BEMIS III * ¤
LONNIE ROACH *
GREG REED *

4100 Duval Road, Building I, Suite 200
Austin, Texas 78759
(512) 454-4000
FAX (512) 453-6335

Board Certified
* Personal Injury Trial Law
¤ Consumer & Commercial Law

November 15, 2017

**CERTIFIED MAIL - RETURN RECEIPT**
**REQUESTED NUMBER 9590940214905329654280**

**AND**

**FACSIMILE NO. (603) 334-5855**

Liberty Mutual
Attn: Kimberly Murray, LTD Group Claims
P.O. Box 7213
London, KY 40742

| | | |
|---|---|---|
| Re: | My Client: | Nita Fabre |
| | Claim No.: | 5557206 |
| | Policy: | Centene Management Company |

Dear Ms. Murray:

I represent Nita Fabre in her claim for disability benefits under the above identified plan. I have been assigned an interest in this claim. Please direct your future communications in this matter to me.

Please provide to me, on behalf of Ms. Fabre, with a copy of Ms. Fabre, with a copy of her Liberty Mutual Long Term Disability policy.

Request is hereby made that you not destroy or modify any documents, software, logs, emails and other information transferring media that are currently on your computers, and that you take affirmative steps to preserve such evidence. Request is also made that you put your document-retention policy on hold pending the resolution of this claim. Finally, request is made that any relevant information stored on electronic media which has been deleted that is reasonably recoverable be immediately undeleted or recaptured.

Thank you for your attention to this matter.

Sincerely,

Greg Reed

**AUTHORIZATION**
**TO RELEASE DOCUMENTS AND**
**APPOINTMENT OF LEGAL REPRESENTATIVE**

Liberty Mutual Insurance, its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives is hereby specifically authorized and requested to furnish my attorneys, BEMIS, ROACH & REED, 4100 Duval Rd., Bldg. 1, Ste. 200, Austin, Texas 78759, with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Greg Reed of Bemis, Roach and Reed as my legal representative for all matters pertaining to my disability claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of Greg Reed, Bemis Roach & Reed, 4100 Duval Rd., Bldg. 1, Ste. 200, Austin, Texas 78759. Telephone- (512) 454-4000. Facsimile- (512) 453-6335.

I have assigned an interest in my claim to my attorney and ask that Liberty Mutual Insurance recognize this assignment in the future administration of my claim.

SIGNED this 18th day of October, 2017

NFabre
Nita Fabre

**n0221833**

**From:** Doherty Cella Keane & Associates LLP
**Sent:** Wednesday, October 18, 2017 10:35:29 AM
**To:** Fitzgerald, Joel
**Subject:** Claim No 5557206 Fabre, Nita

Dear Mr. Fitzgerald,

Please be advised that Ms. Fabre's Initial Claim for Social Security disability benefits was recently denied. Request for Reconsideration forms for Ms. Fabre have been sent to Social Security on this date. I anticipate a decision in approximately three to six months.

I will continue to keep you advised of the status of this case. If you have any questions, please call me at 1-800-211-4736.

Sincerely,

Sean for Attorney Laura Cella-Donovan

**Sean Timmons**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll Free: 800-211-4736
Direct: 978-922-0411
Fax: 978-922-1644
ssdilaw@dcklaw.com
www.social-security-law.com

***************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.

Nita Fabre 5354081

KIM MURRAY
603-731-6463
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

**0.0 LBS LTR**

**1 OF 1**

**SHIP TO:**
NITA FABRE

# TX 787 9-03

## UPS 2ND DAY AIR

TRACKING #: 1Z 248 96X 02 9033 9954

**2**

BILLING: P/P

Office/Dept Number: 009603304

CS 19.5.34. WNTNV50 90.0A 07/2017

Liberty/Fabre 0104

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5855

July 28, 2017

Ms. Nita M. Fabre

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081

Dear Ms. Nita Fabre:

Per your June 27, 2017, request for claim documentation, we have enclosed a complete copy of your Short Term Disability and Long Term Disability claim files.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Murray
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16399
Secure Fax No.: (603) 334-5855

R3 CONTINUUM

d/b/a Crisis Care Network, Behavioral Medical Interventions, Crisis Management Int'l
4115 Ayrshire Dr SW
Wyoming, MI 49418

# INVOICE

| | |
|---|---|
| **Invoice Date:** | 06/26/2017 |
| **Invoice #:** | 607311-1 |
| **Invoice Due Date:** | 07/26/2017 |
| **Payment Terms:** | Net 30 days |

**Bill To:**

London, KY
PO Box 7207
London, KY 40742

| Referred By | Claim # | Claimant Name |
|---|---|---|
| Kimberly Murray | 5557206 | Nita Fabre |

| Delivery Method | Invoice Currency | Customer Reference # |
|---|---|---|
| Other | USD | n/a |

| Qty/Hrs | Service Provided | Description | Specialty | Rate | Amount |
|---|---|---|---|---|---|
| 16.00 | File Review | Report by Neil McPhee | Physical Medicine and Rehabilitation - Pain Medicine | $255.00 | $4,080.00 |
| 1.00 | | Admin Fees - Flat | | $50.00 | $50.00 |

| | |
|---|---|
| *Subtotal* | *$4,130.00* |
| *Sales Tax* | *$0.00* |
| *Total Invoice Amount* | *$4,130.00* |
| *Payment/Credit Applied* | *$0.00* |
| ***TOTAL*** | ***$4,130.00*** |

**Thank you for your business.**

**Please remit to:**

**R3 Continuum**

**4115 Ayrshire DR SW**

**Wyoming, MI 49418**

If you have any questions, please contact Accounting at:

Phone: **(616) 965-2411**

Email: **accounting@r3continuum.com**

Federal ID #: **46-4003573**

CONFIDENTIALITY NOTICE: This message is intended for the sole use of the individual and entity to whom it is addressed and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@R3Continuum.com and destroy all copies of the original message.

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

R3 CONTINUUM

June 23, 2017

****CONFIDENTIAL****

Kimberly Murray
Liberty Mutual
London, KY

Re: Nita Fabre
Claim No: 5557206
Web ID: 607311

Dear Ms. Murray:

We have received and processed the referral of the file on Nita Fabre for the purpose of file review and provider contact. All records provided by Liberty Mutual, London, KY were reviewed. Services have been completed on this file, and below is a summary of findings and conclusions.

### CONCLUSION

Based on a review of the provided data as summarized and analyzed below, it is the reviewer's opinion within a reasonable degree of clinical probability that the claimant's report of chronic pain and debility are markedly out of proportion to what is supported on the basis of the accident report, medical examinations, imaging, and electrophysiologic studies. She utilizes opioid medications in quantities (210 morphine equivalents) over double current guidelines (90 to 100 morphine equivalents). She has had excessive interventional procedures for minimal underlying pathology and examination findings. She has a functional spinal cord stimulator to manage residual symptoms from her L4-L5 disc herniation that occurred when bending at work as a nurse in about 2007. Imaging does not show significant degeneration above or below her fusion at L4-L5, and there is no instability. Two EMG/NCS studies by different specialists were normal with no electrophysiologic evidence for lumbar radiculopathy. Although she complained of pain during discography at L5-S1, it was at higher pressures than would be expected and unexpected based on the appearance of the disc. She apparently started her job as a Case Manager II for Centene Management Company 6/25/12 which was approaching five months after the rear end motor vehicle accident on 2/2/12 that she states exacerbated her symptoms. The accident report stated her vehicle had no airbag deployment and it did not require towing, and she was not injured. There are no medical records provided until over six months after the accident to indicate she required care at that time. If she did have an exacerbation of symptoms after the accident, return to baseline would have been expected given the absence of new pathology. Notwithstanding, it is medically reasonable to support some degree of functional impairment from higher level physical activities on the basis of chronic pain with the implanted spinal cord stimulator but with intact neurological status.

### REFERRAL INFORMATION

Age (DOB):
Gender: FEMALE
DOD: 06/20/2015
Listed attending physician(s): Jeffrey Higginbotham, MD, Pain Management
Diagnoses listed on referral: post-laminectomy syndrome, not elsewhere classified

### MEDICAL ISSUE

The primary medical issue in question in this review is noted as whether there are impairing diagnoses from December 2016 (after placement of a new spinal cord stimulator) supporting restrictions and limitations which would preclude full-time work. It is unclear whether attending pain management provider Jeffrey Higginbotham, MD is supporting off work.

### RECORDS LIST

**What follows is an outline of the records reviewed to prepare for this report:**

1. **Attending Physician Statements completed by:**
   a. **Anand Joshi, MD, Pain Medicine, dated 2/15/13**
   b. **Jeffrey Higginbotham, MD, Pain Management, dated 7/16/15 through 11/11/16, and undated**
   c. **Judson Cook, MD, Neurosurgery, dated 10/14/16**
   d. **Mark Burnett, MD, Neurosurgery, undated**
2. **Medical Records, Correspondence and/or Consultations completed by:**
   a. **Pain Care Physicians, dated 2/7/13 through 8/5/13**
   b. **St. David's Round Rock Medical Center, dated 7/18/13 through 12/28/16**
   c. **Jason Rea, PT, dated 8/7/13 through 8/27/13**
   d. **Pain Management Consultants, PA, dated 8/22/13 through 3/28/17**
   e. **Dr. Burnett, dated 7/21/15 through 12/17/15**
   f. **Rosalie Hudson, MD, Internal Medicine, dated 1/7/16**
   g. **The Austin Diagnostic Clinic, dated 2/18/16 through 2/27/17**
   h. **Dr. Cook, dated 4/12/16 through 1/12/17**
3. **Diagnostics**
4. **Labs**
5. **Client Internal Claim Review Notes/Interviews**
6. **Occupational Information/Job Description**
7. **Peer Review and Related Correspondence completed by Arlen Green, DO, PM&R, dated 4/6/17 and 5/5/17**
8. **Surveillance/Investigative Reports**
9. **Employee Statements**
10. **Attorney Correspondence and/or Legal Documents**
11. **Client Documents**
12. **Miscellaneous Documents**
13. **Duplicate Documents**
14. **Authorization**

### SUMMARY OF RECORDS

All records were reviewed. The claimant is a 37-year-old female Case Manager II for Centene Management Company with a past history of herniated lumbar disc at work as a nurse when she bent over that was treated in 2008 with discectomy, but at three days post-op she re-herniated the disc, and the L4 pedicle fractured requiring further surgery and fusion, rear end motor vehicle accident on 2/2/12 exacerbating back symptoms, nicotine dependence, depression, asthma, gastroesophageal reflux disease, juvenile rheumatoid arthritis, anemia, and lateral meniscus repair. Accident report for crash 2/2/12 indicated that the claimant's 2002 Toyota was hit in the rear by a vehicle that spun out of control as well as another vehicle from behind. It was stated the claimant was not injured, there was no airbag deployment, and the vehicle did not require towing. The earliest medical record provided for review is

an MRI thoracic spine with and without contrast dated 8/15/12 which was reported by Radiologist Dr. Debchnke as showing normal spinal cord, mild annular bulging at multiple levels, no selective nerve root involvement, and post-op appearance at L4-5. X-rays lumbar spine with flexion/extension views 9/6/12 were reported by Radiologist Dr. Chow as showing surgical changes at L4-5 and no evidence of instability.

X-rays sacrum and coccyx 1/14/13 were reported by radiologist Dr. Lonergan as unremarkable. Pain management note dated 2/7/13 from physical medicine and rehabilitation specialist Anand Joshi, MD, Pain Medicine for reprogramming of recently implanted spinal cord stimulator. She complained of thoracic and low back as well as right leg pain with medications including Norco, 10/325mg qid; Baclofen, 20mg q12h; and Cymbalta. Examination recorded no apparent distress and healing thoracic and lumbar surgical scars with mild tenderness over them. The spinal cord stimulator was reprogrammed, and Norco was increased to 6 per day for post-op pain. Pain clinic note dated 2/20/13 by Dr. Ramchandani indicated that the claimant was also taking Methadone which she was to reduce to 2.5mg tid and further reprogramming of the spinal cord stimulator was performed. On 3/1/13, Dr. Joshi planned genetic testing to determine what the issue with opioids is going on and compounded Norco was prescribed. On 3/27/13, Dr. Ramchandani documented normal gait, normal range of motion of the joints, 5/5 strength in all upper and lower extremity muscle groups, normal deep tendon reflexes, and normal coordination. Compounded Norco and Ambien were prescribed. On 4/24/13, Dr. Ramchandani recorded the claimant still feels the spinal cord stimulator wire and is tender under the paddle insertion area; thoracic x-rays were ordered; and OxyContin, 15mg q8h was added to her medications. X-rays thoracic spine and abdomen on 4/25/13 were reported by Dr. Chow as showing a spinal cord stimulator in place with the lead tips at T8-T9 with no discontinuity, no acute abnormality in the thoracic spine, and large amount of stool within the colon but otherwise negative abdomen. Due to poor coverage distribution attributed to pull back of the lead, on 7/18/13 Neurosurgeon Mark Burnett, MD removed and placed a new lumbar spinal cord stimulator as well as performed T9 laminectomy. On 7/23/13, Dr. Joshi performed further reprogramming of the spinal cord stimulator, and refills of OxyContin and hydrocodone were provided. On 8/5/13, Dr. Joshi provided an excuse from work until 8/25/13 due to increased pain and back spasms, and the claimant also reported anxiety and unsteady gait. Physical therapy evaluation was pending, and Zanaflex was prescribed. Physical therapy sessions were performed on 8/7/13, 8/13/13, 8/15/13, 8/19/13, 8/22/13, and 8/27/13 with it noted the claimant works from home as an insurance reviewer and complains of difficulty sitting more than 10-15 minutes with low back pain 5-10/10 with associated right lower extremity numbness and tingling. At the 8/27/13 physical therapy session, the claimant stated that she returned to work yesterday and with driving to attend a class as well as drive her son to school her pain increased to intolerable levels from the stress and activity. While attending physical therapy, the claimant apparently transferred to another pain management clinic under the care of Anesthesiologist Dr. Higginbotham. His note dated 8/22/13 stated the claimant was also under the care of counselor Ms. Meldrum. Examination recorded tenderness along the scar and paravertebral muscles, normal lumbar motion, 5/5 lower extremity strength, negative straight leg raise, and no sacroiliac joint pain. Assessment was improving post-op pain from spinal cord stimulator revision. The plan was to start weaning medications after healing, return to work as she states she is ready, and prescriptions for Ambien CR and Baclofen. On 8/27/13, the claimant complained to Dr. Higginbotham's nurse and physician assistant that she had an increase in back pain that radiates to the right lower extremity when she bent over to make her bed yesterday, and she also started work yesterday after being off for several weeks. An x-ray of her thoracic spine was ordered, a Medrol Pak was prescribed, and she was given a work excuse for another week. X-ray thoracic spine 8/28/13 was reported by Radiologist Dr. Chia as unremarkable with spinal stimulator at T8. On 9/4/13, the claimant reported to Dr. Higginbotham's nurse and physician assistant that the Medrol Pak helped a little but her current pain medications are not helping with the burning pain in her mid-back. At CT of

her thoracic spine was ordered; and Lyrica, 75mg tid and hydrocodone-docusate SR, 15-50mg 2 q6h prn were prescribed. CT thoracic spine with contrast 9/5/13 was reported by Radiologist Dr. Patel as showing appropriate appearance of the spinal stimulator terminating at T8-T9 through T9-T10 and a 1-2cm midline dorsal thoracic postoperative soft tissue fluid collection. On 9/18/13, Dr. Higginbotham's physician assistant recorded that the claimant states she is not receiving good stimulation of her right lower extremity pain despite recent reprogramming by the manufacturer and she does not think she can go back to work due to back pain with sitting longer than 15 minutes. The dosage of Lyrica was decreased to 50mg tid due to her reporting it makes her feel drowsy; and prescriptions were provided for Baclofen, 20mg q6h prn and OxyContin, 20mg q8h. On 10/1/13, the claimant reported her spinal cord stimulator was reprogrammed earlier today and she notices some relief of right lower extremity pain, however, right sacroiliac joint and right greater trochanteric tenderness and pain was recorded with injections in those areas plans. Less sedation with the decreased dose of Lyrica was noted. On 10/8/13, Dr. Higginbotham performed right trochanteric bursa as well as right sacroiliac joint injections each with betamethasone, 12mg and Bupivacaine. On 10/17/13, the claimant reported she is receiving much-improved pain relief and good stimulation, she had 75% pain relief with the right sacroiliac joint injection, she benefits from wearing a sacroiliac joint belt 2 to 3 hours a day, and she had 70% relief from the right hip bursa injection which she would like repeated. Prescriptions were provided for OxyContin, 20mg bid; Baclofen, 20mg q6h prn; Skelaxin, 800mg q8h prn; and Lyrica, 50mg tid. On 10/24/13, Dr. Higginbotham performed right trochanteric bursa injection with Depo-Medrol, 40mg and Bupivacaine. On 11/12/13, the claimant reported return of right hip pain after two weeks of relief from the injection, and the OxyContin and hydrocodone help her manage as well as work as a nurse. Prescriptions were provided for Celebrex, 200mg qd and OxyContin, 20mg bid. On 12/16/13, a right hip x-ray was ordered, and the claimant noted that the Celebrex was helpful. Prescriptions were provided for Lyrica, 50mg tid; Celebrex, 200mg qd; and OxyContin, 20mg q12h. On 12/18/13, Dr. Higginbotham performed right hip intra-articular injection with betamethasone, 6mg and Bupivacaine as well as right sacroiliac joint injection with betamethasone, 12mg and Bupivacaine. X-ray right hip 12/26/13 was reported by Radiologist Dr. Trevino as normal.

On 1/9/14, Dr. Higginbotham performed right hip intra-articular injection with betamethasone, 6mg and Bupivacaine as well as right sacroiliac joint injection with betamethasone, 12mg and Bupivacaine. On 1/14/14, the claimant reported 65% pain relief from both the hip and sacroiliac injections, and both OxyContin and hydrocodone help her manage her pain and allow her to work as a nurse with prescriptions provided for hydrocodone-docusate SR, 15-50 2 q6h prn and OxyContin, 20mg q12h. On 1/30/14, Dr. Higginbotham performed right hip intra-articular injection with betamethasone, 12mg and Bupivacaine as well as trigger point injection in the right quadratus lumborum with Bupivacaine. On 2/12/14, the claimant reported 75% relief with the right hip injection and x-ray was noted to be normal and 40% pain relief from the trigger point injection. Exam recorded paravertebral/right sacroiliac joint/ right trochanteric tenderness, no pain with lumbar motion, and 5/5 strength. Medications were stated to allow the claimant to work and prescriptions were provided for Lyrica, Skelaxin, Baclofen, and OxyContin. On 3/18/14, prescriptions were provided for hydrocodone-docusate and OxyContin. On 4/15/14, the claimant requested a repeat sacroiliac injection after having almost three months of 65% pain relief from the prior injection. Medications were stated to allow her to work as a nurse and prescriptions were provided for hydrocodone-docusate, Celebrex, and OxyContin. On 5/1/14, Dr. Higginbotham performed right hip intra-articular injection with betamethasone, 6mg and Bupivacaine as well as L5 transforaminal epidural steroid injection with betamethasone, 12mg and Bupivacaine. On 5/14/14, the claimant reported that the medications help her manage her pain and allow her to work, and prescriptions were provided for hydrocodone-docusate, Lyrica, and OxyContin. On 5/22/14, Dr. Higginbotham performed right L5 transforaminal epidural steroid injection with betamethasone, 6mg and Bupivacaine and right hip trochanteric bursa injection with betamethasone, 6mg and Bupivacaine.

On 6/2/14, Dr. Higginbotham performed right L5 transforaminal epidural steroid injection with betamethasone, 12mg and Bupivacaine. On 6/10/14, the claimant reported no relief with the trochanteric bursa injection or transforaminal epidural steroid injection. A five day prescription for Dilaudid, 4mg q6h for exacerbation of pain was prescribed in addition to hydrocodone-docusate SR, 15-50 #240 and OxyContin, 20mg #60. On 7/14/14, the claimant stated she still has Dilaudid left over. Lyrica dose was increased to 75mg tid and prescriptions were provided for hydrocodone-docusate SR, 15-50 #240 and OxyContin, 20mg #60. On 8/12/14, the claimant stated the Lyrica, 75mg helps but makes her drowsy and the OxyContin is not helping as much. Lyrica dosing was changed to 50mg during the day and 100mg at night; OxyContin was increased to 30mg q12h; hydrocodone-docusate SR, 15-50mg 2 q6h prn was continued; and baclofen, 20mg q6h prn was continued. No change to medication dosing was made on 9/9/14 and 10/1/14. On 10/2/14, Dr. Higginbotham performed right L5 transforaminal epidural steroid injection with betamethasone, 6mg and Bupivacaine and right hip trochanteric bursa injection with betamethasone, 6mg and Bupivacaine. On 10/14/14, the claimant reported 40% pain relief with the lumbar injection, and medications were continued without changes. On 10/23/14 and 10/30/14, Dr. Higginbotham performed bilateral L5 and S1 medial branch nerve blocks with significant pain relief reported after 20 minutes. On 11/12/14, the claimant stated her insurance will no longer be covering the compounded hydrocodone anymore and she will have to change to either Norco or Oxycodone. On 11/20/14, Dr. Higginbotham performed radiofrequency neurolytic lesioning of the medial branch nerves bilaterally at L5 and S1. On 12/8/14, the claimant stated her back pain was improved since the radiofrequency procedure, but she is still dealing with some soreness in her lower back. Prescriptions were provided for oxycodone IR, 15mg q8h #90 and OxyContin, 30mg q12h #60.

On 1/12/15, Dr. Higginbotham performed a trigger point injection to the right gluteus maximum with Bupivacaine. On 2/10/15, the claimant stated she has been very tired lately which she thinks is from the OxyContin but she was also started on Remeron by her primary care provider for depression which has been helpful but could also cause sedation. OxyContin was decreased to 20mg q12h, Lyrica was continued at 50mg in the morning and 100mg in the evening, Baclofen was changed to 20mg q6h prn, and oxycodone IR was continued at 15mg q8h prn. On 3/11/15, the claimant admitted to taking leftover hydrocodone after confronted with positive drug test. No changes were made to her medications. On 3/16/15, Dr. Higginbotham performed right L5 and S1 transforaminal epidural steroid injection with Betamethasone, 12mg and bupivacaine. On 4/8/15, the claimant stated that the OxyContin along with oxycodone help manage her pain with her taking only 2-3 oxycodone per day. Prescriptions were provided for Mobic, 15mg qd #30; oxycodone IR, 15mg q8h prn; and OxyContin, 20mg q12h #60. On 5/12/15, the claimant requested to go back to OxyContin, 30mg. On 5/21/15 and 5/28/15, Dr. Higginbotham performed bilateral diagnostic medial branch nerve block injections at L2/L3/L4 with significant relief reported after 15 minutes. On 6/9/15, the claimant reported that Lyrica helps with her pain but causes swelling, and she wanted to try gabapentin which she was on a long time ago. On 6/10/15 and 6/29/15, Dr. Higginbotham performed right L5 and S1 transforaminal lumbar epidural steroid injection with betamethasone, 12mg and Bupivacaine. Myelogram lumbar 6/22/15 was reported by Radiologist Dr. Campbell as showing L4-5 solid-appearing fusion without evidence of instability and mild front to back canal compromise L3-4 and L5-S1 without nerve root truncation but with subtle flaring of descending right and left S1 nerve roots as they cross by the L5-S1 disc space may be physiologic but could indicate nerve root irritation or inflammation. Post-myelogram lumbar CT 6/22/15 was reported by radiologist Dr. Campbell as showing L4-5 solid-appearing anterior column fusion, L5-S1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves while supine. There could be irritation of descending and exiting L5 nerves with load bearing. In follow-up with Dr. Higginbotham's nurse and physician assistant on 7/8/15, the claimant reported that OxyContin and oxycodone IR help with her pain and Neurontin is somewhat helpful. Prescriptions were provided

for Neurontin, 300mg tid #90; Mobic, 15mg qd #30; oxycodone IR, 15mg q8h prn #90; and OxyContin, 30mg q12h #60. On 7/9/15, Dr. Higginbotham performed radiofrequency neurolytic lesioning of the medial branch nerves bilaterally at L2/L3/L4/L5/S1. Follow-up note dated 7/21/15 by Neurosurgeon Dr. Burnett stated the claimant had not been seen for some time and although she gets some relief from her spinal cord stimulator she is having more pain in the low back as well as around the sacral region and piriformis area, and from time to time some extension predominantly to the right leg. She notes some bowel and bladder changes that seem to be related to muscle spasms. Examination recorded full strength and sensation, symmetrical reflexes, antalgic gait, back pain with straight leg raise, well-healed incisions, and no obvious distress. Lumbar CT myelogram was reviewed as showing solid L4-5 fusion, perhaps some narrowing of the foramen at L5-S1 but no central compression at all, appropriate disc height at L5-S1, and normal curvature. Assessment was pain that seems greatly muscular but could be discogenic which could be assessed with discogram. Discogram 7/30/15 by Dr. Higginbotham recorded normal discs at L2-3 and L3-4 without pain, and at L5-S1 preserved disc height with possible posterior fissure but contrast centrally located and report of 8/10 pain "at a little high pressures than I would have liked to see." CT lumbar spine with contrast 7/30/15 was reported by radiologist Dr. Abramowitz as showing small posterior central annular fissure at L5-S1 and prior lumbar fusion at L4-L5. On 8/4/15, the claimant reported to Dr. Higginbotham's physician assistant that the medications do not seem to be helping her pain much and OxyContin was increased to 40mg q12h #60; Neurontin was increased to 400mg tid #90; oxycodone IR was continued at 15mg q8h; and Movantik, 25mg qd #6 was prescribed for opioid-induced constipation. On 8/14/15, Dr. Higginbotham provided a prescription for Dilaudid, 4mg q6h prn #40. On 8/20/15, Dr. Higginbotham performed bilateral piriformis injections with betamethasone, 12mg and Bupivacaine and bilateral sacroiliac joint injections with betamethasone, 12mg and Bupivacaine. On 9/9/15, Dr. Higginbotham's colleague Dr. Haro recorded that the increase in OxyContin has been helpful, but the claimant still has not been able to return to work, she would like to go back to Neurontin, 300mg due to drowsiness; and the Mobic, 15mg causes GI upset. The plan was functional capacity evaluation (FCE) to determine physical limitations and disability status; change Mobic to 7.5mg; change Neurontin to 300mg; continue oxycodone IR, 15mg; and continue OxyContin, 40mg. On 10/9/15, Dr. Higginbotham's physician assistant continued medications unchanged and noted that the claimant still has not returned to work. On 11/6/15, Dr. Higginbotham's physician assistant referred the claimant to neurosurgery. Follow-up note dated 11/17/15 by Neurosurgeon Dr. Burnett noted that discogram showed concordant pain at L5-S1 with a negative control. "I think that it is difficult for me to get a handle on a lot of these symptoms. If the L5-S1 disc space is to blame for some of her back pain, then a surgery would be needed that would include a fusion procedure. I think this would be a big undertaking for her because of her chronic pain and how things have gone for her surgically in the past. Furthermore, it is very difficult for me to understand some of the leg symptoms that she is getting and some of the waxing and waning complaints that she has." Further evaluation with EMG/NCS was recommended. On 12/8/15, Dr. Higginbotham discussed multidisciplinary care including cognitive behavioral therapy (CBT), physical therapy (PT), interventions, and medications; with increase in OxyContin to 60mg q12h #60 and additional oxycodone IR, 15mg q4-6h #150 for complaints of worsening pain. EMG/NCS bilateral lower extremities 12/15/15 by Neurologist Dr. Westgate was normal. Follow-up note dated 12/17/15 by Neurosurgeon Dr. Burnett noted no abnormal finding on the EMG/NCS and a recent increase in narcotics. He stated that if surgery was to be done, he would recommend anterior lumbar interbody fusion (ALIF) at L5-S1 which he would expect to help her back pain but her improvement in her leg symptoms is difficult to predict.

On 1/7/16, internist Dr. Hudson provided a medical clearance for planned lumbar surgery with Dr. Burnett. Also on 1/7/16, Dr. Higginbotham titrated the claimant's medications to account for post-op pain control after upcoming surgery on 1/13/16. On 2/5/16, the claimant asked Dr. Higginbotham for an increase in oxycodone and the prescription was increased to #240. Office note dated 2/18/16 by

primary care provider Dr. DeBehnke stated there are insurance issues related to proposed lumbar surgery with Dr. Burnett. On 3/8/16, Dr. Higginbotham discontinued OxyContin and started Duragesic, 50mcg per hour patch; and continued other medications. On 4/4/16, no changes were made to the claimant's medications. Office note dated 4/12/16 by Neurosurgeon Judson Cook, MD recorded forward flexed station, antalgic gait, positive right straight leg raise at 35 degrees, 5/5 lower extremity strength except 4+/5 right dorsiflexors, and normal tone. X-rays showed a stable appearing L4-5 ALIF and no overt instability, moderate spondylosis at L5-S1 with good overall alignment, and tripole paddle electrode ending at the top of T9. CT myelogram was recommended given complaints of worsening symptoms and right foot weakness. Myelogram with CT 4/22/16 was interpreted by Radiologist Dr. Richardson as showing no change in position of the stimulating electrodes since 9/5/13, stable appearance of L4-L5 anterior fusion, no spinal cord compression or new disc herniation at any thoracic level, and no new disc herniation or significant canal narrowing at any lumbar level. In follow-up with Dr. Cook on 4/28/16, CT myelogram was reviewed as relatively negative and surgery was not recommended. Referral was placed for neurology with electrodiagnostics likely. On 5/5/16, 6/2/16, and 6/28/16, no changes were made to medication dosages by Dr. Higginbotham's staff. CT cervical spine 6/29/16 was reported by Radiologist Dr. Shah as showing incomplete fusion (likely developmental) of the posterior elements of C1 similar to that seen on CT head 4/4/08, mild degenerative change at C5-C6, and slight reversal of the cervical lordosis with minimal right to left deviation. Office note dated 6/16/16 by primary care provider Dr. DeBehnke stated the claimant reports she is mostly homebound and unable to drive, spending a lot of time resting. Upcoming neurology consult was noted. Consultation by Neurologist Dr. Nolan documented no acute distress, "moves throughout the room and rotates on the exam bed and gets up and down without problem and walks on her toes and occasionally appears to be in some pain but not consistently related to activities," normal strength, normal sensation, symmetric deep tendon reflexes, normal coordination, and negative Romberg. "I am unsure about the etiology of the patient's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy before she had her lumbar radicular surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on my examination today." The plan was to check her nerves and cervical spine to confirm no stenosis, the importance of discontinuation of nicotine was emphasized, and it was stated she may benefit from psychiatry optimizing her mood medication as well as to see pelvic floor specialist Dr. Wasserburger. Electrodiagnostic consultation on 7/12/16 by Neurologist Dr. Nolan documented normal motor strength, symmetric deep tendon reflexes, normal sensation, normal coordination, normal gait including on the toes and heels, negative Romberg, and normal EMG/NCS bilateral lower extremities. In follow-up with Dr. Cook on 7/19/16, EMG of the lower extremities was noted to be negative. X-rays were taken showing reasonably midline placed tripole paddle electrode spanning from the T7-8 disk space to the top 1/3 of the T9 vertebra. The claimant wished to proceed with a spinal cord stimulator battery revision to a more advanced battery with hopes of improved coverage. On 8/1/16, no changes were made to medication dosages by Dr. Higginbotham and home exercise was recommended. On 8/15/16, Neurosurgeon Dr. Cook removed and replaced the claimant's spinal cord stimulator. In follow-up with Dr. Cook on 8/25/16, it was noted that previously noted erythema of her incision has since resolved with continued oral antibiotics, and coverage overall improved. On 8/26/16, Dr. Nolan reviewed that nerve conduction testing demonstrated no obvious neuropathy and visiting a psychiatrist and psychologist to work with her on stressors in the setting of chronic pain issues while she decreases her nicotine exposure was strongly suggested. "I am concerned about her mood and insight issues." Also, recommendations were made for headache management and she was to consider visiting a physiatrist who specializes in pelvic floor pain issues. Presumably on 9/12/16 (although dated 12/12/16), Dr. Higginbotham aspirated a fluid pocket at her spinal cord stimulator generator site and sent the fluid off for gram stain and cultures. In follow-up with Dr. Cook on 9/22/16, he noted that aspiration of the pulse generator pocket performed by Dr. Higginbotham grew out Staph Aureus and she was started on

antibiotics, and she reports continued pain at the battery side and along the distal electrode leads. The plan was to remove the spinal cord stimulator and battery. Presumably on 9/23/16 (although dated 12/23/16), Dr. Higginbotham aspirated a fluid pocket at her spinal cord stimulator generator site and sent the fluid off for gram stain and cultures. On 9/26/16, Dr. Cook removed the spinal cord stimulator and performed irrigation and debridement of the incision. MRI with and without contrast thoracic and lumbar spine 9/27/16 was reported by Radiologist Dr. Masaryk as showing removal of infected spinal cord stimulator through a laminectomy at T9, 6mm focus of thickening and enhancement along the ligamentum flavum from T 7 through T10 presumed to be infected, no cord compression, and prior anterior L4-5 fusion/L4 laminotomy with no evidence of junctional degeneration above or below this level as well as no evidence of any spinal canal or neural foraminal stenosis. PICC line placement was verified by x-ray per Radiologist Dr. Kish on 9/28/16. On 10/3/16, no changes were made to medication dosages by Dr. Higginbotham and home exercise was recommended. In follow-up with Dr. Cook on 10/11/16, the claimant reported recurrence of her pre-stimulator low back and leg pain, and it was noted she is being followed closely by infectious disease. Re-implantation was planned when cleared by infectious disease. In follow-up with Dr. Cook on 11/3/16, it was stated she completed antibiotics and is scheduled for a thoracic spinal cord stimulator trial using the HF-10 technology (Nevro) with Dr. Higginbotham. On 11/4/16, Dr. Higginbotham performed a spinal cord stimulator trial, and in follow-up on 11/11/16, the claimant noted 50 to 60% benefit. In follow-up with Dr. Cook on 11/22/16, he noted that trial with the HF-10 system did not afford her as much improvement as her prior system and she would like to proceed with re-implantation of a multiarray paddle electrode and pulse generator as she had previously. It was noted a pre-operative thoracic MRI would be needed. On 12/6/16, Dr. Higginbotham continued medications at current dosages. On 12/28/16, Dr. Cook performed thoracic laminectomy and placed a multi-array paddle electrode for dorsal column stimulation with gluteal subcutaneous generator placement. MRI thoracic spine without contrast 12/21/16 was reported by radiologist Dr. MacAdam as showing no acute fracture or evidence for discitis or osteomyelitis, mild loss of disc height at T7-T8 and T8-T9, mild multilevel facet arthrosis on the mid and lower thoracic spine, and no central or neural foraminal stenosis.

In follow-up with Dr. Cook on 1/12/17, it was recorded the claimant has made a reasonable recovery from the surgery, and the spinal cord stimulator has not yet been engaged. Examination recorded appearance of some discomfort, antalgic gait, well-healed incisions, and grossly normal lower extremity function. The plan was initiation of the device and programming within the next several weeks. On 2/27/17, Dr. Higginbotham continued medications at current dosages, and the claimant's new spinal cord stimulator was reprogrammed with burst stimulation by the manufacturer. In follow-up on 2/27/17, Dr. Nolan recorded the claimant did not follow-up with psychiatry/psychology and she reports increase in pain as well as tingling paresthesias in her feet at night. Her headaches are stable and minimal. It was noted she presented with a walker but rose without assistance and ambulated without it, had normal strength, symmetric deep tendon reflexes, normal sensation, and normal coordination. No additional recommendations were made. On 3/28/17, Dr. Higginbotham continued medications at current dosages (Baclofen, 20mg #120; Duragesic, 50mcg/hr #10 patches; Mobic, 7.5mg #30; Movantik, 25mg #30; Neurontin, 300mg #90; oxycodone, 20mg #180; and Skelaxin, 800mg #90) and documented normal mood and affect, intact thought processes, normal gait and station, healing incisions from spinal cord stimulator and battery placement, normal muscle tone and strength, 2+ deep tendon reflexes at the patellar and Achilles tendons, and intact sensation to light touch. In a letter faxed 5/11/17, Dr. Higginbotham stated the claimant has chronic pain and has been undergoing multimodal pain management for a number of years which is ongoing, and despite some benefit, she remains severely limited secondary to pain. He stated she cannot sit for an extended time without severe pain and her mobility is limited with her using a walker. He stated he does not expect significant functional improvement unless there is an improvement in Pain Management options in the future.

### PROVIDER INTERVIEW WITH JEFFREY HIGGINBOTHAM, MD, PAIN MANAGEMENT

Please refer to attached appendix.

### ANALYSIS

Based on the information available for review, as described above, it is the reviewer's opinion within a reasonable degree of clinical probability that the claimant's reported chronic pain and debility are markedly out of proportion to what is supported on the basis of the accident report, medical examinations, imaging, and electrophysiologic studies. She utilizes opioid medications in quantities (210 daily morphine equivalents) over double current guidelines (90 to 100 morphine equivalents). She has had excessive interventional procedures for minimal underlying pathology and examination findings. For example, x-ray of her right hip and sacroiliac joints were normal and she was receiving intra-articular injections to those joints. Similarly, imaging did not show significant disc pathology at L5/S1 and she received transforaminal epidural steroid injections. She has a functional spinal cord stimulator to manage residual symptoms from her L4-L5 disc herniation that occurred when bending at work as a nurse in about 2007. Imaging does not show significant degeneration above or below her fusion at L4-L5 and there is no instability. Two EMG/NCS studies by different specialists were normal with no electrophysiologic evidence for lumbar radiculopathy. Although she complained of pain during discography at L5-S1, it was at higher pressures than would be expected and unexpected based on the appearance of the disc.

She apparently started her job as a Case Manager II for Centene Management Company 6/25/12 which was approaching five months after the rear end motor vehicle accident on 2/2/12 that she states exacerbated her symptoms. The accident report stated her vehicle had no airbag deployment and it did not require towing, and she was not injured. There are no medical records provided until over six months after the accident to indicate she required care at that time. If she did have an exacerbation of symptoms after the accident, return to baseline would have been expected given the absence of new pathology. On 3/27/13, Dr. Ramchandani documented normal gait, normal range of motion of the joints, 5/5 strength in all upper and lower extremity muscle groups, normal deep tendon reflexes, and normal coordination. Physical therapy note dated 8/7/13 recorded that the claimant works from home which would infer that she could change positions as needed for comfort if sitting longer than 10 to 15 minutes at a time bothered her. Subsequent physical therapy note dated 8/27/13 indicated that stress and increased activity are factors in her report of symptoms. She was apparently seeing a counselor, Ms. Meldrum, however, records from that provider were not included for review. On 8/22/13, the claimant switched to pain management provider Dr. Higginbotham whose examination recorded tenderness along the scar and paravertebral muscles, normal lumbar motion, 5/5 lower extremity strength, negative straight leg raise, and no sacroiliac joint pain. There was no significant change in the medical records around the date of 6/20/15 when she stopped working. Examination by Neurosurgeon Dr. Burnett on 7/21/15 recorded full strength and sensation, symmetrical reflexes, antalgic gait, back pain with straight leg raise, well healed incisions, and no obvious distress. Lumbar CT myelogram was reviewed as showing solid L4-5 fusion, perhaps some narrowing of the foramen at L5-S1 but no central compression at all, appropriate disc height at L5-S1, and normal curvature. Assessment was pain that seems greatly muscular but could be discogenic. On 9/9/15, Dr. Higginbotham's colleague Dr. Haro ordered a functional capacity evaluation but there is no indication in the record provided for review that it was completed. Follow-up note dated 11/17/15 by Neurosurgeon Dr. Burnett noted that discogram showed concordant pain at L5-S1 with a negative control. "I think that it is difficult for me to get a handle on a lot of these symptoms. If the L5-S1 disc space is to blame for some of her back pain, then a surgery would be needed that would include a fusion procedure. I think this would be a big undertaking for her because of her chronic pain and how things have gone for her surgically in the past.

Furthermore, it is very difficult for me to understand some of the leg symptoms that she is getting and some of the waxing and waning complaints that she has." EMG/NCS bilateral lower extremities 12/15/15 by Neurologist Dr. Westgate was normal. Although Dr. Burnett agreed to perform a fusion surgery at L5-S1 it was not authorized by the claimant's insurance company. Myelogram with CT 4/22/16 was interpreted by radiologist Dr. Richardson as showing no change in position of the stimulating electrodes since 9/5/13, stable appearance of L4-L5 anterior fusion, no spinal cord compression or new disc herniation at any thoracic level, and no new disc herniation or significant canal narrowing at any lumbar level. In follow-up with Dr. Cook on 4/28/16, CT myelogram was reviewed as relatively negative and surgery was not recommended. CT cervical spine 6/29/16 was reported by Radiologist Dr. Shah as showing incomplete fusion (likely developmental) of the posterior elements of C1 similar to that seen on CT head 4/4/08, mild degenerative change at C5-C6, and slight reversal of the cervical lordosis with minimal right to left deviation. Consultation by Neurologist Dr. Nolan documented no acute distress, "moves throughout the room and rotates on the exam bed and gets up and down without problem and walks on her toes and occasionally appears to be in some pain but not consistently related to activities," normal strength, normal sensation, symmetric deep tendon reflexes, normal coordination, and negative Romberg. "I am unsure about the etiology of the patient's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy before she had her lumbar radicular surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on my examination today." Electrodiagnostic studies by Dr. Nolan on 7/12/16 were normal. On 8/26/16, Dr. Nolan reviewed that nerve conduction testing demonstrated no obvious neuropathy and visiting a psychiatrist and psychologist to work with her on stressors in the setting of chronic pain issues while she decreases her nicotine exposure was strongly suggested. "I am concerned about her mood and insight issues." Also, recommendations were made for headache management and she was to consider visiting a physiatrist who specializes in pelvic floor pain issues. On 9/22/16, a wound infection was diagnosed related to spinal cord stimulator generator/battery replacement on 8/15/16, and it was removed on 9/26/16. After treatment of the infection, a new spinal cord stimulator was implanted on 12/28/16 with it presumably engaged in January 2017.

Regarding the time period in question, it is medically reasonable to support some degree of functional impairment from higher level physical activities on the basis of chronic pain with the implanted spinal cord stimulator (but with intact neurological status) as follows: lifting/carrying 11-20 pounds occasionally and 1-10 pounds frequently, bending/twisting/crawling/climbing occasionally, and the ability to change positions from sitting to standing (such as with a sit-to-stand desk) as needed for comfort. There would be no overall limit to total time sitting, standing, walking, squatting, or use of her upper extremities. Within these restrictions, there is no medical evidence that she would be at increased harm during a full-time 8-hour day/40-hour work week. If functional capacity evaluation and/or neuropsychometric testing are obtained, I would be happy to review the reports and prepare an addendum to this review.

### *QUESTIONS*

Please refer to the Analysis section above for additional details and rationale supporting this reviewer's opinions.

1. **What diagnoses are supported by the medical evidence?**

   The medical evidence supports diagnosis of chronic pain status post L4-L5 fusion with implanted spinal cord stimulator.

2. **Does the medical evidence support any diagnoses causing functional impairment from 12/2016 (placement of new spinal cord stimulator) to the present? Please explain your medical rationale as to why or why not.**

   The medical evidence supports diagnosis of chronic pain status post L4-L5 fusion with implanted spinal cord stimulator causing functional impairment due to increase in symptoms and potential risk for movement of the spinal cord stimulator lead from December 2016 to the present. Please see the above Analysis for medical rationale.

3. **If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. A. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). B. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

   Regarding the time period in question, it is medically reasonable to support some degree of functional impairment from higher level physical activities on the basis of chronic pain with the implanted spinal cord stimulator (but with intact neurological status) as follows: lifting/carrying 11-20 pounds occasionally and 1-10 pounds frequently, bending/twisting/crawling/climbing occasionally, and the ability to change positions from sitting to standing (such as with a sit-to-stand desk) as needed for comfort. There would be no overall limit to total time sitting, standing, walking, squatting, or use of her upper extremities. Within these restrictions, there is no medical evidence that she would be at increased harm during a full-time 8-hour day/40-hour work week. Please see the above Analysis for medical rationale.

   Reassessment can occur 11 months from the date of this report.

4. **Does the (overall functional and) medical evidence support the claimant has the ability to sustain full-time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/2016 to present? Please explain your medical rationale.**

   Within the restrictions as per question 3 above, the claimant has the ability to sustain full-time capacity of 8 hours per day/5 days per week. There is no medical evidence that she would be at increased harm from such activity, she has intact neurological function, and she has a new spinal cord stimulator and medications to manage her reported symptoms.

5. **When contacting the treating provider, please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

   Please refer to attached appendix.

Sincerely,

Neil McPhee

Neil McPhee, MD

Diplomate, American Academy of Pain Management
Board Certified Physical Medicine & Rehabilitation
Arizona License #24741

*All opinions in this report are solely the opinions of the author. There is no conflict of interest. There is no doctor/provider-patient treatment relationship, and the author did not personally examine the claimant. All opinions are advisory only, independent, and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering all the data available at the time of preparation of this report. This report is not intended as a recommendation regarding any decisions on a claim or administrative functions to be made or enforced. R3 does not make claim decisions.*

R3 CONTINUUM

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

# CONFIDENTIAL FAX

| | | | |
|---|---|---|---|
| **Date:** | June 22, 2017 | **Claim #:** | 5557206 |
| **To:** | Jeffrey Higginbotham, MD. | **Fax:** | **512-454-7294** |
| **Document:** | Confirmatory Letter | **Phone:** | **(512) 454-9426** |
| **From:** | Cailin Heichert at 866-927-0184 x 2641 | | |

**Number of Pages (including cover sheet): 3**

**FAX COVER SHEET WARNING**

The information contained in this letter is intended only for the personal and confidential use of the recipient(s) named above. This message may be a communication of which and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by phone and return the original to us by mail. Thank you.

952-927-0184 PHONE
952-927-7147 FAX
OFFICE@R3CONTINUUM.COM

R3 CONTINUUM

June 22, 2017

****CONFIDENTIAL****

Jeffrey Higginbotham, MD
Fax: (512) 454-7294

Re: Nita Fabre
Claim No: 5557206
DOB:

Dear Dr. Higginbotham:

Thank you for taking the time to discuss your patient, Nita Fabre, with me. The following is a summary of our conversation on 6/16/17 at 9:33 am for 12 minutes. Please review it, make any comments or corrections you might have, and sign and fax this letter back to me. **A response is respectfully requested within *five* business days from the date of this letter. If you do not respond, I will conclude that this letter is an accurate representation of our conversation.**

We reviewed the claimant's medical history in detail and noted the interventions he has performed. I concluded that based on examinations, imaging, and electrodiagnostic testing, she would not be precluded from returning to her work requiring a sedentary to light activity level. Dr. Higginbotham stated she is a "burnt out chronic pain patient" and he has treated her and completed forms based on what she reports. He stated that although she states she cannot sit for more than 30 minutes and describes more pain with standing, there is not an objective basis and somatization may be a factor. He stated that he really has nothing else to offer her and he would welcome independent functional capacity evaluation and/or psychological evaluation with testing if obtained by the insurance company.

Again, I appreciate the opportunity to discuss Nita Fabre with you.

Sincerely,

Neil McPhee

Neil McPhee, MD
Diplomate, American Academy of Pain Management
Board Certified Physical Medicine & Rehabilitation
Arizona License #24741

***Please Complete and Fax to Confidential Fax: 952-927-7147***

I have read the above and agree that it is an accurate representation of our conversation and my assessment of my patient, Nita Fabre.

Additional comments:

Jeffrey Higginbotham, MD

Date

# NEIL EDWARD MCPHEE, MD

## CERTIFICATIONS/PROFESSIONAL ASSOCIATIONS/LICENSURE

Diplomate, American Academy of Pain Management/Academy of Integrative Pain Management

Diplomate of the American Board of Physical Medicine & Rehabilitation
(Board Certified in Physical Medicine & Rehabilitation July 1, 1999)

Fellow of the American Academy of Physical Medicine & Rehabilitation

Arizona Medical License # 24741

National Board of Medical Examiners Certification #437478

## PRACTICE INTERESTS/EXPERIENCE

Assessing function has always been a significant focus of my practice. I have performed independent medical and disability examinations as well as medical file reviews for nearly 20 years as part of my private physical medicine and rehabilitation practice. My practice covers a wide range of diagnosis including musculoskeletal injuries, tendinopathies, chronic back pain, arthritis, joint replacement, radiculopathies, neuropathies, fibromyalgia, strokes, traumatic brain injuries, spinal cord injuries, amputations, dystrophies, myopathies, and cardiac conditions requiring rehabilitation. Maximizing patients' independence, improving patients' function, and helping patients return to gainful activity in society has been paramount. I also perform EMG/NCS in my office and have also done so on an outreach basis across central and northern Arizona. Inpatient Multidisciplinary Rehabilitation was also a component of my practice for 5 years.

## CURRENT POSITION

R3 Continuum, LLC — 2016 to present

Consultant

Provide consultation services such as disability and Workers' Compensation case reviews, peer contacts, claimant interviews and case management.

Physiatrist and Pain Management Specialist — June 97 to present

McPhee Musculoskeletal and Rehabilitation Specialists, P.C.

Providing services in Central and Northern Arizona

## RESIDENCY

Physical Medicine & Rehabilitation — June 94-June 97

Mayo Clinic, Rochester, MN

*Research:*
1. A Three-Year Dietary Survey of Premenopausal Women With Controlled Intake of Calcium & Vitamin D and Monitoring of Bone Mineral Density
2. Comparison of Circumferential and Volumetric Measurement of Lymphedema – Intra-rater Reliability, Inter-rater Reliability and Correlation of Results

Resident Representative of the Program Committee of the AAP

Preceptor to Mayo Medical Students

Contributing editor to *Rehab in Review*

**INTERNSHIP**

Transitional Year Internship — June 93-June 94
University of North Dakota, School of Medicine
MeritCare Medical Center and Fargo VA HealthCare System

**MEDICAL SCHOOL**

University of Alberta, Edmonton, Alberta, Canada — Aug 89-June 93
*Degree:* Doctor of Medicine

**UNIVERSITY**

Arizona State University, Tempe, Arizona — Aug 87-May 89
Barrett Honors College, W.P. Carey School of Business
*Degree:* Bachelor of Science in General Business Honors
Summa Cum Laude
*Honors:* Gold Key Honors Society
Phi Kappa Phi Honors Society
Beta Gamma Sigma Honors Society
*Thesis:* Medical Referrals-From the Patient's Perspective
Team Leader for Arizona State University courses in mgmt

University of Minnesota, Minneapolis, Minnesota — Sept 85-June 87
*Honors:* Presidential Scholarship
University Scholar
Member of University of Minnesota Advisory Board

**HIGH SCHOOL**

Mayo High School graduate, Rochester, MN — June 1985
Rank 1/425
National Honor Society
Bausch & Lomb Science Award
Concert Master in Orchestra
Eagle Scout, Boy Scouts of America

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| | |
|---|---|
| UPS Access Point™ | UPS Access Point™ |
| JANETOS SUPERETTE | MAIN ST MAILING & COPY |
| 77 MAIN ST | 54 MAIN ST |
| DOVER ,NH 03820 | DURHAM ,NH 03824 |

FOLD HERE

KIM MURRAY
603-750-7550
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

SHIP TO:
R3 CONTINUUM
952-927-0184 116
BEHAVIORAL MANAGEMENT INCORPORATED
SUITE 500
7825 WASHINGTON AVENUE SO.
**BLOOMINGTON MN 55438**

**MN 551 9-01**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 248 96X 02 9830 7947

BILLING: P/P

Office/Dept Number: 009603304

CS 19.2.04. WNTNV50 87.0A 04/2017

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Kimberly Murray
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16399
Fax: (603) 334-5855

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | CENTENE MANAGEMENT COMPANY | Date Sent: | 6/5/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | NITA M FABRE | Claim #: | 5557206 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | ( |
| State: | | Claimant DOD: | 6/20/2015 |
| Zip: | | Primary Diagnosis: | Postlaminectomy syndrome, not elsewhere classifie |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | dr. higgenbrotham (512) 454-9426 |

Referral Questions:

Vendor Chosen: Behavioral Management, Inc.

Claimant Name: NITA M FABRE

# Liberty Mutual - Independent Evaluation

## Peer Review

**please assign to pm&R physician, with added specialty in pain medicine. Thank you!**
What diagnoses are supported by the medical evidence?
Does the medical evidence support any diagnoses causing functional impairment from 12/2016 (placement of new spinal cord stimulator) to the present? Please explain your medical rationale as to why or why not.
If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.
Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 12/2016 to present? Please explain your medical rationale.
When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.

Instructions For Vendor:

Claimant Name: NITA M FABRE

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: NITA M FABRE

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 | Manager: MILLER, PETER | Case Mgr: SERDY, KELSEY

Claimant Name: NITA M FABRE | Claim #: 5557206

Occupation (Job Title): CASE MANAGER II | Date Sent: 5/22/2017

Diagnosis: M96.1 Postlaminectomy syndrome, not elsewhere classified, G89.4 Chronic pain syndrome

Date of Disability: 6/20/2015 | Date Benefits Began: 12/19/2015

Maximum Duration: 12/16/2046 | Paid Through: 5/9/2017

Date of Denial or (DB451): 5/10/2017 | Date Appeal Received: 5/12/2017

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: CENTENE MANAGEMENT COMPANY

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [x] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Melissa Koepke

ER Contact Addresses (including email address):

Melissa.Koepke@centene.com

Phone No. 3143202038 | FAX No. 0000000000

Account Specific or Unique Contract Issues / Additional Info:

LTD Appeal Service Levels: Standard FI

Liberty Mutual.
INSURANCE

# *FAX COVER SHEET*

**Date:** Thursday, May 11, 2017

**To:** Medical

**Fax #:** 603-430-5752

**From:** Liliana.Metz@Helmsmantpa.com

**Phone #:**

**Fax #:**

**Pages (including cover):** 04

**Notes:** FW: A fax has arrived from remote ID ''.

*This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me via return fax or via telephone and permanently delete the original and any copy of any fax and any printout thereof.*

The attached medical has fax # 603-430-5752.

Liliana Metz, RN, CCM | SENIOR NURSE CASE MANAGER
Liberty Mutual Insurance
Helmsman Management Services
Commercial Insurance Claims
Medical & Disability Case Management Services - Central Region
(P) 847-960-9567
(P) 800-835-6279 ext. 43167
(Fax) 603-430-5751
Liliana.Metz@Helmsmantpa.com

Do not copy/paste any portion of this email into any other document - permission

Please let my Nurse Manager know how I↓ m doing: Michelle.DeWoody@Helmsmantpa.co

The information in this e-mail and in any attachments is confidential and may be

-----Original Message-----
From: RightFax E-mail Gateway [mailto:RightFaxE-mailGate@LibertyMutual.com]
Sent: Thursday, May 11, 2017 1:38 PM
To: Metz, Liliana <Liliana.Metz@Helmsmantpa.com>
Subject: A fax has arrived from remote ID ''.

A fax has arrived from remote ID ''.

---

5/11/2017 2:37:06 PM Transmission Record
Received from remote ID:
Inbound user ID N0249504, routing code 0
Result: (0/352;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 00:49 on channel 5

Attn Kelsey
603 430 5752

Pain Management Consultants, P.A.

**JULIAN L. HARO, MD**
**JEFFREY N. HIGGINBOTHAM, MD**
**CLAYTON ADAMS, MD**
*Central office: 101 West Koenig Lane, Suite 100 | Austin, Texas 78751*
*North office: 15808 FM 620 North, Suite 215 | Austin, Texas 78717*
*Bastrop office: 301 West HWY. 71, Suite 109 | Bastrop, Texas 78602*
*Phone (512) 454-9426, (877) 804-7021 | Fax (512) 454-7294*

Patient Name: NitaFabre
Date of Birth:

Nita Fabre has been under my care for a long time. She is s/p lumbar fusion in 2008 complicated by Postlaminectomy Syndrome. The patient has never really recovered and is afflicted with chronic pain. She been undergoing multimodal pain management for a number of years which is ongoing. She gets some benefit from intermittent injection therapy and medical management. She has a palliative spinal cord stimulator placed. Despite multidisciplinary care, she remains severely limited secondary to her long standing chronic pain. She cannot even sit for an extended time without severe pain. Her mobility is limited and she uses a walker for ambulation. Unfortunately, her condition is chronic. I do not expect significant functional improvement unless there is an improvement in Pain Management options in the future.

Diagnosis: Code Description Onset Status Status Date B99.9 Unspecified infectio 09/16/2016 Chronic 09/16/2016 G89.4 Chronic pain syndrom 07/31/2016 Chronic 07/31/2016 M46.1 Sacroiliitis, not el 07/31/2016 Chronic 07/31/2016 M47.897 Other spondylosis, l 07/31/2016 Chronic 07/31/2016 M54.17 Radiculopathy, lumbo 07/31/2016 Chronic 07/31/2016 M70.61 Trochanteric bursiti 07/31/2016 Chronic 07/31/2016 M70.62 Trochanteric bursiti 07/31/2016 Chronic 07/31/2016 M79.1 Myalgia 07/31/2016 Chronic 07/31/2016 M96.1 Postlaminectomy synd 07/31/2016 Chronic 07/31/2016

Jeffrey Higginbotham

[signature]

Attn: Kelsey Sordy w/ Liberty Mutual
Fax # (603) 559-0370
Re Claim # 5557206
(page 1 of 2)

To whom it may concern,

I am writing to appeal to the claim closure of the above claim #. I am no longer seen by Dr. J. Cook d/t insurance changes & the inability to repair the source of my disabity or provide any further relief. Dr. J Higginbotham did return Dr. Green's 5/3 call on 5/3/17 approx. 16 minutes after the message was left. His cell # was included, but received no callback. My Plan of Care con't. to only be pain relief as no tx is available & I've been unable to tolerate completing a PT plan, despite multiple attempts. I am miserable d/t pain everyday. I am limited to approx. <30 min sitting, <5 min. Standing, & <5-10 min walking w/a walker (cane for shorter distances). Any more results in severe spasms to my back, pelvis, & leg; sharp, burning radicular pain to my (R) leg; crushing pain to my (R) lateral foot; one or both legs giving out. I require assistance in driving any distance >10 min d/t spasms,

Attn: Kelsey Surdy @ Liberty
Claim #5357206
(Con't page 2 of 2)

-SBA in showers d/t falls + reaching when bending is not an option. Sleeping >3-4 hours at a time is rare + per night at all is amazing since it happens even less. My symptoms vary w/a "good day" (minimal sx) being extremely rare - maybe once in 2 mos. Severe days (in or near tears) occur approx 30% of the time + are triggered by an attempt to do minimal activity (MD appt, grocery shopping w/scooter) or nothing at all (most common source - one theory being weather changes). I have + con't to undergo any + all options possible that provide relief. I ~~[illegible]~~ pray everyday to be back to normal - being active, treating my patients, + even attending my son's functions without fear of the oncoming pain. I apologize for handwritten, but I couldn't sit long enough to type this letter to appeal in earnest to resume my claim so I can focus on this rather than our homeless status.

Warmest regards,
Nita Fabre

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

May 10, 2017

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond May 9, 2017. Centene Management Company s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> ***"Disability" or "Disabled"*** *means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
> ***"Disability" or "Disabled"*** *means as a result of Injury or Sickness: (a) the Covered Person cannot perform the material and substantial duties of his own occupation; and (b) after benefits have been paid for 12 months, the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since December 19, 2015.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy and your claim file contains the following medical documentation:

Medical records for dates June 9, 2015 through March 28, 2017 from Dr. Patrick Nolan, Dr. Jeffrey Higginbotham, Dr. Richard Debehnke, Dr. Judson Cook, Pain Management Consultants, PA, Dr. Mark Burnett, Dr. Avinash Ramchandani, Physiotherapy Associates, Pain Care Physicians and Dr. Anand Joshi.

We compared your restrictions and limitations to the requirements of your occupation.

Your occupation as a(n) Case Manager II requires you to:

Perform -**Sedentary Work -** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Positional requirements at the sedentary level include:
- Constant sitting
- Frequent handling and fingering
- Occasional standing and walking
- No bending/stooping, twisting, kneeling, crouching/squatting, crawling, balancing, climbing, or reaching (reaching can be reduced or eliminated by moving objects within an ergonomically correct distance from the body)

In order to determine what is preventing you from performing your Own Occupation, your claim was reviewed by a Board Certified Physician in Physical Medicine & Rehabilitation, Arlen D. Green, DO.

Dr. Green attempted to contact Dr. Judson Cook and Dr. Jeffrey Higginbotham, as follows:

*"Dr. Judson Cook (neurosurgery) (512) 835-8100*

*On 03/30/2017 at 1:35 PM Pacific Time a voicemail was reached and a detailed message was left. On 04/03/2017 at 1:33PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was*

*unavailable. A detailed message was left. On 04/04/2017 at 1:20 PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. No return call has been received as of this writing.*

*Dr. Jeffrey Higginbotham (pain mgt) (512) 454-9426*

*On 03/30/2017 at 1:40 PM Pacific Time I spoke with Catherine, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/03/2017 at 1:41 PM Pacific Time I spoke with Misty, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/04/2017 at 1:25 PM Pacific Time I spoke with Adria, who reported that Dr. Higginbotham was unavailable. A detailed message was left. No return call has been received as of this writing."*

After Dr. Green completed the review of your claim, a copy of the findings was sent to Dr. Cook, Dr. Debhenke, Dr. Higginbotham and Dr. Nolan. They were given 10 business days to respond if they disagreed with the review and to provide any additional information to support the reason they were in disagreement.

None of your providers sent a response indicating that they did disgree, but Dr Higginbotham did send additional progress notes through March 27, 2017.

These additonal records were then reviewed and Dr. Green again attempted to contact Dr. Higginbotham, as follows:

*"Jeffrey Higginbotham (Pain Management) 512 454-9426*

*On 05/01/2017 at 11:02 AM PT a call was placed to Dr. Jeffrey Higginbotham. I spoke with Beth, who reported Dr. Higginbotham was unavailable. A detailed message was left. On 05/02/2017 at 11:11AM PT a call was placed to Dr. Jeffrey Higginbotham and a detailed message was left on voicemail. On 05/03/2017 at 12:58 PM PT a call was placed to Dr. Jeffrey Higginbotham. I spoke with Ashley, who reported Dr. Higginbotham was unavailable. A detailed message was left. Contact was not established. "*

After a review of your records, it was determined:

*"The claimant is diagnosed with post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy.*

*The claimant is impaired secondary to post laminectomy syndrome.*

*After careful review of all documentation provided the claimant is a 37-year-old female with ongoing chronic lower back pain with a history for cervical fusion and spinal cord stimulator placement. The claimant also has a history for L4-L5 fusion. Most recently the claimant underwent revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed complicated by infection and was removed on 08/15/16, and re-implanted on 12/28/16.*

*As of 03/28/17, she rated a pain level of 7-8/10 to the lumbosacral and sacral area. On examination there is healing of a left hip IPG battery pocket and thoracic midline incision from*

*spinal cord stimulator explant. PICC line is in place. Muscle tone and strength is normal. Deep tendon reflexes are 2+. Sensation is intact. Prescriptions include Baclofen, Mobic, Neurontin, Oxycodone, Duragesic, and Skelaxin.*

*This claimant has the functional capacity to perform full time work with the following restrictions and limitations:*

- *Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.*
- *Pushing and pulling not more than 10 pounds occasionally up to 1/3 of the day and 5 pounds frequently 1/3 to 2/3 of the day.*
- *Walking and standing combined for 10 minutes at a time up to 2 hours day.*
- *Sitting with a 10-minute break every 1-2 hours up to 8 hours per day.*
- *Squatting, kneeling, and crouching occasionally up to 1/3 of the day.*
- *Bending and twisting allowed on rarely (less than 1/3 of the day).*
- *No climbing ladders, working at heights, or operating heavy equipment.*
- *Fingering, handling and feeling allowed on a constant basis.*
- *Reaching at the waist and overhead on a constant basis.*

*These restrictions are ongoing and given the claimants surgical history with the spinal cord implant would not be expected to change significantly. Prognosis for a returning to work without restrictions is poor.*

*The medical records provided do not describe any side effects from medications that would support impairment affecting functional capacity."*

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

The written request for review must be sent within 180 days from the date of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- All documentation from your treating providers that would show evidence that you do meet the definition of disability continuously from your own occupation, such as: test results with positive findings, such as an MRI or CT Scan, or, office visit notes that document physical exam findings, hospitali ation records, lists of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records.

You should also provide any additional information that you feel will support your claim.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days from the date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

MES Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 4/25/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Nita M Fabre | **Group/Policy/ Claim Number:** | 5557206 |
| **MES Case Number:** | 31817056394 | **Service:** | Appeal Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kelsey Serdy |

## DATA REVIEWED AND CONTACT INFORMATION:

- Liberty mutual independent evaluation 04/25/17
- Authorization for disclosure of health information 02/09/17
- Office visit 03/28/17, 02/27/17, 12/06/16, 11/11/16, 10/03/16, 08/01/16
- Evaluation report 12/23/16
- Evaluation report 12/12/16
- Evaluation report 11/04/16
- Test results 10/03/16
- Lab report 09/18/16
- Follow up office visit 06/28/16, 06/02/16, 05/05/16, 04/04/16, 03/08/16, 02/05/16, 01/07/16, 12/08/15, 11/06/15, 10/09/15, 09/09/15, 08/14/15, 08/04/15, 07/08/15
- Prior reports: 3/27/17

Jeffrey Higginbotham (Pain Management) 512 454-9426
On 05/01/2017 at 11:02 AM PT a call was placed to Dr. Jeffrey Higginbotham. I spoke with Beth, who reported Dr. Higginbotham was unavailable. A detailed message was left. On 05/02/2017 at 11:11AM PT a call was placed to Dr. Jeffrey Higginbotham and a detailed message was left on voicemail. On 05/03/2017 at 12:58 PM PT a call was placed to Dr. Jeffrey Higginbotham. I spoke with Ashley, who reported Dr. Higginbotham was unavailable. A detailed message was left. Contact was not established.

## SUMMARY OF RECORDS:

The claimant's name is Fabre, Nita. She is a 37-year-old female with post laminectomy syndrome. She had initial injury on 02/02/12 at which time she was involved in a motor vehicle accident. The claimant states she has had recurrent pain since this time.

In an office visit on 07/08/15, the claimant presents for recheck of back pain. She has a history for lumbar fusion. The claimant has previously tried physical therapy and a TENS unit that have been helpful.

In an office visit on 08/04/15, Chris Lindley, EMT, the claimant continues to have severe lower back pain and radiating pain in the right lower extremity. It is noted she is not working due to severe pain. On examination the claimant appears uncomfortable. Her gait is normal. There is thoracic, lumbosacral spine, and hip tenderness. The treatment plan includes Movantik, OxyContin, Oxycodone and Neurontin.

In an office visit on 08/14/15, Brittany Thames, MAC, the claimant has complaints of right lower extremity numbness and weakness, loss of bladder control, and loss of bowel control. She is given a referral to physical therapy.

In an office visit on 09/09/15, Lowell Haro, MD, clinically the claimant is sitting upright and appears uncomfortable. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles are exquisitely tender. The claimant has 1+ tenderness at the right greater trochanter. The claimant is referred to physical therapy.

In an office visit on 10/09/15, Kristy Markell, PAC, she rates her pain level at 5-6/10 with medications and a 10/10 without medication. The claimant recently started physical therapy/occupational therapy for which she reports has been helpful. On examination the claimant's gait is normal. The claimant is alert and orientated person, place and time. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles are exquisitely tender. The claimant has 1+ tenderness at the right greater trochanter. The claimant is to continue Movantik, Neurontin, Mobic, Oxycodone and OxyContin and discontinue Dilaudid and Zofran.

In an office visit on 11/06/15, Kristy Markell, PAC, the claimant presents in follow up for back pain. The claimant states her medications are not helping at all. The claimant was reportedly in bed 3 out of the last 4 days, loss appetite due to pain as well. Medications include Oxycodone, Baclofen, and OxyContin.

In an office visit on 12/08/15, Jeffrey Higginbotham, MD, the physical examination the claimant appears depressed. The claimant is also upset and crying. The claimant is alert and orientated to person, place and time. The claimant uses a cane. Sensation is intact. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles. The claimant has 1+ tenderness at the right greater trochanter. The claimant is to continue Oxycodone.

In an office visit on 01/07/16, the claimant states she is very frustrated with her pain and she is crying during the day due to the severity of pain. The claimant has tried and failed numerous injections and physical therapy.

In an office visit on 02/05/16, Jeffrey Higginbotham, MD, the claimant presents for follow up for complaints of back pain. Her pain level with medications is rated at 6/10 and without medications is rated at 10/10. On examination the claimant appears depressed. The claimant is also upset and crying. The claimant is alert and orientated to person, place and time. She uses a cane. Sensation is intact. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles. The claimant has 1+ tenderness at the right greater trochanter. The claimant is to continue Movantik, Baclofen, Oxycodone, and OxyContin.

In an office visit on 03/08/16, Jeffrey Higginbotham, MD, the claimant is started on Duragesic, discontinued OxyContin, and is to continue Oxycodone for chronic pain syndrome.

In an office visit on 04/04/16, the claimant rates her pain level at 9/10 without medications. She states the Duragesic helps but she is having difficulty keeping the patch on. Clinically the claimant appears depressed. She is also upset and crying. The claimant is alert and orientated to person, place and time. She uses a cane. Sensation is intact. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles. The claimant has 1+ tenderness at the right greater trochanter.

In an office visit on 05/05/16, Laura Brynestad, ACNP, the claimant's back pain radiates to the right groin, right hip, thigh, leg, as well as the left leg. Physical examination findings are essentially unchanged but she is utilizing a walker instead of a cane. The treatment plan includes Baclofen, Mobic, Oxycodone, and Duragesic.

In an office visit on 06/02/16, Laura Brynestad, ACNP, the claimant continues to have back pain that started after a motor vehicle accident on 02/02/12 and had recurrence in pain in August of 2012. Clinically the claimant appears depressed. The claimant is alert and orientated to person, place and time. She uses a walker and has right lower extremity foot drag. Sensation is intact. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles. She has 1+ tenderness at the right greater trochanter. The treatment plan is to continue Oxycodone, Duragesic, and home exercise program.

In an office visit on 06/28/16, the claimant has complaints of back pain with associated numbness, weakness, loss of bladder control, control of flow, and difficult to initiate. On examination the claimant utilizes use of an assistive device of a walker. It is noted she drags the right lower extremity. On examination there is tenderness at the left lateral epicondyle, midline, and paravertebral muscles. There is 1+ tenderness of the right greater trochanter. Medications include Duragesic.

In an office visit on 08/01/16, Jeffrey Higginbotham, MD, the claimant has complaints of back pain. Pain is described as cramping, heavy, throbbing, stabbing, piercing, shooting, burning, tight, tingling, dull ache. On examination she is orientated to person, place, and time. Gait and station is normal. There is tenderness to the paraspinal musculature. Paravertebral spasms are present. Tenderness is present over the facets. Strength is 5/5. Pain is reproduced by palpating the joint. The treatment plan includes a bilateral L5 transforaminal epidural steroid injection. Duragesic and Oxycodone are prescribed.

Procedure note on 12/12/16 a transforaminal lumbar epidural steroid injection was administered.

Procedure note on 12/23/16 indicated the claimant underwent a transforaminal lumbar epidural steroid injection.

In an office visit on 03/28/17, Jeffrey Higginbotham, MD, the claimant rated a pain level of 7-8/10 to the lumbosacral and sacral area. On examination there is healing of a left hip IPG battery pocket and thoracic midline incision from spinal cord stimulator explant. PICC line is in place. Muscle tone and strength is normal. Deep tendon reflexes are 2+. Sensation is intact. Prescriptions include Baclofen, Mobic, Neurontin, Oxycodone, Duragesic, and Skelaxin.

**REVIEW QUESTION (S):**

**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

The claimant is diagnosed with post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy.

**2. Please clarify which diagnoses are causing impairment.**

The claimant is impaired secondary to post laminectomy syndrome.

After careful review of all documentation provided the claimant is a 37-year-old female with ongoing chronic lower back pain with a history for cervical fusion and spinal cord stimulator placement. The

claimant also has a history for L4-L5 fusion. Most recently the claimant underwent revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed complicated by infection and was removed on 08/15/16, and re-implanted on 12/28/16.

As of 03/28/17, she rated a pain level of 7-8/10 to the lumbosacral and sacral area. On examination there is healing of a left hip IPG battery pocket and thoracic midline incision from spinal cord stimulator explant. PICC line is in place. Muscle tone and strength is normal. Deep tendon reflexes are 2+. Sensation is intact. Prescriptions include Baclofen, Mobic, Neurontin, Oxycodone, Duragesic, and Skelaxin.

**3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, rom performing full time activities throughout an 8 hour day.**

This claimant has the functional capacity to perform full time work with the following restrictions and limitations:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally up to 1/3 of the day and 5 pounds frequently 1/3 to 2/3 of the day.
- Walking and standing 2 hours per day 10 minutes at a time up to 2 hours in an 8 hour day.
- Sitting with a 10-minute break every 2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching occasionally up to 1/3 of the day.
- Bending and twisting allowed on rarely (less than 1/3 of the day).
- No climbing ladders, working at heights, or operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.

These restrictions are ongoing and given the claimants surgical history with the spinal cord implant would not be expected to change significantly. Prognosis for a returning to work without restrictions is poor.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical records provided do not describe any side effects from medications that would support impairment affecting functional capacity.

**5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

After review of the treating provider's treatment plan, the claimant utilized assistive device, home exercise program, and medication management, and was previously treated with physical therapy and TENS unit, as well as surgeries of which are consistent with the current standard of care.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*



Arlen D. Green, DO
Board Certified in Physical Medicine & Rehabilitation
Expertise in Pain Medicine
Expertise in Spine
CA License #9441
05/05/2017

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 4/25/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Nita M Fabre | **Group/Policy/ Claim Number:** | 5557206 |
| **MES Case Number:** | 31817056394 | **Service:** | Appeal Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kelsey Serdy |

## DATA REVIEWED AND CONTACT INFORMATION:

- Liberty mutual independent evaluation 04/25/17
- Authorization for disclosure of health information 02/09/17
- Office visit 03/28/17, 02/27/17, 12/06/16, 11/11/16, 10/03/16, 08/01/16
- Evaluation report 12/23/16
- Evaluation report 12/12/16
- Evaluation report 11/04/16
- Test results 10/03/16
- Lab report 09/18/16
- Follow up office visit 06/28/16, 06/02/16, 05/05/16, 04/04/16, 03/08/16, 02/05/16, 01/07/16, 12/08/15, 11/06/15, 10/09/15, 09/09/15, 08/14/15, 08/04/15, 07/08/15
- Prior reports: 3/27/17

Jeffrey Higginbotham (Pain Management) 512 454-9426
On 05/01/2017 at 11:02 AM PT a call was placed to Dr. Jeffrey Higginbotham. I spoke with Beth, who reported Dr. Higginbotham was unavailable. A detailed message was left. On 05/02/2017 at 11:11AM PT a call was placed to Dr. Jeffrey Higginbotham and a detailed message was left on voicemail. On 05/03/2017 at 12:58 PM PT a call was placed to Dr. Jeffrey Higginbotham. I spoke with Ashley, who reported Dr. Higginbotham was unavailable. A detailed message was left. Contact was not established.

## SUMMARY OF RECORDS:

The claimant's name is Fabre, Nita. She is a 37-year-old female with post laminectomy syndrome. She had initial injury on 02/02/12 at which time she was involved in a motor vehicle accident. The claimant states she has had recurrent pain since this time.

In an office visit on 07/08/15, the claimant presents for recheck of back pain. She has a history for lumbar fusion. The claimant has previously tried physical therapy and a TENS unit that have been helpful.

In an office visit on 08/04/15, Chris Lindley, EMT, the claimant continues to have severe lower back pain and radiating pain in the right lower extremity. It is noted she is not working due to severe pain. On examination the claimant appears uncomfortable. Her gait is normal. There is thoracic, lumbosacral spine, and hip tenderness. The treatment plan includes Movantik, OxyContin, Oxycodone and Neurontin.

In an office visit on 08/14/15, Brittany Thames, MAC, the claimant has complaints of right lower extremity numbness and weakness, loss of bladder control, and loss of bowel control. She is given a referral to physical therapy.

In an office visit on 09/09/15, Lowell Haro, MD, clinically the claimant is sitting upright and appears uncomfortable. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles are exquisitely tender. The claimant has 1+ tenderness at the right greater trochanter. The claimant is referred to physical therapy.

In an office visit on 10/09/15, Kristy Markell, PAC, she rates her pain level at 5-6/10 with medications and a 10/10 without medication. The claimant recently started physical therapy/occupational therapy for which she reports has been helpful. On examination the claimant's gait is normal. The claimant is alert and orientated person, place and time. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles are exquisitely tender. The claimant has 1+ tenderness at the right greater trochanter. The claimant is to continue Movantik, Neurontin, Mobic, Oxycodone and OxyContin and discontinue Dilaudid and Zofran.

In an office visit on 11/06/15, Kristy Markell, PAC, the claimant presents in follow up for back pain. The claimant states her medications are not helping at all. The claimant was reportedly in bed 3 out of the last 4 days, loss appetite due to pain as well. Medications include Oxycodone, Baclofen, and OxyContin.

In an office visit on 12/08/15, Jeffrey Higginbotham, MD, the physical examination the claimant appears depressed. The claimant is also upset and crying. The claimant is alert and orientated to person, place and time. The claimant uses a cane. Sensation is intact. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles. The claimant has 1+ tenderness at the right greater trochanter. The claimant is to continue Oxycodone.

In an office visit on 01/07/16, the claimant states she is very frustrated with her pain and she is crying during the day due to the severity of pain. The claimant has tried and failed numerous injections and physical therapy.

In an office visit on 02/05/16, Jeffrey Higginbotham, MD, the claimant presents for follow up for complaints of back pain. Her pain level with medications is rated at 6/10 and without medications is rated at 10/10. On examination the claimant appears depressed. The claimant is also upset and crying. The claimant is alert and orientated to person, place and time. She uses a cane. Sensation is intact. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles. The claimant has 1+ tenderness at the right greater trochanter. The claimant is to continue Movantik, Baclofen, Oxycodone, and OxyContin.

In an office visit on 03/08/16, Jeffrey Higginbotham, MD, the claimant is started on Duragesic, discontinued OxyContin, and is to continue Oxycodone for chronic pain syndrome.

In an office visit on 04/04/16, the claimant rates her pain level at 9/10 without medications. She states the Duragesic helps but she is having difficulty keeping the patch on. Clinically the claimant appears depressed. She is also upset and crying. The claimant is alert and orientated to person, place and time. She uses a cane. Sensation is intact. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles. The claimant has 1+ tenderness at the right greater trochanter.

In an office visit on 05/05/16, Laura Brynestad, ACNP, the claimant's back pain radiates to the right groin, right hip, thigh, leg, as well as the left leg. Physical examination findings are essentially unchanged but she is utilizing a walker instead of a cane. The treatment plan includes Baclofen, Mobic, Oxycodone, and Duragesic.

In an office visit on 06/02/16, Laura Brynestad, ACNP, the claimant continues to have back pain that started after a motor vehicle accident on 02/02/12 and had recurrence in pain in August of 2012. Clinically the claimant appears depressed. The claimant is alert and orientated to person, place and time. She uses a walker and has right lower extremity foot drag. Sensation is intact. There is left lateral epicondyle tenderness and in the midline, as well as paravertebral muscles. She has 1+ tenderness at the right greater trochanter. The treatment plan is to continue Oxycodone, Duragesic, and home exercise program.

In an office visit on 06/28/16, the claimant has complaints of back pain with associated numbness, weakness, loss of bladder control, control of flow, and difficult to initiate. On examination the claimant utilizes use of an assistive device of a walker. It is noted she drags the right lower extremity. On examination there is tenderness at the left lateral epicondyle, midline, and paravertebral muscles. There is 1+ tenderness of the right greater trochanter. Medications include Duragesic.

In an office visit on 08/01/16, Jeffrey Higginbotham, MD, the claimant has complaints of back pain. Pain is described as cramping, heavy, throbbing, stabbing, piercing, shooting, burning, tight, tingling, dull ache. On examination she is orientated to person, place, and time. Gait and station is normal. There is tenderness to the paraspinal musculature. Paravertebral spasms are present. Tenderness is present over the facets. Strength is 5/5. Pain is reproduced by palpating the joint. The treatment plan includes a bilateral L5 transforaminal epidural steroid injection. Duragesic and Oxycodone are prescribed.

Procedure note on 12/12/16 a transforaminal lumbar epidural steroid injection was administered.

Procedure note on 12/23/16 indicated the claimant underwent a transforaminal lumbar epidural steroid injection.

In an office visit on 03/28/17, Jeffrey Higginbotham, MD, the claimant rated a pain level of 7-8/10 to the lumbosacral and sacral area. On examination there is healing of a left hip IPG battery pocket and thoracic midline incision from spinal cord stimulator explant. PICC line is in place. Muscle tone and strength is normal. Deep tendon reflexes are 2+. Sensation is intact. Prescriptions include Baclofen, Mobic, Neurontin, Oxycodone, Duragesic, and Skelaxin.

**REVIEW QUESTION (S):**

**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

The claimant is diagnosed with post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy.

**2. Please clarify which diagnoses are causing impairment.**

The claimant is impaired secondary to post laminectomy syndrome.

After careful review of all documentation provided the claimant is a 37-year-old female with ongoing chronic lower back pain with a history for cervical fusion and spinal cord stimulator placement. The

claimant also has a history for L4-L5 fusion. Most recently the claimant underwent revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed complicated by infection and was removed on 08/15/16, and re-implanted on 12/28/16.

As of 03/28/17, she rated a pain level of 7-8/10 to the lumbosacral and sacral area. On examination there is healing of a left hip IPG battery pocket and thoracic midline incision from spinal cord stimulator explant. PICC line is in place. Muscle tone and strength is normal. Deep tendon reflexes are 2+. Sensation is intact. Prescriptions include Baclofen, Mobic, Neurontin, Oxycodone, Duragesic, and Skelaxin.

**3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, rom performing full time activities throughout an 8 hour day.**

This claimant has the functional capacity to perform full time work with the following restrictions and limitations:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally up to 1/3 of the day and 5 pounds frequently 1/3 to 2/3 of the day.
- Walking and standing combined for 10 minutes at a time up to 2 hours day.
- Sitting with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching occasionally up to 1/3 of the day.
- Bending and twisting allowed on rarely (less than 1/3 of the day).
- No climbing ladders, working at heights, or operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.

These restrictions are ongoing and given the claimants surgical history with the spinal cord implant would not be expected to change significantly. Prognosis for a returning to work without restrictions is poor.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical records provided do not describe any side effects from medications that would support impairment affecting functional capacity.

**5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

After review of the treating provider's treatment plan, the claimant utilized assistive device, home exercise program, and medication management, and was previously treated with physical therapy and TENS unit, as well as surgeries of which are consistent with the current standard of care.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*



Arlen D. Green, DO
Board Certified in Physical Medicine & Rehabilitation
Expertise in Pain Medicine
Expertise in Spine
CA License #9441
05/05/2017

MES SOLUTIONS SINCE 1978

# INVOICE

5/5/2017

Invoice #: 31817056394

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

---

Attention:

LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
DISABILITY
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Claim Number 5557206
Claimant Nita M. Fabre
Referral Date: 4/25/2017 10:37:00 Peer Review Specialty: Physical Medicine & Rehabilitation

Jurisdiction: TX
Federal Id: 38-2193020
S.S. # :
D.O.I. :

Employer:
TAX ID #: 38-2193020

| Description of Services | Amount Due |
|---|---|
| Peer Review Services | 763.75 |
| **Total Due:** | $763.75 |

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street,
Norwood MA 02062

*... priority peer review service*

# Liberty Mutual - Independent Evaluation

## Peer Review

| | |
|---|---|
| Requested By: | Kelsey Serdy<br>Disability Claims<br>P.O. Box 7207<br>London, KY 40742-7207<br>(800) 291-0112 x14289 |
| Fax: | (603) 430-5752 |

Document Locations

- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | CENTENE MANAGEMENT COMPANY | Date Sent: | 4/25/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | | Claim #: | 5557206 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 6/20/2015 |
| Zip: | | Primary Diagnosis: | Postlaminectomy syndrome, not elsewhere classifie |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Dr. Jeffrey Higginbotham (p) (512) 454-9426 (f) (512) 454-72 |

Referral Questions:

Vendor Chosen: MES Solutions

Claimant Name: NITA M FABRE

# Liberty Mutual - Independent Evaluation

## Peer Review

Please contact tx provider(s): Dr.Jeffrey HIGGINBOTHAM (p) (512) 454-9426 (f) (512) 454-7294 (pain mgt). When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

1. Please note all diagnoses supported by the medical evidence (including co-morbids).
2. Please clarify which diagnoses are causing impairment.
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.
4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.
5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.

Instructions For Vendor:

Claimant Name: NITA M FABRE

# Liberty Mutual - Independent Evaluation

## Peer Review

Records beyond December 2016 have been received. Please assign to Arlen Green DO for an addendum.

Attorney Information (if applicable):

Claimant Name: NITA M FABRE

Billing Statement:

Invoice Date: 4/4/2017 Invoice # 705833 Liberty Mutual

Invoice for Requests for Medical Information completed between 3/1/2017 and 3/31/2017

**LIBMT1** **Requested By:** **K Serdy**

| RP #<br>Cust ID: | Patient Name<br>Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 3111840 | FABRE, NITA | Complete | 3/2/17 | $12.00 | $0.00 | $0.00 | $0.00 | $12.00 |
| 5557206 | NOLAN, DR PATRICK | | | | No Fee | | 5 | |

**ReleasePoint**
250 West First St.
Suite 210
Claremont, CA 91711

**Total Amount Due:** **$12.00**

**Tax ID: 95-2843455**

PART II

## Authorization for Disclosure of Health Information

I hereby authorize ______________________ to release medical information from the records of:
(Name of Facility)

Patient Name: Rita Fabre D.O.B.: SS#: (Claim#5557206)

Patient Street Address:

City: State: Zip Code:

Date(s) of Treatment Requested: 1/1/2013 - 12/31/2020

**Information to be disclosed (check all applicable items to be released):**

- ☐ Discharge Summary
- ☐ Discharge Instructions
- ☐ History and Physical
- ☐ Consultations
- ☐ Operative Report
- ☐ ER Record
- ☐ X-Rays Reports
- ☐ Lab Reports
- ☐ EKG/ECG Tests
- ☐ Therapy Notes
- ☐ Progress Notes
- ☐ Medication Records
- ☐ Doctor's Orders
- ☐ Nurse's Notes
- ☐ Treatment Plans
- ☐ Commitment Papers
- ☐ HIV testing
- ☑ Other (please specify): all PHI (excluding films)

**Purpose Or Need For The Disclosure Is:**

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☑ Other Disability Insurance

**The Information May Be Disclosed To:**

Recipient's Name: Liberty Mutual

Street Address: PO Box 7207

City: London State: KY Zip Code: 40742

Phone #: (800) 291-0112 Fax #: (603) 430-5752

**My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.**

**I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.**

**I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.**

This authorization expires on: 12/31/2020 or upon the following event: ______________________
(Date)

*(If no date or event is specified, this authorization will expire in six months from the date of signature).*

**I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).**

**Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.**

[signature] 2/9/2017
(Signature of Patient or Personal Representative*) (Date of Signature)

***If signed by a personal representative, a description of the representative's authority to act is as follows:**

☐ Parent ☐ Legal Guardian ☐ Health Care Power of Attorney
☐ Administrator ☐ Executor of Estate ☐ Next of Kin ☐ Beneficiary

Rev.9/16 MRO

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 02/10/2015 02:45 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 02/10/2015 03:18 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair to good. The patient rates their functional status as poor to fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 0 out of 10. The patient rates their pain without medications as 5 out of 10. Updates include: (PT reports that the TPI last month was helpful. PT would like to discuss decreasing oxycontin as she thinks this is causing sedation.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Chris Lindley, EMT-B; 02/10/2015 02:52 PM)*

**Weight:** 217 lb **Height:** 67 in
**Temp.:** 98.6 °F (Oral) **Pulse:** 90 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 138/76

**Review of Systems** *(Chris Lindley, EMT-B; 02/10/2015 09:45 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History Chris Lindley, EMT-B 02/10/2015 09:46 AM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Right L5 TF LESI on 10/2/2014--40% pain relief up to date

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Exercise: daily
Illicit drug use: None
Alcohol Use: None
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/01/2014) Active - Hx Entry. (start 10/1/2014 end 12/30/2014 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 11/12/2014) Active - Hx Entry. (start 11/15/2014 end 2/13/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 02/12/2015) Active - Hx Entry. (start 02/12/15, end 03/14/15 142630138850 pre-written ov/KM 2/10 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 11/12/2014) Active - Hx Entry. (start 11/13/2014 end 2/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/12/2015) Active - Hx Entry. (start 01/12/15, end 04/12/15 LM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1-2 Oral every 8 hours prn pain. MAX: 6/day, Taken starting 02/03/2015) Active - Hx Entry. (start 02/11/15, end 03/13/15 1426301338851 pre-written ov/KM 2/10 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother
Cancer: Sister
Rheumatoid arthritis: Mother, Brother
Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 02/10/2015 03:18 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished and Well developed. patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable**
**Gait - Normal.**

**Integumentary**
**General Characteristics - Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture. Note: pt appears to have impetigo and is currently on abx**

[redacted]

PART III

**Authorization for Disclosure of Health Information**

I hereby authorize ______________ (Name of Facility) to release medical information from the records of:

Patient Name: Rita Fabre D.O.B.:

Patient Street Address:

City: State: Zip Code:

Date(s) of Treatment Requested: 1/1/2013 - 12/31/2020

Information to be disclosed (check all applicable items to be released):

- ☐ Discharge Summary
- ☐ Discharge Instructions
- ☐ History and Physical
- ☐ Consultations
- ☐ Operative Report
- ☐ ER Record
- ☐ X-Rays Reports
- ☐ Lab Reports
- ☐ EKG/ECG Tests
- ☐ Therapy Notes
- ☐ Progress Notes
- ☐ Medication Records
- ☐ Doctor's Orders
- ☐ Nurse's Notes
- ☐ Treatment Plans
- ☐ Commitment Papers
- ☐ HIV testing
- ☑ Other (please specify): all PHI (excluding films)

Purpose Or Need For The Disclosure Is:

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☑ Other Disability Insurance

The Information May Be Disclosed To:

Recipient's Name: Liberty Mutual

Street Address: PO Box 7207

City: London State: KY Zip Code: 40742

Phone #: (800) 291-0112 Fax #: (603) 430-5752

My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.

I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.

I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

This authorization expires on: 12/31/2020 (Date) or upon the following event: ______________

*(If no date or event is specified, this authorization will expire in six months from the date of signature).*

I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).

Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.

R Fabre 2/9/2017
(Signature of Patient or Personal Representative*) (Date of Signature)

*If signed by a personal representative, a description of the representative's authority to act is as follows:

☐ Parent ☐ Legal Guardian ☐ Health Care Power of Attorney
☐ Administrator ☐ Executor of Estate ☐ Next of Kin ☐ Beneficiary

Rev 2/16 MRO

# Procedure

## Medial Branch Block Lumbar (64493)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 5/12/2015 (Routine)
Performed on 5/21/2015 2:50 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/21/2015

**Order Comments:**
bil L2, L3, L4 (pt fused at L4-L5)

## MBB lumbar////////////////

Date of Service: 5/21/2015 2:50 PM
Reason for Procedure: Lumbar spondylosis

**Procedure**
Name: DIAGNOSTIC MEDIAL BRANCH NERVE BLOCK INJECTION #1
Side: Right and Left
Levels: L2, L3, L4

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, arm weakness and/or numbness, worsening of pain, and no change in pain, arrhythmias and seizures. Informed consent obtained. The patient was assisted onto the x-ray table in the lateral position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Mixture of Lidocaine 4% with equal part non-ionic contrast: 3 cc

**Pain level with provocative measures to load the facets**
Before: 8 /10
After: 4 /10

**Follow up**
Plan: The patient's pain level was assessed 15 minutes after the completion of the injection. Significant pain relief has been achieved. Typical duration of action for Lidocaine is 30-90 minutes. The patient has been advised that their pain will return soon and that this is a normal response. The pain relief demonstrates that their pain is originating from the facet joints that have been injected.

Recommendation is to repeat this injection in 7-14 days.

# Procedure

## ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 3/11/2015 (Routine)
Performed on 3/16/2015 9:31 AM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 3/16/2015

**Order Comments:**
right L5

## ESI TF lumbar//////////////

Date of Service: 3/16/2015 9:31 AM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5 and S1)
.: No fill defects were observed.
.: No paresthesias were produced.
.: The patient's normal pain was produced.
**Follow up**
:
Other: (rtc 30 days)

# Procedure

## TPI 1-2 muscles (20552)

NITA FABRE

**Final, Reviewed**
Diagnosis: Myalgia and myositis (729.1)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 1/12/2015 (Routine)
Performed on 1/12/2015 1:49 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/12/2015

**Order Comments:**
Right gluteus

## TPI/////////////

Date of Service: 1/12/2015 1:49 PM
**Procedure**
Name: TRIGGER POINT INJECTION #1
Site(s):
Right Lower Extremity, Hip (right gluteus maximus)
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
:: Reason for procedure: muscular pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve or tissue injury, pneumothorax, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped with standard surgical prep and allowed to dry. The patient was assisted into position to expose affected area. A 25 gauge 1.5" needle was used.

Ultrasound guidance was utilized.

No sedation was administered.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.
Bupivicaine 0.5%: 6 cc
**Follow up**
Plan:
Continue with home exercise program or physical therapy as tolerated. Stretch several times a day, starting today.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## RFTC lumbar (64635)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 11/12/2014 (Routine)
Performed on 11/20/2014 4:35 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 12/1/2014

**Order Comments:**
bil L5, S1

## RFTC lumbar/////////

Date of Service: 11/20/2014 4:36 PM
Reason for Procedure: Lumbar spondylosis
**Procedure: RADIOFREQUENCY NEUROLYTIC LESIONING OF THE MEDIAL BRANCH NERVES**
Side: Right and Left
Levels: L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, infection, bleeding, nerve damage, paralysis, and inefficacy, worsening of pain and spinal headache. The patient understood the risks of nerve damage with resulting numbness, weakness or pain in the extremities. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

After standard surgical prep and drape and skin localization with 1% Xylocaine, fluoroscopy was utilized to place the needles as follows:

Using fluoroscopy, the superior endplate of the vertebra was aligned, and utilizing an oblique projection, a 20-gauge needle with a 10 mm active bent tip was placed at "the eye of the dog." The PA projection was used to place the needle at the junction of the sacral ala and the vertebral body. Lateral views were obtained. The needles were posterior and caudad to the neural foramen at each level. Sensory stimulation was carried out at 50 Hz. Discomfort was produced at less than 1 volt. Motor stimulation at 2 Hz to 2 volts (cervical and upper thoracic), or 3 volts (mid/lower thoracic, and lumbar) was performed. The needles were adjusted so the patient did not feel stimulation in the extremity. The image was transferred to the second monitor. Up to 1 ml of 2% Lidocaine was placed through the needle and repeated if necessary. The stylette was replaced and the needle position rechecked. A 60 second 85-degree lesion was performed. A hard copy was made of the position of the needle at each level. The needle was withdrawn slightly and a second lesion was performed. .

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

Lidocaine 1%: 10 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
Schedule other side in 2 week if needed. Otherwise, schedule office visit in 4 weeks to follow up.

## Procedure

# MBB lumbar (64493)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Tifany Hensley, MA-C on 10/24/2014 (Routine)
Performed on 10/30/2014 5:04 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/30/2014

**Order Comments:**
BIL MBB L5 S1#2

# MBB lumbar///////////////

Date of Service: 10/30/2014 5:04 PM
Reason for Procedure: Lumbar spondylosis
**Procedure**
Name: DIAGNOSTIC MEDIAL BRANCH NERVE BLOCK INJECTION #2
Side: Right and Left
Levels: L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, arm weakness and/or numbness, worsening of pain, and no change in pain, arrhythmias and seizures. Informed consent obtained. The patient was assisted onto the x-ray table in the lateral position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Mixture of Bupivicaine 0.75% with 1/2 part non-ionic contrast: 4 cc
**Pain level with provocative measures to load the facets**
Before: 6 /10
After: 0 /10
**Follow up**
Plan: The patient's pain level was assessed 20 minutes after the completion of the injection. Significant pain relief has been achieved. Typical duration of action for Bupivacaine is 1-2 hours. The patient has been advised that their pain will return soon and that this is a normal response. The pain relief demonstrates that their pain is originating from the facet joints that have been injected.

Recommendation is to schedule radiofrequency lesioning of the affected facet joints.

## Procedure

### MBB lumbar (64493)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 10/14/2014 (Routine)
Performed on 10/23/2014 2:37 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/23/2014

**Order Comments:**
bil L5-S1

### MBB lumbar////////////////

Date of Service: 10/23/2014 2:37 PM
Reason for Procedure: Lumbar spondylosis

**Procedure**
Name: DIAGNOSTIC MEDIAL BRANCH NERVE BLOCK INJECTION #1
Side: Right and Left
Levels: L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, arm weakness and/or numbness, worsening of pain, and no change in pain, arrhythmias and seizures. Informed consent obtained. The patient was assisted onto the x-ray table in the lateral position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Mixture of Lidocaine 4% with equal part non-ionic contrast: 2 cc
**Pain level with provocative measures to load the facets**
Before: 7 /10
After: 2 /10
**Follow up**
Plan: The patient's pain level was assessed 15 minutes after the completion of the injection. Significant pain relief has been achieved. Typical duration of action for Lidocaine is 30-90 minutes. The patient has been advised that their pain will return soon and that this is a normal response. The pain relief demonstrates that their pain is originating from the facet joints that have been injected.

Recommendation is to repeat this injection in 7-14 days.

## Procedure

## Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 10/1/2014 (Routine)
Performed on 10/2/2014 3:33 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/2/2014

**Order Comments:**
right

## Bursa Trochanteric/////////////////

Date of Service: 10/2/2014 3:33 PM
**Procedure**
Name: Trochanteric Bursa #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 22 gauge 3.5" needle was used.

Sedation: Fluoroscopy was utilized to verify adequate needle placement. 1cc non-ionic contrast was injected.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 5 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 10/1/2014 (Routine)
Performed on 10/2/2014 3:31 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/2/2014

**Order Comments:**
right L5

## ESI TF lumbar//////////////

Date of Service: 10/2/2014 3:31 PM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5)
.: No fill defects were observed.
.: No paresthesias were produced.
.: The patient's normal pain was produced.
**Follow up**
:
Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

## Procedure

# Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 6/2/2014 (Routine)
Performed on 6/2/2014 11:40 AM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 6/2/2014

# Bursa Trochanteric/////////////////

Date of Service: 6/2/2014 11:40 AM
**Procedure**
Name: Trochanteric Bursa #3
Side: Right

**Surgeon**
;: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 25 gauge 1.5" needle was used.

Sedation: Fluoroscopy was utilized to verify adequate needle placement. 1cc non-ionic contrast was injected.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 4 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

## Procedure

# ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 6/2/2014 (Routine)
Performed on 6/2/2014 11:39 AM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 6/2/2014

# ESI TF lumbar//////////////

Date of Service: 6/2/2014 11:39 AM
**Procedure**
Name: TRANSFORAMINAL EPIDURAL STEROID INJECTION #3
Side: Right
Level: L5 Vertebral
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5)
.: No fill defects were observed.
.: No paresthesias were produced.
**Follow up**
:
Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

## Procedure

# ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 5/14/2014 (Routine)
Performed on 5/22/2014 4:06 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/27/2014

**Order Comments:**
right L5

# ESI TF lumbar//////////////

Date of Service: 5/22/2014 4:06 PM
**Procedure**
Name: TRANSFORAMINAL EPIDURAL STEROID INJECTION #2
Side: Right
Level: L5 Vertebral
**Surgeon**
;: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
;: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.25%: 1 cc
Omnipaque 240mg/ml: 1cc
Saline: 1 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5)
;: No fill defects were observed.
;: No paresthesias were produced.
**Follow up**
;
Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Payment Receipt

PAIN MANAGEMENT CONSULTANTS PA

For LONGE,MARY A
Date 04/20/2017
All Provider Profiles

| Date / Visit # | Payment Code / DOS | Payment Description | Insurance Portion | Check # / Patient Portion | Payment Amount |
|---|---|---|---|---|---|
| 04/20/2017 | COPAY | PATIENT COPAY | | 1821 | **$50.00** |
| | 04/20/2017 | | | | $50.00 |
| **Charge:** | UNAPPLIED | | | | |

**Current Patient Balance:** **$40.40**

**Insurance Pending Balance:** **$0.00**

## Procedure

### Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 5/27/2014 (Routine)
Performed on 5/22/2014 4:07 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/27/2014

### Bursa Trochanteric/////////////////

Date of Service: 5/22/2014 4:07 PM
**Procedure**
Name: Trochanteric Bursa #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 22 gauge 3.5" needle was used.

Sedation: Fluoroscopy was utilized to verify adequate needle placement. 1cc non-ionic contrast was injected.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 4 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

## Procedure

# IA hip (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 4/15/2014 (Routine)
Performed on 5/1/2014 2:42 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/1/2014

**Order Comments:**
right hip

# IA hip////////

Date of Service: 5/1/2014 2:42 PM
**Procedure**
Name: INTRA-ARTICULAR HIP INJECTION #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored throughout the procedure by the physician. The area was prepped with standard surgical prep and allowed to dry. The patient was positioned in the lateral position to access the involved area(s). Fluoroscopy was utilized to verify adequate needle placement. Contrast was injected to confirm intraarticular placement.
A 22 gauge 3.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.25%: 4 cc
Omnipaque 240mg/ml: 2 cc
**Arthrogram Report**
Findings: Spread of contrast was noted within the joint in a circular fashion.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

## Procedure

# ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 5/1/2014 (Routine)
Performed on 5/1/2014 2:40 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/1/2014

# ESI TF lumbar//////////////

Date of Service: 5/1/2014 2:40 PM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5)
:: No fill defects were observed.
:: No paresthesias were produced.
:: The patient's normal pain was produced.
**Follow up**
:
Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

## Procedure

# IA hip (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 1/14/2014 (Routine)
Performed on 1/30/2014 1:45 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/30/2014

**Order Comments:**
RIGHT

# IA hip////////

Date of Service: 1/30/2014 1:45 PM
**Procedure**
Name: INTRA-ARTICULAR HIP INJECTION #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored throughout the procedure by the physician. The area was prepped with standard surgical prep and allowed to dry. The patient was positioned in the lateral position to access the involved area(s). Fluoroscopy was utilized to verify adequate needle placement. Contrast was injected to confirm intraarticular placement.
A 22 gauge 3.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 5 cc
Omnipaque 240mg/ml: 2 cc
**Arthrogram Report**
Findings: Spread of contrast was noted within the joint in a circular fashion.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## TPI 1-2 muscles (20552)

NITA FABRE

**Final, Reviewed**
Diagnosis: Myalgia and myositis (729.1)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 1/30/2014 (Routine)
Performed on 1/30/2014 1:47 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/31/2014

## TPI////////////

Date of Service: 1/30/2014 1:47 PM
**Procedure**
Name: TRIGGER POINT INJECTION #1
Site(s):
Lumbar Spine (right quadratus lumborum)
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
:: Reason for procedure: muscular pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve or tissue injury, pneumothorax, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped with standard surgical prep and allowed to dry. The patient was assisted into position to expose affected area. A 25 gauge 1.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

Bupivicaine 0.5%: 2 cc
**Follow up**
Plan:
Other: (RTC 4 weeks)

## Procedure

# IA hip (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by Tanya Rosenzweig, MA on 1/3/2014 (Routine)
Performed on 1/9/2014 2:22 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/9/2014

**Order Comments:**
right

# IA hip////////

Date of Service: 1/9/2014 2:22 PM
**Procedure**
Name: INTRA-ARTICULAR HIP INJECTION #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored throughout the procedure by the physician. The area was prepped with standard surgical prep and allowed to dry. The patient was positioned in the lateral position to access the involved area(s). Fluoroscopy was utilized to verify adequate needle placement. Contrast was injected to confirm intraarticular placement.
A 22 gauge 3.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 4 cc
Omnipaque 240mg/ml: 2 cc
**Arthrogram Report**
Findings: Spread of contrast was noted within the joint in a circular fashion.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## SI joint (27096)

NITA FABRE

**Final, Reviewed**
Diagnosis: Sacroiliitis (720.2 | M46.1)
Ordered by Tanya Rosenzweig, MA on 1/3/2014 (Routine)
Performed on 1/9/2014 2:23 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/9/2014

**Order Comments:**
right

## SI joint////////////

Date of Service: 1/9/2014 2:23 PM
**Procedure**
Name: SACROILIAC JOINT INJECTION #2
Side: Right
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: sacroiliitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep and allowed to dry. Local skin infiltration was performed with 1% Lidocaine. The inferior portion of the joint was visualized with fluoroscopy. A 22 gauge 3.5" spinal needle was placed into the SI joint utilizing direct fluoroscopic visualization.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 2 cc
Omnipaque 240mg/ml: 1 cc
**Radiological Report**
Findings: Spread of contrast was noted intraarticular.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## IA hip (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 12/16/2013 (Routine)
Performed on 12/18/2013 4:00 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 12/20/2013

**Order Comments:**
right

## IA hip////////

Date of Service: 12/18/2013 4:00 PM

**Procedure**
Name: INTRA-ARTICULAR HIP INJECTION #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored throughout the procedure by the physician. The area was prepped with standard surgical prep and allowed to dry. The patient was positioned in the lateral position to access the involved area(s). Fluoroscopy was utilized to verify adequate needle placement. Contrast was injected to confirm intraarticular placement.
A 22 gauge 3.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 4 cc
Omnipaque 240mg/ml: 2 cc
**Arthrogram Report**
Findings: Spread of contrast was noted within the joint in a circular fashion.
**Follow up**
Plan: Other: (rtc 4 weeks)

## Procedure

# SI joint (27096)

NITA FABRE

**Final, Reviewed**
Diagnosis: Sacroiliitis (720.2 | M46.1)
Ordered by KRISTY MARKELL, PA-C on 12/16/2013 (Routine)
Performed on 12/18/2013 4:02 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 12/20/2013

**Order Comments:**
right

# SI joint///////////

Date of Service: 12/18/2013 4:02 PM
**Procedure**
Name: SACROILIAC JOINT INJECTION #1
Side: Right
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: sacroiliitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep and allowed to dry. Local skin infiltration was performed with 1% Lidocaine. The inferior portion of the joint was visualized with fluoroscopy. A 22 gauge 3.5" spinal needle was placed into the SI joint utilizing direct fluoroscopic visualization.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 1 cc
Omnipaque 240mg/ml: 1 cc
**Radiological Report**
Findings: Spread of contrast was noted intraarticular.
**Follow up**
Plan: Other: (RTC 4 weeks)

## Procedure

### Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 10/24/2013 (Routine)
Performed on 10/24/2013 10:32 AM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/24/2013

### Bursa Trochanteric////////////////

Date of Service: 10/24/2013 10:32 AM
**Procedure**
Name: Trochanteric Bursa #2 (with ultrasound guidance)
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**History**
Since last procedure, patient has: decreased pain
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 25 gauge 1.5" needle was used.
(25g 3.5 in needle)
Sedation: No sedation was administered.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Depo-Medrol: 40mg
Bupivacaine 0.5%: 9 cc
**Follow up**
Plan: Other: (RTC 4 weeks)

## Procedure

### Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 10/1/2013 (Routine)
Performed on 10/9/2013 3:30 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/9/2013

**Order Comments:**
RIGHT

### Bursa Trochanteric////////////////

Date of Service: 10/9/2013 3:30 PM
**Procedure**
Name: Trochanteric Bursa #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 22 gauge 3.5" needle was used.

Sedation: Fluoroscopy was utilized to verify adequate needle placement. 1cc non-ionic contrast was injected.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 2 cc
**Follow up**
Plan: Other: (rtc 2 WEEKS)

# Procedure

## SI joint (27096)

NITA FABRE

**Final, Reviewed**
Diagnosis: Sacroiliitis (720.2 | M46.1)
Ordered by KRISTY MARKELL, PA-C on 10/1/2013 (Routine)
Performed on 10/9/2013 3:30 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/9/2013

**Order Comments:**
RIGHT

## SI joint///////////

Date of Service: 10/9/2013 3:30 PM
**Procedure**
Name: SACROILIAC JOINT INJECTION #1
Side: Right
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: sacroiliitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep and allowed to dry. Local skin infiltration was performed with 1% Lidocaine. The inferior portion of the joint was visualized with fluoroscopy. A 22 gauge 3.5" spinal needle was placed into the SI joint utilizing direct fluoroscopic visualization.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 2 cc
Omnipaque 240mg/ml: 1 cc
**Radiological Report**
Findings: Spread of contrast was noted intraarticular.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

PART II

**Authorization for Disclosure of Health Information**

I hereby authorize ______________________ (Name of Facility) to release medical information from the records of:

Patient Name: Rita Fabre D.O.B

Patient Street Address:

City:

Date(s) of Treatment Requested: 1/1/2013 - 12/31/2020

Information to be disclosed (check all applicable items to be released):

- ☐ Discharge Summary
- ☐ Discharge Instructions
- ☐ History and Physical
- ☐ Consultations
- ☐ Operative Report
- ☐ ER Record
- ☐ X-Rays Reports
- ☐ Lab Reports
- ☐ EKG/ECG Tests
- ☐ Therapy Notes
- ☐ Progress Notes
- ☐ Medication Records
- ☐ Doctor's Orders
- ☐ Nurse's Notes
- ☐ Treatment Plans
- ☐ Commitment Papers
- ☐ HIV testing
- ☑ Other (please specify): all PHI (excluding films)

Purpose Or Need For The Disclosure Is:

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☑ Other Disability Insurance

The Information May Be Disclosed To:

Recipient's Name: Liberty Mutual

Street Address: PO Box 7207

City: London State: KY Zip Code: 40742

Phone #: (800) 291-0112 Fax #: (603) 430-5752

My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.

I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.

I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

This authorization expires on: 12/31/2020 (Date) or upon the following event: ______________________

*(If no date or event is specified, the authorization will expire in six months from the date of signature).*

I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).

Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.

[signature] (Signature of Patient or Personal Representative*) 2/9/2017 (Date of Signature)

*If signed by a personal representative, a description of the representative's authority to act is as follows:

☐ Parent ☐ Legal Guardian ☐ Health Care Power of Attorney
☐ Administrator ☐ Executor of Estate ☐ Next of Kin ☐ Beneficiary

Rev.9/16 MRO

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 02/10/2015 02:45 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 02/10/2015 03:18 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair to good. The patient rates their functional status as poor to fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 0 out of 10. The patient rates their pain without medications as 5 out of 10. Updates include: (PT reports that the TPI last month was helpful. PT would like to discuss decreasing oxycontin as she thinks this is causing sedation.).**

**<u>Recheck of Past surgical Interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



**Vitals** *(Chris Lindley, EMT-B; 02/10/2015 02:52 PM)*

**Weight:** 217 lb **Height:** 67 in
**Temp.:** 98.6 ºF (Oral) **Pulse:** 90 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 138/76

**Review of Systems** *(Chris Lindley, EMT-B; 02/10/2015 09:45 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Chris Lindley, EMT-B 02/10/2015 09:46 AM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Right L5 TF LESI on 10/2/2014--40% pain relief up to date

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Exercise: daily
Illicit drug use: None
Alcohol Use: None
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/01/2014) Active - Hx Entry. (start 10/1/2014 end 12/30/2014 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 11/12/2014) Active - Hx Entry. (start 11/15/2014 end 2/13/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 02/12/2015) Active - Hx Entry. (start 02/12/15, end 03/14/15 142630138850 pre-written ov/KM 2/10 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 11/12/2014) Active - Hx Entry. (start 11/13/2014 end 2/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/12/2015) Active - Hx Entry. (start 01/12/15, end 04/12/15 LM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1-2 Oral every 8 hours prn pain. MAX: 6/day, Taken starting 02/03/2015) Active - Hx Entry. (start 02/11/15, end 03/13/15 1426301338851 pre-written ov/KM 2/10 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother
Cancer: Sister
Rheumatoid arthritis: Mother, Brother
Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 02/10/2015 03:18 PM)*
**The physical exam findings are as follows:**

__**General**__
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished and Well developed. patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable**
**Gait - Normal.**

__**Integumentary**__
**General Characteristics - Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture. Note: pt appears to have impetigo and is currently on abx**

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions , and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles, and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs, and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
Sensory
Light Touch: Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line) (along scar line). there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation) (exquisitely tender to palpation), SI joint-Left - no pain is elicited,
Range of motion: straight leg raise-Left - no pain produced, straight leg raise-Right - no pain produced, lateral flexion-Left - no pain produced, lateral flexion-Right - normal (0-40), lateral flexion-Right - no pain produced, extension - normal (0-25), extension - no pain produced, forward flexion - normal (0-60) and forward flexion - no pain produced .
Inspection/palpation: SI joint-Right - pain is elicited.
Right lower extremity - Inspection/palpation - no atrophy noted, and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted, and there is 5 out of 5 strength and tone.
Lower Extremity
Hip: Tenderness - 1+ (right greater trochanter) (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 02/11/201509:24 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Right L5 TF LESI on 10/2/2014--40% pain relief up to date
**Today's Impression:** PT reports that her back pain has improved since having RFTC L5, S1 on 11/20/2014
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT states that she has been very tired lately and thinks that oxycontin might be causing her to feel drowsy although she was started on remeron for depression by PCP which can cause sedation; remeron has been very helpful with depression; will try decreasing oxycontin to 20mg bid to see if this improves sedation; pt reports that she does not need a refill on oxycodone as she is only taking 3/day on avg and has plenty leftover
Current Plans:

- Changed OxyCONTIN 20MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 02/12/2015, No Refill.
- Continued Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed, #90, 30 days starting 02/10/2015, Ref. x2.
- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 02/10/2015, Ref. x2.
- Changed Baclofen 20MG, 1 (one) Tablet every six hours, as needed. MAX: 4/day, #120, 30 days starting 02/10/2015, Ref. x2.
- Continued OxyCODONE HCl 15MG, 1-2 Tablet IR every 8 hours prn pain. MAX: 6/day, #180, 30 days starting 02/10/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***Chris Lindley EMT-B***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 12/08/2014 01:45 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 12/08/2014 02:21 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (Bil thoracic spasms), lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

<u>Recheck of Past interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 6 out of 10. Updates include: (11/20/14 Bil RFTC L5, S1 - unable to tell final result from procedure yet although she states that she notices less back pain now. Initially, had increased pain x 2 weeks then pain gone 100% one morning. Now pain is back but it feels different. Overall, she thinks she's getting benefit. Will document long-term result at next visit. pt also having episodes of chest pain, palpitations. Supposed to be getting a holter monitor this week. Took dilaudid from an old rx of ours. Needs a different HC rx. Insurance will no longer cover HC compounded).

<u>Recheck of Past surgical interventions</u> are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Debbie Haro, RN; 12/08/2014 02:03 PM)*

**Weight:** 210 lb **Height:** 67 in
**Temp.:** 98.6 ºF (Oral) **Pulse:** 106 (Regular) **P. OX:** 98% (Room air)
**BP:** 118/68

**Review of Systems** *(KRISTY MARKELL, PA-C; 12/08/2014 02:17 PM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Present- Chest Pain and Rapid Heart Rate. Not Present- Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History Debbie Haro, RN 12/08/2014 04:12 PM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Sleep: 4-6 hours of sleep
Exercise: daily
Illicit drug use: None
Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/01/2014) Active - Hx Entry. (start 10/1/2014 end 12/30/2014 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 11/12/2014) Active - Hx Entry. (start 11/15/2014 end 2/13/2015 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 12/13/2014) Active - Hx Entry. (START: 12/13/2014 END: 1/12/15 141350137992 prewritten KM 12/8/14 Supervising Physician Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 12/14/2014) Active - Hx Entry. (START: 12/14/14 END: 1/13/15 141350137991 prewritten KM 12/8/14 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 11/12/2014) Active - Hx Entry. (start 11/13/2014 end 2/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 10/14/2014) Active - Hx Entry. (start 10/14/2014 end 1/12/2015 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule, 1 Oral daily, Stopped taking 12/08/2014) Discontinued.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father
Stroke: Father, Mother
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 12/08/2014 02:17 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 12/09/201404:52 PM)*
**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Right L5 TF LESI on 10/2/2014--40% pain relief up to date
**Today's Impression:** PT reports that her back pain has improved since having RFTC L5, S1 on 11/20/2014 although still dealing with some soreness in lower back--pt looks much better since last OV
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** Pt reports that the current regimen of oxycontin and hydrocodone help manage her pain; unfortunately, pt's insurance will no longer cover compounded hydrocodone anymore; will change pt to oxycodone 15mg 6/day for btp
Current Plans:

- Started OxyCODONE HCl 15MG, 1-2 Tablet IR every 8 hours prn pain. MAX: 6/day, #90, 15 days starting 12/08/2014, No Refill.
- Discontinued Hydrocodone-Docusate Sodium SR 15-50mg (ins. will no longer cover).
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 12/14/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Deb Haro, RN

***Debbie Haro RN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 11/12/2014 01:00 PM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 11/12/2014 01:40 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (Right thoracic spasms), lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt advises of increased pain from cold weather. ).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Chris Lindley, EMT-B; 11/12/2014 01:31 PM)*

**Weight:** 205 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 102 (Regular) **Resp.:** 16 (Unlabored)
**BP:** 142/90

**Review of Systems** *(Chris Lindley, EMT-B; 11/12/2014 07:54 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

Chris Lindley, EMT-B 11/12/2014 07:54 AM

**Allergy**

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Chronic pain syndrome (338.4 | G89.4)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Osteoarthritis
Asthma
Depression

**Social**

Exercise: daily
Illicit drug use: None
Alcohol Use: None
Current work status: Full-time Utilization Review Nurse
Sleep: 4-6 hours of sleep
Tobacco use: Smoker 3-5 ciggs a day

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/01/2014) Active - Hx Entry. (start 10/1/2014 end 12/30/2014 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/12/2014) Active - Hx Entry. (start 8/17/2014 end 11/15/2014 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 11/13/2014) Active - Hx Entry. (start 11/13/2014 end 12/13/2014 141350136835 prewriten ov/km 11/12 Supervising Physician Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 11/14/2014) Active - Hx Entry. (START: 11/14/14 end 12/14/14 141350136834 prewriten ov/km 11/12 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 10/14/2014) Active - Hx Entry. (start 10/14/2014 end 11/13/2014 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 10/14/2014) Active - Hx Entry. (start 10/14/2014 end 1/12/2015 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.
Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father
Cancer: Sister
Hypertension: Mother
Rheumatoid arthritis: Mother, Brother
Skin Cancer: Father
Stroke: Father, Mother
Heart Disease/Vascular Disease: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 11/12/2014 01:42 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral -** No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal -** Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 11/12/201401:58 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Right L5 TF LESI on 10/2/2014--40% pain relief up to date, pt reports that the severity of her pain has subsided greatly but still has persistent pain across lower back; MBB #2 bil L5, S1 on 10/30/2014 90% pain relief x 1 hour, recommend proceeding with rftc
Current Plans:

- RFTC lumbar (64635) ; Routine (bil L5, S1)
- RFTC & med protocol printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** Pt reports that the current regimen of oxycontin and hydrocodone help manage her pain; unfortunately, pt's insurance will no longer cover compounded hydrocodone anymore; will chaneg to either norco or oxycodone for btp at next OV; lyrica helpful as well
Current Plans:

- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 11/12/2014, Ref. x2.
- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 11/12/2014, Ref. x2.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 11/13/2014, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 11/14/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Chris Lindley

***Chris Lindley EMT-B***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/14/2014 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 10/14/2014 01:32 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (Right thoracic spasms), lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

<u>Recheck of Past interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 3 out of 10. The patient rates their pain without medications as 8 out of 10. Updates Include: (Feeling decreased pain from injections on 10/2/2014. Pt is upset today as her father is in intensive care after he was found unresponsive yesterday.).

<u>Recheck of Past surgical interventions</u> are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Debbie Haro, RN; 10/14/2014 01:15 PM)*

**Weight:** 215 lb **Height:** 67 in
**Temp.:** 99.4 ºF (Oral) **Pulse:** 92 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 138/86

**Review of Systems** *(Debbie Haro, RN; 10/14/2014 07:53 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History Debbie Haro, RN 10/14/2014 07:55 AM

**Allergy**

Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Depression
Osteoarthritis
Asthma

**Social**

Current work status: Full-time Utilization Review Nurse
Alcohol Use: None
Sleep: 4-6 hours of sleep
Tobacco use: Smoker 3-5 ciggs a day
Exercise: daily
Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/01/2014) Active - Hx Entry. (start 10/1/2014 end 12/30/2014 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/12/2014) Active - Hx Entry. (start 8/17/2014 end 11/15/2014 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 10/08/2014) Active - Hx Entry. (start 10/14/2014 end 11/13/2014 141350136331 prewritten ov/km10/14 Supervising Physician Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 10/15/2014) Active - Hx Entry. (START: 10/15/14 end 11/14/14 141350136330 prewritten ov/km10/14 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 09/09/2014) Active - Hx Entry. (start 9/9/2014 end 10/9/2014 called to voicemail CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother
Cancer: Sister
Skin Cancer: Father
Stroke: Father, Mother
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother
Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/14/2014 04:53 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension -** normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left -** no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/15/201404:22 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Right L5 TF LESI on 10/2/2014--40% pain relief up to date, pt reports that the severity of her pain has subsided greatly but still has persistent pain across lower back; per Dr. Higginbotham, will try mbb at L5-S1 to see if this helps
Current Plans:

- MBB lumbar (64493) ; Routine (bil L5-S1)
- Facet Protocol info printed

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)- she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** Pt reports that the current regimen of oxycontin and hydrocodone help manage her pain; lyrica helpful as well
Current Plans:

- Restarted Mobic 15MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 10/14/2014, Ref. x2.
- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 10/14/2014, No Refill.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 10/14/2014, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 10/15/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Brittany Staires, LVN

***Brittany Staires LVN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/01/2014 10:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 10/01/2014 10:42 AM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain, crushing pain) and right leg (burning pain). The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient reports that her pain has increased over the past few days in her back. Unsure of what caused pain increase but is having trouble walking and getting out of bed).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Tifany Hensley, MA-C; 10/01/2014 10:16 AM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98 ºF (Oral) **Pulse:** 90 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 132/88

**Review of Systems** *(Tifany Hensley, MA-C; 10/01/2014 08:02 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History
KRISTY MARKELL, PA-C 10/01/2014 10:45 AM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Tobacco use: Smoker 3-5 ciggs a day
Sleep: 4-6 hours of sleep
Exercise: daily
Illicit drug use: None
Alcohol Use: None
Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/12/2014) Active - Hx Entry. (start 8/17/2014 end 11/15/2014 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 09/14/2014) Active - Hx Entry. (start 9/14/2014 end 10/14/2014 called to Justin Stonegate Pharmacy EXPEDITED Supervising Physician Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 09/15/2014) Active - Hx Entry. (START: 9/15/14 end 10/15/14 133290129344 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 09/09/2014) Active - Hx Entry. (start 9/9/2014 end 10/9/2014 called to voicemail CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 09/09/2014) Active - Hx Entry. (start 9/9/2014 end 10/9/2014 supervising physician, Jeffrey Higginbotham, MD)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.
PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother
Heart Disease/Vascular Disease: Father
Osteoarthritis: Mother, Sister, Brother, Father
Cancer: Sister
Hypertension: Mother
Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/01/2014 10:31 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/01/201410:56 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** PT reports that her back and RLE pain has flared up in the past week; pt reports that walking even short distances significantly increases her pain and c/o weakness in RLE as well; pt is using SCS 24/7 for which she states is helpful but still experiencing severe pain as well as muscle spasms in mid/lower back

Current Plans:

- ESI TF lumbar (64483) ; Routine (right L5)
- ESI info printed

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal

Current Plans:

- Bursa Trochanteric (20610) ; Routine (right)
- Patient Education: Bursitis: bursitis

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014

Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**

Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that increasing oxycontin 30mg bid has been helpful but causes some drowsiness; offered to change back to oxycontin 20mg but increase to tid dosing since it was only lasting 6-8 hours; pt would like to continue with current regimen for another month and then will decide

Current Plans:

- Continued Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed, #90, 30 days starting 10/01/2014, Ref. x2.
- Follow up by or before 10/14/2014 (meds).

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Brittany Staires, LVN

***Brittany Staires LVN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/09/2014 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 09/09/2014 04:44 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain, crushing pain) and right leg (burning pain). The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 5 out of 10. Updates include: (Patient reports that her pain is a lot better w/ current regimen, reports that there are times that she's forgetting to take her meds b/c she forgets about her pain).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Tanya Rosenzweig, MA; 09/09/2014 01:25 PM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98.8 °F **Resp.:** 12 (Unlabored)
**BP:** 110/80

**Review of Systems** *(Tanya Rosenzweig, MA; 09/09/2014 10:53 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 09/09/2014 04:45 PM

**Allergy**

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

Myalgia and myositis (729.1)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Illicit drug use: None
Current work status: Full-time Utilization Review Nurse
Alcohol Use: None
Sleep: 4-6 hours of sleep
Tobacco use: Smoker 3-5 ciggs a day
Exercise: daily

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/12/2014) Active - Hx Entry. (start 8/17/2014 end 11/15/2014 supervising physician, Jeffrey Higginbotham, MD)

Lyrica (75MG Capsule 1 (one) Oral three times daily, Taken starting 07/14/2014) Active - Hx Entry. (cx refills on prev rx* start 7/14/2014 end 8/13/2014 Called in to Ron @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 08/12/2014) Active - Hx Entry. (start 08/15/2014 end 09/14/2014 LM @ Stonegate Pharmacy 2501 W William Cannon Dr #203, Austin, TX 78745 (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 07/07/2014) Active - Hx Entry. (start 7/14/14 end 10/12/14 release to pt 7/13/14 e-filled Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 09/15/2014) Active - Hx Entry. (START: 9/15/14 end 10/15/14 133290129344 prewritten ov/km 9/9 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 08/12/2014) Active - Hx Entry. (increasing to tid dosing)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father
Cancer: Sister
Skin Cancer: Father
Hypertension: Mother
Stroke: Father, Mother
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/09/2014 01:39 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 09/09/201404:45 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1 on 5/1/2014 but reports that the last TF LESI on 6/2/2014 did not help at all and seemed to make her pain worse; reprogramming session was helpful--she reports good stimulation in RLE (60-70% pain relief with usage)
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that increasing oxycontin 30mg bid has been helpful but causes some drowsiness; offered to change back to oxycontin 20mg but increase to tid dosing since it was only lasting 6-8 hours; pt would like to continue with current regimen for another month and then will decide
Current Plans:

- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 09/09/2014, No Refill.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 09/14/2014, No Refill.
- Started Mobic 15MG, 1 (one) Tablet daily for pain, #30, 30 days starting 09/09/2014, No Refill.
- Discontinued CeleBREX 200MG (not effective).
- Discontinued Lyrica 75MG (too drowsy).
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 09/15/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/12/2014 01:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 08/12/2014 04:41 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain, crushing pain) and right leg (burning pain). The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8-9 out of 10. Updates include: (PT is here today with St. Jude's rep for reprogramming session).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Chris Lindley, EMT-B; 08/12/2014 01:10 PM)*

**Weight:** 205 lb **Height:** 67 in
**Temp.:** 98.6 ºF (Oral) **Pulse:** 96 (Regular) **Resp.:** 18 (Unlabored)
**BP:** 136/92

**Review of Systems** *(Chris Lindley, EMT-B; 08/12/2014 08:35 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History
KRISTY MARKELL, PA-C 08/12/2014 05:08 PM

**Allergy**

Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)
Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
Myalgia and myositis (729.1)
Chronic pain syndrome (338.4 | G89.4)
Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Alcohol Use: None
Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Exercise: daily
Sleep: 4-6 hours of sleep
Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 05/12/2014) Active - Hx Entry. (start 5/19/2014 end 8/17/14 efilled)

Lyrica (75MG Capsule 1 (one) Oral three times daily, Taken starting 07/14/2014) Active - Hx Entry. (cx refills on prev rx* start 7/14/2014 end 8/13/2014 Called in to Ron @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 07/14/2014) Active - Hx Entry. (start 07/16/14 end 8/15/2014 *EXPEDITE* Called in to voicemail @ Stonegate Pharmacy - William Cannon 512-707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 07/07/2014) Active - Hx Entry. (start 7/14/14 end 10/12/14 release to pt 7/13/14 e-filled Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 08/16/2014) Active - Hx Entry. (START: 8/16/14 END: 9/15/14 133290128981 prewritten KM 8/12 MAIN Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Capsule Oral two times daily, as needed, Taken starting 08/06/2014) Active - Hx Entry. (start 8/6/14 end 9/5/14 (using 75mg as well) called to voicemail CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.
PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.
Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother
Stroke: Father, Mother
Skin Cancer: Father
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother
Osteoarthritis: Mother, Sister, Brother, Father
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

## Authorization for Disclosure of Health Information

I hereby authorize ______________________ to release medical information from the records of:
(Name of Facility)

Patient Name: Rita Fabre D.O.B ______

Patient Street Address: ______

City: ______

Date(s) of Treatment Requested: 1/1/2013 – 12/31/2020

Information to be disclosed (check all applicable items to be released):

- ☐ Discharge Summary
- ☐ Discharge Instructions
- ☐ History and Physical
- ☐ Consultations
- ☐ Operative Report
- ☐ ER Record
- ☐ X-Rays Reports
- ☐ Lab Reports
- ☐ EKG/ECG Tests
- ☐ Therapy Notes
- ☐ Progress Notes
- ☐ Medication Records
- ☐ Doctor's Orders
- ☐ Nurse's Notes
- ☐ Treatment Plans
- ☐ Commitment Papers
- ☐ HIV testing
- ☑ Other (please specify): all PHI (excluding films)

Purpose Or Need For The Disclosure Is:

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☑ Other Disability Insurance

The Information May Be Disclosed To:

Recipient's Name: Liberty Mutual

Street Address: PO Box 7207

City: London State: KY Zip Code: 40742

Phone #: (800) 291-0112 Fax #: (603) 430-5752

My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.

I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.

I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

This authorization expires on: 12/31/2020 or upon the following event: ______
(Date)

*(If no date or event is specified, this authorization will expire in six months from the date of signature).*

I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).

Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.

RFabre 2/9/2017
(Signature of Patient or Personal Representative*) (Date of Signature)

*If signed by a personal representative, a description of the representative's authority to act is as follows:

☐ Parent ☐ Legal Guardian ☐ Health Care Power of Attorney
☐ Administrator ☐ Executor of Estate ☐ Next of Kin ☐ Beneficiary

Rev.9/16 MRO

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**


**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 03/28/2017

**Race**: No race saved for patient
**Ethnicity**: No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
ondansetron HCl - 4 mg
oxycodone - 20 mg Q4
Duragesic - 50 mcg/hr q72
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
Movantik - 25 mg
baclofen - 20 mg Q6
gabapentin - 300 mg
meloxicam - 7.5 mg

**Vitals:**
Height: 67 in.
Weight: 225 lbs.
BMI: 35.2
Respiration: 14
O2 Sat Room Air: 98%
Temperature: 96.9
Pulse: 88
BP 1: 132 / 80
Sitting, left arm

**Family History**Family History:
Rheumatoid arthritis Mother,

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is described as being located in the lumbosacral area and sacral area. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit: Patient reports increased pain to lower back and right lateral foot without aggravating factors.

PRESENT PAIN LEVEL: 7-8 out of 10
PRESENT PAIN LEVEL: 7-8 out of 10
WORST PAIN LEVEL: 10 out of 10BEST PAIN LEVEL: 5-6 out of 10
SINCE LAST VISIT PAIN IS: WorseONSET: 2/2/2012
LOCATION: lumbosacral area and sacral area.QUALITY: sharp, pulling, crushing, burningRADIATES: Down right leg mainlySEVERITY: 4 to 6 moderate, 7 to 9 severe
DURATION: years
TIMING: constant
AGGRAVATING FACTORS: exertion, walking, prolonged walking, prolonged standing, no medications, stress, weather changes, bendingALLEVIATING FACTORS: rest, lying down, stretching, change in position, medications, cold

PREVIOUS INTERVENTIONAL PAIN PROCEDURES: LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right

Brother.
Heart Disease/Vascular Disease Father.
Stroke Father, Mother.
Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**SOCIAL HISTORY:Single
Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9
ALCOHOL USE: Patient denies alcohol use.
DRUG USE: Patient denies drug use.
EMPLOYMENT: Employed

Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).
9/16/16 Wound Aspiration
11/4/16 SCS Trial Lumbar Nevro --helped 50-60%CURRENT PAIN MEDICATIONS: Neurontin, Skelaxin, Mobic, Baclofen, Movantik, Oxycodone IR, Duragesic patches
**PMH:** Depression
Asthma
Osteoarthritis
**PSH:** L4-L5 fusion 2008
SCS implant Feb 2013; revised by Dr. Burnett July 2013

**ROS:**
Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold intolerance.

**Exam:**
Build and Nutrition: Well nourished, Well developed. HEENT: normocephalic Eyes: Aninteric Ears: normal appearance of external ear, hearing normal with conversastion Mouth/Throat: Normal dentition Respiratory: Quiet, even respiratory effort with no use of accessory muscles Peripheral Vascular: No pedal edema Skin: Skin moist, well perfused. No jaundice. Orientation: Oriented to person, place, and time Mood and affect: Normal Associations: Intact Judgment and Insight: appropriate Thought process/cognitive function: Thought processes intact. No suicidal ideation. Speech: Normal
Gait and station: Normal gait and station Lumbar Inspection/palpation: healing left hip IPG battery pocket and thoracic midline incision from SCS explant. No signs of infection. PICC line in place Left Shoulder Muscle tone and strength: Left upper extremity Muscle tone and strength: Left lower extremity Muscle tone and strength:

REFLEXES - Right Leg: DTRs 2+, Patellar, Achilles REFLEXES - Left Leg: DTRs 2+, Patellar, Achilles

SENSATION: intact to light touch

**Imaging Results**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 03/28/2017

**Lab Results**
No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip
B99.9 Unspecified infectious disease

**Assessment**
Patient is stable on current medication strength and dose. The patient has adequate enhancement of comfort and functional status to meet criteria for continuing medication regimen.

**Care Plan:**
1. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
2. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.

Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary
Prescriptions:
SIG: baclofen 20 mg tablet, 30 days, Dispense #120 Tablet, 2 Refills
Directions: Take 1 oral tablet every 6 hours prn max 4/day start 03/28/17 END: 06/26/17
SIG: Duragesic 50 mcg/hr patch 72 hour, 30 days, Dispense #10 Transdermal Patch; 0 Refills
Directions: 1 patch apply to skin every 72 hours START: 03/29/17 END: 04/28/17;
SIG: Mobic 7.5 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 oral tablet once a day start 03/28/17 END: 06/26/17
SIG: Movantik 25 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 tablet 1 hour prior to 1st meal of the day on an empty stomach start 03/28/17 END: 06/26/17
SIG: Neurontin 300 mg capsule, 30 days, Dispense #90 Capsule, 2 Refills
Directions: Take 1 oral capsule 3 times a day start 03/28/17 END: 06/26/17
SIG: oxycodone 20 mg tablet, 30 days, Dispense #180 Tablet, 0 Refills
Directions: 1 po Q 4hours max 6/day START: 3/29/17 END: 04/28/17;
SIG: baclofen 20 mg tablet, 30 days, Dispense #120 Tablet, 2 Refills
Directions: Take 1 oral tablet every 6 hours prn max 4/day start 03/28/17 END:

06/26/17
SIG: Duragesic 50 mcg/hr patch 72 hour, 30 days, Dispense #10 Transdermal Patch, 0 Refills
Directions: 1 patch apply to skin every 72 hours START: 03/29/17 END: 04/28/17; 163200379143
SIG: Mobic 7.5 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 oral tablet once a day start 03/28/17 END: 06/26/17
SIG: Movantik 25 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 tablet 1 hour prior to 1st meal of the day on an empty stomach start 03/28/17 END: 06/26/17
SIG: Neurontin 300 mg capsule, 30 days, Dispense #90 Capsule, 2 Refills
Directions: Take 1 oral capsule 3 times a day start 03/28/17 END: 06/26/17
SIG: oxycodone 20 mg tablet, 30 days, Dispense #180 Tablet, 0 Refills
Directions: 1 po Q 4hours max 6/day START: 3/29/17 END: 04/28/17; 163200379142
SIG: Skelaxin 800 mg tablet, 30 days, Dispense #90 Tablet, 2 Refills
Directions: Take 1 oral tablet every 8 hours prn max 3/day start 03/28/17 END: 06/26/17

03/28/2017 1:43 pm
Electronically Signed by
Jeffrey Higginbotham, MD

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 02/27/2017

**Race**: No race saved for patient
**Ethnicity**: No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
ondansetron HCl - 4 mg
oxycodone - 20 mg Q4
Duragesic - 50 mcg/hr q72
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
Movantik - 25 mg
baclofen - 20 mg Q6
gabapentin - 300 mg
meloxicam - 7.5 mg

**Vitals:**
Height: 67 in.
Weight: 230 lbs.
BMI: 36
Respiration: 14
O2 Sat Room Air: 98%
Temperature: 97.9
Pulse: 101
BP 1: 130 / 88

**Family History**Family History: Rheumatoid arthritis Mother, Brother.

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is described as being located in the lumbosacral area and sacral area. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit: Reports worsen pain in the last 2 weeks.

PRESENT PAIN LEVEL: 7-8 out of 10
PRESENT PAIN LEVEL: 7-8 out of 10
WORST PAIN LEVEL: 10 out of 10BEST PAIN LEVEL: 6 out of 10
SINCE LAST VISIT PAIN IS: WorseONSET: 2/2/2012
LOCATION: lumbosacral area and sacral area.QUALITY: sharp, pulling, crushing, burningRADIATES: Down right leg mainlySEVERITY: 4 to 6 moderate, 7 to 9 severe
DURATION: years
TIMING: constant
AGGRAVATING FACTORS: exertion, walking, prolonged walking, prolonged standing, no medications, stress, weather changes, bendingALLEVIATING FACTORS: rest, lying down, stretching, change in position, medications, cold

PREVIOUS INTERVENTIONAL PAIN PROCEDURES: LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 02/27/2017

Heart Disease/Vascular Disease Father.
Stroke Father, Mother.
Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**

Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9
ALCOHOL USE: Patient denies alcohol use.
DRUG USE: Patient denies drug use.
EMPLOYMENT: Employed

increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).
9/16/16 Wound Aspiration
11/4/16 SCS Trial Lumbar Nevro --helped 50-60%CURRENT PAIN MEDICATIONS: Neurontin, Skelaxin, Mobic, Baclofen, Movantik, Oxycodone IR, Duragesic patches--
**PMH:** Depression
Asthma
Osteoarthritis
**PSH:** L4-L5 fusion 2008
SCS implant Feb 2013; revised by Dr. Burnett July 2013

**ROS:**
Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold intolerance.

**Exam:**
Build and Nutrition: Well nourished, Well developed. HEENT: normocephalic Eyes: Aninteric Ears: normal appearance of external ear, hearing normal with conversastion Mouth/Throat: Normal dentition Respiratory: Quiet, even respiratory effort with no use of accessory muscles Peripheral Vascular: No pedal edema Skin: Skin moist, well perfused. No jaundice. Orientation: Oriented to person, place, and time Mood and affect: Normal Associations: Intact Judgment and Insight: appropriate Thought process/cognitive function: Thought processes intact. No suicidal ideation. Speech: Normal
Gait and station: Normal gait and station Lumbar Inspection/palpation: healing left hip IPG battery pocket and thoracic midline incision from SCS explant. No signs of infection. PICC line in place Left Shoulder Muscle tone and strength: Left upper extremity Muscle tone and strength: Left lower extremity Muscle tone and strength:

REFLEXES - Right Leg: DTRs 2+, Patellar, Achilles REFLEXES - Left Leg: DTRs 2+, Patellar, Achilles

SENSATION: intact to light touch

**Imaging Results**

**Nita Fabre DOB:** (37 yrs F)

Visit Date: 02/27/2017

**Lab Results**
No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip
B99.9 Unspecified infectious disease

**Assessment**
Patient is stable on current medication strength and dose. The patient has adequate enhancement of comfort and functional status to meet criteria for continuing medication regimen. St. Jude reprogrammed her new SCs with Burst stimulaiton today

**Care Plan:**
1. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
2. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.

Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary

Prescriptions:
SIG: Duragesic 50 mcg/hr patch 72 hour, 30 days, Dispense #10 Transdermal Patch, 0 Refills
Directions: 1 patch apply to skin every 72 hours START: 02/27/17 end 03/29/17; 163200371180
SIG: oxycodone 20 mg tablet, 30 days, Dispense #180 Tablet, 0 Refills
Directions: 1 po Q 4hours max 6/day START: 02/27/17 end 03/29/17; 163200371179

2/27/2017 01:52 PM
Electronically Signed by
Jeffrey Higginbotham, MD

**PAIN MANAGEMENT CONSULTANTS PA**
**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

INJECTION DATE: 12/23/2016
LOCATION: Northwest Surgery Center
Procedure: Transforaminal lumbar epidural steroid injection
Side: Bilateral L5 First of Series
Surgeon: SURGEON: Jeff Higginbotham, MD
DIAGNOSIS: M54.17 Radiculopathy, lumbosacral region
Interval History:Not applicable
Injectate:Dexamethasone non particulate10 mg
Omnipaque 240:2ml

0.25% Bupivicaine:2ml
Conscious sedation
Versed 1 mg/cc and Fentanyl 100 mcg/cc. # ccs2/2
Starting time7:15 am Ending time7:32 am
Intravenous sedation was administered by a Registered Nurse under the direction and supervision of the operating physician after oximetry, ECG, and blood pressure monitors were applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below.

Procedure Details:
The Patient was scheduled for a Lumbar ESI but she had me evaluate her left Hip SCS IPG pocket with concerns for infection. I palpated the pocket and was worried about possible infection. She was given sedation and after sterilizing the area and placing 2ml 1% lidocaine at the skin, I used an 18g needle to aspirate the pocket. I was able to aspirate 40ml of purulent drainage from the pocket site. The drainage was sent off for gram stain and Cultures. After cultures were taken, she was loaded with 2gm of Ancef then taken to the PACU.

Epidural injection was NOT performed secondary to possible spreading of infection.

Dr. Cook who recently performed the IPG revision was notified and the patient will be scheduled for SCS explant within the next few days.COMPLICATIONS: There were no complications. Aspiration was negative for blood and cerebrospinal fluid and no paresthesia was elicited.
Epidurogram: bilateral L5 lateral recess.
Follow up for regularly scheduled medication refill visit. (Note for Scheduling - Please see medication end dates)
12/23/2016 7:32 am
Electronically Signed by

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Jeffrey Higginbotham, MD

**PAIN MANAGEMENT CONSULTANTS PA**
**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

INJECTION DATE: 12/12/2016
LOCATION: Northwest Surgery Center
Procedure: Transforaminal lumbar epidural steroid injection
Side: Bilateral L5 First of Series
Surgeon: SURGEON: Jeff Higginbotham, MD
DIAGNOSIS: M96.1 Postlaminectomy syndrome, not elsewhere classified
Interval History:Not applicable
Injectate:Betamethasone sodium phosphate, non-particulate:12 mg
Omnipaque 240:2ml

0.25% Bupivicaine:2ml
Conscious sedation
Versed 1 mg/cc and Fentanyl 100 mcg/cc. # ccs4/4
Starting time7:10 am Ending time7:28 am
Intravenous sedation was administered by a Registered Nurse under the direction and supervision of the operating physician after oximetry, ECG, and blood pressure monitors were applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below.

Procedure Details:
The Patient was scheduled for a Lumbar ESI but she had me evaluate her left Hip SCS IPG pocket with concerns for infection. I palpated the pocket and was worried about possible infection. She was given sedation and after sterilizing the area and placing 2ml 1% lidocaine at the skin, I used an 18g needle to aspirate the pocket. I was able to aspirate 40ml of purulent drainage from the pocket site. The drainage was sent off for gram stain and Cultures. After cultures were taken, she was loaded with 2gm of Ancef then taken to the PACU.

Epidural injection was NOT performed secondary to possible spreading of infection.

Dr. Cook who recently performed the IPG revision was notified and the patient will be scheduled for SCS explant within the next few days.COMPLICATIONS: There were no complications. Aspiration was negative for blood and cerebrospinal fluid and no paresthesia was elicited.
Epidurogram: lateral recess of L5 bilaterally
Follow up for regularly scheduled medication refill visit. (Note for Scheduling - Please see medication end dates)
12/12/2016 7:28 am
Electronically Signed by

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Jeffrey Higginbotham, MD

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/06/2016

**Race**: No race saved for patient
**Ethnicity**: No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
ondansetron HCl - 4 mg
oxycodone - 20 mg Q4
Duragesic - 50 mcg/hr q72
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
Movantik - 25 mg
baclofen - 20 mg Q6
gabapentin - 300 mg
meloxicam - 7.5 mg

**Vitals:**
Height: 67 in.
Weight: 224 lbs.
BMI: 35.1
O2 Sat Room Air: 97%
Temperature: 97.8
Pulse: 97
BP 1: 132 / 68
Sitting, left arm

**Family History**Family History: Rheumatoid arthritis Mother, Brother.

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**
The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is described as being located in the lumbosacral area and sacral area. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit: Increased pain possible weather changes

PRESENT PAIN LEVEL: 7 out of 10
PRESENT PAIN LEVEL: 7 out of 10
WORST PAIN LEVEL: 9 out of 10
BEST PAIN LEVEL: 6 out of 10
SINCE LAST VISIT PAIN IS: WorseONSET: 2/2/2012
LOCATION: lumbosacral area and sacral area.QUALITY: sharp, pulling, crushing, burningRADIATES: Down right leg mainlySEVERITY: 4 to 6 moderate, 7 to 9 severe
DURATION: years
TIMING: constant
AGGRAVATING FACTORS: exertion, walking, prolonged walking, prolonged standing, no medications, stress, weather changes, bendingALLEVIATING FACTORS: rest, lying down, stretching, change in position, medications, cold

PREVIOUS INTERVENTIONAL PAIN PROCEDURES: LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/06/2016

Heart Disease/Vascular Disease Father.
Stroke Father, Mother.
Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**

Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9
ALCOHOL USE: Patient denies alcohol use.
DRUG USE: Patient denies drug use.
EMPLOYMENT: Employed

experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).
9/16/16 Wound Aspiration
11/4/16 SCS Trial Lumbar Nevro --helped 50-60%CURRENT PAIN MEDICATIONS: Neurontin, Skelaxin, Mobic, Baclofen, Movantik, Oxycodone IR, Duragesic patches--
**PMH:** Depression
Asthma
Osteoarthritis
**PSH:** L4-L5 fusion 2008
SCS implant Feb 2013; revised by Dr. Burnett July 2013

**ROS:**
Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold intolerance.

**Exam:**
Build and Nutrition: Well nourished, Well developed. HEENT: normocephalic Eyes: Aninteric Ears: normal appearance of external ear, hearing normal with conversastion Mouth/Throat: Normal dentition Respiratory: Quiet, even respiratory effort with no use of accessory muscles Peripheral Vascular: No pedal edema Skin: Skin moist, well perfused. No jaundice. Orientation: Oriented to person, place, and time Mood and affect: Normal Associations: Intact Judgment and Insight: appropriate Thought process/cognitive function: Thought processes intact. No suicidal ideation. Speech: Normal
Gait and station: Normal gait and station Lumbar Inspection/palpation: healing left hip IPG battery pocket and thoracic midline incision from SCS explant. No signs of infection. PICC line in place Left Shoulder Muscle tone and strength: Left upper extremity Muscle tone and strength: Left lower extremity Muscle tone and strength:

REFLEXES - Right Leg: DTRs 2+, Patellar, Achilles REFLEXES - Left Leg: DTRs 2+, Patellar, Achilles

SENSATION: intact to light touch

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/06/2016

**Imaging Results**

**Lab Results**
No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip
B99.9 Unspecified infectious disease

**Assessment**
Patient is stable on current medication strength and dose. The patient has adequate enhancement of comfort and functional status to meet criteria for continuing medication regimen.

**Care Plan:**
1. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
2. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.

Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary
Prescriptions:
SIG: Duragesic 50 mcg/hr patch 72 hour, 30 days, Dispense #10 Transdermal Patch, 0 Refills
Directions: 1 patch apply to skin every 72 hours START: 12-4-16 End 01/03/17
SIG: oxycodone 20 mg tablet, 30 days, Dispense #180 Tablet, 0 Refills
Directions: 1 po Q.4hours max 6/day START: 12/6/16 End: 1/5/17

12/06/2016 1:24 pm
Electronically Signed by
Jeffrey Higginbotham, MD

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**


**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 11/11/2016

**Race**: No race saved for patient
**Ethnicity**: No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
ondansetron HCl - 4 mg
oxycodone - 20 mg Q4
Duragesic - 50 mcg/hr q72
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
Movantik - 25 mg
baclofen - 20 mg Q6
gabapentin - 300 mg
meloxicam - 7.5 mg

**Vitals:**
Height: 67 in.
Weight: 224 lbs.
BMI: 35.1
Respiration: 12
Temperature: 97.8
Pulse: 76
BP 1: 132 / 80
Sitting, left arm

**Family History**Family History: Rheumatoid arthritis Mother, Brother.

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is described as being located in the lumbosacral area and sacral area. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit: 11/4/16 SCS Trial Lumbar Nevro has helped 50-60 %

PRESENT PAIN LEVEL: 6 out of 10
PRESENT PAIN LEVEL: 6 out of 10
WORST PAIN LEVEL: 9 out of 10BEST PAIN LEVEL: 6 out of 10
SINCE LAST VISIT PAIN IS: BetterONSET: 2/2/2012
LOCATION: lumbosacral area and sacral area.QUALITY: sharp, pulling, crushing, burningRADIATES: Down right leg mainlySEVERITY: 4 to 6 moderate, 7 to 9 severe
DURATION: years
TIMING: constant
AGGRAVATING FACTORS: exertion, walking, prolonged walking, prolonged standing, no medications, stress, weather changes, bendingALLEVIATING FACTORS: rest, lying down, stretching, change in position, medications, cold

PREVIOUS INTERVENTIONAL PAIN PROCEDURES: LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 11/11/2016

Heart Disease/Vascular Disease Father.
Stroke Father, Mother.
Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**

Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9
ALCOHOL USE: Patient denies alcohol use.
DRUG USE: Patient denies drug use.
EMPLOYMENT: Employed

increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).
9/16/16 Wound Aspiration
11/4/16 SCS Trial Lumbar Nevro --helped 50-60%CURRENT PAIN MEDICATIONS: Neurontin, Skelaxin, Mobic, Baclofen, Movantik, Oxycodone.IR, Duragesic patches--

**PMH:** Depression
Asthma
Osteoarthritis

**PSH:** L4-L5 fusion 2008
SCS Implant Feb 2013; revised by Dr. Burnett July 2013

**ROS:**

Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold intolerance.

**Exam:**

Build and Nutrition: Well nourished, Well developed. HEENT: normocephalic Eyes: Aninteric Ears: normal appearance of external ear, hearing normal with conversastion Mouth/Throat: Normal dentition Respiratory: Quiet, even respiratory effort with no use of accessory muscles Peripheral Vascular: No pedal edema Skin: Skin moist, well perfused. No jaundice. Orientation: Oriented to person, place, and time Mood and affect: Normal Associations: Intact Judgment and Insight: appropriate Thought process/cognitive function: Thought processes intact. No suicidal ideation. Speech: Normal
Gait and station: Normal gait and station Lumbar Inspection/palpation: healing left hip IPG battery pocket and thoracic midline incision from SCS explant. No signs of infection. PICC line in place Left Shoulder Muscle tone and strength: Left upper extremity Muscle tone and strength: Left lower extremity Muscle tone and strength:

REFLEXES - Right Leg: DTRs 2+, Patellar, Achilles REFLEXES - Left Leg: DTRs 2+, Patellar, Achilles

SENSATION: intact to light touch

**Imaging Results**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 11/11/2016

**Lab Results**
No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip
B99.9 Unspecified infectious disease

**Assessment**
At this visit, the patient's SCS trial lead(s) were removed without resistance. The sites were without signs of infection. No complications were noted. Band-aids were placed over the needle insertion site(s). Patient did pretty well with nevro trial. She will get with Dr. Cook to discuss options for re-implantation on whether she would prefer traditional stem vs. High frequency system. I was able to get one lead to near the top of T9 but was unable to get a lead into the T8 vertebral level.

**Care Plan:**
1. 1. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
2. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.

Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary
Prescriptions:
SIG: baclofen 20 mg tablet, 30 days, Dispense #120 Tablet, 2 Refills
Directions: Take 1 oral tablet every 6 hours prn max 4/day start 11/11/16 end 2/9/17 erxed-- bns
SIG: Mobic 7.5 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 oral tablet once a day start 11/11/16 end 2/9/17 erxed-- bns
SIG: Movantik 25 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 tablet 1 hour prior to 1st meal of the day on an empty stomach start 11/11/16 end 2/9/17 erxed-- bn
SIG: Neurontin 300 mg capsule, 30 days, Dispense #90 Capsule, 2 Refills
Directions: Take 1 oral capsule 3 times a day start 11/11/16 end 2/9/17 erxed-- bns
SIG: Skelaxin 800 mg tablet, 30 days, Dispense #90 Tablet, 2 Refills
Directions: Take 1 oral tablet every 8 hours prn max 3/day start 11/11/16 end 2/9/17 erxed-- bns

| | |
|---|---|
| | 11/11/2016 12:07 pm<br>Electronically Signed by<br>Jeffrey Higginbotham, MD |

**PAIN MANAGEMENT CONSULTANTS PA**
**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

INJECTION DATE: 11/04/2016
LOCATION: Northwest Surgery Center
Surgeon: Jeff Higginbotham, MD

Nevro: LUMBAR SPINAL CORD STIMULATOR TRIAL
DIAGNOSIS: G89.4 Chronic pain syndrome M96.1 Postlaminectomy syndrome, not elsewhere classified
Conscious sedation
Versed 1 mg/cc and Fentanyl 100 mcg/cc. # ccs4/4
Starting time 6:45 am Ending time 7:20 am
Intravenous sedation was administered by a Registered Nurse under the direction and supervision of the operating physician after oximetry, ECG, and blood pressure monitors were applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below.
NEEDLE INSERTION LEVEL: T12/L1
Right SCS lead was advanced to the: Midline Top 1/3 of T9 vertebral body.

Nevro SCSPROCEDURE IN DETAIL:
Prior to the procedure, the patient underwent a psychological evaluation and was deemed an adequate candidate for the procedure. The risks, benefits and alternatives were discussed with the patient in detail. The risks discussed with the patient/guardian included the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. The patient was also made aware of lead migration and possible mechanical difficulties with the system. The patient understand the risks and alternatives and gives informed consent. The patient was assisted onto the x-ray table in the prone position to access the involved area. All individuals in the operating room wore caps and masks. The operator underwent surgical scrub and wore a surgical gown. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.
After standard surgical prep and drape, fluoroscopy was utilized to identify and line up the endplates at the entry level. The skin was infiltrated with 1% Lidocaine and a 14 gauge Nevro epidural needle was placed. After obtaining loss of resistance, A Nevro percutaneous octrode was advanced under direct fluoroscopic visualization to the spinal level noted above. Each lead inserted provides 8 electrodes. The final position of the lead is noted above.
With her scar tissue from the previous implant. The initial lead was advanced to the scar tissue which was at the top 1/3 of T9 but would not advance further. I was covering the

**PAIN MANAGEMENT CONSULTANTS PA**
**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

T9/10 interspace. After speaking with the nevro reps, we just used one lead for the trial as the other lead would have to be advanced to T8 which is not possible.
COMPLICATIONS: No immediate complications were noted.
LIDOCAINE 1% - 10ML

Mastisol, Steri-strips, plastic occlusive dressing and tape were applied. The patient tolerated the procedure well and transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given instruction regarding the use of the stimulator during the trial period and will be followed closely.
Care Plan: follow-up in 1 week for lead pull and evaluation of the efficacy of the therapy
11/04/2016 7:20 am
Electronically Signed by
Jeffrey Higginbotham, MD

Pain Management Consultants, P.A.

101 W Koenig Lane. Ste 100
AUSTIN, TX 78751

(512) 454-9426

*45D2000844*
*Alex John, MD*

Performance specifications for the test were established by the laboratory. Test methodologies have not been approved by the FDA

| | | | |
|---|---|---|---|
| Name/DOB: | FABRE, NITA ( ) | Provider: | Jeffrey Higginbotham |
| Patient ID: | 23477 Sex: F | Draw Location: | Pain Management Associates |
| Phone number: | Age: 36 | Sample ID: | 34305 |
| Draw Date: | 10/3/2016 9:31 AM | Phlebotomist: | Lynne Behrends |
| Approval date: | 10/12/2016 1:33 PM | Entered by: | Arthur Vargas |

## Qualitative

| AV | 10/3/2016 9:31 AM | | 6/28/2016 1:00 PM | | 6/28/2016 10:35 AM | Ref Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Dilaudid,Duragesic,Oxycodone | 1 | Duragesic,Oxycodone | 2 | Duragesic,Oxycodone | |
| Other Meds | None | 1 | None | 2 | None | |
| Creatinine U | 210.80 | 1 | | 2 | 124.70 | Normal >20 mg/dl ng/ml |
| pH | 6.30 | 1 | | 2 | 6.20 | Normal 4.0-10.0 ng/ml |
| Specific Gravity | 1.018 | 1 | | 2 | 1.012 | 1.000-1.040 ng/ml |
| Amphetamine | Negative | 1 | | 2 | Negative | Cutoff 500 ng/ml |
| Benzodiazepine | Negative | 1 | | 2 | Negative | Cutoff 200 ng/ml |
| Opiates | Positive | 1 | | 2 | Positive | Cutoff 300 ng/ml |
| 10/06/16 6:48 AM | Consistent with Medication | | | | | |
| Oxycodone | Positive | 1 | | 2 | Positive | Cutoff 300 ng/ml |
| 10/06/16 6:48 AM | Consistent with Medication | | | | | |
| Buprenorphine | Negative | 1 | | 2 | Negative | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | | 2 | Negative | Cutoff 300 ng/ml |
| EDDP | Negative | 1 | | 2 | Negative | Cutoff 300 ng/ml |
| Cocaine | Negative | 1 | | 2 | Negative | Cutoff 150 ng/ml |
| Ecstasy | Negative | 1 | | 2 | Negative | Cutoff 500 ng/ml |
| PCP | Negative | 1 | | 2 | Negative | Cutoff 25 ng/ml |
| THC | Negative | 1 | | 2 | Negative | Cutoff 100 ng/ml |

## Quantitative-Confirmation

| AV | 10/3/2016 9:31 AM | | 6/28/2016 1:00 PM | | 6/28/2016 10:35 AM | Ref Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Dilaudid,Duragesic,Oxycodone | 1 | Duragesic,Oxycodone | 2 | Duragesic,Oxycodone | |
| Other Meds | None | 1 | None | 2 | None | |
| Creatinine | Normal | 1 | Normal | 2 | | Normal >20 mg/dl |
| pH | Normal | 1 | Normal | 2 | | Normal 4.0-10.0 |
| Specific Gravity | 1.020 | 1 | 1.010 | 2 | | 1.000-1.040 |
| Morphine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| 6-MAM | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Codeine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Hydrocodone | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Hydromorphone | >2000 Positive | 1 | Negative | 2 | | Cutoff 40 ng/ml |
| 10/12/16 1:32 PM | Consistent with medication | | | | | |
| Oxycodone | >2000 Positive | 1 | >2000 Positive | 2 | | Cutoff 50 ng/ml |
| 10/12/16 1:32 PM | Consistent with medication | | | | | |
| Oxymorphone | >2000 Positive | 1 | 1954 | 2 | | Cutoff 40 ng/ml |

Sample ID: 34305/1
This report continues... (Final)

Reviewed by: ____________

Pain Management Consultants, P.A.

101 W Koenig Lane, Ste 100
AUSTIN, TX 78751

(512) 454-9426

45D2000844
Alex John, MD

Performance specifications for the test were established by the laboratory, Test methodologies have not been approved by the FDA

Name/DOB: **FABRE, NITA (** )
Patient ID: 23477
Phone number: (
Draw Date: 10/3/2016 9:31 AM
Approval date: 10/12/2016 1:33 PM

Sex: F
Age: 36

Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 34305
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## Quantitative-Confirmation (cont'd)

| AV | 10/3/2016 9:31 AM | | 6/28/2016 1:00 PM | | 6/28/2016 10:35 AM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| 10/12/16 1:32 PM | Consistent with medication | | | | | |
| Meperidine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Normeperidine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Buprenorphine | Negative | 1 | Negative | 2 | | Cutoff 5 ng/ml |
| Norbuprenorphine | Negative | 1 | Negative | 2 | | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| EDDP | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Propoxyphene | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| Norpropoxphene | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Tramadol | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| N-Desmethyl-cis-Tramadol | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| Fentanyl | >100 Positive | 1 | 27 | 2 | | Cutoff 2 ng/ml |
| 10/12/16 1:32 PM | Consistent with medication | | | | | |
| Norfentanyl | >100 Positive | 1 | >100 Positive | 2 | | Cutoff 5 ng/ml |
| 10/12/16 1:32 PM | Consistent with medication | | | | | |
| Carisoprodol | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Meprobamate | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Clonazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| 7-Aminoclonazepam | Negative | 1 | Negative | 2 | | Cutoff 40 ng/ml |
| Estazolam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Alprazolam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| a-OH-Alprazolam | Negative | 1 | Negative | 2 | | Cutoff 40 ng/ml |
| Diazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Nordiazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Temazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Lorazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Oxazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Flunitrazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Nitrazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Bromazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Clobazam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Midazolam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Triazolam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Flurazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Ketamine | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Norketamine | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Amphetamine | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Methamphetamine | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |

Sample ID: 34305/2
This report continues... (Final)

Reviewed by: __________

Pain Management Consultants, P.A.

101 W Koenig Lane Ste 100
AUSTIN, TX 78751

(512) 454-9426

*45D2000844*
*Alex John, MD*

Performance specifications for the test were established by the laboratory. Test methodologies have not been approved by the FDA

| | | | |
|---|---|---|---|
| Name/DOB: | **FABRE, NITA** ) | Provider: | Jeffrey Higginbotham |
| Patient ID: | 23477 Sex: F | Draw Location: | Pain Management Associates |
| Phone number: | ( Age: 36 | Sample ID: | 34305 |
| Draw Date: | 10/3/2016 9:31 AM | Phlebotomist: | Lynne Behrends |
| Approval date: | 10/12/2016 1:33 PM | Entered by: | Arthur Vargas |

## Quantitative-Confirmation (cont'd)

| AV | 10/3/2016 9:31 AM | | 6/28/2016 1:00 PM | | 6/29/2016 10:35 AM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| MDA | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| MDEA | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| MDMA | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Methylphenidate | Negative | 1 | Negative | 2 | | Cutoff 10 ng/ml |
| PCP | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| Cocaine | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| Benzoylecgonine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Tapentadol | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| THC | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| N-Desmethylclomipramine | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| Imipramine | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| N-Desmethyltrimipramine | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| Doxepin | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| Amitriptyline | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Nortriptyline | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |

Sample ID: 34305/3
END OF REPORT (Final)

Reviewed by: ________

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 10/03/2016

**Race**: No race saved for patient
**Ethnicity**: No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
ondansetron HCl - 4 mg
oxycodone - 20 mg Q4
Duragesic - 50 mcg/hr q72
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
Movantik - 25 mg
baclofen - 20 mg Q6
gabapentin - 300 mg
meloxicam - 7.5 mg

**Vitals:**
Height: 67 in.
Weight: 224 lbs.
BMI: 35.1
Respiration: 12
O2 Sat Room Air: 97%
Temperature: 98.2
Pulse: 90
BP 1: 150 / 92
Sitting, left arm

**Family History**Family History:
Rheumatoid arthritis Mother,

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit: Got out of surgery on Friday. On 6 weeks of antibiotics. Her SCs, completely removed.

PRESENT PAIN LEVEL: 8 out of 10
PRESENT PAIN LEVEL: 8 out of 10
WORST PAIN LEVEL: 9 out of 10BEST PAIN LEVEL: 6 out of 10
SINCE LAST VISIT PAIN IS: WorseLOCATION: Back QUALITY: sharp, pulling, crushing, burning RADIATES: Down right leg mainly TIMING: constant AGGRAVATING FACTORS: exertion, walking, prolonged walking, prolonged standing, no medications, stress, weather changes, bendingALLEVIATING FACTORS: rest, lying down, stretching, change in position, medications, cold

PREVIOUS INTERVENTIONAL PAIN PROCEDURES: LUMBAR/SACRAL/COCCYGEAL:
The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 10/03/2016

Brother.
Heart Disease/Vascular Disease Father.
Stroke Father, Mother.
Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**

Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9
ALCOHOL USE: Patient denies alcohol use.
DRUG USE: Patient denies drug use.
EMPLOYMENT: Employed

relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).--

**PMH:** Depression
Asthma
Osteoarthritis

**PSH:** L4-L5 fusion 2008
SCS implant Feb 2013; revised by Dr. Burnett July 2013

**ROS:**

Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold Intolerance.

**Exam:**

Build and Nutrition: Well nourished, Well developed. HEENT: normocephalic Eyes: Aninteric Ears: normal appearance of external ear, hearing normal with conversastion Mouth/Throat: Normal dentition Respiratory: Quiet, even respiratory effort with no use of accessory muscles Peripheral Vascular: No pedal edema Skin: Skin moist, well perfused. No jaundice. Orientation: Oriented to person, place, and time Mood and affect: Normal Associations: Intact Judgment and Insight: appropriate Thought process/cognitive function: Thought processes intact. No suicidal ideation. Speech: Normal
Gait and station: Normal gait and station Lumbar Inspection/palpation: healing left hip IPG battery pocket and thoracic midline incision from SCS explant. No signs of infection. PICC line in place Left Shoulder Muscle tone and strength: Left upper extremity Muscle tone and strength: Left lower extremity Muscle tone and strength:

REFLEXES - Right Leg: DTRs 2+, Patellar, Achilles REFLEXES - Left Leg: DTRs 2+, Patellar, Achilles

SENSATION: intact to light touch

**Imaging Results**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 10/03/2016

**Lab Results**
No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip
B99.9 Unspecified infectious disease

**Assessment**
Patient s/p SCS Explant secondary to pocket infection. patient had oxycodone 10mg and dialudid 2mg to her regimen. She still has some left. The patient has adequate enhancement of comfort and functional status to meet criteria for continuing medication regimen. I would like to get records of MRI thoracic and Lumbar from Round Rock hospital.

**Care Plan:**
1. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
2. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.
4. Patient to likely have re-implant in the next 6-8 weeks.

22 minutes of this 33 minute visit was spent counseling on multidisciplinary care including CBT, PT, interventions and medications.
Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary
Ordered:
POC w/Reflex to UDT if inconsistent and/or to verify specific (+)Opi/Bzo

Prescriptions:
SIG: Duragesic 50 mcg/hr patch 72 hour, 30 days, Dispense #10 Transdermal Patch, 0 Refills
Directions: 1 patch apply to skin every 72 hours start: 10/04/16 end: 11/3/16
SIG: oxycodone 20 mg tablet, 30 days, Dispense #240 Tablet, 0 Refills
Directions: 2 tablets po q 4-6h prn max 8/day start 10/03/16 end: 11/2/16

10/3/2016 01:34 PM
Electronically Signed by
Jeffrey Higginbotham, MD

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 10/03/2016

CLINICAL PATHOLOGY LABORATORIES
9200 Wall Street • Austin, Texas 78754
512-873-1600 1-800-633-4757

CAP Accreditation #: 21525-01
CLIA # 45D0505003

DOB:

REPRINT

21145
CENTRAL PARK SURGERY CENTER
900 W 38TH ST #200
AUSTIN, TX 78705

| PATIENT NAME | PATIENT I.D. | ROOM NUMBER | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| FABRE, NITA | 179126 | | 36 | F | HIGGINBOTHAM, JE |

| PAGE | REQUISITION NO. | ACCESSION NO. | ID. NO. | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | A0335989 | RZ600854 | | 09/16/16 7:41A | 09/16/16 | 09/18/16 | 2:43P |

PT FASTING

| TEST | RESULTS (OUT-OF-RANGE / WITHIN RANGE) | UNITS | EXPECTED RANGE |
|---|---|---|---|

CULTURE, ROUTINE
SPECIMEN NUMBER: 16712895

SPECIMEN COMMENT: L LOWER FLANK ASPIRATION

SOURCE: FLANK

REPORT STATUS: FINAL

DIRECT GRAM STAIN: ABUNDANT WBCs OBSERVED
NO BACTERIA SEEN

ISOLATE NUMBER 1:
ORGANISM:
09/17/2016 FEW STAPHYLOCOCCUS SPECIES

IDENTIFICATION:
09/18/2016 STAPHYLOCOCCUS AUREUS

| | STAPH. AUREUS | |
|---|---|---|
| AMOXICILLIN/CA | SENSITIVE | <=4/2 |
| CEFAZOLIN | SENSITIVE | <=4 |
| CLINDAMYCIN | SENSITIVE | <=0.25 |
| ERYTHROMYCIN | SENSITIVE | <=0.25 |
| OXACILLIN | SENSITIVE | <=0.25 |
| RIFAMPIN | SENSITIVE | <=1 |
| TETRACYCLINE | SENSITIVE | <=1 |
| TRIMETH/SULFA | SENSITIVE | *1 |
| Note 1: <=0.5/9.5 | | |
| VANCOMYCIN | SENSITIVE | 1 |

FAXED 9-22-16 to Dr. Judson Cook's office (BWS)

NOTE: NUMBERS DISPLAYED REPRESENT MINIMUM INHIBITORY CONCENTRATION (MIC) WHICH IS EXPRESSED IN MCG/ML.

Performed at: MAIN