CLINICAL PATHOLOGY LABORATORIES
9200 Wall Street • Austin, Texas 78754
512-873-1000 1-800-633-4757

REPORT CONTINUED ON NEXT FORM

CAP Accreditation #: 21525-01
CLIA # 45D0505003

| PATIENT NAME | PATIENT I.D. | ROOM NUMBER | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| | | | | | |

| PAGE | REQUISITION NO. | ACCESSION NO. | ID. NO. | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| TEST | RESULTS OUT-OF-RANGE WITHIN RANGE | UNITS | EXPECTED RANGE |
|---|---|---|---|
| | | | |

CONTINUED REPORT FROM CLIN PATH LABS PH: 512-339-1275

CLINICAL PATHOLOGY LABORATORIES
9200 Wall Street · Austin, Texas 78754
512-873-1600 1-800-633-4757

CAP Accreditation #: 21525-01
CLIA # 45D0505003

DOB:

REPRINT

21145
CENTRAL PARK SURGERY CENTER
900 W 38TH ST #200
AUSTIN, TX 78705

| PATIENT NAME | PATIENT I.D. | ROOM NUMBER | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| FABRE, NITA | 179126 | | 36 | F | HIGGINBOTHAM, JE |

| PAGE | REQUISITION NO. | ACCESSION NO. | ID. NO. | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | A0335989 | RZ600854 | | 09/16/16 7:41A | 09/16/16 | 09/18/16 | 2:43P |

PT FASTING

| TEST | RESULTS OUT-OF-RANGE WITHIN RANGE | UNITS | EXPECTED RANGE |
|---|---|---|---|

Performing Lab: MAIN
Clinical Pathology Laboratories, Inc., 9200 Wall St., Austin, TX 78754
Laboratory Director: Mark A. Silberman, M.D.
CLIA Number: 45D0505003 CAP Accreditation Number: 21525-01

*** FINAL REPORT ***

**PAIN MANAGEMENT CONSULTANTS PA**
**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 08/01/2016

**Race**: No race saved for patient
**Ethnicity**: No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
ondansetron HCl - 4 mg
oxycodone - 20 mg Q4
Duragesic - 50 mcg/hr q72
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
Movantik - 25 mg
baclofen - 20 mg Q6
gabapentin - 300 mg
meloxicam - 7.5 mg

**Vitals:**
Height: 67 in.
Weight: 224 lbs.
Respiration: 12
Temperature: 98.8
Pulse: 84
BP 1: 134 / 84
Sitting, left arm

**Family History**
FAMILY HISTORY: Rheumatoid arthritis Mother, Brother.
Heart Disease/Vascular

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit:

PREVIOUS TREATMENTS TRIED: acupuncture, chiropractic therapy, physical therapy, TENS unitLUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 08/01/2016

Disease Father.
Stroke Father, Mother.
Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**
**Smoking Status**
Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9

L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).
Medical - Illness, Injuries, Operations, and Treatments: Depression
Asthma
Osteoarthritis
Medical - Illness, Injuries, Operations, and Treatments: L4-L5 fusion 2008
SCS implant Feb 2013; revised by Dr. Burnett July 2013
FAMILY HISTORY: Rheumatoid arthritis Mother, Brother.
Heart Disease/Vascular Disease Father.
Stroke Father, Mother.
Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.
Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9
ALCOHOL USE: Patient denies alcohol use.
DRUG USE: Patient denies drug use.
EMPLOYMENT: Employed --

**ROS:**
Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold intolerance.

**Exam:**
GENERAL: Normal Abdomen:Well nourished, Well developed.
SKIN: Normal SKIN:Skin moist, well perfused. No jaundice.NormocephalicHEAD:NormocephalicEYES: EYES: Anicteric
EARS: Normal EARS:normal appearance of external ear, hearing normal with conversastion
MOUTH/THROAT: Normal MOUTH:Normal dentition Normal 1RESPIRATORY:Quiet, even respiratory effort with no use of accessory musclesNormal1PERIPHERAL VASCULAR;No pedal edema NormalORIENTATION:Oriented to person, place, and timeNormalMOOD AND AFFECT:NormalNormalASSOCIATIONS: IntactNormalJUDGEMENT AND INSIGHT: appropriate
MUSCULOSKELETAL: Normal GAIT: Normal gait and dtation Not examinedNot examinedNot examinedTHORACIC INSPECTION/PALPATION: Not examinedNot examinedAbnormalLUMBAR INSPECTION/PALPATION: Tenderness of the paraspinal musclulature, paravertebral spasms are present, Tenderness is present

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 08/01/2016

over the facetsAbnormalLUMBAR STRENGTH: Strength and tone 5 out of 5.NegativeRIGHT SLR: No pain below the knee at 60 degreesNegativeLEFT SLR: No pain below the knee at 60 degreesRIGHT SI JOINT: RIGHT SI JOINT: Pain reproduced by palpating the jointPainLEFT SI JOINT: Pain reproduced by palpating the jointNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNot examinedNormalRIGHT LOWER EXTREMITY STRENGTH: Strength and tone 5 out of 5.Not examinedNot examinedNot examinedNormalLEFT LOWER EXTREMITY STRENGTH: Strength and tone 5 out of 5.

REFLEXES - Right Leg: DTRs 2+, Patellar, AchillesPE_NeuroReflexesLeftLegPE_NeuroStrengthLeftArm

SENSATION: intact to light touch

**Imaging Results**

**Lab Results**

No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip

**Assessment**

Patient saw Dr. Cook who did not feel that more open surgery was indicated. He plans to replace the St. Jude IPG with a newer model on 8/15/16. newer onset of right inner leg neuropathic pain. continued bilateral lower extremity pain.

**Care Plan:**

1. schedule bilateral L5 TFESI
2. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
3. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.

Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary
Ordered:
Sedation <5

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 08/01/2016

TF LESI 1
Sedation <5
SI Jt
Sedation <5
TPI 1-2

Prescriptions:
SIG: Duragesic 50 mcg/hr patch 72 hour, 30 days, Dispense #10 Transdermal Patch, 0 Refills
Directions: 1 patch apply to skin every 72 hours start 8/5/16 end 9/4/16 #161470131241

SIG: oxycodone 15 mg tablet, 30 days, Dispense #240 Tablet, 0 Refills
Directions: 2 tablets po q 4-6h prn max 8/day start 8/4/16 end 9/3/16#161470131242

Electronically Signed by
Jeffrey Higginbotham, MD

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 06/28/2016 04:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Monica Sanchez, MA-C 06/28/2016 07:59 AM)*

**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**Past Interventions-Medical is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt has been in increased pain, ice packs help a little, LLE nerve pain that radiates down to her ankle. Her R leg has a piercing pain. Pt missed her appt w/Dr. Nolan for EMG/NCS today (showed up late b/c could not get out of bed) and had to r/s for 06/22/16. She also needs to have her SCS generator replaced. Meds remain somewhat effective w/o SEs.).**

**Past surgical Interventions are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Monica Sanchez, MA-C; 06/28/2016 04:56 PM)*

**Weight:** 224 lb **Height:** 67 in
**Temp.:** 96 ºF (Oral) **Pulse:** 122 (Regular) **P. OX:** 98% (Room air)
**BP:** 122/80

**Review of Systems** *(Monica Sanchez, MA-C; 06/28/2016 07:59 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History Monica Sanchez, MA-C 06/28/2016 08:00 AM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []
Opana ER *ANALGESICS - OPIOID* [Drug allergy]; morphine derivative

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision (original done on 02/2013 by waldron - lead dislodged)
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
Right L5, S1 TF LESI on 06/29/2015 --50% pain relief x 2 mo

Long term use of drug *POC (V58.69 | Z79.899)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Lateral epicondylitis, left (726.32 | M77.12)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

**Other Medical History**

Depression

L4-L5 fusion 2008

Asthma

Osteoarthritis

SCS implant Feb 2013; revised by Dr. Burnett July 2013

**Social**

Illicit drug use: None

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Current work status: Full-time Utilization Review Nurse

Sleep: 4-6 hours of sleep

Exercise: daily

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 12/10/2015) Active. (start 12/10/2015 end 3/9/16; efilled; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, 1 (one) Oral every 6 hrs PRN, max 4/day, Taken starting 05/05/2016) Active. (START 05/05/16; END 08/03/16; e-rx; Supervising Physician Jeffrey Higginbotham, MD)

Mobic (7.5MG Tablet, 1 (one) Tablet Oral daily for pain, Taken starting 05/05/2016) Active. (START: 05/05/16 END: 08/03/16; E-rx; supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet, 2 (two) Oral every 4-6 hours prn breakthrough pain MAX: 8/day, Taken starting 06/05/2016) Active. (START:06/05/16 END: 07/05/2016; 16011010523; ; Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule, 1 (one) Oral three times daily, Taken starting 05/02/2016) Active. (start 5/2/16 end 7/31/16; e-filled to Walgreens 9801 Manchaca Rd. Austin, Tx 78748 (512) 292-1066 supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet, 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 02/05/2016) Active. (START 2/5/16 - END 5/5/16)

Duragesic-50 (50MCG/HR Patch 72HR 1 (one) Patch Transdermal Apply q 72 hrs, Taken starting 06/06/2016) Active - Hx Entry. (START 06/06/16 END: 07/06/2016 160110105522 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

Medications Reconciled.

**Family**

Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Skin Cancer: Father
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 06/28/2016 04:44 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed, Well groomed, No acute distress.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Leaning forward and Stooped posture.**
**Gait - Use of assistive device (walker - RLE/foot drags.).**

**Integumentary**
**General Characteristics - Color - no jaundice noted. Skin Moisture - skin is diaphoretic. Temperature - normal warmth is noted.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles.**

**Cardiovascular**
**Cardiovascular examination reveals - no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(Monica Sanchez, MA-C; 06/28/201604:55 PM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
Current Plans:

- Continued Duragesic-50 50MCG/HR, 1 (one) Patch Patch Apply q 72 hrs, 10 Patch, 30 days starting 06/28/2016, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision (original done on 02/2013 by waldron - lead dislodged)
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
Right L5, S1 TF LESI on 06/29/2015 --50% pain relief x 2 mo
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1.
Pt was scheduled for SX w/Burnett in Jan - cx d/t insurance loss.
Pt reports symptoms are spreading to medial side of RLE and also to lateral lt foot.
Burnett referred to Dr. Cook, eval on 04/12/16 - did CT myelo of C-spine/T-spine/L-spine - we need request results - pt reports results were inconclusive to symptoms.
Cook referred to Dr. Nolan from EMG/NCS.
Pt reports Dr. Cook rec RT LESI L5, S1, and BIL SIJ. Pt states piriformis is doing ok. Was waiting on EMG/NCS to schedule inj - however pt did not make it to appt this AM for NCS/EMG and had to r/s 06/22/16.
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

- Point of Care - Urine Drug Screen (G0479); Routine ()
- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

Need ARA report for Lumbar CT Myelogram 4/2016

Need Records form Dr. Nolan

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***Catherine Ray***

Pain Management Consultants, P.A.
SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 06/02/2016 02:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Michelle Palmer 06/07/2016 10:22 AM)*

**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt has been in increased pain, ice packs help a little, LLE nerve pain that radiates down to her ankle. Her R leg has a piercing pain. Pt missed her appt w/Dr. Nolan for EMG/NCS today (showed up late b/c could not get out of bed) and had to r/s for 06/22/16. She also needs to have her SCS generator replaced. Meds remain somewhat effective w/o SEs.).**

**<u>Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Michelle Palmer; 06/02/2016 02:34 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 99 ºF (Oral) **Pulse:** 107 (Regular) **Resp.:** 14 (Unlabored) **P. OX:** 97% (Room air)
**BP:** 128/82

**Review of Systems** *(Michelle Palmer; 06/02/2016 02:16 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History
Michelle Palmer 06/02/2016 02:16 PM

**Allergy**
- Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
- Opana ER *ANALGESICS - OPIOID* [Drug allergy]; morphine derivative
- Latex Exam Gloves *MEDICAL DEVICES* []
- Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision (original done on 02/2013 by waldron - lead dislodged)
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
Right L5, S1 TF LESI on 06/29/2015 --50% pain relief x 2 mo

Lateral epicondylitis, left (726.32 | M77.12)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Long term use of drug *POC (V58.69 | Z79.899)

Myalgia and myositis (729.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Osteoarthritis

Asthma

SCS implant Feb 2013; revised by Dr. Burnett July 2013

L4-L5 fusion 2008

Depression

**Social**

Current work status: Full-time Utilization Review Nurse

Exercise: daily

Sleep: 4-6 hours of sleep

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 12/10/2015) Active - Hx Entry. (start 12/10/2015 end 3/9/16 efilled supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every 6 hrs PRN, max 4/day, Taken starting 05/05/2016) Active - Hx Entry. (START 05/05/16; END 08/03/16 e-rx Supervising Physician Jeffrey Higginbotham, MD)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 05/05/2016) Active - Hx Entry. (START: 05/05/16 END: 08/03/16 E-rx supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 2 (two) Oral every 4-6 hours prn breakthrough pain MAX: 8/day, Taken starting 06/05/2016) Active - Hx Entry. (START:06/05/16 END: 07/05/2016 16011010523 PRE WRITTEN LB 06/01/2016 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 05/02/2016) Active - Hx Entry. (start 5/2/16 end 7/31/16 e-filled to Walgreens 9801 Manchaca Rd. Austin, Tx 78748 (512) 292-1066 supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 02/05/2016) Active - Hx Entry. (START 2/5/16 - END 5/5/16)

Duragesic-50 (50MCG/HR Patch 72HR 1 (one) Patch Transdermal Apply q 72 hrs, Taken starting 06/06/2016) Active - Hx Entry. (START 06/06/16 END: 07/06/2016 160110105522 PRE WRITTEN LB 06/01/2016 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Cancer: Sister
Skin Cancer: Father
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(LAURA BRYNESTAD, ACNP-BC; 06/07/2016 10:28 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed, Well groomed, No acute distress.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Leaning forward and Stooped posture.**
**Gait - Use of assistive device (walker - RLE/foot drags.).**

**Integumentary**
**General Characteristics - Color - no jaundice noted. Skin Moisture - skin is diaphoretic. Temperature - normal warmth is noted.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles.**

**Cardiovascular**
**Cardiovascular examination reveals - no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - Insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(LAURA BRYNESTAD, ACNP-BC; 06/08/201608:10 AM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
Current Plans:

- Continued OxyCODONE HCl 15MG, 2 (two) Tablet IR every 4-6 hours prn breakthrough pain MAX: 8/day, #240, 30 days starting 06/05/2016, No Refill.
- Continued Duragesic-50 50MCG/HR, 1 (one) Patch Patch Apply q 72 hrs, 10 Patch, 30 days starting 06/06/2016, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision (original done on 02/2013 by waldron - lead dislodged)
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
Right L5, S1 TF LESI on 06/29/2015 --50% pain relief x 2 mo
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1.
Pt was scheduled for SX w/Burnett in Jan - cx d/t insurance loss.
Pt reports symptoms are spreading to medial side of RLE and also to lateral lt foot.
Burnett referred to Dr. Cook, eval on 04/12/16 - did CT myelo of C-spine/T-spine/L-spine - we need request results - pt reports results were inconclusive to symptoms.
Cook referred to Dr. Nolan from EMG/NCS.
Pt reports Dr. Cook rec RT LESI L5, S1, and BIL SIJ. Pt states piriformis is doing ok. Was waiting on EMG/NCS to schedule inj - however pt did not make it to appt this AM for NCS/EMG and had to r/s 06/22/16.
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months

RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

L. Brynestad ACNP-BC

***LAURA BRYNESTAD ACNP-BC***

Pain Management Consultants, P.A.
SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 05/05/2016 01:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Lupita Guerrero, MA-C 05/09/2016 11:05 AM)*

**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient states that she has noticed some improvement, but still has her bad episodes. Meeting St. Jude rep today to re-program SCS. Meds remain effective w/o SEs.).**

**<u>Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Lupita Guerrero, MA-C; 05/05/2016 12:59 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 96.8 ºF (Oral) **Pulse:** 98 (Regular) **Resp.:** 16 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 110/80

**Review of Systems** *(Lupita Guerrero, MA-C; 05/04/2016 04:51 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Lupita Guerrero, MA-C 05/04/2016 04:51 PM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Opana ER *ANALGESICS - OPIOID* [Drug allergy]; morphine derivative
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Myalgia and myositis (729.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Long term use of drug *POC (V58.69 | Z79.899)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Lateral epicondylitis, left (726.32 | M77.12)

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

**Other Medical History**

L4-L5 fusion 2008

SCS implant Feb 2013; revised by Dr. Burnett July 2013

Depression

Asthma

Osteoarthritis

**Social**

Sleep: 4-6 hours of sleep

Illicit drug use: None

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 12/10/2015) Active - Hx Entry. (start 12/10/2015 end 3/9/16 efilled supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/05/2016) Active - Hx Entry. (START 2/5/16 - END 5/5/16)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 Spoke to @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 2 (two) Oral every 4-6 hours prn breakthrough pain MAX: 8/day, Taken starting 05/06/2016) Active - Hx Entry. (START: 05/06/16 end 06/05/16 160110104776-void 160110104804 PREWRITTEN FOR LB 05/05/16 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 05/02/2016) Active - Hx Entry. (start 5/2/16 end 7/31/16 e-filled to Walgreens 9801 Manchaca Rd. Austin, Tx 78748 (512) 292-1066 supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 02/05/2016) Active - Hx Entry. (START 2/5/16 - END 5/5/16)

Duragesic-50 (50MCG/HR Patch 72HR 1 (one) Patch Transdermal Apply q 72 hrs, Taken starting 05/07/2016) Active - Hx Entry. (START 05/07/16 end 06/06/16 160110104775-voided 160110104803 prewritten for LB 05/05/16 Supervising physician Jeffrey Higginbotham, MD)

PrILOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister
Skin Cancer: Father
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(LAURA BRYNESTAD, ACNP-BC; 05/09/2016 11:09 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed, Well groomed, No acute distress.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Leaning forward and Stooped posture.**
**Gait - Use of assistive device (walker - RLE/foot drags.).**

**Integumentary**
**General Characteristics - Color - no jaundice noted. Skin Moisture - skin is diaphoretic. Temperature - normal warmth is noted.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles.**

**Cardiovascular**
**Cardiovascular examination reveals - no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(LAURA BRYNESTAD, ACNP-BC; 05/09/2016 11:20 AM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
Current Plans:

- Changed Baclofen 20MG, 1 (one) Tablet every 6 hrs PRN, max 4/day, #120, 30 days starting 05/05/2016, Ref. x2.
- Continued Mobic 7.5MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 05/05/2016, Ref. x2.
- Continued OxyCODONE HCl 15MG, 2 (two) Tablet IR every 4-6 hours prn breakthrough pain MAX: 8/day, #240, 30 days starting 05/06/2016, No Refill.
- Continued Duragesic-50 50MCG/HR, 1 (one) Patch Patch Apply q 72 hrs, 10 Patch, 30 days starting 05/07/2016, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision (original done on 02/2013 by waldron - lead dislodged)
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
Right L5, S1 TF LESI on 06/29/2015 --50% pain relief x 2 mo
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1.
Pt was scheduled for SX w/Burnett in Jan - cx d/t insurance loss.
Pt reports symptoms are spreading to medial side of RLE and also to lateral lt foot.
Burnett referred to Dr. Cook, eval on 04/12/16 - did CT myelo of C-spine/T-spine/L-spine - we need request results - pt reports results were inconclusive to symptoms.
Cook referred to Dr. Nolan from EMG/NCS.
Pt reports Dr. Cook rec RT LESI L5, S1, and BIL SIJ. Pt states piriformis is doing ok.
Current Plans:

- Will gather imaging reports

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

L. Brynestad ACNP-BC

***LAURA BRYNESTAD ACNP-BC***

Pain Management Consultants, P.A.
SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 04/04/2016 01:06 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Monica Sanchez, MA-C 04/04/2016 04:08 PM)*

**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient states that she is sched to seee Dr Cook on 04/12/16. Patient states that her Duragesic helps but having difficulty with keeping patch on. ).**

**<u>Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Monica Sanchez, MA-C; 04/04/2016 04:09 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 76 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 118/74

### Review of Systems *(Monica Sanchez, MA-C; 04/04/2016 01:06 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Monica Sanchez, MA-C 04/04/2016 01:07 PM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Opana ER *ANALGESICS - OPIOID* [Drug allergy]; morphine derivative
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months wearing a SIJ belt 2-3 hrs during the day helps

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Lateral epicondylitis, left (726.32 | M77.12)

Long term use of drug *POC (V58.69 | Z79.899)

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1) ; 8/20/2015 Right Piriformis Inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

**Other Medical History**

Osteoarthritis

Asthma

Depression

SCS implant Feb 2013; revised by Dr. Burnett July 2013

L4-L5 fusion 2008

**Social**

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Illicit drug use: None

Current work status: Full-time Utilization Review Nurse

Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 12/10/2015) Active - Hx Entry. (start 12/10/2015 end 3/9/16 efilled supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/05/2016) Active - Hx Entry. (START 2/5/16 - END 5/5/16)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 Spoke to @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 2 (two) Oral every 4-6 hours prn breakthrough pain MAX: 8/day, Taken starting 04/06/2016) Active - Hx Entry. (START: 04/06/16 END 05/06/16 153000141187 PREWRITTEN FOR LB 04/06/16 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 LVM @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 02/05/2016) Active - Hx Entry. (START 2/5/16 - END 5/5/16)

Duragesic-50 (50MCG/HR Patch 72HR 1 (one) Patch Transdermal Apply q 72 hrs, Taken starting 04/07/2016) Active - Hx Entry. (START 04/07/16 end 05/07/16 153000141186 prewritten for LB 04/06/16 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Cancer: Sister
Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 04/06/2016 10:10 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed (pt is upset today, crying) and Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt lying on her side.**

**Gait - Use of assistive device (cane).**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - Insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 04/06/201610:09 AM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Had a long discussion regarding pain meds as pt is wanting an increase on pain meds again (last med increase was August 2015). Discussed realistic expectations and issues of tolerance. PT is miserable and asks for an increase on oxycodone as she states it is only lasting 4 hours. Will increase to 5/day of oxycodone but will not escalate further for awhile.
Current Plans:

- Continued OxyCODONE HCl 15MG, 2 (two) Tablet IR every 4-6 hours prn breakthrough pain MAX: 8/day, #240, 30 days starting 04/06/2016, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1. Her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. However, she states that recent reprogramming session with St. Jude has been helpful with radicular pain in RLE but states that her pain is 90% back/ 10% leg (mostly hip/thigh). PT reports that initially PT seemed to help but now states that it is not helping with her pain at all. PT is very frusterated with her pain and states that she is crying frequently during the day due to severity of pain. Advised pt to f/u with Dr. Burnett at this point as she has tried and failed numerous injections, PT, etc.
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis Inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***Deana Omega***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 03/08/2016 07:47 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Brittany Staires, LVN 03/08/2016 02:30 PM)*

**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Oxycontin is too expensive, UHC would not approve tier exception. She is still waiting to get in to see Dr. Burnett. She wants to discuss possibly changing to Fentanyl patches.).**

**<u>Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Brittany Staires, LVN; 03/08/2016 02:28 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 84 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 132/86

## Review of Systems *(Brittany Staires, LVN; 03/08/2016 07:49 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Brittany Staires, LVN 03/08/2016 07:49 AM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []
Opana ER *ANALGESICS - OPIOID* [Drug allergy]; morphine derivative
Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Lateral epicondylitis, left (726.32 | M77.12)

Long term use of drug *POC (V58.69 | Z79.899)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Myalgia and myositis (729.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

**Other Medical History**

Asthma

Depression

Osteoarthritis

L4-L5 fusion 2008

SCS implant Feb 2013; revised by Dr. Burnett July 2013

**Social**

Current work status: Full-time Utilization Review Nurse

Sleep: 4-6 hours of sleep

Illicit drug use: None

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 12/10/2015) Active - Hx Entry. (start 12/10/2015 end 3/9/16 efilled supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/05/2016) Active - Hx Entry. (START 2/5/16 - END 5/5/16)

OxyCONTIN (60MG Tab 12HR Deter 1 (one) Oral every eight hours, Taken starting 03/08/2016) Active - Hx Entry. (START: 03/08/16 end 04/07/16 153000140538 prewritten for KM 03/08/16 Supervising Physician Jeffrey Higginbotham, MD)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 Spoke to @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 2 (two) Oral every 4-6 hours prn breakthrough pain MAX: 8/day, Taken starting 03/07/2016) Active - Hx Entry. (START: 03/07/16 end 04/06/16 153000140537 prewritten for km 03/08/16 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 LVM @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 02/05/2016) Active - Hx Entry. (START 2/5/16 - END 5/5/16)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Cancer: Sister
Skin Cancer: Father
Hypertension: Mother
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 03/08/2016 03:04 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed (pt is upset today, crying) and Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt lying on her side.**

**Gait - Use of assistive device (cane).**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 03/10/201606:37 AM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Had a long discussion regarding pain meds as pt is wanting an increase on pain meds again (last med increase was August 2015). Discussed realistic expectations and issues of tolerance. PT is miserable and asks for an increase on oxycodone as she states it is only lasting 4 hours. Will increase to 5/day of oxycodone but will not escalate further for awhile.
Current Plans:

- Started Duragesic-50 50MCG/HR, 1 (one) Patch Apply q 72 hrs, 10 Patch, 30 days starting 03/08/2016, No Refill.
- Discontinued OxyCONTIN 60MG.
- Continued OxyCODONE HCl 15MG, 2 (two) Tablet IR every 4-6 hours prn breakthrough pain MAX: 8/day, #240, 30 days starting 03/08/2016, No Refill.
- Continue medications with the exception of the following changes:
- Refill medications as scheduled.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1. Her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. However, she states that recent reprogramming session with St. Jude has been helpful with radicular pain in RLE but states that her pain is 90% back/ 10% leg (mostly hip/thigh). PT reports that initially PT seemed to help but now states that it is not helping with her pain at all. PT is very frusterated with her pain and states that she is crying frequently during the day due to severity of pain. Advised pt to f/u with Dr. Burnett at this point as she has tried and failed numerous injections, PT, etc.

Current Plans:

- Referred to SURGEON, NEURO, (Undefined)

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

- Point of Care - Urine Drug Screen (G0479); Routine ()
- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

20 minutes of this 30 minute visit was spent counseling on multidisciplinary care including CBT, PT, interventions and medications.

Brittany Staires, LVN

***Brittany Staires LVN***

***JEFFERY HIGGINBOTHAM M.D.***

Pain Management Consultants, P.A.
SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 02/05/2016 07:25 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Lupita Guerrero, MA-C 02/05/2016 11:06 AM)*

**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, heat, cold and massage. The pain has been associated with numbness (RLE to LLE), weakness (RLE TO LLE), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt reports pain in her right sid back. She had a fall last week but no injuries. ).**

**<u>Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Pirlformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Lupita Guerrero, MA-C; 02/05/2016 11:05 AM)*

**Weight:** 250 lb **Height:** 67 in
**Temp.:** 97.8 °F (Oral) **Pulse:** 70 (Regular) **Resp.:** 16 (Unlabored)
**BP:** 130/80

**Review of Systems** *(Lupita Guerrero, MA-C; 02/05/2016 07:26 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History Lupita Guerrero, MA-C 02/05/2016 07:26 AM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Long term use of drug *POC (V58.69 | Z79.899)

Lateral epicondylitis, left (726.32 | M77.12)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

**Other Medical History**

L4-L5 fusion 2008

SCS implant Feb 2013; revised by Dr. Burnett July 2013

Osteoarthritis

Asthma

Depression

**Social**

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Illicit drug use: None

Sleep: 4-6 hours of sleep

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 12/10/2015) Active - Hx Entry. (start 12/10/2015 end 3/9/16 efilled supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 11/06/2015) Active - Hx Entry. (start 11/6/2015 end 2/4/2016 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (60MG Tab 12HR Deter 1 (one) Oral every eight hours, Taken starting 01/08/2016) Active - Hx Entry. (START: 01/08/16 end 2/7/16 152190108097)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 Spoke to @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 2 (two) Oral every 4-6 hours prn breakthrough pain MAX: 8/day, Taken starting 01/07/2016) Active - Hx Entry. (START: 01/07/16 end 2/6/16 152190108096 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 LVM @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 10/09/2015) Active - Hx Entry. (start 10/9/2015 end 1/7/2016 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father
Hypertension: Mother
Cancer: Sister
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 02/05/2016 11:29 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed (pt is upset today, crying) and Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt lying on her side.**

**Gait - Use of assistive device (cane).**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - Insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 02/05/201611:27 AM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Had a long discussion regarding pain meds as pt is wanting an increase on pain meds again (last med increase was August 2015). Discussed realistic expectations and issues of tolerance. PT is miserable and asks for an increase on oxycodone as she states it is only lasting 4 hours. Will increase to 5/day of oxycodone but will not escalate further for awhile.
Current Plans:

- Continued Movantik 25MG, 1 (one) Tablet take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, #30, 30 days starting 02/05/2016, Ref. x2.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed. MAX: 4/day, #120, 30 days starting 02/05/2016, Ref. x2.
- Continued OxyCODONE HCl 15MG, 2 (two) Tablet IR every 4-6 hours prn breakthrough pain MAX: 8/day, #240, 30 days starting 02/06/2016, No Refill.
- Continued OxyCONTIN 60MG, 1 (one) Tab 12HR Deter every eight hours, #90, 30 days starting 02/07/2016, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1. Her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. However, she states that recent reprogramming session with St. Jude has been helpful with radicular pain in RLE but states that her pain is 90% back/ 10% leg (mostly hip/thigh). PT reports that initially PT seemed to help but now states that it is not helping with her pain at all. PT is very frusterated with her pain and states that she is crying frequently during the day due to severity of pain. Advised pt to f/u with Dr. Burnett at this point as she has

tried and failed numerous injections, PT, etc.
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***JEFFERY HIGGINBOTHAM M.D.***

Pain Management Consultants, P.A.
SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 01/07/2016 09:55 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Krystal Tenorio, MA-C 01/07/2016 11:10 AM)*

**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, heat, cold and massage. The pain has been associated with numbness (RLE to LLE), weakness (RLE TO LLE), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past Interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt reports pain is controlled with current meds but weakness has gotten worse. No other changes to report.).**

**<u>Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Krystal Tenorio, MA-C; 01/07/2016 11:09 AM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 99.2 °F (Oral) **Pulse:** 97 (Regular) **Resp.:** 18 (Unlabored)
**BP:** 132/88

### Review of Systems *(Krystal Tenorio, MA-C; 01/07/2016 09:55 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History Krystal Tenorio, MA-C 01/07/2016 09:56 AM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Lateral epicondylitis, left (726.32 | M77.12)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Long term use of drug *POC (V58.69 | Z79.899)

Myalgia and myositis (729.1) ; 8/20/2015 Right Pirlformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Asthma

Depression

Osteoarthritis

L4-L5 fusion 2008

SCS implant Feb 2013; revised by Dr. Burnett July 2013

**Social**

Illicit drug use: None

Sleep: 4-6 hours of sleep

Alcohol Use: None

Exercise: daily

Current work status: Full-time Utilization Review Nurse

Tobacco use: Smoker 3-5 cigs a day

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 12/10/2015) Active - Hx Entry. (start 12/10/2015 end 3/9/16 efilled supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 11/06/2015) Active - Hx Entry. (start 11/6/2015 end 2/4/2016 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (60MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 01/08/2016) Active - Hx Entry. (START: 01/08/16 end 2/7/16 152190107875 prewritten for KM 1/4 Supervising Physician Jeffrey Higginbotham, MD)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 10/09/2015) Active - Hx Entry. (start 10/9/2015 end 1/7/2016 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 4-6 hours prn breakthrough pain MAX: 5/day, Taken starting 01/06/2016) Active - Hx Entry. (START: 01/06/16 end 2/5/16 152190107876 prewritten for KM 1/4 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 10/09/2015) Active - Hx Entry. (start 10/9/2015 end 1/7/2016 supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 10/09/2015) Active - Hx Entry. (start 10/9/2015 end 1/7/2016 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Skin Cancer: Father
Hypertension: Mother
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 01/07/2016 11:57 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed (pt is upset today, crying) and Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt lying on her side.**

**Gait - Use of assistive device (cane).**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - Insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 01/08/201604:28 PM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Had a long discussion regarding pain meds as pt is wanting an increase on pain meds again (last med increase was August 2015). Discussed realistic expectations and issues of tolerance. PT is miserable and asks for an increase on oxycodone as she states it is only lasting 4 hours. Will increase to 5/day of oxycodone but will not escalate further for awhile.
Current Plans:

- Changed OxyCONTIN 60MG, 1 (one) Tab 12HR Deter every eight hours, #90, 30 days starting 01/08/2016, No Refill.
- Changed OxyCODONE HCl 15MG, 2 (two) Tablet IR every 4-6 hours prn breakthrough pain MAX: 8/day, #240, 30 days starting 01/07/2016, No Refill.
- Continue medications with the exception of the following changes:
- Refill medications as scheduled.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1. Her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. However, she states that recent reprogramming session with St. Jude has been helpful with radicular pain in RLE but states that her pain is 90% back/ 10% leg (mostly hip/thigh). PT reports that initially PT seemed to help but now states that it is not helping with her pain at all. PT is very frusterated with her pain and states that she is crying frequently during the day due to severity of pain. Advised pt to f/u with Dr. Burnett at this point as she has tried and failed numerous injections, PT, etc.
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

i have titrated her medications to account for post-op pain control after upcoming surgery on 1/13/16

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***JEFFERY HIGGINBOTHAM M.D.***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 12/08/2015 02:05 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(JEFFERY HIGGINBOTHAM, M.D. 12/09/2015 08:19 PM)*

**The patient is a 35 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and massage. The pain has been associated with numbness (RLE to LLE), weakness (RLE TO LLE), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Additional reasons for visit:**

**Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 9 out of 10 (9.5). Updates include: (Pt states that she had a re-eval with PT today and it seems to be increasing her pain, spasms, flaring the sciatic pain. Pt states that her meds are not helping at all, crying in bed 3 out of last 4 days, loss of appetite due to pain.).**

**Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**

## Vitals *(JEFFERY HIGGINBOTHAM, M.D.; 12/09/2015 08:22 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 97 °F **Pulse:** 80 (Regular) **Resp.:** 14 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 126/80

**Review of Systems** *(JEFFERY HIGGINBOTHAM, M.D.; 12/09/2015 08:19 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

JEFFERY HIGGINBOTHAM, M.D. 12/09/2015 08:19 PM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

Latex Exam Gloves *MEDICAL DEVICES* []

Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Myalgia and myositis (729.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Long term use of drug *POC (V58.69 | Z79.899)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Lateral epicondylitis, left (726.32 | M77.12)

### Other Medical History

Osteoarthritis

Asthma

Depression

L4-L5 fusion 2008

SCS implant Feb 2013; revised by Dr. Burnett July 2013

### Social

Current work status: Full-time Utilization Review Nurse

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Illicit drug use: None

Sleep: 4-6 hours of sleep

**Family**

Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Skin Cancer: Father
Hypertension: Mother
Cancer: Sister
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 12/09/2015 08:19 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed (pt is upset today, crying) and Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt lying on her side.**

**Gait - Use of assistive device (cane).**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 12/09/201508:18 PM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Had a long discussion regarding pain meds as pt is wanting an increase on pain meds again (last med increase was August 2015). Discussed realistic expectations and issues of tolerance. PT is miserable and asks for an increase on oxycodone as she states it is only lasting 4 hours. Will increase to 5/day of oxycodone but will not escalate further for awhile.
Current Plans:

- Changed OxyCONTIN 60MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 12/08/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 4-6 hours prn breakthrough pain MAX: 5/day, #150, 30 days starting 12/08/2015, No Refill.
- Continue medications with the exception of the following changes:
- Refill medications as scheduled.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1. Her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. However, she states that recent reprogramming session with St. Jude has been helpful with radicular pain in RLE but states that her pain is 90% back/ 10% leg (mostly hip/thigh). PT reports that initially PT seemed to help but now states that it is not helping with her pain at all. PT is very frusterated with her pain and states that she is crying frequently during the day due to severity of pain. Advised pt to f/u with Dr. Burnett at this point as she has tried and failed numerous injections, PT, etc.
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

- Point of Care - Urine Drug Screen (G0431); Routine ()
- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

20 minutes of this 30 minute visit was spent counseling on multidisciplinary care including CBT, PT, interventions and medications.

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***JEFFERY HIGGINBOTHAM M.D.***

Pain Management Consultants, P.A.
SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 11/06/2015 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Monica Sanchez, MA-C 11/06/2015 02:24 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and massage. The pain has been associated with numbness (RLE to LLE), weakness (RLE TO LLE), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 9 out of 10 (9.5). Updates Include: (Pt states that she had a re-eval with PT today and it seems to be increasing her pain, spasms, flaring the sciatic pain. Pt states that her meds are not helping at all, crying in bed 3 out of last 4 days, loss of appetite due to pain.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Monica Sanchez, MA-C; 11/06/2015 01:54 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 97.8 °F (Oral) **Pulse:** 89 (Regular) **P. OX:** 94% (Room air)
**BP:** 124/82

**Review of Systems** *(Monica Sanchez, MA-C; 11/06/2015 01:53 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

KRISTY MARKELL, PA-C 11/06/2015 02:16 PM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Long term use of drug *POC (V58.69 | Z79.899)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Myalgia and myositis (729.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Lateral epicondylitis, left (726.32 | M77.12)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Asthma

Depression

Osteoarthritis

L4-L5 fusion 2008

SCS implant Feb 2013; revised by Dr. Burnett July 2013

**Social**

Tobacco use: Smoker 3-5 cigs a day

Illicit drug use: None

Sleep: 4-6 hours of sleep

Alcohol Use: None

Exercise: daily

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 11/09/2015) Active - Hx Entry. (START: 11/9/15 end 12/09/15 150560140835 PREWRITTEN KM BASTROP 11/06/15 Supervising physician Jeffrey Higginbotham, MD)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 10/09/2015) Active - Hx Entry. (start 10/9/2015 end 1/7/2016 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 11/09/2015) Active - Hx Entry. (START: 11/9/15 END 12/09/15 150560140836 PREWRITTEN KM BASTROP 11/06/15 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 10/09/2015) Active - Hx Entry. (start 10/9/2015 end 1/7/2016 supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 10/09/2015) Active - Hx Entry. (start 10/9/2015 end 1/7/2016 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father
Hypertension: Mother
Cancer: Sister
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 11/06/2015 03:54 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed (pt is upset today, crying) and Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt lying on her side.**

**Gait - Use of assistive device (cane).**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 11/06/201503:55 PM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Had a long discussion regarding pain meds as pt is wanting an increase on pain meds again (last med increase was August 2015). Discussed realistic expectations and issues of tolerance. PT is miserable and asks for an increase on oxycodone as she states it is only lasting 4 hours. Will increase to 5/day of oxycodone but will not escalate further for awhile.
Current Plans:

- Changed OxyCODONE HCl 15MG, 1 (one) Tablet IR every 4-6 hours prn breakthrough pain MAX: 5/day, #150, 30 days starting 11/09/2015, No Refill.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed. MAX: 4/day, #120, 30 days starting 11/06/2015, Ref. x2.
- Continued OxyCONTIN 40MG, 1 (one) Tablet every 12 hrs. MAX: 2/day, #60, 30 days starting 11/09/2015, No Refill.
- Follow up in 1 month or as needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1. Her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. However, she states that recent reprogramming session with St. Jude has been helpful with radicular pain in RLE but states that her pain is 90% back/ 10% leg (mostly hip/thigh). PT reports that initially PT seemed to help but now states that it is not helping with her pain at all. PT is very frusterated with her pain and states that she is crying frequently during the day due to severity of pain. Advised pt to f/u with Dr. Burnett at this point as she has tried and failed numerous injections, PT, etc.
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

Spent 45 minutes to an hour discussing her back pain and options for treatment at this point (ie NS referral). Also discussed pain meds in depth.

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/09/2015 11:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 10/09/2015 01:01 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6-5 out of 10. The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (PT reports that she recently started physical therapy/massage therapy a couple of weeks ago for which she states has been helpful.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**

## Vitals *(KRISTY MARKELL, PA-C; 10/09/2015 05:01 PM)*

**Weight:** 240 lb **Height:** 67 in

*Vitals performed but not entered into chart*

**Review of Systems** *(KRISTY MARKELL, PA-C; 10/09/2015 11:22 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

KRISTY MARKELL, PA-C 10/09/2015 11:22 AM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Myalgia and myositis (729.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Long term use of drug *POC (V58.69 | Z79.899)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Lateral epicondylitis, left (726.32 | M77.12)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

### Other Medical History

Asthma
Osteoarthritis
Depression

### Social

Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep
Current work status: Full-time Utilization Review Nurse
Illicit drug use: None
Tobacco use: Smoker 3-5 cigs a day

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 10/10/2015) Active - Hx Entry. (START: 10/10/15 END: 11/9/15 151470103829 PREWRITTEN KM BASTROP 10/9/15 Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 08/14/2015) Active - Hx Entry. (START 8/14/15 - END 8/24/15)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 09/09/2015) Active - Hx Entry. (start 9/9/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 10/10/2015) Active - Hx Entry. (START: 10/10/15 END: 11/9/15 151470103830 PREWRITTEN KM BASTROP 10/9/15 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 09/09/2015) Active - Hx Entry. (start 9/9/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active - Hx Entry. (START: 6/23/15 END: 7/23/15 LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 08/20/2015) Active - Hx Entry. (start 8/20/15 end 09/19/15 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

**Family**

Heart Disease/Vascular Disease: Father

Rheumatoid arthritis: Mother, Brother

Osteoarthritis: Mother, Sister, Brother, Father

Stroke: Father, Mother

Hypertension: Mother

Cancer: Sister

Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/09/2015 11:45 AM)*
**The physical exam findings are as follows:**

__General__
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Normal posture.**
**Gait - Normal.**

__Integumentary__
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/09/201511:44 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT has pain at L5/S1 but her post-disco CT only showed a very minor small central annular tear. She has previously had a L4/5 fusion without improvement in pain which a SCS implant was subsequently placed. I'm worried that more surgery will not ultimately improve her pain. her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. Her pain is 90% back/ 10% leg (mostly hip/thigh). PT recently started physical therapy/massage therapy a couple of weeks ago and appears improved since last ov and states that it definitely has helped; may start aquatic therapy as well; pt is to have a reprogramming session with St. Jude's soon as well as she states that she is not getting adequate stimulation in RLE right now
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain by 50% for 3-4 weeks but only receiving 20-30% now
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that the increase on oxycontin has been helpful although she still has not been able to return to work.
Current Plans:

- Continued Movantik 25MG, 1 (one) Tablet take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, #30, 30 days starting 10/09/2015, Ref. x2.
- Continued Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 10/09/2015, Ref. x2.
- Continued Mobic 7.5MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 10/09/2015, Ref. x2.
- Discontinued Dilaudid 4MG.
- Discontinued Zofran 4MG.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 10/10/2015, No Refill.
- Continued OxyCONTIN 40MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 10/10/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/09/2015 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Lupita Guerrero, MA-C 09/09/2015 01:50 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6-5 out of 10. The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (Patient states that SI Jt injection helped for 3-4 weeks and the bil pirformis helped 2-2 1/2 weeks. No other changes. ).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2-some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Lupita Guerrero, MA-C; 09/09/2015 01:43 PM)*

**Weight:** 240 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 78 (Regular) **Resp.:** 16 (Unlabored)
**BP:** 122/84

### Review of Systems *(Lupita Guerrero, MA-C; 09/09/2015 07:46 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History Lupita Guerrero, MA-C 09/09/2015 07:46 AM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Long term use of drug *POC (V58.69 | Z79.899)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

**Other Medical History**

Depression

Asthma

Osteoarthritis

**Social**

Current work status: Full-time Utilization Review Nurse

Tobacco use: Smoker 3-5 cigs a day

Illicit drug use: None

Sleep: 4-6 hours of sleep

Alcohol Use: None

Exercise: daily

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 09/10/2015) Active - Hx Entry. (START: 9/10/15 END: 10/10/15 152190108591 PREWRITTEN KM MAIN 9/9/15 Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 08/14/2015) Active - Hx Entry. (START 8/14/15 - END 8/24/15)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 07/08/2015) Active - Hx Entry. (start 7/11/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 09/10/2015) Active - Hx Entry. (START: 9/10/15 END: 10/10/15 152190108592 PREWRITTEN KM MAIN 9/9/15 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (400MG Capsule 1 (one) Oral three times daily, Taken starting 08/04/2015) Active - Hx Entry. (start 8/4/2015 end 9/3/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active - Hx Entry. (START: 6/23/15 END: 7/23/15 LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 08/20/2015) Active - Hx Entry. (start 8/20/15 end 09/19/15 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Skin Cancer: Father
Hypertension: Mother
Cancer: Sister
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/09/2015 02:18 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 09/09/201504:58 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT has pain at L5/S1 but her post-disco CT only showed a very minor small central annular tear. She has previously had a L4/5 fusion without improvement in pain which a SCS implant was subsequently placed. I'm worried that more surgery will not ultimately improve her pain. her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. Her pain is 90% back/ 10% leg (mostly hip/thigh). PT is to start aquatic therapy soon (appt on 9/23/2015) which will hopefully help with her pain
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain by 50% for 3-4 weeks but only receiving 20-30% now
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that the increase on oxycontin has been helpful although she still has not been able to return to work. PT reports that the increase on gabapentin made her feel too drowsy and would like to go back to 300mg tid. PT reports that mobic 15mg causes GI upset despite taking it with food-will rx 7.5mg, if this still causes GI upset, pt is to d/c
*PT is still not working due to pain--will refer pt to have a FCE to determine physical limitations and disability status.
Current Plans:

- Changed Mobic 7.5MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 09/09/2015, No Refill.
- Changed Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 09/09/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 09/10/2015, No Refill.
- Continued OxyCONTIN 40MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 09/10/2015, No Refill.
- Referred to Physical, Therapy, (Undefined)
- Follow up in 1 month or as needed

Discussed multiple pain generators and options for treatment. OV >45 minutes

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***Catherine Ray***

***J. Lowell Haro, M.D.***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/14/2015 07:50 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Brittany Thames, MA-C 08/14/2015 01:38 PM)*

**The patient is a 35 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do (but not enough) enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10 (at best). The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (Pt states she is still having severe pain, difficulty with walking, stating she is unable to drive, she is in bed most of the say, Pain medications are not working well to control pain, pt is requesting refill for Dilaudid. Meds remain unchanged per pt review. ).**

**<u>Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Brittany Thames, MA-C; 08/14/2015 10:03 AM)*

**Weight:** 250 lb **Height:** 67 in
**Temp.:** 99.8 °F (Oral) **Pulse:** 124 (Regular) **Resp.:** 12 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 130/110

**Review of Systems** *(Brittany Thames, MA-C; 08/14/2015 01:35 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History Brittany Thames, MA-C 08/14/2015 01:35 PM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Long term use of drug *POC (V58.69 | Z79.899)

**Other Medical History**

Asthma

Osteoarthritis

Depression

**Social**

Illicit drug use: None

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Sleep: 4-6 hours of sleep

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 08/11/2015) Active - Hx Entry. (start: 8/11/15 End: 9/10/15 150560140312--VOID 150560140387 Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 08/14/2015) Active - Hx Entry. (START 8/14/15 - END 8/24/15)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 07/08/2015) Active - Hx Entry. (start 7/11/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 08/11/2015) Active - Hx Entry. (start: 8/11/15 end: 9/10/15 150560140313 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (400MG Capsule 1 (one) Oral three times daily, Taken starting 08/04/2015) Active - Hx Entry. (start 8/4/2015 end 9/3/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active - Hx Entry. (START: 6/23/15 END: 7/23/15 LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Tablet Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 08/04/2015) Active - Hx Entry. (6 sample pills supervising physician, Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother
Cancer: Sister
Skin Cancer: Father
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother
Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 08/15/201510:16 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** We had a long discussion about her pain. She did have some pain at L5/S1 but her post-disco CT only showed a very minor small central annular tear. She has previously had a L4/5 fusion without improvement in pain which a SCS implant was subsequently placed. I'm worried that more surgery will not ultimately improve her pain. her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. Her pain is 90% back/ 10% leg (mostly hip/thigh). Feel maybe targeting the Si joints/piriformis would be helpful which has helped in the past. I think if we can get her past this flare, we can get her pain under control without major surgery and possible set-back in pain.

I think working with physical therapy starting in the water would be helpful to get her moving again. She has been laid up which I think is worsening her condition.

Current Plans:

- Referred to Physical, Therapy, (Undefined)

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Current Plans:

- Sacroiliac Joint (27096) ; Routine (Bilateral)
- SI joint and med protocol printed

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain/spasms

Current Plans:

- Piriformis (20552) ; Routine (Bilateral)
- TPI and med protocol printed

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that oxycontin and oxycodone 15mg do not seem to helping with her pain much at all; pt reports that she has taken extra oxycodone lately without much relief; will increase oxycontin to 40mg bid and keep rx of oxycodone to 15mg tid for btp; pt reports that neurontin seems to help "a little"-will increase to 400mg tid to see if this offers better relief

Pt also reports constipation with current pain medication regimen with Miralax offering little relief-will place pt on movantik to see if this helps

Current Plans:

- Continued Dilaudid 4MG, 1 (one) Tablet Tablet every 6 hrs PRN, max 4/day for post-op pain, #40, 10 days starting 08/14/2015, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Long term use of drug *POC (V58.69 | Z79.899)**

Current Plans:

- Point of Care - Urine Drug Screen (G0431); Routine ()
- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

20 minutes of this 30 minute visit was spent counseling on multidisciplinary care including CBT, PT, interventions and medications.

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Brittany Thames

***Brittany Thames MA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/04/2015 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Chris Lindley, EMT-B 08/04/2015 04:52 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ) and loss of bladder control (poor control of flow, and difficult to initiate), while there has been no loss of bowel control.**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do (but not enough) enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10 (at best). The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (Pt reports that the rftc helped some but still has severe lower back pain and radiating pain in RLE. Pt is not working due to severe pain.).**

**<u>Recheck of Past surgical Interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Chris Lindley, EMT-B; 08/04/2015 02:05 PM)*

**Weight:** 250 lb **Height:** 67 in
**Temp.:** 99.4 ºF (Oral) **Pulse:** 78 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 126/78

**Review of Systems** *(KRISTY MARKELL, PA-C; 08/04/2015 04:53 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History
Chris Lindley, EMT-B 08/04/2015 08:58 AM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Sleep: 4-6 hours of sleep
Current work status: Full-time Utilization Review Nurse
Alcohol Use: None
Exercise: daily
Tobacco use: Smoker 3-5 cigs a day
Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 08/11/2015) Active - Hx Entry. (start: 8/11/15 End: 9/10/15 150560140312 prewritten KM 8/4/15 Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 07/30/2015) Active - Hx Entry. (START 7/30/15 - END 8/5/15)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 07/08/2015) Active - Hx Entry. (start 7/11/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 08/11/2015) Active - Hx Entry. (start: 8/11/15 end: 9/10/15 150560140313 prewritten Km 8/4/15 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 07/08/2015) Active - Hx Entry. (start 7/9/2015 end 8/8/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active - Hx Entry. (START: 6/23/15 END: 7/23/15 LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Skin Cancer: Father
Hypertension: Mother
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 08/04/2015 02:49 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

Integumentary
General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

Head and Neck
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

Eye
Conjuctivae and lids - normal to inspection bilaterally.

ENMT
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

Chest and Lung Exam
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

Cardiovascular
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

Peripheral Vascular
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

Neurologic
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

Neuropsychiatric
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - Insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

Musculoskeletal
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.

**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 08/04/201504:53 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back and RLE pain for the past 2 months and states that she can only walk a few minutes before she experiences severe right leg pain; CT Myelogram indicates stable fusion L4-L5 with potential for nerve irritation of right and left S1 nerve root; pt has not been working since June 22nd due to back pain; SCS somewhat helpful; recent TF LESI right L5, S1 on 6/29/2015 offered only 2-3 days of pain relief; pt had a positive discogram at L5-S1 last week on 7/30/2015; she is to f/u with Dr. Burnett soon
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain/spasms
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that oxycontin and oxycodone 15mg do not seem to helping with her pain much at all; pt reports that she has taken extra oxycodone lately without much relief; will increase oxycontin to 40mg bid and keep rx of oxycodone to 15mg tid for btp; pt reports that neurontin seems to help "a little"-will increase to 400mg tid to see if this offers better relief

Pt also reports constipation with current pain medication regimen with Miralax offering little relief-will place pt on movantik to see if this helps
Current Plans:

- Started Movantik 25MG, 1 (one) Tablet take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, #6, 6 days starting 08/04/2015, No Refill.
- Changed OxyCONTIN 40MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 08/11/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 08/11/2015, No Refill.
- Changed Neurontin 400MG, 1 (one) Capsule three times daily, #90, 30 days starting 08/04/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Chris Lindley

***Chris Lindley EMT-B***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 07/08/2015 02:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Tifany Hensley, MA-C 07/08/2015 02:57 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ), weakness (Severe RLE ) and loss of bladder control, while there has been no loss of bowel control. Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt states she got a few days relief from ESI TF Lumbar 6/29/15 but now her pain is worse. ).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Tifany Hensley, MA-C; 07/08/2015 02:37 PM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 98.2 ºF (Oral) **Pulse:** 86 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/88

## Review of Systems *(Tifany Hensley, MA-C; 07/08/2015 01:28 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History
Tifany Hensley, MA-C 07/08/2015 01:28 PM

### Allergy
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

### Past Medical
Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Osteoarthritis

Depression

Asthma

**Social**

Illicit drug use: None

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Sleep: 4-6 hours of sleep

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 07/12/2015) Active - Hx Entry. (start: 7/12/15 end: 8/11/15 150560142950 prewriten ov/km 7/8 Supervising physician Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active - Hx Entry. (start 4/12/2015 end 7/11/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 07/12/2015) Active - Hx Entry. (start: 7/12/15 end: 8/11/15 150560142951 prewriten ov/km 7/8 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Capsule Oral three times daily, Taken starting 06/09/2015) Active - Hx Entry. (start 6/9/2015 end 7/9/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active - Hx Entry. (START: 6/23/15 END: 7/23/15 LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father

Stroke: Father, Mother

Hypertension: Mother

Cancer: Sister

Skin Cancer: Father

Heart Disease/Vascular Disease: Father

Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 07/08/2015 03:12 PM)*
**The physical exam findings are as follows:**

**<u>General</u>**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.

**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 07/08/201504:51 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back and RLE pain for the past 2 months and states that she can only walk a few minutes before she experiences severe right leg pain; CT Myelogram indicates stable fusion L4-L5 with potential for nerve irritation of right and left S1 nerve root; pt has not been working since June 22nd due to back pain; SCS somewhat helpful; recent TF LESI right L5, S1 on 6/29/2015 offered only 2-3 days of pain relief; she is to have rftc of L-spine tomorrow which will hopefully offer relief
Current Plans:

- Reviewed imaging report with patient

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain/spasms
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Pt reports that Oxycontin and oxycodone help with her pain; neurontin somewhat helpful
Current Plans:

- Continued Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 07/08/2015, No Refill.
- Continued Mobic 15MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 07/08/2015, Ref. x2.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 07/12/2015, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 07/12/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***
***Catherine Ray***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 06/09/2015 11:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Brittany Thames, MA-C 06/09/2015 11:42 AM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, sitting, walking, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (Severe RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 9.5 out of 10. Updates include: (Pt states severe increase in R leg and R foot pain, swelling in feet. no med changes, heart rate is elevated also fluctuates within seconds, from 80-120 within a few seconds. She is to see her cardiologist soon.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



**Vitals** *(Brittany Thames, MA-C; 06/09/2015 11:21 AM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 98.8 °F (Oral) **Pulse:** 110 (Regular) **Resp.:** 16 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 120/80

**Review of Systems** *(Brittany Thames, MA-C; 06/09/2015 11:24 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Brittany Thames, MA-C 06/09/2015 11:24 AM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion, pt hurting above level of fusion from L2-L4, recommend mbb/rftc at that level
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Alcohol Use: None
Illicit drug use: None
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 06/12/2015) Active - Hx Entry. (start: 6/12/15 end: 7/12/15 150560138856 prewriten ov/km 6/10 Supervising physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active - Hx Entry. (start 4/12/2015 end 7/11/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 06/12/2015) Active - Hx Entry. (start: 6/12/15 end: 7/12/15 150560138857 prewriten ov/km 6/10 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister
Skin Cancer: Father
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 06/09/2015 11:43 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

<u>Head and Neck</u>
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

<u>Eye</u>
Conjuctivae and lids - normal to inspection bilaterally.

<u>ENMT</u>
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

<u>Chest and Lung Exam</u>
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

<u>Cardiovascular</u>
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

<u>Peripheral Vascular</u>
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

<u>Neurologic</u>
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

<u>Neuropsychiatric</u>
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

<u>Musculoskeletal</u>
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 06/09/201511:52 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT reports that her back and RLE pain has been severe lately and states that she can barely work due to pain and is in bed on most days; SCS helpful but continues to have persistent RLE pain; recommend pt proceed with TF LESI right L5, S1 in hopes to reduce her pain
Current Plans:

- Epidural Steroid Injection Transforaminal Lumbar (64483) ; Routine (right L5, S1)
- ESI info printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain but has not noticed much relief with lower back pain
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that lyrica helps with her pain but causes swelling; she would like to try gabapentin again to see if this helps (she was on this long ago but cannot recall why it was discontinued)
Current Plans:

- Discontinued Lyrica 50MG.
- Started Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 06/09/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 06/12/2015, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 06/12/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Brittany Thames

***Brittany Thames MA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 05/12/2015 01:00 PM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 05/12/2015 02:10 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (spasms), lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Pt reports doing better with PT. Wants an increase on meds though.).**

**<u>Recheck of Past surgical Interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



**Vitals** *(Chris Lindley, EMT-B; 05/12/2015 01:36 PM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 99.4 ºF (Oral) **Pulse:** 96 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 144/84

**Review of Systems** *(KRISTY MARKELL, PA-C; 05/12/2015 01:46 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Chris Lindley, EMT-B 05/12/2015 07:51 AM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4)

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief but states that she has experienced an increase in back pain lately for which she attributes to coughing from illness

**Other Medical History**

Depression

Asthma

Osteoarthritis

**Social**

Sleep: 4-6 hours of sleep

Current work status: Full-time Utilization Review Nurse

Exercise: daily

Illicit drug use: None

Tobacco use: Smoker 3-5 ciggs a day

Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/10/2015) Active - Hx Entry. (start 2/10/2015 end 5/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/13/2015 end 5/14/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 05/08/2015) Active - Hx Entry. (start: 5/13/15 end: 6/12/15 143230121408 prewritten OV/KM 5/12 Supervising physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/11/2015 end 5/12/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active - Hx Entry. (start 4/12/2015 end 7/11/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 05/08/2015) Active - Hx Entry. (start: 5/13/15 end: 6/12/15 143230121409 prewritten OV/KM 5/12 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Heart Disease/Vascular Disease: Father

Stroke: Father, Mother

Osteoarthritis: Mother, Sister, Brother, Father

Hypertension: Mother

Skin Cancer: Father

Cancer: Sister

Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 05/12/2015 02:07 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 05/12/201504:34 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion, pt hurting above level of fusion from L2-L4, recommend mbb/rftc at that level
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
Current Plans:

- Medial Branch Block Lumbar (64493) ; Routine (bil L2, L3, L4 (pt fused at L4-L5))
- Facet Protocol info printed

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain but has not noticed much relief with lower back pain
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT requests to go back on oxycontin 30mg as she is experiencing more pain lately
Current Plans:

- Changed OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 05/12/2015, No Refill.
- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 05/12/2015, Ref. x2.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed. MAX: 4/day, #120, 30 days starting 05/12/2015, Ref. x2.
- Changed Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed. MAX: 3/day, #90, 30 days starting 05/12/2015, Ref. x2.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 05/12/2015, No Refill.
- Follow up in 1 month or as needed

*Catherine Ray*

*KRISTY MARKELL PA-C*

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 04/08/2015 02:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 04/08/2015 03:08 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion; walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.
Additional reasons for visit:**

**Recheck of Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Pt reports that the lumbar epidural last month helped but c/o increase in back pain due to being sick with a cough.).**

**Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Chris Lindley, EMT-B; 04/08/2015 02:50 PM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 98.8 °F (Oral) **Pulse:** 96 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 132/88

**Review of Systems** *(Chris Lindley, EMT-B; 04/08/2015 08:10 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Chris Lindley, EMT-B 04/08/2015 08:10 AM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

### Past Medical

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months but now radicular pain has returned, pt would like to have epidural repeated

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Illicit drug use: None
Alcohol Use: None
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/10/2015) Active - Hx Entry. (start 2/10/2015 end 5/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/13/2015 end 5/14/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 03/31/2015) Active - Hx Entry. (start: 04/13/15 end: 05/13/15 143230120157 Prewritten OV/KM 4/8 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/11/2015 end 5/12/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/12/2015) Active - Hx Entry. (start 01/12/15, end 04/12/15 LM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1-2 Oral every 12 hours prn pain. MAX: 4/day, Taken starting 03/31/2015) Active - Hx Entry. (start: 04/13/15 end: 05/13/15 143230120158 Prewritten OV/KM 4/8 Supervising Physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother
Cancer: Sister
Rheumatoid arthritis: Mother, Brother
Skin Cancer: Father
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 04/08/2015 03:08 PM)*
**The physical exam findings are as follows:**

<u>General</u>
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - Insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets, tenderness noted in the paravertebral muscles (exquisitely tender to palpation). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.

**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 04/08/201504:45 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief but states that she has experienced an increase in back pain lately for which she attributes to coughing from illness
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; pt reports that massage is helpful; perhaps, pt would benefit from PT with special emphasis on myofascial release
Current Plans:

- Referred to Physical, Therapy, (Undefined)

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that oxycontin along with oxycodone help manage her pain; pt reports that she only takes 2-3/day of oxycodone and does not need a refill as she has several pills leftover-will change rx to 3/day at next OV
Current Plans:

- Continued Mobic 15MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 04/08/2015, Ref. x2.
- Changed OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #1, 1 day starting 04/08/2015, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 04/08/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Chris Lindley

***Chris Lindley EMT-B***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 03/11/2015 10:20 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 03/11/2015 11:14 AM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and weather changes. The symptoms are relieved by rest, lying down, stretching, change in position, walking, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.
Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt reports increased pain, and back spasm. Pt also suspects a tolerance to Baclofen.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Chris Lindley, EMT-B; 03/11/2015 11:04 AM)*

**Weight:** 220 lb **Height:** 67 in
**Temp.:** 99.4 ºF (Oral) **Pulse:** 96 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 148/92

### Review of Systems *(Chris Lindley, EMT-B; 03/11/2015 08:44 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History Chris Lindley, EMT-B 03/11/2015 08:45 AM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Right L5 TF LESI on 10/2/2014--40% pain relief up to date

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4)

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Sleep: 4-6 hours of sleep
Exercise: daily
Illicit drug use: None
Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/10/2015) Active - Hx Entry. (start 2/10/2015 end 5/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/13/2015 end 5/14/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 03/14/2015) Active - Hx Entry. (start:3/14/15 end:4/13/15 143230119731 pre written KM OV 3/11/2015 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/11/2015 end 5/12/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/12/2015) Active - Hx Entry. (start 01/12/15, end 04/12/15 LM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1-2 Oral every 8 hours prn pain. MAX: 6/day, Taken starting 03/13/2015) Active - Hx Entry. (start: 3/13/15 end 4/12/15 143230119732 pre written KM OV 3/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father
Cancer: Sister
Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Heart Disease/Vascular Disease: Father
Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 03/11/2015 11:15 AM)*
**The physical exam findings are as follows:**

**<u>General</u>**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets, tenderness noted in the paravertebral muscles (exquisitely tender to palpation). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.

**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 03/11/201501:20 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months but now radicular pain has returned, pt would like to have epidural repeated
Current Plans:

- ESI TF lumbar (64483) ; Routine (right L5)
- ESI info printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
**Today's Impression:** Pt's last UDT positive for hydrocodone--pt admits to taking leftover hydrocodone. Pt counseled.
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that oxycontin along with oxycodone help manage her pain--pt reports that she only takes 3-4/day of oxycodone for btp (will change rx)
Current Plans:

- Changed OxyCODONE HCl 15MG, 1-2 Tablet IR every 12 hours prn pain. MAX: 4/day, #120, 30 days starting 03/13/2015, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 03/14/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Chris Lindley

***Chris Lindley EMT-B***

**Social**

Alcohol Use: None

Current work status: Full-time Utilization Review Nurse

Tobacco use: Smoker 3-5 ciggs a day

Exercise: daily

Sleep: 4-6 hours of sleep

Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 05/12/2014) Active - Hx Entry. (start 5/19/2014 end 8/17/14 efilled)

Lyrica (75MG Capsule 1 (one) Oral three times daily, Taken starting 07/14/2014) Active - Hx Entry. (cx refills on prev rx* start 7/14/2014 end 8/13/2014 Called in to Ron @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 07/14/2014) Active - Hx Entry. (start 07/16/14 end 8/15/2014 *EXPEDITE* Called in to voicemail @ Stonegate Pharmacy - William Cannon 512-707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 07/07/2014) Active - Hx Entry. (start 7/14/14 end 10/12/14 release to pt 7/13/14 e-filled Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 08/16/2014) Active - Hx Entry. (START: 8/16/14 END: 9/15/14 133290128981 prewritten KM 8/12 MAIN Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Capsule Oral two times daily, as needed, Taken starting 08/06/2014) Active - Hx Entry. (start 8/6/14 end 9/5/14 (using 75mg as well) called to voicemail CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother

Stroke: Father, Mother

Skin Cancer: Father

Heart Disease/Vascular Disease: Father

Rheumatoid arthritis: Mother, Brother

Osteoarthritis: Mother, Sister, Brother, Father

Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 08/12/2014 01:21 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 08/12/201405:08 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1 on 5/1/2014 but reports that the last TF LESI on 6/2/2014 did not help at all and seemed to make her pain worse; pt reports that SCS is offering good stimulation but feels that it needs to be reprogrammed to receive better stimulation along right lateral leg; pt c/o crushing/"pressure-like" pain--St. Jude's rep is here today to reprofram
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that taking lyrica 75mg helps but makes her very drowsy; lyrica 50mg helps but not as much as lyrica 75mg--pt is going to try taking 1 tablet of lyrica 50mg during the day and 2 tablets at night to see if this is more tolerable. PT also reports that oxycontin 20mg bid is not helping nearly as much as it used to and is waking up in the middle of the night due to pain; will increase to 30mg bid to see if this helps
Current Plans:

- Changed OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 08/16/2014, No Refill.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 08/12/2014, No Refill.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 08/12/2014, Ref. x2.
- Changed Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #1, 1 day starting 08/12/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Chris Lindley

***Chris Lindley EMT-B***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 07/14/2014 01:15 PM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 07/15/2014 08:13 AM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain), left hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9-10 out of 10. Updates include: (Pt has returned quantity of Dilaudid that she was given last month for breakthrough pain. She also would like to discuss increasing on Lyrica with KM today.).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).



**Vitals** *(Brittany Staires, LVN; 07/14/2014 01:29 PM)*

**Weight:** 205 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 84 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/84

**Review of Systems** *(Brittany Staires, LVN; 07/14/2014 07:42 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 07/15/2014 08:15 AM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

### Other Medical History

Depression
Asthma
Osteoarthritis

**Social**

Sleep: 4-6 hours of sleep
Illicit drug use: None
Exercise: daily
Current work status: Full-time Utilization Review Nurse
Alcohol Use: None
Tobacco use: Smoker 3-5 ciggs a day

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 05/12/2014) Active - Hx Entry. (start 5/19/2014 end 8/17/14 efilled)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 05/14/2014) Active - Hx Entry. (start 5/16/2014 end 8/14/2014 LMOM at CVS)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 06/16/2014) Active - Hx Entry. (start 6/16/2014, end 07/16/14 *EXPEDITE* LM at Stonegate Pharmacy - William Cannon 512-707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 07/07/2014) Active - Hx Entry. (start 7/14/14 end 10/12/14 release to pt 7/13/14 e-filled Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 07/17/2014) Active - Hx Entry. (start 7/17/14 end 8/16/14 133290128246 prewritten ov/KM 7/9/14 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hours as needed for exaccerbation of pain. MAX: 4/day, Taken starting 06/10/2014) Active - Hx Entry. (start 6/10/2014 end 6/15/2014 *FOR EXACCERBATION OF PAIN*--PT has several pills leftover 133290128032 Supervising Physician Jeffrey Higginbotham, MD)

**Family**

Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Cancer: Sister
Osteoarthritis: Mother, Sister, Brother, Father
Skin Cancer: Father
Hypertension: Mother
Stroke: Father, Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 07/14/2014 01:55 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 07/15/201408:14 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1 on 5/1/2014 but reports that the last TF LESI on 6/2/2014 did not help at all and seemed to make her pain worse; pt reports that SCS is offering good stimulation but feels that it needs to be reprogrammed to receive better stimulation along right lateral leg
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for safety and compliance.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** We will increase lyrica to 75mg tid to see if this helps; pt still has leftover dilaudid--she only takes this when she has severe pain
Current Plans:

- Changed Lyrica 75MG, 1 (one) Capsule three times daily, #90, 30 days starting 07/14/2014, No Refill.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 07/14/2014, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 07/17/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Brittany Staires, LVN

***Brittany Staires LVN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 06/10/2014 01:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 06/10/2014 04:46 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain), left hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5-10 out of 10. Updates include: (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series. ).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).



**Vitals** *(Debbie Haro, RN; 06/10/2014 01:26 PM)*

**Weight:** 210 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 92 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 124/78

## Active History

KRISTY MARKELL, PA-C 06/10/2014 04:48 PM

**Allergy**

Latex Exam Gloves *MEDICAL DEVICES* []

Methadone HCl *ANALGESICS - OPIOID* []: Itching

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Chronic pain syndrome (338.4 | G89.4)

Myalgia and myositis (729.1)

Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date--pt is pleased with results and would like to have this repeated
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

**Other Medical History**

Osteoarthritis

Depression

Asthma

**Social**

Current work status: Full-time Utilization Review Nurse

Tobacco use: Smoker 3-5 ciggs a day

Alcohol Use: None

Exercise: daily

Sleep: 4-6 hours of sleep

Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 05/12/2014) Active - Hx Entry. (start 5/19/2014 end 8/17/14 efilled)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 05/14/2014) Active - Hx Entry. (start 5/16/2014 end 8/14/2014 LMOM at CVS)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 05/14/2014) Active - Hx Entry. (start 5/17/2014 end 6/16/2014 LM to expedite at Stonegate Pharmacy Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 04/15/2014) Active - Hx Entry. (start 4/15/2014 end 7/14/2014 Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 06/17/2014) Active - Hx Entry. (start 6/17/14 end 7/17/14 133290127654 pre-written KM appt 6/10 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father

Skin Cancer: Father

Stroke: Father, Mother

Hypertension: Mother

Cancer: Sister

Heart Disease/Vascular Disease: Father

Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 06/10/2014 01:42 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 06/10/201404:48 PM)*
**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1 on 5/1/2014 but reports that the last TF LESI on 6/2/2014 did not help at all and seemed to make her pain worse; pt reports that SCS is offering good stimulation but feels that it needs to be reprogrammed to receive better stimulation along right lateral leg
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain but c/o exaccerbation of pain since procedure-will prescribe a 5 day rx of dilaudid for exaccerbation of pain

Current Plans:

- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 06/16/2014, No Refill.
- Started Dilaudid 4MG, 1 (one) Tablet every 6 hours as needed for exaccerbation of pain. MAX: 4/day, #20, 5 days starting 06/10/2014, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 06/17/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Deb Haro, RN

***Debbie Haro RN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 05/14/2014 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 05/14/2014 04:01 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

<u>Recheck of Past interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications Included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 3 out of 10. The patient rates their pain without medications as 7 out of 10. Updates include: (Patient reports recent Injections have been helpful along with SCS).

<u>Recheck of Past surgical interventions</u> are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain;
05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Monica Sanchez, MA-C; 05/14/2014 01:34 PM)*

**Weight:** 215 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 88 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 120/78

**Review of Systems** *(Monica Sanchez, MA-C; 05/14/2014 01:34 PM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood In Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 05/14/2014 04:02 PM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up until the last week (about 2 months of pain relief), she would like to have this repeated (will schedule in late april/early may)
(hip bursa inj not as helpful as IA hip inj)

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Alcohol Use: None
Exercise: daily
Illicit drug use: None
Sleep: 4-6 hours of sleep
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse

**Medications**

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/20/14 end 5/21/2014)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 02/15/2014) Active - Hx Entry. (start 2/15/2014 end 5/16/2014 release 2/14/14 LM@CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 04/15/2014) Active - Hx Entry. (start 4/17/2014 end 5/17/2014 LM to expedite @ Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 04/15/2014) Active - Hx Entry. (start 4/15/2014 end 7/14/2014 Supervising Physician J. Lowell Haro, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 05/12/2014) Active - Hx Entry. (start 5/19/2014 end 8/17/14 efilled)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 05/18/2014) Active - Hx Entry. (START: 05/18/14 END: 6/17/14 133290127532 prewritten KM 5/14 Supervising Physician Jeffrey Higginbotham, MD)

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister

Hypertension: Mother

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Skin Cancer: Father

Osteoarthritis: Mother, Sister, Brother, Father

Stroke: Father, Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 05/14/2014 01:38 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color -** no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 05/14/201404:05 PM)*
**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1on 5/1/2014--she would like to proceed with #2 in series; pt reports that SCS is offering good stimulation but feels that it needs to be reprogrammed to receive better stimulation along right lateral leg
Current Plans:

- ESI TF lumbar (64483) ; Routine (right L5)
- ESI info printed

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date--pt is pleased with results and would like to have this repeated
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

- IA hip (20610) ; Routine (right)
- Joint/IA & med protocol printed

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful

as well

Current Plans:

- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 05/14/2014, No Refill.
- Continued Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 05/14/2014, Ref. x2.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 05/18/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15608 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 04/15/2014 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 04/15/2014 01:54 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

<u>Recheck of Past Interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Patient reports no changes).

## Vitals *(Debbie Haro, RN; 04/15/2014 01:47 PM)*

**Weight:** 202 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 88 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 116/70

## Review of Systems *(Debbie Haro, RN; 04/15/2014 08:31 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood In Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 04/15/2014 05:42 PM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Chronic pain syndrome (338.4 | G89.4)
Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up to date
Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Myalgia and myositis (729.1)

### Other Medical History

Depression
Asthma
Osteoarthritis

### Social

Tobacco use: Smoker 3-5 ciggs a day
Sleep: 4-6 hours of sleep
Current work status: Full-time Utilization Review Nurse
Exercise: daily
Alcohol Use: None
Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/20/14 end 5/21/2014)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/18/14 end 5/19/2014)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 02/15/2014) Active - Hx Entry. (start 2/15/2014 end 5/16/2014 release 2/14/14 LM@CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 03/18/2014) Active - Hx Entry. (start 3/18/2014 end 4/17/2014 LM to expedite @ Stonegate Pharmacy, 2501 W Williams Cannon #203, Austin, TX 78745 (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 03/16/2014) Active - Hx Entry. (START: 3/16/2014 END: 4/15/14 release: 3/15/14 CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 04/18/2014) Active - Hx Entry. (start 4/18/14 end 05/18/14 133290127201 prewritten for KM 04/15/14 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Stroke: Father, Mother

Skin Cancer: Father

Osteoarthritis: Mother, Sister, Brother, Father

Hypertension: Mother

Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 04/15/2014 01:56 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 04/15/201405:42 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up until the last week (about 2 months of pain relief), she would like to have this repeated (will schedule in late april/early may)
(hip bursa inj not as helpful as IA hip inj)
**Today's Impression:** xray of right hip-normal
Current Plans:

- IA hip (20610) ; Routine (right hip)
- Joint/IA & med protocol printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

- SI joint (27096) ; Routine (right)
- SI joint and med protocol printed

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well
Current Plans:

- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 04/15/2014, No Refill.
- Continued CeleBREX 200MG, 1 (one) Capsule daily, #30, 30 days starting 04/15/2014, Ref. x2.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 04/18/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Deb Haro, RN

***Debbie Haro RN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 03/18/2014 01:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C* 03/18/2014 *01:09 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (lower thoracic), lumbosacral area (primary pain) and sacral area. The back pain radiates to the right hip. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

<u>Recheck of Past interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as good. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 4 out of 10. Updates include: (Patient reports no changes other than she is feeling pretty good today).

<u>Recheck of Past surgical interventions</u> are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Debbie Haro, RN; 03/18/2014 01:03 PM)*

**Weight:** 202 lb **Height:** 67 in
**Pulse:** 96 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 138/76
*no oral temp taken. drinking cold water*

**Review of Systems** *(Debbie Haro, RN; 03/18/2014 10:26 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 03/18/2014 01:14 PM

**Allergy**

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up to date
Chronic pain syndrome (338.4 | G89.4)
Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Myalgia and myositis (729.1)

**Other Medical History**

Asthma
Depression
Osteoarthritis

**Social**

Current work status: Full-time Utilization Review Nurse
Alcohol Use: None
Illicit drug use: None
Exercise: daily
Tobacco use: Smoker 3-5 ciggs a day
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/20/14 end 5/21/2014)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/18/14 end 5/19/2014)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 02/15/2014) Active - Hx Entry. (start 2/15/2014 end 5/16/2014 release 2/14/14 LM@CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 02/12/2014) Active - Hx Entry. (start 2/13/2014 end 3/15/14 Spoke to Erica @ Stonegate Pharmacy, 2501 W Williams Cannon #203, Austin, TX (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 03/16/2014) Active - Hx Entry. (START: 3/16/2014 END: 4/15/14 release: 3/15/14 CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 03/19/2014) Active - Hx Entry. (start 3/19/14 end 4/18/14 131540133423 pre-written KM appt 3/18 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

Skin Cancer: Father

Cancer: Sister

Stroke: Father, Mother

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 03/18/2014 01:09 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(Debbie Haro, RN; 03/18/201401:53 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up to date
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well

Current Plans:

- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 03/18/2014, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 03/19/2014, No Refill.
- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for safety and compliance.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Deb Haro, RN

***Debbie Haro RN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 02/12/2014 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 02/12/2014 01:54 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area (Right Side/secondary) and sacral area. The back pain radiates to the right hip (Primary) and left hip. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s and heat (Back). The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

<u>Recheck of Past interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 2 out of 10. The patient rates their pain without medications as 5 out of 10. Updates include: (PT reports decreased pain from TPI/IA hip inj).

<u>Recheck of Past surgical interventions</u> are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Tifany Hensley, MA-C; 02/12/2014 01:47 PM)*

**Weight:** 211 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 82 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 130/88

**Review of Systems** *(Tifany Hensley, MA-C; 02/12/2014 07:46 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History    KRISTY MARKELL, PA-C 02/12/2014 05:03 PM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching

Latex Exam Gloves *MEDICAL DEVICES* []

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 1/9/2014--65% pain relief up to date but would like to proceed with 3rd IA hip inj

**Other Medical History**

Unspecified Diagnosis

Osteoarthritis

Depression

Asthma

**Social**

Exercise: daily

Sleep: 4-6 hours of sleep

Tobacco use: Smoker 3-5 ciggs a day

Illicit drug use: None

Current work status: Full-time Utilization Review Nurse

Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 12/16/2013) Active - Hx Entry. (START 12/22/2013 end 02/20/14 efilled)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 12/16/2013) Active - Hx Entry. (start 12/20/2013 end 02/18/14 efilled)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 12/16/2013) Active - Hx Entry. (start 12/17/2013 end 2/15/2014)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 01/14/2014) Active - Hx Entry. (start 01/14/14 end end 2/13/2014 Spoke to Brittney @ Stonegate Pharmacy, 2501 W Williams Cannon #203, Austin, TX (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 12/16/2013) Active - Hx Entry. (start 12/16/2013 end 3/16/2014)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 02/17/2014) Active - Hx Entry. (start 02/17/14 end 3/19/14 131540132789 prewritten OV/KM 2/12 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Stroke: Father, Mother

Rheumatoid arthritis: Mother, Brother

Cancer: Sister

Heart Disease/Vascular Disease: Father

Skin Cancer: Father

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 02/12/2014 01:55 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 02/12/201405:03 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up to date
**Today's Impression:** xray of right hip-normal
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well
Current Plans:

- Continued Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 02/15/2014, Ref. x2.
- Continued Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed, #90, 30 days starting 02/12/2014, Ref. x2.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 02/12/2014, Ref. x2.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, 60 Tab ER, 30 days starting 02/17/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 01/14/2014 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 01/14/2014 05:19 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area (Right Side/secondary) and sacral area. The back pain radiates to the right hip (Primary) and right leg (Buttock/ tertiary through thigh). The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat (Back) and cold (Hip). The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 2 out of 10. The patient rates their pain without medications as 6 out of 10. Updates include: (Pt. states right SIJ/ IA Bursa R Hip has been helpful).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa ). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Kitty Bellenir; 01/14/2014 01:32 PM)*

**Weight:** 211 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 90 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 132/94

**Review of Systems** *(Kitty Bellenir; 01/14/2014 08:50 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 01/14/2014 05:20 PM

**Allergy**

Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ (2nd hip inj)on 10/24/2013--excellent pain relief for 2 weeks but pain has returned; she reports that she has increased pain and sensitivity to touch lately along right hip bursa and right buttock and increased pain with walking; we will obtain a xray of right hip to r/o DJD- we will try a IA right hip inj to see if this offers better pain relief

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief but is now starting to wear off
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Tobacco use: Smoker 3-5 ciggs a day
Illicit drug use: None
Current work status: Full-time Utilization Review Nurse
Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 12/16/2013) Active - Hx Entry. (START 12/22/2013 end 02/20/14 efilled)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 12/16/2013) Active - Hx Entry. (start 12/20/2013 end 02/18/14 efilled)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 12/16/2013) Active - Hx Entry. (start 12/17/2013 end 2/15/2014)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 12/13/2013) Active - Hx Entry. (start 12/13/13 end 01/12/14 called to michael Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 12/16/2013) Active - Hx Entry. (start 12/16/2013 end 3/16/2014)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 01/07/2014) Active - Hx Entry. (start 01/18/14 end 02/17/14 131540132444 pre-written ov/KM 1/14 Supervising Physician Jeffrey Higginbotham, MD)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

Skin Cancer: Father

Heart Disease/Vascular Disease: Father

Stroke: Father, Mother

Rheumatoid arthritis: Mother, Brother

Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 01/14/2014 01:59 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 01/14/201405:20 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 1/9/2014--65% pain relief up to date but would like to proceed with 3rd IA hip inj
**Today's Impression:** xray of right hip-normal
Current Plans:

- IA hip (20610) ; Routine (RIGHT)
- Joint/IA & med protocol printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well
Current Plans:

- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 01/14/2014, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER Deter every 12 hrs, 60 Tab ER Deter, 30 days starting 01/18/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Brittany Staires, LVN

***Brittany Staires LVN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-604-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 12/16/2013 10:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 12/16/2013 04:48 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position and medication/s. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as good. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 2 out of 10. The patient rates their pain without medications as 6 out of 10. Updates include: (Patient reports she continues with extending hip pain.).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa ). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Monica Sanchez, MA-C; 12/16/2013 10:34 AM)*

**Weight:** 211 lb **Height:** 67 in
**Temp.:** 96.8 ºF (Oral) **Pulse:** 86 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 110/68

### Review of Systems *(Monica Sanchez, MA-C; 12/16/2013 07:58 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 12/16/2013 04:49 PM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ (2nd hip inj)on 10/24/2013--excellent pain relief for 2 weeks but now pain has returned; she reports that she has increased pain and sensitivity to touch lately along right hip bursa and right buttock; pt currently taking ibuprofen with some relief-will give her samples (#6 pills) of celebrex 200mg qd to see if this helps--pt is aware of GI/MI/CVA risk
PT was instructed to contact our office or seek medical attention immediately if the pt experiences any adverse side effects such as difficulty breathing, swelling, etc with new medication.
*If celebrex fails to provide adequate relief or her symptoms worsen, may consider a medrol dose pack

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief up to date
wearing a SIJ belt 2-3 hrs during the day helps

Chronic pain syndrome (338.4 | G89.4)

### Other Medical History

Osteoarthritis
Depression
Asthma

### Social

Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep
Tobacco use: Smoker 3-5 ciggs a day
Illicit drug use: None
Current work status: Full-time Utilization Review Nurse

**Medications**

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/17/2013) Active - Hx Entry. (START 10/23/13 END 12/22/2013)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 10/17/2013) Active - Hx Entry. (start 10/21/2013 end 12/20/2013)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 10/17/2013) Active - Hx Entry. (start 10/18/13 end 12/17/2013)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 11/12/2013) Active - Hx Entry. (start 11/12/2013 end 12/12/2013)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 12/13/2013) Active - Hx Entry. (start 12/13/13 end 01/12/14 called to michael Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 12/19/2013) Active - Hx Entry. (start 12/19/13, end 01/18/14 131540132074 pre-written ov/KM 12/18 Supervising Physician Jeffrey Higginbotham, MD)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father

Cancer: Sister

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Stroke: Father, Mother

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 12/16/2013 10:45 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to Inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 12/16/201304:49 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief but is now starting to wear off
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:
- SI joint (27096) ; Routine (right)
- SI joint and med protocol printed

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ (2nd hip inj)on 10/24/2013--excellent pain relief for 2 weeks but pain has returned; she reports that she has increased pain and sensitivity to touch lately along right hip bursa and right buttock and increased pain with walking; we will obtain a xray of right hip to r/o DJD- we will try a IA right hip inj to see if this offers better pain relief
Current Plans:
- COMPLETE X-RAY OF HIP (73510) ; Routine (right--r/o osteoarthritis)
- IA hip (20610); Routine (right)
- Joint/IA & med protocol printed

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well

Current Plans:

- Continued Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 12/16/2013, Ref. x1.
- Continued CeleBREX 200MG, 1 (one) Capsule daily, #30, 30 days starting 12/16/2013, Ref. x2.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER Deter every 12 hrs, 60 Tab ER Deter, 30 days starting 12/16/2013, No Refill.
- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for safety and compliance.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 11/12/2013 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 11/12/2013 01:58 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the shoulders (between shoulders), right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 3 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Patient reports no changes).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility.). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Tifany Hensley, MA-C; 11/12/2013 01:47 PM)*

**Weight:** 210 lb **Height:** 67 in
**Temp.:** 99.8 ºF (Oral) **Pulse:** 84 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 130/86

**Review of Systems** *(Debbie Haro, RN; 11/12/2013 07:48 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 11/12/2013 03:09 PM

**Allergy**

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief up to date
wearing a SIJ belt 2-3 hrs during the day helps
Chronic pain syndrome (338.4 | G89.4)
Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ on 10/9/2013-70% pain relief up to date--she would like to have this repeated (will check with Dr. Higginbotham)

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Illicit drug use: None
Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/17/2013) Active - Hx Entry. (START 10/23/13 END 12/22/2013)

OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral two times daily MAX: 2/day, Taken starting 11/19/2013) Active - Hx Entry. (start 11/19/13, end 12/19/13 131540131760 pre-written ov/KM 11/14)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 10/17/2013) Active - Hx Entry. (start 10/21/2013 end 12/20/2013)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 10/17/2013) Active - Hx Entry. (start 10/18/13 end 12/17/2013)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 11/06/2013) Active - Hx Entry. (start 11/06/13 end 12/06/13 LMVM Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Stroke: Father, Mother

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

Skin Cancer: Father

Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 11/12/2013 01:56 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 11/12/201303:07 PM)*
**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief up to date wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ (2nd hip inj)on 10/24/2013--excellent pain relief for 2 weeks but now pain has returned; she reports that she has increased pain and sensitivity to touch lately along right hip bursa and right buttock; pt currently taking ibuprofen with some relief-will give her samples (#6 pills) of celebrex 200mg qd to see if this helps--pt is aware of GI/MI/CVA risk PT was instructed to contact our office or seek medical attention immediately if the pt experiences any adverse side effects such as difficulty breathing, swelling, etc with new medication.
*If celebrex fails to provide adequate relief or her symptoms worsen, may consider a medrol dose pack
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse
Current Plans:

- Started CeleBREX 200MG, 1 (one) Capsule daily, #30, 30 days starting 11/12/2013, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tablet ER two times daily MAX: 2/day, #60, 30 days starting 11/19/2013, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Deb Haro, RN

***Debbie Haro RN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/17/2013 10:40 AM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 10/17/2013 11:04 AM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 5 out of 10. Updates include: (Patient reports great relief to date with SI Joint injection and Trochanteric Bursa injections. She reports that she is able to walk more comfortably now.).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility.). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Brittany Staires, LVN; 10/17/2013 10:55 AM)*

**Weight:** 206 lb **Height:** 67 in
**Temp.:** 99.2 ºF (Oral) **Pulse:** 86 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 124/76

**Review of Systems** *(Brittany Staires, LVN; 10/17/2013 08:13 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 10/17/2013 05:07 PM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Chronic pain syndrome (338.4 | G89.4)
Hip bursitis (726.5 | M70.70)
Sacroiliitis (720.2 | M46.1)

### Other Medical History

Asthma
Osteoarthritis
Depression

### Social

Alcohol Use: None
Illicit drug use: None
Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 09/23/2013) Active - Hx Entry. (START 9/23/13 - END 10/23/13)

OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 10/20/2013) Active - Hx Entry. (start 10/20/13 end 11/19/13 131540131192 pre-written KM appt 10/17 Supervising physician Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 09/21/2013) Active - Hx Entry. (start 09/21/13 end 10/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 09/20/2013) Active - Hx Entry. (start 09/18/2013 end 10/18/13 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 10/06/2013) Active - Hx Entry. (start 10/06/13 END 11/05/13 release date 10/05/13 called to pharm spoke to Ian. Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Baclofen (20MG Tablet, 1 Oral every six hours, Stopped taking 10/17/2013) Discontinued.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father

Cancer: Sister

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Stroke: Father, Mother

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/17/2013 05:08 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets, tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/17/201305:08 PM)*
**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
pt recently went back to work as a nurse last week (on 10/11/2013)
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief up to date wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ on 10/9/2013-70% pain relief up to date--she would like to have this repeated (will check with Dr. Higginbotham)
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the lyrica helps with burning pain and states that she has less sedation with lyrica 50mg compared to lyrica 75mg; pt reports that she has been able to reduce oxycontin to bid dosing due to decreased pain
Current Plans:

- Changed OxyCONTIN 20MG, 1 (one) Tablet ER two times daily MAX: 2/day, #60, 30 days starting 10/20/2013, No Refill.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 10/17/2013, Ref. x1.
- Continued Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed, #90, 30 days starting 10/17/2013, Ref. x1.
- Continued Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 10/17/2013, Ref. x1.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Brittany Staires, LVN

***Brittany Staires LVN***

Pain Management Consultants, P.A.
SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/01/2013 03:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 10/01/2013 05:42 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (a little). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Patient here to have paperwork for short-term disability completed. ).

Recheck of Past surgical interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Laura Rodriguez, MA; 10/01/2013 03:55 PM)*