**Weight:** 206 lb **Height:** 67 in
**Temp.:** 98.2 ºF (Oral) **Pulse:** 68 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 130/74

**Review of Systems** *(Laura Rodriguez, MA; 10/01/2013 07:53 AM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History
KRISTY MARKELL, PA-C 10/01/2013 05:48 PM

**Allergy**
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**
Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Chronic pain syndrome (338.4 | G89.4)

**Other Medical History**
Asthma
Osteoarthritis
Depression

**Social**
Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Exercise: daily
Alcohol Use: None
Illicit drug use: None
Sleep: 4-6 hours of sleep

**Medications**
Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 09/23/2013) Active - Hx Entry. (START 9/23/13 - END 10/23/13)
OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 09/20/2013) Active - Hx Entry. (start 9/20/13 end 10/20/13 122960121028 pre-written KM appt 9/18 Supervising physician Jeffrey Higginbotham, MD)
Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 09/21/2013) Active - Hx Entry. (start 09/21/13 end 10/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 09/20/2013) Active - Hx Entry. (start 09/18/2013 end 10/18/13 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 09/06/2013) Active - Hx Entry. (start 09/06/13, end 10/06/13 LM @ Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)
Baclofen (20MG Tablet 1 Oral every six hours) Active - Hx Entry.
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Skin Cancer: Father
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/01/2013 05:17 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender

to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 2+ (RIGHT GTB).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/01/201305:48 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** she reports that she has an increase in pain with bending and sitting longer than 15 minutes at a time; she does not feel that she can go back to work due to back pain and has been off from work since 9/4/2013
PT reports that her SCS was reprogrammed just prior to visit today and notices some pain relief in RLE
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Today's Impression:** pt c/o terrible pain and is quite tender along right SIJ; she reports that wearing a SIJ belt helps some with the pain; recommend a right SIJ asap
Current Plans:

- SI joint (27096) ; Routine (RIGHT)

**Hip bursitis (726.5 | M70.70)**
**Today's Impression:** pt c/o persistent tenderness and pain along right greater trochanter-recommend a right hip bursa inj asap
Current Plans:

- Bursa Trochanteric (20610) ; Routine (RIGHT)
- Bursa info printed

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the lyrica helps with burning pain and states that she has less sedation with lyrica 50mg compared to lyrica 75mg
Current Plans:

- Follow up by 10/17/2013
- Paperwork completed.

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***Donna Houston***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/18/2013 01:20 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

### History of Present Illness *(KRISTY MARKELL, PA-C 09/24/2013 11:52 AM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control. The pain is rated today as 5 out of 10. At its worst the pain is rated as 9 out of 10. At its best the pain is rated as 4 out of 10.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (a little). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Pt complains of left side abd muscular pain whend doing PT/stretching. Pt states that she will meet with St Jude again on Friday for a reprogram.).

Recheck of Past surgical interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Monica Sanchez, MA-C; 09/24/2013 11:49 AM)*

**Weight:** 206 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 64 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 122/78

**Review of Systems** *(KRISTY MARKELL, PA-C; 09/23/2013 09:36 AM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 09/24/2013 11:53 AM

**Allergy**
- Latex Exam Gloves *MEDICAL DEVICES* []
- Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
- Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**
- Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
- Chronic pain syndrome (338.4 | G89.4)

**Other Medical History**
- Osteoarthritis
- Depression
- Asthma

**Social**
- Tobacco use: Smoker 3-5 ciggs a day
- Exercise: daily
- Current work status: Full-time Utilization Review Nurse
- Sleep: 4-6 hours of sleep
- Illicit drug use: None
- Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 09/23/2013) Active - Hx Entry. (START 9/23/13 - END 10/23/13)

OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 09/20/2013) Active - Hx Entry. (start 9/20/13 end 10/20/13 122960121028 pre-written KM appt 9/18 Supervising physician Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, Taken 08/22/2013 to 09/24/2013) Discontinued - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Ambien CR (6.25MG Tablet ER, Taken 08/22/2013 to 09/24/2013) Discontinued - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Lyrica (75MG Capsule 1 (one) Oral three times daily, Taken starting 09/11/2013) Active - Hx Entry. (start 09/11/13 end 10/11/13 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 09/06/2013) Active - Hx Entry. (start 09/06/13, end 10/06/13 LM @ Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.

Hydrocodone-Docusate Sodium SR (2 Oral every six hours, Stopped taking 09/24/2013) Specific dose unknown - Discontinued. (15mg/50mg compounded by Stonegate pharm)

Baclofen (20MG Tablet 1 Oral every six hours) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister

Skin Cancer: Father

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Osteoarthritis: Mother, Sister, Brother, Father

Stroke: Father, Mother

Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/23/2013 09:36 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 09/24/2013 11:53 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** she reports that she has an increase in pain with bending and sitting longer than 15 minutes at a time; she does not feel that she can go back to work due to back pain and has been off from work since 9/4/2013
*Pt reports that she is still not receiving good stimulation of RLE pain with SCS despite having recent reprogramming session with St. Judes--she is to meet up with St. Judes rep next week for further troubleshooting
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the lyrica helps with burning pain in mid back but does make her feel very drowsy; we will lower dosage to 50mg to see if this improves sedation (if not, may consider gralise)
Current Plans:
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 09/21/2013, No Refill.
- Changed Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 09/20/2013, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tablet ER every eight hours, #90, 30 days starting 09/20/2013, No Refill.
- Follow up in 1 month or as needed

*KRISTY MARKELL PA-C*

*KRISTY MARKELL PA-C*

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/04/2013 09:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

### History of Present Illness *(Debbie Haro, RN 09/04/2013 04:19 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control. The pain is rated today as 5 out of 10. At its worst the pain is rated as 9 out of 10. At its best the pain is rated as 4 out of 10.

Additional reasons for visit:

Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (a little). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 9 out of 10. The patient rates their pain without medications as 7 out of 10. Updates include: (new burning sensation midback ).

Past surgical interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Heather Theurer, MA; 09/04/2013 08:47 AM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98.6 ºF (Oral) **Pulse:** 103 (Regular) **Resp.:** 12 (Unlabored) **P. OX:** 97% (Room air)
**BP:** 110/88

**Review of Systems** *(Heather Theurer, MA; 09/04/2013 08:21 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History
KRISTY MARKELL, PA-C 09/04/2013 02:18 PM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P SCS St. Jude Paddle lead placement and subsequent revision
Chronic pain syndrome (338.4 | G89.4)

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Exercise: daily
Illicit drug use: None
Alcohol Use: None
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active - Hx Entry. (START 8/20/13 - END 9/19/13)
OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active - Hx Entry. (start 08/21/13 end 09/20/13 122960120730)
Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Ambien CR (6.25MG Tablet ER 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Baclofen (20MG Tablet 1 Oral every six hours) Active - Hx Entry.
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.
Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active - Hx Entry. (15mg/50mg compounded by Stonegate pharm)
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother
Skin Cancer: Father
Stroke: Father, Mother
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Heart Disease/Vascular Disease: Father
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/04/2013 08:56 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender

to palpation). **SI joint-Right -** no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(Debbie Haro, RN; 09/04/201304:35 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** xray of thoracic spine (normal lead wire at T8);pt reports that her back pain has calmed down a little since last visit; she reports that she still has persistent burning pain in mid back and is quite tender along scar line; she reports that she has an increase in pain with bending and sitting longer than 15 minutes at a time; she does not feel that she can go back to work due to back pain; we will obtain a CT of Thoracic spine with and without contrast DX: persistent back pain/hx of recent SCS lead wire revision
**pt reports that she is not receiving as good of stimulation in RLE as she was initially--she is to meet up with St. Jude's rep for reprogramming session soon
Current Plans:

- CT THORACIC SPINE W CONTRAST (72129) ; Routine (persistent back pain (hx of recent lead wire revision at T8-please rule out lead wire migration))
- Paperwork completed.

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the medrol dose pack seemed to help "a little" with her pain; she reports that the current pain medication is not helping with the burning pain in mid back--we will try pt on lyrica to see if this gives her some pain relief
Current Plans:

- Started Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 09/06/2013, No Refill.
- Started Lyrica 75MG, 1 (one) Capsule three times daily, #21, 7 days starting 09/04/2013, No Refill.
- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for safety and compliance.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit
- Follow up on 9/18/2013

spent 25 minutes counseling pt (discussing pain) and medications

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Deb Haro, RN

***Debbie Haro RN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications In Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications In Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/27/2013 02:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 08/27/2013 03:20 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/12), other (Exacerbation of pain ) and date of onset was 08/2012 and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tingling, heavy and sharp pain. The back pain is described as being located in the upper back, lumbar area and lumbosacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, bending and other (contact). The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reason for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Burnett and Dr. Waldron), an orthopaedic surgeon (Dr. Josey ), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Richard Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA, River Ranch ) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough
Methadone---crawling skin restless ), muscle relaxants (Flexaril---mental changes
Soma---didn't work
Skelaxin---not strong enough) and neuromodulators (Neurontin---Rxn with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful. The patient has used a TENS unit and it has been helpful. A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient reports gradual worsening of back, right hip, and right leg pain since yesterday. Attempted to have PT done today but unable to tolerate any physical contact due to level of pain. Had been informed by PT to f/u with PMC today due to inflamation. ).



**Vitals** *(Laura Rodriguez, MA; 08/27/2013 03:02 PM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98 ºF (Oral) **Pulse:** 72 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/84

**Review of Systems** *(KRISTY MARKELL, PA-C; 08/27/2013 03:07 PM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 08/27/2013 04:23 PM

### Allergy
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical
Postlaminectomy syndrome, lumbar region (722.83 | M96.1)
Chronic pain syndrome (338.4 | G89.4)

### Other Medical History
Depression
Asthma
Osteoarthritis

### Social
Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Alcohol Use: None
Sleep: 4-6 hours of sleep
Illicit drug use: None
Exercise: daily

### Medications
Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active - Hx Entry. (START 8/20/13 - END 9/19/13)
OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active - Hx Entry. (start 08/21/13 end 09/20/13 122960120730)
Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Ambien CR (6.25MG Tablet ER 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active - Hx Entry. (15mg/50mg compounded by Stonegate pharm)
Ambien (5MG Tablet, 1 Oral at bedtime, Stopped taking 08/27/2013) Discontinued.
Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister
Skin Cancer: Father
Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Heart Disease/Vascular Disease: Father
Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 08/27/2013 04:20 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt lying on her side/grimacing in pain **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - Insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender

to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 08/27/201304:23 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Today's Impression:** pt c/o severe back pain (burning pain) that radiates to RLE; she reports that she has had an increase in back pain since bending over to make her bed yesterday; pt also started work yesterday after being off of work for several weeks; Pt went to physical therapy today and was unable to perform any exercises with physical therapist, Jason; pt states that her pain is severe and that the SCS (St. Jude's) is helping some with RLE pain but not nearly as much as she would like; we will obtain a xray of thoracic spine to r/o lead wire migration
Current Plans:

- X-RAY OF THORACIC SPINE, 3 VIEWS (72072) ; Routine (pt has spinal cord stimulator-lead wires at T8-T9 r/o lead wire migration)

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that both oxycontin and compounded hydrocodone are not offering much relief since exaccerbation of back pain that occurred yesterday; Unfortunately, we are unable to administer a toradol shot (on back order); we will prescribe pt a medrol dose pack and have her RTC in 1 week for f/u
**pt asks about going back to work and is concerned that she she won't be able to since she her back pain worsens with prolonged sitting--we will allow a work excuse for 1 week but any further work excuses have to be approved by Dr. Higginbotham
Current Plans:

- Started Medrol (Pak) 4MG, 1 (one) Tablet use as directed, 1 QS, 6 days starting 08/27/2013, No Refill.
- Follow up in 1 week

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Deb Haro, RN

***Debbie Haro RN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/27/2013 02:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 08/27/2013 03:20 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/12), other (Exacerbation of pain ) and date of onset was 08/2012 and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tingling, heavy and sharp pain. The back pain is described as being located in the upper back, lumbar area and lumbosacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, bending and other (contact). The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reason for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Burnett and Dr. Waldron), an orthopaedic surgeon (Dr. Josey ), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Richard Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA, River Ranch ) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough
Methadone---crawling skin restless ), muscle relaxants (Flexaril---mental changes
Soma---didn't work
Skelaxin---not strong enough) and neuromodulators (Neurontin---Rxn with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful. The patient has used a TENS unit and it has been helpful. A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient reports gradual worsening of back, right hip, and right leg pain since yesterday. Attempted to have PT done today but unable to tolerate any physical contact due to level of pain. Had been informed by PT to f/u with PMC today due to inflamation. ).



## Vitals *(Laura Rodriguez, MA; 08/27/2013 03:02 PM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98 °F (Oral) **Pulse:** 72 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/84

**Review of Systems** *(KRISTY MARKELL, PA-C; 08/27/2013 03:07 PM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 08/27/2013 04:23 PM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Postlaminectomy syndrome, lumbar region (722.83 | M96.1)
Chronic pain syndrome (338.4 | G89.4)

### Other Medical History

Depression
Asthma
Osteoarthritis

### Social

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Alcohol Use: None
Sleep: 4-6 hours of sleep
Illicit drug use: None
Exercise: daily

### Medications

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active - Hx Entry. (START 8/20/13 - END 9/19/13)

OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active - Hx Entry. (start 08/21/13 end 09/20/13 122960120730)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Ambien CR (6.25MG Tablet ER 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active - Hx Entry. (15mg/50mg compounded by Stonegate pharm)

Ambien (5MG Tablet, 1 Oral at bedtime, Stopped taking 08/27/2013) Discontinued.

Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister
Skin Cancer: Father
Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Heart Disease/Vascular Disease: Father
Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 08/27/2013 04:20 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt lying on her side/grimacing in pain **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - Insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender

to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 08/27/201304:23 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Today's Impression:** pt c/o severe back pain (burning pain) that radiates to RLE; she reports that she has had an increase in back pain since bending over to make her bed yesterday; pt also started work yesterday after being off of work for several weeks; Pt went to physical therapy today and was unable to perform any exercises with physical therapist, Jason; pt states that her pain is severe and that the SCS (St. Jude's) is helping some with RLE pain but not nearly as much as she would like; we will obtain a xray of thoracic spine to r/o lead wire migration
Current Plans:
- X-RAY OF THORACIC SPINE, 3 VIEWS (72072) ; Routine (pt has spinal cord stimulator-lead wires at T8-T9 r/o lead wire migration)

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that both oxycontin and compounded hydrocodone are not offering much relief since exaccerbation of back pain that occurred yesterday; Unfortunately, we are unable to administer a toradol shot (on back order); we will prescribe pt a medrol dose pack and have her RTC in 1 week for f/u
**pt asks about going back to work and is concerned that she she won't be able to since she her back pain worsens with prolonged sitting--we will allow a work excuse for 1 week but any further work excuses have to be approved by Dr. Higginbotham
Current Plans:
- Started Medrol (Pak) 4MG, 1 (one) Tablet use as directed, 1 QS, 6 days starting 08/27/2013, No Refill.
- Follow up in 1 week

Deb Haro, RN

***Debbie Haro RN***

***KRISTY MARKELL PA-C***

ARA DIAGNOSTIC IMAGING

William Cannon
2601 W. William Cannon Dr., Bldg. 5
Austin, TX 78745
Ph. (512) 340-7311
Fx (512) 340-7602
Web www.ausrad.com

Patient: FABRE, NITA M

Exam Date: 06/29/2016

DOB:
Patient Age: 36
Patient Sex: F
ARA MR #: 1658020
Exam Status: Routine
Accession #: 23796345

At the Request of:
PATRICK C NOLAN MD
5145 RR 620 N
AUSTIN, TX 78732

cc: RICHARD DEBEHNKE MDcc: JEFFREY HIGGINBOTHAM MDcc: JUDSON COOK MD

CT CERVICAL SPINE WITHOUT CONTRAST: 6/29/2016

HISTORY: Migraines, neck stiffness, slight confusion.

COMPARISON: Post myelogram CT thoracic spine from 04/22/2016. CT head from St. David's Hospital dated 04/04/2008.

TECHNIQUE: Axial images of the cervical spine were obtained without contrast, with multiplanar reformats. Soft tissue and bone windows were displayed.

FINDINGS:

General Comments: There is a defect in the posterior arch of C1. The margins appear sclerotic. The overall appearance is similar to the prior exam from 2008. A developmental variation is favored rather than an old fracture.

No clear evidence of an acute fracture line in the cervical spine. Cervical vertebral body heights are preserved.

Alignment: There is slight reversal of normal cervical lordosis centered at C5-6, without listhesis. There is mild right to left deviation in the coronal plane centered at C5-6.

Craniocervical Junction: The cerebellar tonsils are normally positioned. The canal is patent. The atlantodental interval is not enlarged. There is some developmental hypertrophy of the anterior arch of C1.

C2-C3: Patent bony canal and foramina.

C3-C4: Patent bony canal and foramina.

C4-C5: Patent bony canal and foramina.

C5-C6: Minimal/mild canal stenosis is starting to occur due to shallow broad disc/osteophyte complex. The bony foramina are patent.

C6-C7: Patent bony canal and foramina.

C7-T1: Patent bony canal and foramina.

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or duly authorized agent, please destroy this report or return it by U.S. Mail.

Patient: FABRE, NITA M Exam Date: 06/29/2016

Other: The paraspinous soft tissues and visualized lung apices are unremarkable.

IMPRESSION:
1. Incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT head from 04/04/2008. A developmental variation is favored rather than an old fracture.
2. Mild degenerative change at C5-C6 which shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.

Results discussed with PATRICK C NOLAN, MD on 6/29/2016 2:19 PM

Rajeev Shah, MD
Electronically Signed: 6/29/2016 2:19 PM

CONFIDENTIALITY NOTICE: This [illegible] is intended for the use of the Referring Physician or Consulting Physician. [illegible] privileged and/or confidential. If you are not the intended recipient [illegible] please destroy this report [illegible]

# IMAGING SERVICES REPORT

**Seton Northwest**

| CLINICAL INDICATIONS/HISTORY: | |
|---|---|
| POST LAMINECTOMY SYNDROME | Location:<br>Patient: **FABRE, NITA**<br>DOB:<br>Age/Sex: **35 Y/**<br>Account#: **728184256**<br>Ordering Phys: **Higginbotham, Jeffrey N, Pain Mgmt** |

| MR Number | Film Date: |
|---|---|
| 000005569454 | 7/30/15 16:42 |

PROCEDURE AND ACCESSION NUMBER:

CT Spine Lumbar with Contrast, 7/30/15 16:42, #7933272

ACC #7933272: CT Spine Lumbar following discography: 7/30/2015 4:42 PM

HISTORY: POST LAMINECTOMY SYNDROME.

COMPARISON: Plain film examination dated 9/6/2012. Lumbar MRI dated 8/15/2012.

TECHNIQUE: Axial images of the lumbar spine were obtained after three level discography, with sagittal and coronal reformats. Soft tissue and bone windows were reviewed.

FINDINGS:

Morphology: There is no fracture or suspicious lesion. Vertebral heights are within normal limits.

Alignment: Alignment is within normal limits.

Disc Levels: The T10-T11, T11-T12, T12-L1 and L1-L2 levels are unremarkable. At L2-L3, contrast material is seen in the nucleus pulposus. No annular fissure is noted. No disc protrusion is seen. The central canal and neural foramina are adequate.

At L3-L4, contrast material is contained within the nucleus pulposus. No annular fissure is identified. No disc protrusion is noted. The neural foramina are adequate.

At L4-L5, there is evidence of prior anterior fusion. This appears solid.

At L5-S1, contrast material is seen in the nucleus pulposus. This may minimally extend to the posterior central disc margin which may indicate a small central annular fissure. Moderate left-sided and mild right-sided facet arthropathy is present.

Other: There is an intrauterine device within the uterus.

IMPRESSION:
Small posterior central annular fissure at L5-S1.

Prior lumbar fusion at L4-L5.

Joshua Abramowitz, MD

Electronically Signed: 7/31/2015 10:26 AM
Finalized: 7/31/2015 10:26 AM

# IMAGING SERVICES REPORT

## Seton Northwest

| CLINICAL INDICATIONS/HISTORY: | |
|---|---|
| POST LAMINECTOMY SYNDROME | Location:<br>Patient: FABRE NITA<br>DOB:<br>Age/Sex: 35 Y/<br>Account# 728184256<br>Ordering Phys: Higginbothum, Jeffrey N, Pain Mgmt |

| MR Number | Film Date: |
|---|---|
| 000005569454 | 7/30/15 16:42 |

CT Spine Lumbar with Contrast, 7/30/15 16:42, #7933272

Final Report

SETON

RIVER RANCH RADIOLOGY®

Patient:NITA FABRE
DOB 00:00
Patient ID:R171136
Exam Site:RRR PO

Exam Date:06 /22/2015 13:30
Referring Physician:
JEFFERY HIGGINBOTHAM MD

**PROCEDURE: Lumbar myelogram**

**CLINICAL HISTORY:** Prior lumbar fusion, 2008. Lumbar stimulator 2013 with persistent back pain into the right lower extremity with weakness.

**COMPARISON:** None. I will be happy to dictate an addendum if and when comparison studies become available.

**TECHNIQUE:** Informed consent was obtained from patient. Patient was prepped and draped in the usual sterile fashion. Lidocaine buffered bicarbonate utilized for local anesthesia. 25 gauge needle was advanced into the spinal canal via intralaminar space to the right of midline at the level of L3-4. Fluoroscopic guidance utilized. 15 cc of Isovue-M 200 were injected. Multiple images of the lumbar spine were obtained in the prone and upright position, including standing upright images using the lateral projection with hip flexion and hip extension.

**FINDINGS:** L4-5 anterior column hardware and graft material, solid-appearing fusion with no evidence of instability. No spondylolisthesis. No fracture. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space, a finding that is commonly seen at this level in asymptomatic individuals (physiologic) , but clinical correlation will be of value confirm or exclude S1 nerve irritation. Less than 20% front back canal compromise L3-4 and L5-S1. No compression of descending nerve roots at any level of the lumbar spine otherwise detected.

**IMPRESSION:**

**1. L4-5 solid-appearing fusion without evidence of instability. CT which follows will further assess hardware and fusion integrity.**

**2. Mild front back canal compromise L3-4 and L5-S1 without nerve root truncation. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space may**

**be physiologic, but could indicate nerve root irritation or inflammation. CT which follows will further assess spinal canal and neural exit foramen.**

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:08
ddt 06 /24/2015 00:08
tdt 06 /24/2015 00:08
transcriber Campbell^Scott^E^^MD

Key Images:0

**Thank you for your referral!**

**(512) 454-9597 · (800) 394-7226 · (512) 459-7449 (fax)**

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

**THINK GREEN. THINK PACS.**

Save time and sign up today at pacs@riverranchradiology.com or pacs@senderoimaging.com.

RIVER RANCH RADIOLOGY®

Patient: **NITA FABRE**
DOB: 00:00
Patient ID: R171136
Exam Site: RRR PO

Exam Date: **06/22/2015 14:15**
Referring Physician:
JEFFERY HIGGINBOTHAM MD

PROCEDURE: CT SCAN LUMBAR SPINE POST MYELOGRAM

CLINICAL HISTORY: 2008 lumbar fusion and laminectomy. 2013 stimulator. June 2013 stimulator revision. Back pain and weakness of the right lower extremity

COMPARISON: None. I will be happy to dictate an addendum if and when comparison studies become available.

TECHNIQUE: 0.625 mm images performed from lower thoracic spine through the upper sacrum. 2 mm sagittal and coronal reconstructed data submitted. 2.5 mm axial reconstructed data submitted.

FINDINGS: Lumbar orthopedic hardware in place. L4-5 solid-appearing fusion by graft material and anterior hardware placed for fixation of graft material. The posterior column has not fused at the same level. No hardware loosening.

The conus terminates normally at T12-L1. No spondylolisthesis. No fracture. No aggressive nor destructive trabecular alteration. No paraspinous soft tissue pathology detected. Incidental note made of IUD within the uterine fundus. No complication of placement detected.

L5-S1: Mild/moderate facet arthropathy with 4 mm osteophytic spur projected towards the spinal canal off the facet joints contacts the dorsal right and left S1 nerves without mass effect, subarachnoid contrast still preserved around the descending right and left S1 nerves while supine. Disc bulge creates narrowing of fat around intraforaminal right and left L5 nerves without mass effect., not likely a source of nerve compression given no evidence of instability on loadbearing myelogram. No disc hernia.

L4-5: Postsurgical changes described above . No central canal stenosis. Fat preserved around the exiting nerve roots.

L3-4: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L2-3: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L1-2: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

IMPRESSION:
1. L4-5 solid-appearing anterior column fusion.

2. L5-S1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves while supine. There could be irritation of descending and exiting L5 nerves with load-bearing.

3. See lumbar spine x-rays post myelogram dictation, for significance of weightbearing.

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0646

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:07
ddt 06 /24/2015 00:02
tdt 06 /24/2015 00:02
transcriber Campbell^Scott^E^^MD

Key Image=5:0

Thank you for your referral!

(512) 454-9597 · (800) 394-7228 · (512) 459-7440 (fax)

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

AUSTIN RADIOLOGICAL ASSOCIATION
Innovation Excellence Partnership

**WILLIAM CANNON**
(512) 345-7311

Patient: FABRE, NITA M
Exam Date: 26 Dec 2013

DOB:
ARA MR #: 001658020
Exam Site: WILLIAM CANNON
Site Phone #:
Site Fax #:
Exam Status: Finalized
Accession #: 14560399

Referring Physician: MARKELL, KRISTY, PA
SUITE 100
100 W KOENIG LANE
AUSTIN, TX 78751

HIP, 2 VIEWS - RIGHT: 12/26/2013

CLINICAL HISTORY: Right hip pain.

COMPARISON: None available.

FINDINGS:
The visualized soft tissues, joints, and osseous elements are within normal limits, specifically without evidence of radiopaque foreign body, fracture, dislocation, or mass.

IMPRESSION:
Normal views of the right hip.

**Ken Trevino, MD**
Referring Physician Line: (512)-454-5641
kt/li

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by U.S. Mail.

AUSTIN RADIOLOGICAL ASSOCIATION
Innovation Excellence Partnership

SOUTHWOOD
(512) 438-9090

Patient: FABRE, NITA M

Exam Date: 14 Jan 2013

DOB:
ARA MR #: [illegible]
Exam Site: SOUTHWOOD
Site Phone #: (512) 438-9090
Site Fax #: [illegible]
Exam Status: Finalized
Accession #: [illegible]

Referring Physician: GAMBLE, ANDREA L, PA
2315 WEST BEN WHITE BLVD
AUSTIN, TX 78704

cc: RICHARD DEBENEDETTO MD

SACRUM AND/OR COCCYX, 3 VIEWS: 1/14/2013

CLINICAL HISTORY: Tailbone pain for five days.

COMPARISON: Abdomen and pelvis CT from 6-30-11

FINDINGS:
Sacrum and coccyx are normal. There is no bone destruction. There has been L4-L5 fusion which appears stable. Intrauterine device has expected appearance.

IMPRESSION:
Unremarkable views of the sacrum and coccyx.

Carl Lonergan, MD
gvh

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report and notify sender.

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/22/2013 01:58 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(Shellie Nichols, MA 08/22/2013 01:58 PM)*

The patient is a 33 year old female who presents with a complaint of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg. The symptoms are aggravated by exertion, walking, rest, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, walking, medication/s, heat, cold and massage. The pain has been associated with numbness (Lateral aspect of RLE ) and weakness (Lateral aspect of RLE ). The pain is rated today as 5 out of 10. At its worst the pain is rated as 9 out of 10. At its best the pain is rated as 4 out of 10.

Additional reasons for visit:

Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has not been helpful (pads would not adhere properly ). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ).

Past surgical interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).

Transition into care is described as the following:
The patient most recently received care from another physician (Dr. Debehnke).

**Review of Systems** *(Shellie Nichols, MA; 08/22/2013 01:27 PM)*

**Skin:** Present- Easy bruising. Not Present- Itching and Jaundice.
**HEENT:** Present- Wears glasses/contact lenses. Not Present- Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Present- Nausea and Vomiting. Not Present- Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- difficulty walking and arthritis. Not Present- varicose veins and fractures.
**Neurological:** Present- Headaches, Numbness, Weakness and Dizziness. Not Present- Seizures and Paralysis.
**Psychiatric:** Present- Trouble with "nerves" and Depression. Not Present- Considered suicide.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

Shellie Nichols, MA 08/22/2013 02:17 PM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

### Other Medical History

Asthma
Osteoarthritis
Depression

### Social

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Alcohol Use: None
Illicit drug use: None
Exercise: daily
Sleep: 4-6 hours of sleep

### Medications

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active - Hx Entry. (START 8/20/13 - END 9/19/13)

OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active - Hx Entry. (start 08/21/13 end 09/20/13 122960120730)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Baclofen (20MG Tablet 1 Oral every six hours) Active - Hx Entry.

Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active - Hx Entry. (15mg/50mg)

Ambien (5MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.

Ambien CR (6.25MG Tablet ER 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Medications Reconciled Specific dose unknown - Active - Hx Entry.

### Family

Skin Cancer: Father
Cancer: Sister
Heart Disease/Vascular Disease: Father
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 08/28/2013 06:16 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact -** Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour: -** Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exqulsitely tender to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left -** no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 08/28/201306:16 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Improving post-op pain from SCS revision. After healing, will start to wean meds. Patient states she is ready to return to work
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
Current Plans:

- Started Ambien CR 6.25MG, 1 (one) Tablet ER at bedtime, as needed, #30, 30 days starting 08/22/2013, No Refill.
- Started Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 08/22/2013, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- FOLLOW UP IN 30 DAYS or sooner if needed

Brittany Staires, LVN

***Brittany Staires LVN*** ***JEFFERY HIGGINBOTHAM M.D.***

Pain Management Consultants, P.A.
101 W Koenig Lane, Ste 100
AUSTIN, TX 78751
(512) 454-9426
45D2000844
Alex John, MD

Performance specifications for the test were established by the laboratory. Test methodologies have not been approved by the FDA

Name/DOB: FABRE, NITA (
Patient ID: 13773
Phone number:
Draw Date: 6/28/2016 10:35 AM
Approval date: 7/1/2016 9:52 AM

Sex: F
Age: 36

Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 32046
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## Qualitative

| AV | 6/28/2016 10:35 AM | | 3/8/2016 1:36 PM | | 3/8/2016 7:50 AM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Duragesic,Oxycodone | 1 | Oxycodone,Oxycontin | 2 | Oxycodone,Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Creatinine U | 124.70 | 1 | | 2 | 246.50 | Normal >20 mg/dL ng/ml |
| pH | 6.20 | 1 | | 2 | 7.00 | Normal 4.0-10.0 ng/ml |
| Specific Gravity | 1.012 | 1 | | 2 | 1.029 | 1.000-1.040 ng/ml |
| Amphetamine | Negative | 1 | | 2 | Negative | Cutoff 500 ng/ml |
| Benzodiazepine | Negative | 1 | | 2 | Negative | Cutoff 200 ng/ml |
| Opiates | Positive | 1 | | 2 | Positive | Cutoff 300 ng/ml |
| 06/30/16 11:38 AM | Consistent with Medication | | | | | |
| Oxycodone | Positive | 1 | | 2 | Positive | Cutoff 300 ng/ml |
| 06/30/16 11:38 AM | Consistent with Medication | | | | | |
| Buprenorphine | Negative | 1 | | 2 | Negative | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | | 2 | Negative | Cutoff 300 ng/ml |
| EDDP | Negative | 1 | | 2 | Negative | Cutoff 300 ng/ml |
| Cocaine | Negative | 1 | | 2 | Negative | Cutoff 150 ng/ml |
| Ecstasy | Negative | 1 | | 2 | Negative | Cutoff 500 ng/ml |
| PCP | Negative | 1 | | 2 | Negative | Cutoff 25 ng/ml |
| THC | Negative | 1 | | 2 | Negative | Cutoff 100 ng/ml |

Sample ID: 32046/1
END OF REPORT (Final)

Reviewed by: ________

Pain Management Consultants, P.A.
101 W Koenig Lane, Ste 100
AUSTIN, TX 78751
(512) 454-9426
45D2000844
Alex John, MD

Name/DOB: **FABRE, NITA**
Patient ID: 13773
Phone number:
Draw Date: 3/8/2016 1:36 PM
Approval date: 3/14/2016 4:42 PM
Sex: F
Age: 36
Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 5693
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## Quantitative Confirmation

| AV | 3/8/2016 1:36 PM | | 3/8/2016 7:50 AM | | 12/8/2015 10:57 AM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Oxycodone,Oxycontin | 1 | Oxycodone,Oxycontin | 2 | Oxycodone,Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Creatinine | Normal | 1 | | 2 | | Normal >20 mg/dl |
| pH | Normal | 1 | | 2 | | Normal 4.0-10.0 |
| Specific Gravity | 1.030 | 1 | | 2 | | 1.000-1.040 |
| Morphine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| 6-MAM | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Codeine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Hydrocodone | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Hydromorphone | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Oxycodone | >2000 Positive | 1 | | 2 | | Cutoff 50 ng/ml |
| 03/14/16 4:42 PM | Consistant with medication | | | | | |
| Oxymorphone | >2000 Positive | 1 | | 2 | | Cutoff 50 ng/ml |
| 03/14/16 4:42 PM | Consistent with medication | | | | | |
| Meperidine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Normeperidine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Buprenorphine | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Norbuprenorphine | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| EDDP | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Propoxyphene | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| Norpropoxphene | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Tramadol | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| N-Desmethyl-cis-Tramadol | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| Fentanyl | Negative | 1 | | 2 | | Cutoff 2 ng/ml |
| Norfentanyl | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Carisoprodol | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Meprobamate | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Clonazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| 7-Aminoclonazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Estazolam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Alprazolam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| a-OH-Alprazolam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Diazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Nordiazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Temazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Lorazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Oxazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |

Sample ID: 5693/1
This report continues... (Final)

Reviewed by: ________

Pain Management Consultants, P.A.
101 W Koenig Lane, Ste 100
AUSTIN, TX 78751
(512) 454-9426

45D2000844
Alex John, MD

Name/DOB: FABRE, NITA ( )
Patient ID: 13773
Phone number:
Draw Date: 3/8/2016 1:36 PM
Approval date: 3/14/2016 4:42 PM

Sex: F
Age: 36

Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 5693
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## Quantitative-Confirmation (cont'd)

| AV | 3/8/2016 1:36 PM | 3/8/2016 7:50 AM | 12/8/2015 10:57 AM | Ref. Range/Females |
|---|---|---|---|---|
| Flunitrazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nitrazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Bromazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Clobazam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Midazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Triazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Flurazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Ketamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Norketamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Amphetamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Methamphetamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| MDA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| MDEA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| MDMA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Methylphenidate | Negative | 1 | 2 | Cutoff 10 ng/ml |
| PCP | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Cocaine | Negative | 1 | 2 | Cutoff 200 ng/ml |
| Benzoylecgonine | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Tapentadol | Negative | 1 | 2 | Cutoff 25 ng/ml |
| THC | Negative | 1 | 2 | Cutoff 100 ng/ml |
| N-Desmethylclomipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Imipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| N-Desmethyltrimipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Doxepin | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Amitriptyline | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nortriptyline | Negative | 1 | 2 | Cutoff 50 ng/ml |

Sample ID: 5693/2
END OF REPORT (Final)

Reviewed by: ____________

Pain Management Consultants, P.A.
101 W Koenig Lane, Ste 100
AUSTIN, TX 78751
(512) 454-9426
45D2000844
Alex John, MD

Name/DOB: FABRE, NITA )
Patient ID: 13773
Sex: F
Phone number:
Age: 35
Draw Date: 12/8/2015 10:53 AM
Approval date: 1/8/2016 9:25 AM
Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 3147
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## Quantitative Confirmation

| AV | 12/8/2015 10:53 AM | | 8/14/2015 6:38 PM | | 8/14/2015 12:14 PM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Oxycodone,Oxycontin | 1 | Dilaudid,Oxycodone,Oxycontin | 2 | Dilaudid,Oxycodone,Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Medication Dates | | 1 | Dilaudid 8-13 | 2 | Dilaudid 8-13 | |
| Creatinine | Normal | 1 | Normal | 2 | | Normal >20 mg/dl |
| pH | Normal | 1 | Normal | 2 | | Normal 4.0-10.0 |
| Specific Gravity | 1.020 | 1 | 1.025 | 2 | | 1.000-1.040 |
| Morphine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| 6-MAM | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Codeine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Hydrocodone | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Hydromorphone | Negative | 1 | 179 | 2 | | Cutoff 50 ng/ml |
| Oxycodone | 422 | 1 | >2000 Positive | 2 | | Cutoff 50 ng/ml |
| 01/08/16 9:25 AM | Consistent with medication | | | | | |
| Oxymorphone | 450 | 1 | >2000 Positive | 2 | | Cutoff 50 ng/ml |
| 01/08/16 9:25 AM | Consistent with medication | | | | | |
| Meperidine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Normeperidine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Buprenorphine | Negative | 1 | Negative | 2 | | Cutoff 5 ng/ml |
| Norbuprenorphine | Negative | 1 | Negative | 2 | | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| EDDP | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Propoxyphene | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| Norpropoxphene | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Tramadol | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| N-Desmethyl-cis-Tramadol | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| Fentanyl | Negative | 1 | Negative | 2 | | Cutoff 2 ng/ml |
| Norfentanyl | Negative | 1 | Negative | 2 | | Cutoff 5 ng/ml |
| Carisoprodol | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Meprobamate | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Clonazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| 7-Aminoclonazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Estazolam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Alprazolam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| a-OH-Alprazolam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Diazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Nordiazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |

Sample ID: 3147/1
This report continues... (Final)
Reviewed by: ___________

Pain Management Consultants, P.A.

101 W Koenig Lane, Ste 100
AUSTIN, TX 78751

(512) 454-9426

45D2000844
Alex John, MD

Name/DOB: FABRE, NITA
Patient ID: 13773
Phone number:
Draw Date: 12/8/2015 10:53 AM
Approval date: 1/8/2016 9:25 AM

Sex: F
Age: 35

Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 3147
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## Quantitative Confirmation (cont'd)

| AV | 12/8/2015 10:53 AM | | 8/14/2015 6:36 PM | | 8/14/2015 12:14 PM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Temazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Lorazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Oxazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Flunitrazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Nitrazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Bromazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Clobazam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Midazolam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Triazolam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Flurazepam | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Ketamine | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Norketamine | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Amphetamine | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| Methamphetamine | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| MDA | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| MDEA | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| MDMA | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Methylphenidate | Negative | 1 | Negative | 2 | | Cutoff 10 ng/ml |
| PCP | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| Cocaine | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| Benzoylecgonine | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Tapentadol | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| THC | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |
| N-Desmethylclomipramine | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| Imipramine | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| N-Desmethyltrimipramine | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| Doxepin | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| Amitriptyline | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Nortriptyline | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |

Sample ID: 3147/2
END OF REPORT (Final)

Reviewed by: __________

Pain Management Consultants, P.A.

101 W Koenig Lane Ste 100
AUSTIN, TX 78751

(512) 454-9426

45D2000844
Alex John, MD

Name/DOB: FABRE, NITA , )
Patient ID: 13773
Phone number: (5
Draw Date: 8/14/2015 6:36 PM
Approval date: 8/31/2015 5:03 PM

Sex: F
Age: 35

Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 20872
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## 57 Method

| AV | 8/14/2015 6:36 PM | | 8/14/2015 12:14 PM | | 5/12/2015 4:19 PM | Ref Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Dilaudid,Oxycodone,Oxycontin | 1 | Dilaudid,Oxycodone,Oxycontin | 2 | Oxycodone,Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Medication Dates | Dilaudid 8-13 | 1 | Dilaudid 8-13 | 2 | | |
| Creatinine | Normal | 1 | | 2 | | Normal >20 mg/dl |
| Nitrite | Normal | 1 | | 2 | | Normal <200 mg/dl |
| Oxidants | Normal | 1 | | 2 | | Normal |
| pH | Normal | 1 | | 2 | | Normal 4.0-10.0 |
| Specific Gravity | 1.025 | 1 | | 2 | | 1.000-1.040 |
| Morphine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| 6-MAM | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Codeine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Hydrocodone | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Hydromorphone | 179 | 1 | | 2 | | Cutoff 50 ng/ml |
| 08/31/15 5:03 PM | Consistent with medication | | | | | |
| Oxycodone | >2000 Positive | 1 | | 2 | | Cutoff 50 ng/ml |
| 08/31/15 5:03 PM | Consistent with medication | | | | | |
| Oxymorphone | >2000 Positive | 1 | | 2 | | Cutoff 50 ng/ml |
| 08/31/15 5:03 PM | Consistent with medication | | | | | |
| Meperidine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Normeperidine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Buprenorphine | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Norbuprenorphine | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| EDDP | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Propoxyphene | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| Norpropoxphene | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Tramadol | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| N-Desmethyl-cis-Tramadol | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| Fentanyl | Negative | 1 | | 2 | | Cutoff 2 ng/ml |
| Norfentanyl | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Carisoprodol | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Meprobamate | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Clonazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| 7-Aminoclonazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Estazolam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Alprazolam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| a-OH-Alprazolam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |

Sample ID: 20872/1
This report continues... (Final)

Reviewed by: ____________

Pain Management Consultants, P.A.

101 W Koenig Lane, Ste 100
AUSTIN, TX 78751

(512) 454-9426

45D2000844
Alex John, MD

Name/DOB: **FABRE, NITA** )
Patient ID: 13773
Phone number: (5 9
Draw Date: 8/14/2015 6:36 PM
Approval date: 8/31/2015 5:03 PM

Sex: F
Age: 35

Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 20872
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## 57 Method (cont'd)

| AV | 8/14/2015 6:36 PM | 8/14/2015 12:14 PM | 5/12/2016 4:19 PM | Ref Range/Females |
|---|---|---|---|---|
| Diazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nordiazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Temazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Lorazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Oxazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Flunitrazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nitrazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Bromazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Clobazam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Midazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Triazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Flurazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Ketamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Norketamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Amphetamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Methamphetamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| MDA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| MDEA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| MDMA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Methylphenidate | Negative | 1 | 2 | Cutoff 10 ng/ml |
| PCP | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Cocaine | Negative | 1 | 2 | Cutoff 200 ng/ml |
| Benzoylecgonine | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Tapentadol | Negative | 1 | 2 | Cutoff 25 ng/ml |
| THC | Negative | 1 | 2 | Cutoff 100 ng/ml |
| N-Desmethylclomipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Imipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| N-Desmethyltrimipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Doxepin | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Amitriptyline | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nortriptyline | Negative | 1 | 2 | Cutoff 50 ng/ml |

Sample ID: 20872/2
END OF REPORT (Final)

Reviewed by: ___________

Pain Management Consultants, P.A.

101 W Koenig Lane Ste 100
AUSTIN, TX 78751

(512) 454-9426

45D2000844
Alex John, MD

Name/DOB: FABRE, NITA (
Patient ID: 13773
Phone number: (
Draw Date: 8/14/2015 12:14 PM
Approval date: 8/18/2015 10:18 AM

Sex: F
Age: 55

Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 20731
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## Qualitative

| AV | 8/14/2015 12:14 PM | | 5/12/2015 4:19 PM | | 2/10/2015 2:23 PM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Dilaudid,Oxycodone,Oxycontin | 1 | Oxycodone,Oxycontin | 2 | Oxycodone,Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Medication Dates | Dilaudid 8-13 | 1 | | 2 | Oxycodone 2/8 | |
| Creatinine U | 341.50 | 1 | 165.30 | 2 | | Normal >20 mg/dl ng/ml |
| pH | 5.80 | 1 | 6.60 | 2 | | Normal 4.0-10.0 ng/ml |
| Specific Gravity | 1.024 | 1 | 1.026 | 2 | | 1.000-1.040 ng/ml |
| Amphetamine | Negative | 1 | Negative | 2 | | Cutoff 500 ng/ml |
| Benzodiazepine | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| Opiates | Positive | 1 | Positive | 2 | | Cutoff 300 ng/ml |
| 08/17/15 3:19 PM | Consistent with Medication | | | | | |
| Oxycodone | Positive | 1 | Positive | 2 | | Cutoff 300 ng/ml |
| 08/17/15 3:19 PM | Consistent with Medication | | | | | |
| Buprenorphine | Negative | 1 | Negative | 2 | | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | Negative | 2 | | Cutoff 300 ng/ml |
| EDDP | Negative | 1 | Negative | 2 | | Cutoff 300 ng/ml |
| Cocaine | Negative | 1 | Negative | 2 | | Cutoff 150 ng/ml |
| Ecstasy | Negative | 1 | Negative | 2 | | Cutoff 500 ng/ml |
| PCP | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| THC | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |

Sample ID: 20731/1
END OF REPORT (Final)

Reviewed by: ________

Pain Management Consultants, P.A.

101 W Koenig Lane
Suite 100
AUSTIN, TX 78751
(512) 454-9426

45D2000844
Alex John M.D.

Name/DOB: **FABRE, NITA** ( )
Patient ID: 13773
Phone number: ( 9
Draw Date: 5/12/2015 4:19 PM
Approval date: 5/13/2015 9:50 AM

Sex: F
Age: 35

Provider: Kristy Markell
Draw Location: Pain Management Associates
Sample ID: 18222
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

**Qualitative**

| AV | 5/12/2015 4:19 PM | | 2/10/2015 2:23 PM | | 2/10/2015 1:54 PM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Oxycodone,Oxycontin | 1 | Oxycodone,Oxycontin | 2 | Oxycodone,Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Medication Dates | | 1 | Oxycodone 2/8 | 2 | Oxycodone 2/8 | |
| Creatinine U | 165.30 | 1 | | 2 | 322.40 | Normal >20 mg/dl ng/ml |
| pH | 6.60 | 1 | | 2 | 5.80 | Normal 4.0-10.0 ng/ml |
| Specific Gravity | 1.026 | 1 | | 2 | 1.021 | 1.000-1.040 ng/ml |
| Amphetamine | Negative | 1 | | 2 | Negative | Cutoff 500 ng/ml |
| Benzodiazepine | Negative | 1 | | 2 | Negative | Cutoff 200 ng/ml |
| Opiates | Positive | 1 | | 2 | Positive | Cutoff 300 ng/ml |
| 05/12/15 7:21 PM | Consistent with Medication | | | | | |
| Oxycodone | Positive | 1 | | 2 | Positive | Cutoff 300 ng/ml |
| 05/12/15 7:21 PM | Consistent with Medication | | | | | |
| Buprenorphine | Negative | 1 | | 2 | Negative | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | | 2 | Negative | Cutoff 300 ng/ml |
| EDDP | Negative | 1 | | 2 | Negative | Cutoff 300 ng/ml |
| Cocaine | Negative | 1 | | 2 | Negative | Cutoff 150 ng/ml |
| Ecstasy | Negative | 1 | | 2 | Negative | Cutoff 500 ng/ml |
| PCP | Negative | 1 | | 2 | Negative | Cutoff 25 ng/ml |
| THC | Negative | 1 | | 2 | Negative | Cutoff 100 ng/ml |

Sample ID: 18222/1
REPRINT: Orig. printing on 5/13/2015 (Final)

Reviewed by: ____

Pain Management Consultants, P.A.

101 W Koenig Lane, Ste 100
AUSTIN, TX 78751

(512) 454-9426

45D2000844
Alex John, MD

Name/DOB: FABRE, NITA (
Patient ID: 13773
Phone number: (
Draw Date: 2/10/2015 2:23 PM
Approval date: 2/23/2015 9:00 AM

Sex: F
Age: 35

Provider: Kristy Markell
Draw Location: Pain Management Associates
Sample ID: 16129
Phlebotomist: Brandi Hackett
Entered by: Brian Komle

02/23/15 9:00 AM Reran patient sample and pos for hydromorphone and hydrocodone

## 57 Method

| BK | 2/10/2015 2:23 PM | | 2/10/2015 1:54 PM | | 2/10/2015 10:60 AM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Oxycodone,Oxycontin | 1 | Oxycodone,Oxycontin | 2 | Oxycodone,Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Medication Dates | Oxycodone 2/8 | 1 | Oxycodone 2/8 | 2 | Oxycodone 2/8 | |
| Creatinine | Normal | 1 | | 2 | | Normal >20 mg/dl |
| Nitrite | Normal | 1 | | 2 | | Normal <200 mg/dl |
| Oxidants | Normal | 1 | | 2 | | Normal |
| pH | Normal | 1 | | 2 | | Normal 4.0-10.0 |
| Specific Gravity | 1.020 | 1 | | 2 | | 1.000-1.040 |
| Morphine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| 6-MAM | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Codeine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Hydrocodone | >2000 Positive | 1 | | 2 | | Cutoff 50 ng/ml |
| 02/23/15 8:58 AM | Inconsistent with medication | | | | | |
| Hydromorphone | 579 | 1 | | 2 | | Cutoff 50 ng/ml |
| 02/23/15 8:59 AM | Inconsistent with medication | | | | | |
| Oxycodone | >2000 Positive | 1 | | 2 | | Cutoff 50 ng/ml |
| 02/23/15 8:59 AM | Consistent with medication | | | | | |
| Oxymorphone | >2000 Positive | 1 | | 2 | | Cutoff 50 ng/ml |
| 02/23/15 8:59 AM | Consistent with medication | | | | | |
| Meperidine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Normeperidine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Buprenorphine | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Norbuprenorphine | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| EDDP | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Propoxyphene | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| Norpropoxyphene | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Tramadol | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| N-Desmethyl-cis-Tramadol | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| Fentanyl | Negative | 1 | | 2 | | Cutoff 2 ng/ml |
| Norfentanyl | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Carisoprodol | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Meprobamate | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Clonazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| 7-Aminoclonazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |

Sample ID: 16129/1
This report continues... (Final)

Reviewed by: ____________

Pain Management Consultants, P.A.
101 W Koenig Lane. Ste 100
AUSTIN, TX 78751
(512) 454-9426

45D2000844
Alex John, MD

| | | | |
|---|---|---|---|
| Name/DOB: FABRE, NITA | ) | | Provider: Kristy Markell |
| Patient ID: 13773 | | Sex: F | Draw Location: Pain Management Associates |
| Phone number: | 9 | Age: 35 | Sample ID: 16129 |
| Draw Date: 2/10/2015 2:23 PM | | | Phlebotomist: Brandi Hackett |
| Approval date: 2/23/2015 9:00 AM | | | Entered by: Brian Kimle |

## 57 Method (cont'd)

| BK | 2/10/2015 2:23 PM | 2/10/2015 1:54 PM | 2/10/2015 10:50 AM | Ref. Range/Females |
|---|---|---|---|---|
| Estazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Alprazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| a-OH-Alprazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Diazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nordiazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Temazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Lorazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Oxazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Flunitrazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nitrazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Bromazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Clobazam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Midazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Triazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Flurazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Ketamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Norketamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Amphetamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Methamphetamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| MDA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| MDEA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| MDMA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Methylphenidate | Negative | 1 | 2 | Cutoff 10 ng/ml |
| PCP | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Cocaine | Negative | 1 | 2 | Cutoff 200 ng/ml |
| Benzoylecgonine | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Tapentadol | Negative | 1 | 2 | Cutoff 25 ng/ml |
| THC | Negative | 1 | 2 | Cutoff 100 ng/ml |
| N-Desmethylclomipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Imipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| N-Desmethyltrimipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Doxepin | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Amitriptyline | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nortriptyline | Negative | 1 | 2 | Cutoff 50 ng/ml |

Sample ID: 16129/2
END OF REPORT (Final)

Reviewed by: ________

Pain Management Consultants, P.A.
101 W Koenig Lane Ste 100
AUSTIN, TX 78751
(512) 454-9426
45D2000844
Alex John, MD

Name/DOB: FABRE, NITA (
Patient ID: 13773
Phone number: )
Draw Date: 2/10/2015 1:54 PM
Approval date: 2/11/2015 4:10 PM

Sex: F
Age: 35

Provider: Julian Haro
Draw Location: Pain Management Associates
Sample ID: 16087
Phlebotomist: Brandi Hackett
Entered by: Brian Kumle

## Qualitative

| BK | 2/10/2015 1:54 PM | | 2/10/2015 10:50 AM | | 10/14/2014 10:27 AM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Oxycodone;Oxycontin | 1 | Oxycodone;Oxycontin | 2 | Hydrocodone; Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Medication Dates | Oxycodone 2/8 | 1 | Oxycodone 2/8 | 2 | | |
| Creatinine U | 322.40 | 1 | 0.00 | 2 | | Normal >20 mg/dl ng/ml |
| pH | 5.80 | 1 | 5.50 | 2 | | Normal 4.0-10.0 ng/ml |
| Specific Gravity | 1.021 | 1 | 1.021 | 2 | | 1.000-1.040 ng/ml |
| Alcohol ETOH | Negative | 1 | Negative | 2 | | Cutoff 50 ng/ml |
| Amphetamine | Negative | 1 | Negative | 2 | | Cutoff 500 ng/ml |
| Benzodiazepine | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| Opiates | Positive | 1 | Positive | 2 | | Cutoff 300 ng/ml |
| 02/11/15 3:23 PM | Consistent with Medication | | | | | |
| Oxycodone | Positive | 1 | Positive | 2 | | Cutoff 300 ng/ml |
| 02/11/15 3:23 PM | Consistent with Medication | | | | | |
| Buprenorphine | Negative | 1 | Negative | 2 | | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | Negative | 2 | | Cutoff 300 ng/ml |
| EDDP | Negative | 1 | Negative | 2 | | Cutoff 300 ng/ml |
| Cocaine | Negative | 1 | Negative | 2 | | Cutoff 150 ng/ml |
| Ecstasy | Negative | 1 | Negative | 2 | | Cutoff 500 ng/ml |
| PCP | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| THC | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |

Sample ID: 16087/1
END OF REPORT (Final)

Reviewed by: ______

Pain Management Consultants, P.A.

101 W Koenig Lane, Ste 100
AUSTIN, TX 78751

(512) 454-9426

45D2000844
Alex John, MD

| | | | |
|---|---|---|---|
| Name/DOB: | FABRE, NITA ( ) | Provider: | Kristy Markell |
| Patient ID: | 13773 Sex: F | Draw Location: | Pain Management Associates |
| Phone number: | (5 9 Age: 34 | Sample ID: | 13618 |
| Draw Date: | 10/14/2014 10:27 AM | Phlebotomist: | Brandi Hackett |
| Approval date: | 10/16/2014 3:53 PM | Entered by: | Brian Kumlo |

## 67 Method

| AV | 10/14/2014 10:27 AM | | 7/14/2014 4:12 PM | | 3/18/2014 10:28 AM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Hydrocodone,Oxycontin | 1 | Hydrocodone, Hydromorphone,Oxycontin | 2 | Hydrocodone, Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Medication Dates | | 1 | Hydromorphone 7-13 | 2 | | |
| Creatinine | Normal | 1 | Normal | 2 | Normal | Normal >20 mg/dl |
| Nitrite | Normal | 1 | Normal | 2 | Normal | Normal <200 mg/dL |
| Oxidants | Normal | 1 | Normal | 2 | Normal | Normal |
| pH | Normal | 1 | Normal | 2 | Normal | Normal 4.0-10.0 |
| Specific Gravity | 1.020 | 1 | 1.025 | 2 | 1.010 | 1.000-1.040 |
| Morphine | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| 6-MAM | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Codeine | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Hydrocodone | 1778 | 1 | >2000 Positive | 2 | 678 | Cutoff 50 ng/ml |
| 10/16/14 3:53 PM | Consistent with medication | | | | | |
| Hydromorphone | 841 | 1 | 1825 | 2 | 271 | Cutoff 50 ng/ml |
| 10/16/14 3:53 PM | Consistent with medication | | | | | |
| Oxycodone | >2000 Positive | 1 | >2000 Positive | 2 | 416 | Cutoff 50 ng/ml |
| 10/16/14 3:53 PM | Consistent with medication | | | | | |
| Oxymorphone | >2000 Positive | 1 | >2000 Positive | 2 | 404 | Cutoff 50 ng/ml |
| 10/16/14 3:53 PM | Consistent with medication | | | | | |
| Meperidine | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Normeperidine | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Buprenorphine | Negative | 1 | Negative | 2 | Negative | Cutoff 5 ng/ml |
| Norbuprenorphine | Negative | 1 | Negative | 2 | Negative | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | Negative | 2 | Negative | Cutoff 200 ng/ml |
| EDDP | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Propoxyphene | Negative | 1 | Negative | 2 | Negative | Cutoff 200 ng/ml |
| Norpropoxphene | Negative | 1 | Negative | 2 | Negative | Cutoff 100 ng/ml |
| Tramadol | Negative | 1 | Negative | 2 | Negative | Cutoff 200 ng/ml |
| N-Desmethyl-cis-Tramadol | Negative | 1 | Negative | 2 | Negative | Cutoff 200 ng/ml |
| Fentanyl | Negative | 1 | Negative | 2 | Negative | Cutoff 2 ng/ml |
| Norfentanyl | Negative | 1 | Negative | 2 | Negative | Cutoff 5 ng/ml |
| Carisoprodol | Negative | 1 | Negative | 2 | Negative | Cutoff 100 ng/ml |
| Meprobamate | Negative | 1 | Negative | 2 | Negative | Cutoff 100 ng/ml |
| Clonazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| 7-Aminoclonazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |

Sample ID: 13618/1
This report continues... (Final)

Reviewed by: ___________

Pain Management Consultants, P.A.
101 W Koenig Lane, Ste 100
AUSTIN, TX 78751
(512) 454-9426
45D2000844
Alex John, MD

Name/DOB: FABRE, NITA ( )
Patient ID: 13773
Phone number:
Draw Date: 10/14/2014 10:27 AM
Approval date: 10/16/2014 3:53 PM
Sex: F
Age: 34
Provider: Kristy Markell
Draw Location: Pain Management Associates
Sample ID: 13618
Phlebotomist: Brandi Hackett
Entered by: Brian Kumle

## 67 Method (cont'd)

| AV | 10/14/2014 10:27 AM | | 7/14/2014 4:12 PM | | 3/18/2014 10:28 AM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Estazolam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Alprazolam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| a-OH-Alprazolam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Diazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Nordiazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Temazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Lorazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Oxazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Flunitrazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Nitrazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Bromazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Clobazam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Midazolam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Triazolam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Flurazepam | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Ketamine | Negative | 1 | Negative | 2 | Negative | Cutoff 100 ng/ml |
| Norketamine | Negative | 1 | Negative | 2 | Negative | Cutoff 100 ng/ml |
| Amphetamine | Negative | 1 | Negative | 2 | Negative | Cutoff 100 ng/ml |
| Methamphetamine | Negative | 1 | Negative | 2 | Negative | Cutoff 100 ng/ml |
| MDA | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| MDEA | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| MDMA | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Methylphenidate | Negative | 1 | Negative | 2 | Negative | Cutoff 10 ng/ml |
| PCP | Negative | 1 | Negative | 2 | Negative | Cutoff 25 ng/ml |
| Cocaine | Negative | 1 | Negative | 2 | Negative | Cutoff 200 ng/ml |
| Benzoylecgonine | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Tapentadol | Negative | 1 | Negative | 2 | Negative | Cutoff 25 ng/ml |
| THC | Negative | 1 | Negative | 2 | Negative | Cutoff 100 ng/ml |
| N-Desmethylclomipramine | Negative | 1 | Negative | 2 | Negative | Cutoff 25 ng/ml |
| Imipramine | Negative | 1 | Negative | 2 | Negative | Cutoff 25 ng/ml |
| N-Desmethyltrimipramine | Negative | 1 | Negative | 2 | Negative | Cutoff 25 ng/ml |
| Doxepin | Negative | 1 | Negative | 2 | Negative | Cutoff 25 ng/ml |
| Amitriptyline | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |
| Nortriptyline | Negative | 1 | Negative | 2 | Negative | Cutoff 50 ng/ml |

Sample ID: 13618/2
END OF REPORT (Final)

Reviewed by: ___________

Pain Management Consultants, P.A.

101 W Koenig Lane, Ste 100
AUSTIN, TX 78751

(512) 454-9426

45D2000844
Alex John, MD

Name/DOB: FABRE, NITA ( )
Patient ID: 13773
Phone number: (5
Draw Date: 3/18/2014 10:28 AM
Approval date: 3/27/2014 11:05 AM

Sex: F
Age: 34

Provider: Kristy Markell
Draw Location: Pain Management Associates
Sample ID: 9874
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## 57 Method

| AV | 3/18/2014 10:28 AM | 12/16/2013 9:48 AM | Ref. Range/Females |
|---|---|---|---|
| Patient Medications | Hydrocodone,Oxycontin | Hydrocodone, Oxycontin | |
| Other Meds | None | None | |
| Medication Dates | | Hydrocodone 12/15 Oxycontin 12/15 | |
| Creatinine | Normal | Normal | Normal >20 mg/dl |
| Nitrite | Normal | Normal | Normal <200 mg/dl |
| Oxidants | Normal | Normal | Normal |
| pH | Normal | Normal | Normal 4.0-10.0 |
| Specific Gravity | 1.010 | 1.020 | 1.000-1.040 |
| Morphine | Negative | Negative | Cutoff 50 ng/ml |
| 6-MAM | Negative | Negative | Cutoff 50 ng/ml |
| Codeine | Negative | Negative | Cutoff 50 ng/ml |
| Hydrocodone | 678 | >2000 Positive | Cutoff 50 ng/ml |
| 03/27/14 11:05 AM | Consistent with medication | | |
| Hydromorphone | 271 | 1470 | Cutoff 50 ng/ml |
| 03/27/14 11:05 AM | Consistent with medication | | |
| Oxycodone | 416 | >2000 Positive | Cutoff 50 ng/ml |
| 03/27/14 11:05 AM | Consistent with medication | | |
| Oxymorphone | 404 | >2000 Positive | Cutoff 50 ng/ml |
| 03/27/14 11:05 AM | Consistent with medication | | |
| Meperidine | Negative | Negative | Cutoff 50 ng/ml |
| Normeperidine | Negative | Negative | Cutoff 50 ng/ml |
| Buprenorphine | Negative | Negative | Cutoff 5 ng/ml |
| Norbuprenorphine | Negative | Negative | Cutoff 5 ng/ml |
| Methadone | Negative | Negative | Cutoff 200 ng/ml |
| EDDP | Negative | Negative | Cutoff 50 ng/ml |
| Propoxyphene | Negative | Negative | Cutoff 200 ng/ml |
| Norpropoxyphene | Negative | Negative | Cutoff 100 ng/ml |
| Tramadol | Negative | Negative | Cutoff 200 ng/ml |
| N-Desmethyl-cis-Tramadol | Negative | Negative | Cutoff 200 ng/ml |
| Fentanyl | Negative | Negative | Cutoff 2 ng/ml |
| Norfentanyl | Negative | Negative | Cutoff 5 ng/ml |
| Carisoprodol | Negative | Negative | Cutoff 100 ng/ml |
| Meprobamate | Negative | Negative | Cutoff 100 ng/ml |
| Clonazepam | Negative | Negative | Cutoff 50 ng/ml |

Sample ID: 9874/1
This report continues... (Final)

Reviewed by: ________

Pain Management Consultants, P.A.
101 W Koenig Lane Ste 100
AUSTIN, TX 78751
(512) 454-9426
45D2000844
Alex John, MD

Name/DOB: FABRE, NITA |
Patient ID: 13773
Phone number: (51
Draw Date: 3/18/2014 10:28 AM
Approval date: 3/27/2014 11:05 AM

Sex: F
Age: 34

Provider: Kristy Markell
Draw Location: Pain Management Associates
Sample ID: 9874
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## 57 Method (cont'd)

| AV | 3/18/2014 10:28 AM | 12/16/2013 9:49 AM | Ref. Range/Females |
|---|---|---|---|
| 7-Aminoclonazepam | Negative | Negative | Cutoff 50 ng/ml |
| Estazolam | Negative | Negative | Cutoff 50 ng/ml |
| Alprazolam | Negative | Negative | Cutoff 50 ng/ml |
| a-OH-Alprazolam | Negative | Negative | Cutoff 50 ng/ml |
| Diazepam | Negative | Negative | Cutoff 50 ng/ml |
| Nordiazepam | Negative | Negative | Cutoff 50 ng/ml |
| Temazepam | Negative | Negative | Cutoff 50 ng/ml |
| Lorazepam | Negative | Negative | Cutoff 50 ng/ml |
| Oxazepam | Negative | Negative | Cutoff 50 ng/ml |
| Flunitrazepam | Negative | Negative | Cutoff 50 ng/ml |
| Nitrazepam | Negative | Negative | Cutoff 50 ng/ml |
| Bromazepam | Negative | Negative | Cutoff 50 ng/ml |
| Clobazam | Negative | Negative | Cutoff 50 ng/ml |
| Midazolam | Negative | Negative | Cutoff 50 ng/ml |
| Triazolam | Negative | Negative | Cutoff 50 ng/ml |
| Flurazepam | Negative | Negative | Cutoff 50 ng/ml |
| Ketamine | Negative | Negative | Cutoff 100 ng/ml |
| Norketamine | Negative | Negative | Cutoff 100 ng/ml |
| Amphetamine | Negative | Negative | Cutoff 100 ng/ml |
| Methamphetamine | Negative | Negative | Cutoff 100 ng/ml |
| MDA | Negative | Negative | Cutoff 50 ng/ml |
| MDEA | Negative | Negative | Cutoff 50 ng/ml |
| MDMA | Negative | Negative | Cutoff 50 ng/ml |
| Methylphenidate | Negative | Negative | Cutoff 10 ng/ml |
| PCP | Negative | Negative | Cutoff 25 ng/ml |
| Cocaine | Negative | Negative | Cutoff 200 ng/ml |
| Benzoylecgonine | Negative | Negative | Cutoff 10 ng/ml |
| Tapentadol | Negative | Negative | Cutoff 25 ng/ml |
| THC | Negative | Negative | Cutoff 100 ng/ml |
| N-Desmethylclomipramine | Negative | Negative | Cutoff 25 ng/ml |
| Imipramine | Negative | Negative | Cutoff 25 ng/ml |
| N-Desmethyltrimipramine | Negative | Negative | Cutoff 25 ng/ml |
| Doxepin | Negative | Negative | Cutoff 25 ng/ml |
| Amitriptyline | Negative | Negative | Cutoff 50 ng/ml |
| Nortriptyline | Negative | Negative | Cutoff 50 ng/ml |

Sample ID: 9874-2
END OF REPORT (Final)

Reviewed by: ________

**Pain Management PA**
101 W Koenig Lane
Suite 100
AUSTIN, TX 78751

45D2000844
Alex John, MD

Name/DOB: FABRE, NITA ( )
Patient ID: 13773
Phone number: (512 )
Draw Date: 12/16/2013 9:49 AM
Approval date: 12/23/2013 8:55 AM

Sex: F
Age: 53

Provider: Kristy Markell
Draw Location: Pain Management Associates PA
Sample ID: 8480
Phlebotomist: Brandi Hackett
Entered by: Brian Kunitz

**57 Method**

| AV | 12/16/2013 9:49 AM | Ref. Range/Females |
|---|---|---|
| Patient Medications | Hydrocodone;Oxycontin | |
| Other Meds | None | |
| Medication Dates | Hydrocodone 12/13, Oxycontin 12/13 | |
| Creatinine | Normal | Normal >20 mg/dl |
| Nitrite | Normal | Normal <200 mg/dl |
| Oxidants | Normal | Normal |
| pH | Normal | Normal 4.0-10.0 |
| Specific Gravity | 1.020 | 1.000-1.040 |
| Morphine | Negative | Cutoff 50 ng/ml |
| 6-MAM | Negative | Cutoff 50 ng/ml |
| Codeine | Negative | Cutoff 10 ng/ml |
| Hydrocodone | >2000 Positive | Cutoff 50 ng/ml |
| 12/27/13 8:54 AM | Consistent with medication | |
| Hydromorphone | 1470 | Cutoff 50 ng/ml |
| 12/27/13 8:54 AM | Consistent with medication | |
| Oxycodone | >2000 Positive | Cutoff 50 ng/ml |
| 12/27/13 8:54 AM | Consistent with medication | |
| Oxymorphone | >2000 Positive | Cutoff 50 ng/ml |
| 12/27/13 8:54 AM | Consistent with medication | |
| Meperidine | Negative | Cutoff 50 ng/ml |
| Normeperidine | Negative | Cutoff 50 ng/ml |
| Buprenorphine | Negative | Cutoff 5 ng/ml |
| Norbuprenorphine | Negative | Cutoff 5 ng/ml |
| Methadone | Negative | Cutoff 200 ng/ml |
| EDDP | Negative | Cutoff 50 ng/ml |
| Propoxyphene | Negative | Cutoff 200 ng/ml |
| Norpropoxyphene | Negative | Cutoff 100 ng/ml |
| Tramadol | Negative | Cutoff 200 ng/ml |
| N-Desmethyl-cis-Tramadol | Negative | Cutoff 200 ng/ml |
| Fentanyl | Negative | Cutoff 2 ng/ml |
| Norfentanyl | Negative | Cutoff 5 ng/ml |
| Carisoprodol | Negative | Cutoff 100 ng/ml |
| Meprobamate | Negative | Cutoff 100 ng/ml |
| Clonazepam | Negative | Cutoff 50 ng/ml |
| 7-Aminoclonazepam | Negative | Cutoff 50 ng/ml |
| Estazolam | Negative | Cutoff 50 ng/ml |

Sample ID: 8480/1
This report continues... (Final)

Reviewed by:________

**Pain Management PA**
101 W Koenig Lane
Suite 100
AUSTIN, TX 78751

45D2000844
Alex John, MD

| | | | |
|---|---|---|---|
| Name/DOB: | FABRE, NITA ( ) | Provider: | Kristy Markell |
| Patient ID: | 13773 Sex: F | Draw Location: | Pain Management Associates PA |
| Phone number: | ( Age: 33 | Sample ID: | 8480 |
| Draw Date: | 12/16/2013 9:49 AM | Phlebotomist: | Brandi Hackett |
| Approval date: | 12/27/2013 8:55 AM | Entered by: | Brian Kunkle |

## 67 Method (cont'd)

| AV | 12/16/2013 9:49 AM | Ref. Range/Females |
|---|---|---|
| Alprazolam | Negative | Cutoff 50 ng/ml |
| a-OH-Alprazolam | Negative | Cutoff 50 ng/ml |
| Diazepam | Negative | Cutoff 50 ng/ml |
| Nordiazepam | Negative | Cutoff 50 ng/ml |
| Temazepam | Negative | Cutoff 50 ng/ml |
| Lorazepam | Negative | Cutoff 50 ng/ml |
| Oxazepam | Negative | Cutoff 50 ng/ml |
| Flunitrazepam | Negative | Cutoff 50 ng/ml |
| Nitrazepam | Negative | Cutoff 50 ng/ml |
| Bromazepam | Negative | Cutoff 50 ng/ml |
| Clobazam | Negative | Cutoff 50 ng/ml |
| Midazolam | Negative | Cutoff 50 ng/ml |
| Triazolam | Negative | Cutoff 50 ng/ml |
| Flurazepam | Negative | Cutoff 50 ng/ml |
| Ketamine | Negative | Cutoff 100 ng/ml |
| Norketamine | Negative | Cutoff 100 ng/ml |
| Amphetamine | Negative | Cutoff 100 ng/ml |
| Methamphetamine | Negative | Cutoff 100 ng/ml |
| MDA | Negative | Cutoff 50 ng/ml |
| MDEA | Negative | Cutoff 50 ng/ml |
| MDMA | Negative | Cutoff 50 ng/ml |
| Methylphenidate | Negative | Cutoff 10 ng/ml |
| PCP | Negative | Cutoff 25 ng/ml |
| Cocaine | Negative | Cutoff 200 ng/ml |
| Benzoylecgonine | Negative | Cutoff 10 ng/ml |
| Tapentadol | Negative | Cutoff 25 ng/ml |
| THC | Negative | Cutoff 100 ng/ml |
| N-Desmethylclomipramine | Negative | Cutoff 25 ng/ml |
| Imipramine | Negative | Cutoff 25 ng/ml |
| N-Desmethyltrimipramine | Negative | Cutoff 25 ng/ml |
| Doxepin | Negative | Cutoff 25 ng/ml |
| Amitriptyline | Negative | Cutoff 50 ng/ml |
| Nortriptyline | Negative | Cutoff 50 ng/ml |

Sample ID: 8480-2
END OF REPORT (Final)

Reviewed by: ________
Page 2

## Procedure

### Sacroiliac Joint (27096)

NITA FABRE

**Final, Reviewed**
Diagnosis: Sacroiliitis (720.2 | M46.1)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 8/14/2015 (Routine)
Performed on 8/20/2015 2:46 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/20/2015

**Order Comments:**
Bilateral

### SI Joint/////////////

Date of Service: 8/20/2015 2:46 PM
**Procedure**
Name: SACROILIAC JOINT INJECTION #1
Side: Right and Left
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: sacroiliitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep and allowed to dry. Local skin infiltration was performed with 1% Lidocaine. The inferior portion of the joint was visualized with fluoroscopy. A 22 gauge 3.5" spinal needle was placed into the SI joint utilizing direct fluoroscopic visualization.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2 cc
**Radiological Report**
Findings: Spread of contrast was noted intraarticular.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Recommend repeating in two weeks unless pain has resolved completely. My office will contact the patient to schedule.

## Procedure

## Piriformis (20552)

NITA FABRE

**Final, Reviewed**
Diagnosis: Myalgia and myositis (729.1)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 8/14/2015 (Routine)
Performed on 8/20/2015 2:47 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/20/2015

**Order Comments:**
Bilateral

## Piriformis/////

Date of Service: 8/20/2015 2:47 PM
**Procedure**
Name: PIRIFORMIS INJECTION #2
Side: Right and Left
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
:: Reason for procedure: muscular pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve or tissue injury, pneumothorax, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped with standard surgical prep and allowed to dry. The patient was assisted into position to expose affected area. A 22ga whitacre needle was advanced the superior/medial aspect of the hip joint into he piriformis muscle.

Fluoroscopy was utilized and a myogram was produced with contrast.
Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.
**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 8 cc
Omnipaque 240mg/ml: 4 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

## Procedure

# Discogram Lumbar (62290)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Brittany Staires, LVN on 7/28/2015 (Routine)
Performed on 7/30/2015 2:08 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/5/2015

# Discogram/////

Date of Service: 7/30/2015 2:08 PM
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Name: DISCOGRAM**
The patient's primary area of pain is : Low back
:: Zinacef 750mg was administered IV prior to beginning the procedure. (Ancef 1 gm was given)
:: Rocephin 5mg/ml was mixed with contrast and injected intradiscally.

Reason for procedure: Degenerative Disc Disease-Lumbar

The risks were discussed with the patient to include but not limited to infection, bleeding, nerve damage, paralysis, worsening of pain, spinal headache and that this is a diagnostic procedure that will not help the pain. The protocol was explained to the patient, including the concepts of concordancy and pain scale (0-10). Informed consent was obtained. All individuals in the operating room wore caps and masks. The operator underwent surgical scrub and wore a surgical gown. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep technique. Oblique fluoroscopy was utilized so the superior articular process was approximately midway between the anterior and posterior aspects of the vertebral body at each level. After skin local infiltration with 1% Xylocaine, a 20/25-gauge coaxial needle was advanced under direct fluoroscopy to the anterior aspect of the superior articular process. The 25-gauge needle with bent tip was advanced into the disc. At L5, a more acute bend was utilized. Nonionic contrast material was then instilled at each level under real time fluoroscopy. The patient's response was recorded. Hard copy PA and lateral images were obtained. The patient had no paresthesias except as noted below and tolerated procedure well.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.
(minimal sedation just to decrease anxiety)
Pain response to 30ga skin wheal: 3 /10
**L2-3 Disc**
Opening Pressure: 10 psi
Maximum Pressure: 90 psi
Contrast: 3 ml
Pain Response: 0 /10
Concordancy: N/A
Appearance: Disc appearance is normal, Disc height is preserved
Impression: L2/3 control disc
**L3-4 Disc**
Opening Pressure: 12 psi
Maximum Pressure: 90 psi
Contrast: 3 ml
Pain Response: 0 /10
Concordancy: N/A
Appearance: Disc height is preserved, Disc appearance is normal
Impression: normal appearing L3/4 disc without pain
**L5-S1 Disc**
Opening Pressure: 20 psi
Maximum Pressure: 60 psi
Contrast: 2 ml
Pain Response: 8 /10
Concordancy: Yes (Pain had pain reproduction at a little higher pressures than I would have liked to see.)
Appearance: Disc height is preserved, Posterior fissures (overall, her disc at L5/S1 didn't look too bad on fluoro. possible posterior fissure but contrast primarily appeared centrally located.)
**Follow up**
Plan:
Refer for CT scan lumbar discs
Schedule a follow up visit in 1 week to discuss final impression.

## Procedure

## Procedure

## Radiofrequency Thermocoagulation Lumbar (64635)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Debbie Haro, RN on 7/6/2015 (Routine)
Performed on 7/9/2015 3:07 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 7/10/2015

**Order Comments:**
Bilateral Lumbar 2,3,4

## RFTC lumbar//////////

Date of Service: 7/9/2015 3:07 PM
Reason for Procedure: Lumbar spondylosis
**Procedure: RADIOFREQUENCY NEUROLYTIC LESIONING OF THE MEDIAL BRANCH NERVES**
Side: Right and Left
Levels: L2, L3, L4, L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**History**
Since last procedure, patient has: decreased pain (previous RFTC at l5/S1 helpful for lower lumbar pain which has worn off and persistent pain above the fusion L2-34 which was temporarily relieved with L2-4 MBB. Will proceed to bilateral L2-4 and L5/S1 RFTC today.)
**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, infection, bleeding, nerve damage, paralysis, and inefficacy, worsening of pain and spinal headache. The patient understood the risks of nerve damage with resulting numbness, weakness or pain in the extremities. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

After standard surgical prep and drape and skin localization with 1% Xylocaine, fluoroscopy was utilized to place the needles as follows:

Using fluoroscopy, the superior endplate of the vertebra was aligned, and utilizing an oblique projection, an 18-gauge needle with a 10 mm active bent tip was placed at "the eye of the dog." The PA projection was used to place the needle at the junction of the sacral ala and the vertebral body. Lateral views were obtained. The needles were posterior and caudad to the neural foramen at each level. Sensory stimulation was carried out at 50 Hz. Discomfort was produced at less than 1 volt. Motor stimulation at 2 Hz to 2 volts (cervical and upper thoracic), or 3 volts (mid/lower thoracic, and lumbar) was performed. The needles were adjusted so the patient did not feel stimulation in the extremity. The image was transferred to the second monitor. Up to 1 ml of 2% Lidocaine was placed through the needle and repeated if necessary. The stylette was replaced and the needle position rechecked. A 60 second 85-degree lesion was performed. A hard copy was made of the position of the needle at each level. The needle was withdrawn slightly and a second lesion was performed.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

Lidocaine 1%: 20 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated. Follow up in office visit in 4 weeks or for routine office visit for medication.

## Procedure

# Epidural Steroid Injection Transforaminal Lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Brittany Staires, LVN on 6/29/2015 (Routine)
Performed on 6/29/2015 3:59 PM
Reviewed by J. LOWELL HARO, M.D. on 6/29/2015

# ESI TF lumbar///////////////

Date of Service: 6/29/2015 3:59 PM
**Procedure**
Name: TRANSFORAMINAL EPIDURAL STEROID INJECTION #2
Side: Right
Level: S1, L5 Vertebral
**Surgeon**
:: J. LOWELL HARO, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Omnipaque 240mg/ml: 4cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (R lateral L5, L S1 root to L5-S1 disc.)
:: No fill defects were observed.
:: No paresthesias were produced.
:: The patient's normal pain was produced.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

## Procedure

# Epidural Steroid Injection Transforaminal Lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 6/9/2015 (Routine)
Performed on 6/10/2015 3:51 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 6/15/2015

**Order Comments:**
right L5, S1

# ESI TF lumbar///////////////

Date of Service: 6/10/2015 3:51 PM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5 and S1)
:: No fill defects were observed.
:: No paresthesias were produced.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

## Procedure

# Medial Branch Block Lumbar (64493)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 5/28/2015 (Routine)
Performed on 5/28/2015 3:36 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/28/2015

## MBB lumbar////////////////

Date of Service: 5/28/2015 3:36 PM
Reason for Procedure: Lumbar spondylosis

**Procedure**
Name: DIAGNOSTIC MEDIAL BRANCH NERVE BLOCK INJECTION #2
Side: Right and Left
Levels: L2, L3, L4
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, arm weakness and/or numbness, worsening of pain, and no change in pain, arrhythmias and seizures. Informed consent obtained. The patient was assisted onto the x-ray table in the lateral position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Mixture of Bupivicaine 0.75% with 1/2 part non-ionic contrast: 3 cc
**Pain level with provocative measures to load the facets**
Before: 6 /10
After: 1 /10
**Follow up**
Plan: The patient's pain level was assessed 20 minutes after the completion of the injection. Significant pain relief has been achieved. Typical duration of action for Bupivacaine is 1-2 hours. The patient has been advised that their pain will return soon and that this is a normal response. The pain relief demonstrates that their pain is originating from the facet joints that have been injected.

Recommendation is to schedule radiofrequency lesioning of the affected facet joints.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5752

| | |
|---|---|
| Date: | April 12, 2017 |
| To: | DR. PATRICK NOLAN<br>AUSTIN DIAGNOSTIC CLINIC NEUROLOGY<br>12221 N MOPAC<br>AUSTIN TX 78758 |
| Attn: | ***IMPORTANT REQUEST*** |
| Fax: | (512) 901-3911 |
| From: | Kelsey Serdy<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5752 |
| Total Pages<br>(Including Cover): | 12 |
| RE:<br><br>Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

April 12, 2017

Dr. Patrick C. Nolan
Austin Diagnostic Clinic Neurology
12221 N MOPAC
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Patrick Nolan:

Please see the attached.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-MEDICAL-CP/PEER REVIEW-04.06.2017
5557206-MEDICAL-CORRESPONDENCE-04.11.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5752

| | |
|---|---|
| Date: | April 7, 2017 |
| To: | DR. PATRICK NOLAN<br>AUSTIN DIAGNOSTIC CLINIC NEUROLOGY<br>12221 N MOPAC<br>AUSTIN TX 78758 |
| Attn: | ***IMPORTANT REQUEST*** |
| Fax: | (512) 901-3911 |
| From: | Kelsey Serdy<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5752 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

April 7, 2017

Dr. Patrick C. Nolan
Austin Diagnostic Clinic Neurology
12221 N MOPAC
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Patrick Nolan:

We are the Disability Claim Administrator for your patient, Nita Fabre.

On April 6, 2017 a/an Consulting Physician Review was performed to assist us in determining Ms. Fabre's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

← Did not receive report

Please review the enclosed report by Arlen D. Green, DO, and provide any comments you wish to have considered. If you disagree with Arlen D. Green, DO's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by April 24, 2017. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our

office at our secure fax number (603) 430-5752 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fabre allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fabre's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017
5557206-MEDICAL-CP/PEER REVIEW-04.06.2017

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 3/27/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Nita M Fabre | **Group/Policy/ Claim Number:** | 5557206 |
| **MES Case Number:** | 31817041459 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kelsey Serdy |

## DATA REVIEWED AND CONTACT INFORMATION:

- Referrals from Liberty Mutual 03/27/17
- Authorization for disclosure of health information 02/09/17
- Authorization to obtain and release information (excluding psychotherapy notes) 02/09/17, 01/05/16
- Disability carrier by Judson Cook, MD 10/14/16
- Office notes by Judson Cook, MD 10/12/16, 09/23/16, 10/05/16, 08/09/16, 05/16/16, 04/13/16, 02/01/17, 11/23/16, 11/06/16, 08/17/16
- Office note by John Kish, MD 09/28/16
- Exams by Anthony Masaryk, MD 09/27/16
- Operative report by Judson Cook, MD 09/27/16, 08/15/16, 12/29/16
- Office notes by Fida Khan, MD 09/29/16
- Office notes by Patrick Nolan, MD 07/12/16, 06/22/16, 02/27/17, 06/29/16, 06/30/16, 06/25/16, 06/27/16, 06/23/16, 07/12/16, 08/26/16
- Office notes by Rajeev Shah, MD 06/29/16
- Office notes by Dan Richardson, MD 04/22/16
- Medical records from Liberty Mutual 10/24/16, 09/07/16
- Disability Insurance Benefit Analysis from Liberty Mutual 01/11/17, 01/12/17, 03/02/17, 03/01/17
- Pain Management consultants PA by Jeffrey Higginbotham, MD 12/23/16, 12/12/16, 11/04/16
- Office notes by Jeffrey Higginbotham, MD 12/06/16, 11/11/16, 07/09/15, 06/29/15, 06/10/15, 05/28/15, 05/21/15, 03/16/15, 01/12/15, 11/20/14, 10/30/14, 10/23/14, 10/02/14, 06/02/14, 05/27/14, 05/01/14, 01/30/14, 01/31/14, 01/09/14, 12/20/13, 10/24/13
- Office notes by Richard DeBehnke, MD 12/22/16, 12/29/16, 02/28/17, 06/16/16, 06/21/16, 06/26/16, 08/30/16
- Office notes by Maria Hamm, MA 12/29/16
- Quality Assurance Report 01/26/17, 03/02/17, 03/20/17
- Office note by John Manning, MD 12/29/16
- Office note by Brett Macadam, MD 12/21/16
- Follow up by Kristy Markell, PA-C 03/18/14, 02/12/14, 01/14/14, 12/16/13, 11/12/13, 10/17/13, 10/01/13, 09/18/13, 09/04/13, 08/27/13, 08/22/13, 10/02/14, 05/22/14, 04/15/14, 01/14/14, 12/16/13
- Office notes by Joshua Abrarnowilz, MD 07/31/15
- Office notes by Scott Campbell, MD 06/24/15
- Office notes by Ken Trevino, MD 12/26/13
- Office notes ill eligible name 09/05/13

- Office notes ill eligible name 04/25/13
- Office notes ill eligible name 01/14/13
- Office notes ill eligible name 09/06/12
- Long Term Disability Benefits from Liberty Mutual 09/12/16
- Office notes by Maria Hamm, MA 06/22/16
- Office notes by Angie Eathorne, MA 06/30/16
- Office notes by Leslie Poole, RN 06/23/16
- Office notes by Outside Doctor 08/15/16

Dr. Judson Cook (neurosurgery) (512) 835-8100
On 03/30/2017 at 1:35 PM Pacific Time a voicemail was reached and a detailed message was left. On 04/03/2017 at 1:33PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. On 04/04/2017 at 1:20 PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. No return call has been received as of this writing.

Dr. Jeffrey Higginbotham (pain mgt) (512) 454-9426
On 03/30/2017 at 1:40 PM Pacific Time I spoke with Catherine, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/03/2017 at 1:41 PM Pacific Time I spoke with Misty, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/04/2017 at 1:25 PM Pacific Time I spoke with Adria, who reported that Dr. Higginbotham was unavailable. A detailed message was left. No return call has been received as of this writing.

**SUMMARY OF RECORDS:**
This is a 37-year-old female with post laminectomy syndrome. She had initial injury on 02/02/12 at which time she was involved in a motor vehicle accident. She states that she has had recurrent pain since this time.

All clinical documentation and diagnostic studies have been reviewed. There are multiple interventional procedure notes reviewed showing that the claimant was given spinal injections to include epidural steroid injections, medial branch block, radiofrequency ablation, sacroiliac joint injections, trochanteric bursa injections, and intra-articular hip injections with symptomatic relief.

In an office note on 08/22/13 per Dr. Jeffrey Higginbotham, the claimant is status post spinal cord stimulator placement with improved postop pain from the spinal cord stimulator revision. She states that she is ready to return to work.

In an office visit on 09/18/13 per Dr. Jeffrey Higginbotham, she continues to be managed for ongoing pain complaints by pain management. Physical examination reveals motor strength is 5/5. Straight leg raise does not reproduce pain. She does not feel that she can return to work due to her pain. She has been off of work since 09/04/13. She is not achieving good stimulation of the right lower extremity pain with the spinal cord stimulator despite having it reprogrammed.

In a follow-up visit on 12/16/13, she is seen for evaluation and treatment of chronic pain. Symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, stress, weather change and bending. Symptoms are relieved by rest, stretching, change of position, and medications. She has achieved significant pain relief with injections. Current medications include Lyrica, Celebrex, and OxyContin.

In a follow-up visit on 03/18/14, it is noted the claimant is status post spinal cord stimulator

placement on 07/18/13. She reports receiving much improved pain relief and good stimulation since reprogramming. Assessment is post laminectomy syndrome, sacroiliitis, hip bursitis, myalgia, and chronic pain syndrome. She reports 40% pain relief from a trigger point injection to the lumbar spine on 01/30/14. She reports 75% pain relief following a right hip injection on 01/30/14. She reports 65% pain relief following a right SI joint injection on 01/09/14. She reports that medications are helping to manage her symptoms.

Per a procedure note on 10/02/14, the claimant underwent a trochanteric bursa injection.

Per a procedure note on 03/16/15, the claimant underwent a transforaminal lumbar epidural steroid injection at the L5 – S1 level.

A CT of the lumbar spine on 06/22/15 shows an L4 – 5 solid anterior column fusion, at L5 – S-1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves. It is noted that this could be irritation of the descending annexing L5 nerves with loadbearing.

A procedure note on 07/09/15 states a radiofrequency ablation is performed at the bilateral L2, L3, L4, L5, and S1 levels.

A CT of the lumbar spine on 04/22/16 shows stimulating electrons has not changed in position since 09/05/13. There is no spinal cord compression or new disc herniation at any level. There is no new disc herniation or significant canal narrowing at any level.

An office visit on 04/28/16, the claimant has accommodated history of lower back pain including 2 laminectomies, and L4 – 5 anterior lumbar fusion and a thoracic spinal cord stimulator system with a tripole paddle electrode. She has right leg pain down to her lateral shin and dorsum of the foot. She has failed conservative therapy.

A new patient visit on 06/22/16 with Dr. Patrick Nolan evaluated the claimant for bilateral foot pain and numbness as well as or back pain, gait disturbance, and migraines. She has a history of refractory lower back pain without obvious radicular abnormalities. She arrived with a walker. She has seen pain management and complains of occasional pain in the pelvic area. Motor strength is normal. Reflexes are symmetrical. Sensation is normal. Coordination is normal. The provider states he is unsure of the etiology of the claimant's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy prior to her lumbar surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on examination. Imaging studies and electrodiagnostic studies are ordered.

MRI of the cervical spine on 06/29/16 shows an incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT of the head from 04/04/08. There is mild degenerative change at C5 – C6 with shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.

Electrodiagnostic study performed on 07/12/16 shows no evidence of a distal peripheral polyneuropathy, right lower extremity plexopathy, radiculopathy, or myopathy.

In an office visit on 07/19/16, the claimant is seen by Dr. Judson Cook status post electrodiagnostic studies of the lower extremities which was overall negative. Diagnosis is lumbar post laminectomy syndrome.

An operative note dated 08/15/16 notes a revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed.

In an office visit on 09/22/16, Dr. Cook states that the claimant had an aspiration of the pulse generator pocket. The fluid has grown out as staph aureus and she has been placed on appropriate oral antibiotics. She reported continued pain at the battery site and along the distal electrode leads. Impression is post laminectomy syndrome. The incision appears to be well healed superficially but there is a deeper fluid pocket over the battery site.

Per an operative note on 09/26/16, removal of spinal cord stimulator system is performed.

MRI of the lumbar spine on 09/27/16 reveals there has been removal of an infected spinal cord stimulator through a laminectomy at T9. There is a 6 mm focus of thickening and enhancement along the ligamentum flavum in the area previously occupied by the stimulator leads. The area extends from T7 through T10 and is presumed to be infected. There is no evidence of any cord compression. There is a prior anterior fusion at the L4 – 5 level and evidence of a L4 laminotomy. There is no evidence of any spinal canal or neural foraminal stenosis.

An X-ray of the lumbar spine on 09/28/16 shows a well-positioned PICC line without evidence of acute cardiopulmonary disease.

In an office note on 10/11/16, Dr. Judson Cook saw the claimant status post removal of her entire thoracic spinal cord stimulator system due to infection. She continues to be followed closely by infectious disease. Motor strength is 5/5. Chronic pain syndrome is improved. Given her recurrent severe lower back and leg pain she would like to discuss options for reimplantation of the stimulator.

In an office note on 10/03/16, the claimant is status post spinal cord stimulator explant secondary to pocket infection. An MRI of the thoracic and lumbar spine is recommended. She will continue her current medication regimen. On examination there is no sign of infection. Motor strength and tone is normal.

In a disability form on 10/14/16 Dr. Cook states that the claimant is unable to perform bending, lifting, twisting or any exerted activity due to postoperative recovery and healing.

On 11/04/16, the claimant underwent a spinal cord stimulator trial.

In an office note on 11/11/16, Dr. Jeffrey Higginbotham states that the claimant's cord stimulator trial leads were removed without resistance. There were no complications. She will discuss reimplantation with Dr. Cook.

In an office note on 11/22/16, Dr. Jeffrey Higginbotham states that the claimant is status post removal of her entire thoracic spinal cord see me later system due to infection. She continues to be followed closely by infectious disease and now has finished her course of IV antibiotics.

In an office visit on 12/06/16, Dr. Jeffrey Higginbotham saw the claimant for a chief complaint of back pain. She was involved in a motor vehicle accident on 02/02/12. Pain level is 7/10. Examination reveals no signs of infection. Muscle tone and strength is normal. Sensation is intact. The claimant is stable on current medications.

MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or

osteomyelitis. Mild loss of decided T7 – T8 and T8 – T9. Mild multilevel facet arthrosis of the mid and lower thoracic spine. No central or neural foraminal stenosis is noted.

In an office note on 12/22/16, Dr. Richard DeBehnke evaluated the claimant for respiratory symptoms. She has a history of chronic back pain. She is able to walk with the assistance of a cane. Sensation is difficult to evaluate. Deep tendon reflexes are 2+ and symmetrical.

Per an operative note on 12/28/16, a thoracic laminectomy and placement of multi-array paddle electrode for dorsal column stimulator, placement of pulse generator and programming is performed.

In an office visit on 01/12/17, Dr. Judson Cook states that she has made a reasonable recovery from the surgical procedure on 12/28/16 at which time she underwent replacement of multi-array paddle electrode into the thoracic region along with a pulse generator on 12/28/16. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region.

In an office note on 02/27/17, Dr. Patrick Nolan, neurology evaluation indicates that the claimant has bilateral foot pain and numbness as well as gait disturbance, depression, and episodic migraine headaches. Her headaches are stable and minimal. Nerve conduction testing demonstrates no obvious neuropathy. She has occasional tingling paresthesia in the feet at night which may be related to the spinal cord stimulator. She can rise from the examination table from a line to seated position without assistance. Motor strength and tone is normal. Reflexes are symmetrical. Sensation is normal. She is ambulating on a walker but can take a few steps on her toes.

**REVIEW QUESTION (S):**

**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

The claimant is diagnosed with post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy.

**2. Please clarify which diagnoses are causing impairment.**

The claimant is impaired secondary to post laminectomy syndrome.

After careful review of all documentation provided the claimant is a 37-year-old female with chronic lower back pain status post cervical fusion and spinal cord stimulator placement. She is status post spinal cord stimulator placement on 02/04/13 and revision on 07/18/13. On 08/15/16, revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed complicated by infection and was removed. The device was re-implanted on 12/28/16. MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or osteomyelitis. As of 01/12/17 it is noted that she has recovered sufficiently from the reimplantation of spinal cord stimulator. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region. A 02/27/17 neurology evaluation indicates that she has bilateral foot pain and numbness with gait disturbance. Nerve conduction studies are reported to be negative. Motor strength and tone is normal. Reflexes are symmetrical and sensation is normal. She is ambulating with a walker but can take some steps on her toes. The claimant is impaired due to her history of cervical fusion, and spinal cord stimulator placement as well as continued difficulty with ambulation and chronic pain.

**3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.**

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

These restrictions are ongoing and given the claimant's surgical history with the spinal cord implant would not be expected to change significantly. Prognosis is poor for a return to work without restrictions.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical records provided do not describe any side effects from medications that would support impairment affecting functional capacity.

**5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

The treatment plan to date has been appropriate and consistent with the current standard of care. Based on the available medical records, the claimant underwent the appropriate nonsurgical treatments and surgeries performed were medically necessary.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health*

*plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*

Arlen D. Green, DO
Board Certified in Physical Medicine & Rehabilitation
Expertise in Pain Medicine
Expertise in Spine
CA License #9441
04/06/2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5752

| | |
|---|---|
| Date: | April 7, 2017 |
| To: | DR. PATRICK NOLAN<br>AUSTIN DIAGNOSTIC CLINIC NEUROLOGY<br>12221 N MOPAC<br>AUSTIN TX 78758 |
| Attn: | ***IMPORTANT REQUEST*** |
| Fax: | (512) 901-3911 |
| From: | Kelsey Serdy<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5752 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

April 7, 2017

Dr. Patrick C. Nolan
Austin Diagnostic Clinic Neurology
12221 N MOPAC
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Patrick Nolan:

We are the Disability Claim Administrator for your patient, Nita Fabre.

On April 6, 2017 a/an Consulting Physician Review was performed to assist us in determining Ms. Fabre's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

← Did not receive report

Please review the enclosed report by Arlen D. Green, DO, and provide any comments you wish to have considered. If you disagree with Arlen D. Green, DO's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by April 24, 2017. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our

office at our secure fax number (603) 430-5752 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fabre allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fabre's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017
5557206-MEDICAL-CP/PEER REVIEW-04.06.2017

**Liberty Life Assurance Company of Boston**

Jenny Irvin, MS, CRC
Group Benefits Claims
P.O. Box 7702
London, KY 40742
Phone: (815) 230-6354
Fax: (888) 358-3401
E-Mail: Jenniferl.Irvin@libertymutual.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

**Claimant Name:** Nita Fabre
**Claim Number:** 5557206
**Disability Case Manager:** Kelsey Serdy
**Date of Report:** April 10, 2017

## FILE REVIEW / SUMMARY

**DEMOGRAPHICS**

Ms. Fabre is a 37-year-old Case Manager II employed by Centene Management Company since June 25, 2012. Ms. Fabre discontinued work on June 20, 2015 due to postlaminectomy syndrome and chronic pain syndrome.

In preparation for this report, I have reviewed the electronic claim file, the job description from the employer, researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

**JOB**

The details of Ms. Fabre's job were obtained from her job description that was found in her claim file. In this job, Ms. Fabre's job description reads:

- "Perform collaborative duties to assess, plan and coordinate continuum of care for select members with complex medical or behavioral health conditions or are at high risk in order to promote quality, cost effective care."

Please see the claim file for additional information included in the job description.

## ASSESSMENT / ANALYSIS

### OCCUPATION

Based on the 2008 U.S. Department of Health and Human Services National Sample Survey of Registered Nurses, there were approximately 2.6 million Registered Nurses in the United States. The majority of nurses (approximately 88%) provide Direct Patient Care in a variety of settings such as Hospitals, Ambulatory Care Settings, and Nursing Homes. Approximately 12% of Registered Nurses are employed in non-clinical settings where direct patient care is not required. These settings would include Case Management, Utilization Review, Telephonic Nurse and Consulting Nurse. Therefore, there are two separate and distinct occupations that exist that fall under the nursing umbrella, each with their associated material and substantial functions. What follows, based on a review of the job information provided, is information regarding the Nurse in non-clinical settings where direct patient care is not required. Non-Direct Patient Care Nurses work in a variety of settings including, but not limited to, medical centers, hospitals, nursing homes, educational training centers, government agencies, private consulting firms, insurance companies, and home health agencies. There is no one DOT or O*NET category that captures the main duties of Non-Direct Patient Care Nurses.

Alternate titles include: Nurse, Case Management Nurse (healthcare): alternate titles: Nurse Consultant, Nurse Case Manager

The occupation falls under the OOH description of Registered Nurses. The OOH adds the following:

> “Some nurses have jobs in which they do not work directly with patients, but they must still have an active registered nurse license. For example, they may work as nurse educators, healthcare consultants, public policy advisors, researchers, hospital administrators, salespeople for pharmaceutical and medical supply companies, or as medical writers and editors.”

Internet research was conducted to define the tasks and physical demands of the occupation. Thirty online job postings were reviewed via indeed.com using the keywords: Telephonic Triage Nurse, Nurse Case Manager and Utilization Review. Typical job tasks gleaned from the internet research include:

- Development and assessment of continued care plans for patients
- Coordinating patient referrals and consultations
- Analyzing and evaluating patients’ medical records to ensure admission criteria is met, as well as compliance with internal and external regulatory requirements
- Ensuring delivery of patient care is appropriate and timely
- Being a resource for insurance provider, contractors and subscribers to explain and interpret provisions of contractual agreements and health benefits
- Return to work coordination
- Educating patients and their families on health care issues

- Providing clinical information and education via inbound and outbound telephone calls
- Participating in research studies
- Providing customer service and post-discharge follow up calls to patients

Even though the postings listed did not include physical demands, all material and substantial functions involved desk/office-based tasks that do not require any direct patient care.

**PHYSICAL DEMANDS**

Based on the research noted above Non-Direct Patient Care Nurses work in a variety of settings; however, their work is primarily desk/office-based that do not require any direct patient care. Based on a combination of the research outlined above, the physical demands of the occupation span both the sedentary and light levels in physical demand with opportunity at both levels.

The Department of Labor defines sedentary work as,

> "**S-Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

Positional requirements at the sedentary level include:

- **Constant** sitting
- **Frequent** handling and fingering
- **Occasional** standing and walking
- **No** bending/stooping, twisting, kneeling, crouching/squatting, crawling, balancing, climbing, or reaching (reaching can be reduced or eliminated by moving objects within an ergonomically correct distance from the body)

The Department of Labor defines light work as,

> "**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate

pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Positional requirements at the light level include:

- **Frequent** *sitting, *standing, *walking, handling, and fingering
- **Occasional** reaching, bending/stooping, and twisting
- **Never and Occasional** kneeling, and crouching/squatting
- **No** balancing, climbing, or crawling

*Within the light environment, the level of sitting, standing, and walking will vary depending on the environment the Nurse is working in as well as the tasks they are performing; they may be required to meet with various companies for sales purposes, visit different medical sites to complete presentations or trainings, or work as a Nurse Educator or Consultant in diverse medical care settings.

Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

## ACTION PLAN / OUTCOME

**SUMMARY AND CONCLUSIONS**

With a reasonable degree of vocational certainty, the typical physical demands of Ms. Fabre's occupation of Non Direct Patient Care Nurse are most often sedentary and light physical demand. Positional requirements are outlined above.

I have not met with Ms. Fabre for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Jenny Irvin, MS, CRC
Certified Rehabilitation Counselor
Phone: 815-230-6354
Group Benefits Claims
Liberty Life Assurance Company of Boston

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [ ] UPDATED MEDICAL WITH CLEAR R&L'S
- [ ] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Kelsey Serdy DATE: Friday, April 07, 2017

## CLAIM BACKGROUND

Claimant Name: NITA FABRE Claim Number: 5557206

- [ ] STD - [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD - [ ] ASO - [ ] LIFE Has MDS worked the claim? - [ ] YES - [x] NO

Employer: CENTENE MANAGEMENT COMPANY

Change In DEF. Date: 12/18/2017

Pre-Disability Earnings: $5,599.28 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List - [x] Correspondence - [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please complete an OA using JD in doc list.

DP 512

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5752

| | |
|---|---|
| Date: | April 7, 2017 |
| To: | DR. JUDSON COOK<br>SPINE AND NEUROSURGERY SPECIALISTS OF AU<br>2200 PARK BEND DRIVE<br>BUILDING 2, SUITE 201<br>AUSTIN TX 78758 |
| Attn: | ***IMPORTANT REQUEST*** |
| Fax: | (512) 835-8101 |
| From: | Kelsey Serdy<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5752 |
| Total Pages<br>(Including Cover): | 12 |
| RE:<br><br>Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

April 7, 2017

Dr. Judson Cook
Spine and Neurosurgery Specialists of Austin
2200 PARK BEND DRIVE
BUILDING 2, SUITE 201
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Judson Cook:

We are the Disability Claim Administrator for your patient, Nita Fabre.

On April 6, 2017 a/an Consulting Physician Review was performed to assist us in determining Ms. Fabre s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

Please review the enclosed report by Arlen D. Green, DO, and provide any comments you wish to have considered. If you disagree with Arlen D. Green, DO s findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by April 24, 2017. Failure to provide the requested

information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 430-5752 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fabre allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fabre s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017
5557206-MEDICAL-CP/PEER REVIEW-04.06.2017
5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 3/27/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Nita M Fabre | **Group/Policy/ Claim Number:** | 5557206 |
| **MES Case Number:** | 31817041459 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kelsey Serdy |

## DATA REVIEWED AND CONTACT INFORMATION:

- Referrals from Liberty Mutual 03/27/17
- Authorization for disclosure of health information 02/09/17
- Authorization to obtain and release information (excluding psychotherapy notes) 02/09/17, 01/05/16
- Disability carrier by Judson Cook, MD 10/14/16
- Office notes by Judson Cook, MD 10/12/16, 09/23/16, 10/05/16, 08/09/16, 05/16/16, 04/13/16, 02/01/17, 11/23/16, 11/06/16, 08/17/16
- Office note by John Kish, MD 09/28/16
- Exams by Anthony Masaryk, MD 09/27/16
- Operative report by Judson Cook, MD 09/27/16, 08/15/16, 12/29/16
- Office notes by Fida Khan, MD 09/29/16
- Office notes by Patrick Nolan, MD 07/12/16, 06/22/16, 02/27/17, 06/29/16, 06/30/16, 06/25/16, 06/27/16, 06/23/16, 07/12/16, 08/26/16
- Office notes by Rajeev Shah, MD 06/29/16
- Office notes by Dan Richardson, MD 04/22/16
- Medical records from Liberty Mutual 10/24/16, 09/07/16
- Disability Insurance Benefit Analysis from Liberty Mutual 01/11/17, 01/12/17, 03/02/17, 03/01/17
- Pain Management consultants PA by Jeffrey Higginbotham, MD 12/23/16, 12/12/16, 11/04/16
- Office notes by Jeffrey Higginbotham, MD 12/06/16, 11/11/16, 07/09/15, 06/29/15, 06/10/15, 05/28/15, 05/21/15, 03/16/15, 01/12/15, 11/20/14, 10/30/14, 10/23/14, 10/02/14, 06/02/14, 05/27/14, 05/01/14, 01/30/14, 01/31/14, 01/09/14, 12/20/13, 10/24/13
- Office notes by Richard DeBehnke, MD 12/22/16, 12/29/16, 02/28/17, 06/16/16, 06/21/16, 06/26/16, 08/30/16
- Office notes by Maria Hamm, MA 12/29/16
- Quality Assurance Report 01/26/17, 03/02/17, 03/20/17
- Office note by John Manning, MD 12/29/16
- Office note by Brett Macadam, MD 12/21/16
- Follow up by Kristy Markell, PA-C 03/18/14, 02/12/14, 01/14/14, 12/16/13, 11/12/13, 10/17/13, 10/01/13, 09/18/13, 09/04/13, 08/27/13, 08/22/13, 10/02/14, 05/22/14, 04/15/14, 01/14/14, 12/16/13
- Office notes by Joshua Abrarnowilz, MD 07/31/15
- Office notes by Scott Campbell, MD 06/24/15
- Office notes by Ken Trevino, MD 12/26/13
- Office notes ill eligible name 09/05/13

- Office notes ill eligible name 04/25/13
- Office notes ill eligible name 01/14/13
- Office notes ill eligible name 09/06/12
- Long Term Disability Benefits from Liberty Mutual 09/12/16
- Office notes by Maria Hamm, MA 06/22/16
- Office notes by Angie Eathorne, MA 06/30/16
- Office notes by Leslie Poole, RN 06/23/16
- Office notes by Outside Doctor 08/15/16

Dr. Judson Cook (neurosurgery) (512) 835-8100
On 03/30/2017 at 1:35 PM Pacific Time a voicemail was reached and a detailed message was left. On 04/03/2017 at 1:33PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. On 04/04/2017 at 1:20 PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. No return call has been received as of this writing.

Dr. Jeffrey Higginbotham (pain mgt) (512) 454-9426
On 03/30/2017 at 1:40 PM Pacific Time I spoke with Catherine, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/03/2017 at 1:41 PM Pacific Time I spoke with Misty, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/04/2017 at 1:25 PM Pacific Time I spoke with Adria, who reported that Dr. Higginbotham was unavailable. A detailed message was left. No return call has been received as of this writing.

**SUMMARY OF RECORDS:**
This is a 37-year-old female with post laminectomy syndrome. She had initial injury on 02/02/12 at which time she was involved in a motor vehicle accident. She states that she has had recurrent pain since this time.

All clinical documentation and diagnostic studies have been reviewed. There are multiple interventional procedure notes reviewed showing that the claimant was given spinal injections to include epidural steroid injections, medial branch block, radiofrequency ablation, sacroiliac joint injections, trochanteric bursa injections, and intra-articular hip injections with symptomatic relief.

In an office note on 08/22/13 per Dr. Jeffrey Higginbotham, the claimant is status post spinal cord stimulator placement with improved postop pain from the spinal cord stimulator revision. She states that she is ready to return to work.

In an office visit on 09/18/13 per Dr. Jeffrey Higginbotham, she continues to be managed for ongoing pain complaints by pain management. Physical examination reveals motor strength is 5/5. Straight leg raise does not reproduce pain. She does not feel that she can return to work due to her pain. She has been off of work since 09/04/13. She is not achieving good stimulation of the right lower extremity pain with the spinal cord stimulator despite having it reprogrammed.

In a follow-up visit on 12/16/13, she is seen for evaluation and treatment of chronic pain. Symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, stress, weather change and bending. Symptoms are relieved by rest, stretching, change of position, and medications. She has achieved significant pain relief with injections. Current medications include Lyrica, Celebrex, and OxyContin.

In a follow-up visit on 03/18/14, it is noted the claimant is status post spinal cord stimulator

placement on 07/18/13. She reports receiving much improved pain relief and good stimulation since reprogramming. Assessment is post laminectomy syndrome, sacroiliitis, hip bursitis, myalgia, and chronic pain syndrome. She reports 40% pain relief from a trigger point injection to the lumbar spine on 01/30/14. She reports 75% pain relief following a right hip injection on 01/30/14. She reports 65% pain relief following a right SI joint injection on 01/09/14. She reports that medications are helping to manage her symptoms.

Per a procedure note on 10/02/14, the claimant underwent a trochanteric bursa injection.

Per a procedure note on 03/16/15, the claimant underwent a transforaminal lumbar epidural steroid injection at the L5 – S1 level.

A CT of the lumbar spine on 06/22/15 shows an L4 – 5 solid anterior column fusion, at L5 – S-1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves. It is noted that this could be irritation of the descending annexing L5 nerves with loadbearing.

A procedure note on 07/09/15 states a radiofrequency ablation is performed at the bilateral L2, L3, L4, L5, and S1 levels.

A CT of the lumbar spine on 04/22/16 shows stimulating electrons has not changed in position since 09/05/13. There is no spinal cord compression or new disc herniation at any level. There is no new disc herniation or significant canal narrowing at any level.

An office visit on 04/28/16, the claimant has accommodated history of lower back pain including 2 laminectomies, and L4 – 5 anterior lumbar fusion and a thoracic spinal cord stimulator system with a tripole paddle electrode. She has right leg pain down to her lateral shin and dorsum of the foot. She has failed conservative therapy.

A new patient visit on 06/22/16 with Dr. Patrick Nolan evaluated the claimant for bilateral foot pain and numbness as well as or back pain, gait disturbance, and migraines. She has a history of refractory lower back pain without obvious radicular abnormalities. She arrived with a walker. She has seen pain management and complains of occasional pain in the pelvic area. Motor strength is normal. Reflexes are symmetrical. Sensation is normal. Coordination is normal. The provider states he is unsure of the etiology of the claimant's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy prior to her lumbar surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on examination. Imaging studies and electrodiagnostic studies are ordered.

MRI of the cervical spine on 06/29/16 shows an incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT of the head from 04/04/08. There is mild degenerative change at C5 – C6 with shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.

Electrodiagnostic study performed on 07/12/16 shows no evidence of a distal peripheral polyneuropathy, right lower extremity plexopathy, radiculopathy, or myopathy.

In an office visit on 07/19/16, the claimant is seen by Dr. Judson Cook status post electrodiagnostic studies of the lower extremities which was overall negative. Diagnosis is lumbar post laminectomy syndrome.

An operative note dated 08/15/16 notes a revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed.

In an office visit on 09/22/16, Dr. Cook states that the claimant had an aspiration of the pulse generator pocket. The fluid has grown out as staph aureus and she has been placed on appropriate oral antibiotics. She reported continued pain at the battery site and along the distal electrode leads. Impression is post laminectomy syndrome. The incision appears to be well healed superficially but there is a deeper fluid pocket over the battery site.

Per an operative note on 09/26/16, removal of spinal cord stimulator system is performed.

MRI of the lumbar spine on 09/27/16 reveals there has been removal of an infected spinal cord stimulator through a laminectomy at T9. There is a 6 mm focus of thickening and enhancement along the ligamentum flavum in the area previously occupied by the stimulator leads. The area extends from T7 through T10 and is presumed to be infected. There is no evidence of any cord compression. There is a prior anterior fusion at the L4 – 5 level and evidence of a L4 laminotomy. There is no evidence of any spinal canal or neural foraminal stenosis.

An X-ray of the lumbar spine on 09/28/16 shows a well-positioned PICC line without evidence of acute cardiopulmonary disease.

In an office note on 10/11/16, Dr. Judson Cook saw the claimant status post removal of her entire thoracic spinal cord stimulator system due to infection. She continues to be followed closely by infectious disease. Motor strength is 5/5. Chronic pain syndrome is improved. Given her recurrent severe lower back and leg pain she would like to discuss options for reimplantation of the stimulator.

In an office note on 10/03/16, the claimant is status post spinal cord stimulator explant secondary to pocket infection. An MRI of the thoracic and lumbar spine is recommended. She will continue her current medication regimen. On examination there is no sign of infection. Motor strength and tone is normal.

In a disability form on 10/14/16 Dr. Cook states that the claimant is unable to perform bending, lifting, twisting or any exerted activity due to postoperative recovery and healing.

On 11/04/16, the claimant underwent a spinal cord stimulator trial.

In an office note on 11/11/16, Dr. Jeffrey Higginbotham states that the claimant's cord stimulator trial leads were removed without resistance. There were no complications. She will discuss reimplantation with Dr. Cook.

In an office note on 11/22/16, Dr. Jeffrey Higginbotham states that the claimant is status post removal of her entire thoracic spinal cord see me later system due to infection. She continues to be followed closely by infectious disease and now has finished her course of IV antibiotics.

In an office visit on 12/06/16, Dr. Jeffrey Higginbotham saw the claimant for a chief complaint of back pain. She was involved in a motor vehicle accident on 02/02/12. Pain level is 7/10. Examination reveals no signs of infection. Muscle tone and strength is normal. Sensation is intact. The claimant is stable on current medications.

MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or

osteomyelitis. Mild loss of decided T7 – T8 and T8 – T9. Mild multilevel facet arthrosis of the mid and lower thoracic spine. No central or neural foraminal stenosis is noted.

In an office note on 12/22/16, Dr. Richard DeBehnke evaluated the claimant for respiratory symptoms. She has a history of chronic back pain. She is able to walk with the assistance of a cane. Sensation is difficult to evaluate. Deep tendon reflexes are 2+ and symmetrical.

Per an operative note on 12/28/16, a thoracic laminectomy and placement of multi-array paddle electrode for dorsal column stimulator, placement of pulse generator and programming is performed.

In an office visit on 01/12/17, Dr. Judson Cook states that she has made a reasonable recovery from the surgical procedure on 12/28/16 at which time she underwent replacement of multi-array paddle electrode into the thoracic region along with a pulse generator on 12/28/16. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region.

In an office note on 02/27/17, Dr. Patrick Nolan, neurology evaluation indicates that the claimant has bilateral foot pain and numbness as well as gait disturbance, depression, and episodic migraine headaches. Her headaches are stable and minimal. Nerve conduction testing demonstrates no obvious neuropathy. She has occasional tingling paresthesia in the feet at night which may be related to the spinal cord stimulator. She can rise from the examination table from a line to seated position without assistance. Motor strength and tone is normal. Reflexes are symmetrical. Sensation is normal. She is ambulating on a walker but can take a few steps on her toes.

**REVIEW QUESTION (S):**
**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

The claimant is diagnosed with post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy.

**2. Please clarify which diagnoses are causing impairment.**

The claimant is impaired secondary to post laminectomy syndrome.

After careful review of all documentation provided the claimant is a 37-year-old female with chronic lower back pain status post cervical fusion and spinal cord stimulator placement. She is status post spinal cord stimulator placement on 02/04/13 and revision on 07/18/13. On 08/15/16, revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed complicated by infection and was removed. The device was re-implanted on 12/28/16. MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or osteomyelitis. As of 01/12/17 it is noted that she has recovered sufficiently from the reimplantation of spinal cord stimulator. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region. A 02/27/17 neurology evaluation indicates that she has bilateral foot pain and numbness with gait disturbance. Nerve conduction studies are reported to be negative. Motor strength and tone is normal. Reflexes are symmetrical and sensation is normal. She is ambulating with a walker but can take some steps on her toes. The claimant is impaired due to her history of cervical fusion, and spinal cord stimulator placement as well as continued difficulty with ambulation and chronic pain.

**3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.**

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

These restrictions are ongoing and given the claimant's surgical history with the spinal cord implant would not be expected to change significantly. Prognosis is poor for a return to work without restrictions.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical records provided do not describe any side effects from medications that would support impairment affecting functional capacity.

**5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

The treatment plan to date has been appropriate and consistent with the current standard of care. Based on the available medical records, the claimant underwent the appropriate nonsurgical treatments and surgeries performed were medically necessary.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health*

*plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*



Arlen D. Green, DO
Board Certified in Physical Medicine & Rehabilitation
Expertise in Pain Medicine
Expertise in Spine
CA License #9441
04/06/2017

## Authorization for Disclosure of Health Information

**I hereby authorize** ______________________ **to release medical information from the records of:**
*(Name of Facility)*

**Patient Name:** Nita Fabre **D.O.B.**

**Patient Street Address.**

**City:**

**Date(s) of Treatment Requested:** 1/1/2013 - 12/31/2020

**Information to be disclosed (check all applicable items to be released):**

- ☐ Discharge Summary
- ☐ Discharge Instructions
- ☐ History and Physical
- ☐ Consultations
- ☐ Operative Report
- ☐ ER Record
- ☐ XRays Reports
- ☐ Lab Reports
- ☐ EKG/ECG Tests
- ☐ Therapy Notes
- ☐ Progress Notes
- ☐ Medication Records
- ☐ Doctor's Orders
- ☐ Nurse's Notes
- ☐ Treatment Plans
- ☐ Commitment Papers
- ☐ HIV testing
- ✓ Other (please specify): all PHI (excluding films)

**Purpose Or Need For The Disclosure Is:**

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ✓ Other Disability Insurance

**The Information May Be Disclosed To:**

**Recipient's Name:** Liberty Mutual
**Street Address:** PO Box 7207
**City:** London **State:** KY **Zip Code:** 40742
**Phone #:** (800) 291-0112 **Fax #:** (603) 430-5752

**My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.**

**I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.**

**I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.**

**This authorization expires on:** 12/31/2020 *(Date)* **or upon the following event:** ______

*(If no date or event is specified, this authorization will expire in six months from the date of signature)*

I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).

**Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.**

[signature] 2/9/2017
*(Signature of Patient or Personal Representative*)* *(Date of Signature)*

***If signed by a personal representative, a description of the representative's authority to act is as follows:**

☐ **Parent** ☐ **Legal Guardian** ☐ **Health Care Power of Attorney**
☐ **Administrator** ☐ **Executor of Estate** ☐ **Next of Kin** ☐ **Beneficiary**

Rev.9/16 MRO

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. **Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).**

2. **Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage** and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

2/9/2017
Date

5557206
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5752

| | |
|---|---|
| Date: | April 7, 2017 |
| To: | DR. RICHARD DEBEHNKE<br>A.D.C. WESTLAKE<br>1250 S. CAPITAL OF TEXAS HWY<br>*FORM / QUESTIONNAIRES ONLY*<br>WEST LAKE HILLS TX 78746 |
| Attn: | ***IMPORTANT REQUEST*** |
| Fax: | (512) 334-2493 |
| From: | Kelsey Serdy<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5752 |
| Total Pages<br>(Including Cover): | 12 |
| RE:<br><br>Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

April 7, 2017

Dr. Richard Debehnke
A.D.C. Westlake
1250 S. CAPITAL OF TEXAS HWY
*FORM / QUESTIONNAIRES ONLY*
WEST LAKE HILLS, TX 78746

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Richard Debehnke:

We are the Disability Claim Administrator for your patient, Nita Fabre.

On April 6, 2017 a/an Consulting Physician Review was performed to assist us in determining Ms. Fabre s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

Please review the enclosed report by Arlen D. Green, DO, and provide any comments you wish to have considered. If you disagree with Arlen D. Green, DO s findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by April 24, 2017. Failure to provide the requested

information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 430-5752 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fabre allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fabre s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017
5557206-MEDICAL-CP/PEER REVIEW-04.06.2017
5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.07.2017

Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 3/27/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Nita M Fabre | **Group/Policy/ Claim Number:** | 5557206 |
| **MES Case Number:** | 31817041459 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kelsey Serdy |

## DATA REVIEWED AND CONTACT INFORMATION:

- Referrals from Liberty Mutual 03/27/17
- Authorization for disclosure of health information 02/09/17
- Authorization to obtain and release information (excluding psychotherapy notes) 02/09/17, 01/05/16
- Disability carrier by Judson Cook, MD 10/14/16
- Office notes by Judson Cook, MD 10/12/16, 09/23/16, 10/05/16, 08/09/16, 05/16/16, 04/13/16, 02/01/17, 11/23/16, 11/06/16, 08/17/16
- Office note by John Kish, MD 09/28/16
- Exams by Anthony Masaryk, MD 09/27/16
- Operative report by Judson Cook, MD 09/27/16, 08/15/16, 12/29/16
- Office notes by Fida Khan, MD 09/29/16
- Office notes by Patrick Nolan, MD 07/12/16, 06/22/16, 02/27/17, 06/29/16, 06/30/16, 06/25/16, 06/27/16, 06/23/16, 07/12/16, 08/26/16
- Office notes by Rajeev Shah, MD 06/29/16
- Office notes by Dan Richardson, MD 04/22/16
- Medical records from Liberty Mutual 10/24/16, 09/07/16
- Disability Insurance Benefit Analysis from Liberty Mutual 01/11/17, 01/12/17, 03/02/17, 03/01/17
- Pain Management consultants PA by Jeffrey Higginbotham, MD 12/23/16, 12/12/16, 11/04/16
- Office notes by Jeffrey Higginbotham, MD 12/06/16, 11/11/16, 07/09/15, 06/29/15, 06/10/15, 05/28/15, 05/21/15, 03/16/15, 01/12/15, 11/20/14, 10/30/14, 10/23/14, 10/02/14, 06/02/14, 05/27/14, 05/01/14, 01/30/14, 01/31/14, 01/09/14, 12/20/13, 10/24/13
- Office notes by Richard DeBehnke, MD 12/22/16, 12/29/16, 02/28/17, 06/16/16, 06/21/16, 06/26/16, 08/30/16
- Office notes by Maria Hamm, MA 12/29/16
- Quality Assurance Report 01/26/17, 03/02/17, 03/20/17
- Office note by John Manning, MD 12/29/16
- Office note by Brett Macadam, MD 12/21/16
- Follow up by Kristy Markell, PA-C 03/18/14, 02/12/14, 01/14/14, 12/16/13, 11/12/13, 10/17/13, 10/01/13, 09/18/13, 09/04/13, 08/27/13, 08/22/13, 10/02/14, 05/22/14, 04/15/14, 01/14/14, 12/16/13
- Office notes by Joshua Abrarnowilz, MD 07/31/15
- Office notes by Scott Campbell, MD 06/24/15
- Office notes by Ken Trevino, MD 12/26/13
- Office notes ill eligible name 09/05/13

- Office notes ill eligible name 04/25/13
- Office notes ill eligible name 01/14/13
- Office notes ill eligible name 09/06/12
- Long Term Disability Benefits from Liberty Mutual 09/12/16
- Office notes by Maria Hamm, MA 06/22/16
- Office notes by Angie Eathorne, MA 06/30/16
- Office notes by Leslie Poole, RN 06/23/16
- Office notes by Outside Doctor 08/15/16

Dr. Judson Cook (neurosurgery) (512) 835-8100
On 03/30/2017 at 1:35 PM Pacific Time a voicemail was reached and a detailed message was left. On 04/03/2017 at 1:33PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. On 04/04/2017 at 1:20 PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. No return call has been received as of this writing.

Dr. Jeffrey Higginbotham (pain mgt) (512) 454-9426
On 03/30/2017 at 1:40 PM Pacific Time I spoke with Catherine, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/03/2017 at 1:41 PM Pacific Time I spoke with Misty, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/04/2017 at 1:25 PM Pacific Time I spoke with Adria, who reported that Dr. Higginbotham was unavailable. A detailed message was left. No return call has been received as of this writing.

**SUMMARY OF RECORDS:**
This is a 37-year-old female with post laminectomy syndrome. She had initial injury on 02/02/12 at which time she was involved in a motor vehicle accident. She states that she has had recurrent pain since this time.

All clinical documentation and diagnostic studies have been reviewed. There are multiple interventional procedure notes reviewed showing that the claimant was given spinal injections to include epidural steroid injections, medial branch block, radiofrequency ablation, sacroiliac joint injections, trochanteric bursa injections, and intra-articular hip injections with symptomatic relief.

In an office note on 08/22/13 per Dr. Jeffrey Higginbotham, the claimant is status post spinal cord stimulator placement with improved postop pain from the spinal cord stimulator revision. She states that she is ready to return to work.

In an office visit on 09/18/13 per Dr. Jeffrey Higginbotham, she continues to be managed for ongoing pain complaints by pain management. Physical examination reveals motor strength is 5/5. Straight leg raise does not reproduce pain. She does not feel that she can return to work due to her pain. She has been off of work since 09/04/13. She is not achieving good stimulation of the right lower extremity pain with the spinal cord stimulator despite having it reprogrammed.

In a follow-up visit on 12/16/13, she is seen for evaluation and treatment of chronic pain. Symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, stress, weather change and bending. Symptoms are relieved by rest, stretching, change of position, and medications. She has achieved significant pain relief with injections. Current medications include Lyrica, Celebrex, and OxyContin.

In a follow-up visit on 03/18/14, it is noted the claimant is status post spinal cord stimulator

placement on 07/18/13. She reports receiving much improved pain relief and good stimulation since reprogramming. Assessment is post laminectomy syndrome, sacroiliitis, hip bursitis, myalgia, and chronic pain syndrome. She reports 40% pain relief from a trigger point injection to the lumbar spine on 01/30/14. She reports 75% pain relief following a right hip injection on 01/30/14. She reports 65% pain relief following a right SI joint injection on 01/09/14. She reports that medications are helping to manage her symptoms.

Per a procedure note on 10/02/14, the claimant underwent a trochanteric bursa injection.

Per a procedure note on 03/16/15, the claimant underwent a transforaminal lumbar epidural steroid injection at the L5 – S1 level.

A CT of the lumbar spine on 06/22/15 shows an L4 – 5 solid anterior column fusion, at L5 – S-1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves. It is noted that this could be irritation of the descending annexing L5 nerves with loadbearing.

A procedure note on 07/09/15 states a radiofrequency ablation is performed at the bilateral L2, L3, L4, L5, and S1 levels.

A CT of the lumbar spine on 04/22/16 shows stimulating electrons has not changed in position since 09/05/13. There is no spinal cord compression or new disc herniation at any level. There is no new disc herniation or significant canal narrowing at any level.

An office visit on 04/28/16, the claimant has accommodated history of lower back pain including 2 laminectomies, and L4 – 5 anterior lumbar fusion and a thoracic spinal cord stimulator system with a tripole paddle electrode. She has right leg pain down to her lateral shin and dorsum of the foot. She has failed conservative therapy.

A new patient visit on 06/22/16 with Dr. Patrick Nolan evaluated the claimant for bilateral foot pain and numbness as well as or back pain, gait disturbance, and migraines. She has a history of refractory lower back pain without obvious radicular abnormalities. She arrived with a walker. She has seen pain management and complains of occasional pain in the pelvic area. Motor strength is normal. Reflexes are symmetrical. Sensation is normal. Coordination is normal. The provider states he is unsure of the etiology of the claimant's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy prior to her lumbar surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on examination. Imaging studies and electrodiagnostic studies are ordered.

MRI of the cervical spine on 06/29/16 shows an incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT of the head from 04/04/08. There is mild degenerative change at C5 – C6 with shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.

Electrodiagnostic study performed on 07/12/16 shows no evidence of a distal peripheral polyneuropathy, right lower extremity plexopathy, radiculopathy, or myopathy.

In an office visit on 07/19/16, the claimant is seen by Dr. Judson Cook status post electrodiagnostic studies of the lower extremities which was overall negative. Diagnosis is lumbar post laminectomy syndrome.

An operative note dated 08/15/16 notes a revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed.

In an office visit on 09/22/16, Dr. Cook states that the claimant had an aspiration of the pulse generator pocket. The fluid has grown out as staph aureus and she has been placed on appropriate oral antibiotics. She reported continued pain at the battery site and along the distal electrode leads. Impression is post laminectomy syndrome. The incision appears to be well healed superficially but there is a deeper fluid pocket over the battery site.

Per an operative note on 09/26/16, removal of spinal cord stimulator system is performed.

MRI of the lumbar spine on 09/27/16 reveals there has been removal of an infected spinal cord stimulator through a laminectomy at T9. There is a 6 mm focus of thickening and enhancement along the ligamentum flavum in the area previously occupied by the stimulator leads. The area extends from T7 through T10 and is presumed to be infected. There is no evidence of any cord compression. There is a prior anterior fusion at the L4 – 5 level and evidence of a L4 laminotomy. There is no evidence of any spinal canal or neural foraminal stenosis.

An X-ray of the lumbar spine on 09/28/16 shows a well-positioned PICC line without evidence of acute cardiopulmonary disease.

In an office note on 10/11/16, Dr. Judson Cook saw the claimant status post removal of her entire thoracic spinal cord stimulator system due to infection. She continues to be followed closely by infectious disease. Motor strength is 5/5. Chronic pain syndrome is improved. Given her recurrent severe lower back and leg pain she would like to discuss options for reimplantation of the stimulator.

In an office note on 10/03/16, the claimant is status post spinal cord stimulator explant secondary to pocket infection. An MRI of the thoracic and lumbar spine is recommended. She will continue her current medication regimen. On examination there is no sign of infection. Motor strength and tone is normal.

In a disability form on 10/14/16 Dr. Cook states that the claimant is unable to perform bending, lifting, twisting or any exerted activity due to postoperative recovery and healing.

On 11/04/16, the claimant underwent a spinal cord stimulator trial.

In an office note on 11/11/16, Dr. Jeffrey Higginbotham states that the claimant's cord stimulator trial leads were removed without resistance. There were no complications. She will discuss reimplantation with Dr. Cook.

In an office note on 11/22/16, Dr. Jeffrey Higginbotham states that the claimant is status post removal of her entire thoracic spinal cord see me later system due to infection. She continues to be followed closely by infectious disease and now has finished her course of IV antibiotics.

In an office visit on 12/06/16, Dr. Jeffrey Higginbotham saw the claimant for a chief complaint of back pain. She was involved in a motor vehicle accident on 02/02/12. Pain level is 7/10. Examination reveals no signs of infection. Muscle tone and strength is normal. Sensation is intact. The claimant is stable on current medications.

MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or

osteomyelitis. Mild loss of decided T7 – T8 and T8 – T9. Mild multilevel facet arthrosis of the mid and lower thoracic spine. No central or neural foraminal stenosis is noted.

In an office note on 12/22/16, Dr. Richard DeBehnke evaluated the claimant for respiratory symptoms. She has a history of chronic back pain. She is able to walk with the assistance of a cane. Sensation is difficult to evaluate. Deep tendon reflexes are 2+ and symmetrical.

Per an operative note on 12/28/16, a thoracic laminectomy and placement of multi-array paddle electrode for dorsal column stimulator, placement of pulse generator and programming is performed.

In an office visit on 01/12/17, Dr. Judson Cook states that she has made a reasonable recovery from the surgical procedure on 12/28/16 at which time she underwent replacement of multi-array paddle electrode into the thoracic region along with a pulse generator on 12/28/16. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region.

In an office note on 02/27/17, Dr. Patrick Nolan, neurology evaluation indicates that the claimant has bilateral foot pain and numbness as well as gait disturbance, depression, and episodic migraine headaches. Her headaches are stable and minimal. Nerve conduction testing demonstrates no obvious neuropathy. She has occasional tingling paresthesia in the feet at night which may be related to the spinal cord stimulator. She can rise from the examination table from a line to seated position without assistance. Motor strength and tone is normal. Reflexes are symmetrical. Sensation is normal. She is ambulating on a walker but can take a few steps on her toes.

**REVIEW QUESTION (S):**

**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

The claimant is diagnosed with post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy.

**2. Please clarify which diagnoses are causing impairment.**

The claimant is impaired secondary to post laminectomy syndrome.

After careful review of all documentation provided the claimant is a 37-year-old female with chronic lower back pain status post cervical fusion and spinal cord stimulator placement. She is status post spinal cord stimulator placement on 02/04/13 and revision on 07/18/13. On 08/15/16, revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed complicated by infection and was removed. The device was re-implanted on 12/28/16. MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or osteomyelitis. As of 01/12/17 it is noted that she has recovered sufficiently from the reimplantation of spinal cord stimulator. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region. A 02/27/17 neurology evaluation indicates that she has bilateral foot pain and numbness with gait disturbance. Nerve conduction studies are reported to be negative. Motor strength and tone is normal. Reflexes are symmetrical and sensation is normal. She is ambulating with a walker but can take some steps on her toes. The claimant is impaired due to her history of cervical fusion, and spinal cord stimulator placement as well as continued difficulty with ambulation and chronic pain.

**3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.**

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

These restrictions are ongoing and given the claimant's surgical history with the spinal cord implant would not be expected to change significantly. Prognosis is poor for a return to work without restrictions.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical records provided do not describe any side effects from medications that would support impairment affecting functional capacity.

**5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

The treatment plan to date has been appropriate and consistent with the current standard of care. Based on the available medical records, the claimant underwent the appropriate nonsurgical treatments and surgeries performed were medically necessary.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health*

*plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*



Arlen D. Green, DO
Board Certified in Physical Medicine & Rehabilitation
Expertise in Pain Medicine
Expertise in Spine
CA License #9441
04/06/2017

ADC THE AUSTIN DIAGNOSTIC CLINIC

MRN

## Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre
Date of Birth:

Address:
Telephone Number:

**I hereby authorize** ( name of facility/provider releasing information) **to disclose the above-named individuals health information:**

ADC

**Name (facility releasing information) Address City State Zip**

Telephone Number

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- ___Other___
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

Liberty Mutual Disability. P.O. Box 7207, London, KY 40742

**Name (facility receiving information) Address City State Zip**

Telephone Number: 1-800-291-0012 ext 13988

Description of the purpose of the use and/or disclosure: (check one)

- ___Continuing Care
- ___Consultation
- ___Legal purposes
- ___Second Opinion
- ✓ Insurance
- ___Personal Use
- ___Emergency/acute care
- ___Social Security/Disability (provide copy of SSA Letter)
- ✓ Other: Please describe: Disability claim / attorney assistance
- ___Marketing-If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

N Fabre
**Signature of Patient or Patient's Representative**

4/7/2017
**Date**

Nita Fabre
**Printed name of Patient or Patient's Representative**

Self
**Relationship to Patient** or **Legal Authority (attach supporting documentation)**

NS 06-0017 4-24-0

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

[signature]
Claimant Signature

5557206
Claim Number

Date of Birth

2/9/2017
Date

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5752

| | |
|---|---|
| Date: | April 7, 2017 |
| To: | DR. JEFFREY HIGGINBOTHAM<br>PAIN MANAGEMENT CONSULTANTS<br>101 W KOENIG LN<br>STE 100<br>AUSTIN TX 78751 |
| Attn: | ***IMPORTANT REQUEST*** |
| Fax: | (512) 454-7294 |
| From: | Kelsey Serdy<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5752 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

April 7, 2017

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

On April 6, 2017 a/an Consulting Physician Review was performed to assist us in determining Ms. Fabre s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

Please review the enclosed report by Arlen D. Green, DO, and provide any comments you wish to have considered. If you disagree with Arlen D. Green, DO s findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by April 24, 2017. Failure to provide the requested

information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 430-5752 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fabre allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fabre s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017
5557206-MEDICAL-CP/PEER REVIEW-04.06.2017
5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 3/27/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Nita M Fabre | **Group/Policy/ Claim Number:** | 5557206 |
| **MES Case Number:** | 31817041459 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kelsey Serdy |

## DATA REVIEWED AND CONTACT INFORMATION:

- Referrals from Liberty Mutual 03/27/17
- Authorization for disclosure of health information 02/09/17
- Authorization to obtain and release information (excluding psychotherapy notes) 02/09/17, 01/05/16
- Disability carrier by Judson Cook, MD 10/14/16
- Office notes by Judson Cook, MD 10/12/16, 09/23/16, 10/05/16, 08/09/16, 05/16/16, 04/13/16, 02/01/17, 11/23/16, 11/06/16, 08/17/16
- Office note by John Kish, MD 09/28/16
- Exams by Anthony Masaryk, MD 09/27/16
- Operative report by Judson Cook, MD 09/27/16, 08/15/16, 12/29/16
- Office notes by Fida Khan, MD 09/29/16
- Office notes by Patrick Nolan, MD 07/12/16, 06/22/16, 02/27/17, 06/29/16, 06/30/16, 06/25/16, 06/27/16, 06/23/16, 07/12/16, 08/26/16
- Office notes by Rajeev Shah, MD 06/29/16
- Office notes by Dan Richardson, MD 04/22/16
- Medical records from Liberty Mutual 10/24/16, 09/07/16
- Disability Insurance Benefit Analysis from Liberty Mutual 01/11/17, 01/12/17, 03/02/17, 03/01/17
- Pain Management consultants PA by Jeffrey Higginbotham, MD 12/23/16, 12/12/16, 11/04/16
- Office notes by Jeffrey Higginbotham, MD 12/06/16, 11/11/16, 07/09/15, 06/29/15, 06/10/15, 05/28/15, 05/21/15, 03/16/15, 01/12/15, 11/20/14, 10/30/14, 10/23/14, 10/02/14, 06/02/14, 05/27/14, 05/01/14, 01/30/14, 01/31/14, 01/09/14, 12/20/13, 10/24/13
- Office notes by Richard DeBehnke, MD 12/22/16, 12/29/16, 02/28/17, 06/16/16, 06/21/16, 06/26/16, 08/30/16
- Office notes by Maria Hamm, MA 12/29/16
- Quality Assurance Report 01/26/17, 03/02/17, 03/20/17
- Office note by John Manning, MD 12/29/16
- Office note by Brett Macadam, MD 12/21/16
- Follow up by Kristy Markell, PA-C 03/18/14, 02/12/14, 01/14/14, 12/16/13, 11/12/13, 10/17/13, 10/01/13, 09/18/13, 09/04/13, 08/27/13, 08/22/13, 10/02/14, 05/22/14, 04/15/14, 01/14/14, 12/16/13
- Office notes by Joshua Abrarnowilz, MD 07/31/15
- Office notes by Scott Campbell, MD 06/24/15
- Office notes by Ken Trevino, MD 12/26/13
- Office notes ill eligible name 09/05/13

- Office notes ill eligible name 04/25/13
- Office notes ill eligible name 01/14/13
- Office notes ill eligible name 09/06/12
- Long Term Disability Benefits from Liberty Mutual 09/12/16
- Office notes by Maria Hamm, MA 06/22/16
- Office notes by Angie Eathorne, MA 06/30/16
- Office notes by Leslie Poole, RN 06/23/16
- Office notes by Outside Doctor 08/15/16

Dr. Judson Cook (neurosurgery) (512) 835-8100
On 03/30/2017 at 1:35 PM Pacific Time a voicemail was reached and a detailed message was left. On 04/03/2017 at 1:33PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. On 04/04/2017 at 1:20 PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. No return call has been received as of this writing.

Dr. Jeffrey Higginbotham (pain mgt) (512) 454-9426
On 03/30/2017 at 1:40 PM Pacific Time I spoke with Catherine, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/03/2017 at 1:41 PM Pacific Time I spoke with Misty, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/04/2017 at 1:25 PM Pacific Time I spoke with Adria, who reported that Dr. Higginbotham was unavailable. A detailed message was left. No return call has been received as of this writing.

**SUMMARY OF RECORDS:**
This is a 37-year-old female with post laminectomy syndrome. She had initial injury on 02/02/12 at which time she was involved in a motor vehicle accident. She states that she has had recurrent pain since this time.

All clinical documentation and diagnostic studies have been reviewed. There are multiple interventional procedure notes reviewed showing that the claimant was given spinal injections to include epidural steroid injections, medial branch block, radiofrequency ablation, sacroiliac joint injections, trochanteric bursa injections, and intra-articular hip injections with symptomatic relief.

In an office note on 08/22/13 per Dr. Jeffrey Higginbotham, the claimant is status post spinal cord stimulator placement with improved postop pain from the spinal cord stimulator revision. She states that she is ready to return to work.

In an office visit on 09/18/13 per Dr. Jeffrey Higginbotham, she continues to be managed for ongoing pain complaints by pain management. Physical examination reveals motor strength is 5/5. Straight leg raise does not reproduce pain. She does not feel that she can return to work due to her pain. She has been off of work since 09/04/13. She is not achieving good stimulation of the right lower extremity pain with the spinal cord stimulator despite having it reprogrammed.

In a follow-up visit on 12/16/13, she is seen for evaluation and treatment of chronic pain. Symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, stress, weather change and bending. Symptoms are relieved by rest, stretching, change of position, and medications. She has achieved significant pain relief with injections. Current medications include Lyrica, Celebrex, and OxyContin.

In a follow-up visit on 03/18/14, it is noted the claimant is status post spinal cord stimulator

placement on 07/18/13. She reports receiving much improved pain relief and good stimulation since reprogramming. Assessment is post laminectomy syndrome, sacroiliitis, hip bursitis, myalgia, and chronic pain syndrome. She reports 40% pain relief from a trigger point injection to the lumbar spine on 01/30/14. She reports 75% pain relief following a right hip injection on 01/30/14. She reports 65% pain relief following a right SI joint injection on 01/09/14. She reports that medications are helping to manage her symptoms.

Per a procedure note on 10/02/14, the claimant underwent a trochanteric bursa injection.

Per a procedure note on 03/16/15, the claimant underwent a transforaminal lumbar epidural steroid injection at the L5 – S1 level.

A CT of the lumbar spine on 06/22/15 shows an L4 – 5 solid anterior column fusion, at L5 – S-1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves. It is noted that this could be irritation of the descending annexing L5 nerves with loadbearing.

A procedure note on 07/09/15 states a radiofrequency ablation is performed at the bilateral L2, L3, L4, L5, and S1 levels.

A CT of the lumbar spine on 04/22/16 shows stimulating electrons has not changed in position since 09/05/13. There is no spinal cord compression or new disc herniation at any level. There is no new disc herniation or significant canal narrowing at any level.

An office visit on 04/28/16, the claimant has accommodated history of lower back pain including 2 laminectomies, and L4 – 5 anterior lumbar fusion and a thoracic spinal cord stimulator system with a tripole paddle electrode. She has right leg pain down to her lateral shin and dorsum of the foot. She has failed conservative therapy.

A new patient visit on 06/22/16 with Dr. Patrick Nolan evaluated the claimant for bilateral foot pain and numbness as well as or back pain, gait disturbance, and migraines. She has a history of refractory lower back pain without obvious radicular abnormalities. She arrived with a walker. She has seen pain management and complains of occasional pain in the pelvic area. Motor strength is normal. Reflexes are symmetrical. Sensation is normal. Coordination is normal. The provider states he is unsure of the etiology of the claimant's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy prior to her lumbar surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on examination. Imaging studies and electrodiagnostic studies are ordered.

MRI of the cervical spine on 06/29/16 shows an incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT of the head from 04/04/08. There is mild degenerative change at C5 – C6 with shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.

Electrodiagnostic study performed on 07/12/16 shows no evidence of a distal peripheral polyneuropathy, right lower extremity plexopathy, radiculopathy, or myopathy.

In an office visit on 07/19/16, the claimant is seen by Dr. Judson Cook status post electrodiagnostic studies of the lower extremities which was overall negative. Diagnosis is lumbar post laminectomy syndrome.

An operative note dated 08/15/16 notes a revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed.

In an office visit on 09/22/16, Dr. Cook states that the claimant had an aspiration of the pulse generator pocket. The fluid has grown out as staph aureus and she has been placed on appropriate oral antibiotics. She reported continued pain at the battery site and along the distal electrode leads. Impression is post laminectomy syndrome. The incision appears to be well healed superficially but there is a deeper fluid pocket over the battery site.

Per an operative note on 09/26/16, removal of spinal cord stimulator system is performed.

MRI of the lumbar spine on 09/27/16 reveals there has been removal of an infected spinal cord stimulator through a laminectomy at T9. There is a 6 mm focus of thickening and enhancement along the ligamentum flavum in the area previously occupied by the stimulator leads. The area extends from T7 through T10 and is presumed to be infected. There is no evidence of any cord compression. There is a prior anterior fusion at the L4 – 5 level and evidence of a L4 laminotomy. There is no evidence of any spinal canal or neural foraminal stenosis.

An X-ray of the lumbar spine on 09/28/16 shows a well-positioned PICC line without evidence of acute cardiopulmonary disease.

In an office note on 10/11/16, Dr. Judson Cook saw the claimant status post removal of her entire thoracic spinal cord stimulator system due to infection. She continues to be followed closely by infectious disease. Motor strength is 5/5. Chronic pain syndrome is improved. Given her recurrent severe lower back and leg pain she would like to discuss options for reimplantation of the stimulator.

In an office note on 10/03/16, the claimant is status post spinal cord stimulator explant secondary to pocket infection. An MRI of the thoracic and lumbar spine is recommended. She will continue her current medication regimen. On examination there is no sign of infection. Motor strength and tone is normal.

In a disability form on 10/14/16 Dr. Cook states that the claimant is unable to perform bending, lifting, twisting or any exerted activity due to postoperative recovery and healing.

On 11/04/16, the claimant underwent a spinal cord stimulator trial.

In an office note on 11/11/16, Dr. Jeffrey Higginbotham states that the claimant's cord stimulator trial leads were removed without resistance. There were no complications. She will discuss reimplantation with Dr. Cook.

In an office note on 11/22/16, Dr. Jeffrey Higginbotham states that the claimant is status post removal of her entire thoracic spinal cord see me later system due to infection. She continues to be followed closely by infectious disease and now has finished her course of IV antibiotics.

In an office visit on 12/06/16, Dr. Jeffrey Higginbotham saw the claimant for a chief complaint of back pain. She was involved in a motor vehicle accident on 02/02/12. Pain level is 7/10. Examination reveals no signs of infection. Muscle tone and strength is normal. Sensation is intact. The claimant is stable on current medications.

MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or

osteomyelitis. Mild loss of decided T7 – T8 and T8 – T9. Mild multilevel facet arthrosis of the mid and lower thoracic spine. No central or neural foraminal stenosis is noted.

In an office note on 12/22/16, Dr. Richard DeBehnke evaluated the claimant for respiratory symptoms. She has a history of chronic back pain. She is able to walk with the assistance of a cane. Sensation is difficult to evaluate. Deep tendon reflexes are 2+ and symmetrical.

Per an operative note on 12/28/16, a thoracic laminectomy and placement of multi-array paddle electrode for dorsal column stimulator, placement of pulse generator and programming is performed.

In an office visit on 01/12/17, Dr. Judson Cook states that she has made a reasonable recovery from the surgical procedure on 12/28/16 at which time she underwent replacement of multi-array paddle electrode into the thoracic region along with a pulse generator on 12/28/16. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region.

In an office note on 02/27/17, Dr. Patrick Nolan, neurology evaluation indicates that the claimant has bilateral foot pain and numbness as well as gait disturbance, depression, and episodic migraine headaches. Her headaches are stable and minimal. Nerve conduction testing demonstrates no obvious neuropathy. She has occasional tingling paresthesia in the feet at night which may be related to the spinal cord stimulator. She can rise from the examination table from a line to seated position without assistance. Motor strength and tone is normal. Reflexes are symmetrical. Sensation is normal. She is ambulating on a walker but can take a few steps on her toes.

**REVIEW QUESTION (S):**

**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

The claimant is diagnosed with post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy.

**2. Please clarify which diagnoses are causing impairment.**

The claimant is impaired secondary to post laminectomy syndrome.

After careful review of all documentation provided the claimant is a 37-year-old female with chronic lower back pain status post cervical fusion and spinal cord stimulator placement. She is status post spinal cord stimulator placement on 02/04/13 and revision on 07/18/13. On 08/15/16, revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed complicated by infection and was removed. The device was re-implanted on 12/28/16. MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or osteomyelitis. As of 01/12/17 it is noted that she has recovered sufficiently from the reimplantation of spinal cord stimulator. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region. A 02/27/17 neurology evaluation indicates that she has bilateral foot pain and numbness with gait disturbance. Nerve conduction studies are reported to be negative. Motor strength and tone is normal. Reflexes are symmetrical and sensation is normal. She is ambulating with a walker but can take some steps on her toes. The claimant is impaired due to her history of cervical fusion, and spinal cord stimulator placement as well as continued difficulty with ambulation and chronic pain.

**3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.**

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

These restrictions are ongoing and given the claimant's surgical history with the spinal cord implant would not be expected to change significantly. Prognosis is poor for a return to work without restrictions.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical records provided do not describe any side effects from medications that would support impairment affecting functional capacity.

**5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

The treatment plan to date has been appropriate and consistent with the current standard of care. Based on the available medical records, the claimant underwent the appropriate nonsurgical treatments and surgeries performed were medically necessary.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health*

*plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*

Arlen D. Green, DO
Board Certified in Physical Medicine & Rehabilitation
Expertise in Pain Medicine
Expertise in Spine
CA License #9441
04/06/2017

## Authorization for Disclosure of Health Information

**I hereby authorize** ______________________ **to release medical information from the records of:**
*(Name of Facility)*

**Patient Name:** Nita Fabre **D.O.B.** ____

**Patient Street Address.**

**City:** ____

**Date(s) of Treatment Requested:** 1/1/2013 - 12/31/2020

**Information to be disclosed (check all applicable items to be released):**

- ☐ Discharge Summary ☐ ER Record ☐ Progress Notes ☐ Treatment Plans
- ☐ Discharge Instructions ☐ XRays Reports ☐ Medication Records ☐ Commitment Papers
- ☐ History and Physical ☐ Lab Reports ☐ Doctor's Orders ☐ HIV testing
- ☐ Consultations ☐ EKG/ECG Tests ☐ Nurse's Notes
- ☐ Operative Report ☐ Therapy Notes
- ☑ Other (please specify): all PHI (excluding films)

**Purpose Or Need For The Disclosure Is:**

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☑ Other Disability Insurance

**The Information May Be Disclosed To:**

**Recipient's Name:** Liberty Mutual
**Street Address:** PO Box 7207
**City:** London **State:** KY **Zip Code:** 40742
**Phone #:** (800) 291-0112 **Fax #:** (603) 430-5752

**My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.**

**I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.**

**I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.**

**This authorization expires on:** 12/31/2020 *(Date)* **or upon the following event:** ____

*(If no date or event is specified, this authorization will expire in six months from the date of signature)*

> I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).

**Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.**

[signature] 2/9/2017
*(Signature of Patient or Personal Representative*)* *(Date of Signature)*

***If signed by a personal representative, a description of the representative's authority to act is as follows:**

☐ Parent ☐ Legal Guardian ☐ Health Care Power of Attorney
☐ Administrator ☐ Executor of Estate ☐ Next of Kin ☐ Beneficiary

Rev.9/16 MRO

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

2/9/2017
Date

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5752

| | |
|---|---|
| Date: | April 7, 2017 |
| To: | DR. PATRICK NOLAN<br>AUSTIN DIAGNOSTIC CLINIC NEUROLOGY<br>12221 N MOPAC<br>AUSTIN TX 78758 |
| Attn: | ***IMPORTANT REQUEST*** |
| Fax: | (512) 901-3911 |
| From: | Kelsey Serdy<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5752 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

April 7, 2017

Dr. Patrick C. Nolan
Austin Diagnostic Clinic Neurology
12221 N MOPAC
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Patrick Nolan:

We are the Disability Claim Administrator for your patient, Nita Fabre.

On April 6, 2017 a/an Consulting Physician Review was performed to assist us in determining Ms. Fabre s eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

Please review the enclosed report by Arlen D. Green, DO, and provide any comments you wish to have considered. If you disagree with Arlen D. Green, DO s findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by April 24, 2017. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our

office at our secure fax number (603) 430-5752 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Fabre allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fabre s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017
5557206-MEDICAL-CP/PEER REVIEW-04.06.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

3/9/2017
Date

5557206
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

[signature]
Claimant Signature

Date of Birth

2/9/2017
Date

5557206
Claim Number

**PAIN MANAGEMENT CONSULTANTS, P.A.**
Spinal Diagnostics & Therapeutics

*J. Lowell Haro, MD*
*Jeffrey N. Higginbotham, MD*
*Clayton Adams, MD*

*101 West Koenig Lane, #100 - Austin, Texas 78751*
*15808 F.M. 620 North, #215 - Austin, Texas 78717*
*301 W. HWY 71, # 100 – Bastrop, Texas 78602*

*Phone: 512/454-9426*
*Fax: 512/454-7294*

Date: 4-7-17

Fax #: 603 430 5752

Attn: Liberty Mutual

To Whom It May Concern:

In order to process your request for records regarding the following patient:

Nita Fabre

Please remit payment in the amount of: $ (medical records)
$ (billing records)
$ ____ (affidavit)
$ 25.00 **TOTAL**

To:

Pain Management Consultants, P.A.
**Attention: Medical Records**
101 W. Koenig Lane, Suite 100
Austin, TX 78751

If there are any questions or to pay the invoice, please contact us toll free at (512) 454-9426, option # 7

Sincerely,

Medical Records Department
Pain Management Consultants, P.A.
Tax ID # 742693385
*Records will be provided upon payment
*We accept credit cards, checks, & cash

## Authorization for Disclosure of Health Information

I hereby authorize ______________________ (Name of Facility) to release medical information from the records of:

Patient Name: Rita Fabre D.O.B.:

Patient Street Address:

City:

Date(s) of Treatment Requested: 1/1/2013 – 12/31/2020

Information to be disclosed (check all applicable items to be released):

- Discharge Summary
- Discharge Instructions
- History and Physical
- Consultations
- Operative Report
- ER Record
- X-Rays Reports
- Lab Reports
- EKG/ECG Tests
- Therapy Notes
- Progress Notes
- Medication Records
- Doctor's Orders
- Nurse's Notes
- Treatment Plans
- Commitment Papers
- HIV testing
- ✓ Other (please specify): all PHI (excluding films)

Purpose Or Need For The Disclosure Is:

Continued Medical Care  Insurance  Legal  Patient's Own Use  ✓ Other Disability Insurance

The Information May Be Disclosed To:

Recipient's Name: Liberty Mutual

Street Address: PO Box 7207

City: London State: KY Zip Code: 40742

Phone #: (800) 291-0112 Fax #: (603) 430-5752

My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.

I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.

I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

This authorization expires on: 12/31/2020 (Date) or upon the following event: ______________

*(If no date or event is specified, the authorization will expire in six months from the date of signature).*

I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).

Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.

RFabre (Signature of Patient or Personal Representative*)  2/9/2017 (Date of Signature)

*If signed by a personal representative, a description of the representative's authority to act is as follows:

Parent  Legal Guardian  Health Care Power of Attorney
Administrator  Executor of Estate  Next of Kin  Beneficiary

Rev.9/16 MRO

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (If Self-Insured Plan), or to persons or other organizations providing claims management services:

1. **Medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).**

2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

2/9/2017
Date

5557206
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-5752

| | |
|---|---|
| Date: | April 7, 2017 |
| To: | DR. JEFFREY HIGGINBOTHAM<br>PAIN MANAGEMENT CONSULTANTS<br>101 W KOENIG LN<br>STE 100<br>AUSTIN TX 78751 |
| Attn: | ***IMPORTANT REQUEST*** |
| Fax: | (512) 454-7294 |
| From: | Kelsey Serdy<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5752 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

April 7, 2017

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

On April 6, 2017 a/an Consulting Physician Review was performed to assist us in determining Ms. Fabre's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

Please review the enclosed report by Arlen D. Green, DO, and provide any comments you wish to have considered. If you disagree with Arlen D. Green, DO's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by April 24, 2017. Failure to provide the requested

information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 430-5752 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Fabre allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Fabre's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017
5557206-MEDICAL-CP/PEER REVIEW-04.06.2017
5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.24.2017

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 3/27/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Nita M Fabre | **Group/Policy/ Claim Number:** | 5557206 |
| **MES Case Number:** | 31817041459 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kelsey Serdy |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Referrals from Liberty Mutual 03/27/17
- Authorization for disclosure of health information 02/09/17
- Authorization to obtain and release information (excluding psychotherapy notes) 02/09/17, 01/05/16
- Disability carrier by Judson Cook, MD 10/14/16
- Office notes by Judson Cook, MD 10/12/16, 09/23/16, 10/05/16, 08/09/16, 05/16/16, 04/13/16, 02/01/17, 11/23/16, 11/06/16, 08/17/16
- Office note by John Kish, MD 09/28/16
- Exams by Anthony Masaryk, MD 09/27/16
- Operative report by Judson Cook, MD 09/27/16, 08/15/16, 12/29/16
- Office notes by Fida Khan, MD 09/29/16
- Office notes by Patrick Nolan, MD 07/12/16, 06/22/16, 02/27/17, 06/29/16, 06/30/16, 06/25/16, 06/27/16, 06/23/16, 07/12/16, 08/26/16
- Office notes by Rajeev Shah, MD 06/29/16
- Office notes by Dan Richardson, MD 04/22/16
- Medical records from Liberty Mutual 10/24/16, 09/07/16
- Disability Insurance Benefit Analysis from Liberty Mutual 01/11/17, 01/12/17, 03/02/17, 03/01/17
- Pain Management consultants PA by Jeffrey Higginbotham, MD 12/23/16, 12/12/16, 11/04/16
- Office notes by Jeffrey Higginbotham, MD 12/06/16, 11/11/16, 07/09/15, 06/29/15, 06/10/15, 05/28/15, 05/21/15, 03/16/15, 01/12/15, 11/20/14, 10/30/14, 10/23/14, 10/02/14, 06/02/14, 05/27/14, 05/01/14, 01/30/14, 01/31/14, 01/09/14, 12/20/13, 10/24/13
- Office notes by Richard DeBehnke, MD 12/22/16, 12/29/16, 02/28/17, 06/16/16, 06/21/16, 06/26/16, 08/30/16
- Office notes by Maria Hamm, MA 12/29/16
- Quality Assurance Report 01/26/17, 03/02/17, 03/20/17
- Office note by John Manning, MD 12/29/16
- Office note by Brett Macadam, MD 12/21/16
- Follow up by Kristy Markell, PA-C 03/18/14, 02/12/14, 01/14/14, 12/16/13, 11/12/13, 10/17/13, 10/01/13, 09/18/13, 09/04/13, 08/27/13, 08/22/13, 10/02/14, 05/22/14, 04/15/14, 01/14/14, 12/16/13
- Office notes by Joshua Abramowitz, MD 07/31/15
- Office notes by Scott Campbell, MD 06/24/15
- Office notes by Ken Trevino, MD 12/26/13
- Office notes ill eligible name 09/05/13

- Office notes ill eligible name 04/25/13
- Office notes ill eligible name 01/14/13
- Office notes ill eligible name 09/06/12
- Long Term Disability Benefits from Liberty Mutual 09/12/16
- Office notes by Maria Hamm, MA 06/22/16
- Office notes by Angie Eathorne, MA 06/30/16
- Office notes by Leslie Poole, RN 06/23/16
- Office notes by Outside Doctor 08/15/16

Dr. Judson Cook (neurosurgery) (512) 835-8100
On 03/30/2017 at 1:35 PM Pacific Time a voicemail was reached and a detailed message was left. On 04/03/2017 at 1:33PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. On 04/04/2017 at 1:20 PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. No return call has been received as of this writing.

Dr. Jeffrey Higginbotham (pain mgt) (512) 454-9426
On 03/30/2017 at 1:40 PM Pacific Time I spoke with Catherine, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/03/2017 at 1:41 PM Pacific Time I spoke with Misty, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/04/2017 at 1:25 PM Pacific Time I spoke with Adria, who reported that Dr. Higginbotham was unavailable. A detailed message was left. No return call has been received as of this writing.

**SUMMARY OF RECORDS:**
This is a 37-year-old female with post laminectomy syndrome. She had initial injury on 02/02/12 at which time she was involved in a motor vehicle accident. She states that she has had recurrent pain since this time.

All clinical documentation and diagnostic studies have been reviewed. There are multiple interventional procedure notes reviewed showing that the claimant was given spinal injections to include epidural steroid injections, medial branch block, radiofrequency ablation, sacroiliac joint injections, trochanteric bursa injections, and intra-articular hip injections with symptomatic relief.

In an office note on 08/22/13 per Dr. Jeffrey Higginbotham, the claimant is status post spinal cord stimulator placement with improved postop pain from the spinal cord stimulator revision. She states that she is ready to return to work.

In an office visit on 09/18/13 per Dr. Jeffrey Higginbotham, she continues to be managed for ongoing pain complaints by pain management. Physical examination reveals motor strength is 5/5. Straight leg raise does not reproduce pain. She does not feel that she can return to work due to her pain. She has been off of work since 09/04/13. She is not achieving good stimulation of the right lower extremity pain with the spinal cord stimulator despite having it reprogrammed.

In a follow-up visit on 12/16/13, she is seen for evaluation and treatment of chronic pain. Symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, stress, weather change and bending. Symptoms are relieved by rest, stretching, change of position, and medications. She has achieved significant pain relief with injections. Current medications include Lyrica, Celebrex, and OxyContin.

In a follow-up visit on 03/18/14, it is noted the claimant is status post spinal cord stimulator

placement on 07/18/13. She reports receiving much improved pain relief and good stimulation since reprogramming. Assessment is post laminectomy syndrome, sacroiliitis, hip bursitis, myalgia, and chronic pain syndrome. She reports 40% pain relief from a trigger point injection to the lumbar spine on 01/30/14. She reports 75% pain relief following a right hip injection on 01/30/14. She reports 65% pain relief following a right SI joint injection on 01/09/14. She reports that medications are helping to manage her symptoms.

Per a procedure note on 10/02/14, the claimant underwent a trochanteric bursa injection.

Per a procedure note on 03/16/15, the claimant underwent a transforaminal lumbar epidural steroid injection at the L5 – S1 level.

A CT of the lumbar spine on 06/22/15 shows an L4 – 5 solid anterior column fusion, at L5 – S-1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves. It is noted that this could be irritation of the descending annexing L5 nerves with loadbearing.

A procedure note on 07/09/15 states a radiofrequency ablation is performed at the bilateral L2, L3, L4, L5, and S1 levels.

A CT of the lumbar spine on 04/22/16 shows stimulating electrons has not changed in position since 09/05/13. There is no spinal cord compression or new disc herniation at any level. There is no new disc herniation or significant canal narrowing at any level.

An office visit on 04/28/16, the claimant has accommodated history of lower back pain including 2 laminectomies, and L4 – 5 anterior lumbar fusion and a thoracic spinal cord stimulator system with a tripole paddle electrode. She has right leg pain down to her lateral shin and dorsum of the foot. She has failed conservative therapy.

A new patient visit on 06/22/16 with Dr. Patrick Nolan evaluated the claimant for bilateral foot pain and numbness as well as or back pain, gait disturbance, and migraines. She has a history of refractory lower back pain without obvious radicular abnormalities. She arrived with a walker. She has seen pain management and complains of occasional pain in the pelvic area. Motor strength is normal. Reflexes are symmetrical. Sensation is normal. Coordination is normal. The provider states he is unsure of the etiology of the claimant's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy prior to her lumbar surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on examination. Imaging studies and electrodiagnostic studies are ordered.

MRI of the cervical spine on 06/29/16 shows an incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT of the head from 04/04/08. There is mild degenerative change at C5 – C6 with shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.

Electrodiagnostic study performed on 07/12/16 shows no evidence of a distal peripheral polyneuropathy, right lower extremity plexopathy, radiculopathy, or myopathy.

In an office visit on 07/19/16, the claimant is seen by Dr. Judson Cook status post electrodiagnostic studies of the lower extremities which was overall negative. Diagnosis is lumbar post laminectomy syndrome.

An operative note dated 08/15/16 notes a revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed.

In an office visit on 09/22/16, Dr. Cook states that the claimant had an aspiration of the pulse generator pocket. The fluid has grown out as staph aureus and she has been placed on appropriate oral antibiotics. She reported continued pain at the battery site and along the distal electrode leads. Impression is post laminectomy syndrome. The incision appears to be well healed superficially but there is a deeper fluid pocket over the battery site.

Per an operative note on 09/26/16, removal of spinal cord stimulator system is performed.

MRI of the lumbar spine on 09/27/16 reveals there has been removal of an infected spinal cord stimulator through a laminectomy at T9. There is a 6 mm focus of thickening and enhancement along the ligamentum flavum in the area previously occupied by the stimulator leads. The area extends from T7 through T10 and is presumed to be infected. There is no evidence of any cord compression. There is a prior anterior fusion at the L4 – 5 level and evidence of a L4 laminotomy. There is no evidence of any spinal canal or neural foraminal stenosis.

An X-ray of the lumbar spine on 09/28/16 shows a well-positioned PICC line without evidence of acute cardiopulmonary disease.

In an office note on 10/11/16, Dr. Judson Cook saw the claimant status post removal of her entire thoracic spinal cord stimulator system due to infection. She continues to be followed closely by infectious disease. Motor strength is 5/5. Chronic pain syndrome is improved. Given her recurrent severe lower back and leg pain she would like to discuss options for reimplantation of the stimulator.

In an office note on 10/03/16, the claimant is status post spinal cord stimulator explant secondary to pocket infection. An MRI of the thoracic and lumbar spine is recommended. She will continue her current medication regimen. On examination there is no sign of infection. Motor strength and tone is normal.

In a disability form on 10/14/16 Dr. Cook states that the claimant is unable to perform bending, lifting, twisting or any exerted activity due to postoperative recovery and healing.

On 11/04/16, the claimant underwent a spinal cord stimulator trial.

In an office note on 11/11/16, Dr. Jeffrey Higginbotham states that the claimant's cord stimulator trial leads were removed without resistance. There were no complications. She will discuss reimplantation with Dr. Cook.

In an office note on 11/22/16, Dr. Jeffrey Higginbotham states that the claimant is status post removal of her entire thoracic spinal cord see me later system due to infection. She continues to be followed closely by infectious disease and now has finished her course of IV antibiotics.

In an office visit on 12/06/16, Dr. Jeffrey Higginbotham saw the claimant for a chief complaint of back pain. She was involved in a motor vehicle accident on 02/02/12. Pain level is 7/10. Examination reveals no signs of infection. Muscle tone and strength is normal. Sensation is intact. The claimant is stable on current medications.

MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or

osteomyelitis. Mild loss of decided T7 – T8 and T8 – T9. Mild multilevel facet arthrosis of the mid and lower thoracic spine. No central or neural foraminal stenosis is noted.

In an office note on 12/22/16, Dr. Richard DeBehnke evaluated the claimant for respiratory symptoms. She has a history of chronic back pain. She is able to walk with the assistance of a cane. Sensation is difficult to evaluate. Deep tendon reflexes are 2+ and symmetrical.

Per an operative note on 12/28/16, a thoracic laminectomy and placement of multi-array paddle electrode for dorsal column stimulator, placement of pulse generator and programming is performed.

In an office visit on 01/12/17, Dr. Judson Cook states that she has made a reasonable recovery from the surgical procedure on 12/28/16 at which time she underwent replacement of multi-array paddle electrode into the thoracic region along with a pulse generator on 12/28/16. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region.

In an office note on 02/27/17, Dr. Patrick Nolan, neurology evaluation indicates that the claimant has bilateral foot pain and numbness as well as gait disturbance, depression, and episodic migraine headaches. Her headaches are stable and minimal. Nerve conduction testing demonstrates no obvious neuropathy. She has occasional tingling paresthesia in the feet at night which may be related to the spinal cord stimulator. She can rise from the examination table from a line to sealed position without assistance. Motor strength and tone is normal. Reflexes are symmetrical. Sensation is normal. She is ambulating on a walker but can take a few steps on her toes.

**REVIEW QUESTION (S):**

**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

The claimant is diagnosed with post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy.

**2. Please clarify which diagnoses are causing impairment.**

The claimant is impaired secondary to post laminectomy syndrome.

After careful review of all documentation provided the claimant is a 37-year-old female with chronic lower back pain status post cervical fusion and spinal cord stimulator placement. She is status post spinal cord stimulator placement on 02/04/13 and revision on 07/18/13. On 08/15/16, revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed complicated by infection and was removed. The device was re-implanted on 12/28/16. MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or osteomyelitis. As of 01/12/17 it is noted that she has recovered sufficiently from the reimplantation of spinal cord stimulator. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region. A 02/27/17 neurology evaluation indicates that she has bilateral foot pain and numbness with gait disturbance. Nerve conduction studies are reported to be negative. Motor strength and tone is normal. Reflexes are symmetrical and sensation is normal. She is ambulating with a walker but can take some steps on her toes. The claimant is impaired due to her history of cervical fusion, and spinal cord stimulator placement as well as continued difficulty with ambulation and chronic pain.

**3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.**

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

These restrictions are ongoing and given the claimant's surgical history with the spinal cord implant would not be expected to change significantly. Prognosis is poor for a return to work without restrictions.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical records provided do not describe any side effects from medications that would support impairment affecting functional capacity.

**5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

The treatment plan to date has been appropriate and consistent with the current standard of care. Based on the available medical records, the claimant underwent the appropriate nonsurgical treatments and surgeries performed were medically necessary.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health*

*plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*

Arlen D. Green, DO
Board Certified in Physical Medicine & Rehabilitation
Expertise in Pain Medicine
Expertise in Spine
CA License #9441
04/06/2017

MRN [ ]

# Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre

Date of Birth:

Address:

Telephone Number:

I hereby authorize ( name of facility/provider releasing information) to disclose the above-named individuals health information:

ADC

Name (facility releasing information) Address City State Zip

Telephone Number

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- ___ Other___
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

This information may be disclosed to and used by the following individual or organization (receiving the information)

Liberty Mutual Disability. P.O. Box 7207, London, KY

Name (facility receiving information) Address City State Zip

Telephone Number: 1-800-291-0012 ext

Description of the purpose of the use and/or disclosure: (check one)

- ___ Continuing Care
- ___ Consultation
- ___ Legal purposes
- ___ Second Opinion
- ✓ Insurance
- ___ Personal Use
- ___ Emergency/acute care
- ___ Social Security/Disability (provide copy of SSA Letter)
- ✓ Other: Please describe: Disability claim / attorney
- ___ Marketing-If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

[signature] N Fabre
Signature of Patient or Patient's Representative

4/7/201
Date

Nita Fabre
Printed name of Patient or Patient's Representative

Self
Relationship to Patient or

Legal Authority (attach supporting documentation)

NS 06-0017 4-24-0

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 3/27/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Nita M Fabre | **Group/Policy/ Claim Number:** | 5557206 |
| **MES Case Number:** | 31817041459 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Kelsey Serdy |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Referrals from Liberty Mutual 03/27/17
- Authorization for disclosure of health information 02/09/17
- Authorization to obtain and release information (excluding psychotherapy notes) 02/09/17, 01/05/16
- Disability carrier by Judson Cook, MD 10/14/16
- Office notes by Judson Cook, MD 10/12/16, 09/23/16, 10/05/16, 08/09/16, 05/16/16, 04/13/16, 02/01/17, 11/23/16, 11/06/16, 08/17/16
- Office note by John Kish, MD 09/28/16
- Exams by Anthony Masaryk, MD 09/27/16
- Operative report by Judson Cook, MD 09/27/16, 08/15/16, 12/29/16
- Office notes by Fida Khan, MD 09/29/16
- Office notes by Patrick Nolan, MD 07/12/16, 06/22/16, 02/27/17, 06/29/16, 06/30/16, 06/25/16, 06/27/16, 06/23/16, 07/12/16, 08/26/16
- Office notes by Rajeev Shah, MD 06/29/16
- Office notes by Dan Richardson, MD 04/22/16
- Medical records from Liberty Mutual 10/24/16, 09/07/16
- Disability Insurance Benefit Analysis from Liberty Mutual 01/11/17, 01/12/17, 03/02/17, 03/01/17
- Pain Management consultants PA by Jeffrey Higginbotham, MD 12/23/16, 12/12/16, 11/04/16
- Office notes by Jeffrey Higginbotham, MD 12/06/16, 11/11/16, 07/09/15, 06/29/15, 06/10/15, 05/28/15, 05/21/15, 03/16/15, 01/12/15, 11/20/14, 10/30/14, 10/23/14, 10/02/14, 06/02/14, 05/27/14, 05/01/14, 01/30/14, 01/31/14, 01/09/14, 12/20/13, 10/24/13
- Office notes by Richard DeBehnke, MD 12/22/16, 12/29/16, 02/28/17, 06/16/16, 06/21/16, 06/26/16, 08/30/16
- Office notes by Maria Hamm, MA 12/29/16
- Quality Assurance Report 01/26/17, 03/02/17, 03/20/17
- Office note by John Manning, MD 12/29/16
- Office note by Brett Macadam, MD 12/21/16
- Follow up by Kristy Markell, PA-C 03/18/14, 02/12/14, 01/14/14, 12/16/13, 11/12/13, 10/17/13, 10/01/13, 09/18/13, 09/04/13, 08/27/13, 08/22/13, 10/02/14, 05/22/14, 04/15/14, 01/14/14, 12/16/13
- Office notes by Joshua Abrarnowilz, MD 07/31/15
- Office notes by Scott Campbell, MD 06/24/15
- Office notes by Ken Trevino, MD 12/26/13
- Office notes ill eligible name 09/05/13

- Office notes ill eligible name 04/25/13
- Office notes ill eligible name 01/14/13
- Office notes ill eligible name 09/06/12
- Long Term Disability Benefits from Liberty Mutual 09/12/16
- Office notes by Maria Hamm, MA 06/22/16
- Office notes by Angie Eathorne, MA 06/30/16
- Office notes by Leslie Poole, RN 06/23/16
- Office notes by Outside Doctor 08/15/16

Dr. Judson Cook (neurosurgery) (512) 835-8100
On 03/30/2017 at 1:35 PM Pacific Time a voicemail was reached and a detailed message was left. On 04/03/2017 at 1:33PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. On 04/04/2017 at 1:20 PM Pacific Time I spoke with Daniel, who reported that Dr. Cook was unavailable. A detailed message was left. No return call has been received as of this writing.

Dr. Jeffrey Higginbotham (pain mgt) (512) 454-9426
On 03/30/2017 at 1:40 PM Pacific Time I spoke with Catherine, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/03/2017 at 1:41 PM Pacific Time I spoke with Misty, who reported that Dr. Higginbotham was unavailable. A detailed message was left. On 04/04/2017 at 1:25 PM Pacific Time I spoke with Adria, who reported that Dr. Higginbotham was unavailable. A detailed message was left. No return call has been received as of this writing.

**SUMMARY OF RECORDS:**
This is a 37-year-old female with post laminectomy syndrome. She had initial injury on 02/02/12 at which time she was involved in a motor vehicle accident. She states that she has had recurrent pain since this time.

All clinical documentation and diagnostic studies have been reviewed. There are multiple interventional procedure notes reviewed showing that the claimant was given spinal injections to include epidural steroid injections, medial branch block, radiofrequency ablation, sacroiliac joint injections, trochanteric bursa injections, and intra-articular hip injections with symptomatic relief.

In an office note on 08/22/13 per Dr. Jeffrey Higginbotham, the claimant is status post spinal cord stimulator placement with improved postop pain from the spinal cord stimulator revision. She states that she is ready to return to work.

In an office visit on 09/18/13 per Dr. Jeffrey Higginbotham, she continues to be managed for ongoing pain complaints by pain management. Physical examination reveals motor strength is 5/5. Straight leg raise does not reproduce pain. She does not feel that she can return to work due to her pain. She has been off of work since 09/04/13. She is not achieving good stimulation of the right lower extremity pain with the spinal cord stimulator despite having it reprogrammed.

In a follow-up visit on 12/16/13, she is seen for evaluation and treatment of chronic pain. Symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, stress, weather change and bending. Symptoms are relieved by rest, stretching, change of position, and medications. She has achieved significant pain relief with injections. Current medications include Lyrica, Celebrex, and OxyContin.

In a follow-up visit on 03/18/14, it is noted the claimant is status post spinal cord stimulator

placement on 07/18/13. She reports receiving much improved pain relief and good stimulation since reprogramming. Assessment is post laminectomy syndrome, sacroiliitis, hip bursitis, myalgia, and chronic pain syndrome. She reports 40% pain relief from a trigger point injection to the lumbar spine on 01/30/14. She reports 75% pain relief following a right hip injection on 01/30/14. She reports 65% pain relief following a right SI joint injection on 01/09/14. She reports that medications are helping to manage her symptoms.

Per a procedure note on 10/02/14, the claimant underwent a trochanteric bursa injection.

Per a procedure note on 03/16/15, the claimant underwent a transforaminal lumbar epidural steroid injection at the L5 – S1 level.

A CT of the lumbar spine on 06/22/15 shows an L4 – 5 solid anterior column fusion, at L5 – S-1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves. It is noted that this could be irritation of the descending annexing L5 nerves with loadbearing.

A procedure note on 07/09/15 states a radiofrequency ablation is performed at the bilateral L2, L3, L4, L5, and S1 levels.

A CT of the lumbar spine on 04/22/16 shows stimulating electrons has not changed in position since 09/05/13. There is no spinal cord compression or new disc herniation at any level. There is no new disc herniation or significant canal narrowing at any level.

An office visit on 04/28/16, the claimant has accommodated history of lower back pain including 2 laminectomies, and L4 – 5 anterior lumbar fusion and a thoracic spinal cord stimulator system with a tripole paddle electrode. She has right leg pain down to her lateral shin and dorsum of the foot. She has failed conservative therapy.

A new patient visit on 06/22/16 with Dr. Patrick Nolan evaluated the claimant for bilateral foot pain and numbness as well as or back pain, gait disturbance, and migraines. She has a history of refractory lower back pain without obvious radicular abnormalities. She arrived with a walker. She has seen pain management and complains of occasional pain in the pelvic area. Motor strength is normal. Reflexes are symmetrical. Sensation is normal. Coordination is normal. The provider states he is unsure of the etiology of the claimant's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy prior to her lumbar surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on examination. Imaging studies and electrodiagnostic studies are ordered.

MRI of the cervical spine on 06/29/16 shows an incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT of the head from 04/04/08. There is mild degenerative change at C5 – C6 with shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.

Electrodiagnostic study performed on 07/12/16 shows no evidence of a distal peripheral polyneuropathy, right lower extremity plexopathy, radiculopathy, or myopathy.

In an office visit on 07/19/16, the claimant is seen by Dr. Judson Cook status post electrodiagnostic studies of the lower extremities which was overall negative. Diagnosis is lumbar post laminectomy syndrome.

An operative note dated 08/15/16 notes a revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed.

In an office visit on 09/22/16, Dr. Cook states that the claimant had an aspiration of the pulse generator pocket. The fluid has grown out as staph aureus and she has been placed on appropriate oral antibiotics. She reported continued pain at the battery site and along the distal electrode leads. Impression is post laminectomy syndrome. The incision appears to be well healed superficially but there is a deeper fluid pocket over the battery site.

Per an operative note on 09/26/16, removal of spinal cord stimulator system is performed.

MRI of the lumbar spine on 09/27/16 reveals there has been removal of an infected spinal cord stimulator through a laminectomy at T9. There is a 6 mm focus of thickening and enhancement along the ligamentum flavum in the area previously occupied by the stimulator leads. The area extends from T7 through T10 and is presumed to be infected. There is no evidence of any cord compression. There is a prior anterior fusion at the L4 – 5 level and evidence of a L4 laminotomy. There is no evidence of any spinal canal or neural foraminal stenosis.

An X-ray of the lumbar spine on 09/28/16 shows a well-positioned PICC line without evidence of acute cardiopulmonary disease.

In an office note on 10/11/16, Dr. Judson Cook saw the claimant status post removal of her entire thoracic spinal cord stimulator system due to infection. She continues to be followed closely by infectious disease. Motor strength is 5/5. Chronic pain syndrome is improved. Given her recurrent severe lower back and leg pain she would like to discuss options for reimplantation of the stimulator.

In an office note on 10/03/16, the claimant is status post spinal cord stimulator explant secondary to pocket infection. An MRI of the thoracic and lumbar spine is recommended. She will continue her current medication regimen. On examination there is no sign of infection. Motor strength and tone is normal.

In a disability form on 10/14/16 Dr. Cook states that the claimant is unable to perform bending, lifting, twisting or any exerted activity due to postoperative recovery and healing.

On 11/04/16, the claimant underwent a spinal cord stimulator trial.

In an office note on 11/11/16, Dr. Jeffrey Higginbotham states that the claimant’s cord stimulator trial leads were removed without resistance. There were no complications. She will discuss reimplantation with Dr. Cook.

In an office note on 11/22/16, Dr. Jeffrey Higginbotham states that the claimant is status post removal of her entire thoracic spinal cord see me later system due to infection. She continues to be followed closely by infectious disease and now has finished her course of IV antibiotics.

In an office visit on 12/06/16, Dr. Jeffrey Higginbotham saw the claimant for a chief complaint of back pain. She was involved in a motor vehicle accident on 02/02/12. Pain level is 7/10. Examination reveals no signs of infection. Muscle tone and strength is normal. Sensation is intact. The claimant is stable on current medications.

MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or

osteomyelitis. Mild loss of decided T7 – T8 and T8 – T9. Mild multilevel facet arthrosis of the mid and lower thoracic spine. No central or neural foraminal stenosis is noted.

In an office note on 12/22/16, Dr. Richard DeBehnke evaluated the claimant for respiratory symptoms. She has a history of chronic back pain. She is able to walk with the assistance of a cane. Sensation is difficult to evaluate. Deep tendon reflexes are 2+ and symmetrical.

Per an operative note on 12/28/16, a thoracic laminectomy and placement of multi-array paddle electrode for dorsal column stimulator, placement of pulse generator and programming is performed.

In an office visit on 01/12/17, Dr. Judson Cook states that she has made a reasonable recovery from the surgical procedure on 12/28/16 at which time she underwent replacement of multi-array paddle electrode into the thoracic region along with a pulse generator on 12/28/16. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region.

In an office note on 02/27/17, Dr. Patrick Nolan, neurology evaluation indicates that the claimant has bilateral foot pain and numbness as well as gait disturbance, depression, and episodic migraine headaches. Her headaches are stable and minimal. Nerve conduction testing demonstrates no obvious neuropathy. She has occasional tingling paresthesia in the feet at night which may be related to the spinal cord stimulator. She can rise from the examination table from a line to seated position without assistance. Motor strength and tone is normal. Reflexes are symmetrical. Sensation is normal. She is ambulating on a walker but can take a few steps on her toes.

**<u>REVIEW QUESTION (S):</u>**
**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

The claimant is diagnosed with post laminectomy syndrome, chronic pain syndrome, trochanteric bursitis, and lumbar radiculopathy.

**2. Please clarify which diagnoses are causing impairment.**

The claimant is impaired secondary to post laminectomy syndrome.

After careful review of all documentation provided the claimant is a 37-year-old female with chronic lower back pain status post cervical fusion and spinal cord stimulator placement. She is status post spinal cord stimulator placement on 02/04/13 and revision on 07/18/13. On 08/15/16, revision/replacement/relocation of thoracic spinal cord stimulator pulse generator is performed complicated by infection and was removed. The device was re-implanted on 12/28/16. MRI of the thoracic spine on 12/21/16 shows no acute fracture or evidence for discitis or osteomyelitis. As of 01/12/17 it is noted that she has recovered sufficiently from the reimplantation of spinal cord stimulator. Her lower extremity fusion appears grossly normal from her preoperative condition. Incisions are healing well. She has good placement of the electrode spanning from the mid-T8 to mid T9 region. A 02/27/17 neurology evaluation indicates that she has bilateral foot pain and numbness with gait disturbance. Nerve conduction studies are reported to be negative. Motor strength and tone is normal. Reflexes are symmetrical and sensation is normal. She is ambulating with a walker but can take some steps on her toes. The claimant is impaired due to her history of cervical fusion, and spinal cord stimulator placement as well as continued difficulty with ambulation and chronic pain.

**3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.**

This claimant has the functional capacity to perform full time work with the following:

- Lifting and carrying not more than 10 pounds occasionally or 5 pounds frequently.
- Pushing and pulling not more than 10 pounds occasionally and 5 pounds frequently.
- Walking and standing 2 hours per day (combined), 10 minutes at a time
- Sitting unrestricted with a 10-minute break every 1-2 hours up to 8 hours per day.
- Squatting, kneeling, and crouching on an occasional basis.
- Bending and twisting restricted to rarely (less than 1/3 of the day).
- No climbing ladders and working at heights.
- No operating heavy equipment.
- Fingering, handling and feeling allowed on a constant basis.
- Reaching at the waist and overhead on a constant basis.
- Reaching below the waist on an occasional basis.

These restrictions are ongoing and given the claimant's surgical history with the spinal cord implant would not be expected to change significantly. Prognosis is poor for a return to work without restrictions.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical records provided do not describe any side effects from medications that would support impairment affecting functional capacity.

**5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

The treatment plan to date has been appropriate and consistent with the current standard of care. Based on the available medical records, the claimant underwent the appropriate nonsurgical treatments and surgeries performed were medically necessary.

**<u>Conflict of Interest Attestation:</u>**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health*

*plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*



Arlen D. Green, DO
Board Certified in Physical Medicine & Rehabilitation
Expertise in Pain Medicine
Expertise in Spine
CA License #9441
04/06/2017

# INVOICE

4/6/2017
Invoice #: 31817041459

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

---

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
DISABILITY
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Claim Number 5557206
Claimant Nita M. Fabre
Referral Date: 3/27/2017 14:04:00 Peer Review Specialty: Physical Medicine & Rehabilitation

Jurisdiction: TX
Federal Id: 38-2193020
S.S. # :
D.O.I. :

Employer:
TAX ID #: 38-2193020

| Description of Services | Amount Due |
|---|---|
| Peer Review Services | 1,116.25 |

**Total Due:** $1,116.25

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street,
Norwood MA 02062

*... priority peer review service*

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Kelsey Serdy
Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112 x14289
Fax: (603) 430-5752

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | CENTENE MANAGEMENT COMPANY | Date Sent: | 3/27/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | NITA M FABRE | Claim #: | 5557206 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 6/20/2015 |
| Zip: | | Primary Diagnosis: | Postlaminectomy syndrome, not elsewhere classifie |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Jeffrey HIGGINBOTHAM (p) (512) 454-9426 (f) (512) 454-7294 |

Referral Questions:

Vendor Chosen: MES Solutions

Claimant Name: NITA M FABRE

# Liberty Mutual - Independent Evaluation

## Peer Review

Please contact tx provider(s): Dr.Jeffrey HIGGINBOTHAM (p) (512) 454-9426 (f) (512) 454-7294 (pain mgt) and Dr. Judson Cook (p) (512) 835-8100 (f) (512) 835-8101 ( nuerosurgery). When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

1. Please note all diagnoses supported by the medical evidence (including co-morbids).
2. Please clarify which diagnoses are causing impairment.
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.
4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.
5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.

Instructions For Vendor:

Claimant Name: NITA M FABRE

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: NITA M FABRE

ReleasePoint

## Medical Record Overview

**Date:** **March 20, 2017**

**Patient Name:** FABRE, NITA

**Records From:** SPINE & NEUROSURGERY SPECIALISTS
2200 PARK BEND DR, STE 201
AUSTIN, TX 78758
(512) 835-8100

**RP ID:** 2968537

**Client ID:** 5557206

**Source:** LIBMT1

**Req By:** K Serdy

**Request Scope:** From November 1, 2016 to Present

**Chart Range:** 11/03/2016 - 01/12/2017

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 3 2016 | Jan 12 2017 | 6 | 2 |
| Labs/Diagnostics | Nov 4 2016 | Dec 29 2016 | 8 | 8 |
| Request Corr. | | | 6 | 16 |

**Total Page Count:** 20

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:



**Nita Fabre** Home: (512) 944-7369
Female DOB: 10312Ins: Ambetter Superior Health Plan Grp: 90930952

**01/12/2017 - Office Visit**
**Provider: Judson Cook**
**Location of Care: All**

**Current Problems (prior to this update):**
Postlaminectomy syndrome, lumbar region (ICD-722.83) (ICD10-M96.1)
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
LBP (ICD-724.2) (ICD10-M54.5)
Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)

**Current Medications (prior to this update):**
VENLAFAXINE HCL 100 MG ORAL TABS (VENLAFAXINE HCL)
OXYCODONE HCL 15 MG ORAL TABS (OXYCODONE HCL)
DURAGESIC-50 50 MCG/HR TRANS PT72 (FENTANYL)
NEURONTIN 300 MG ORAL CAPS (GABAPENTIN)
MOBIC 7.5 MG ORAL TABS (MELOXICAM)
OMEPRAZOLE 20 MG ORAL CPDR (OMEPRAZOLE)
SINGULAIR 10 MG ORAL TABS (MONTELUKAST SODIUM)

## Risk Factors:

Smoked Tobacco Use: Never smoker

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 37 Years Old Female |
| Height: | 66 inches |
| Weight: | 234 pounds |
| BMI: | 37.76 |

Pt. in pain? yes

## Physical Exam

## Constitutional:

## Clinical Visit Note:

SUBJECTIVE: Ms. Fabre returns today for followup and has undergone a placement of multi-array paddle electrode into the thoracic region along with a pulse generator on 12/28/2016. She has made a reasonable recovery from the surgical procedure itself. Her system currently has not been engaged. She

denies any new or worrisome neurological symptoms.

OBJECTIVE: Ms. Fabre appears to be in some discomfort. She has an antalgic gait. Her lower extremity function appears grossly normal from her preoperative condition. Her incisions are healing well overall. We obtained an upright AP and lateral x-ray of the thoracic spine today. This shows good midline placement of a multi-array paddle electrode spanning from the mid T8 to mid T9 region.

ASSESSMENT:
1. Chronic pain syndrome and post laminectomy syndrome of the lumbar spine.
2. 12/28/2016 placement of multi-array paddle electrode and pulse generator.

PLAN: At this point in time, Ms. Fabre is doing fairly well from the surgical procedure. She will maintain herself under current limitations. She is going to undergo initiation of the device and programming within the next several weeks and I would otherwise like to see her back in six weeks with another two view thoracic spine film. She knows to call immediately for any questions or concerns especially new or worrisome neurological symptoms.

## Impression & Recommendations:

**Problem # 1:** Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)

]

**Electronically signed by Judson Cook on 02/01/2017 at 10:04 AM**

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:



**Nita Fabre** Home: (512) 944-7369
Female DOB: 10312 Ins: Ambetter Superior Health Plan Grp: 90930952

**11/22/2016 - Office Visit: f/u to discuss permenant SCS**
**Provider: Judson Cook**
**Location of Care: All**

**Current Problems (prior to this update):**
Postlaminectomy syndrome, lumbar region (ICD-722.83) (ICD10-M96.1)
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
LBP (ICD-724.2) (ICD10-M54.5)
Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)

**Current Medications (prior to this update):**
VENLAFAXINE HCL 100 MG ORAL TABS (VENLAFAXINE HCL)
OXYCODONE HCL 15 MG ORAL TABS (OXYCODONE HCL)
DURAGESIC-50 50 MCG/HR TRANS PT72 (FENTANYL)
NEURONTIN 300 MG ORAL CAPS (GABAPENTIN)
MOBIC 7.5 MG ORAL TABS (MELOXICAM)
OMEPRAZOLE 20 MG ORAL CPDR (OMEPRAZOLE)
SINGULAIR 10 MG ORAL TABS (MONTELUKAST SODIUM)

**Visit Type:** Follow-up
**Referring Provider:** JEFFREY HIGGINBOTHAM

**CC:** s/p Nevro (HF-10) trial .

**History of Present Illness:**
Ms. Fabre returns today and is s/p removal of her entire thoracic SCS system due to infection. She denies any signficant systemic compliants but reports the recurrence of her pre-stimulator low back and leg pain. She continues to be followed closely by infectious disease and has now finished her course of IV antibiotics. She has undergone a thoracic SCS trial using the HF-10 tenchology (Nevro) performed by her pain management specialist and she did not feel that this technology afforded her as much improvement as her prior system.

## Vital Signs:

Patient Profile: 36 Years Old Female

## Musculoskeletal:
**Station:** Forward Flexed
**Gait:** antalgic

### Motor
All muscle groups tested were a grade 5 on a scale of 5 using the MRC scale unless noted below.

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:



**Nita Fabre** Home: (512) 944-7369
Female DOB: 10312Ins: Ambetter Superior Health Plan Grp: 90930952

## Higher integrative functions:

**Oriented to:** Person, Place, Time

## Clinical Visit Note:

## Impression & Recommendations:

**Problem # 1:** Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
**Assessment:** Deteriorated
We discussed the relative issues and options and their respective risks, benefits, convalescence and postoperative expectations. She has completed her course of antibitics and her incisions are well-healed. Given this discussion, she would like to proceed with reimplantation of a mulitarray paddle electrode and puls generator using the same system (company) that she had preciously. She will need a preoperative thoracic MRI (non-contrast) to assess for any changes and the reimplantation site and for surgical planning.

Orders:
99214-F/U-Detailed (99214)

**Problem # 2:** Postlaminectomy syndrome, lumbar region (ICD-722.83) (ICD10-M96.1)

Orders:
99214-F/U-Detailed (99214)

]

**Electronically signed by Judson Cook on 11/23/2016 at 6:42 AM**

**Nita Fabre** Home: (512) 944-7369
Female DOB: 10312Ins: Ambetter Superior Health Plan Grp: 90930952

**11/03/2016 - Office Visit: 3 week f/u- no xr.see note in chart regarding appt. ars**
**Provider: Judson Cook**
**Location of Care: All**

**Current Problems (prior to this update):**
Postlaminectomy syndrome, lumbar region (ICD-722.83) (ICD10-M96.1)
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
LBP (ICD-724.2) (ICD10-M54.5)
Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)

**Current Medications (prior to this update):**
VENLAFAXINE HCL 100 MG ORAL TABS (VENLAFAXINE HCL)
OXYCODONE HCL 15 MG ORAL TABS (OXYCODONE HCL)
DURAGESIC-50 50 MCG/HR TRANS PT72 (FENTANYL)
NEURONTIN 300 MG ORAL CAPS (GABAPENTIN)
MOBIC 7.5 MG ORAL TABS (MELOXICAM)
OMEPRAZOLE 20 MG ORAL CPDR (OMEPRAZOLE)
SINGULAIR 10 MG ORAL TABS (MONTELUKAST SODIUM)

**Visit Type:** Follow-up
**Referring Provider:** JEFFREY HIGGINBOTHAM

**CC:** s/p thoracic SCS removal.

**History of Present Illness:**
Ms. Fabre returns today and is s/p removal of her entire thoracic SCS system due to infection. She denies any signficant systemic compliants but reports the recurrence of her pre-stimulator low back and leg pain. She continues to be followed closely by infectious disease and has now finished her course of IV antibiotics. She is apparently scheduled for a thoracic SCS trial using the HF-10 tenchology (Nevro).

## Vital Signs:

Patient Profile: 36 Years Old Female

## Musculoskeletal:
**Gait:** antalgic

## Motor
All muscle groups tested were a grade 5 on a scale of 5 using the MRC scale unless noted below.

## Higher integrative functions:
**Oriented to:** Person, Place, Time

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:



**Nita Fabre** Home: (512) 944-7369
Female DOB: 10312 Ins: Ambetter Superior Health Plan Grp: 90930952

## Clinical Visit Note:

## Impression & Recommendations:

**Problem # 1:** Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
**Assessment:** Unchanged
Ms. Fabre has recovered from her recent procedure and her incision appear to have healed well. We will see her back following the thoracic SCS trial to be perfromed by Dr. Higginbotham.

Orders:
99024-Post Op (99024)

]

**Electronically signed by Judson Cook on 11/06/2016 at 6:09 PM**

**ROUND ROCK MEDICAL CENTER**
**2400 ROUND ROCK AVENUE**
**ROUND ROCK, TX 78681**

**PHONE #:** 512-341-6440
**FAX #:** 512-255-6706

Name: FABRE,NITA MARIA
Phys: Cook,Judson H MD
DOB: Age: 37 Sex: F
Acct: D00025368981 Loc: D.226 A
Exam Date: 12/29/2016 Status: ADM IN
Radiology No:
Unit No: D000532009

**Judson H Cook MD**
**2200 Park Bend Drive #2-201**
**Austin, TX 78758**

**EXAMS:**
035313023 XR THORACIC SPINE 2 VWS

**Clinical Indication::**
Spine Surgery Post

CLINICAL HISTORY: Spine Surgery Post.

FINDINGS:
Neurostimulator device projecting over the spine. On these two views, the thoracic spine appears within normal limits.

** Electronically Signed by M.D. John Manning on 12/29/2016 at 1017 **
Reported and signed by: John Manning, M.D.

CC: Judson H Cook MD

Dictated Date/Time: 12/29/2016 (1016)
Technologist: William Simpkins, R.T.(R)
Transcribed Date/Time: 12/29/2016 (1016)
Transcriptionist: TRAN.DFT
Orig Print D/T: S: 12/30/2016 (0724)
BATCH NO: 2509

**ROUND ROCK MEDICAL CENTER**
**2400 ROUND ROCK AVENUE**
**ROUND ROCK, TX 78681**

**PHONE #:** 512-341-6440
**FAX #:** 512-255-6706

Name: FABRE,NITA MARIA
Phys: Cook,Judson H MD
DOB: Age: 37 Sex: F
Acct: D00025368981 Loc: D.226 A
Exam Date: 12/28/2016 Status: ADM IN
Radiology No:
Unit No: D000532009

**Judson H Cook MD**
**2200 Park Bend Drive #2-201**
**Austin, TX 78758**

**EXAMS:**
035312840 XR C-ARM 60 MINUTES

Clinical Indication::
THORACIC SPINAL STIMULATOR

CLINICAL HISTORY: THORACIC SPINAL STIMULATOR.

FINDINGS -
***IMPRESSION:***
***9.8 seconds of fluoroscopic time utilized. A single spot image demonstrates a neurostimulator device projecting over the spine.***

** Electronically Signed by M.D. John Manning on 12/29/2016 at 1031 **
Reported and signed by: John Manning, M.D.

CC: Judson H Cook MD

Dictated Date/Time: 12/29/2016 (1031)
Technologist: Emily Dolan, R.T.(R)
Transcribed Date/Time: 12/29/2016 (1031)
Transcriptionist: TRAN.DFT
Orig Print D/T: S: 12/30/2016 (0724)
BATCH NO: 2509

***DRAFT COPY***

**ST. DAVID'S ROUND ROCK MEDICAL CENTER**
**2400 Round Rock Ave * Round Rock, TX 78681**

**PATIENT:** FABRE, NITA M
**ACCOUNT:** D00025368981
**DATE OF BIRTH:**
**SEX:** F
**DICTATING PHYS:** Judson H. Cook, MD
**ATTENDING PHYS:** Judson H Cook

**MED RECORD #:** D000532009
**ROOM #:** D.226
**LOCATION:** D.2M
**PT STATUS:** INO
**ADM DATE:** 12/28/2016
**DIS DATE:**

**OPERATIVE REPORT**

DATE OF PROCEDURE: 12/28/2016

PREOPERATIVE DIAGNOSES:
1. Chronic pain syndrome.
2. Post-laminectomy syndrome of the lumbar spine.

POSTOPERATIVE DIAGNOSES:
1. Chronic pain syndrome.
2. Post-laminectomy syndrome of the lumbar spine.

PROCEDURES PERFORMED:
1. Thoracic laminectomy and placement of multi-array paddle electrode for dorsal column stimulation.
2. Gluteal subcutaneous placement of pulse generator.
3. Use of the operating microscope for microdissection purposes.
4. Use of AP and lateral fluoroscopy under my supervision and interpretation.
5. Use of intraoperative spinal and peripheral nerve monitoring.
6. Use of intraoperative monitoring to determine the lateral contribution of the paddle electrode position.
7. Complex postoperative pulse generator programming.
8. Complex procedure (modifier 22).

SURGEON:
Judson Cook, MD

ASSISTANT:
None.

SPECIMENS:
None.

ESTIMATED BLOOD LOSS:
25mL.

DRAINS:
None.

ANESTHESIA:
General endotracheal.

INDICATIONS:
Ms. Fabre is a pleasant female, who presents with symptoms referable to the above pathology. She unfortunately has a history of a prior infection related to her multi-array paddle electrode system and pulse generator, which afforded her some adequate improvement in her general pain and improvement in her function. At this point in time, she is cleared for

***DRAFT COPY***

**(Report Continued............ST. DAVID'S ROUND ROCK MEDICAL CENTER)**

**PATIENT:** NITA M FABRE **MED REC#:** D000532009
**ACCOUNT #:** D00025368981 **ROOM #:** D.226

this infection and given discussion of the relative options and their respective risks, benefits, convalescence, and postoperative expectations, she wished to proceed with the above surgery.

DESCRIPTION OF PROCEDURE:
Ms. Fabre was brought into the operating theater. She was placed under general anesthesia. She was carefully turned into prone position. All pressure points were padded well. Her arms were placed in an average neutral position. Head and neck were positioned by anesthesia. Her back was cleaned with chlorhexidine and isopropyl alcohol _____ gluteal region. An incision mark was made incorporating the previous thoracic incision and a new gluteal incision mark was made with a sterile marker contralateral to her previous incision and pulse generator position. These areas were prepped and draped in a standard fashion. A timeout was taken and the incisions were injected with local anesthetic and after given ample time to take effect, the thoracic incision was opened with a #10 blade, followed by use of Bovie cautery to continue the incision through the dermis and subcutaneous tissue down to the level of the fascia. The fascia was opened on either side of the associated spinous processes with care not to overtly disrupt the associated interspinous ligament. _____ laminectomy were identified and soft tissue was carefully dissected away from the associated spinous process out to the lateral aspect of the lamina. After this was all performed under the operating microscope and following this, I took a substantial amount of time to work through the patient's extensive scar tissue to expose the previous laminectomy site and to extend the laminectomy site with a coarse diamond burr drilling of the residual lamina and lateral recesses, followed by laminectomy with a small Kerrison punch, followed by microdissection of the associated scar tissue in the epidural space. After considerable amount of microdissection, the dura was exposed in the desired region. The area was further irrigated with antibiotic saline. Any bleeding was stopped with bipolar cautery. At this point in time, a multi-array paddle electrode was carefully placed in the dorsal epidural space and then we performed intraoperative testing and there appeared to be excellent bilateral coverage of the lower extremity. Once this was confirmed, then the electrode was further secured using Silastic anchors and permanent silk sutures to the interspinous ligament, followed by use of some tissue glue after copious irrigation with antibiotic saline. At this point in time, the fascia was reapproximated using multiple interrupted 0 Vicryl sutures. The gluteal incision was opened with a #10 blade, followed by the use of Bovie cautery to continue the incision through the dermis and subcutaneous tissue. A subcutaneous pocket of the appropriate depth and size to receive a rechargeable pulse generator was made. The 2 multi-array paddle electrode tails were then tunneled subcutaneously and brought out of the gluteal incision and connected to a pulse generator in the appropriate configuration. Locking mechanisms were engaged and tested mechanically. A tension relieving loop was kept in the subcutaneous thoracic region and extraneous wires were placed behind the pulse generator placed in the gluteal region. The system underwent intraoperative interrogation and appeared to have normal communication, connectivity, and impedances. At this point in time, both incisions were copiously irrigated with antibiotic saline and closed with a combination of 2-0 and 3-0 interrupted Vicryl sutures. The gluteal incision was further closed with a running 4-0 Monocryl subcuticular, followed by Prineo and Dermabond. The thoracic incision was closed with a running 3-0 nylon suture, also followed by Prineo and Dermabond. The wounds were cleaned and dressed in the standard fashion. The patient was carefully turned into the supine position, extubated, and taken to the recovery room in stable fashion. She will undergo complex postoperative pulse generator programming. Given the patient's previous laminectomy and substantial scar tissue in addition to that related to her prior infection, the laminectomy and microdissection required a substantial amount of time compared to an average implant and therefore I felt it is medically reasonable to submit for a modifier 22.

**DRAFT COPY**

**(Report Continued............ST. DAVID'S ROUND ROCK MEDICAL CENTER)**

**PATIENT:** NITA M FABRE **MED REC#:** D000532009
**ACCOUNT #:** D00025368981 **ROOM #:** D.226

Judson H Cook, MD

DDT: 12/29/2016 0729
TDT: 12/29/2016 0841
Trans By: HN
Job #: 3261709

Copies To: Spine and Neurosurgery* Specialists of Austin

AUSTIN
711 West 38th St, Suite B-1
Austin, TX 78701
Ph: (512)420-0000
Fax: (512)420-0003
www.preferredmri.com

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | FABRE, NITA | **DOS:** | 12/21/2016 01:57 PM |
| **MRN:** | 1191112 | **REFERRER:** | JUDSON COOK, MD |
| **DOB:** | | **EXAM:** | MRI T-SPINE W/O CONTRAST 72146 |

CLINICAL HISTORY: Chronic pain syndrome, post laminectomy syndrome, inferior thoracic spine pain, incontinence, bilateral radiculopathy, worse on right. Recent implant removal with spinal infection.

COMPARISON: None.

TECHNIQUE: Multiplanar multisequence imaging of the thoracic spine was performed without gadolinium.

FINDINGS:

Thoracic vertebral body heights are maintained without compression deformity. No evidence for discitis osteomyelitis. Laminectomy defect is noted at T9-T10. Posterior margins of the thoracic segments are well aligned without focal subluxation. The cord is normal in signal and caliber. There are postsurgical changes in the posterior paraspinal soft tissues at the T9-T10 level. Otherwise the paraspinal soft tissues are within normal limits.

There is intervertebral disc space narrowing at T7-T8 and T8-T9. The central canal is widely patent throughout the thoracic spine. There is mild multilevel facet arthrosis throughout the mid and lower thoracic spine. The neural foramen are widely patent throughout the thoracic spine.

IMPRESSION:

1. No acute fracture or evidence for discitis osteomyelitis.
2. Mild loss of disc height T7-T8 and T8-T9.
3. Mild multilevel facet arthrosis of the mid and lower thoracic spine. No central or neural foraminal stenosis.

Dictated by Brett MacAdam MD DABR
Musculoskeletal Radiologist
Radiology Specialists of Central Texas

Electronically signed by Brett Macadam MD on 12/21/2016 4:24 PM

# PAIN MANAGEMENT CONSULTANTS PA

Jeffrey Higginbotham
101 W Koenig Lane Suite 100 Austin, TX 78751-1213
Phone: (512) 454-9426 Fax: (512) 454-7294

**Nita Fabre DOB:** (36 yrs. F)

INJECTION DATE: 11/04/2016
LOCATION: Northwest Surgery Center
Surgeon: Jeff Higginbotham, MD

Nevro: LUMBAR SPINAL CORD STIMULATOR TRIAL
DIAGNOSIS: G89.4 Chronic pain syndrome M96.1 Postlaminectomy syndrome, not elsewhere classified
Conscious sedation
Versed 1 mg/cc and Fentanyl 100 mcg/cc. # ccs4/4
Starting time 6:45 am Ending time 7:20 am
Intravenous sedation was administered by a Registered Nurse under the direction and supervision of the operating physician after oximetry, ECG, and blood pressure monitors were applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below.
NEEDLE INSERTION LEVEL: T12/L1
Right SCS lead was advanced to the: Midline Top 1/3 of T9 vertebral body.

Nevro SCSPROCEDURE IN DETAIL:
Prior to the procedure, the patient underwent a psychological evaluation and was deemed an adequate candidate for the procedure. The risks, benefits and alternatives were discussed with the patient in detail. The risks discussed with the patient/guardian included the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. The patient was also made aware of lead migration and possible mechanical difficulties with the system. The patient understand the risks and alternatives and gives informed consent. The patient was assisted onto the x-ray table in the prone position to access the involved area. All individuals in the operating room wore caps and masks. The operator underwent surgical scrub and wore a surgical gown. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.
After standard surgical prep and drape, fluoroscopy was utilized to identify and line up the endplates at the entry level. The skin was infiltrated with 1% Lidocaine and a 14 gauge Nevro epidural needle was placed. After obtaining loss of resistance, A Nevro percutaneous octrode was advanced under direct fluoroscopic visualization to the spinal level noted above. Each lead inserted provides 8 electrodes. The final position of the lead is noted above.
With her scar tissue from the previous implant. The initial lead was advanced to the scar tissue which was at the top 1/3 of T9 but would not advance further. I was covering the

PAIN MANAGEMENT CONSULTANTS PA
Jeffrey Higginbotham
101 W Koenig Lane Suite 100 Austin, TX 78751-1213
Phone: (512) 454-9426 Fax: (512) 454-7294

**Nita Fabre** DOB: (36 yrs. F)

T9/10 interspace. After speaking with the nevro reps, we just used one lead for the trial as the other lead would have to be advanced to T8 which is not possible.
COMPLICATIONS: No immediate complications were noted.
LIDOCAINE 1% - 10ML

Mastisol, Steri-strips, plastic occlusive dressing and tape were applied. The patient tolerated the procedure well and transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given instruction regarding the use of the stimulator during the trial period and will be followed closely.
Care Plan: follow-up in 1 week for lead pull and evaluation of the efficacy of the therapy
11/04/2016 7:20 am
Electronically Signed by
Jeffrey Higginbotham, MD

Request Corr.

MRO
1000 Madison Avenue
Suite 100
Norristown, PA 19403
Ph: (610) 994-7500
Fx: (610) 962-8421

# Medical Records Transmittal

Date: 3/17/2017
Request Number: 16244014
Page Count: 20

**Your requested medical records are attached.**

Patient Name: NITA FABRE
Medical Facility: Spine & Neurosurgery Specialists of Austin

Requester: Lauren Espinosa
Organization: ReleasePoint, Inc.

Your reference number: 2968537

Thank you,
*MRO*
*MROcorp.com*

Liberty Mutual. INSURANCE

**Date:** Mar 1, 2017

**Patient:** FABRE, NITA

**DOB:**

**RP ID:** 2968537

**Claim ID:** 5557206

SPINE & NEUROSURGERY SPECIALISTS
2200 PARK BEND DR, BLDG 2 STE 201
ATTN: MEDICAL RECORDS
AUSTIN, TX 78758

**Disability Insurance Benefit Analysis**

Your patient has filed a claim with Liberty Mutual Insurance for disability insurance benefits. In order to determine eligibility for benefits, we are requesting copies of your patient's medical history. A copy of your patient's signed HIPAA authorization is attached.

Please note that we are only requesting **SPECIFIC RECORDS**, as listed below:

**RECORDS REQUIRED:** From November 1, 2016 to Present
-SEEN BY: SPINE & NEUROSURGERY SPECIALISTS

**HOSPITALS ONLY:** Only abstract records are required, including admission, history/physical, operation reports, discharge summaries, etc.

**FEE LIMITS:** Any fees above $30.00 for records must be pre-approved, and will potentially delay awarding of insurance benefits.

**CONTACT US:** To avoid additional calls, faxes, or emails -- send status, invoice, or other information

- by **email to providers@releasepoint.com** with the RPid above in the subject or
- by fax to (213) 884-4794

**SEND RECORDS:** Check one to indicate method records delivery:

___ **Emailing records to us:** **charts@releasepoint.com with RP ID in subject**

___ **Faxing records to us:** (213) 884-4794

___ **Mailing records to us at:** **ReleasePoint**
**Liberty Mutual Intake Team**
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ______________________

Thank you for your cooperation,

Lauren Espinosa

Phone: (213) 266-7865

ReleasePoint

## ONLINE STATUS AND CHART UPLOAD

To avoid follow up calls and improve service to your patient, please use our online web portal for updating status and/or uploading medical records securely.

Here's how it works:

**STEP 1:** Go to www.releasepoint.com/access to bring up the portal on your browser.

**STEP 2:** Enter the ReleasePoint ID and Access Key:

Patient Name: FABRE, NITA
ReleasePoint ID: 2968537
Access Code: SPI282

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**



## Authorization for Disclosure of Health Information

I hereby authorize ______________________ to release medical information from the records of:
(Name of Facility)

Patient Name: Nita Fabre D.O.B.:

Patient Street Address:

City:

Date(s) of Treatment Requested: 1/1/2013 – 12/31/2020

Information to be disclosed (check all applicable items to be released):

- ☐ Discharge Summary ☐ ER Record ☐ Progress Notes ☐ Treatment Plans
- ☐ Discharge Instructions ☐ X-Rays Reports ☐ Medication Records ☐ Commitment Papers
- ☐ History and Physical ☐ Lab Reports ☐ Doctor's Orders ☐ HIV testing
- ☐ Consultations ☐ EKG/ECG Tests ☐ Nurse's Notes
- ☐ Operative Report ☐ Therapy Notes
- ✔ Other (please specify): all PHI (excluding films)

Purpose Or Need For The Disclosure Is:

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ✔ Other Disability Insurance

The Information May Be Disclosed To:

Recipient's Name: Liberty Mutual

Street Address: PO Box 7207

City: London State: KY Zip Code: 40742

Phone #: (800) 291-0112 Fax #: (603) 430-5752

My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.

I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.

I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

This authorization expires on: 12/31/2020 (Date) or upon the following event: ______________________

*(If no date or event is specified, the authorization will expire in six months from the date of signature).*

I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).

Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.

N Fabre (Signature of Patient or Personal Representative*) 2/9/2017 (Date of Signature)

*If signed by a personal representative, a description of the representative's authority to act is as follows:

☐ Parent ☐ Legal Guardian ☐ Health Care Power of Attorney
☐ Administrator ☐ Executor of Estate ☐ Next of Kin ☐ Beneficiary

Rev.9/16 VIRO

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. **Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).**

2. **Information with respect to job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed**; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

2/9/2017
Date

5557206
Claim Number

Liberty Mutual
INSURANCE

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Quality Assurance Report

releasePOINT

**Request Information**

Report Date: March 20, 2017 **RP ID:** 2968537

Patient Name: FABRE, NITA

Provider Name: SPINE & NEUROSURGERY SPECIALISTS

**Quality Assurance Information**

Special Request: -SEEN BY: SPINE & NEUROSURGERY SPECIALISTS

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: MDDEV

**From November 1, 2016 to Present**

ReleasePoint

## Medical Record Overview

**Date:** **March 2, 2017**

**Patient Name:** FABRE, NITA

**Records From:** Dr. Patrick Nolan

,
(512) 901-4061

**Request Scope:** From February 27, 2017 to Present

**Chart Range:** 02/27/2017 - 02/27/2017

**RP ID:** 3111840

**Client ID:** 5557206

**Source:** LIBMT1

**Req By:** K Serdy

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 27 2017 | Feb 27 2017 | 4 | 2 |
| Request Corr. | | | 1 | 6 |

**Total Page Count:** 5

**Neurology**
12221 Mopac N Austin, TX 78758-2483
512-901-4011 Fax: 512-901-3911

*March 2, 2017*
Page 1
Office Visit

**NITA M FABRE**
Female DOB: MRN: 1069535 Home:
Ins: AMBETTER (451) Grp: NONE

**02/27/2017 - Office Visit: Neurology Return Visit**
**Provider: Patrick C Nolan MD**
**Location of Care: Neurology**

**RETURN VISIT**
**Department of Neurology**

**CHIEF COMPLAINT:** Return Visit: Bilateral foot pain/numbness-unchanged to slight increase, gait disturbance-stable with walker, no recent falls, migraines-unchanged, increased mood, did not follow up with psychiatry / psychology, lower back pain-recently increased pain, low vitamin D and B-12 - supplementing

**HISTORY OF PRESENT ILLNESS:** NITA FABRE is a 37-year-old female with chronic right lumbar radicular pain with a pain stimulator that is recently been replaced, chronic antalgic gait, depression obesity chronic nicotine use and episodic migraines.

Nerve conduction testing demonstrated no obvious neuropathy. The patient is seeing her psychiatrist and she has completed 3 surgeries for replacement, infection and replacement again of her spinal cord stimulator. She occasionally gets tingling paresthesias in her feet at night which may also be related to her spinal cord stimulator at the present time. She continues with her pain management physician. Her headaches are stable and minimal.

**CURRENT MEDICATIONS:**
MAGNESIUM 200 MG TABS (MAGNESIUM) 1 tab by mouth once daily as needed
FLONASE 50 MCG/ACT SUSP (FLUTICASONE PROPIONATE) 2 sprays in each nostril two times a day
IMITREX STATDOSE SYSTEM 6 MG/0.5ML SOAJ (SUMATRIPTAN SUCCINATE) sq at onset of migraine
SINGULAIR 10 MG TAB (MONTELUKAST SODIUM) 1 po qd
BACLOFEN 20 MG TABS (BACLOFEN) 1 tab by mouth two times a day prn, max 4 a day
MOBIC 7.5 MG TABS (MELOXICAM) 1 tab by mouth once daily
OMEPRAZOLE 20 MG CPDR (OMEPRAZOLE) Take one capsule daily in AM on empty stomach.
OXYCODONE HCL 20 MG TABS (OXYCODONE HCL) 1 tab by mouth 4-6h as needed
~~VENLAFAXINE HCL 100 MG TABS (VENLAFAXINE HCL) Take 1 tab by mouth twice daily.~~
XOPENEX HFA 45 MCG/ACT AERO (LEVALBUTEROL TARTRATE) Take 2 puffs q 4-6 hrs as needed cough
MOVANTIK 25 MG TABS (NALOXEGOL OXALATE) As directed
GABAPENTIN 300 MG CAPS (GABAPENTIN) One p.o. t.i.d.
ZOFRAN 4 MG TABS (ONDANSETRON HCL) 1 tab by mouth two times a day as needed
DURAGESIC-50 50 MCG/HR PT72 (FENTANYL) 1 patch
VITAMIN B-12 1000 MCG TABS (CYANOCOBALAMIN) 1 by mouth once daily
VITAMIN D 2000 UNIT TABS (CHOLECALCIFEROL) 1 tab by mouth once daily
EQL COQ10 300 MG CAPS (COENZYME Q10) 1 tab once daily
MIRENA (52 MG) 20 MCG/24HR IUD (LEVONORGESTREL)
PULMICORT FLEXHALER 180 MCG/ACT AEPB (BUDESONIDE) 2 puffs bid

**PAST HISTORY:**
history of L4-5 Disk Herniation
Cholecystectomy

**Neurology**
12221 Mopac N Austin, TX 78758-2483
512-901-4011 Fax: 512-901-3911



**NITA M FABRE** Home:
Female DOB: MRN: 1069535 Ins: AMBETTER (451) Grp: NONE

Lumbar Laminectomy
Other Surgical History:Lumbar fusion L3-4-2008
Neurostim implant-2013
C-section -2007
Left knee repair-2003
ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH ABNORMAL FINDINGS (ICD-V70.0) (ICD10-Z00.01)
VITAMIN B12 DEFICIENCY (ICD-266.2) (ICD10-E53.8)
SCREENING FOR CARDIOVASCULAR CONDITION NEC (ICD-V81.2) (ICD10-Z13.6)
EPIDERMAL CYST (ICD-706.2) (ICD10-L72.0)
VITAMIN D DEFICIENCY (ICD-268.9) (ICD10-E55.9)
GAIT DISTURBANCE (ICD-781.2) (ICD10-R26.9)
LUMBAR RADICULOPATHY (ICD-724.4) (ICD10-M54.16)
FATIGUE (ICD-780.79) (ICD10-R53.83)
POLYP OF NASAL SINUS, HX OF (ICD-471.8) (ICD10-J33.8)
CHRONIC RHINITIS (ICD-472.0) (ICD10-J31.0)
REFLUX, ESOPHAGEAL (ICD-530.81) (ICD10-K21.9)
PARADOXICAL VOCAL CORD MOVEMENT (ICD-478.5) (ICD10-J38.3)
TOBACCO ABUSE, HISTORY OF (ICD-305.1) (ICD10-F17.200)
ROSACEA (ICD-695.3) (ICD10-L71.9)
UNC BEHV NEO SKIN (ICD-238.2) (ICD10-D48.5)
IMPETIGO (ICD-694.0) (ICD10-L13.0)
CONTACT DERMATITIS&OTHER ECZEMA DUE UNSPEC CAUSE (ICD-692.9) (ICD10-L25.9)
HYPERHIDROSIS (ICD-780.8) (ICD10-R61)
DEGENERATIVE DISC DISEASE, LUMBAR SPINE (ICD-722.52) (ICD10-M51.36)
CONJUNCTIVITIS, ALLERGIC, SEASONAL (ICD-372.14) (ICD10-H10.10)
SHOULDER PAIN, LEFT (ICD-719.41) (ICD10-M25.519)
SHOULDER IMPINGEMENT SYNDROME (ICD-726.2) (ICD10-M75.40)
ALLERGIC RHINITIS CAUSE UNSPECIFIED (ICD-477.9)
MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS (ICD-346.01) (ICD10-G43.119)
LAMINECTOMY, LUMBAR, HX OF (ICD-V45.89) (ICD10-Z98.89)
ISCHEMIC HEART DISEASE, PREMATURE, FAMILY HX (ICD-V17.3) (ICD10-Z82.49)
OBESITY (ICD-278.00) (ICD10-E66.9)
MORTON'S NEUROMA, LEFT (ICD-355.6) (ICD10-G57.62)
DEPRESSION, SITUATIONAL, MILD (ICD-309.0) (ICD10-F43.21)
DYSURIA (ICD-788.1) (ICD10-R30.0)
!HCC - ASTHMA, CHRONIC OBSTRUCTIVE NOS (ICD-493.20) (ICD10-J44.9)

**REVIEW OF SYSTEMS:** The patient denies any fevers, chills, night sweats, abdominal or chest pain, skin rashes, joint pain, or any new neurologic symptoms associated with their presentation.
Their weight has decreased pounds since their last visit.
There have been no complaints of bowel or bladder dysfunction. There are also no complaints of double vision or blurry vision, hearing changes or problems speaking, sensation or ambulating.

**VITAL SIGNS:** BP: 138/82 Pulse: 60 Rhythm: regular Wt: 229

**NEUROLOGICAL EXAMINATION:**

The patient is in no apparent distress. General physical exam is unremarkable.
The patient is lying on the table at the present time and presented with a walker-she rises from the table my examination room without any assistance and does fairly well ambulating out with her walker. There is an intact mental status with appropriate language, speech, and affect, as well as, long-term and short-term memory.

**Neurology**
12221 Mopac N Austin, TX 78758-2483
512-901-4011 Fax: 512-901-3911



**NITA M FABRE** Home:
Female DOB: MRN: 1069535 Ins: AMBETTER (451) Grp: NONE

Cranial nerves demonstrate pupils reactive to light. Ocular muscles intact. Visual fields full to confrontation. They demonstrate normal facial sensation and symmetric facial activation. There is good strength at the trapezius and sternocleidomastoid, and palate rises with tongue midline.
Motor: normal strength and muscle tone in arms and legs, no arm drifts
DTR: symmetric, 2/4 biceps, triceps, brachialis, 3/4 patella, 2/4 Achilles
Sensory: normal in arms and legs to touch, temperature and vibration.
Coordination: normal in arms and legs
Gait/Station: She is ambulating on a walker but can take a few steps on her toes.
Peripheral Vascular: no edema, distal pulses present in extremeties

**IMPRESSION:**
1. Chronic radicular pain and lower back pain with a spinal cord stimulator
2. Antalgic gait, depression, obesity and chronic nicotine use
3. Episodic migraines

**PLAN:** Fifteen minutes was spent today in patient evaluation, discussion and counseling. The patient's issues as listed above are stable or improved. All of their questions were addressed today. I will make no changes to their current regimen or plan of care and will continue their prescriptions until our next planned follow up visit in 9 months. They have been instructed to contact me if they have worsening symptoms or new neurological issues. It is a pleasure to participate in their care.

cc: Judson Cook, M.D.
Richard DeBehnke, M.D.

**Is the patient allergic to iodine?** No
**Does the patient have a pacemaker?** No
**NEW ORDERS:**

1. **Order:** ESTAB. PATIENT OFC VISIT LEVEL 3 **Type:** service **Code:** CPT-99213
**Diagnosis:** VITAMIN B12 DEFICIENCY~VITAMIN D DEFICIENCY~GAIT DISTURBANCE~LUMBAR RADICULOPATHY~FATIGUE~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~OBESITY~DEPRESSION SITUATIONAL MILD (ICD-266.2~ICD-268.9~ICD-781.2~ICD-724.4~ICD-780.79~ICD-346.01~ICD-278.00~ICD-309.0) (ICD10-E53.8~ICD10-E55.9~ICD10-R26.9~ICD10-M54.16~ICD10-R53.83~ICD10-G43.119~ICD10-E66.9~ICD10-F43.21)

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

2. **Order:** SCHEDULE RETURN VISIT **Type:** service **Code:** -RV
**Diagnosis:** VITAMIN B12 DEFICIENCY~VITAMIN D DEFICIENCY~GAIT DISTURBANCE~LUMBAR RADICULOPATHY~FATIGUE~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~OBESITY~DEPRESSION SITUATIONAL MILD (ICD-266.2~ICD-268.9~ICD-781.2~ICD-724.4~ICD-780.79~ICD-346.01~ICD-278.00~ICD-309.0) (ICD10-E53.8~ICD10-E55.9~ICD10-R26.9~ICD10-M54.16~ICD10-R53.83~ICD10-G43.119~ICD10-E66.9~ICD10-F43.21)
**Order Comments:** Return Visit in (include reason): 6 months

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

3. **Order:** SCHEDULE RETURN VISIT **Type:** service **Code:** -RV
**Diagnosis:** VITAMIN B12 DEFICIENCY~VITAMIN D DEFICIENCY~GAIT

DISTURBANCE~LUMBAR RADICULOPATHY~FATIGUE (ICD-266.2~ICD-268.9~ICD-781.2~ICD-724.4~ICD-780.79) (ICD10-E53.8~ICD10-E55.9~ICD10-R26.9~ICD10-M54.16~ICD10-R53.83)

**Order Comments:** Return Visit in (include reason): 9 mos not 6 months

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

Patient Visit Summary provided to patient during office visit.

**Electronically Signed by Patrick C Nolan MD on 02/27/2017 at 1:02 PM**
**Electronically Signed by Richard D DeBehnke MD on 02/28/2017 at 11:44 AM**

Liberty Mutual. INSURANCE

**Date:** Mar 2, 2017

**Patient:** FABRE, NITA

**DOB:**

**RP ID:** 3111840

**Claim ID:** 5557206

NOLAN, DR PATRICK
12221 N MOPAC EXPRESSWAY
ATTN: MEDICAL RECORDS
AUSTIN, TX 78758

**Disability Insurance Benefit Analysis**

Your patient has filed a claim with Liberty Mutual Insurance for disability insurance benefits. In order to determine eligibility for benefits, we are requesting copies of your patient's medical history. A copy of your patient's signed HIPAA authorization is attached.

Please note that we are only requesting **SPECIFIC RECORDS**, as listed below:

**RECORDS REQUIRED:** From February 27, 2017 to Present

Please provide records from 02/27/2017 to present from Dr. Patrick Nolan only. Thank you.

**HOSPITALS ONLY:** Only abstract records are required, including admission, history/physical, operation reports, discharge summaries, etc.

**FEE LIMITS:** Any fees above $30.00 for records must be pre-approved, and will potentially delay awarding of insurance benefits.

**CONTACT US:** To avoid additional calls, faxes, or emails -- send status, invoice, or other information

- by **email to providers@releasepoint.com** with the RPid above in the subject or
- by fax to (213) 884-4770

**SEND RECORDS:** Check one to indicate method records delivery:

___ **Emailing records to us:** **charts@releasepoint.com with RP ID in subject**

___ **Faxing records to us:** (213) 884-4770

___ **Mailing records to us at:** **ReleasePoint**
**Liberty Mutual Intake Team**
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ____________________

Thank you for your cooperation,

Carlo Tabugara

Phone: (213) 266-5038

# Quality Assurance Report

## Request Information

Report Date: March 2, 2017 **RP ID:** 3111840

Patient Name: FABRE, NITA

Provider Name: NOLAN, DR PATRICK

## Quality Assurance Information

Special Request: Please provide records from 02/27/2017 to present from Dr. Patrick Nolan only. Thank you.

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: MDDEV

**From February 27, 2017 to Present**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

February 28, 2017

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 25, 2017.

*****The requested records are still outstanding from Dr. Cook*****

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

January 11, 2017

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 29, 2016 and January 11, 2017, we requested medical records from Dr. Cook, Dr. Debehnke and Dr. Higginbotham . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2016 through the present from all treating providers.

Please complete the forms indicated below and return them to our office by January 24, 2017:

X Authorization - Medical
X Specific Authorization for Dr. Cook's Office

Centene Management Company's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by February 9, 2017, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 24, 2017, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 24, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: Authorization - Medical
5557206-EMPLOYEE/CLAIMANT-FORMS-01.11.2017

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5557206
Claim Number

## Authorization for Disclosure of Health Information

**I hereby authorize** ________________________________________ **to release medical information from the records of:**
*(Name of Facility)*

**Patient Name:** ________________________________ **D.O.B.:** ___/___/_____ **SS#:** _____-____-________

**Patient Street Address:** ____________________________________________________________

**City:** ________________________________________ **State:** ________ **Zip Code:** ____________

**Date(s) of Treatment Requested:** ________________________________________________________

**Information to be disclosed (check all applicable items to be released):**

- ☐ Discharge Summary
- ☐ Discharge Instructions
- ☐ History and Physical
- ☐ Consultations
- ☐ Operative Report
- ☐ ER Record
- ☐ X-Rays Reports
- ☐ Lab Reports
- ☐ EKG/ECG Tests
- ☐ Therapy Notes
- ☐ Progress Notes
- ☐ Medication Records
- ☐ Doctor's Orders
- ☐ Nurse's Notes
- ☐ Treatment Plans
- ☐ Commitment Papers
- ☐ HIV testing
- ☐ Other (please specify):________________________________________________

**Purpose Or Need For The Disclosure Is:**

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☐ Other ________________________

**The Information May Be Disclosed To:**

**Recipient's Name:**

**Street Address:** ____________________________________________________________

**City:** ________________________________________ **State:** _____ **Zip Code:** ____________

**Phone #:** ______________________________ **Fax #:** ________________________________

**My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.**

**I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.**

**I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.**

**This authorization expires on:** ____________________ **or upon the following event:** ______________________________
*(Date)*
*(If no date or event is specified, this authorization will expire in six months from the date of signature).*

I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).

**Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.**

________________________________________ ________________________________
*(Signature of Patient or Personal Representative*)* *(Date of Signature)*

***If signed by a personal representative, a description of the representative's authority to act is as follows:**

☐ **Parent** ☐ **Legal Guardian** ☐ **Health Care Power of Attorney**
☐ **Administrator** ☐ **Executor of Estate** ☐ **Next of Kin** ☐ **Beneficiary**

Rev.9/16 MRO

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).
2. Information with respect to job duties, earnings, employment applications, personnel records, and other work related information, records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

Claimant Signature

2/9/2017
Date

5557206
Claim Number

## Authorization for Disclosure of Health Information

**I hereby authorize** ______________________ **to release medical information from the records of:**
*(Name of Facility)*

**Patient Name:** Nita Fabre **D.O.B.:**

**Patient Street Address:**

**City:**

**Date(s) of Treatment Requested:** 1/1/2013 - 12/31/2020

**Information to be disclosed (check all applicable items to be released):**

- ☐ Discharge Summary ☐ ER Record ☐ Progress Notes ☐ Treatment Plans
- ☐ Discharge Instructions ☐ XRays Reports ☐ Medication Records ☐ Commitment Papers
- ☐ History and Physical ☐ Lab Reports ☐ Doctor's Orders ☐ HIV testing
- ☐ Consultations ☐ EKG/ECG Tests ☐ Nurse's Notes
- ☐ Operative Report ☐ Therapy Notes
- ☑ Other (please specify): all PHI (excluding films)

**Purpose Or Need For The Disclosure Is:**

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☑ Other Disability Insurance

**The Information May Be Disclosed To:**

**Recipient's Name:** Liberty Mutual

**Street Address:** PO Box 7207

**City:** London **State:** KY **Zip Code:** 40742

**Phone #:** (800) 291-0112 **Fax #:** (603) 430-5752

**My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.**

**I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.**

**I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.**

**This authorization expires on:** 12/31/2020 *(Date)* **or upon the following event:** ______

*(If no date or event is specified, this authorization will expire in six months from the date of signature).*

I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).

**Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.**

N Fabre ______ *(Signature of Patient or Personal Representative*)*

2/9/2017 *(Date of Signature)*

***If signed by a personal representative, a description of the representative's authority to act is as follows:**

☐ **Parent** ☐ **Legal Guardian** ☐ **Health Care Power of Attorney**
☐ **Administrator** ☐ **Executor of Estate** ☐ **Next of Kin** ☐ **Beneficiary**

Rev.9/16 MRO

# Billing Statement:

Invoice Date: 2/1/2017 Invoice # 705618 Liberty Mutual

ReleasePoint

Invoice for Requests for Medical Information completed between 1/1/2017 and 1/31/2017

**LrBmon** **Requested By:** **K Seady**

| RP # <br> Cust ID: | Patient Name <br> Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt <br> Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 3029610 | FABRE, NITA | Complete | 1/26/17 | $12.00 | $28.00 | $0.00 | $0.00 | $40.00 |
| 5557206 | AUSTIN DIAGNOSTIC CLINIC | | | | | | 18 | |
| 3029611 | FABRE, NITA | Complete | 1/24/17 | $12.00 | $25.00 | $0.00 | $0.00 | $37.00 |
| 5557206 | PAIN MANAGEMENT CONSULTANTS | | | | | | 14 | |
| 2968537 | FABRE, NITA | Canceled | 1/30/17 | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| 5557206 | SPINE & NEUROSURGERY SPECIALISTS | | | | No Fee | | 0 | |

**Re&e5se. 94 t** **o9t58Am9ul t i ue:** **L21T00**
250 West First St.
Suite 210
Claremont, CA 91711

**o5P ri : x1D 2$3$11**

ReleasePoint

## Medical Record Overview

**Date:** **January 26, 2017**

**Patient Name:** FABRE, NITA

**Records From:** DEBEHNKE, DR

AUSTIN, TX
(512) 334-2400

**Request Scope:** From December 2, 2016 to Present

**Chart Range:** 12/22/2016 - 12/22/2016

**RP ID:** 3029610

**Client ID:** 5557206

**Source:** LIBMT1

**Req By:** K Serdy

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 22 2016 | Dec 22 2016 | 5 | 2 |
| Labs/Diagnostics | Dec 22 2016 | Dec 22 2016 | 8 | 7 |
| Request Corr. | | | 4 | 15 |

**Total Page Count:** 17

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235

*January 20, 2017*

Office Visit

**NITA M FABRE** Home: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**12/22/2016 - Office Visit: IM**
**Provider: Richard D DeBehnke MD**
**Location of Care: Internal Medicine Westlake**

## Nurse Entered Information:

Chief Complaint: Annual
Height: 67
Weight: 223
Weight Change: -1
BMI: 35.05
Pulse Rate: 110 Rhythm: regular
O2 Sat: 98
BP: 130/78 BP Site: right arm

**Chief Complaint:** Annual

**HISTORY OF PRESENT ILLNESS:**
37-year-old nurse who is currently disabled from her chronic back problem. She has had multiple surgeries and is facing some more for surgeries in the near future. The patient is also just getting over of pretty severe upper respiratory tract infection and seems to be recovering from that reasonably well. She still is having quite a bit of back problems the patient is facing some placement of a stimulator the near future. The cough is improving after course of steroids and antibiotics which she has had some mild stomach upset

She has a tendency to have recurrent upper respiratory tract infections she is a former smoker but that seems to be better now

The patient has been also because of the chronic pain had some mild depression and is on not only narcotics in the form of Duragesic patches but anti-inflammatories gabapentin Zofran and baclofen. She is followed by pain management for these problems. The dosages have been relatively stable and we have not been supplying any of them

Concerning her respiratory symptoms she has been on Ventolin which causes some mild tachycardia but has not been on an inhaled steroid.

The patient has had subsequent problems with chronic constipation and is been given medicines for that in the past as well by her pain management

She is overdue for her Pap smear. She has an IUD in place. She says there has been some. Activity but once again with changes in insurance it has been hard for her to make appointments. Says that she has too much back pain at this time or us to do an exam but promises to schedule the procedure with us our gynecology in the near future.

The patient has been noted a chronic smoker that was stopped several years ago she says she does not smoke at this time.

She has some chronic sweating that has been aggravated with his most recent illnesses. She spends a fair amount of time quite sedentary because of the back pain.

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235



**NITA M FABRE** Home 2
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**PAST MEDICAL HISTORY:**
Reactive airway disease
Lumbar back problems
Migraine headaches
Mild depression
Seasonal allergies
**Allergies:**
MORPHINE (Critical)
* LATEX (Critical)
* STERI STRIPS (Severe)
* METHADONE (Severe)

**SURGICAL HISTORY:**
Lumbar fusion L3-4-2008
Neurostim implant-2013
C-section -2007
Left knee repair-2003

**FAMILY HISTORY:**
**Diabetes:** sister.
**Hypertension:** parents.
**Other Cancer:** Type: non-Hodgkin's lymphoma, melanoma Relationship: sister, and father.
Mother Father
**SOCIAL HISTORY:**

**Social System**
Marital status: divorced
Number of Children: 1
Occupation: R.N.

**Nutrition and Exercise:** Exercise? No.
Weight Management Counseling: Discussed

**Healthy Habits:**
Smoking Status: Former
Counseled to Quit: Counseled

Caffeine use? 2
Drug use? none
**Review of Systems**
See the ROS filled out by the patient. Discussed with pt.

**PHYSICAL EXAMINATION:**
**Vital Signs:**
BP: 130/78; Pulse: 110
**General:**
**General appearance:** She is lying on the stretcher way into the room she is alert and pleasant.

**Eyes**
**External:** conjunctivae and lids normal.
**Pupils:** equal, round, reactive to light and accommodation.

**Ears, Nose and Throat**
**External ears:** normal, no lesions or deformities.
**External nose:** normal, no lesions or deformities.
**Otoscopic:** canals clear, tympanic membranes intact, no fluid.
**Hearing:** grossly intact
**Nasal:** mucosa, septum, and turbinates normal.
**Lips/teeth/gums:** normal dentition, no gingival inflammation, no labial lesions.

**Neck**
**Neck:** supple, no masses, trachea midline.
**Thyroid:** no nodules, masses, tenderness, or enlargement.

**Lymphatic**
**Neck:** no cervical adenopathy

**Respiratory**
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Palpation:** normal fremitus
**Auscultation:** Actually the lungs sound relatively clear she does have a wet cough

**Cardiovascular**
**Palpation:** the patient has a resting tachycardia. It is a bit higher than when we initially brought her back to oral but is running about behind 90s to 100.
**Auscultation:** S1 and S2 normal, no murmur, rub, click, or gallop
**Carotid arteries:** pulses 2+, symmetric, no bruits
**Pedal pulses:** pulses 2+, symmetric

**Gastrointestinal**
**Abdomen:** obese without masses nontender. Bowel sounds are normal
**Liver/spleen:** no enlargement or nodularity

**Genitourinary**
**Pelvic:** Exam was offered but declined at this time.

**Musculoskeletal**
**Gait and station:** This is somewhat limited due to pain. She is able to walk with the assistance of a cane
**Digits and nails:** no clubbing, cyanosis, petechiae, or nodes

**Skin**
**Inspection:** no rashes, lesions, or ulcerations

**Neurologic**
**Cranial nerves:** cranial nerves are intact.
**Reflexes:** 2+, symmetric, no pathological reflexes
**Sensation:** Marginal subjective changes in sensation hard to evaluate.

**NITA M FABRE** Home: (5
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**ASSESSMENT:**
SCREENING FOR CARDIOVASCULAR CONDITION NEC (ICD-V81.2) (ICD10-Z13.6)
VITAMIN B12 DEFICIENCY (ICD-266.2) (ICD10-E53.8)
ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITH ABNORMAL FINDINGS (ICD-V70.0) (ICD10-Z00.01)
PULMICORT FLEXHALER 180 MCG/ACT AEPB (BUDESONIDE) 2 puffs bid

**PLAN:**
Refer to gynecology.
Recheck medications make further adjustments as indicated.

**New Orders:**
Vitamin D 25 Hydroxy [82306]
CBC with Auto Diff [85025]
Lipid Panel*** [80061]
TSH*** [84443]
UA (culture if pyuria) [902804]
Comprehensive Metabolic Panel [80053]
Vitamin B-12 [82607]
PREVENTIVE VISIT EST 40-64 [CPT-99396]

**Anticipatory Guidance and Patient Teaching:**
**Weight Management Counseling:** Discussed

**Prescriptions:**
PULMICORT FLEXHALER 180 MCG/ACT AEPB (BUDESONIDE) 2 puffs bid #1[Inhaler] x 11
Entered and Authorized by: Richard D DeBehnke MD
Signed by: Richard D DeBehnke MD on 12/22/2016
Method used: Electronically to
Walgreens #3724* (retail)
9801 Manchaca
@ Slaughter
Austin, TX 78748
Ph: 5122921066
Fax: 5122924144
RxID: 1798042542535750

**Preventive Care**
**LDL:** 101 mg/dL 05/12/2015
**HDL:** 37 mg/dL 05/12/2015
**Triglyceride:** 113 mg/dL 05/12/2015
**Cholesterol:** 161 mg/dL 05/12/2015
**Fasting Glucose:** 96 mg/dL 06/16/2016
**HgA1c:** 5.3 % 06/22/2016

**Immunizations Status:**
**Flu vax:** Last: 10/21/2015

Patient Visit Summary will be made available via MyADC.
]

**Electronically Signed by Richard D DeBehnke MD on 12/22/2016 at 4:44 PM**

---

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235

*January 20, 2017*
Page 1
Lab Report

**NITA M FABRE**
Female DOB:
MRN: 1069535
Home:
Ins: UHC COMP (442) Grp: 902732

**12/22/2016 - Lab Report: UAPY (CULTURE IF PYURIA)**
**Provider: Richard D DeBehnke MD**
**Location of Care: The Austin Diagnostic Clinic**

```
Patient: NITA M FABRE
ID: HarvestLIS 1069535
Note: All result statuses are Final unless otherwise noted.

Tests: (1) UAPY (CULTURE IF PYURIA) (902804)
! Urine Culture Set-up?
                            YES
  U. Glucose                NEGATIVE                    NEGATIVE
  U. Protein                NEGATIVE                    NEGATIVE
  U. Bilirubin         [A]  SMALL                       NEGATIVE
    False positive Urine Bilirubin can be caused by interfering substances.
  U. Urobilinogen           0.2-1.0 mg/dL               0.2-1.0
  U. PH                     5.0                         5.0-9.0
  U. Blood                  NEGATIVE                    NEGATIVE
  U. Ketone            [A]  TRACE                       NEGATIVE
  U. Nitrite                NEGATIVE                    NEGATIVE
  U. Leuk. Esterase    [A]  TRACE                       NEGATIVE
  U. Specific Gravity       1.020                       1.000-1.050
  U. Ascorbic Acid          NEGATIVE                    NEGATIVE
  U. Squamous Epi Cell [A]  MANY                        None/LPF
  U. RBC                    0-2                         0-2/HPF
  U. WBC                    3-5                         0-5/HPF
  U. Bacteria          [A]  MODERATE                    None/HPF
 U. Calcium Oxalate Crystal
                       [A]  FEW                         None/HPF
  U. Mucous            [A]  MOD                         None/LPF
Patient Note: Items were attached to this order: 87086R

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 12/23/2016 11:59 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 12/22/2016 16:34:33
Requested date-time:
Receipt date-time: 12/22/2016 16:51
Reported date-time: 12/23/2016 11:58
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7522956
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic
Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758,
CLIA# 45D050548


-----------------

The following non-numeric lab results were dispersed to
```

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235



**NITA M FABRE** Home: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

```
the flowsheet even though numeric results were expected:

  U. Protein, NEGATIVE
  U. Urobilinogen, 0.2-1.0
  U. Squamous Epi Cell, MANY
  U. WBC, 3-5

-----------------

The following results were not dispersed to the flowsheet:

  Urine Culture Set-up?, YES, (F)
```

**Electronically Signed by Richard D DeBehnke MD on 12/29/2016 at 8:13 AM**

---

**12/29/2016 - Append: UAPY (CULTURE IF PYURIA)**
**Provider: Richard D DeBehnke MD**
**Location of Care: The Austin Diagnostic Clinic**

No clear abnormalities in the urinalysis.

**Electronically Signed by Richard D DeBehnke MD on 12/29/2016 at 8:13 AM**

---

**12/29/2016 - Append: UAPY (CULTURE IF PYURIA)**
**Provider: Maria F Hamm MA**
**Location of Care: The Austin Diagnostic Clinic**

Result(s) with MD's comments and/or recommendation mailed to patient.

**Electronically Signed by Maria F Hamm MA on 12/29/2016 at 10:47 AM**

---

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235

*January 20, 2017*


**NITA M FABRE**
Female DOB: MRN: 1069535 Home: ( Ins: UHC COMP (442) Grp: 902732

**12/22/2016 - Lab Report: URINE CULTURE, REFLEX**
**Provider: Richard D DeBehnke MD**
**Location of Care: The Austin Diagnostic Clinic**

```
Patient: NITA M FABRE
ID: HarvestLIS 1069535
Note: All result statuses are Final unless otherwise noted.

Tests: (1) URINE CULTURE, REFLEX (87086R)
! FINAL REPORT              "Result Below..."
      RESULT: Microbiology results
    COLONY COUNT-24 HR
    20,000 CFU/ML MIXED GRAM POSITIVE FLORA

    COLONY COUNT-48 HR
    25,000-50,000 CFU/ML MIXED GRAM POSITIVE FLORA

    Medical Necessity ICD-10
    R82.99

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 12/25/2016 2:18 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 12/22/2016 16:34:33
Requested date-time:
Receipt date-time: 12/22/2016 16:51
Reported date-time: 12/25/2016 14:18
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source: UR
Source: HarvestLIS
Filler Order Number: 7524290
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic
Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758,
CLIA# 45D050548
```

**Electronically Signed by Richard D DeBehnke MD on 12/29/2016 at 8:16 AM**

---

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235

*January 20, 2017*
Page 1
Lab Report

**NITA M FABRE**
Female DOB:

Home:
MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**12/22/2016 - Lab Report: VITAMIN D (25 HYDROXY), CBC W/ AUTO DIFF, LIPID PANEL, TSH, ...**
**Provider: Richard D DeBehnke MD**
**Location of Care: The Austin Diagnostic Clinic**

Patient: NITA M FABRE
ID: HarvestLIS 1069535
Note: All result statuses are Final unless otherwise noted.

Tests: (1) VITAMIN D (25 HYDROXY) (82306)

| | | | |
|---|---|---|---|
| 25(OH) Vitamin D | [L] | 26 ng/mL | 30-100 |

New reference range as of 11/06/2015.

| Vitamin D Status | 25(OH)Vitamin D Concentration Range (ng/mL) |
|---|---|
| Deficient | <20 |
| Insufficient | 20 - 29 |
| Sufficient | 30 - 100 |
| Toxicity Alert Range | >100 |

Tests: (2) CBC W/ AUTO DIFF (85025)

| | | | | |
|---|---|---|---|---|
| | WBC | [H] | 11.65 K/uL | 4.00-10.00 |
| | RBC | | 4.91 10^6/uL | 4.20-5.40 |
| | HGB | | 14.4 g/dL | 12.0-16.0 |
| | HCT | | 44.2 % | 37.0-47.0 |
| | MCV | | 90.0 fL | 81.0-99.0 |
| | MCH | | 29.3 pg | 28.0-32.0 |
| | MCHC | | 32.6 g/dL | 32.0-36.0 |
| | RDW | | 12.0 % | 11.5-14.5 |
| ! | RDW-SD | | 39.2 fL | 35.1-46.3 |
| | PLT | | 309 K/uL | 150-450 |
| | MPV | [H] | 11.5 fL | 6.0-9.5 |
| | NEUT% | | 60.7 % | 37.0-80.0 |
| | LYMPH% | | 31.4 % | 20.5-51.1 |
| | MONO% | | 6.2 % | 1.7-9.3 |
| | EOS% | | 1.1 % | 0.0-6.0 |
| | BASO% | | 0.3 % | 0.0-2.0 |
| ! | IG% | | 0.3 % | 0.0-0.5 |
| | NEUT# | | 7.06 K/uL | 1.60-7.70 |
| | LYMPH# | [H] | 3.66 K/uL | 1.20-3.40 |
| | MONO# | | 0.72 K/uL | 0.00-1.00 |
| | EOS# | | 0.13 K/uL | 0.00-0.70 |
| | BASO# | | 0.04 K/uL | 0.00-0.10 |
| ! | IG# | [H] | 0.04 K/uL | <0.04 |
| | Nucleated RBC % | | 0.0 % | <5.0 |
| | Nucleated RBC# | | <0.01 K/uL | <5 K/uL |

Tests: (3) LIPID PANEL (80061)

| | | | | |
|---|---|---|---|---|
| ! | Patient Fasting? | | Yes | |
| | Cholesterol | | 193 mg/dL | <200 |
| | Triglyceride | | 110 mg/dL | <150 |
| | HDL | | 42 mg/dL | 40-59 |
| | % HDL | | 22 % | |
| | LDL | [H] | 129 mg/dL | <100 |
| | VLDL | | 22 mg/dL | <31 |

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235



**NITA M FABRE**
Female DOB: 1 MRN: 1069535 Home:
Ins: UHC COMP (442) Grp: 902732

| | | | |
|---|---|---|---|
| NON-HDL | [H] | 151 mg/dL | <130 |

Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III)

Tests: (4) TSH (84443)

| | | | |
|---|---|---|---|
| TSH | | 0.90 uIU/ML | 0.44-4.37 |

Tests: (5) VITAMIN B12 (82607)

| | | | |
|---|---|---|---|
| Vitamin B12 | | 744 pg/mL | 180-914 |

Tests: (6) FASTING CMP (80053)

| | | | |
|---|---|---|---|
| Sodium | | 138 mmol/L | 134-144 |
| Potassium | | 4.1 mmol/L | 3.3-5.0 |
| Chloride | | 102 mmol/L | 98-109 |
| CO2 | | 29 mmol/L | 24-34 |
| Glucose Fasting | [H] | 106 mg/dL | 70-100 |

American Diabetes Association established criteria for Fasting Glucose assessment in adults and children (puberty age), according to Standards of Medical Care in Diabetes-2014.

| | |
|---|---|
| Pre-diabetes | 100 - 125 mg/dL |
| Diabetes | >125 mg/dL |

| | | |
|---|---|---|
| BUN | 18 mg/dL | 6-20 |
| Creatinine, Serum | 0.87 mg/dL | 0.45-1.17 |
| Calcium | 9.2 mg/dL | 8.7-10.0 |
| Total Protein | 6.7 g/dL | 6.1-8.3 |
| Albumin | 3.7 g/dL | 3.2-4.8 |
| Bilirubin, Total | 0.8 mg/dL | 0.2-1.2 |
| AST /SGOT | 19 IU/L | 10-42 |
| ALT /SGPT | 15 IU/L | 8-60 |
| Alkaline Phosphatase | 111 IU/L | 38-126 |
| eGFR Non-Black | >60 ml/min1.73 sq m | |
| eGFR Black | >60 ml/min1.73 sq m | |

REFERENCE TABLE FOR POPULATION MEAN GFRs FROM NHANES III:

| AGE(years) | AVERAGE GFR |
|---|---|
| 20-29 | 116 ml/Min/1.73 square meters |
| 30-39 | 107 ml/Min/1.73 square meters |
| 40-49 | 99 ml/Min/1.73 square meters |
| 50-59 | 93 ml/Min/1.73 square meters |
| 60-69 | 85 ml/Min/1.73 square meters |
| 70+ | 75 ml/Min/1.73 square meters |

Interpretative Notes: ml/Min/1.73 square meters

| | |
|---|---|
| Chronic Kidney Disease | <60 |
| Kidney Failure | <15 |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 12/23/2016 12:11 PM

---

(1) Order result status: Final
Collection or observation date-time: 12/22/2016 16:34:33

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235



**NITA M FABRE** Home: (5
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

Requested date-time:
Receipt date-time: 12/22/2016 16:36
Reported date-time: 12/23/2016 12:11
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7522918
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

(2) Order result status: Final
Collection or observation date-time: 12/22/2016 16:34:33
Requested date-time:
Receipt date-time: 12/22/2016 16:36
Reported date-time: 12/23/2016 11:43
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7522918
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

(3) Order result status: Final
Collection or observation date-time: 12/22/2016 16:34:33
Requested date-time:
Receipt date-time: 12/22/2016 16:36
Reported date-time: 12/23/2016 11:53
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7522918
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

(4) Order result status: Final
Collection or observation date-time: 12/22/2016 16:34:33
Requested date-time:
Receipt date-time: 12/22/2016 16:36
Reported date-time: 12/23/2016 12:10
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7522918
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

(5) Order result status: Final
Collection or observation date-time: 12/22/2016 16:34:33

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235



**NITA M FABRE**
Home:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

```
Requested date-time:
Receipt date-time: 12/22/2016 16:36
Reported date-time: 12/23/2016 12:11
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7522918
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic
Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758,
CLIA# 45D050548

(6) Order result status: Final
Collection or observation date-time: 12/22/2016 16:34:33
Requested date-time:
Receipt date-time: 12/22/2016 16:36
Reported date-time: 12/23/2016 12:08
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7522918
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic
Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758,
CLIA# 45D050548


-----------------

The following results differed from their previous value:

  Nucleated RBC#   Old Value: 0.0   New Value: <0.01 K/uL

-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

  RBC, 4.91 10^6/UL, (F)  expected units: 10*6/mm3

-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  Nucleated RBC#, <0.01
  eGFR Non-Black, >60
  eGFR Black, >60
```

**Electronically Signed by Richard D DeBehnke MD on 12/29/2016 at 8:16 AM**

---

**12/29/2016 - Append: VITAMIN D (25 HYDROXY), CBC W/ AUTO DIFF, LIPID PANEL, TSH, ...**

**Health Information Management**
12221 MoPac Expressway North Austin, TX 78758-2483
512-901-4953 Fax: 512-901-4235



**NITA M FABRE**
Female DOB:

Home: 1
MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**Provider: Richard D DeBehnke MD**
**Location of Care: The Austin Diagnostic Clinic**

Vitamin D levels are low in order consider replacement. White cell counts stable no signs of anemia cholesterol is doing fairly well. B12 function is adequate levels. Thyroid function is normal the chemistries are normal with a decent blood sugar of 106. No changes were recommended

**Electronically Signed by Richard D DeBehnke MD on 12/29/2016 at 8:16 AM**

---

**12/29/2016 - Append: VITAMIN D (25 HYDROXY), CBC W/ AUTO DIFF, LIPID PANEL, TSH, ...**
**Provider: Maria F Hamm MA**
**Location of Care: The Austin Diagnostic Clinic**

Result(s) with MD's comments and/or recommendation mailed to patient.

**Electronically Signed by Maria F Hamm MA on 12/29/2016 at 10:47 AM**

---

Request Corr.



1069535

Liberty Mutual. INSURANCE

**Date:** Jan 12, 2017

**Patient:** FABRE, NITA

Pt

**DOB:**

**RP ID:** 3029610

**Claim ID:** 5557206

AUSTIN DIAGNOSTIC CLINIC
12221 N MOPAC EXPWY 3 SOUTH
ATTN: MEDICAL RECORDS
AUSTIN, TX 78758

**Disability Insurance Benefit Analysis**

Your patient has filed a claim with Liberty Mutual Insurance for disability insurance benefits. In order to determine eligibility for benefits, we are requesting copies of your patient's medical history. A copy of your patient's signed HIPAA authorization is attached.

Please note that we are only requesting **SPECIFIC RECORDS**, as listed below:

**RECORDS REQUIRED:** From December 2, 2016 to Present

Please provide medical records. Thank you. - Seen By: DEBEHNKE, DR

**HOSPITALS ONLY:** Only abstract records are required, including admission, history/physical, operation reports, discharge summaries, etc.

**FEE LIMITS:** Any fees above $50.00 for records must be pre-approved, and will potentially delay awarding of insurance benefits.

**CONTACT US:** To avoid additional calls, faxes, or emails -- send status, invoice, or other information

- by **email to providers@releasepoint.com** with the RPid above in the subject or
- by fax to (213) 258-4675

**SEND RECORDS:** Check one to indicate method records delivery:

___ **Emailing records to us:** **charts@releasepoint.com with RP ID in subject**

___ **Faxing records to us:** (213) 258-4675

___ **Mailing records to us at:** **ReleasePoint**
**Liberty Mutual Intake Team**
**PO Box 1390**
**St. Peters, MO 63376**

bill mail

___ **Records are not available because:** ________________

**RECEIVED**
JAN 13 REC'D
15/127465

Thank you for your cooperation,

Trina Santiago

Phone: (213) 266-5038

ReleasePoint

# ONLINE STATUS AND CHART UPLOAD

To avoid follow up calls and improve service to your patient, please use our online web portal for updating status and/or uploading medical records securely.

Here's how it works:

**STEP 1:** Go to www.releasepoint.com/access to bring up the portal on your browser.

**STEP 2:** Enter the ReleasePoint ID and Access Key:

Patient Name: FABRE, NITA
ReleasePoint ID: 3029610
Access Code: DAMROE

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**



MRN

# Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre
Date of Birth
Address
Telephone Number

**I hereby authorize** ( name of facility/provider releasing information) **to disclose the above-named individuals health information:**

ADC

Name (facility releasing information) Address City State Zip

Telephone Number

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- ___ Other ___
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

Liberty Mutual Disability. P.O. Box 7207, London, KY 40742

Name (facility receiving information) Address City State Zip

Telephone Number: 1-800-291-0012 ext 13988

Description of the purpose of the use and/or disclosure: (check one)

- ___ Continuing Care
- ___ Consultation
- ___ Legal purposes
- ___ Second Opinion
- ✓ Insurance
- ___ Personal Use
- ___ Emergency/acute care
- ___ Social Security/Disability (provide copy of SSA Letter)
- ✓ Other: Please describe: Disability claim / attorney assistanc
- ___ Marketing-If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

N Fabre
Signature of Patient or Patient's Representative

01/11/2017
Date

Nita Fabre
Printed name of Patient or Patient's Representative

Self
Relationship to Patient or

Legal Authority (attach supporting documentation)

NS 06-0017 4-24-0

Liberty Mutual.
INSURANCE

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Quality Assurance Report

releasePOINT

**Request Information**

Report Date: January 26, 2017 **RP ID:** 3029610

Patient Name: FABRE, NITA

Provider Name: AUSTIN DIAGNOSTIC CLINIC

**Quality Assurance Information**

Special Request: Please provide medical records. Thank you. - Seen By: DEBEHNKE, DR

Special Request Included?

Secondary ID Confirmed?

QC Notes: Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: JNEYR

**From December 2, 2016 to Present**

ReleasePoint

## Medical Record Overview

**Date:** **January 24, 2017**

**Patient Name:** FABRE, NITA

**Records From:** PAIN MANAGEMENT CONSULTANTS
101 W KOENIG LN STE 100
AUSTIN, TX 78751
(512) 454-9426

**RP ID:** 3029611

**Client ID:** 5557206

**Source:** LIBMT1

**Req By:** K Serdy

**Request Scope:** From December 12, 2016 to Present

**Chart Range:** 12/12/2016 - 12/23/2016

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Labs/Diagnostics | Dec 12 2016 | Dec 23 2016 | 4 | 2 |
| Request Corr. | | | 3 | 6 |
| | | **Total Page Count:** | 7 | |

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/.

INJECTION DATE: 12/23/2016
LOCATION: Northwest Surgery Center
Procedure: Transforaminal lumbar epidural steroid injection
Side: Bilateral L5 First of Series
Surgeon: SURGEON: Jeff Higginbotham, MD
DIAGNOSIS: M54.17 Radiculopathy, lumbosacral region
Interval History:Not applicable
Injectate:Dexamethasone non particulate10 mg
Omnipaque 240:2ml
Preservative Free Normal Saline:2ml
0.25% Bupivicaine:2ml
Conscious sedation
Versed 1 mg/cc and Fentanyl 100 mcg/cc. # ccs2/2
Starting time7:15 am Ending time7:32 am
Intravenous sedation was administered by a Registered Nurse under the direction and supervision of the operating physician after oximetry, ECG, and blood pressure monitors were applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below.

Procedure Details:
The Patient was scheduled for a Lumbar ESI but she had me evaluate her left Hip SCS IPG pocket with concerns for infection. I palpated the pocket and was worried about possible infection. She was given sedation and after sterilizing the area and placing 2ml 1% lidocaine at the skin, I used an 18g needle to aspirate the pocket. I was able to aspirate 40ml of purulent drainage from the pocket site. The drainage was sent off for gram stain and Cultures. After cultures were taken, she was loaded with 2gm of Ancef then taken to the PACU.

Epidural injection was NOT performed secondary to possible spreading of infection.

Dr. Cook who recently performed the IPG revision was notified and the patient will be scheduled for SCS explant within the next few days.COMPLICATIONS: There were no complications. Aspiration was negative for blood and cerebrospinal fluid and no paresthesia was elicited.
Epidurogram:
bilateral L5 lateral recess.
Follow up for regularly scheduled medication refill visit. (Note for Scheduling - Please see medication end dates)

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Sulte 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/.

12/23/2016 7:32 am
Electronically Signed by
Jeffrey Higginbotham, MD

# PAIN MANAGEMENT CONSULTANTS PA

Jeffrey Higginbotham
101 W Koenig Lane Suite 100 Austin, TX 78751-1213
Phone: (512) 454-9426 Fax: (512) 454-7294

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/

INJECTION DATE: 12/12/2016
LOCATION: Northwest Surgery Center
Procedure: Transforaminal lumbar epidural steroid injection
Side: Bilateral L5 First of Series_
Surgeon: SURGEON: Jeff Higginbotham, MD
DIAGNOSIS: M96.1 Postlaminectomy syndrome, not elsewhere classified
Interval History:Not applicable
Injectate:Betamethasone sodium phosphate, non-particulate:12 mg
Omnipaque 240:2ml
Preservative Free Normal Saline:2ml
0.25% Bupivicaine:2ml
Conscious sedation
Versed 1 mg/cc and Fentanyl 100 mcg/cc. # ccs4/4
Starting time7:10 am Ending time7:28 am
Intravenous sedation was administered by a Registered Nurse under the direction and supervision of the operating physician after oximetry, ECG, and blood pressure monitors were applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below.

Procedure Details:
The Patient was scheduled for a Lumbar ESI but she had me evaluate her left Hip SCS IPG pocket with concerns for infection. I palpated the pocket and was worried about possible infection. She was given sedation and after sterilizing the area and placing 2ml 1% lidocaine at the skin, I used an 18g needle to aspirate the pocket. I was able to aspirate 40ml of purulent drainage from the pocket site. The drainage was sent off for gram stain and Cultures. After cultures were taken, she was loaded with 2gm of Ancef then taken to the PACU.

Epidural injection was NOT performed secondary to possible spreading of infection.

Dr. Cook who recently performed the IPG revision was notified and the patient will be scheduled for SCS explant within the next few days.COMPLICATIONS: There were no complications. Aspiration was negative for blood and cerebrospinal fluid and no paresthesia was elicited.
Epidurogram:
lateral recess of L5 bilaterally
Follow up for regularly scheduled medication refill visit. (Note for Scheduling - Please see medication end dates)

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/

12/12/2016 7:28 am
Electronically Signed by
Jeffrey Higginbotham, MD

Liberty Mutual.
INSURANCE

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Liberty Mutual. INSURANCE

**Date:** Jan 11, 2017

**Patient:** FABRE, NITA

**DOB:**

**RP ID:** 3029611

**Claim ID:** 5557206

PAIN MANAGEMENT CONSULTANTS
101 W KOENIG LN STE 100
ATTN: MEDICAL RECORDS
AUSTIN, TX 78751

**Disability Insurance Benefit Analysis**

Your patient has filed a claim with Liberty Mutual Insurance for disability insurance benefits. In order to determine eligibility for benefits, we are requesting copies of your patient's medical history. A copy of your patient's signed HIPAA authorization is attached.

Please note that we are only requesting **SPECIFIC RECORDS**, as listed below:

**RECORDS REQUIRED:** From December 12, 2016 to Present

Please provide medical records. Thank you. - Seen By: PAIN MANAGEMENT CONSULTANTS

**HOSPITALS ONLY:** Only abstract records are required, including admission, history/physical, operation reports, discharge summaries, etc.

**FEE LIMITS:** Any fees above $50.00 for records must be pre-approved, and will potentially delay awarding of insurance benefits.

**CONTACT US:** To avoid additional calls, faxes, or emails -- send status, invoice, or other information

- by **email to providers@releasepoint.com** with the RPid above in the subject or
- by fax to (213) 258-4675

**SEND RECORDS:** Check one to indicate method records delivery:

___ **Emailing records to us:** **charts@releasepoint.com with RP ID in subject**

___ **Faxing records to us:** (213) 258-4675

___ **Mailing records to us at:**
**ReleasePoint**
**Liberty Mutual Intake Team**
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ____________________

Thank you for your cooperation,

Trina Santiago

Phone: (213) 266-5038

# Quality Assurance Report

## Request Information

Report Date: January 24, 2017 **RP ID:** 3029611

Patient Name: FABRE, NITA

Provider Name: PAIN MANAGEMENT CONSULTANTS

## Quality Assurance Information

Special Request: Please provide medical records. Thank you. - Seen By: PAIN MANAGEMENT CONSULTANTS

Special Request Included?

Secondary ID Confirmed?

QC Notes: . Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: MDDEV

**From December 12, 2016 to Present**

Liberty Mutual.
INSURANCE

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Liberty Mutual.
INSURANCE

**Date:** Jan 11, 2017

**Patient:** FABRE, NITA

**DOB:**

**RP ID:** 3029611

**Claim ID:** 5557206

PAIN MANAGEMENT CONSULTANTS
101 W KOENIG LN STE 100
ATTN: MEDICAL RECORDS
AUSTIN, TX 78751

**Disability Insurance Benefit Analysis**

Your patient has filed a claim with Liberty Mutual Insurance for disability insurance benefits. In order to determine eligibility for benefits, we are requesting copies of your patient's medical history. A copy of your patient's signed HIPAA authorization is attached.

Please note that we are only requesting **SPECIFIC RECORDS**, as listed below:

**RECORDS REQUIRED:** From December 12, 2016 to Present

Please provide medical records. Thank you. - Seen By: PAIN MANAGEMENT CONSULTANTS

**HOSPITALS ONLY:** Only abstract records are required, including admission, history/physical, operation reports, discharge summaries, etc.

**FEE LIMITS:** Any fees above $50.00 for records must be pre-approved, and will potentially delay awarding of insurance benefits.

**CONTACT US:** To avoid additional calls, faxes, or emails -- send status, invoice, or other information

- by **email to providers@releasepoint.com** with the RPid above in the subject or
- by fax to (213) 258-4675

**SEND RECORDS:** Check one to indicate method records delivery:

___ **Emailing records to us:** **charts@releasepoint.com with RP ID in subject**

___ **Faxing records to us:** (213) 258-4675

___ **Mailing records to us at:** **ReleasePoint**
**Liberty Mutual Intake Team**
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ______________________________

Thank you for your cooperation,

Trina Santiago

Phone: (213) 266-5038