**PAIN MANAGEMENT CONSULTANTS PA**
**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/

INJECTION DATE: 12/23/2016
LOCATION: Northwest Surgery Center
Procedure: Transforaminal lumbar epidural steroid injection
Side: Bilateral L5 First of Series
Surgeon: SURGEON: Jeff Higginbotham, MD
DIAGNOSIS: M54.17 Radiculopathy, lumbosacral region
Interval History:Not applicable
Injectate:Dexamethasone non particulate10 mg
Omnipaque 240:2ml
Preservative Free Normal Saline:2ml
0.25% Bupivicaine:2ml
Conscious sedation
Versed 1 mg/cc and Fentanyl 100 mcg/cc. # ccs2/2
Starting time7:15 am Ending time7:32 am
Intravenous sedation was administered by a Registered Nurse under the direction and supervision of the operating physician after oximetry, ECG, and blood pressure monitors were applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below.

Procedure Details:
The Patient was scheduled for a Lumbar ESI but she had me evaluate her left Hip SCS IPG pocket with concerns for infection. I palpated the pocket and was worried about possible infection. She was given sedation and after sterilizing the area and placing 2ml 1% lidocaine at the skin, I used an 18g needle to aspirate the pocket. I was able to aspirate 40ml of purulent drainage from the pocket site. The drainage was sent off for gram stain and Cultures. After cultures were taken, she was loaded with 2gm of Ancef then taken to the PACU.

Epidural injection was NOT performed secondary to possible spreading of infection.

Dr. Cook who recently performed the IPG revision was notified and the patient will be scheduled for SCS explant within the next few days.COMPLICATIONS: There were no complications. Aspiration was negative for blood and cerebrospinal fluid and no paresthesia was elicited.
Epidurogram:
bilateral L5 lateral recess.
Follow up for regularly scheduled medication refill visit. (Note for Scheduling - Please see medication end dates)

**PAIN MANAGEMENT CONSULTANTS PA**
**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/.

12/23/2016 7:32 am
Electronically Signed by
Jeffrey Higginbotham, MD

**PAIN MANAGEMENT CONSULTANTS PA**
**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/

INJECTION DATE: 12/12/2016
LOCATION: Northwest Surgery Center
Procedure: Transforaminal lumbar epidural steroid injection
Side: Bilateral L5 First of Series_
Surgeon: SURGEON: Jeff Higginbotham, MD
DIAGNOSIS: M96.1 Postlaminectomy syndrome, not elsewhere classified
Interval History:Not applicable
Injectate:Betamethasone sodium phosphate, non-particulate:12 mg
Omnipaque 240:2ml
Preservative Free Normal Saline:2ml
0.25% Bupivicaine:2ml
Conscious sedation
Versed 1 mg/cc and Fentanyl 100 mcg/cc. # ccs4/4
Starting time7:10 am Ending time7:28 am
Intravenous sedation was administered by a Registered Nurse under the direction and supervision of the operating physician after oximetry, ECG, and blood pressure monitors were applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below.

Procedure Details:
The Patient was scheduled for a Lumbar ESI but she had me evaluate her left Hip SCS IPG pocket with concerns for infection. I palpated the pocket and was worried about possible infection. She was given sedation and after sterilizing the area and placing 2ml 1% lidocaine at the skin, I used an 18g needle to aspirate the pocket. I was able to aspirate 40ml of purulent drainage from the pocket site. The drainage was sent off for gram stain and Cultures. After cultures were taken, she was loaded with 2gm of Ancef then taken to the PACU.

Epidural injection was NOT performed secondary to possible spreading of infection.

Dr. Cook who recently performed the IPG revision was notified and the patient will be scheduled for SCS explant within the next few days.COMPLICATIONS: There were no complications. Aspiration was negative for blood and cerebrospinal fluid and no paresthesia was elicited.
Epidurogram:
lateral recess of L5 bilaterally
Follow up for regularly scheduled medication refill visit. (Note for Scheduling - Please see medication end dates)

**PAIN MANAGEMENT CONSULTANTS PA**
**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/

12/12/2016 7:28 am
Electronically Signed by
Jeffrey Higginbotham, MD

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**


**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/06/2016

---

**Race**: No race saved for patient
**Ethnicity**: No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
baclofen - 20 mg Q6
Movantik - 25 mg
Duragesic - 50 mcg/hr q72
oxycodone - 20 mg Q4

**Vitals:**
Height: 67 in.
Weight: 224 lbs.
BMI: 35.1
O2 Sat Room Air: 97%
Temperature: 97.8
Pulse: 97
BP 1: 132 / 68
Sitting, left arm

**Family History**Family History:
Rheumatoid arthritis Mother, Brother.
Heart Disease/Vascular Disease Father.
Stroke Father, Mother.

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**
The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is described as being located in the lumbosacral area and sacral area. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit: Increased pain possible weather changes

PRESENT PAIN LEVEL: 7 out of 10
PRESENT PAIN LEVEL: 7 out of 10
WORST PAIN LEVEL: 9 out of 10
BEST PAIN LEVEL: 6 out of 10
SINCE LAST VISIT PAIN IS: WorseONSET: 2/2/2012
LOCATION: lumbosacral area and sacral area.QUALITY: sharp, pulling, crushing, burningRADIATES: Down right leg mainlySEVERITY: 4 to 6 moderate, 7 to 9 severe
DURATION: years
TIMING: constant
AGGRAVATING FACTORS: exertion, walking, prolonged walking, prolonged standing, no medications, stress, weather changes, bendingALLEVIATING FACTORS: rest, lying down, stretching, change in position, medications, cold

PREVIOUS INTERVENTIONAL PAIN PROCEDURES: LUMBAR/SACRAL/COCCYGEAL:
The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/06/2016

Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**

Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9
ALCOHOL USE: Patient denies alcohol use.
DRUG USE: Patient denies drug use.
EMPLOYMENT: Employed

experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).
9/16/16 Wound Aspiration
11/4/16 SCS Trial Lumbar Nevro --helped 50-60%CURRENT PAIN MEDICATIONS: Neurontin, Skelaxin, Mobic, Baclofen, Movantik, Oxycodone IR, Duragesic patches--
**PMH:** Depression
Asthma
Osteoarthritis
**PSH:** L4-L5 fusion 2008
SCS implant Feb 2013; revised by Dr. Burnett July 2013

**ROS:**
Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold intolerance.

**Exam:**
Build and Nutrition: Well nourished, Well developed. HEENT: normocephalic Eyes: Aninteric Ears: normal appearance of external ear, hearing normal with conversastion Mouth/Throat: Normal dentition Respiratory: Quiet, even respiratory effort with no use of accessory muscles Peripheral Vascular: No pedal edema Skin: Skin moist, well perfused. No jaundice. Orientation: Oriented to person, place, and time Mood and affect: Normal Associations: Intact Judgment and Insight: appropriate Thought process/cognitive function: Thought processes intact. No suicidal ideation. Speech: Normal
Gait and station: Normal gait and station Lumbar Inspection/palpation: healing left hip IPG battery pocket and thoracic midline incision from SCS explant. No signs of infection. PICC line in place Left Shoulder Muscle tone and strength: Left upper extremity Muscle tone and strength: Left lower extremity Muscle tone and strength:

REFLEXES - Right Leg: DTRs 2+, Patellar, Achilles REFLEXES - Left Leg: DTRs 2+, Patellar, Achilles

SENSATION: intact to light touch

**Nita Fabre** DOB: (37 yrs. F)

Visit Date: 12/06/2016

**Imaging Results**

**Lab Results**
No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip
B99.9 Unspecified infectious disease

**Assessment**
Patient is stable on current medication strength and dose. The patient has adequate enhancement of comfort and functional status to meet criteria for continuing medication regimen.

**Care Plan:**
1. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
2. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.

Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary
Prescriptions:
SIG: Duragesic 50 mcg/hr patch 72 hour, 30 days, Dispense #10 Transdermal Patch, 0 Refills
Directions: 1 patch apply to skin every 72 hours START: 12-4-16 End 01/03/17
SIG: oxycodone 20 mg tablet, 30 days, Dispense #180 Tablet, 0 Refills
Directions: 1 po Q 4hours max 6/day START: 12/6/16 End: 1/5/17

12/06/2016 1:24 pm
Electronically Signed by
Jeffrey Higginbotham, MD

# PAIN MANAGEMENT CONSULTANTS PA

**Jeffrey Higginbotham**
**101 W Koenig Lane Suite 100 Austin, TX 78751-1213**
**Phone: (512) 454-9426 Fax: (512) 454-7294**

**Nita Fabre** DOB (37 yrs. F)

Visit Date: 11/11/2016

**Race**: No race saved for patient
**Ethnicity**: No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
baclofen - 20 mg Q6
Movantik - 25 mg
Duragesic - 50 mcg/hr q72
oxycodone - 20 mg Q4

**Vitals:**
Height: 67 in.
Weight: 224 lbs.
BMI: 35.1
Respiration: 12
Temperature: 97.8
Pulse: 76
BP 1: 132 / 80
Sitting, left arm

**Family History**Family History:
Rheumatoid arthritis Mother, Brother.
Heart Disease/Vascular Disease Father.
Stroke Father, Mother.

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is described as being located in the lumbosacral area and sacral area. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit: 11/4/16 SCS Trial Lumbar Nevro has helped 50-60 %

PRESENT PAIN LEVEL: 6 out of 10
PRESENT PAIN LEVEL: 6 out of 10
WORST PAIN LEVEL: 9 out of 10BEST PAIN LEVEL: 6 out of 10
SINCE LAST VISIT PAIN IS: BetterONSET: 2/2/2012
LOCATION: lumbosacral area and sacral area.QUALITY: sharp, pulling, crushing, burningRADIATES: Down right leg mainlySEVERITY: 4 to 6 moderate, 7 to 9 severe
DURATION: years
TIMING: constant
AGGRAVATING FACTORS: exertion, walking, prolonged walking, prolonged standing, no medications, stress, weather changes, bendingALLEVIATING FACTORS: rest, lying down, stretching, change in position, medications, cold

PREVIOUS INTERVENTIONAL PAIN PROCEDURES: LUMBAR/SACRAL/COCCYGEAL:
The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports

Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**

Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9
ALCOHOL USE: Patient denies alcohol use.
DRUG USE: Patient denies drug use.
EMPLOYMENT: Employed

increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).
9/16/16 Wound Aspiration
11/4/16 SCS Trial Lumbar Nevro --helped 50-60%CURRENT PAIN MEDICATIONS: Neurontin, Skelaxin, Mobic, Baclofen, Movantik, Oxycodone IR, Duragesic patches--
**PMH:** Depression
Asthma
Osteoarthritis
**PSH:** L4-L5 fusion 2008
SCS implant Feb 2013; revised by Dr. Burnett July 2013

**ROS:**
Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold intolerance.

**Exam:**
Build and Nutrition: Well nourished, Well developed. HEENT: normocephalic Eyes: Aninteric Ears: normal appearance of external ear, hearing normal with conversastion Mouth/Throat: Normal dentition Respiratory: Quiet, even respiratory effort with no use of accessory muscles Peripheral Vascular: No pedal edema Skin: Skin moist, well perfused. No jaundice. Orientation: Oriented to person, place, and time Mood and affect: Normal Associations: Intact Judgment and Insight: appropriate Thought process/cognitive function: Thought processes intact. No suicidal ideation. Speech: Normal
Gait and station: Normal gait and station Lumbar Inspection/palpation: healing left hip IPG battery pocket and thoracic midline incision from SCS explant. No signs of infection. PICC line in place Left Shoulder Muscle tone and strength: Left upper extremity Muscle tone and strength: Left lower extremity Muscle tone and strength:

REFLEXES - Right Leg: DTRs 2+, Patellar, Achilles REFLEXES - Left Leg: DTRs 2+, Patellar, Achilles

SENSATION: intact to light touch

**Imaging Results**

**Lab Results**
No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip
B99.9 Unspecified infectious disease

**Assessment**
At this visit, the patient's SCS trial lead(s) were removed without resistance. The sites were without signs of infection. No complications were noted. Band-aids were placed over the needle insertion site(s). Patient did pretty well with nevro trial. She will get with Dr. Cook to discuss options for re-implantation on whether she would prefer traditional stem vs. High frequency system. I was able to get one lead to near the top of T9 but was unable to get a lead into the T8 vertebral level.

**Care Plan:**
1. 1. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
2. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.

Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: Importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary
Prescriptions:
SIG: baclofen 20 mg tablet, 30 days, Dispense #120 Tablet, 2 Refills
Directions: Take 1 oral tablet every 6 hours prn max 4/day start 11/11/16 end 2/9/17 erxed-- bns
SIG: Mobic 7.5 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 oral tablet once a day start 11/11/16 end 2/9/17 erxed-- bns
SIG: Movantik 25 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 tablet 1 hour prior to 1st meal of the day on an empty stomach start 11/11/16 end 2/9/17 erxed-- bn
SIG: Neurontin 300 mg capsule, 30 days, Dispense #90 Capsule, 2 Refills
Directions: Take 1 oral capsule 3 times a day start 11/11/16 end 2/9/17 erxed-- bns
SIG: Skelaxin 800 mg tablet, 30 days, Dispense #90 Tablet, 2 Refills
Directions: Take 1 oral tablet every 8 hours prn max 3/day start 11/11/16 end 2/9/17 erxed-- bns

11/11/2016 12:07 pm
Electronically Signed by
Jeffrey Higginbotham, MD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

January 11, 2017

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 29, 2016 and January 11, 2017, we requested medical records from Dr. Cook, Dr. Debehnke and Dr. Higginbotham . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2016 through the present from all treating providers.

Please complete the forms indicated below and return them to our office by January 24, 2017:

- X Authori ation - Medical
- X Specific Authori ation for Dr. Cook's Office

Centene Management Company's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by February 9, 2017, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 24, 2017, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 24, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: Authori ation - Medical
5557206-EMPLOYEE/CLAIMANT-FORMS-01.11.2017

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Kelsey Serdy

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organi ations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authori ation or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organi ations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organi ations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company s administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organi ations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organi ations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authori ation is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authori ation. I understand that I have the right to revoke this Authori ation at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authori ation or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5557206
Claim Number

## Authorization for Disclosure of Health Information

**I hereby authorize ________________________________________ to release medical information from the records of:**
*(Name of Facility)*

**Patient Name:** ______________________________ **D.O.B.:** ____/____/______ **SS#:** ______-____-___________

**Patient Street Address:** ________________________________________________

**City:** ________________________________ **State:** _________ **Zip Code:** _____________

**Date(s) of Treatment Requested:** ____________________________________________

**Information to be disclosed (check all applicable items to be released):**

| | | | |
|---|---|---|---|
| ☐ Discharge Summary | ☐ ER Record | ☐ Progress Notes | ☐ Treatment Plans |
| ☐ Discharge Instructions | ☐ X-Rays Reports | ☐ Medication Records | ☐ Commitment Papers |
| ☐ History and Physical | ☐ Lab Reports | ☐ Doctor's Orders | ☐ HIV testing |
| ☐ Consultations | ☐ EKG/ECG Tests | ☐ Nurse's Notes | |
| ☐ Operative Report | ☐ Therapy Notes | | |

☐ Other (please specify):____________________________________________

**Purpose Or Need For The Disclosure Is:**

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☐ Other ______________________________

**The Information May Be Disclosed To:**

**Recipient's Name:** ________________________________________________

**Street Address:** ________________________________________________

**City:** ________________________________ **State:** ______**Zip Code:**_______________

**Phone #:** ______________________________ **Fax #:** ______________________________

**My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.**

**I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.**

**I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.**

**This authorization expires on:** ________________________ **or upon the following event:** ____________________________________
*(Date)*
*(If no date or event is specified, this authorization will expire in six months from the date of signature).*

| |
|---|
| I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV). |

**Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.**

________________________________________ ______________________________
*(Signature of Patient or Personal Representative*)* *(Date of Signature)*

***If signed by a personal representative, a description of the representative's authority to act is as follows:**

☐ **Parent** ☐ **Legal Guardian** ☐ **Health Care Power of Attorney**
☐ **Administrator** ☐ **Executor of Estate** ☐ **Next of Kin** ☐ **Beneficiary**

Rev.9/16 MRO

## Authorization for Disclosure of Health Information

**I hereby authorize** ______________________________ **to release medical information from the records of:**
*(Name of Facility)*

**Patient Name:** ______________________________ **D.O.B.:** ___/___/_____ **SS#:** _____-____-__________

**Patient Street Address:** ______________________________

**City:** ______________________________ **State:** ________ **Zip Code:** ____________

**Date(s) of Treatment Requested:** ______________________________

**Information to be disclosed (check all applicable items to be released):**

| | | | |
|---|---|---|---|
| ☐ Discharge Summary | ☐ ER Record | ☐ Progress Notes | ☐ Treatment Plans |
| ☐ Discharge Instructions | ☐ X-Rays Reports | ☐ Medication Records | ☐ Commitment Papers |
| ☐ History and Physical | ☐ Lab Reports | ☐ Doctor's Orders | ☐ HIV testing |
| ☐ Consultations | ☐ EKG/ECG Tests | ☐ Nurse's Notes | |
| ☐ Operative Report | ☐ Therapy Notes | | |

☐ Other (please specify): ______________________________

**Purpose Or Need For The Disclosure Is:**

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☐ Other ______________________

**The Information May Be Disclosed To:**

**Recipient's Name:** ______________________________

**Street Address:** ______________________________

**City:** ______________________________ **State:** _____ **Zip Code:** ____________

**Phone #:** ______________________________ **Fax #:** ______________________________

**My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.**

**I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.**

**I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.**

**This authorization expires on:** ____________________ **or upon the following event:** ______________________________
*(Date)*
*(If no date or event is specified, this authorization will expire in six months from the date of signature).*

**I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).**

**Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.**

______________________________ ______________________________
*(Signature of Patient or Personal Representative*)* *(Date of Signature)*

***If signed by a personal representative, a description of the representative's authority to act is as follows:**

☐ **Parent** ☐ **Legal Guardian** ☐ **Health Care Power of Attorney**
☐ **Administrator** ☐ **Executor of Estate** ☐ **Next of Kin** ☐ **Beneficiary**

Rev.9/16 MRO

ADC THE AUSTIN DIAGNOSTIC CLINIC

MRN

# Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre
Date of Birth:

Address:
Telephone Number:

**I hereby authorize** ( name of facility/provider releasing information) **to disclose the above-named individuals health information:**

ADC

**Name (facility releasing information) Address City State Zip**

Telephone Number:

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- ___ Other___
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

Liberty Mutual Disability. P.O. Box 7207, London, KY

**Name (facility receiving information) Address City State Zip**

Telephone Number: 1-800-291-0012 ext

Description of the purpose of the use and/or disclosure: (check one)

- ___ Continuing Care
- ___ Consultation
- ___ Legal purposes
- ___ Second Opinion
- ✓ Insurance
- ___ Personal Use
- ___ Emergency/acute care
- ___ Social Security/Disability (provide copy of SSA Letter)
- ✓ Other: Please describe: Disability claim / attorney
- ___ Marketing-If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

N Fabre
**Signature of Patient or Patient's Representative**

01/11/201
**Date**

Nita Fabre
**Printed name of Patient or Patient's Representative**

Self
**Relationship to Patient** or **Legal Authority (attach supporting documentation)**

**n0249222**

**From:** CharlotteLMBClaimInfo
**Sent:** Wednesday, January 04, 2017 9:39:48 AM
**To:** 'NFABRE06@ATT.NET'
**Subject:** Liberty Mutual- HIPAA eSign Required: Claim: 5557206 - FABRE, NITA
**Attachments:** SPI282.pdf

**Date: January 3, 2017**

**Reference ID: 2968537**

**Medical Facility/Provider: SPINE & NEUROSURGERY SPECIALISTS ( Dr. Cook)**

Good morning,

Please be advised that we have been informed that your medical provider is requesting a signed HIPAA compliant authorization to be signed before records will be released. Please use the included link to have the claimant sign the attached HIPAA authorization form. Retrieval activities will resume upon receipt of the authorization requested.

You can complete this request in one of THREE ways:

1. Sign authorization electronically, through Adobe Document Cloud. Electronic signatures are processed immediately through Adobe's secure signing environment. To sign electronically, click the following link:

https://releasepoint.na1.echosign.com/public/esignWidget?wid=CBFCIBAA3AAABLblqZhDsM53EY3PeFYWcwrKqN1eB413W4silDWTBWuhzPfzFqgddp56p2JxfJ1ohHI7DbCQ*

2. Print, sign and scan the authorization. You can email a PDF of the signed authorization to our vendor, ReleasePoint, at authos@releasepoint.com - please be

sure to put your Reference ID (listed above) in the subject line of the email.

3. Print, sign and FAX the authorization to us at (888) 491-7191.

Please return this signed authorization at your earliest convenience to avoid delays in the processing of your recent insurance application.

Your Liberty Mutual Medical Information Retrieval Team

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

January 4, 2017

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Please be advised that we have been informed that your medical provider **(SPINE & NEUROSURGERY SPCIALISTS/ Dr. Cook)** is requesting a specific signed HIPAA compliant authori ation to be signed before records will be released. Retrieval activities will resume upon receipt of the authori ation requested.

Please return this signed authori ation at your earliest convenience to avoid delays in the processing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

Attachments: 5557206-EMPLOYEE/CLAIMANT-FORMS-01.03.2017

## Authorization for Disclosure of Health Information

**I hereby authorize** ________________________ **to release medical information from the records of:**
*(Name of Facility)*

**Patient Name:** ________________ **D.O.B.:** ___/___/_____ **SS#:** _____-___-________

**Patient Street Address:** ________________________

**City:** ________________ **State:** ________ **Zip Code:** __________

**Date(s) of Treatment Requested:** FROM: TO:

**Information to be disclosed (check all applicable items to be released):**

| | | | |
|---|---|---|---|
| ☐ Discharge Summary | ☐ ER Record | ☐ Progress Notes | ☐ Treatment Plans |
| ☐ Discharge Instructions | ☐ X-Rays Reports | ☐ Medication Records | ☐ Commitment Papers |
| ☐ History and Physical | ☐ Lab Reports | ☐ Doctor's Orders | ☐ HIV testing |
| ☐ Consultations | ☐ EKG/ECG Tests | ☐ Nurse's Notes | |
| ☐ Operative Report | ☐ Therapy Notes | | |

☒ Other (please specify): all PHI, excluding x-ray films

**Purpose Or Need For The Disclosure Is:**

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☒ Other ________________

**The Information May Be Disclosed To:**

**Recipient's Name:** ________________________

**Street Address:** ________________________

**City:** ________________ **State:** _____ **Zip Code:** __________

**Phone #:** ________________ **Fax #:** ________________

**My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.**

**I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.**

**I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.**

**This authorization expires on:** ________________ **or upon the following event:** 180 days after signature date
*(Date)*
*(If no date or event is specified, this authorization will expire in six months from the date of signature).*

**I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).**

**Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.**

________________________ ________________
*(Signature of Patient or Personal Representative*)* *(Date of Signature)*

***If signed by a personal representative, a description of the representative's authority to act is as follows:**

☐ **Parent** ☐ **Legal Guardian** ☐ **Health Care Power of Attorney**
☐ **Administrator** ☐ **Executor of Estate** ☐ **Next of Kin** ☐ **Beneficiary**

Rev.9/16 MRO

# Authorization for Disclosure of Health Information

**I hereby authorize ______________________________ to release medical information from the records of:**
*(Name of Facility)*

**Patient Name:** ______________________ **D.O.B.:** ___/___/_____ **SS#:** _____-___-_________

**Patient Street Address:** ______________________________

**City:** ______________________ **State:** ________ **Zip Code:** __________

**Date(s) of Treatment Requested:** ______________________________

**Information to be disclosed (check all applicable items to be released):**

| | | | |
|---|---|---|---|
| ☐ Discharge Summary | ☐ ER Record | ☐ Progress Notes | ☐ Treatment Plans |
| ☐ Discharge Instructions | ☐ X-Rays Reports | ☐ Medication Records | ☐ Commitment Papers |
| ☐ History and Physical | ☐ Lab Reports | ☐ Doctor's Orders | ☐ HIV testing |
| ☐ Consultations | ☐ EKG/ECG Tests | ☐ Nurse's Notes | |
| ☐ Operative Report | ☐ Therapy Notes | | |

☐ Other (please specify):______________________________

**Purpose Or Need For The Disclosure Is:**

☐ Continued Medical Care ☐ Insurance ☐ Legal ☐ Patient's Own Use ☐ Other ______________________

**The Information May Be Disclosed To:**

**Recipient's Name:** ______________________________

**Street Address:** ______________________________

**City:** ______________________ **State:** _____ **Zip Code:** __________

**Phone #:** ______________________ **Fax #:** ______________________

**My refusal to sign this form will not adversely affect my ability to receive health care services, reimbursement for services, enrollment in a health plan or my eligibility for health benefits. However, information will not be released to the above-indicated recipient without my signature.**

**I acknowledge that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by Federal Law.**

**I have the right to revoke this authorization by written notice to the Healthcare Provider listed above. I understand that actions taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.**

**This authorization expires on:** ______________ **or upon the following event:** 180 days after signature date
*(Date)*
*(If no date or event is specified, this authorization will expire in six months from the date of signature).*

**I understand that the information in my medical record may include information relating to treatment of drug or alcohol abuse, mental health, genetic information, sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), AIDS related complex (ARC) and/or human immunodeficiency virus (HIV).**

**Fees: I understand and agree that there may be costs associated with this request in compliance with State copying laws.**

______________________________ ______________________
*(Signature of Patient or Personal Representative*)* *(Date of Signature)*

***If signed by a personal representative, a description of the representative's authority to act is as follows:**

☐ **Parent** ☐ **Legal Guardian** ☐ **Health Care Power of Attorney**
☐ **Administrator** ☐ **Executor of Estate** ☐ **Next of Kin** ☐ **Beneficiary**

Rev.9/16 MRO

**n0249222**

---

**From:** Doherty Cella Keane & Associates LLP
**Sent:** Friday, December 23, 2016 12:54:53 PM
**To:** Serdy, Kelsey
**Subject:** RE: Nita Fabre -Claim 5557206

Hi Kelsey,

No updates at this time; the claim is pending. Thanks!

**Melanie Lovell**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.317.2957
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
************************************************************************

---

**From:** Serdy, Kelsey [mailto:Kelsey.Serdy@LibertyMutual.com]
**Sent:** Friday, December 23, 2016 12:26 PM
**To:** Doherty Cella Keane & Associates LLP
**Subject:** Nita Fabre -Claim 5557206

Good afternoon,

Are there any updates on the status of Nita Fabre's Social Security application?

Have a great day!

Thank you,

**Kelsey Serdy**

LTD Case Manager I

Liberty Mutual Benefits, Disability Claims

Liberty Mutual Insurance

P.O. Box 7207, London, KY 40742-7207

Phone: 800-291-0112 ext. 14289

SDN: 87314289

Fax: 603-430-5752

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 x<insert> and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5752

November 21, 2016

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Serdy
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14289
Secure Fax No.: (603) 430-5752

PAIN MANAGEMENT CONSULTANTS, P.A.
Spinal Diagnostics and Therapeutics

J. LOWELL HARO, MD.
JEFFREY N. HIGGINBOTHAM, MD
CLAYTON ADAMS, MD

101 West Koenig Lane, Suite 100 Austin, Texas 78751
15808 FM 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71 Ste. 109 Bastrop, Texas 78602

Phone: 512/454-9426
Fax: 512/454-7294

TO: Joel Fitzgerald Liberty Mutual

DATE: 11-14-16

FROM: Clinical

FAX #: 603 - 559-0370

RE: Nita Fabre

NUMBER OF PAGES WITH COVER: 14

DOB

Claim # 5557206

**IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, OR IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (512) 454-9426.**

MEASSAGE: ______________________________

# CAUTION: CONTAINS CONFIDENTIAL HEALTH CARE INFORMATION

IMPORTANT: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED, CONFIDENTIAL AND INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY ADVISED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE ADVISE US IMMEDIATELY BY TELEPHONE AND DESTROY THESE PAPERS.

Part 3 of 3

Dr. Higg

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. JEFFREY HIGGINBOTHAM<br>PAIN MANAGEMENT CONSULTANTS<br>101 W KOENIG LN<br>STE 100<br>AUSTIN TX 78751 |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

Looking for info if MD is treating the reason I'm out of work. If MD feels I have any work restrictions. Is there a 1 MD.

Joel - Patient request we send you all of her records. and she would have the Dr. Sign this when she came in on 10/3. He will not be filling this out only signing. and

OV or [illegible]

Fill out or refer out

This fax, and any attachments thereto, is intended only for the use a... privileged and/or confidential information. If you are not the intended... dissemination, distribution or copying of this fax, and any attachment... error, please notify me by telephone at (800) 291-0112 and permanently... thereof.

Ex: - [illegible] #4
TBD. Pt still undergoing treatment. under my care. If remaining out of [illegible] restrictions given to pt.

Full-time_____ Part-time_____

**Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

**OR**

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient: Patient S/P Back Surgery and Neuromodulation complicated with Post-op Infection which resulted in Explant / IV Antibiotics. Her Pain and function is severely limited. I don't Expect her to be Able to work until she recovers which may take 6 months.
5. Through what date are the given restrictions supported? __________

***Key for Frequency (Definitions)***

*Occasional Demand: Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)*

***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)*
***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)*

| Jeff Higginbotham | [signature] | PA - Management | 11/11/16 |
|---|---|---|---|
| Printed Name | Signature | Specialty | Date |

Please fax your response to **603-559-0370** by **September 21, 2016**.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

Dear Dr. Jeffrey Higginbotham:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from May 6, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. _______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**OR**

2. _______ I defer restrictions and limitations to ________________________________.

(Please also print your name, sign, provide your specialty, and date below.)

**OR**

3. _______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291 0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

# PAIN MANAGEMENT CONSULTANTS PA

Jeffrey Higginbotham
101 W Koenig Lane Suite 100 Austin, TX 78751-1213
Phone: (512) 454-9426 Fax: (512) 454-7294

**Nita Fabre** DOB: (36 yrs, F)

Visit Date: 11/11/2016

**Race:** No race saved for patient
**Ethnicity:** No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
Dilaudid - 2 mg
Duragesic - 50 mcg/hr
oxycodone - 20 mg Q4
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
baclofen - 20 mg Q6
Movantik - 25 mg

**Vitals:**
Height: 67 in.
Weight: 224 lbs.
BMI: 35.1
Respiration: 12
Temperature: 97.8
Pulse: 76
BP 1: 132 / 80
Sitting, left arm

**Family History**Family History:
Rheumatoid arthritis Mother, Brother.
Heart Disease/Vascular Disease Father.

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is described as being located in the lumbosacral area and sacral area. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit: 11/4/16 SCS Trial Lumbar Nevro has helped 50-60 %

PRESENT PAIN LEVEL: 6 out of 10
PRESENT PAIN LEVEL: 6 out of 10
WORST PAIN LEVEL: 9 out of 10BEST PAIN LEVEL: 6 out of 10
SINCE LAST VISIT PAIN IS: BetterONSET: 2/2/2012
LOCATION: lumbosacral area and sacral area.QUALITY: sharp, pulling, crushing, burningRADIATES: Down right leg mainlySEVERITY: 4 to 6 moderate, 7 to 9 severe
DURATION: years
TIMING: constant
AGGRAVATING FACTORS: exertion, walking, prolonged walking, prolonged standing, no medications, stress, weather changes, bendingALLEVIATING FACTORS: rest, lying down, stretching, change in position, medications, cold

PREVIOUS INTERVENTIONAL PAIN PROCEDURES: LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports

**Nita Fabre** DOB: (36 yrs. F)

Visit Date: 11/11/2016

Stroke Father, Mother.
Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**

Smoking Status: Current Every Day Smoker

Smoked Per Day: 1 to 9

ALCOHOL USE: Patient denies alcohol use.

DRUG USE: Patient denies drug use.

EMPLOYMENT: Employed

increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).
9/16/16 Wound Aspiration
11/4/16 SCS Trial Lumbar Nevro --helped 50-60%CURRENT PAIN MEDICATIONS: Neurontin, Skelaxin, Mobic, Baclofen, Movantik, Oxycodone IR, Duragesic patches--

**PMH:** Depression
Asthma
Osteoarthritis

**PSH:** L4-L5 fusion 2008
SCS implant Feb 2013; revised by Dr. Burnett July 2013

**ROS:**

Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold intolerance.

**Exam:**

Build and Nutrition: Well nourished, Well developed. HEENT: normocephalic Eyes: Aninteric Ears: normal appearance of external ear, hearing normal with conversastion Mouth/Throat: Normal dentition Respiratory: Quiet, even respiratory effort with no use of accessory muscles Peripheral Vascular: No pedal edema Skin: Skin moist, well perfused. No jaundice. Orientation: Oriented to person, place, and time Mood and affect: Normal Associations: Intact Judgment and Insight: appropriate Thought process/cognitive function: Thought processes intact. No suicidal ideation. Speech: Normal

Gait and station: Normal gait and station Lumbar Inspection/palpation: healing left hip IPG battery pocket and thoracic midline incision from SCS explant. No signs of infection. PICC line in place Left Shoulder Muscle tone and strength: Left upper extremity Muscle tone and strength: Left lower extremity Muscle tone and strength:

REFLEXES - Right Leg: DTRs 2+, Patellar, Achilles REFLEXES - Left Leg: DTRs 2+, Patellar, Achilles

SENSATION: intact to light touch

**Imaging Results**

**Nita Fabre** DOB: (36 yrs. F)

Visit Date: 11/11/2016

**Lab Results**
No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip
B99.9 Unspecified infectious disease

**Assessment**
At this visit, the patient's SCS trial lead(s) were removed without resistance. The sites were without signs of infection. No complications were noted. Band-aids were placed over the needle insertion site(s). Patient did pretty well with nevro trial. She will get with Dr. Cook to discuss options for re-implantation on whether she would prefer traditional stem vs. High frequency system. I was able to get one lead to near the top of T9 but was unable to get a lead into the T8 vertebral level.

**Care Plan:**
1. 1. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
2. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.

Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary
Prescriptions:
SIG: baclofen 20 mg tablet, 30 days, Dispense #120 Tablet, 2 Refills
Directions: Take 1 oral tablet every 6 hours prn max 4/day start 11/11/16 end 2/9/17 erxed-- bns
SIG: Mobic 7.5 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 oral tablet once a day start 11/11/16 end 2/9/17 erxed-- bns
SIG: Movantik 25 mg tablet, 30 days, Dispense #30 Tablet, 2 Refills
Directions: Take 1 tablet 1 hour prior to 1st meal of the day on an empty stomach start 11/11/16 end 2/9/17 erxed-- bn
SIG: Neurontin 300 mg capsule, 30 days, Dispense #90 Capsule, 2 Refills
Directions: Take 1 oral capsule 3 times a day start 11/11/16 end 2/9/17 erxed-- bns
SIG: Skelaxin 800 mg tablet, 30 days, Dispense #90 Tablet, 2 Refills
Directions: Take 1 oral tablet every 8 hours prn max 3/day start 11/11/16 end 2/9/17 erxed-- bns

11/11/2016 12:07 pm

**Nita Fabre** DOB: (36 yrs. F)

Visit Date: 11/11/2016

| | |
|---|---|
| | Electronically Signed by<br>Jeffrey Higginbotham, MD |

# PAIN MANAGEMENT CONSULTANTS PA

Jeffrey Higginbotham
101 W Koenig Lane Suite 100 Austin, TX 78751-1213
Phone: (512) 454-9426 Fax: (512) 454-7294

**Nita Fabre** DOB: (36 yrs. F)

Visit Date: 10/03/2016

**Race:** No race saved for patient
**Ethnicity:** No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
Dilaudid - 2 mg
Duragesic - 50 mcg/hr
oxycodone - 20 mg Q4
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
baclofen - 20 mg Q6
Movantik - 25 mg

**Vitals:**
Height: 67 in.
Weight: 224 lbs.
BMI: 35.1
Respiration: 12
O2 Sat Room Air: 97%
Temperature: 98.2
Pulse: 90
BP 1: 150 / 92
Sitting, left arm

**Family History**Family History: Rheumatoid arthritis Mother, Brother.
Heart Disease/Vascular

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| B99.9 | Unspecified infectio | 09/16/2016 | Chronic | 09/16/2016 |
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit: Got out of surgery on Friday. On 6 weeks of antibiotics. Her SCs, completely removed.

PRESENT PAIN LEVEL: 8 out of 10
PRESENT PAIN LEVEL: 8 out of 10
WORST PAIN LEVEL: 9 out of 10BEST PAIN LEVEL: 6 out of 10
SINCE LAST VISIT PAIN IS: WorseLOCATION: Back QUALITY: sharp, pulling, crushing, burning RADIATES: Down right leg mainly TIMING: constant AGGRAVATING FACTORS: exertion, walking, prolonged walking, prolonged standing, no medications, stress, weather changes, bendingALLEVIATING FACTORS: rest, lying down, stretching, change in position, medications, cold

PREVIOUS INTERVENTIONAL PAIN PROCEDURES: LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some

**Nita Fabre** DOB: (36 yrs. F)

Visit Date: 10/03/2016

Disease Father.
Stroke Father, Mother.
Hypertension Mother.
Osteoarthritis Mother, Sister, Brother, Father.
Skin Cancer Father.
Cancer Sister.

**Social History**

Smoking Status: Current Every Day Smoker
Smoked Per Day: 1 to 9
ALCOHOL USE: Patient denies alcohol use.
DRUG USE: Patient denies drug use.
EMPLOYMENT: Employed

relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).--

**PMH:** Depression
Asthma
Osteoarthritis

**PSH:** L4-L5 fusion 2008
SCS implant Feb 2013; revised by Dr. Burnett July 2013

**ROS:**

Positive and pertinent negative responses below. All other areas negative.CONSTITUTIONAL: Denies weight loss or gain.EYES: Denies visual disturbance.
ENMT: Denies hearing loss of tinnitus.CARDIOVASCULAR: Denies chest pain, palpitations or murmurs.RESPIRATORY: Denies shortness of breath or wheezing.GASTROINTESTINAL: Denies nausea, vomiting, constipation or diarrhea.GENITOURINARY: Denies urinary retention and incontinence.MUSCULOSKELETAL: back pain, muscular cramps.SKIN: Denies rashes, jaundice or easy bruising.NEUROLOGICAL: Denies headache, seizures, numbness or weakness.PSYCHIATRIC: positive depression, denies anxiety or suicidal thoughts.ENDOCRINE: Denies fatigue or heat/cold intolerance.

**Exam:**

Build and Nutrition: Well nourished, Well developed. HEENT: normocephalic Eyes: Aninteric Ears: normal appearance of external ear, hearing normal with conversastion Mouth/Throat: Normal dentition Respiratory: Quiet, even respiratory effort with no use of accessory muscles Peripheral Vascular: No pedal edema Skin: Skin moist, well perfused. No jaundice. Orientation: Oriented to person, place, and time Mood and affect: Normal Associations: Intact Judgment and Insight: appropriate Thought process/cognitive function: Thought processes intact. No suicidal ideation. Speech: Normal
Gait and station: Normal gait and station Lumbar Inspection/palpation: healing left hip IPG battery pocket and thoracic midline incision from SCS explant. No signs of infection. PICC line in place Left Shoulder Muscle tone and strength: Left upper extremity Muscle tone and strength: Left lower extremity Muscle tone and strength:

REFLEXES - Right Leg: DTRs 2+, Patellar, Achilles REFLEXES - Left Leg: DTRs 2+, Patellar, Achilles

SENSATION: intact to light touch

**Imaging Results**

**Nita Fabre** DOB: (36 yrs. F)

Visit Date: 10/03/2016

**Lab Results**
No lab results were found.

**Diagnosis:** G89.4 Chronic pain syndrome
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.17 Radiculopathy, lumbosacral region
M47.897 Other spondylosis, lumbosacral region
M46.1 Sacroiliitis, not elsewhere classified
M79.1 Myalgia
M70.61 Trochanteric bursitis, right hip
M70.62 Trochanteric bursitis, left hip
B99.9 Unspecified infectious disease

**Assessment**
Patient s/p SCS Explant secondary to pocket infection. patient had oxycodone 10mg and dialudid 2mg to her regimen. She still has some left. The patient has adequate enhancement of comfort and functional status to meet criteria for continuing medication regimen. I would like to get records of MRI thoracic and Lumbar from Round Rock hospital.

**Care Plan:**
1. Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
2. Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
3. Return to clinic in 30 days for meds.
4. Patient to likely have re-implant in the next 6-8 weeks.

22 minutes of this 33 minute visit was spent counseling on multidisciplinary care including CBT, PT, interventions and medications.
Nutrition Counseling: importance of well balance diet discussed and encouraged
Physical Activity Counseling: importance of routine exercise discussed and encouraged
Visit Summary: Visit Summary
Ordered:
POC w/Reflex to UDT if Inconsistent and/or to verify specific (+)Opi/Bzo

Prescriptions:
SIG: Duragesic 50 mcg/hr patch 72 hour, 30 days, Dispense #10 Transdermal Patch, 0 Refills
Directions: 1 patch apply to skin every 72 hours start: 10/04/16 end: 11/3/16
SIG: oxycodone 20 mg tablet, 30 days, Dispense #240 Tablet, 0 Refills
Directions: 2 tablets po q 4-6h prn max 8/day start 10/03/16 end: 11/2/16

10/3/2016 01:34 PM
Electronically Signed by
Jeffrey Higginbotham, MD

**Nita Fabre** DOB: (36 yrs. F)

Visit Date: 10/03/2016

# SPINE & NEUROSURGERY SPECIALISTS OF AUSTIN

Richard Stovall, M.D. :: Judson H. Cook, M.D.
2200 Park Bend Dr. Bldg. 2, Ste. 201
Austin, TX 78758
Phone: 512.835.8100
Fax: 512.835.8101

# Fax

**To:** Liberty Mutual INS. **From:** Autumn S. - CCMA, EMT B.

**Fax:** 603.559.0370. **Pages:** 48

**Phone:** 800.291.0112. **Date:** 10.14.2016.

**Re:** N. Fabre 12.17.79. **CC:**

Claim # 5557206.

This fax is intended for the named recipient only and may contain information that is privileged and/or confidential. Nothing in this fax is intended to constitute a waiver of any privilege or the confidentiality of this message. If you have received this fax in error, please notify me immediately and purge this message.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. JUDSON COOK<br>SPINE AND NEUROSURGERY SPECIALISTS OF AU<br>2200 PARK BEND DRIVE<br>BUILDING 2, SUITE 201<br>AUSTIN TX 78758 |
| Attn: | |
| Fax: | (512) 835-8101 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Judson Cook
Spine and Neurosurgery Specialists of Austin
2200 PARK BEND DRIVE
BUILDING 2, SUITE 201
AUSTIN, TX 78758

Dear Dr. Judson Cook:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from January 1, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. _______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**OR**

2. ✓ I ~~defer restrictions and~~ am restricting all limitations to next appt on 11.03.2016.

(Please also print your name, sign, provide your specialty, and date below.)

**OR**

3. _______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

**Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

**OR**

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:
   patient unable to perform bending, lifting, twisting or. ~~and~~ any exerted activity to prevent the healing process post-operatively.
5. Through what date are the given restrictions supported? tbd @ next appt 11/3/2016.

| *Key for Frequency (Definitions)* |
| --- |
| ***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)* |
| ***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)* |
| ***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)* |

| Judson H. Cook MD | [signature] | Neurosurgery | 10/14/2016. |
| --- | --- | --- | --- |
| Printed Name | Signature | Specialty | Date |

Please fax your response to **603-559-0370** by **September 21, 2016.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments, and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print) Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

10/10/2016 10:40AM (GMT-04:00)

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:

*October 14, 2016*

Office Visit

**Nita Fabre** Home: (512) 944-7369
Female DOB: 10312 Ins: UNITED HEALTH CARE

**10/11/2016 - Office Visit: 2wk po - no xr -9/26- Paddle removal for suspected infection,...**
**Provider: Judson Cook**
**Location of Care: All**

**Current Problems (prior to this update):**
Postlaminectomy syndrome, lumbar region (ICD-722.83) (ICD10-M96.1)
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
LBP (ICD-724.2) (ICD10-M54.5)
Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)

**Current Medications (prior to this update):**
VENLAFAXINE HCL 100 MG ORAL TABS (VENLAFAXINE HCL)
OXYCODONE HCL 15 MG ORAL TABS (OXYCODONE HCL)
DURAGESIC-50 50 MCG/HR TRANS PT72 (FENTANYL)
NEURONTIN 300 MG ORAL CAPS (GABAPENTIN)
MOBIC 7.5 MG ORAL TABS (MELOXICAM)
OMEPRAZOLE 20 MG ORAL CPDR (OMEPRAZOLE)
SINGULAIR 10 MG ORAL TABS (MONTELUKAST SODIUM)

**Visit Type:** Follow-up
**Referring Provider:** JEFFREY HIGGINBOTHAM

**CC:** basline low back and leg pain.

**History of Present Illness:**
Ms. Fabre returns today and is s/p removal of her entire thoracic SCS system due to infection. She denies any signficant systemic compliants but reports the recurrence of her pre-stimulator low back and leg pain. She continues to be followed closely by infectious disease.

## Vital Signs:

Patient Profile: 36 Years Old Female

## Musculoskeletal:
**Station:** Forward Flexed
**Gait:** antalgic

## Motor
All muscle groups tested were a grade 5 on a scale of 5 using the MRC scale unless noted below.

## Higher integrative functions:
**Oriented to:** Person, Place, Time, Situation

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:

*October 14, 2016*
Page 2
Office Visit

**Nita Fabre**
Female DOB: 10312
Home: (512) 944-7369
Ins: UNITED HEALTH CARE

## Cranial nerves:

**2nd cranial nerve:** Grossly full visual fields
**3rd, 4th and 6th cranial nerves:** Pupils equal round and reactive to light with full extraocular movements (Oculomotor Trochlear Abducens)
**7th cranial nerve:** Facial muscles symmetric & strong

## Clinical Visit Note:

## Impression & Recommendations:

**Problem # 1:** Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
**Assessment:** Improved
Ms. Fabre is doing well following he unfortunate removal of her functioning thoracic multiarray paddle electrode and pulse generator and all of her incisions are well-healed. Given her recurrent severe low back and leg pain, she would like to discuss the options for stimulator re-implantation. We discussed the strategies and the technologies with their respective risks, benefits, convalescence and postoperative expectations Given this discussion, she would like ot discuss a possible percutaneous trial using the newer HF-10 (Nevro) system to be followed by implantation if successful . Otherwise she would need to undergo a multiarray paddle electrode re-insertion and we will need to get a formal opinion from the ID specialist (Dr. Khan). We will see her back for follow-up in apprxomiately 3 weeks.
Orders:
99024-Post Op (99024)

]

**Electronically signed by Judson Cook on 10/12/2016 at 12:01 AM**

---

ROUND ROCK MEDICAL CENTER
2400 ROUND ROCK AVENUE
ROUND ROCK, TX 78681

PHONE #: 512-341-6440
FAX #: 512-255-6706

Name: FABRE,NITA MARIA
Phys: Khan,Fida A MD
DOB: Age: 36 Sex: F
Acct: D00025195868 Loc: D.220 A
Exam Date: 09/28/2016 Status: ADM IN
Radiology No:
Unit No: D000532009

**Judson H Cook MD**
**2200 Park Bend Drive #2-201**
**Austin, TX 78758**

**EXAMS:**
035294986 XR CXR POST LINE/PROC

**Clinical Indication::**
POST PICC PLACEMENT

CLINICAL HISTORY: Status post PICC line placement.

COMPARISON: None.

TECHNIQUE: A single view of the chest was performed.

FINDINGS:
Right PICC line is well positioned in the expected location of the distal superior vena cava. There is no acute infiltrate or pleural effusion. The cardiomediastinal silhouette is unremarkable.

***IMPRESSION:***
***Well-positioned PICC line without evidence of acute cardiopulmonary disease.***

***I have asked the Radiologist Assistant to call these results on 9-28-2016 10:00 PM.***

** Electronically Signed by M.D. John Kish on 09/28/2016 at 2200 **
Reported and signed by: John Kish, M.D.

CC: Judson H Cook MD; Fida A Khan MD

Dictated Date/Time: 09/28/2016 (2159)
Technologist: Gene Faubion, R.T.(R)(MR)
Transcribed Date/Time: 09/28/2016 (2159)
Transcriptionist: TRAN.DFT
Orig Print D/T: S: 09/29/2016 (0731)
BATCH NO: 817

ROUND ROCK MEDICAL CENTER
2400 ROUND ROCK AVENUE
ROUND ROCK, TX 78681

PHONE #: 512-341-6440
FAX #: 512-255-6706

Name: FABRE,NITA MARIA
Phys: Cook,Judson H MD
DOB: Age: 36 Sex: F
Acct: D00025195868 Loc: D.220 A
Exam Date: 09/27/2016 Status: ADM IN
Radiology No:
Unit No: D000532009

Judson H Cook MD
2200 Park Bend Drive #2-201
Austin, TX 78758

| EXAMS: | Clinical Indication:: |
|---|---|
| 035294427 MRI L-SPINE W/WO CONTRAST | s/p removal of thoracic SC |
| 035294428 MRI T-SPINE W/WO CONTRAST | s/p removal of infected th |

CLINICAL HISTORY: s-p removal of infected thoracic SCS system.

COMPARISON: MRI scan of the lumbar spine dated 11-30-2009; intraoperative radiograph of the thoracic spine dated 09-26-2016.

TECHNIQUE: MRI scans of the thoracic and lumbar spine were acquired at 1.5 Tesla utilizing multiple pulse sequences and imaging planes.

FINDINGS: The gross morphology and signal intensity of the spinal cord and conus medullaris are normal. There is no significant degeneration of the thoracic spine. There has been a laminectomy at T9. There is a surgical incision over the laminectomy which contains several foci of air as well as fluid. There is a 6 mm thick focus of enhancement along the ligamentum flavum extending from T7 to T10. There is no evidence of any cord compression. This finding is presumed to be a small epidural abscess in the region previously occupied by the spinal cord stimulator. There is no evidence of any discitis or septic facet arthritis.

There has been a prior anterior discectomy and fusion at L4-5 and there appears to have been a prior laminotomy at L4. The spinal canal and neural foramina are open. There is no evidence of any pseudoarthrosis. There is no evidence of any junctional degeneration above or below this level.

*IMPRESSION:*
*1. There has been removal of an infected SCS through a laminectomy at T9. There is a 6 mm focus of thickening and enhancement along the ligamentum flavum in the area previously occupied by the stimulator leads. The area extends from T7 through T10 and is presumed to be infected. There is no evidence of any cord compression.*

*Humeral 2. There is a prior anterior fusion at the L4-5 level and*

ROUND ROCK MEDICAL CENTER
2400 ROUND ROCK AVENUE
ROUND ROCK, TX 78681

PHONE #: 512-341-6440
FAX #: 512-255-6706

Name: FABRE,NITA MARIA
Phys: Cook,Judson H MD
DOB: Age: 36 Sex: F
Acct: D00025195868 Loc: D.220 A
Exam Date: 09/27/2016 Status: ADM IN
Radiology No:
Unit No: D000532009

| EXAMS: | Clinical Indication:: |
|---|---|
| 035294427 MRI L-SPINE W/WO CONTRAST | s/p removal of thoracic SC |
| 035294428 MRI T-SPINE W/WO CONTRAST | s/p removal of infected th |

<Continued>

***evidence of a L4 laminotomy. There is no evidence of any junctional degeneration above or below this level. There is no evidence of any spinal canal or neural foraminal stenosis.***

** Electronically Signed by M.D. Anthony Masaryk **
** on 09/27/2016 at 1633 **
Reported and signed by: Anthony Masaryk, M.D.

CC: Judson H Cook MD

Dictated Date/Time: 09/27/2016 (1416)
Technologist: Stephanie Ayala, R.T.(R)(MR)
Transcribed Date/Time: 09/27/2016 (1618)
Transcriptionist: TRAN.DFT
Orig Print D/T: S: 09/28/2016 (0753)
BATCH NO: 800

*DRAFT COPY*

**ST. DAVID'S ROUND ROCK MEDICAL CENTER**
**2400 Round Rock Ave * Round Rock, TX 78681**

**PATIENT:** FABRE, NITA M
**ACCOUNT:** D00025195868
**DATE OF BIRTH:**
**SEX:** F
**DICTATING PHYS:** Judson H. Cook, MD
**ATTENDING PHYS:** Judson H Cook

**MED RECORD #:** D000532009
**ROOM #:** D.220
**LOCATION:** D.2M
**PT STATUS:** IN
**ADM DATE:** 09/26/2016
**DIS DATE:**

## OPERATIVE REPORT

DATE OF PROCEDURE: 09/26/2016

PREOPERATIVE DIAGNOSES:
1. Chronic pain syndrome.
2. Post-laminectomy syndrome.
3. Suspected thoracic spinal cord stimulator gluteal pulse generator.

POSTOPERATIVE DIAGNOSES:
1. Chronic pain syndrome.
2. Post-laminectomy syndrome.
3. Suspected thoracic spinal cord stimulator gluteal pulse generator.

PROCEDURES PERFORMED:
1. Removal of left-sided thoracic multi-array paddle epidural electrode and tissue culture.
2. Removal of left gluteal subcutaneous pulse generator with cultures and irrigation and debridement of the incision.
3. Use of intraoperative spinal and peripheral nerve monitoring.

SURGEON:
Judson H. Cook, MD

ASSISTANT:
None.

SPECIMENS:
Include tissue culture from the thoracic incision and fluid culture from the left gluteal subcutaneous incision.

COMPLICATIONS:
None.

ESTIMATED BLOOD LOSS:
10mL.

DRAINS:
JP drain x1 in the subcutaneous gluteal incision.

INDICATIONS:
Ms. Fabre is a pleasant female who has a history of a well-functioning thoracic multi-array paddle electrode, spinal cord stimulator system and several weeks ago underwent revision of her pulse generator. She has done well in the postoperative period, but has had some discomfort at the pocket site despite a well healed incision. She was recently seen by her pain management specialist and was to undergo a spinal injection. However, he noticed some tenderness over her left gluteal pocket site and a small amount of fluid and her pain management specialist subsequently aspirated some of this fluid and it has grown out a bacterial organism. Given this issue, we discussed the relative options and my recommendations were complete removal of the suspected contaminated system specially before there is any egress of

**DRAFT COPY**

(Report Continued..............ST. DAVID'S ROUND ROCK MEDICAL CENTER)

**PATIENT:** NITA M FABRE **MED REC#:** D000532009
**ACCOUNT #:** D00025195868 **ROOM #:** D.220

infection into the paddle and epidural space. We discussed the risks, benefits, convalescence and postoperative expectations and she wished to proceed with in this direction.

DESCRIPTION OF PROCEDURE:
Ms. Fabre was brought into the operating theater. She was placed under general anesthesia. She was carefully turned in a prone position. All pressure points were padded well. Her arms were placed in average neutral position. Head and neck were positioned by anesthesia. Her back and left gluteal regions were cleaned with chlorhexidine and isopropyl alcohol. Then, incision marks were made over the midline thoracic incision and left gluteal incisions and prepped and draped in a standard fashion. A timeout was taken, the incisions were injected with local anesthetic and after given ample time to take effect, the thoracic incision was opened with a #10 blade followed by the use of Bovie cautery to continue the incision through the dermis and subcutaneous tissue down to the level of the fascia. The electrode tails were identified and they were then followed down to the epidural space with careful microdissection of the associated tissue and some minimal removal of a more proximal lamina. The paddle was subsequently removed along with any anchoring sutures and several permanent anchoring sutures were identified and removed when identified. The paddle was removed from the epidural space without incident and I did not identify any overt infectious material at this incisional area and adjacent to the stimulator components in the thoracic region. I did take some tissue samples which were sent for culture to be on the safe side. At this point in time, that incision was copiously irrigated with antibiotic saline. Any bleeding was stopped with bipolar cautery. The wound was closed with a combination of 0, 2-0 and 3-0 interrupted Vicryl sutures, followed by a running 4-0 Monocryl with Prineo and Dermabond. This wound was fully closed and sealed in this manner to avoid any cross contamination. At this point in time, the left gluteal incision was opened with a #10 blade followed by the use of the Bovie cautery to continue the incision through the dermis and subcutaneous tissue down to the level of the battery. Once the battery was accessed, there was some dark purple slightly appearing fluid surrounding the pulse generator and cultures were taken of this fluid. The pulse generator and the remainder of the spinal cord stimulator system were then removed. The incision and the area was copiously irrigated with antibiotic saline and any devitalized tissue was debrided. A JP drain was placed into the gluteal pocket and taken out well away from the original incision. The incision was then further irrigated and closed with a combination of 2-0 and 3-0 interrupted Vicryl sutures, followed by a running 4-0 Monocryl subcuticular with Prineo and Dermabond. The wounds were cleaned and dressed in the standard fashion. The patient was carefully turned into the supine position, extubated and taken to the recovery room in stable fashion. Peripheral and spinal nerve monitoring baselines remained stable throughout the entire procedure. The plan will be for the patient to undergo postoperative MRI studies to make sure there was no overt epidural abscess in the thoracolumbar region which will help determine the required course of antibiotics. We will also have her seen by infectious disease specialist.

**DRAFT COPY**



Judson H Cook, MD

DDT: 09/27/2016 0830
TDT: 09/27/2016 1047
Trans By: HN
Job #: 3126037

Copies To: Spine and Neurosurgery Special of Austin

ROUND ROCK MEDICAL CENTER (COCRK)
Infectious Dis. Progress Note
REPORT#:0929-0149 REPORT STATUS: Signed
REPORT INITIALIZATION DATE:09/29/16 TIME: 1110

PATIENT: FABRE,NITA MARIA UNIT #: D000532009
ACCOUNT#: D00025195868 ROOM/BED: D.220-A
DOB: AGE: 36 SEX: F ATTEND: Cook,Judson H MD
ADM DT: 09/26/16
SERVICE DT: 09/29/16 AUTHOR: Khan,Fida A MD

* ALL edits or amendments must be made on the electronic/computer document *

## Subjective

**Chief Complaint:**
Spinal Stimulator Infection. ID Follow up
**Comments:**
Labs/Cultures and chart reviewed. PICC line placed last night
Had transient rash around the T-spine incision site yesterday. No pruritis or other rash reported
Intra-op cultures with Staph aureus but Blood cultures 9/26 have remained negative
CRP 4.2 9/28/16

## Objective

### General

**VS/I&O:**
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 96 | 09/29 0757 |
| B/P | 126/79 | 09/29 0757 |
| O2 Delivery | Room Air Only | 09/29 0757 |
| Temp | 36.4 | 09/29 0757 |
| Pulse | 91 | 09/29 0757 |
| Resp | 14 | 09/29 0757 |
| FiO2 | 21 | 09/26 1735 |

Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|
| 09/28-09/29 | 36.3-37.3 | 91-101 | 14-18 | 118-144/70-82 | 95-97 | |

24 hour I&O ending at 0700:

| | 09/29 0700 | 09/28 1900 |
|---|---|---|
| Intake Total | 980 | 1450 |
| Output Total | | |
| Balance | 980 | 1450 |

Patient: FABRE,NITA MARIA
Unit#:D000532009
Date: 09/29/16
Acct#:D000025195868

| | | |
|---|---|---|
| Intake, IV | 180 | 250 |
| Intake, Oral | 800 | 1200 |
| Number Bowel Movements | 1 | 1 |
| Number Voids | 3 | 4 |

**Medications:**
Active Meds + DC'd Last 24 Hrs
Acetaminophen 650 MG Q4H PRN PRN PO
Al Hydrox/Mg Hydrox/Simethicone 30 ML DAILY PRN PRN PO
Albuterol Sulfate 1 - 2 PUFF
Q4H PRN PRN INH
Alteplase, Recombinant 2 MG ASDIR PRN IV
Sterile Water 2.2 ML
Aromatic Inhaler 1 EACH ASDIR MISC
Baclofen 20 MG BID PO
Baclofen 20 MG QID PRN PRN PO
Cefazolin Sodium 2 GM Q8H IV
Sterile Water 18 ML
Cholecalciferol 1,000 UNIT DAILY PO
Diphenhydramine HCl 25 MG Q6H PRN PRN PO
Diphenhydramine HCl 12.5 MG Q6H PRN PRN IV
Fentanyl 50 MCG.PER.HR Q72HR TRANSDERM
Fentanyl 50 MCG.PER.HR Q72HR TRANSDERM (DC)
Fluticasone Propionate 2 SPRAYS DAILY NASAL
Gabapentin 300 MG BID PO
Hydromorphone HCl 0.5 MG Q2H PRN PRN IV
Hydromorphone HCl 1 MG Q2H PRN PRN IV
Hydromorphone/Sodium Chloride 50 ML ASDIR IV
Hydroxocobalamin 1,000 MCG DAILY PO
Lactated Ringer's 1,000 ML .Q13H20M IV
Lactated Ringer's 1,000 ML ASDIR IV
Laxative/Stool Softener 1 EACH DAILY@1700 MISC
Lidocaine HCl 0.3 ML PREOP I-DERMAL
Methocarbamol 750 MG Q6H PRN PRN PO
Montelukast Sodium 10 MG DAILY PO
Naloxone HCl 0.4 MG Q3M PRN PRN IV
Ondansetron HCl 4 MG ONCE PRN PO
Ondansetron HCl 4 MG Q8H PRN PRN IV

Patient: FABRE NITA MARIA
Unit#:D000532009
Date: 09/29/16
Acct#:D00025195868

Ondansetron HCl 8 MG Q8H PRN PRN PO
Oxycodone HCl 15 MG Q4H PRN PRN PO
Pantoprazole Sodium 40 MG C BK PO
Promethazine HCl 6.25 MG Q6H PRN PRN IV
  Sodium Chloride 10 ML
Promethazine HCl 12.5 MG Q6H PRN PRN IM
Sodium Chloride 10 ML Q8HR IV
Sodium Chloride 10 ML ASDIR PRN IV
Sodium Chloride 500 ML ASDIR PRN IV
Sumatriptan Succinate 3 MG Q12H PRN PRN SUBQ
Venlafaxine HCl 100 MG BID PO

## Physical Exam

**General appearance:** alert, awake, oriented, no acute distress
**Wound/incision:**
**Location:**
left flank and mid T spine
**Site condition:** no ecchymosis, no erythema, no rash.
**Head/Eyes:** EOMI, PERRLA
**ENT:** moist mucosal membranes
**Neck:** full range of motion, non-tender
**Cardiovascular:** normal heart sounds, regular rate & rhythm, no murmur
**Respiratory:** clear to auscultation, symmetric expansion
**Abdomen:** non-tender, soft, no guarding
**Extremities:** moves all
**Musculoskeletal:** full range of motion
**Neuro/CNS:** alert, oriented X 3, CNII-XII intact
**Skin:** intact, no rash
**Psychiatry:** normal affect, normal judgment/insight

## Results

**Findings/Data:**
Laboratory Tests

| | 09/28 1945 |
|---|---|
| Chemistry | |
| C-Reactive Protein (<0.8 MG/DL) | 4.2 H |

Laboratory Tests

Patient: FABRE,NITA MARIA
Unit#:D000532009
Date: 09/29/16
Acct#:D00025195868

| | 09/26 2007 |
|---|---|
| Hematology | |
| ESR (0 - 20 mm/hr) | 25 H |

GRAM STAIN, ANAEROBIC CULTURE, WOUND CULTURE
Procedure: GRAM STAIN
Final
Ver Time: Sep 26, 2016 8:25pm L.KUW76151
Res Time: Sep 26, 2016 8:25pm L.KUW76151
RESULTS - ORDERED GS
MODERATE WBC'S
NO ORGANISMS SEEN

Procedure: ANAEROBIC CULTURE
Preliminary
Ver Time: Sep 29, 2016 10:58am L.DYA8127
Res Time: Sep 29, 2016 10:58am L.DYA8127
RESULTS - ANAEROBE CULT
NO ANAEROBES RECOVERED AFTER 3 DAYS

Procedure: WOUND CULTURE
Preliminary
Ver Time: Sep 29, 2016 10:27am L.QGA8586
Res Time: Sep 29, 2016 10:27am L.QGA8586

Organism 1: STAPHYLOCOCCUS AUREUS
MISC REPORT INFO: SUSCEPTIBILITY/MRSA SCREEN IN PROGRESS
QUANTITATION - ROUTINE: RARE GROWTH

Patient: FABRE,NITA MARIA
Unit#:D000532009
Date: 09/29/16
Acct#:D00025195868

Organism: STAPHYLOCOCCUS AUREUS
MISC REPORT INFO: SUSCEPTIBILITY/MRSA SCREEN IN PROGRESS
QUANTITATION - ROUTINE: RARE GROWTH

---------

GRAM STAIN, ANAEROBIC CULTURE, WOUND CULTURE
Specimen: 16:RK:M0214361R (RES)
Source: HIP
Specimen Desc: L HIP #1
Coll Date: Sep 26, 2016 2:00pm CD
**Radiology data:**
Recent Impressions:
**RADIOLOGY - XR C-ARM 60 MINUTES 09/26 1400**
*** Report Impression - Status: SIGNED Entered: 09/26/2016 1429

IMPRESSION:
Fluoroscopy was reportedly utilized for 5.1 seconds

There is a stimulator device identified on a single C-arm image by the lower thoracic region-correlate with real-time findings

IMPRESSION: Intraprocedural image
Impression By: JOHC - Charles Johnson, M.D.
**MAGNETIC RESONANCE IMAGING - MRI T-SPINE W/WO CONTRAST 09/27 1306**
*** Report Impression - Status: SIGNED Entered: 09/27/2016 1634

IMPRESSION:
1. There has been removal of an infected SCS through a laminectomy at T9. There is a 6 mm focus of thickening and enhancement along the ligamentum flavum in the area previously occupied by the stimulator leads. The area extends from T7 through T10 and is presumed to be infected. There is no evidence of any cord compression.

Humeral 2. There is a prior anterior fusion at the L4-5 level and evidence of a L4 laminotomy. There is no evidence of any junctional degeneration above or below this level. There is no evidence of any spinal canal or neural foraminal stenosis.

Patient: FABRE,NITA MARIA
Unit#:D000532009
Date: 09/29/16
Acct#:D00025195868

Impression By: MASAN - Anthony Masaryk, M.D.
**MAGNETIC RESONANCE IMAGING - MRI L-SPINE W/WO CONTRAST 09/27 1306**
*** Report Impression - Status: SIGNED Entered: 09/27/2016 1634

IMPRESSION:
1. There has been removal of an infected SCS through a laminectomy at T9. There is a 6 mm focus of thickening and enhancement along the ligamentum flavum in the area previously occupied by the stimulator leads. The area extends from T7 through T10 and is presumed to be infected. There is no evidence of any cord compression.

Humeral 2. There is a prior anterior fusion at the L4-5 level and evidence of a L4 laminotomy. There is no evidence of any junctional degeneration above or below this level. There is no evidence of any spinal canal or neural foraminal stenosis.
Impression By: MASAN - Anthony Masaryk, M.D.
**RADIOLOGY - XR CXR POST LINE/PROC 09/28 2140**
*** Report Impression - Status: SIGNED Entered: 09/28/2016 2201

IMPRESSION:
Well-positioned PICC line without evidence of acute cardiopulmonary disease.

I have asked the Radiologist Assistant to call these results on 9-28-2016 10:00 PM.

Impression By: KISJ - John Kish, M.D.

**Results:** labs reviewed, vital signs stable, x-ray personally reviewed, current med profile rev'd

## Treatment & Prophylaxis

### Treatment & Prophylaxis
**VTE Prophylaxis**
**VTE Prophylaxis initiated:** Yes

## Diagnosis, Assessment & Plan
**Free Text A&P:**

Patient: FABRE,NITA MARIA
Unit#:D000532009
Date: 09/29/16
Acct#:D00025195868

1) Infected Spinal Cord Stimulator with probable phlegmon T7-T10/Lig flavum. This could also be post op change but risk for epidural abscess and diskitis/osteomyelitis exists. Probably MSSA related. Patient is s/p stimulator explantation 9/26/16
2) Chronic Back Pain

Recommendations:
1) Follow intra-op cultures 9/26/16 for further ID of Staph( expect MSSA)
2) Today is day 4 of 42 of IV Cefazolin 2g every 8hrs
3) Weekly CBC/diff, BUN, Cr, ALT and CRP-faxed to attention Dr. F. Khan at 512-324-4727
4) Follow up with PCP for the subcut nodule noted on anterior neck
5) ID follow up with me in 3-4 weeks. Already coordinated
Adverse Effects with abx have been discussed
Discussed with patient

Electronically Signed by Khan,Fida A MD on 09/29/16 at 1110

RPT #: 0929-0149
***END OF REPORT***

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:

*October 14, 2016*
Page 1
Office Visit

**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

**09/22/2016 - Office Visit: f/u after antibiotics, patient will call if the area is getti...**
**Provider: Judson Cook**
**Location of Care: All**

**Current Problems (prior to this update):**
Postlaminectomy syndrome, lumbar region (ICD-722.83) (ICD10-M96.1)
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
LBP (ICD-724.2) (ICD10-M54.5)
Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)

**Current Medications (prior to this update):**
VENLAFAXINE HCL 100 MG ORAL TABS (VENLAFAXINE HCL)
OXYCODONE HCL 15 MG ORAL TABS (OXYCODONE HCL)
DURAGESIC-50 50 MCG/HR TRANS PT72 (FENTANYL)
NEURONTIN 300 MG ORAL CAPS (GABAPENTIN)
MOBIC 7.5 MG ORAL TABS (MELOXICAM)
OMEPRAZOLE 20 MG ORAL CPDR (OMEPRAZOLE)
SINGULAIR 10 MG ORAL TABS (MONTELUKAST SODIUM)

**Visit Type:** Follow-up
**Referring Provider:** JEFFREY HIGGINBOTHAM

**CC:** concern for infection.

**History of Present Illness:**
Ms. Fabre returns today for follow-up and unfortunately has had an aspiration of the pulse generator pocket performed by Dr. Higginbotham. The fluid has eventually grown-out a Staph. Aureus (multi-sensitive) and she had been placed on appropriate oral antibitoics. She has reported continued pain at the battery site and along the distal electrode leads. She denies any other new or worrisome neurological issues

## Vital Signs:

Patient Profile: 36 Years Old Female

## Musculoskeletal:
**Station:** Forward Flexed
**Gait:** antalgic

## Motor
All muscle groups tested were a grade 5 on a scale of 5 using the MRC scale unless noted below.

## Higher integrative functions:

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:

*October 14, 2016*
Page 2
Office Visit

**Nita Fabre** Home
Female DOB: 10312 Ins: UNITED HEALTH CARE

**Oriented to:** Person, Place, Time

## Clinical Visit Note:

## Impression & Recommendations:

**Problem # 1:** Postlaminectomy syndrome, lumbar region (ICD-722.83) (ICD10-M96.1)
**Assessment:** Unchanged
At this stage, her incisions appear to be well-healed superficially but there is a deeper fluid pocket over the battery site. Given the natural history of implant infetions, she will require removal of the entire system followed by a course of oral antibitics. After sufficient antibitic treatment she would be a candidate for reimplantation. We discussed the relative risks, benefits, convalescence and postoperative expectations. She would like to proceed with the entire system removal on this coming Monday and will remain of her current oral antibiotics.
Orders:
99024-Post Op (99024)

]

**Electronically signed by Judson Cook on 09/23/2016 at 12:33 AM**
**Electronically signed by Judson Cook on 10/05/2016 at 10:23 AM**

---

**Laura**

**From:** Nita <nfabre06@att.net>
**Sent:** Friday, September 02, 2016 12:08 PM
**To:** Laura
**Subject:** Site pics
**Attachments:** 20160824_142036.jpg; 20160902_113456.jpg; 20160902_113515.jpg; 20160902_115307.png; 20160902_113502.jpg

Good morning,

The first was taken the day before my appt with Dr. Cook last week.

The remaining were just taken.

Nothing is visible @ my upper back, only palpable & extremely tender with any muscle use or contact. That started Tuesday night after recovering from a crazy migraine (imitrex had been taken that afternoon) with really sharp pains reminiscent of when my leads were pulled out. SCS is working well in my R leg at least, no changes there.

I never even considered talking my temp. By Wednesday, my eyes hurt despite drops, temp was 101.5 late that evening. If course after office hours. By Thursday it was 99.6. Wee hours this morning it was 99.0. I can tell my temp is fluctuating especially with the sweats/chills. Absolutely no appetite, but crazy thirsty occasionally.

Hopefully we can figure something out before everyone leaves.

Thanks,

Nita

-Patient is to call us Tuesday to check in with us and is instructed to go to the ER if her symptoms get worse.

Sent from my Verizon Wireless 4G LTE smartphone

--
This message has been scanned for viruses and dangerous content by **E.F.A. Project**, and is believed to be clean.

5 days of Keflex 500 qID
Walgreens
3724 Slaughter/Manchaca
512-292-1066

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:



**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

**08/25/2016 - Office Visit: 2 wk PO Tspine SCS generator revision - no xr**
**Provider: Judson Cook**
**Location of Care: All**

**Current Problems (prior to this update):**
Postlaminectomy syndrome, lumbar region (ICD-722.83) (ICD10-M96.1)
Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
LBP (ICD-724.2) (ICD10-M54.5)
Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)

**Current Medications (prior to this update):**
VENLAFAXINE HCL 100 MG ORAL TABS (VENLAFAXINE HCL)
OXYCODONE HCL 15 MG ORAL TABS (OXYCODONE HCL)
DURAGESIC-50 50 MCG/HR TRANS PT72 (FENTANYL)
NEURONTIN 300 MG ORAL CAPS (GABAPENTIN)
MOBIC 7.5 MG ORAL TABS (MELOXICAM)
OMEPRAZOLE 20 MG ORAL CPDR (OMEPRAZOLE)
SINGULAIR 10 MG ORAL TABS (MONTELUKAST SODIUM)

**Visit Type:** Follow-up
**Referring Provider:** JEFFREY HIGGINBOTHAM

**CC:** s/p replacement of thoracoc SCS pulse generator.

**History of Present Illness:**
Ms. Fabre returns today for follow-up and is s/p revisio of her thoracic SCS generator on 8/15/16. She had previously noted some erythema of her incision but that has since resolved with continued oral antibitics. She otherwise denies any new or worrisome neurological symptoms.

## Vital Signs:

Patient Profile: 36 Years Old Female

## Musculoskeletal:
**Station:** Forward Flexed
**Gait:** antalgic

## Motor
All muscle groups tested were a grade 5 on a scale of 5 using the MRC scale unless noted below.

## Higher integrative functions:
**Oriented to:** Person, Place, Time, Situation

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:



**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

## Clinical Visit Note:

## Impression & Recommendations:

**Problem # 1:** Chronic pain syndrome (ICD-338.4) (ICD10-G89.4)
**Assessment:** Improved
Ms Fabre is doing well and reports improved overall coverage of her postlaminectomy syndrome of the lumbar spine. We will need to continue to keep a close eye on her incision that does not show any overt infection, erythema or edema/fluid. We will see her back for follow-up in several weeks and she will keep us updated on the condition of her incision.

**Other Orders:**
99024-Post Op (99024)

]

**Electronically signed by Judson Cook on 10/05/2016 at 9:54 PM**

***DRAFT COPY***

**ST. DAVID'S ROUND ROCK MEDICAL CENTER**
**2400 Round Rock Ave * Round Rock, TX 78681**

**PATIENT:** FABRE, NITA M
**ACCOUNT:** D00025100252
**DATE OF BIRTH:**
**SEX:** F
**DICTATING PHYS:** Judson H. Cook, MD
**ATTENDING PHYS:** Judson H Cook

**MED RECORD #:** D000532009
**ROOM #:**
**LOCATION:** D.OPS
**PT STATUS:** SDC
**ADM DATE:** 08/15/2016
**DIS DATE:**

**OPERATIVE REPORT**

DATE OF PROCEDURE: 08/15/2016

PREOPERATIVE DIAGNOSES:
1. Chronic pain syndrome.
2. Lumbar spondylosis and radiculopathy.
3. Poorly functioning and anticoagulated pulse generator and uncomfortable position of the generator.

POSTOPERATIVE DIAGNOSES:
1. Chronic pain syndrome.
2. Lumbar spondylosis and radiculopathy.
3. Poorly functioning and anticoagulated pulse generator and uncomfortable position of the generator.

PROCEDURES PERFORMED:
1. Revision/replacements/relocation of thoracic spinal cord stimulator pulse generator.
2. Use of intraoperative AP and lateral fluoroscopy under my supervision and interpretation.
3. Use of intraoperative spinal and peripheral nerve monitoring.

SURGEON:
Judson Cook, MD

ASSISTANT:
None.

SPECIMENS:
None.

ESTIMATED BLOOD LOSS:
2mL.

DRAINS:
None.

ANESTHESIA:
General endotracheal anesthesia.

INDICATIONS:
Ms. Fabre is a pleasant 36-year-old female that presents with symptoms referable to the above pathology. She has failed exhaustive conservative therapy and has a history of spinal cord stimulator system composed of a tripolar thoracic paddle in reasonably good position and a left medial gluteal rechargeable pulse generator, which has not been functioning well and is having issues recharging and given her appropriate coverage of her chronic pain syndrome. Given the discussion of revision options and their respective risks, benefits, convalescence, and postoperative expectations, she wished to proceed with the above surgery.

***DRAFT COPY***

**(Report Continued..............ST. DAVID'S ROUND ROCK MEDICAL CENTER)**

**PATIENT:** NITA M FABRE **MED REC#:** D000532009
**ACCOUNT #:** D00025100252 **ROOM #:**

DESCRIPTION OF PROCEDURE:
Ms. Fabre was brought into the operating theater. She was placed under general anesthesia. All pressure points were padded well. Her arms were placed in average neutral position. Head and neck were positioned by anesthesia. Peripheral and spinal nerve monitoring baselines were obtained. Her back was cleaned with chlorhexidine and isopropyl alcohol and then fluoroscopy was utilized to identify the associated stimulator components. An incision mark was made over the left medial gluteal battery incision. The area was prepped and draped in a standard fashion. A timeout was taken and the incision was injected with local anesthetic and after given ample time to take effect, the incision was opened with a #10 blade followed by the use of Bovie cautery to continue the incision through the dermis and subcutaneous tissue down to the level of the battery. The battery was removed with any identifiable permanent suture and a multi-array paddle electrode tails were removed after loosening with a torque wrench. At this point in time, I utilized the same incision, but tunneled somewhat inferiorly and off to the left lateral gluteal region where we had determined would be a better location for her battery in the preoperative. Once this subcutaneous pocket was fashioned and then the two paddle electrode tails were connected to a new advanced pulse generator and they were secured using the locking mechanism and then tested mechanically. I then placed the new pulse generator into the new pocket through the same incision with extraneous wires behind it and we performed intraoperative testing. There appeared to be normal communication, connectivity, and impedances. The wound was irrigated with antibiotic saline. Any bleeding was stopped with bipolar cautery. The wound was closed with a combination of 2-0 and 3-0 interrupted Vicryl sutures, followed by a running 4-0 Monocryl subcuticular followed by Prineo and Dermabond. The wound was cleaned and dressed in the standard fashion. The patient was carefully turned into the supine position, extubated, and taken to the recovery room in stable fashion. She will undergo complex postoperative pulse generator programming. She was given explicit wound care and discharge instructions and will follow up with us as planned.

Judson H Cook, MD

DDT: 08/15/2016 1752
TDT: 08/15/2016 2250
Trans By: HN
Job #: 3064219

Copies To: Spine And Neurosurgery Specialist Of Austin

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:

*October 14, 2016*

Office Visit

**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

**07/19/2016 - Office Visit: EMG done with dr nolan @ ADC CTSCAN**
**Provider: Judson Cook**
**Location of Care: All**

**Current Problems (prior to this update):**
LBP (ICD-724.2) (ICD10-M54.5)
Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)

**Current Medications (prior to this update):**
VENLAFAXINE HCL 100 MG ORAL TABS (VENLAFAXINE HCL)
OXYCODONE HCL 15 MG ORAL TABS (OXYCODONE HCL)
DURAGESIC-50 50 MCG/HR TRANS PT72 (FENTANYL)
NEURONTIN 300 MG ORAL CAPS (GABAPENTIN)
MOBIC 7.5 MG ORAL TABS (MELOXICAM)
OMEPRAZOLE 20 MG ORAL CPDR (OMEPRAZOLE)
SINGULAIR 10 MG ORAL TABS (MONTELUKAST SODIUM)

**Visit Type:** Follow-up
**Referring Provider:** JEFFREY HIGGINBOTHAM

**CC:** s/p EMG .

**History of Present Illness:**
Ms Fabre returns today for follow-up and is s/p EMGs of the lower extremities that was read as a negative study overall. Otherwise her symptoms are unchanged.

## Vital Signs:

Patient Profile: 36 Years Old Female

## Musculoskeletal:
**Station:** Forward Flexed
**Gait:** antalgic

## Motor
All muscle groups tested were a grade 5 on a scale of 5 using the MRC scale unless noted below.

## Higher integrative functions:
**Oriented to:** Person, Place, Time

## Diagnostic Testing Review

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:



**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

**All Tests Reviewed:**
Date: 07/19/2016

We performed an uptight 2view thoracic series today that shows reasonably-midline placement of a tripole paddle electrode spanning from the T7/8 disk space to the top 1/3 of the T9 vertebra.

## Clinical Visit Note:

## Impression & Recommendations:

**Problem # 1:** Postlaminectomy syndrome, lumbar region (ICD-722.83) (ICD10-M96.1)
**Assessment:** Unchanged
We discussed the relative revision options and their respective risks, benefits, convalescence and postoperative expectations. GIven this discussion, she would like to proceed with a battery revision to a more advanced battery with hopes that this will improve her coverage as she is not a clear candidate for further structural surgery.

**Other Orders:**
99214-F/U-Detailed (99214)
72070-Tspine 2 views (72070)

]

**Electronically signed by JUDSON COOK, MD on 08/09/2016 at 3:56 PM**

**The Austin Diagnostic Clinic**
12221 Mopac N Austin, TX 78758-2483
512-901-1111 Fax: 512-901-4235

*July 13, 2016*

Diagnostic Report Other

**NITA M FABRE** Home: Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**07/12/2016 - Diagnostic Report Other: NEUROLOGY - Electrodiagnostic Study**
**Provider: Patrick C Nolan MD**
**Location of Care: Neurology**

## Electro Diagnostic Study

**Relevant History/Physical:** NITA FABRE is a 36-year-old female I recently evaluated with complaints of persistent right lower extremity pain proximally at the hip radiating down into the leg in the setting of possible positive discogram but no strong evidence of radicular issues after previous lumbar spine surgery, chronic antalgic gait, chronic nicotine use and episodic migraines.
The patient is cutting back on her nicotine and she did not yet obtain the book I suggested for her migraines. She will continue to pursue massage therapy and I have suggested that she also start co-Q10 supplementation. A CT scan of her cervical spine is fairly unremarkable.

Motor: normal strength and muscle tone in arms and legs, no arm drifts
DTR: symmetric, 2/4 biceps, triceps, brachialis, 3/4 patella, 2/4 Achilles
Sensory: normal in arms and legs to touch, temperature and vibration.
Coordination: normal in arms and legs
Gait/Station: normal toes, heels, negative Romberg

## Nerve Conduction Studies:

Right peroneal motor study was normal with amplitude of 5.7 millivolts (normal > 2 mv), distal latency 4.5 milliseconds (normal < 6.5 ms), conduction velocity 50 meters per second (normal > 44 m/s), and F response latency 46.8 milliseconds.

Right tibial motor nerve study was normal with amplitude of 18.5 millivolts (> 4 mv), distal latency 3.4 milliseconds (normal < 5.8 ms), conduction velocity 45 meters per second (normal > 41 m/s), and F response latency 45.3 milliseconds.

Right sural sensory study was normal with amplitude of 18.6 microvolts (normal > 6mcv), distal latency 3.9 milliseconds (normal < 4.0 ms), conduction velocity 50 meters per second

## Electromyography:

| | Resting | | | Activation | | |
|---|---|---|---|---|---|---|
| Muscle (Root/Nerve) | Pos. waves | Fibs. | Fas. | Recrt | Polyphasia | Amp |
| L- A. Tib (L4-5/peroneal) | None | None | None | NL | NL | NL |
| L-SHBicp(L5-S1/per/Scitc) None | None | None | NL | NL | NL | |
| L-MG (S1-S2/tibial) | None | None | None | NL | NL | NL |
| L-VastusLat (L2,3,4/femoral) | None | None | None | NL | NL | NL |
| L- Gmed (L4-5/sup gluteal) | None | None | None | NL | NL | NL |
| R- A. Tib (L4-5/peroneal) | None | None | None | NL | NL | NL |
| R-SHBicp(L5-S1/per/Scitc) | None | None | None | NL | NL | NL |
| R-MG (S1-S2/tibial) | None | None | None | NL | NL | NL |
| R-VastusLat (L2,3,4/femoral) | None | None | None | NL | NL | NL |
| R- Gmed (L4-5/sup gluteal) | None | None | None | NL | NL | NL |
| R. Lumb Psp | None | None | NL | | | |

**The Austin Diagnostic Clinic**
12221 Mopac N Austin, TX 78758-2483
512-901-1111 Fax: 512-901-4235

*July 13, 2016*
Page 2
Diagnostic Report Other

**NITA M FABRE**
Female DOB:

Home: ( Work
MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**Summary/Impression:** This is a normal electrodiagnostic study. There is no electrodiagnostic evidence of a distal peripheral polyneuropathy, right lower extremity plexopathy, radiculopathy, or myopathy. Small fiber distal neuropathies can be missed on EMG/nerve conduction studies; however, the patient's symptoms are not terribly suspicious of this type of neuropathy on review of their complaints.

I will continue to work with the patient in regards to her neurologic issues including her headaches.

cc: Judson Cook, M.D.

**Electronically Signed by Patrick C Nolan MD on 07/12/2016 at 12:21 PM**

ARA DIAGNOSTIC IMAGING

William Cannon
2501 W. William Cannon Dr., Bldg. 5
Austin, TX 78745
Ph (512) 346-7311
Fx (512) 346-7582
Web: www.ausrad.com

Patient: FABRE, NITA M Exam Date: 06/29/2016

DOB:
Patient Age: 36
Patient Sex: F
ARA MR #: 1658020
Exam Status: Routine
Accession #: 23796345

At the Request of:
PATRICK C NOLAN MD
5145 RR 620 N
AUSTIN, TX 78732

cc: RICHARD DEBEHNKE MDcc: JEFFREY HIGGINBOTHAM MDcc: JUDSON COOK MD

CT CERVICAL SPINE WITHOUT CONTRAST: 6/29/2016

HISTORY: Migraines, neck stiffness, slight confusion.

COMPARISON: Post myelogram CT thoracic spine from 04/22/2016. CT head from St. David's Hospital dated 04/04/2008.

TECHNIQUE: Axial images of the cervical spine were obtained without contrast, with multiplanar reformats. Soft tissue and bone windows were displayed.

FINDINGS:
General Comments: There is a defect in the posterior arch of C1. The margins appear sclerotic. The overall appearance is similar to the prior exam from 2008. A developmental variation is favored rather than an old fracture.

No clear evidence of an acute fracture line in the cervical spine. Cervical vertebral body heights are preserved.

Alignment: There is slight reversal of normal cervical lordosis centered at C5-6, without listhesis. There is mild right to left deviation in the coronal plane centered at C5-6.

Craniocervical Junction: The cerebellar tonsils are normally positioned. The canal is patent. The atlantodental interval is not enlarged. There is some developmental hypertrophy of the anterior arch of C1.

C2-C3: Patent bony canal and foramina.

C3-C4: Patent bony canal and foramina.

C4-C5: Patent bony canal and foramina.

C5-C6: Minimal/mild canal stenosis is starting to occur due to shallow broad disc/osteophyte complex. The bony foramina are patent.

C6-C7: Patent bony canal and foramina.

C7-T1: Patent bony canal and foramina.

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, 06/29/2016 3:22PM (GMT-04:00)

Patient: FABRE, NITA M Exam Date: 06/29/2016

Other: The paraspinous soft tissues and visualized lung apices are unremarkable.

IMPRESSION:
1. Incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT head from 04/04/2008. A developmental variation is favored rather than an old fracture.
2. Mild degenerative change at C5-C6 which shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.

Results discussed with PATRICK C NOLAN, MD on 6/29/2016 2:19 PM.

Rajeev Shah, MD
Electronically Signed: 6/29/2016 2:19 PM

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, 06/29/2016 3:22PM (GMT-04:00)

**The Austin Diagnostic Clinic**
12221 Mopac N Austin, TX 78758-2483
512-901-1111 Fax: 512-901-4235



**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/22/2016 - Office Visit: New Patient Visit**
**Provider: Patrick C Nolan MD**
**Location of Care: Neurology**

**NEW PATIENT CONSULTATION**
**Department of Neurology**

NAME: NITA M FABRE
MRN: 1069535
DATE: 06/22/2016

**CHIEF COMPLAINT:** bilateral foot pain/numbness, lower back pain, gait disturbance, migraines

**REFERRING MD:** Dr. Judson Cook

**HISTORY OF PRESENT ILLNESS:** NITA FABRE is a 36-year-old right-handed female sent by her neurosurgeon for a visit in consultation.

The patient has a history of refractory lower back pain without obvious radicular abnormalities at the present time with previous surgeries and a spinal cord stimulator placed. She reports worsening bladder urgency and occasional bladder control issues with her spinal cord stimulator active. The patient also has depression issues was a previous smoker and occasionally has severe migraine headaches. She continues with chronic nicotine exposure with Vaping. Nicotine can sensitize paraspinal muscles to pain issues. She denies any recent falls and reports the majority of her discomfort radiates down her right leg her right foot. She is overweight. She arrived with a walker. Some components of her examination are not entirely consistent. She is seeing a pain management physician and also complains of occasional pain in the pelvic area.

**PAST MEDICAL HISTORY:**
FATIGUE (ICD-780.79) (ICD10-R53.83)
POLYP OF NASAL SINUS, HX OF (ICD-471.8) (ICD10-J33.8)
CHRONIC RHINITIS (ICD-472.0) (ICD10-J31.0)
REFLUX, ESOPHAGEAL (ICD-530.81) (ICD10-K21.9)
PARADOXICAL VOCAL CORD MOVEMENT (ICD-478.5) (ICD10-J38.3)
TOBACCO ABUSE (ICD-305.1) (ICD10-F17.200)
SCREENING FOR CARDIOVASCULAR CONDITION NEC (ICD-V81.2) (ICD10-Z13.6)
ROSACEA (ICD-695.3) (ICD10-L71.9)
INFLAMMATION (ICD-686.9) (ICD10-L08.9)
UNC BEHV NEO SKIN (ICD-238.2) (ICD10-D48.5)
IMPETIGO (ICD-694.0) (ICD10-L13.0)
CONTACT DERMATITIS&OTHER ECZEMA DUE UNSPEC CAUSE (ICD-692.9) (ICD10-L25.9)
HYPERHIDROSIS (ICD-780.8) (ICD10-R61)
DEGENERATIVE DISC DISEASE, LUMBAR SPINE (ICD-722.52) (ICD10-M51.36)
COUGH (ICD-786.2) (ICD10-R05)
CONJUNCTIVITIS, ALLERGIC, SEASONAL (ICD-372.14) (ICD10-H10.10)
SHOULDER PAIN, LEFT (ICD-719.41) (ICD10-M25.519)
SHOULDER IMPINGEMENT SYNDROME (ICD-726.2) (ICD10-M75.40)
ALLERGIC RHINITIS CAUSE UNSPECIFIED (ICD-477.9)
MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS (ICD-346.01) (ICD10-G43.119)

**The Austin Diagnostic Clinic**
12221 Mopac N Austin, TX 78758-2483
512-901-1111 Fax: 512-901-4235



**NITA M FABRE** Home: Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

LAMINECTOMY, LUMBAR, HX OF (ICD-V45.89) (ICD10-Z98.89)
ISCHEMIC HEART DISEASE, PREMATURE, FAMILY HX (ICD-V17.3) (ICD10-Z82.49)
OBESITY (ICD-278.00) (ICD10-E66.9)
MORTON'S NEUROMA, LEFT (ICD-355.6) (ICD10-G57.62)
DEPRESSION, SITUATIONAL, MILD (ICD-309.0) (ICD10-F43.21)
DYSURIA (ICD-788.1) (ICD10-R30.0)
IHCC - ASTHMA, CHRONIC OBSTRUCTIVE NOS (ICD-493.20) (ICD10-J44.9)
Patient reports a history of L4-5 Disk Herniation

**PAST SURGICAL HISTORY:**
Cholecystectomy
Lumbar Laminectomy
Other Surgical History:Lumbar fusion L3-4-2008
Neurostim implant-2013
C-section -2007
Left knee repair-2003

**CURRENT ALLERGIES:** MORPHINE (Critical)
* LATEX (Critical)
* STERI STRIPS (Severe)
* METHADONE (Severe)

**CURRENT MEDICATIONS:**
MAGNESIUM 200 MG TABS (MAGNESIUM) 1 tab by mouth once daily as needed
FLONASE 50 MCG/ACT SUSP (FLUTICASONE PROPIONATE) 2 sprays in each nostril two times a day
IMITREX STATDOSE SYSTEM 6 MG/0.5ML SOAJ (SUMATRIPTAN SUCCINATE) sq at onset of migraine
SINGULAIR 10 MG TAB (MONTELUKAST SODIUM) 1 po qd
BACLOFEN 20 MG TABS (BACLOFEN) 1 tab by mouth four times a day as needed
He MOBIC 15 MG TABS (MELOXICAM) 1 by mouth once daily
OMEPRAZOLE 20 MG CPDR (OMEPRAZOLE) Take one capsule daily in AM on empty stomach.
PERCOCET TABS (OXYCODONE-ACETAMINOPHEN TABS) 15mg 1 tab by mouth three times a day as needed
VENLAFAXINE HCL 100 MG TABS (VENLAFAXINE HCL) Take 1 tab by mouth twice daily.
XOPENEX HFA 45 MCG/ACT AERO (LEVALBUTEROL TARTRATE) Take 2 puffs q 4-6 hrs as needed cough
MINOCYCLINE HCL 100 MG TABS (MINOCYCLINE HCL) by mouth twice daily
MOVANTIK 25 MG TABS (NALOXEGOL OXALATE) As directed
GABAPENTIN 300 MG CAPS (GABAPENTIN) One p.o. t.i.d.
ZOFRAN 8 MG TABS (ONDANSETRON HCL) 1 by mouth two times a day as needed for nausea
DURAGESIC-50 50 MCG/HR PT72 (FENTANYL) 1 patch

**SOCIAL HISTORY:**
How many alcoholic beverages, on average, do you consume per day? <1
Do you smoke? Former
Do you live alone? no, son
Caffeine use (drinks/day): 2
Illicit drug use: none
Occupation: R.N./disability

**FAMILY HISTORY:**
Mother: living, age: 63 , hx: Heart attack, DM2, stroke, CHF , HTN, hypercholesterolemia
Father: living, age:66 , hx: heart attack x9 , PE x2, DM2, CHF, COPD
Sibs: 2 siblings: Brother alive and healthy, sister cancer, heart issues, DM2
Children: 1 son: alive and healthy

**REVIEW OF SYSTEMS:** GENERAL: No recent fever or weight loss. EYES: No vision change, diplopia or ptosis. ENT: No hearing loss, dizziness, vertigo or dysphagia. CARDIOVASCULAR: No chest pain, DOE, PND, edema or syncope. RESPIRATORY: No cough, shortness of breath, wheezing or hemoptysis. GI: No nausea, vomiting or blood production. GU: No polyuria, hematuria or incontinence. MUSCULOSKELETAL: No myalgias, weakness or arthralgias. SKIN: No itching or mole changes. PSYCHIATRIC: Normal memory. No evidence of depression, mood change or sleep disturbance. ENDOCRINOLOGIC: No goiters. LYMPHATIC/HEMATOLOGIC: No adenopathy or bruising. ALLERGIES: No hives or eczema. NEUROLOGICAL: As above

**VITAL SIGNS:** BP: 132/96 Pulse: 76 Rhythm: regular Wt: 228

**NEUROLOGICAL EXAMINATION:**
General: well-developed, overweight, no acute distress
The patient moves throughout the room and rotates on the exam bed and gets up and down without problem and walks on her toes and occasionally appears to be in some pain but not consistently related to activities.
Mental Status: normal orientation, memory, attention, speech and language
Appropriate fund of knowledge with history provided
Cranial Nerves:
II-normal visual fields
optic discs: no edema, distal vessels OK (nondilated)
III,IV,VI- EOMs full, no nystagmus, pupils equal, react to light
V-normal facial sensation
VII- normal facial movement
VIII- normal hearing
IX,X-palate midline, voice normal
XI- normal shoulder shrug and head turn
XII-tongue midline
Motor: normal strength and muscle tone in arms and legs, no arm drifts
DTR: symmetric, 2/4 biceps, triceps, brachialis, 3/4 patella, 2/4 Achilles
Sensory: normal in arms and legs to touch, temperature and vibration.
Coordination: normal in arms and legs
Gait/Station: normal toes, heels, negative Romberg
Heart: regular rhythm, no murmurs appreciated, Intact carotid pulse bilaterally
Peripheral Vascular: no edema, distal pulses present in extremeties

I am unsure about the etiology of the patient's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy before she had her lumbar radicular surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on my examination today. I will check her nerves and consider a brief imaging study of her cervical spine to confirm no stenosis in the setting of her mildly brisk reflexes in her bladder complaints although her bladder complaints may be attributed to her spinal cord stimulator. I provided her with educational information about migraines and discussed the importance of considering eventual discontinuation of nicotine which could sensitize her paraspinal muscles to chronic pain issues. She may eventually benefit from visiting with a

**NITA M FABRE**
Female DOB:
Home: Work: (
MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

psychiatrist to optimize her mood medication.

**IMPRESSION:**
1. Radicular pain in the right leg with chronic lower back pain issues and no obvious anatomic pathology on CT myelogram with chronic pain medication and stimulator, The patient reports a positive discogram
2. Antalgic gait with complaints of bladder urgency, depression obesity, chronic nicotine use
3. Episodic migraines

**PLAN:** My plan for evaluation and management outlined below.
The written plan was also provided for the patient today outlining these points.
1. Expand lab work to complement studies recently completed by primary care
2. Plan CT scan of the cervical spine-MRI could not be completed because of spinal cord stimulator
3. Plan nerve conduction study of the lower extremities and EMG
4. Reference to a book for episodic headache management was provided
5. Consideration of a pelvic floor specialist could be considered Lori Wasserburger, M.D.
I look forward to discussing these results and seeing the patient in follow-up in EMG lab and 5 weeks.
They have been instructed to contact me if they have worsening symptoms or new neurological issues.
It is a pleasure to participate in their care.

cc: Judson Cook, M.D.
Richard DeBehnke, M.D.

**Is the patient allergic to iodine?** No
**Does the patient have a pacemaker?** No
**NEW ORDERS:**

1. **Order:** CONSULT 4 (NON MEDICARE) **Type:** service **Code:** CPT-99244
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

2. **Order:** SCHEDULE RETURN VISIT **Type:** service **Code:** -RV
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Order Comments:** Return Visit in (include reason): EMG and 5 weeks

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

3. **Order:** PT HAS LAB TODAY **Type:** service **Code:** -LABTDY
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

**The Austin Diagnostic Clinic**
12221 Mopac N Austin, TX 78758-2483
512-901-1111 Fax: 512-901-4235



**NITA M FABRE** Home: ( Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

4. **Order:** B-12 **Type:** test **Code:** 82607
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

5. **Order:** CPK **Type:** test **Code:** 82550
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

6. **Order:** Hemoglobin A1C (HgbA1C)*** **Type:** test **Code:** 83036
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

7. **Order:** Sed Rate **Type:** test **Code:** 85652
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

8. **Order:** Vitamin D 25 Hydroxy **Type:** test **Code:** 82306
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

9. **Order:** Protein Electrophoresis Serum w Refl Imm **Type:** test **Code:** 915239
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

10. **Order:** PT NEEDS EMG **Type:** service **Code:** -SCHEMG

**NITA M FABRE**
Female DOB:

Home: Work:
MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

11. **Order:** MRI cervical spine wo contrast **Type:** test **Code:** CPT-72141
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** Imaging Center ADC Imaging Center **Appointment Phone:** 512-901-8729
**Authorizing Provider:** Patrick C Nolan MD

12. **Order:** CT Spine Cervical without Contrast **Type:** test **Code:** CPT-72125
**Diagnosis:** LUMBAR RADICULOPATHY~GAIT DISTURBANCE~FATIGUE~LAMINECTOMY LUMBAR HX OF~DEPRESSION SITUATIONAL MILD (ICD-724.4~ICD-781.2~ICD-780.79~ICD-V45.89~ICD-309.0) (ICD10-M54.16~ICD10-R26.9~ICD10-R53.83~ICD10-Z98.89~ICD10-F43.21)
**Order Comments:** Cancel MRI- patient has a spinal stimulator
**Priority:** normal
**Service Provider:** Imaging Center ADC Imaging Center **Appointment Phone:** 512-901-8729
**Authorizing Provider:** Patrick C Nolan MD

Patient Visit Summary provided to patient during office visit.

**Electronically Signed by Patrick C Nolan MD on 06/22/2016 at 12:06 PM**

---

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:

*October 14, 2016*

Office Visit

**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

**04/28/2016 - Office Visit: review CT mylegram TSP/LSP at ARA. ars**
**Provider: Judson Cook**
**Location of Care: All**

**Current Problems (prior to this update):**
LBP (ICD-724.2) (ICD10-M54.5)
Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)

**Current Medications (prior to this update):**
VENLAFAXINE HCL 100 MG ORAL TABS (VENLAFAXINE HCL)
OXYCODONE HCL 15 MG ORAL TABS (OXYCODONE HCL)
DURAGESIC-50 50 MCG/HR TRANS PT72 (FENTANYL)
NEURONTIN 300 MG ORAL CAPS (GABAPENTIN)
MOBIC 7.5 MG ORAL TABS (MELOXICAM)
OMEPRAZOLE 20 MG ORAL CPDR (OMEPRAZOLE)
SINGULAIR 10 MG ORAL TABS (MONTELUKAST SODIUM)

**Visit Type:** Follow-up
**Referring Provider:** JEFFREY HIGGINBOTHAM

**History of Present Illness:**
Ms. Fabre is a pleasant 36yo female with a complicated history of low back issues including 2 laminotomies, an L4/5 anterior lumabr fusion and a thoracic SCS system (SJM) with a tripole paddle electrode. She was doing resonably well under recently when she developed a signficant onset of severe right leg pain and low back pain. She reports right leg pain down to her lateral shin and dorsum of her foot. She has failed conservative therapy and her symptoms are greatly inferfering with her quality of life. She is here to review a recent CT myelogram.

## Higher integrative functions:
**Oriented to:** Person, Place, Time

## Clinical Visit Note:

## Impression & Recommendations:

**Problem # 1:** Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)
**Assessment:** Unchanged
Given the relatively negative CT myeogram of the thoracolumbar spine, I would not recommend any structural surgical procedure. I will refer her to a neurologist for further evaluation and likely some

**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

electrodiagnositics. We will see her back following this evaluation.

]

**Electronically signed by JUDSON COOK, MD on 05/16/2016 at 4:29 PM**

ARA DIAGNOSTIC IMAGING

Southwood
1701 W. Ben White Blvd., Suite 170
Austin, TX 78704

Ph. (512) 428-8080
Fx (512) 428-8584
Web: www.ausrad.com

Patient: FABRE, NITA M

Exam Date: 04/22/2016

DOB:
Patient Age: 36
Patient Sex: F
ARA MR #: 1658020
Exam Status: Routine
Accession #: 23418603
23418607
23418608
23418609

At the Request of:
JUDSON COOK MD
2200 PARK BEND DR
AUSTIN, TX 78758

MYELOGRAM WITH CT THORACIC, LUMBOSACRAL SPINE, CT LUMBAR SPINE WITH CONTRAST WITH MYELOGRAPHY, CT THORACIC SPINE WITH CONTRAST WITH MYELOGRAPHY, MYELOGRAM SEDATION: 4/22/2016

HISTORY: Back pain. Bilateral leg pain. Bilateral leg weakness. Previous surgery.

COMPARISON: ARA CT of the thoracic spine 09/05/2013. Seton Northwest post discogram CT of the lumbar spine 07/30/2015. ARA MRI studies of the thoracic and lumbar spine 08/15/2012.

TECHNIQUE: The risks, benefits, and alternatives to myelography were explained to the patient who understood and agreed to proceed. Signed consent was obtained.

Using sterile technique and local anesthesia, the tip of a 27-gauge spinal needle was placed within the spinal canal at the L2-L3 level under fluoroscopic control. Approximately 13 cc of Omnipaque 240 were instilled and maneuvered into the region of interest.

Multiple spot and overhead films were obtained. The patient tolerated the procedure well and was sent to CT where multiple axial sections were obtained through the area of interest. Images were viewed both in bone and soft tissue windows. Multiple coronal and sagittal reformations were viewed as well. Fluoro time: 1.7 minutes.

OBSERVATIONS: The myelogram images show excellent filling of the thoracic and lumbar thecal sac with slight effacement of the anterior thecal sac at multiple thoracic and lumbar levels. The nerve root sleeves are symmetrically filled.

A partial laminectomy has been performed at the T8 and T9 levels. The stimulating electrodes enter the posterior canal at the T9-T10 level and extend superiorly with the electrode pads in the posterior epidural space at the T7 and T8 levels.

The hinged L4-L5 disc prosthesis is unchanged in position with solid interbody fusion.

There is no indication of discitis, osteomyelitis, epidural abscess, or other operative complication.

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, p

Patient: FABRE, NITA M Exam Date: 04/22/2016

Thoracic discs: Minor posterior annular bulging is again noted at multiple levels without significant mass effect on the anterior cord surface. There is no focal mass effect on exiting or descending nerve roots.

Posterior ligamentous thickening and ossification is noted between T9 and T12, most prominently at the T10-T11 level. The posterior thecal sac is slightly effaced without mass effect on the spinal cord.

Lumbar discs: Minor posterior annular bulging is again noted at multiple levels without selective nerve root involvement. Facet overgrowth at the L4-L5 and L5-S1 levels continues to produce early foraminal encroachment.

IMPRESSIONS:
1. The stimulating electrodes have not changed in position since 09/05/2013.
2. Stable and routine postoperative appearance at the L4-L5 level with anterior fusion.
3. No spinal cord compression or new disc herniation at any thoracic level.
4. No new disc herniation or significant canal narrowing at any lumbar level.

Dan Richardson, MD
Electronically Signed: 4/22/2016 4:56 PM

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, r 04/22/2016 5:58PM (GMT-04:00)

# Austin Radiological Association

| | | | |
|---|---|---|---|
| **Patient:** | FABRE, NITA | **Exam :** | CT LUMBAR SPINE WITH CONTRAST WITH MYELOGRAPHY |
| **Patient DOB:** | | **Exam Date:** | 4/22/2016 4:18:00 AM |
| **Patient Gender:** | F | **Exam Accession:** | 23418609 |
| **Patient MRN:** | 1658020 | **Exam Status:** | F |
| **At the Request Of:** | COOK, JUDSON | **Phone:** | (512)835-8100 |

MYELOGRAM WITH CT THORACIC, LUMBOSACRAL SPINE, CT LUMBAR SPINE WITH CONTRAST WITH MYELOGRAPHY, CT THORACIC SPINE WITH CONTRAST WITH MYELOGRAPHY, MYELOGRAM SEDATION: 4/22/2016

**HISTORY:** Back pain. Bilateral leg pain. Bilateral leg weakness. Previous surgery.

**COMPARISON:** ARA CT of the thoracic spine 09/05/2013. Seton Northwest post discogram CT of the lumbar spine 07/30/2015. ARA MRI studies of the thoracic and lumbar spine 08/15/2012.

**TECHNIQUE:** The risks, benefits, and alternatives to myelography were explained to the patient who understood and agreed to proceed. Signed consent was obtained.

Using sterile technique and local anesthesia, the tip of a 27-gauge spinal needle was placed within the spinal canal at the L2-L3 level under fluoroscopic control. Approximately 13 cc of Omnipaque 240 were instilled and maneuvered into the region of interest.

Multiple spot and overhead films were obtained. The patient tolerated the procedure well and was sent to CT where multiple axial sections were obtained through the area of interest. Images were viewed both in bone and soft tissue windows. Multiple coronal and sagittal reformations were viewed as well. Fluoro time: 1.7 minutes.

**OBSERVATION:** The myelogram images show excellent filling of the thoracic and lumbar thecal sac with slight effacement of the anterior thecal sac at multiple thoracic and lumbar levels. The nerve root sleeves are symmetrically filled.

A partial laminectomy has been performed at the T8 and T9 levels. The stimulating electrodes enter the posterior canal at the T9-T10 level and extend superiorly with the electrode pads in the posterior epidural space at the T7 and T8 levels.

The hinged L4-L5 disc prosthesis is unchanged in position with solid interbody fusion.

There is no indication of discitis, osteomyelitis, epidural abscess, or other operative complication.

Thoracic discs: Minor posterior annular bulging is again noted at multiple levels without significant mass effect on the anterior cord surface. There is no focal mass effect on exiting or descending nerve roots.

Posterior ligamentous thickening and ossification is noted between T9 and T12, most prominently at the T10-T11 level. The posterior thecal sac is slightly effaced without mass effect on the spinal cord.

Lumbar discs: Minor posterior annular bulging is again noted at multiple levels without selective nerve root involvement. Facet overgrowth at the L4-L5 and L5-S1 levels continues to produce early foraminal encroachment.

**IMPRESSION:**
1. The stimulating electrodes have not changed in position since 09/05/2013.
2. Stable and routine postoperative appearance at the L4-L5 level with anterior fusion.
3. No spinal cord compression or new disc herniation at any thoracic level.
4. No new disc herniation or significant canal narrowing at any lumbar level.

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:

*October 14, 2016*
Page 1
Office Visit

**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

**04/12/2016 - Office Visit: she is having extrembe pain in her lower back. She is especia...**
**Provider: Judson Cook**
**Location of Care: All**

**Current Problems (prior to this update):**

**Current Medications (prior to this update):**

**Visit Type:** Initial Consult
**Referring Provider:** JEFFREY HIGGINBOTHAM

**CC:** severe low back and right leg pain.

**History of Present Illness:**
Ms. Fabre is a pleasant 36yo female with a complicated history of low back issues including 2 laminotomies, an L4/5 anterior lumabr fusion and a thoracic SCS system (SJM) with a tripole paddle electrode. She was doing resonably well under recently when she developed a signficant onset of severe right leg pain and low back pain. She reports right leg pain down to her lateral shin and dorsum of her foot. She has failed conservative therapy and her symptoms are greatly inferfering with her quality of life.

## Past Medical History:
alleriges
asthma
GERD
neuropathy
OA- knees

## Past Surgical History:
Left menisucs repair 2003
Lap Chole 2005
Cesarean section 2007
L4-5 laminectomy 2008
L4-5 ALIF 12/2007
SCS 2/2013
SCS revision 6/2013

## Family History Summary:
No Known Relative - heart disease, HTN, DM - Entered On: 4/12/2016

## Social History:
Passive smoke exposure - no
Alcohol Use - yes
Drug Use - no
HIV/High Risk - no

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:



**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

Smoking History:
Patient has never smoked.

## Risk Factors:

Smoked Tobacco Use: Never smoker
Smokeless Tobacco Use: Never
Passive smoke exposure: no
Drug use: no
HIV high-risk behavior: no
Alcohol use: yes

Family History Risk Factors:
Family History of MI in females < 65 years old: no
Family History of MI in males < 55 years old: no

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 36 Years Old Female |
| Height: | 66 inches |
| Weight: | 215 pounds |
| Pulse rate: | 90 / minute |
| BP sitting: | 108 / 66 (left arm) |

## Physical Exam

## Constitutional:

## Musculoskeletal:
**Station:** Forward Flexed
**Gait:** antalgic

## Range of Motion:
**Lumbar Full ROM Except:** Flexion, Extension
**Straight leg raise:** Positive R
Right
35 degrees
**Hip flexion (iliopsaos L1 L2)** Right: 5 Left: 5
**Hip extension (L5 S1)** Right: 5 Left: 5
**Knee extension (L3 L4)** Right: 5 Left: 5
**Knee flexion (hamstring L5 S1)** Right: 5 Left: 5
**Foot dorsiflexion (L4 L5)** Right: 4+ Left: 5
**Plantar flexion (S1)** Right: 5 Left: 5
**Clonus:** Absent
**Tone:** WNL all limbs
**Muscle wasting:** None
**Fasciculations:** None

**All**
2200 Park Bend Dr, Bldg 2 201 Austin, TX 78758-5387
5128358100 Fax:



**Nita Fabre** Home:
Female DOB: 10312 Ins: UNITED HEALTH CARE

in a Dermatomal pattern encompassing: L5 .

## Higher integrative functions:

**Oriented to:** Person, Place, Time

## Cranial nerves:

**2nd cranial nerve:** Grossly full visual fields
**3rd, 4th and 6th cranial nerves:** Pupils equal round and reactive to light with full extraocular movements (Oculomotor Trochlear Abducens)
**7th cranial nerve:** Facial muscles symmetric & strong

## Diagnostic Testing Review

**All Tests Reviewed:**
Date: 04/12/2016

We performed an upright 4view lumbar series today that shows a stable-appearing L4/5 ALIF and no overt instability. There is moderate spondylosis at L5/S1 but good overall alignment. There is a tripole paddle electrode ending at the top of T9.

## Clinical Visit Note:

## Impression & Recommendations:

**Problem # 1:** Lumbar radiculopathy (ICD-724.4) (ICD10-M54.16)
**Assessment:** New
Given her progressively worsening symptoms and right foot weakness, I would recommend a CT myelogram of the thoracic and lumbar spine and then immediate follow-up. She knows to proceed to the ER for any worsening weakness or any progressive severe urinary or bowel dysfunction.

**Medications Added to Medication List This Visit:**
1) Venlafaxine Hcl 100 Mg Oral Tabs (Venlafaxine hcl)
2) Oxycodone Hcl 15 Mg Oral Tabs (Oxycodone hcl)
3) Duragesic-50 50 Mcg/hr Trans Pt72 (Fentanyl)
4) Neurontin 300 Mg Oral Caps (Gabapentin)
5) Mobic 7.5 Mg Oral Tabs (Meloxicam)
6) Omeprazole 20 Mg Oral Cpdr (Omeprazole)
7) Singulair 10 Mg Oral Tabs (Montelukast sodium)

]

**Electronically signed by JUDSON COOK, MD on 04/13/2016 at 6:26 AM**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | October 10, 2016 |
| To: | DR. JUDSON COOK<br>SPINE AND NEUROSURGERY SPECIALISTS OF AU<br>2200 PARK BEND DRIVE<br>BUILDING 2, SUITE 201<br>AUSTIN TX 78758 |
| Attn: | 2nd Request |
| Fax: | (512) 835-8101 |
| From: | Joel Fit gerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

October 10, 2016

Dr. Judson Cook
Spine and Neurosurgery Specialists of Austin
2200 PARK BEND DRIVE
BUILDING 2, SUITE 201
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Judson Cook:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to Nita Fabre's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office on September 7, 2016. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 20, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Joel Fit gerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-REQUEST-PROVIDER-09.07.2016

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. JUDSON COOK<br>SPINE AND NEUROSURGERY SPECIALISTS OF AU<br>2200 PARK BEND DRIVE<br>BUILDING 2, SUITE 201<br>AUSTIN TX 78758 |
| Attn: | |
| Fax: | (512) 835-8101 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Judson Cook
Spine and Neurosurgery Specialists of Austin
2200 PARK BEND DRIVE
BUILDING 2, SUITE 201
AUSTIN, TX 78758

Dear Dr. Judson Cook:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from January 1, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. _______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**OR**

2. _______ I defer restrictions and limitations to _________________________________.

(Please also print your name, sign, provide your specialty, and date below.)

**OR**

3. _______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

**Light Work -** Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

**OR**

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? _______________

| ***Key for Frequency (Definitions)*** |
|---|
| ***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)* |
| ***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)* |
| ***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)* |

____________________ _____________________ ___________________ _____________

Printed Name Signature Specialty Date

Please fax your response to **603-559-0370** by **September 21, 2016**.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

October 10, 2016

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your address on September 7, 2016. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 21, 2016.

To date, we have received all requested information except the following:

- Medical records dated January 1, 2016 to the present from Dr. Cook
- Response to the Liberty Mutual Medical Clarification Letters asking about your treating providers' opinion regarding your functional capacity, faxed to Dr. Debehnke, Dr. Nolan, Dr. Cook, and Dr. Higganbothom on September 7, 2016,

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Joel Fit gerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 7, 2016, we requested updated medical information from your treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2016 through the present from from Dr. Cook and from Dr. Nolan, and medical records dated May 6, 2016 to present from Dr. Higganbotham and Dr. Debenkhe
- We requested a response to our Medical Clarification Letters asking about your treating providers opinions regarding your current and ongoing functional capacity. These Medical Clarification Letters were faxed to Dr. Higganbotham, Dr. Debenkhe, Dr. Cook, and Dr. Nolan on September 7, 2016

On September 7, 2016, we attempted to contact you at However, there was no answer and we were unable to leave a voicemail message as the voicemail box was full.

We need to speak with you about your disability claim. Please call us by October 6, 2016 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be suspended.

Centene Management Company's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the



Liberty/Fabre 0733

requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 6, 2016, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by October 21, 2016, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 21, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

HealthPort
# INVOICE

Invoice #: 0201589438
Date: 10/9/2016
Customer #: 1646346

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JOEL FITZGERALD<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7207<br>LONDON, KY 40742-7207 | JOEL FITZGERALD<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7207<br>LONDON, KY 40742-7207 | AUSTIN DIAGNOSTIC CLINIC<br>12221 N MOPAC EXPRESSWAY<br>AUSTIN, TX 78758 |

**Requested By:** LIBERT LIFE ASSURANCE BOSTON **DOB:**
**Patient Name:** FABRE NITA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 13 | 0.50 | 6.50 |
| Per Page Copy (Paper) 2 | 20 | 0.00 | 0.00 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 33.50 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 33.50 |
| Less Payment | | | -33.50 |
| Balance Due | | | 0.00 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0201589438

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

1069535

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 12, 2016

A.D.C. Release of Information Section
12221 N. MOPAC EXPRESSWAY
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 3, 2016 through the present from any ADC treating provider

We ask that you provide this information by September 26, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

RECEIVED
SEP 20 REC'D
1146SS120

Sincerely,

Joel Fitzgerald
Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.08.2016
5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.12.2016

ADC THE AUSTIN DIAGNOSTIC CLINIC

MRN

# Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre

Date of Birth

Address

Telephone Number

**I hereby authorize** ( name of facility/provider releasing information) **to disclose the above-named individuals health information:**

ADC

**Name (facility releasing information) Address City State Zip**

Telephone Number

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- ___Other___
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

Liberty Mutual Disability. P.O. Box 7207, London, KY 40742

**Name (facility receiving information) Address City State Zip**

Telephone Number: 1-800-291-0012 ext 13988

Description of the purpose of the use and/or disclosure: (check one)

- ___Continuing Care
- ___Consultation
- ___Legal purposes
- ___Second Opinion
- ✓ Insurance
- ___Personal Use
- ___Emergency/acute care
- ___Social Security/Disability (provide copy of SSA Letter)
- ✓ Other: Please describe: Disability claim / attorney assistance

___Marketing-If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

N Fabre
**Signature of Patient or Patient's Representative**

09/12/2016
**Date**

Nita Fabre
**Printed name of Patient or Patient's Representative**

Self
**Relationship to Patient** or **Legal Authority (attach supporting documentation)**

NS 06-0017 4-24-0

I hereby authorize Austin Diagnostic Clinic (All Locations), 12221 N. Mopac Expressway, Austin, TX 78758, Ph# 512-901-4153, to disclose all medical records from June 20, 2016 to the present and ongoing through January 1, 2018 to Liberty Mutual Disability.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

**NITA M FABRE** Home: Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/16/2016 - Office Visit: IM OV Westlake DMR**
**Provider: Richard D DeBehnke MD**
**Location of Care: Internal Medicine Westlake**

**Chief Complaint:** 4mon RET - Follow up on DEGENERATIVE DISC DISEASE

**HISTORY OF PRESENT ILLNESS:**
36-year-old who comes for followup. Again struggling with her back pain and overall health. She is mostly homebound and unable to drive spent a lot of time resting. There's been a couple of episodes of near syncope when sitting and getting up suddenly but other than that things have largely been driven by her visits to the various doctors and consultants. She has quite a bit of back pain that seems to radiate down into the legs there is some problems with changes in some sensations of numbness she is due to visit with neurology and then followup with neurosurgery. It is difficult to see you exactly what may be planned. She describes that some days she tends to drag her right leg but this has been more for chronic stable management of her pain coupled with chronic therapy with Duragesic and possibly Percocet. She is also on venlafaxine. Since cause of other problems with bowel symptoms for which she is also treated

She is also on medications for depression and has p.r.n. medications for migraines and other complications.

Her visit today he is in anticipation of one that we've here earlier. And it may be time for her to update some labs with the outside potential of her possibly needing surgery in the near future.

**PAST MEDICAL HISTORY:**
Reactive airway disease
Lumbar back problems
Migraine headaches
Mild depression
Seasonal allergies
**Allergies:**
MORPHINE (Critical)
* LATEX (Critical)
* STERI STRIPS (Severe)
* METHADONE (Severe)

**SURGICAL HISTORY:**
Status post back surgery

**FAMILY HISTORY:**
**Diabetes:** sister.
**Hypertension:** parents.
**Other Cancer:** Type: non-Hodgkin's lymphoma, melanoma Relationship: sister, and father.
Mother Father
**SOCIAL HISTORY:**

**Social System**
Marital status: divorced
Occupation: R.N.

**NITA M FABRE** Home: ( Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**Nutrition and Exercise:** Exercise? No.
**Healthy Habits:**
Smoking Status: Former
Counseled to Quit: Counseled

**PHYSICAL EXAMINATION:**
**Vital Signs:**
BP: 126/84; Pulse: 122
**General:**
**General appearance:** fatigue. Reclining on the exam table

**Neck**
**Neck:** supple, no masses, trachea midline.

**Respiratory**
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Percussion:** no dullness
**Palpation:** normal fremitus
**Auscultation:** chest no wheezes present at this time.

**Cardiovascular**
**Palpation:** the patient has a resting tachycardia. It is a bit higher than when we initially brought her back to oral but is running about behind 90s to 100.
**Auscultation:** S1 and S2 normal, no murmur, rub, click, or gallop
**Periph. circulation:** peripheral pulses are intact. There doesn't appear to be any significant edema present
**Neck veins:** appear normal, no distention

**Gastrointestinal**
**Abdomen:** obese without masses nontender. Bowel sounds are normal

**Neurologic**
**Cranial nerves:** cranial nerves are intact.
**Sensation:** marital subjective changes in sensation is hard to get a clear-cut pattern of her sensation.
**Muscle strength:** subjective strength although there doesn't appear to be really any apparent irritability from one side to another today. She has a lot of discomfort with various movements.

**ASSESSMENT:**
Assessed LAMINECTOMY, LUMBAR, HX OF as deteriorated - We're looking forward to the neurology consult to see if it reveals any problems she might want to obtain this information to her surgeon is unclear whether surgery is planned although she does seem to feel somewhat desperate at this time. "Something has to be done. Although she is not consistent or argumentative about this.
Assessed TOBACCO ABUSE as improved - Smoking considerably less
Assessed !HCC - ASTHMA, CHRONIC OBSTRUCTIVE NOS as unchanged - Stable no active symptoms at the current time.
Assessed DEPRESSION, SITUATIONAL, MILD as unchanged - Chronic and unchanged.

**NITA M FABRE** Home: Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**PLAN:**
Will get some baseline labs and see where we stand. Questioning whether anything needs to be corrected before surgery or not if that occurs

**New Orders:**
Comprehensive Metabolic Panel [80053]
CBC with Auto Diff [85025]
TSH*** [84443]
Sed Rate [85652]
ESTAB. PATIENT OFC VISIT LEVEL 3 [CPT-99213]

**Follow-up:** 6 month
Patient Visit Summary will be made available via MyADC.

## Preventive Care
**LDL:** 101 mg/dL 05/12/2015
**HDL:** 37 mg/dL 05/12/2015
**Triglyceride:** 113 mg/dL 05/12/2015
**Cholesterol:** 161 mg/dL 05/12/2015
**Fasting Glucose:** 88 mg/dL 11/10/2015
**HgA1c:** 5.4 % 11/04/2015

**Immunizations Status:**
**Flu vax:** Last: 10/21/2015

**Electronically Signed by Richard D DeBehnke MD on 06/16/2016 at 5:12 PM**

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/16/2016 - Lab Report: COMPREHENSIVE METABOLIC PANEL, CBC W/ AUTO DIFF, TSH, SEDIME ...**
**Provider: Richard D DeBehnke MD**
**Location of Care: The Austin Diagnostic Clinic**

Patient: NITA M FABRE
ID: HarvestLIS 1069535
Note: All result statuses are Final unless otherwise noted.

Tests: (1) COMPREHENSIVE METABOLIC PANEL (80053)

| | | | |
|---|---|---|---|
| Sodium | | 143 mmol/L | 134-144 |
| Potassium | | 4.6 mmol/L | 3.3-5.0 |
| Chloride | | 103 mmol/L | 98-109 |
| CO2 | | 29 mmol/L | 24-34 |
| Glucose, Blood | | 96 mg/dL | 70-110 |
| BUN | | 18 mg/dL | 6-20 |
| Creatinine, Serum | | 0.87 mg/dL | 0.45-1.17 |
| Calcium | | 9.6 mg/dL | 8.7-10.0 |
| Total Protein | | 7.3 g/dL | 6.1-8.3 |
| Albumin | | 4.0 g/dL | 3.2-4.8 |
| Bilirubin, Total | | 0.4 mg/dL | 0.2-1.2 |
| AST /SGOT | | 28 IU/L | 10-42 |
| ALT /SGPT | | 28 IU/L | 8-60 |
| Alkaline Phosphatase | | 112 IU/L | 38-126 |
| eGFR Non-Black | | >60 ml/min1.73 sq m | |
| eGFR Black | | >60 ml/min1.73 sq m | |

REFERENCE TABLE FOR POPULATION MEAN GFRs FROM NHANES III:

| AGE(years) | AVERAGE GFR |
|---|---|
| 20-29 | 116 ml/Min/1.73 square meters |
| 30-39 | 107 ml/Min/1.73 square meters |
| 40-49 | 99 ml/Min/1.73 square meters |
| 50-59 | 93 ml/Min/1.73 square meters |
| 60-69 | 85 ml/Min/1.73 square meters |
| 70+ | 75 ml/Min/1.73 square meters |

Interpretative Notes: ml/Min/1.73 square meters

| | |
|---|---|
| Chronic Kidney Disease | <60 |
| Kidney Failure | <15 |

Tests: (2) CBC W/ AUTO DIFF (85025)

| | | | | |
|---|---|---|---|---|
| | WBC | | 7.08 K/uL | 4.00-10.00 |
| | RBC | | 4.83 10^6/uL | 4.20-5.40 |
| | HGB | | 14.5 g/dL | 12.0-16.0 |
| | HCT | | 45.0 % | 37.0-47.0 |
| | MCV | | 93.2 fL | 81.0-99.0 |
| | MCH | | 30.0 pg | 28.0-32.0 |
| | MCHC | | 32.2 g/dL | 32.0-36.0 |
| | RDW | | 12.2 % | 11.5-14.5 |
| ! | RDW-SD | | 42.1 fL | 35.1-46.3 |
| | PLT | | 313 K/uL | 150-450 |
| | MPV | [H] | 11.3 fL | 6.0-9.5 |
| | NEUT% | | 62.1 % | 37.0-80.0 |
| | LYMPH% | | 29.4 % | 20.5-51.1 |
| | MONO% | | 6.6 % | 1.7-9.3 |

**NITA M FABRE** Home: Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

| | | | |
|---|---|---|---|
| | EOS% | 1.1 % | 0.0-6.0 |
| | BASO% | 0.7 % | 0.0-2.0 |
| ! | IG% | 0.1 % | 0.0-0.5 |
| | NEUT# | 4.39 K/uL | 1.60-7.70 |
| | LYMPH# | 2.08 K/uL | 1.20-3.40 |
| | MONO# | 0.47 K/uL | 0.00-1.00 |
| | EOS# | 0.08 K/uL | 0.00-0.70 |
| | BASO# | 0.05 K/uL | 0.00-0.10 |
| ! | IG# | <0.03 K/uL | < 0.04 K/uL |
| | Nucleated RBC % | 0.0 % | <5.0 |
| | Nucleated RBC# | <0.01 K/uL | <5 K/uL |

Tests: (3) TSH (84443)

| | | |
|---|---|---|
| TSH | 0.95 uIU/ML | 0.44-4.37 |

Tests: (4) SEDIMENTATION RATE (85652)

| | | |
|---|---|---|
| Sedimentation Rate | 18 mm/Hr | <35 |

New reference ranges established on 10/09/14.

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 06/16/2016 7:16 PM

---

(1) Order result status: Final
Collection or observation date-time: 06/16/2016 14:52:14
Requested date-time:
Receipt date-time: 06/16/2016 14:56
Reported date-time: 06/16/2016 18:43
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7177342
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

(2) Order result status: Final
Collection or observation date-time: 06/16/2016 14:52:14
Requested date-time:
Receipt date-time: 06/16/2016 14:56
Reported date-time: 06/16/2016 18:36
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7177342
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

(3) Order result status: Final
Collection or observation date-time: 06/16/2016 14:52:14
Requested date-time:
Receipt date-time: 06/16/2016 14:56

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

```
Reported date-time: 06/16/2016 19:10
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7177342
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic
Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758,
CLIA# 45D050548

(4) Order result status: Final
Collection or observation date-time: 06/16/2016 14:52:14
Requested date-time:
Receipt date-time: 06/16/2016 14:56
Reported date-time: 06/16/2016 19:15
Referring Physician:
Ordering Physician: Richard D Debehnke (RDEBEHNK)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7177342
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic
Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758,
CLIA# 45D050548


-----------------

The following results differed from their previous value:

  Nucleated RBC#   Old Value: 0.0   New Value: <0.01 K/uL

-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

  RBC, 4.83 10^6/UL, (F)  expected units: 10*6/mm3

-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  eGFR Non-Black, >60
  eGFR Black, >60
  Nucleated RBC#, <0.01
```

**Electronically Signed by Richard D DeBehnke MD on 06/21/2016 at 1:17 PM**

---

**06/21/2016 - Append: COMPREHENSIVE METABOLIC PANEL, CBC W/ AUTO DIFF, TSH, SEDIME ...**
**Provider: Richard D DeBehnke MD**
**Location of Care: The Austin Diagnostic Clinic**

**NITA M FABRE** Home: ( Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

Chemistries are all normal. No elevated white count. Thyroid function and inflammatory markers normal as well

**Electronically Signed by Richard D DeBehnke MD on 06/21/2016 at 1:17 PM**

---

**06/22/2016 - Append: COMPREHENSIVE METABOLIC PANEL, CBC W/ AUTO DIFF, TSH, SEDIME ...**
**Provider: Maria F Hamm MA**
**Location of Care: The Austin Diagnostic Clinic**

Result(s) with MD's comments and/or recommendation mailed to patient.

**Electronically Signed by Maria F Hamm MA on 06/22/2016 at 8:24 AM**

---

**NITA M FABRE** Home: Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/29/2016 - Imaging Report: CT CERVICAL SPINE WITHOUT CONTRAST**
**Provider: Austin Radiology Assn**
**Location of Care: Radiology**

CT CERVICAL SPINE WITHOUT CONTRAST
Patient: FABRE, NITA M Exam Date: 06/29/2016
LOCATION: WMC
PATIENT: FABRE, NITA
REFERRING PROVIDER: NOLAN, PATRICK

DOB:
Patient Age: 36
Patient Sex: F
ARA MR #: 1658020
Exam Status: Routine
Accession #: 23796345
cc: RICHARD DEBEHNKE MD
cc: JEFFREY HIGGINBOTHAM MD
cc: JUDSON COOK MD

At the Request of:
PATRICK C NOLAN MD
5145 RR 620 N
AUSTIN, TX 78732

CT CERVICAL SPINE WITHOUT CONTRAST: 6/29/2016
HISTORY: Migraines, neck stiffness, slight confusion.
COMPARISON: Post myelogram CT thoracic spine from 04/22/2016. CT head from St. David's Hospital dated 04/04/2008.
TECHNIQUE: Axial images of the cervical spine were obtained without contrast, with multiplanar reformats. Soft tissue and bone windows were displayed.
FINDINGS:
General Comments: There is a defect in the posterior arch of C1. The margins appear sclerotic. The overall appearance is similar to the prior exam from 2008. A developmental variation is favored rather than an old fracture.
No clear evidence of an acute fracture line in the cervical spine. Cervical vertebral body heights are preserved.
Alignment: There is slight reversal of normal cervical lordosis centered at C5-6, without listhesis. There is mild right to left deviation in the coronal plane centered at C5-6.
Craniocervical Junction: The cerebellar tonsils are normally positioned. The canal is patent. The atlantodental interval is not enlarged. There is some developmental hypertrophy of the anterior arch of C1.
C2-C3: Patent bony canal and foramina.
C3-C4: Patent bony canal and foramina.
C4-C5: Patent bony canal and foramina.
C5-C6: Minimal/mild canal stenosis is starting to occur due to shallow broad disc/osteophyte complex. The bony foramina are patent.
C6-C7: Patent bony canal and foramina.
C7-T1: Patent bony canal and foramina.
Other: The paraspinous soft tissues and visualized lung apices are unremarkable.
IMPRESSION:
1. Incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT head from 04/04/2008. A developmental variation is favored rather than an old fracture.
2. Mild degenerative change at C5-C6 which shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.
Results discussed with PATRICK C NOLAN, MD on 6/29/2016 2:19 PM.

**NITA M FABRE** Home: ( Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

```
Rajeev Shah, MD
Electronically Signed:  6/29/2016 2:19 PM
Austin Radiological Association
Referring Provider: NOLAN, PATRICK
Report To Provider: DEBEHNKE, RICHARD
Report To Provider: HIGGINBOTHAM, JEFFREY
Report To Provider: COOK, JUDSON

Electronically signed by: RAJEEV SHAH
```

**Electronically Signed by Patrick C Nolan MD on 06/29/2016 at 3:07 PM**

---

**06/29/2016 - Append: CT CERVICAL SPINE WITHOUT CONTRAST**
**Provider: Patrick C Nolan MD**
**Location of Care: Radiology**

CT does not demonstrate any strong evidence of spinal stenosis which is reassuring.

**Electronically Signed by Patrick C Nolan MD on 06/29/2016 at 3:07 PM**

---

**06/30/2016 - Append: CT CERVICAL SPINE WITHOUT CONTRAST**
**Provider: Angie D Eathorne MA**
**Location of Care: Radiology**

Called and told patient. New symptom on left thigh felt like a cruching, has some numbness on the lateral side.

**Electronically Signed by Angie D Eathorne MA on 06/30/2016 at 11:03 AM**

---

**06/30/2016 - Append: CT CERVICAL SPINE WITHOUT CONTRAST**
**Provider: Patrick C Nolan MD**
**Location of Care: Radiology**

We will discuss at next visit unless symptoms worsen.

**Electronically Signed by Patrick C Nolan MD on 06/30/2016 at 11:05 AM**

---

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/30/2016 - Append: CT CERVICAL SPINE WITHOUT CONTRAST**
**Provider: Angie D Eathorne MA**
**Location of Care: Radiology**

Called and told her.

**Electronically Signed by Angie D Eathorne MA on 06/30/2016 at 11:14 AM**

---

**NITA M FABRE** Home: Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**08/15/2016 - Hospital Procedure Report: Operative Note**
**Provider: Outside Doctor**
**Location of Care: The Austin Diagnostic Clinic**

Operative Note
OPERATIVE REPORT
Originating Physician: Judson H Cook, MD
Referring Physician: Judson H Cook, MD
PCP: Richard D Debehnke, MD

Round Rock Medical Center
2400 Round Rock Ave * Round Rock, Texas 78681

| | | | |
|---|---|---|---|
| PATIENT: | FABRE,NITA MARIA | MED REC#: | D000532009 |
| ACCOUNT#: | D00025100252 | ROOM #: | |
| DATE OF BIRTH: | | LOCATION: | D.OPS |
| SEX: | F | PT STATUS: | DEP S |
| ATTENDING PHYS: | COOJU | ADM DATE: | 08/15/16 |
| REPORT TYPE: | OPERATIVE REPORT | DIS DATE: | 08/15/16 |

DATE OF PROCEDURE: 08/15/2016

PREOPERATIVE DIAGNOSES:
1. Chronic pain syndrome.
2. Lumbar spondylosis and radiculopathy.
3. Poorly functioning and anticoagulated pulse generator and uncomfortable position of the generator.

POSTOPERATIVE DIAGNOSES:
1. Chronic pain syndrome.
2. Lumbar spondylosis and radiculopathy.
3. Poorly functioning and anticoagulated pulse generator and uncomfortable position of the generator.

PROCEDURES PERFORMED:
1. Revision/replacements/relocation of thoracic spinal cord stimulator pulse generator.
2. Use of intraoperative AP and lateral fluoroscopy under my supervision and interpretation.
3. Use of intraoperative spinal and peripheral nerve monitoring.

SURGEON:
Judson Cook, MD

ASSISTANT:
None.

SPECIMENS:
None.

ESTIMATED BLOOD LOSS:
2mL.

DRAINS:
None.

ANESTHESIA:
General endotracheal anesthesia.

INDICATIONS:
Ms. Fabre is a pleasant 36-year-old female that presents with symptoms referable to the above pathology. She has failed exhaustive conservative



therapy and has a history of spinal cord stimulator system composed of a tripolar thoracic paddle in reasonably good position and a left medial gluteal rechargeable pulse generator, which has not been functioning well and is having issues recharging and given her appropriate coverage of her chronic pain syndrome. Given thediscussion of revision options and their respective risks, benefits, convalescence, and postoperative expectations, she wished to proceed with the above surgery.

DESCRIPTION OF PROCEDURE:
Ms. Fabre was brought into the operating theater. She was placed under general anesthesia. All pressure points were padded well. Her arms were placed in average neutral position. Head and neck were positioned by anesthesia. Peripheral and spinal nerve monitoring baselines were obtained. Her back was cleaned with chlorhexidine and isopropyl alcohol and then fluoroscopy was utilized to identify the associated stimulator components. An incision mark was made over the left medial gluteal battery incision. The area was prepped and draped in a standard fashion. A timeout was taken and the incision was injected with local anesthetic and after given ample time to take effect, the incision was opened with a #10 blade followed by the use of Bovie cautery to continue the incision through the dermis and subcutaneous tissue down to the level of the battery. The battery was removed with any identifiable permanent suture and a multi-array paddle electrode tails were removed after loosening with a torque wrench. At this point in time, I utilized the same incision, but tunneled somewhat inferiorly and off to the left lateral gluteal region where we had determined would be a better location for her battery in the preoperative. Once this subcutaneous pocket was fashioned and then the two paddle electrode tails were connected to a new advanced pulse generator and they were secured using the locking mechanism and then tested mechanically. I then placed the new pulse generator into the new pocket through the same incision with extraneous wires behind it and we performed intraoperative testing. There appeared to be normal communication, connectivity, and impedances. The wound was irrigated with antibiotic saline. Any bleeding was stopped with bipolar cautery. The wound was closedwith a combination of 2-0 and 3-0 interrupted Vicryl sutures,

followed by a running 4-0 Monocryl subcuticular followed by Prineo and Dermabond. The wound was cleaned and dressed in the standard fashion. The patient was carefully turned into the supine position, extubated, and taken to the recovery room in stable fashion. She will undergo complex postoperative pulse generator programming. She was given explicit wound care and discharge instructions and will follow up with us as planned.

Judson H Cook, MD

DDT:08/15/2016 1752
TDT:08/15/2016 2250
Trans By: HN/NTS_MSS
JOB #3064219

Copies To: Spine And Neurosurgery Specialist Of Austin
Authenticated by Judson H Cook, MD On 08/17/2016 10:55:46 AM

Report #: 0815-0459

PATIENT: FABRE,NITA MARIA ACCOUNT #: D00025100252

Electronically Signed by Judson H Cook, MD for Judson H Cook, MD on 08/17/16 at

**NITA M FABRE** Home: Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

PATIENT: FABRE,NITA MARIA ACCOUNT #: D00025100252

**Signed before import by Outside Doctor**
**Filed automatically on 08/17/2016 at 10:57 AM**

---

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/22/2016 - Office Visit: New Patient Visit**
**Provider: Patrick C Nolan MD**
**Location of Care: Neurology**

**NEW PATIENT CONSULTATION**
**Department of Neurology**

NAME: NITA M FABRE
MRN: 1069535
DATE: 06/22/2016

**CHIEF COMPLAINT:** bilateral foot pain/numbness, lower back pain, gait disturbance, migraines

**REFERRING MD:** Dr. Judson Cook

**HISTORY OF PRESENT ILLNESS:** NITA FABRE is a 36-year-old right-handed female sent by her neurosurgeon for a visit in consultation.

The patient has a history of refractory lower back pain without obvious radicular abnormalities at the present time with previous surgeries and a spinal cord stimulator placed. She reports worsening bladder urgency and occasional bladder control issues with her spinal cord stimulator active. The patient also has depression issues was a previous smoker and occasionally has severe migraine headaches. She continues with chronic nicotine exposure with Vaping. Nicotine can sensitize paraspinal muscles to pain issues. She denies any recent falls and reports the majority of her discomfort radiates down her right leg her right foot. She is overweight. She arrived with a walker. Some components of her examination are not entirely consistent. She is seeing a pain management physician and also complains of occasional pain in the pelvic area.

**PAST MEDICAL HISTORY:**
FATIGUE (ICD-780.79) (ICD10-R53.83)
POLYP OF NASAL SINUS, HX OF (ICD-471.8) (ICD10-J33.8)
CHRONIC RHINITIS (ICD-472.0) (ICD10-J31.0)
REFLUX, ESOPHAGEAL (ICD-530.81) (ICD10-K21.9)
PARADOXICAL VOCAL CORD MOVEMENT (ICD-478.5) (ICD10-J38.3)
TOBACCO ABUSE (ICD-305.1) (ICD10-F17.200)
SCREENING FOR CARDIOVASCULAR CONDITION NEC (ICD-V81.2) (ICD10-Z13.6)
ROSACEA (ICD-695.3) (ICD10-L71.9)
INFLAMMATION (ICD-686.9) (ICD10-L08.9)
UNC BEHV NEO SKIN (ICD-238.2) (ICD10-D48.5)
IMPETIGO (ICD-694.0) (ICD10-L13.0)
CONTACT DERMATITIS&OTHER ECZEMA DUE UNSPEC CAUSE (ICD-692.9) (ICD10-L25.9)
HYPERHIDROSIS (ICD-780.8) (ICD10-R61)
DEGENERATIVE DISC DISEASE, LUMBAR SPINE (ICD-722.52) (ICD10-M51.36)
COUGH (ICD-786.2) (ICD10-R05)
CONJUNCTIVITIS, ALLERGIC, SEASONAL (ICD-372.14) (ICD10-H10.10)
SHOULDER PAIN, LEFT (ICD-719.41) (ICD10-M25.519)
SHOULDER IMPINGEMENT SYNDROME (ICD-726.2) (ICD10-M75.40)
ALLERGIC RHINITIS CAUSE UNSPECIFIED (ICD-477.9)
MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS (ICD-346.01) (ICD10-G43.119)
LAMINECTOMY, LUMBAR, HX OF (ICD-V45.89) (ICD10-Z98.89)

**NITA M FABRE** Home: Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

ISCHEMIC HEART DISEASE, PREMATURE, FAMILY HX (ICD-V17.3) (ICD10-Z82.49)
OBESITY (ICD-278.00) (ICD10-E66.9)
MORTON'S NEUROMA, LEFT (ICD-355.6) (ICD10-G57.62)
DEPRESSION, SITUATIONAL, MILD (ICD-309.0) (ICD10-F43.21)
DYSURIA (ICD-788.1) (ICD10-R30.0)
!HCC - ASTHMA, CHRONIC OBSTRUCTIVE NOS (ICD-493.20) (ICD10-J44.9)
Patient reports a history of L4-5 Disk Herniation

**PAST SURGICAL HISTORY:**
Cholecystectomy
Lumbar Laminectomy
Other Surgical History:Lumbar fusion L3-4-2008
Neurostim implant-2013
C-section -2007
Left knee repair-2003

**CURRENT ALLERGIES:** MORPHINE (Critical)
* LATEX (Critical)
* STERI STRIPS (Severe)
* METHADONE (Severe)

**CURRENT MEDICATIONS:**
MAGNESIUM 200 MG TABS (MAGNESIUM) 1 tab by mouth once daily as needed
FLONASE 50 MCG/ACT SUSP (FLUTICASONE PROPIONATE) 2 sprays in each nostril two times a day
IMITREX STATDOSE SYSTEM 6 MG/0.5ML SOAJ (SUMATRIPTAN SUCCINATE) sq at onset of migraine
SINGULAIR 10 MG TAB (MONTELUKAST SODIUM) 1 po qd
BACLOFEN 20 MG TABS (BACLOFEN) 1 tab by mouth four times a day as needed
He MOBIC 15 MG TABS (MELOXICAM) 1 by mouth once daily
OMEPRAZOLE 20 MG CPDR (OMEPRAZOLE) Take one capsule daily in AM on empty stomach.
PERCOCET TABS (OXYCODONE-ACETAMINOPHEN TABS) 15mg 1 tab by mouth three times a day as needed
VENLAFAXINE HCL 100 MG TABS (VENLAFAXINE HCL) Take 1 tab by mouth twice daily.
XOPENEX HFA 45 MCG/ACT AERO (LEVALBUTEROL TARTRATE) Take 2 puffs q 4-6 hrs as needed cough
MINOCYCLINE HCL 100 MG TABS (MINOCYCLINE HCL) by mouth twice daily
MOVANTIK 25 MG TABS (NALOXEGOL OXALATE) As directed
GABAPENTIN 300 MG CAPS (GABAPENTIN) One p.o. t.i.d.
ZOFRAN 8 MG TABS (ONDANSETRON HCL) 1 by mouth two times a day as needed for nausea
DURAGESIC-50 50 MCG/HR PT72 (FENTANYL) 1 patch

**SOCIAL HISTORY:**
How many alcoholic beverages, on average, do you consume per day? <1
Do you smoke? Former
Do you live alone? no, son
Caffeine use (drinks/day): 2
Illicit drug use: none
Occupation: R.N./disability

**FAMILY HISTORY:**
Mother: living, age: 63 , hx: Heart attack, DM2, stroke, CHF , HTN, hypercholesterolemia

Father: living, age:66 , hx: heart attack x9 , PE x2, DM2, CHF, COPD
Sibs: 2 siblings: Brother alive and healthy, sister cancer, heart issues, DM2
Children: 1 son: alive and healthy

**REVIEW OF SYSTEMS:** GENERAL: No recent fever or weight loss. EYES: No vision change, diplopia or ptosis. ENT: No hearing loss, dizziness, vertigo or dysphagia. CARDIOVASCULAR: No chest pain, DOE, PND, edema or syncope. RESPIRATORY: No cough, shortness of breath, wheezing or hemoptysis. GI: No nausea, vomiting or blood production. GU: No polyuria, hematuria or incontinence. MUSCULOSKELETAL: No myalgias, weakness or arthralgias. SKIN: No itching or mole changes. PSYCHIATRIC: Normal memory. No evidence of depression, mood change or sleep disturbance. ENDOCRINOLOGIC: No goiters. LYMPHATIC/HEMATOLOGIC: No adenopathy or bruising. ALLERGIES: No hives or eczema. NEUROLOGICAL: As above

**VITAL SIGNS:** BP: 132/96 Pulse: 76 Rhythm: regular Wt: 228

**NEUROLOGICAL EXAMINATION:**

General: well-developed, overweight, no acute distress
The patient moves throughout the room and rotates on the exam bed and gets up and down without problem and walks on her toes and occasionally appears to be in some pain but not consistently related to activities.
Mental Status: normal orientation, memory, attention, speech and language
Appropriate fund of knowledge with history provided
Cranial Nerves:
II-normal visual fields
optic discs: no edema, distal vessels OK (nondilated)
III,IV,VI- EOMs full, no nystagmus, pupils equal, react to light
V-normal facial sensation
VII- normal facial movement
VIII- normal hearing
IX,X-palate midline, voice normal
XI- normal shoulder shrug and head turn
XII-tongue midline
Motor: normal strength and muscle tone in arms and legs, no arm drifts
DTR: symmetric, 2/4 biceps, triceps, brachialis, 3/4 patella, 2/4 Achilles
Sensory: normal in arms and legs to touch, temperature and vibration.
Coordination: normal in arms and legs
Gait/Station: normal toes, heels, negative Romberg
Heart: regular rhythm, no murmurs appreciated, Intact carotid pulse bilaterally
Peripheral Vascular: no edema, distal pulses present in extremeties

I am unsure about the etiology of the patient's persistent right leg pain unless she has persistent neuropathic pain from a previous radiculopathy before she had her lumbar radicular surgery. Her pelvic pain is not well explained and she demonstrates no remarkable weakness or reflex abnormalities on my examination today. I will check her nerves and consider a brief imaging study of her cervical spine to confirm no stenosis in the setting of her mildly brisk reflexes in her bladder complaints although her bladder complaints may be attributed to her spinal cord stimulator. I provided her with educational information about migraines and discussed the importance of considering eventual discontinuation of nicotine which could sensitize her paraspinal muscles to chronic pain issues. She may eventually benefit from visiting with a psychiatrist to optimize her mood medication.

**IMPRESSION:**

1. Radicular pain in the right leg with chronic lower back pain issues and no obvious anatomic pathology

on CT myelogram with chronic pain medication and stimulator, The patient reports a positive discogram
2. Antalgic gait with complaints of bladder urgency, depression obesity, chronic nicotine use
3. Episodic migraines

**PLAN:** My plan for evaluation and management outlined below.
The written plan was also provided for the patient today outlining these points.
1. Expand lab work to complement studies recently completed by primary care
2. Plan CT scan of the cervical spine-MRI could not be completed because of spinal cord stimulator
3. Plan nerve conduction study of the lower extremities and EMG
4. Reference to a book for episodic headache management was provided
5. Consideration of a pelvic floor specialist could be considered Lori Wasserburger, M.D.
I look forward to discussing these results and seeing the patient in follow-up in EMG lab and 5 weeks.
They have been instructed to contact me if they have worsening symptoms or new neurological issues.
It is a pleasure to participate in their care.

cc: Judson Cook, M.D.
Richard DeBehnke, M.D.

**Is the patient allergic to iodine?** No
**Does the patient have a pacemaker?** No
**NEW ORDERS:**

1. **Order:** CONSULT 4 (NON MEDICARE) **Type:** service **Code:** CPT-99244
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

2. **Order:** SCHEDULE RETURN VISIT **Type:** service **Code:** -RV
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Order Comments:** Return Visit in (include reason): EMG and 5 weeks

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

3. **Order:** PT HAS LAB TODAY **Type:** service **Code:** -LABTDY
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

4. **Order:** B-12 **Type:** test **Code:** 82607
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

5. **Order:** CPK **Type:** test **Code:** 82550
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

6. **Order:** Hemoglobin A1C (HgbA1C)*** **Type:** test **Code:** 83036
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

7. **Order:** Sed Rate **Type:** test **Code:** 85652
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

8. **Order:** Vitamin D 25 Hydroxy **Type:** test **Code:** 82306
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

9. **Order:** Protein Electrophoresis Serum w Refl Imm **Type:** test **Code:** 915239
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** LAB ADC LAB
**Authorizing Provider:** Patrick C Nolan MD

10. **Order:** PT NEEDS EMG **Type:** service **Code:** -SCHEMG
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)

**Service Provider:**

**NITA M FABRE** Home: ( Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**Authorizing Provider:** Patrick C Nolan MD

11. **Order:** MRI cervical spine wo contrast **Type:** test **Code:** CPT-72141
**Diagnosis:** GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Priority:** normal
**Service Provider:** Imaging Center ADC Imaging Center **Appointment Phone:** 512-901-8729
**Authorizing Provider:** Patrick C Nolan MD

12. **Order:** CT Spine Cervical without Contrast **Type:** test **Code:** CPT-72125
**Diagnosis:** LUMBAR RADICULOPATHY~GAIT DISTURBANCE~FATIGUE~LAMINECTOMY LUMBAR HX OF~DEPRESSION SITUATIONAL MILD (ICD-724.4~ICD-781.2~ICD-780.79~ICD-V45.89~ICD-309.0) (ICD10-M54.16~ICD10-R26.9~ICD10-R53.83~ICD10-Z98.89~ICD10-F43.21)
**Order Comments:** Cancel MRI- patient has a spinal stimulator
**Priority:** normal
**Service Provider:** Imaging Center ADC Imaging Center **Appointment Phone:** 512-901-8729
**Authorizing Provider:** Patrick C Nolan MD

Patient Visit Summary provided to patient during office visit.

**Electronically Signed by Patrick C Nolan MD on 06/22/2016 at 12:06 PM**
**Electronically Signed by Richard D DeBehnke MD on 06/26/2016 at 9:20 AM**

**NITA M FABRE** Home: Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/22/2016 - Lab Report: Clinical Pathology Serum**
**Provider: Patrick C Nolan MD**
**Location of Care: The Austin Diagnostic Clinic**

Patient: NITA M FABRE
ID: HarvestLIS 1069535
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Clinical Pathology Serum (914933)
! APResult AP results

Final Clinical Pathology Report
---------------------------------------------------------------
Impression
SERUM PROTEIN ELECTROPHORESIS:
Normal protein content and distribution. No monoclonal protein is detected.

Signed: Robert Stern MD 6/24/2016
Robert Stern, MD

CPT Codes: 84165-26
ICD Codes: R26.9, M54.16, G43.119, F43.21

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 06/24/2016 4:36 PM

---

(1) Order result status: Final
Collection or observation date-time: 06/22/2016 12:02:20
Requested date-time:
Receipt date-time: 06/22/2016 12:04
Reported date-time: 06/24/2016 16:36
Referring Physician:
Ordering Physician: Patrick C Nolan (PNOLAN01)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7186446-01
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

-----------------

The following results were not dispersed to the flowsheet:

APResult, AP results, (F)

**Electronically Signed by Patrick C Nolan MD on 06/25/2016 at 8:41 AM**

---

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/22/2016 - Lab Report: SPE W/REFLEX IMMUNOFIX**
**Provider: Patrick C Nolan MD**
**Location of Care: The Austin Diagnostic Clinic**

Patient: NITA M FABRE
ID: HarvestLIS 1069535
Note: All result statuses are Final unless otherwise noted.

Tests: (1) SPE W/REFLEX IMMUNOFIX (915239)

| | | | |
|---|---|---|---|
| Total Protein | | 7.0 g/dL | 6.1-8.3 |
| Albumin | | 3.7 g/dL | 3.2-5.5 |
| % Albumin | | 52 % | |
| Globulin | | 3.3 g/dL | 2.0-3.8 |
| AG Ratio | [L] | 1.1 Ratio | 1.2-1.9 |
| Alpha-1 | | 0.2 g/dL | 0.1-0.3 |
| % Alpha-1 | | 4 % | |
| Alpha-2 | | 0.8 g/dL | 0.5-1.0 |
| % Alpha-2 | | 11 % | |
| Beta | | 1.1 g/dL | 0.8-1.3 |
| % Beta | | 15 % | |
| Gamma | | 1.2 g/dL | 0.5-1.4 |
| % Gamma | | 17 % | |

! SPE/IFE Interpretation
"Result Below..."
RESULT: See Final Clinical Pathology Report

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 06/27/2016 8:43 AM

---

(1) Order result status: Final
Collection or observation date-time: 06/22/2016 12:02:20
Requested date-time:
Receipt date-time: 06/22/2016 12:04
Reported date-time: 06/27/2016 08:43
Referring Physician:
Ordering Physician: Patrick C Nolan (PNOLAN01)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7186446
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

**Electronically Signed by Patrick C Nolan MD on 06/27/2016 at 8:45 AM**

---

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/22/2016 - Lab Report: HEMOGLOBIN A1C**
**Provider: Patrick C Nolan MD**
**Location of Care: The Austin Diagnostic Clinic**

Patient: NITA M FABRE
ID: HarvestLIS 1069535
Note: All result statuses are Final unless otherwise noted.

Tests: (1) HEMOGLOBIN A1C (83036)
Hemoglobin A1C % 5.3 % 4.0-6.0
According to American Diabetes Association Standards of Medical Care in Diabetes-2012, the following criteria are described:

5.7 to 6.4% - Criteria for those at risk for diabetes mellitus (pre-diabetes)
>= 6.5% - Criteria for the diagnosis of diabetes mellitus

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 06/22/2016 6:57 PM

---

(1) Order result status: Final
Collection or observation date-time: 06/22/2016 12:13:00
Requested date-time:
Receipt date-time: 06/22/2016 12:18
Reported date-time: 06/22/2016 18:55
Referring Physician:
Ordering Physician: Patrick C Nolan (PNOLAN01)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7186351
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

**Electronically Signed by Patrick C Nolan MD on 06/23/2016 at 7:02 AM**

---

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/22/2016 - Lab Report: VITAMIN D (25 HYDROXY), cpk CREATINE KINASE, VITAMIN B12**
**Provider: Patrick C Nolan MD**
**Location of Care: The Austin Diagnostic Clinic**

```
Patient: NITA M FABRE
ID: HarvestLIS 1069535
Note: All result statuses are Final unless otherwise noted.

Tests: (1) VITAMIN D (25 HYDROXY) (82306)
  25(OH) Vitamin D     [L]  24 ng/mL                  30-100
    New reference range as of 11/06/2015.

Vitamin D Status      25(OH)Vitamin D
                      Concentration Range (ng/mL)

Deficient             <20
Insufficient          20 - 29
Sufficient            30 - 100
Toxicity Alert Range  >100

Tests: (2) cpk CREATINE KINASE (82550)
 Creatine Kinase (CPK)
                            35 IU/L                   22-269

Tests: (3) VITAMIN B12 (82607)
  Vitamin B12               376 pg/mL                 180-914
Patient Note: Items were attached to this order: 82550, 36415, 82607

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 06/22/2016 7:05 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 06/22/2016 12:13:00
Requested date-time:
Receipt date-time: 06/22/2016 12:15
Reported date-time: 06/22/2016 19:04
Referring Physician:
Ordering Physician: Patrick C Nolan (PNOLAN01)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7186353
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic
Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758,
CLIA# 45D050548

(2) Order result status: Final
Collection or observation date-time: 06/22/2016 12:13:00
Requested date-time:
Receipt date-time: 06/22/2016 12:15
Reported date-time: 06/22/2016 18:42
Referring Physician:
Ordering Physician: Patrick C Nolan (PNOLAN01)
Specimen Source:
```

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

Source: HarvestLIS
Filler Order Number: 7186353
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

(3) Order result status: Final
Collection or observation date-time: 06/22/2016 12:13:00
Requested date-time:
Receipt date-time: 06/22/2016 12:15
Reported date-time: 06/22/2016 19:04
Referring Physician:
Ordering Physician: Patrick C Nolan (PNOLAN01)
Specimen Source:
Source: HarvestLIS
Filler Order Number: 7186353
Lab site: Unless otherwise specified, test performed at The Austin Diagnostic Clinic, 12221 North Mopac Expressway, 4th Floor, South Wing, Austin TX 78758, CLIA# 45D050548

**Electronically Signed by Patrick C Nolan MD on 06/23/2016 at 7:02 AM**

---

**06/23/2016 - Append: VITAMIN D (25 HYDROXY), cpk CREATINE KINASE, VITAMIN B12**
**Provider: Patrick C Nolan MD**
**Location of Care: The Austin Diagnostic Clinic**

Vitamin D is low.
Start taking 1000 Units a day.
Vitamin B-12 is low-normal.
Start taking 1000 mcg or 1 mg orally daily.

**Electronically Signed by Patrick C Nolan MD on 06/23/2016 at 7:02 AM**

---

**06/23/2016 - Append: VITAMIN D (25 HYDROXY), cpk CREATINE KINASE, VITAMIN B12**
**Provider: Leslie Poole RN**
**Location of Care: The Austin Diagnostic Clinic**

Attempted to reach patient. Left message to call back.

**Electronically Signed by Leslie Poole RN on 06/23/2016 at 11:39 AM**

---

**NITA M FABRE** Home: ( Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**06/23/2016 - Append: VITAMIN D (25 HYDROXY), cpk CREATINE KINASE, VITAMIN B12**
**Provider: Leslie Poole RN**
**Location of Care: The Austin Diagnostic Clinic**

Patient notified of results and verbalized understanding at this time. Added vitamin D and B-12 to medlist.

**Electronically Signed by Leslie Poole RN on 06/23/2016 at 1:17 PM**

---

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**07/12/2016 - Diagnostic Report Other: NEUROLOGY - Electrodiagnostic Study**
**Provider: Patrick C Nolan MD**
**Location of Care: Neurology**

## Electro Diagnostic Study

**Relevant History/Physical:** NITA FABRE is a 36-year-old female I recently evaluated with complaints of persistent right lower extremity pain proximally at the hip radiating down into the leg in the setting of possible positive discogram but no strong evidence of radicular issues after previous lumbar spine surgery, chronic antalgic gait, chronic nicotine use and episodic migraines.
The patient is cutting back on her nicotine and she did not yet obtain the book I suggested for her migraines. She will continue to pursue massage therapy and I have suggested that she also start co-Q10 supplementation. A CT scan of her cervical spine is fairly unremarkable.

Motor: normal strength and muscle tone in arms and legs, no arm drifts
DTR: symmetric, 2/4 biceps, triceps, brachialis, 3/4 patella, 2/4 Achilles
Sensory: normal in arms and legs to touch, temperature and vibration.
Coordination: normal in arms and legs
Gait/Station: normal toes, heels, negative Romberg

## Nerve Conduction Studies:

Right peroneal motor study was normal with amplitude of 5.7 millivolts (normal > 2 mv), distal latency 4.5 milliseconds (normal < 6.5 ms), conduction velocity 50 meters per second (normal > 44 m/s), and F response latency 46.8 milliseconds.

Right tibial motor nerve study was normal with amplitude of 18.5 millivolts (> 4 mv), distal latency 3.4 milliseconds (normal < 5.8 ms), conduction velocity 45 meters per second (normal > 41 m/s), and F response latency 45.3 milliseconds.

Right sural sensory study was normal with amplitude of 18.6 microvolts (normal > 6mcv), distal latency 3.9 milliseconds (normal < 4.0 ms), conduction velocity 50 meters per second

## Electromyography:

| | Resting | | | Activation | | |
|---|---|---|---|---|---|---|
| Muscle (Root/Nerve) | Pos. waves | Fibs. | Fas. | Recrt | Polyphasia | Amp |
| L- A. Tib (L4-5/peroneal) | None | None | None | NL | NL | NL |
| L-SHBicp(L5-S1/per/Scitc) None | None | None | NL | NL | NL | |
| L-MG (S1-S2/tibial) | None | None | None | NL | NL | NL |
| L-VastusLat (L2,3,4/femoral) | None | None | None | NL | NL | NL |
| L- Gmed (L4-5/sup gluteal) | None | None | None | NL | NL | NL |
| R- A. Tib (L4-5/peroneal) | None | None | None | NL | NL | NL |
| R-SHBicp(L5-S1/per/Scitc)None | None | None | NL | NL | NL | |
| R-MG (S1-S2/tibial) | None | None | None | NL | NL | NL |
| R-VastusLat (L2,3,4/femoral) | None | None | None | NL | NL | NL |
| R- Gmed (L4-5/sup gluteal) | None | None | None | NL | NL | NL |
| R. Lumb Psp | None | None | NL | | | |

**Summary/Impression:** This is a normal electrodiagnostic study. There is no electrodiagnostic evidence of a distal peripheral polyneuropathy, right lower extremity plexopathy, radiculopathy, or

**NITA M FABRE** Home: Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

myopathy. Small fiber distal neuropathies can be missed on EMG/nerve conduction studies; however, the patient's symptoms are not terribly suspicious of this type of neuropathy on review of their complaints.

I will continue to work with the patient in regards to her neurologic issues including her headaches.

cc: Judson Cook, M.D.

**Electronically Signed by Patrick C Nolan MD on 07/12/2016 at 12:21 PM**

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**08/15/2016 - Operative Report: Procedure Note**
**Provider: Outside Doctor**
**Location of Care: The Austin Diagnostic Clinic**

Procedure Note
Op/Inv Proc Note - Brief
Originating Physician: Judson H Cook, MD
Referring Physician: Judson H Cook, MD
PCP: Richard D Debehnke, MD

ROUND ROCK MEDICAL CENTER (COCRK)
Op/Inv Proc Note - Brief
REPORT#:0815-0235 REPORT STATUS: Signed
REPORT INITIALIZATION DATE:08/15/16 TIME: 1458

PATIENT: FABRE,NITA MARIA UNIT #: D000532009
ACCOUNT#: D00025100252 ROOM/BED:
DOB: 12/17/79 AGE: 36 SEX: F ATTEND: Cook,Judson H MD
ADM DT: 08/15/16
SERVICE DT: 08/15/16 AUTHOR: Cook,Judson H MD

* ALL edits or amendments must be made on the electronic/computer document *

Op/Inv Proc Note - Brief
Pre-procedure diagnosis:
1) Chronic pain syndrome
2) Lumbar spondylosis and radiculopathy
3) Poorly functioning thoracic SCS pulse generator
Post-procedure diagnosis: same
Procedures performed:
Revision/replacement/relocation of pusle generator from thoracic SCS system
Primary Surgeon:
Judson H. Cook, MD
Assistant(s): none
Anesthesia: general anesthesia
Findings:
None specific
Complications: none
Estimated blood loss in ml's: 5cc
Specimens removed/altered: none
Drain(s): none
Disposition: PACU

Electronically Signed by Cook,Judson H MD on 08/15/16 at 1458

RPT #: 0815-0235
***END OF REPORT***

**Signed before import by Outside Doctor**
**Filed automatically on 08/15/2016 at 2:59 PM**

**NITA M FABRE** Home: ( Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**08/26/2016 - Office Visit: Neurology Return Visit**
**Provider: Patrick C Nolan MD**
**Location of Care: Neurology**

**RETURN VISIT**
**Department of Neurology**

**CHIEF COMPLAINT:** Return Visit: bilateral foot pain/numbness-worse today, lower back pain- spinal stim replacement 8.15.16, gait disturbance- worse- denies any recent falls, migraines-worse 2 episodes in the last month, mood-stable, vitamin D is low, vitamin B-12 is low-normal-supplementing

**HISTORY OF PRESENT ILLNESS:** NITA FABRE is a 36-year-old female with chronic right lumbar radicular pain with a pain stimulator that is recently been replaced, chronic antalgic gait, depression obesity chronic nicotine use and episodic migraines.

Nerve conduction testing demonstrated no obvious neuropathy.
I strongly suggested to the patient visiting with a psychiatrist and perhaps a psychologist to work with her stressors in the setting of her chronic pain issues as she continues to decrease her nicotine exposure which can worsen her paraspinal muscle pain. I am concerned about her mood and insight issues.
We have made recommendations about headache management and I provided her reference to a book which can be useful for headaches and she will consider visiting with a Physiatrist that specializes in pelvic floor pain issues.

**CURRENT MEDICATIONS:**
MAGNESIUM 200 MG TABS (MAGNESIUM) 1 tab by mouth once daily as needed
FLONASE 50 MCG/ACT SUSP (FLUTICASONE PROPIONATE) 2 sprays in each nostril two times a day
IMITREX STATDOSE SYSTEM 6 MG/0.5ML SOAJ (SUMATRIPTAN SUCCINATE) sq at onset of migraine
SINGULAIR 10 MG TAB (MONTELUKAST SODIUM) 1 po qd
BACLOFEN 20 MG TABS (BACLOFEN) 1 tab by mouth four times a day as needed
MOBIC 15 MG TABS (MELOXICAM) 1 by mouth once daily
OMEPRAZOLE 20 MG CPDR (OMEPRAZOLE) Take one capsule daily in AM on empty stomach.
PERCOCET TABS (OXYCODONE-ACETAMINOPHEN TABS) 15mg 1 tab by mouth three times a day as needed
VENLAFAXINE HCL 100 MG TABS (VENLAFAXINE HCL) Take 1 tab by mouth twice daily.
XOPENEX HFA 45 MCG/ACT AERO (LEVALBUTEROL TARTRATE) Take 2 puffs q 4-6 hrs as needed cough
MINOCYCLINE HCL 100 MG TABS (MINOCYCLINE HCL) by mouth twice daily
MOVANTIK 25 MG TABS (NALOXEGOL OXALATE) As directed
GABAPENTIN 300 MG CAPS (GABAPENTIN) One p.o. t.i.d.
ZOFRAN 8 MG TABS (ONDANSETRON HCL) 1 by mouth two times a day as needed for nausea
DURAGESIC-50 50 MCG/HR PT72 (FENTANYL) 1 patch
VITAMIN B-12 1000 MCG TABS (CYANOCOBALAMIN) 1 by mouth once daily
VITAMIN D 1000 UNIT TABS (CHOLECALCIFEROL) 1 tab daily
EQL COQ10 300 MG CAPS (COENZYME Q10) 1 tab once daily

**PAST HISTORY:**
history of L4-5 Disk Herniation

**NITA M FABRE** Home: Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

Cholecystectomy
Lumbar Laminectomy
Other Surgical History:Lumbar fusion L3-4-2008
Neurostim implant-2013
C-section -2007
Left knee repair-2003
VITAMIN D DEFICIENCY (ICD-268.9) (ICD10-E55.9)
GAIT DISTURBANCE (ICD-781.2) (ICD10-R26.9)
LUMBAR RADICULOPATHY (ICD-724.4) (ICD10-M54.16)
FATIGUE (ICD-780.79) (ICD10-R53.83)
POLYP OF NASAL SINUS, HX OF (ICD-471.8) (ICD10-J33.8)
CHRONIC RHINITIS (ICD-472.0) (ICD10-J31.0)
REFLUX, ESOPHAGEAL (ICD-530.81) (ICD10-K21.9)
PARADOXICAL VOCAL CORD MOVEMENT (ICD-478.5) (ICD10-J38.3)
TOBACCO ABUSE, HISTORY OF (ICD-305.1) (ICD10-F17.200)
ROSACEA (ICD-695.3) (ICD10-L71.9)
UNC BEHV NEO SKIN (ICD-238.2) (ICD10-D48.5)
IMPETIGO (ICD-694.0) (ICD10-L13.0)
CONTACT DERMATITIS&OTHER ECZEMA DUE UNSPEC CAUSE (ICD-692.9) (ICD10-L25.9)
HYPERHIDROSIS (ICD-780.8) (ICD10-R61)
DEGENERATIVE DISC DISEASE, LUMBAR SPINE (ICD-722.52) (ICD10-M51.36)
CONJUNCTIVITIS, ALLERGIC, SEASONAL (ICD-372.14) (ICD10-H10.10)
SHOULDER PAIN, LEFT (ICD-719.41) (ICD10-M25.519)
SHOULDER IMPINGEMENT SYNDROME (ICD-726.2) (ICD10-M75.40)
ALLERGIC RHINITIS CAUSE UNSPECIFIED (ICD-477.9)
MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS (ICD-346.01) (ICD10-G43.119)
LAMINECTOMY, LUMBAR, HX OF (ICD-V45.89) (ICD10-Z98.89)
ISCHEMIC HEART DISEASE, PREMATURE, FAMILY HX (ICD-V17.3) (ICD10-Z82.49)
OBESITY (ICD-278.00) (ICD10-E66.9)
MORTON'S NEUROMA, LEFT (ICD-355.6) (ICD10-G57.62)
DEPRESSION, SITUATIONAL, MILD (ICD-309.0) (ICD10-F43.21)
DYSURIA (ICD-788.1) (ICD10-R30.0)
!HCC - ASTHMA, CHRONIC OBSTRUCTIVE NOS (ICD-493.20) (ICD10-J44.9)

**REVIEW OF SYSTEMS:** The patient denies any fevers, chills, night sweats, abdominal or chest pain, skin rashes, joint pain, or any new neurologic symptoms associated with their presentation.
Their weight has increased 3 pounds since their last visit.
There have been no complaints of bowel or bladder dysfunction. There are also no complaints of double vision or blurry vision, hearing changes or problems speaking, sensation or ambulating.

**VITAL SIGNS:** BP: 128/80 Pulse: 72 Rhythm: regular Wt: 231

**NEUROLOGICAL EXAMINATION:** The patient is in no apparent distress. General physical exam is unremarkable.
The patient presents today in a walker although she reports that she was using a cane yesterday when she visited neurosurgery.
She is lying on the bed in my examination room and easily gets off the bed when we finished the appointment. There is an intact mental status with appropriate language, speech, and affect, as well as, long-term and short-term memory.
Cranial nerves demonstrate pupils reactive to light. Ocular muscles intact. Visual fields full to confrontation. They demonstrate normal facial sensation and symmetric facial activation. There is good strength at the trapezius and sternocleidomastoid, and palate rises with tongue midline.

Motor: normal strength and muscle tone in arms and legs, no arm drifts
DTR: symmetric, 2/4 biceps, triceps, brachialis, 3/4 patella, 2/4 Achilles
Sensory: normal in arms and legs to touch, temperature and vibration.
Coordination: normal in arms and legs
Gait/Station: She is ambulating on a walker but can take a few steps on her toes.
Peripheral Vascular: no edema, distal pulses present in extremeties

**IMPRESSION:**
1. Chronic radicular pain and lower back pain with a spinal cord stimulator
2. Antalgic gait, depression, obesity and chronic nicotine use
3. Episodic migraines

**PLAN:** My plan for evaluation and management outlined below.
The written plan was also provided for the patient today outlining these points.
1. Visit with psychiatry and consider a visit with psychology
2. Continue with pain management and physical therapy and consider physiatry for pelvic floor issues
3. Recommendations for made today about managing headaches.

I look forward to discussing these results and seeing the patient in follow-up in 6 months
They have been instructed to contact me if they have worsening symptoms or new neurological issues.
It is a pleasure to participate in their care.

cc: Judson Cook, M.D.
Richard DeBehnke, M.D.

**Is the patient allergic to iodine?** No
**Does the patient have a pacemaker?** No
**NEW ORDERS:**

1. **Order:** ESTAB. PATIENT OFC VISIT LEVEL 3 **Type:** service **Code:** CPT-99213
**Diagnosis:** VITAMIN D DEFICIENCY~GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-268.9~ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-E55.9~ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

2. **Order:** SCHEDULE RETURN VISIT **Type:** service **Code:** -RV
**Diagnosis:** VITAMIN D DEFICIENCY~GAIT DISTURBANCE~LUMBAR RADICULOPATHY~MIGRAINE W/AURA W/INTRACT W/O STATUS MIGRAINOSUS~DEPRESSION SITUATIONAL MILD (ICD-268.9~ICD-781.2~ICD-724.4~ICD-346.01~ICD-309.0) (ICD10-E55.9~ICD10-R26.9~ICD10-M54.16~ICD10-G43.119~ICD10-F43.21)
**Order Comments:** Return Visit in (include reason): 6 months

**Service Provider:**
**Authorizing Provider:** Patrick C Nolan MD

Patient Visit Summary provided to patient during office visit.

**NITA M FABRE** Home: Work: (
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**Electronically Signed by Patrick C Nolan MD on 08/26/2016 at 2:21 PM**
**Electronically Signed by Richard D DeBehnke MD on 08/30/2016 at 3:47 PM**

---

3Q277160033

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort.
## INVOICE

Invoice #: 0201589438
Date: 9/27/2016
Customer #: 1646346

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JOEL FITZGERALD<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7207<br>LONDON, KY 40742-7207 | JOEL FITZGERALD<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7207<br>LONDON, KY 40742-7207 | AUSTIN DIAGNOSTIC CLINIC<br>12221 N MOPAC EXPRESSWAY<br>AUSTIN, TX 78758 |

**Requested By:** LIBERT LIFE ASSURANCE BOSTON **DOB:**
**Patient Name:** FABRE NITA

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 13 | 0.50 | 6.50 |
| Per Page Copy (Paper) 2 | 20 | 0.00 | 0.00 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 33.50 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 33.50 |
| Balance Due | | | 33.50 |

**Pay your invoice online at www.HealthPortPay.com**

**Please remit this amount : $ 33.50 (USD)**

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0201589438

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**

Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

3Q277160033

******AUTO**MIXED AADC 300
991 2 MB 0.419 000991

LIBERTY LIFE ASSURANCE BOSTON
JOEL FITZGERALD 6pgs
PO BOX 7207
LONDON, KY 40742-7207

*000600991K02*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may* or *may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

Dr. Higg

Part 1 of 3

23477.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. JEFFREY HIGGINBOTHAM<br>PAIN MANAGEMENT CONSULTANTS<br>101 W KOENIG LN<br>STE 100<br>AUSTIN TX 78751 |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

Joel - Patient request we send you all of her records, and she would have the Dr. sign this when she came in on 10/3. He will not be filling this out only signing. MO

↑↑

OV or

Fill out

or

refer out

This fax, and any attachments thereto, is intended only for the use o
privileged and/or confidential information. If you are not the intende
dissemination, distribution or copying of this fax, and any attachmen ... x in
error, please notify me by telephone at (800) 291-0112 and permane ... ntout
thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

Dear Dr. Jeffrey Higginbotham:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from May 6, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. _______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**OR**

2. _______ I defer restrictions and limitations to ______________________________.

(Please also print your name, sign, provide your specialty, and date below.)

**OR**

3. _______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

**Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

**OR**

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? ________________

***Key for Frequency (Definitions)***

***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)*

***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)*
***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)*

| Printed Name | Signature | Specialty | Date |
|---|---|---|---|

Please fax your response to **603-559-0370** by **September 21, 2016**.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291 0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to. Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

# PAIN MANAGEMENT CONSULTANTS PA

Jeffrey Higginbotham
101 W Koenig Lane Suite 100 Austin, TX 78751-1213
Phone: (512) 454-9426 Fax: (512) 454-7294

**Nita Fabre** DOB: (36 yrs. F)

Visit Date: 08/01/2016

**Race:** No race saved for patient
**Ethnicity:** No ethnicity for patient saved
**Preferred Language:** No language saved for patient

**Current Allergies:**
Latex
Morphine

**Current Medications:**
MONTELUKAST SODIUM 10 MG TABS -
OMEPRAZOLE 20 MG CPDR -
VENLAFAXINE HCL 100 MG TABS -
Skelaxin - 800 mg Q8
Neurontin - 300 mg TID
Mobic - 7.5 mg QD
Mirena - 20 mcg/24 hr (5 years)
Zantac - 150 mg QD
baclofen - 20 mg Q6
Movantik - 25 mg
vitamin B12-folic acid - 1,000-400 mcg QD
Vitamin D3 - 1,000 unit QD
CoQ-10 - 100 mg QD
oxycodone - 15 mg
Duragesic - 50 mcg/hr

**Vitals:**
Height: 67 in.
Weight: 224 lbs.
Respiration: 12
Temperature: 98.8
Pulse: 84
BP 1: 134 / 84
Sitting, left arm

**Family History**
FAMILY HISTORY: Rheumatoid arthritis Mother, Brother.
Heart Disease/Vascular Disease Father.
Stroke Father, Mother.
Hypertension Mother.

**Problem List:**

| Code | Description | Onset | Status | Status Date |
|---|---|---|---|---|
| G89.4 | Chronic pain syndrom | 07/31/2016 | Chronic | 07/31/2016 |
| M46.1 | Sacroiliitis, not el | 07/31/2016 | Chronic | 07/31/2016 |
| M47.897 | Other spondylosis, l | 07/31/2016 | Chronic | 07/31/2016 |
| M54.17 | Radiculopathy, lumbo | 07/31/2016 | Chronic | 07/31/2016 |
| M70.61 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M70.62 | Trochanteric bursiti | 07/31/2016 | Chronic | 07/31/2016 |
| M79.1 | Myalgia | 07/31/2016 | Chronic | 07/31/2016 |
| M96.1 | Postlaminectomy synd | 07/31/2016 | Chronic | 07/31/2016 |

**Chief Complaint:**Multi site pain.

**History of Present Illness:**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).
Since Last office visit:

PREVIOUS TREATMENTS TRIED: acupuncture, chiropractic therapy, physical therapy, TENS unitLUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI