

## Vitals *(Brittany Thames, MA-C; 06/09/2015 11:21 AM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 110 (Regular) **Resp.:** 16 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 120/80

### Review of Systems *(Brittany Thames, MA-C; 06/09/2015 11:24 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History Brittany Thames, MA-C 06/09/2015 11:24 AM

**Allergy**

Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion, pt hurting above level of fusion from L2-L4, recommend mbb/rftc at that level
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Alcohol Use: None
Illicit drug use: None
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 06/12/2015) Active - Hx Entry. (start: 6/12/15 end: 7/12/15 150560138856 prewriten ov/km 6/10 Supervising physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active - Hx Entry. (start 4/12/2015 end 7/11/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 06/12/2015) Active - Hx Entry. (start: 6/12/15 end: 7/12/15 150560138857 prewriten ov/km 6/10 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister
Skin Cancer: Father
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 06/09/2015 11:43 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture**
**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 06/09/201511:52 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT reports that her back and RLE pain has been severe lately and states that she can barely work due to pain and is in bed on most days; SCS helpful but continues to have persistent RLE pain; recommend pt proceed with TF LESI right L5, S1 in hopes to reduce her pain
Current Plans:

- Epidural Steroid Injection Transforaminal Lumbar (64483) ; Routine (right L5, S1)
- ESI info printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain but has not noticed much relief with lower back pain
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that lyrica helps with her pain but causes swelling; she would like to try gabapentin again to see if this helps (she was on this long ago but cannot recall why it was discontinued)
Current Plans:

- Discontinued Lyrica 50MG.
- Started Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 06/09/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 06/12/2015, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 06/12/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 05/12/2015 01:00 PM**

**NITA FABRE (DOB returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 05/12/2015 02:10 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (spasms), lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Pt reports doing better with PT. Wants an increase on meds though.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Chris Lindley, EMT-B; 05/12/2015 01:36 PM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 99.4 °F (Oral) **Pulse:** 96 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 144/84

**Review of Systems** *(KRISTY MARKELL, PA-C; 05/12/2015 01:46 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Chris Lindley, EMT-B 05/12/2015 07:51 AM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4)

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief but states that she has experienced an increase in back pain lately for which she attributes to coughing from illness

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Sleep: 4-6 hours of sleep
Current work status: Full-time Utilization Review Nurse
Exercise: daily
Illicit drug use: None
Tobacco use: Smoker 3-5 ciggs a day
Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/10/2015) Active - Hx Entry. (start 2/10/2015 end 5/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/13/2015 end 5/14/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 05/08/2015) Active - Hx Entry. (start: 5/13/15 end: 6/12/15 143230121408 prewritten OV/KM 5/12 Supervising physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/11/2015 end 5/12/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active - Hx Entry. (start 4/12/2015 end 7/11/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 05/08/2015) Active - Hx Entry. (start: 5/13/15 end: 6/12/15 143230121409 prewritten OV/KM 5/12 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother
Skin Cancer: Father
Cancer: Sister
Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 05/12/2015 02:07 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture**
**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 05/12/201504:34 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion, pt hurting above level of fusion from L2-L4, recommend mbb/rftc at that level
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
Current Plans:

- Medial Branch Block Lumbar (64493) ; Routine (bil L2, L3, L4 (pt fused at L4-L5))
- Facet Protocol info printed

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain but has not noticed much relief with lower back pain
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT requests to go back on oxycontin 30mg as she is experiencing more pain lately
Current Plans:

- Changed OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 05/12/2015, No Refill.
- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 05/12/2015, Ref. x2.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed. MAX: 4/day, #120, 30 days starting 05/12/2015, Ref. x2.
- Changed Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed. MAX: 3/day, #90, 30 days starting 05/12/2015, Ref. x2.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 05/12/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

*Sincerely,*

**KRISTY MARKELL PA-C**

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 04/08/2015 02:30 PM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 04/08/2015 03:08 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Pt reports that the lumbar epidural last month helped but c/o increase in back pain due to being sick with a cough.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Chris Lindley, EMT-B; 04/08/2015 02:50 PM)*

**Weight:** 225 lb **Height:** 67 In
**Temp.:** 98.8 ºF (Oral) **Pulse:** 96 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 132/88

**Review of Systems** *(Chris Lindley, EMT-B; 04/08/2015 08:10 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Chris Lindley, EMT-B 04/08/2015 08:10 AM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months but now radicular pain has returned, pt would like to have epidural repeated

**Other Medical History**
- Asthma
- Osteoarthritis
- Depression

**Social**
- Illicit drug use: None
- Alcohol Use: None
- Tobacco use: Smoker 3-5 ciggs a day
- Current work status: Full-time Utilization Review Nurse
- Exercise: daily
- Sleep: 4-6 hours of sleep

**Medications**
- Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/10/2015) Active - Hx Entry. (start 2/10/2015 end 5/11/2015 supervising physician, Jeffrey Higginbotham, MD)
- Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/13/2015 end 5/14/2015 supervising physician, Jeffrey Higginbotham, MD)
- OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 03/31/2015) Active - Hx Entry. (start: 04/13/15 end: 05/13/15 143230120157 Prewritten OV/KM 4/8 Supervising Physician Jeffrey Higginbotham, MD)
- Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/11/2015 end 5/12/2015 supervising physician, Jeffrey Higginbotham, MD)
- Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/12/2015) Active - Hx Entry. (start 01/12/15, end 04/12/15 LM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)
- OxyCODONE HCl (15MG Tablet 1-2 Oral every 12 hours prn pain. MAX: 4/day, Taken starting 03/31/2015) Active - Hx Entry. (start: 04/13/15 end: 05/13/15 143230120158 Prewritten OV/KM 4/8 Supervising Physician Jeffrey Higginbotham, MD)
- PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.
- Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
- Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
- Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
- Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.
- Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**
- Hypertension: Mother
- Cancer: Sister
- Rheumatoid arthritis: Mother, Brother
- Skin Cancer: Father
- Heart Disease/Vascular Disease: Father
- Stroke: Father, Mother
- Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**
- SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 04/08/2015 03:08 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture**
**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets, tenderness noted in the paravertebral muscles (exquisitely tender to palpation). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 04/08/201504:45 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief but states that she has experienced an increase in back pain lately for which she attributes to coughing from illness
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; pt reports that massage is helpful; perhaps, pt would benefit from PT with special emphasis on myofascial release
Current Plans:

- Referred to Physical, Therapy, (Undefined)

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that oxycontin along with oxycodone help manage her pain; pt reports that she only takes 2-3/day of oxycodone and does not need a refill as she has several pills leftover-will change rx to 3/day at next OV
Current Plans:

- Continued Mobic 15MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 04/08/2015, Ref. x2.
- Changed OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #1, 1 day starting 04/08/2015, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 04/08/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 03/11/2015 10:20 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 03/11/2015 11:14 AM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and weather changes. The symptoms are relieved by rest, lying down, stretching, change in position, walking, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt reports increased pain, and back spasm. Pt also suspects a tolerance to Baclofen.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Chris Lindley, EMT-B; 03/11/2015 11:04 AM)*

**Weight:** 220 lb **Height:** 67 in
**Temp.:** 99.4 °F (Oral) **Pulse:** 96 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 148/92

**Review of Systems** *(Chris Lindley, EMT-B; 03/11/2015 08:44 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Chris Lindley, EMT-B 03/11/2015 08:45 AM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Right L5 TF LESI on 10/2/2014--40% pain relief up to date

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4)

Myalgia and myositis (729.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Depression

Asthma

Osteoarthritis

**Social**

Current work status: Full-time Utilization Review Nurse

Tobacco use: Smoker 3-5 ciggs a day

Sleep: 4-6 hours of sleep

Exercise: daily

Illicit drug use: None

Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/10/2015) Active - Hx Entry. (start 2/10/2015 end 5/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/13/2015 end 5/14/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 03/14/2015) Active - Hx Entry. (start:3/14/15 end:4/13/15 143230119731 pre written KM OV 3/11/2015 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 02/10/2015) Active - Hx Entry. (start 2/11/2015 end 5/12/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/12/2015) Active - Hx Entry. (start 01/12/15, end 04/12/15 LM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1-2 Oral every 8 hours prn pain. MAX: 6/day, Taken starting 03/13/2015) Active - Hx Entry. (start: 3/13/15 end 4/12/15 143230119732 pre written KM OV 3/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father

Cancer: Sister

Rheumatoid arthritis: Mother, Brother

Stroke: Father, Mother

Osteoarthritis: Mother, Sister, Brother, Father

Heart Disease/Vascular Disease: Father

Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 03/11/2015 11:15 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture**
**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have Impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - Insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets, tenderness noted in the paravertebral muscles (exquisitely tender to palpation). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 03/11/201501:20 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months but now radicular pain has returned, pt would like to have epidural repeated
Current Plans:

- ESI TF lumbar (64483) ; Routine (right L5)
- ESI info printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
**Today's Impression:** Pt's last UDT positive for hydrocodone--pt admits to taking leftover hydrocodone. Pt counseled.
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that oxycontin along with oxycodone help manage her pain--pt reports that she only takes 3-4/day of oxycodone for btp (will change rx)
Current Plans:

- Changed OxyCODONE HCl 15MG, 1-2 Tablet IR every 12 hours prn pain. MAX: 4/day, #120, 30 days starting 03/13/2015, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 03/14/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 02/10/2015 02:45 PM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 02/10/2015 03:18 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

**Recheck of Past interventions-Medical is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair to good. The patient rates their functional status as poor to fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 0 out of 10. The patient rates their pain without medications as 5 out of 10. Updates include: (PT reports that the TPI last month was helpful. PT would like to discuss decreasing oxycontin as she thinks this is causing sedation.).**

**Recheck of Past surgical interventions are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Chris Lindley, EMT-B; 02/10/2015 02:52 PM)*

**Weight:** 217 lb **Height:** 67 in
**Temp.:** 98.6 ºF (Oral) **Pulse:** 90 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 138/76

**Review of Systems** *(Chris Lindley, EMT-B; 02/10/2015 09:45 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Chris Lindley, EMT-B 02/10/2015 09:46 AM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Right L5 TF LESI on 10/2/2014--40% pain relief up to date

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Exercise: daily
Illicit drug use: None
Alcohol Use: None
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/01/2014) Active - Hx Entry. (start 10/1/2014 end 12/30/2014 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 11/12/2014) Active - Hx Entry. (start 11/15/2014 end 2/13/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 02/12/2015) Active - Hx Entry. (start 02/12/15, end 03/14/15 142630138850 pre-written ov/KM 2/10 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 11/12/2014) Active - Hx Entry. (start 11/13/2014 end 2/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/12/2015) Active - Hx Entry. (start 01/12/15, end 04/12/15 LM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1-2 Oral every 8 hours prn pain. MAX: 6/day, Taken starting 02/03/2015) Active - Hx Entry. (start 02/11/15, end 03/13/15 1426301338851 pre-written ov/KM 2/10 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother
Cancer: Sister
Rheumatoid arthritis: Mother, Brother
Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 02/10/2015 03:18 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished and Well developed. patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable**
**Gait - Normal.**

**Integumentary**
**General Characteristics - Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture. Note: pt appears to have impetigo and is currently on abx**

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions , and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles, and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs, and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
Sensory
Light Touch: Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line) (along scar line). there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation) (exquisitely tender to palpation), SI joint-Left - no pain is elicited,
Range of motion: straight leg raise-Left - no pain produced, straight leg raise-Right - no pain produced, lateral flexion-Left - no pain produced, lateral flexion-Right - normal (0-40), lateral flexion-Right - no pain produced, extension - normal (0-25), extension - no pain produced, forward flexion - normal (0-60) and forward flexion - no pain produced .
Inspection/palpation: SI joint-Right - pain is elicited.
Right lower extremity - Inspection/palpation - no atrophy noted, and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted, and there is 5 out of 5 strength and tone.
Lower Extremity
Hip: Tenderness - 1+ (right greater trochanter) (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 02/11/201509:24 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Right L5 TF LESI on 10/2/2014--40% pain relief up to date
**Today's Impression:** PT reports that her back pain has improved since having RFTC L5, S1 on 11/20/2014
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT states that she has been very tired lately and thinks that oxycontin might be causing her to feel drowsy although she was started on remeron for depression by PCP which can cause sedation; remeron has been very helpful with depression; will try decreasing oxycontin to 20mg bid to see if this improves sedation; pt reports that she does not need a refill on oxycodone as she is only taking 3/day on avg and has plenty leftover
Current Plans:

- Changed OxyCONTIN 20MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 02/12/2015, No Refill.
- Continued Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed, #90, 30 days starting 02/10/2015, Ref. x2.
- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 02/10/2015, Ref. x2.
- Changed Baclofen 20MG, 1 (one) Tablet every six hours, as needed. MAX: 4/day, #120, 30 days starting 02/10/2015, Ref. x2.
- Continued OxyCODONE HCl 15MG, 1-2 Tablet IR every 8 hours prn pain. MAX: 6/day, #180, 30 days starting 02/10/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

*Sincerely,*

**KRISTY MARKELL PA-C**

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 12/08/2014 01:45 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 12/08/2014 02:21 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (Bil thoracic spasms), lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 6 out of 10. Updates include: (11/20/14 Bil RFTC L5, S1 - unable to tell final result from procedure yet although she states that she notices less back pain now. Initially, had increased pain x 2 weeks then pain gone 100% one morning. Now pain is back but it feels different. Overall, she thinks she's getting benefit. Will document long-term result at next visit. pt also having episodes of chest pain, palpitations. Supposed to be getting a holter monitor this week. Took dilaudid from an old rx of ours. Needs a different HC rx. Insurance will no longer cover HC compounded).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Debbie Haro, RN; 12/08/2014 02:03 PM)*

**Weight:** 210 lb **Height:** 67 in
**Temp.:** 98.6 ºF (Oral) **Pulse:** 106 (Regular) **P. OX:** 98% (Room air)
**BP:** 118/68

**Review of Systems** *(KRISTY MARKELL, PA-C; 12/08/2014 02:17 PM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Present- Chest Pain and Rapid Heart Rate. Not Present- Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

Debbie Haro, RN 12/08/2014 04:12 PM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Sleep: 4-6 hours of sleep
Exercise: daily
Illicit drug use: None
Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/01/2014) Active - Hx Entry. (start 10/1/2014 end 12/30/2014 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 11/12/2014) Active - Hx Entry. (start 11/15/2014 end 2/13/2015 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 12/13/2014) Active - Hx Entry. (START: 12/13/2014 END: 1/12/15 141350137992 prewritten KM 12/8/14 Supervising Physician Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 12/14/2014) Active - Hx Entry. (START: 12/14/14 END: 1/13/15 141350137991 prewritten KM 12/8/14 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 11/12/2014) Active - Hx Entry. (start 11/13/2014 end 2/11/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 10/14/2014) Active - Hx Entry. (start 10/14/2014 end 1/12/2015 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.
Krill Oil (300MG Capsule, 1 Oral daily, Stopped taking 12/08/2014) Discontinued.
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father
Stroke: Father, Mother
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 12/08/2014 02:17 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - Insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 12/09/201404:52 PM)*
**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Right L5 TF LESI on 10/2/2014--40% pain relief up to date
**Today's Impression:** PT reports that her back pain has improved since having RFTC L5, S1 on 11/20/2014 although still dealing with some soreness in lower back--pt looks much better since last OV
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** Pt reports that the current regimen of oxycontin and hydrocodone help manage her pain; unfortunately, pt's insurance will no longer cover compounded hydrocodone anymore; will change pt to oxycodone 15mg 6/day for btp
Current Plans:

- Started OxyCODONE HCl 15MG, 1-2 Tablet IR every 8 hours prn pain. MAX: 6/day, #90, 15 days starting 12/08/2014, No Refill.
- Discontinued Hydrocodone-Docusate Sodium SR 15-50mg (ins. will no longer cover).
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 12/14/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 11/12/2014 01:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 11/12/2014 01:40 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (Right thoracic spasms), lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt advises of increased pain from cold weather. ).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Chris Lindley, EMT-B; 11/12/2014 01:31 PM)*

**Weight:** 205 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 102 (Regular) **Resp.:** 16 (Unlabored)
**BP:** 142/90

**Review of Systems** *(Chris Lindley, EMT-B; 11/12/2014 07:54 AM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History Chris Lindley, EMT-B 11/12/2014 07:54 AM

**Allergy**

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

Methadone HCl *ANALGESICS - OPIOID* []: Itching

Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Chronic pain syndrome (338.4 | G89.4)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Osteoarthritis

Asthma

Depression

**Social**

Exercise: daily
Illicit drug use: None
Alcohol Use: None
Current work status: Full-time Utilization Review Nurse
Sleep: 4-6 hours of sleep
Tobacco use: Smoker 3-5 ciggs a day

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/01/2014) Active - Hx Entry. (start 10/1/2014 end 12/30/2014 supervising physician, Jeffrey Higginbotham, MD)
Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/12/2014) Active - Hx Entry. (start 8/17/2014 end 11/15/2014 supervising physician, Jeffrey Higginbotham, MD)
Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 11/13/2014) Active - Hx Entry. (start 11/13/2014 end 12/13/2014 141350136835 prewriten ov/km 11/12 Supervising Physician Jeffrey Higginbotham, MD)
OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 11/14/2014) Active - Hx Entry. (START: 11/14/14 end 12/14/14 141350136834 prewriten ov/km 11/12 Supervising Physician Jeffrey Higginbotham, MD)
Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 10/14/2014) Active - Hx Entry. (start 10/14/2014 end 11/13/2014 supervising physician, Jeffrey Higginbotham, MD)
Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 10/14/2014) Active - Hx Entry. (start 10/14/2014 end 1/12/2015 supervising physician, Jeffrey Higginbotham, MD)
PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.
Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father
Cancer: Sister
Hypertension: Mother
Rheumatoid arthritis: Mother, Brother
Skin Cancer: Father
Stroke: Father, Mother
Heart Disease/Vascular Disease: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 11/12/2014 01:42 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral -** No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact -** Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour: -** Normal.
**Reflexes (Dermatomes): 2/2 Normal -** Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation -** no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 11/12/201401:58 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Right L5 TF LESI on 10/2/2014--40% pain relief up to date, pt reports that the severity of her pain has subsided greatly but still has persistent pain across lower back; MBB #2 bil L5, S1 on 10/30/2014 90% pain relief x 1 hour, recommend proceeding with rftc
Current Plans:
- RFTC lumbar (64635) ; Routine (bil L5, S1)
- RFTC & med protocol printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)- she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** Pt reports that the current regimen of oxycontin and hydrocodone help manage her pain; unfortunately, pt's insurance will no longer cover compounded hydrocodone anymore; will chaneg to either norco or oxycodone for btp at next OV; lyrica helpful as well
Current Plans:

- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 11/12/2014, Ref. x2.
- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 11/12/2014, Ref. x2.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 11/13/2014, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 11/14/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/14/2014 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 10/14/2014 01:32 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (Right thoracic spasms), lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

<u>Recheck of Past interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 3 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Feeling decreased pain from injections on 10/2/2014. Pt is upset today as her father is in intensive care after he was found unresponsive yesterday.).

<u>Recheck of Past surgical interventions</u> are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Debbie Haro, RN; 10/14/2014 01:15 PM)*

**Weight:** 215 lb **Height:** 67 in
**Temp.:** 99.4 °F (Oral) **Pulse:** 92 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 138/86

**Review of Systems** *(Debbie Haro, RN; 10/14/2014 07:53 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

Debbie Haro, RN 10/14/2014 07:55 AM

**Allergy**

- Latex Exam Gloves *MEDICAL DEVICES* []
- Methadone HCl *ANALGESICS - OPIOID* []: Itching
- Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

- Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
  wearing a SIJ belt 2-3 hrs during the day helps
- Encounter for therapeutic drug monitoring (V58.83 | Z51.81)
- Myalgia and myositis (729.1)
- Chronic pain syndrome (338.4 | G89.4)
- Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
- Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
  RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
  RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

- Depression
- Osteoarthritis
- Asthma

**Social**

Current work status: Full-time Utilization Review Nurse

Alcohol Use: None

Sleep: 4-6 hours of sleep

Tobacco use: Smoker 3-5 ciggs a day

Exercise: daily

Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/01/2014) Active - Hx Entry. (start 10/1/2014 end 12/30/2014 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/12/2014) Active - Hx Entry. (start 8/17/2014 end 11/15/2014 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 10/08/2014) Active - Hx Entry. (start 10/14/2014 end 11/13/2014 141350136331 prewritten ov/km10/14 Supervising Physician Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 10/15/2014) Active - Hx Entry. (START: 10/15/14 end 11/14/14 141350136330 prewritten ov/km10/14 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 09/09/2014) Active - Hx Entry. (start 9/9/2014 end 10/9/2014 called to voicemail CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother

Cancer: Sister

Skin Cancer: Father

Stroke: Father, Mother

Heart Disease/Vascular Disease: Father

Rheumatoid arthritis: Mother, Brother

Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/14/2014 04:53 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/15/201404:22 PM)*
**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Right L5 TF LESI on 10/2/2014--40% pain relief up to date, pt reports that the severity of her pain has subsided greatly but still has persistent pain across lower back; per Dr. Higginbotham, will try mbb at L5-S1 to see if this helps
Current Plans:

- MBB lumbar (64493) ; Routine (bil L5-S1)
- Facet Protocol info printed

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)- she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** Pt reports that the current regimen of oxycontin and hydrocodone help manage her pain; lyrica helpful as well
Current Plans:

- Restarted Mobic 15MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 10/14/2014, Ref. x2.
- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 10/14/2014, No Refill.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 10/14/2014, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 10/15/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***JEFFERY HIGGINBOTHAM M.D.***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/01/2014 10:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 10/01/2014 10:42 AM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain, crushing pain) and right leg (burning pain). The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient reports that her pain has increased over the past few days in her back. Unsure of what caused pain increase but is having trouble walking and getting out of bed).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Tifany Hensley, MA-C; 10/01/2014 10:16 AM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98 °F (Oral) **Pulse:** 90 (Regular) **Resp.:** 14 (Unlabored)
**BP:** 132/88

### Review of Systems *(Tifany Hensley, MA-C; 10/01/2014 08:02 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 10/01/2014 10:45 AM

### Allergy
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical
Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

### Other Medical History
Asthma
Osteoarthritis
Depression

**Social**

Tobacco use: Smoker 3-5 ciggs a day

Sleep: 4-6 hours of sleep

Exercise: daily

Illicit drug use: None

Alcohol Use: None

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/12/2014) Active - Hx Entry. (start 8/17/2014 end 11/15/2014 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 09/14/2014) Active - Hx Entry. (start 9/14/2014 end 10/14/2014 called to Justin Stonegate Pharmacy EXPEDITED Supervising Physician Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 09/15/2014) Active - Hx Entry. (START: 9/15/14 end 10/15/14 133290129344 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 09/09/2014) Active - Hx Entry. (start 9/9/2014 end 10/9/2014 called to voicemail CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 09/09/2014) Active - Hx Entry. (start 9/9/2014 end 10/9/2014 supervising physician, Jeffrey Higginbotham, MD)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother

Stroke: Father, Mother

Heart Disease/Vascular Disease: Father

Osteoarthritis: Mother, Sister, Brother, Father

Cancer: Sister

Hypertension: Mother

Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/01/2014 10:31 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/01/201410:56 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** PT reports that her back and RLE pain has flared up in the past week; pt reports that walking even short distances significantly increases her pain and c/o weakness in RLE as well; pt is using SCS 24/7 for which she states is helpful but still experiencing severe pain as well as muscle spasms in mid/lower back
Current Plans:

- ESI TF lumbar (64483) ; Routine (right L5)
- ESI info printed

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

- Bursa Trochanteric (20610) ; Routine (right)
- Patient Education: Bursitis: bursitis

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that increasing oxycontin 30mg bid has been helpful but causes some drowsiness; offered to change back to oxycontin 20mg but increase to tid dosing since it was only lasting 6-8 hours; pt would like to continue with current regimen for another month and then will decide
Current Plans:

- Continued Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed, #90, 30 days starting 10/01/2014, Ref. x2.
- Follow up by or before 10/14/2014 (meds).

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/09/2014 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 09/09/2014 04:44 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain, crushing pain) and right leg (burning pain). The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 5 out of 10. Updates include: (Patient reports that her pain is a lot better w/ current regimen, reports that there are times that she's forgetting to take her meds b/c she forgets about her pain).

Recheck of Past surgical Interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Tanya Rosenzweig, MA; 09/09/2014 01:25 PM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98.8 ºF **Resp.:** 12 (Unlabored)
**BP:** 110/80

### Review of Systems *(Tanya Rosenzweig, MA; 09/09/2014 10:53 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 09/09/2014 04:45 PM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Myalgia and myositis (729.1)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

### Other Medical History

Asthma
Osteoarthritis
Depression

**Social**

Illicit drug use: None
Current work status: Full-time Utilization Review Nurse
Alcohol Use: None
Sleep: 4-6 hours of sleep
Tobacco use: Smoker 3-5 ciggs a day
Exercise: daily

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/12/2014) Active - Hx Entry. (start 8/17/2014 end 11/15/2014 supervising physician, Jeffrey Higginbotham, MD)

Lyrica (75MG Capsule 1 (one) Oral three times daily, Taken starting 07/14/2014) Active - Hx Entry. (cx refills on prev rx* start 7/14/2014 end 8/13/2014 Called in to Ron @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 08/12/2014) Active - Hx Entry. (start 08/15/2014 end 09/14/2014 LM @ Stonegate Pharmacy 2501 W William Cannon Dr #203, Austin, TX 78745 (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 07/07/2014) Active - Hx Entry. (start 7/14/14 end 10/12/14 release to pt 7/13/14 e-filled Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 09/15/2014) Active - Hx Entry. (START: 9/15/14 end 10/15/14 133290129344 prewritten ov/km 9/9 Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 08/12/2014) Active - Hx Entry. (increasing to tid dosing)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father
Cancer: Sister
Skin Cancer: Father
Hypertension: Mother
Stroke: Father, Mother
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/09/2014 01:39 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture -** Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left -** no pain is elicited.
**Range of motion: forward flexion -** normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right -** normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation -** no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 09/09/201404:45 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1 on 5/1/2014 but reports that the last TF LESI on 6/2/2014 did not help at all and seemed to make her pain worse; reprogramming session was helpful--she reports good stimulation in RLE (60-70% pain relief with usage)
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that increasing oxycontin 30mg bid has been helpful but causes some drowsiness; offered to change back to oxycontin 20mg but increase to tid dosing since it was only lasting 6-8 hours; pt would like to continue with current regimen for another month and then will decide
Current Plans:

- Continued Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #90, 30 days starting 09/09/2014, No Refill.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 09/14/2014, No Refill.
- Started Mobic 15MG, 1 (one) Tablet daily for pain, #30, 30 days starting 09/09/2014, No Refill.
- Discontinued CeleBREX 200MG (not effective).
- Discontinued Lyrica 75MG (too drowsy).
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 09/15/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/12/2014 01:00 PM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 08/12/2014 04:41 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain, crushing pain) and right leg (burning pain). The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8-9 out of 10. Updates include: (PT is here today with St. Jude's rep for reprogramming session).

Recheck of Past surgical interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).



## Vitals *(Chris Lindley, EMT-B; 08/12/2014 01:10 PM)*

**Weight:** 205 lb **Height:** 67 in
**Temp.:** 98.6 ºF (Oral) **Pulse:** 96 (Regular) **Resp.:** 18 (Unlabored)
**BP:** 136/92

**Review of Systems** *(Chris Lindley, EMT-B; 08/12/2014 08:35 AM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 08/12/2014 05:08 PM

**Allergy**

Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)
Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
Myalgia and myositis (729.1)
Chronic pain syndrome (338.4 | G89.4)
Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps.
Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Alcohol Use: None

Current work status: Full-time Utilization Review Nurse

Tobacco use: Smoker 3-5 ciggs a day

Exercise: daily

Sleep: 4-6 hours of sleep

Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 05/12/2014) Active - Hx Entry. (start 5/19/2014 end 8/17/14 efilled)

Lyrica (75MG Capsule 1 (one) Oral three times daily, Taken starting 07/14/2014) Active - Hx Entry. (cx refills on prev rx* start 7/14/2014 end 8/13/2014 Called in to Ron @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 07/14/2014) Active - Hx Entry. (start 07/16/14 end 8/15/2014 *EXPEDITE* Called in to voicemail @ Stonegate Pharmacy - William Cannon 512-707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 07/07/2014) Active - Hx Entry. (start 7/14/14 end 10/12/14 release to pt 7/13/14 e-filled Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 08/16/2014) Active - Hx Entry. (START: 8/16/14 END: 9/15/14 133290128981 prewritten KM 8/12 MAIN Supervising Physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Capsule Oral two times daily, as needed, Taken starting 08/06/2014) Active - Hx Entry. (start 8/6/14 end 9/5/14 (using 75mg as well) called to voicemail CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother

Stroke: Father, Mother

Skin Cancer: Father

Heart Disease/Vascular Disease: Father

Rheumatoid arthritis: Mother, Brother

Osteoarthritis: Mother, Sister, Brother, Father

Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 08/12/2014 01:21 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - Insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 08/12/201405:08 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1 on 5/1/2014 but reports that the last TF LESI on 6/2/2014 did not help at all and seemed to make her pain worse; pt reports that SCS is offering good stimulation but feels that it needs to be reprogrammed to receive better stimulation along right lateral leg; pt c/o crushing/"pressure-like" pain--St. Jude's rep is here today to reprofram
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that taking lyrica 75mg helps but makes her very drowsy; lyrica 50mg helps but not as much as lyrica 75mg--pt is going to try taking 1 tablet of lyrica 50mg during the day and 2 tablets at night to see if this is more tolerable. PT also reports that oxycontin 20mg bid is not helping nearly as much as it used to and is waking up in the middle of the night due to pain; will increase to 30mg bid to see if this helps
Current Plans:

- Changed OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 08/16/2014, No Refill.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 08/12/2014, No Refill.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 08/12/2014, Ref. x2.
- Changed Lyrica 50MG, 1 (one) Capsule in the morning and 2 tablets in the evening. MAX:3/day, #1, 1 day starting 08/12/2014, No Refill.
- Follow up in 1 month or as needed

***KRISTY MARKELL PA-C***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 07/14/2014 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C* 07/15/2014 *08:13 AM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain), left hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9-10 out of 10. Updates include: (Pt has returned quantity of Dilaudid that she was given last month for breakthrough pain. She also would like to discuss increasing on Lyrica with KM today.).

Recheck of Past surgical Interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).



**Vitals** *(Brittany Staires, LVN; 07/14/2014 01:29 PM)*

**Weight:** 205 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 84 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/84

**Review of Systems** *(Brittany Staires, LVN; 07/14/2014 07:42 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 07/15/2014 08:15 AM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Sleep: 4-6 hours of sleep

Illicit drug use: None

Exercise: daily

Current work status: Full-time Utilization Review Nurse

Alcohol Use: None

Tobacco use: Smoker 3-5 cigs a day

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 05/12/2014) Active - Hx Entry. (start 5/19/2014 end 8/17/14 efilled)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 05/14/2014) Active - Hx Entry. (start 5/16/2014 end 8/14/2014 LMOM at CVS)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 06/16/2014) Active - Hx Entry. (start 6/16/2014, end 07/16/14 *EXPEDITE* LM at Stonegate Pharmacy - William Cannon 512-707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 07/07/2014) Active - Hx Entry. (start 7/14/14 end 10/12/14 release to pt 7/13/14 e-filled Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 07/17/2014) Active - Hx Entry. (start 7/17/14 end 8/16/14 133290128246 prewritten ov/KM 7/9/14 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hours as needed for exaccerbation of pain. MAX: 4/day, Taken starting 06/10/2014) Active - Hx Entry. (start 6/10/2014 end 6/15/2014 *FOR EXACCERBATION OF PAIN*--PT has several pills leftover 133290128032 Supervising Physician Jeffrey Higginbotham, MD)

**Family**

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Cancer: Sister

Osteoarthritis: Mother, Sister, Brother, Father

Skin Cancer: Father

Hypertension: Mother

Stroke: Father, Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 07/14/2014 01:55 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 07/15/201408:14 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1 on 5/1/2014 but reports that the last TF LESI on 6/2/2014 did not help at all and seemed to make her pain worse; pt reports that SCS is offering good stimulation but feels that it needs to be reprogrammed to receive better stimulation along right lateral leg
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for safety and compliance.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** We will increase lyrica to 75mg tid to see if this helps; pt still has leftover dilaudid--she only takes this when she has severe pain
Current Plans:

- Changed Lyrica 75MG, 1 (one) Capsule three times daily, #90, 30 days starting 07/14/2014, No Refill.
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 07/14/2014, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 07/17/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 06/10/2014 01:00 PM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C* 06/10/2014 *04:46 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip (primary pain), left hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5-10 out of 10. Updates include: (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series. ).

Recheck of Past surgical Interventions are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013 St. Jude).