

## Vitals *(Debbie Haro, RN; 06/10/2014 01:26 PM)*

**Weight:** 210 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 92 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 124/78

## Active History

KRISTY MARKELL, PA-C 06/10/2014 04:48 PM

**Allergy**

Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Chronic pain syndrome (338.4 | G89.4)

Myalgia and myositis (729.1)

Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date--pt is pleased with results and would like to have this repeated
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep
Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 06/06/2014) Active - Hx Entry. (start 06/06/14 end 07/06/14 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 05/12/2014) Active - Hx Entry. (start 5/19/2014 end 8/17/14 efilled)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 05/14/2014) Active - Hx Entry. (start 5/16/2014 end 8/14/2014 LMOM at CVS)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 05/14/2014) Active - Hx Entry. (start 5/17/2014 end 6/16/2014 LM to expedite at Stonegate Pharmacy Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 04/15/2014) Active - Hx Entry. (start 4/15/2014 end 7/14/2014 Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 06/17/2014) Active - Hx Entry. (start 6/17/14 end 7/17/14 133290127654 pre-written KM appt 6/10 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father

Skin Cancer: Father

Stroke: Father, Mother

Hypertension: Mother

Cancer: Sister

Heart Disease/Vascular Disease: Father

Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 06/10/2014 01:42 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets, tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 06/10/201404:48 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1 on 5/1/2014 but reports that the last TF LESI on 6/2/2014 did not help at all and seemed to make her pain worse; pt reports that SCS is offering good stimulation but feels that it needs to be reprogrammed to receive better stimulation along right lateral leg
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief, pt reports that it worsened her pain but states that the severity has decreased from last week
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain but c/o exaccerbation of pain since procedure-will prescribe a 5 day rx of dilaudid for exaccerbation of pain

Current Plans:

- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 06/16/2014, No Refill.
- Started Dilaudid 4MG, 1 (one) Tablet every 6 hours as needed for exaccerbation of pain. MAX: 4/day, #20, 5 days starting 06/10/2014, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 06/17/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 05/14/2014 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 05/14/2014 04:01 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

<u>Recheck of Past interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 3 out of 10. The patient rates their pain without medications as 7 out of 10. Updates include: (Patient reports recent injections have been helpful along with SCS).

<u>Recheck of Past surgical interventions</u> are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain;
05/01/14 R TFESI L5, 05/01/14 R IA HIP). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Monica Sanchez, MA-C; 05/14/2014 01:34 PM)*

**Weight:** 215 lb **Height:** 67 in
**Temp.:** 97.8 °F (Oral) **Pulse:** 88 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 120/78

**Review of Systems** *(Monica Sanchez, MA-C; 05/14/2014 01:34 PM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 05/14/2014 04:02 PM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

### Past Medical

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1)

Chronic pain syndrome (338.4 | G89.4)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up until the last week (about 2 months of pain relief), she would like to have this repeated (will schedule in late april/early may)
(hip bursa inj not as helpful as IA hip inj)

### Other Medical History

Depression
Asthma
Osteoarthritis

### Social

Alcohol Use: None
Exercise: daily
Illicit drug use: None
Sleep: 4-6 hours of sleep
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse

**Medications**

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/20/14 end 5/21/2014)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 02/15/2014) Active - Hx Entry. (start 2/15/2014 end 5/16/2014 release 2/14/14 LM@CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 04/15/2014) Active - Hx Entry. (start 4/17/2014 end 5/17/2014 LM to expedite @ Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 04/15/2014) Active - Hx Entry. (start 4/15/2014 end 7/14/2014 Supervising Physician J. Lowell Haro, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 05/12/2014) Active - Hx Entry. (start 5/19/2014 end 8/17/14 efilled)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 05/18/2014) Active - Hx Entry. (START: 05/18/14 END: 6/17/14 133290127532 prewritten KM 5/14 Supervising Physician Jeffrey Higginbotham, MD)

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister

Hypertension: Mother

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Skin Cancer: Father

Osteoarthritis: Mother, Sister, Brother, Father

Stroke: Father, Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 05/14/2014 01:38 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 05/14/201404:05 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Pt reports 40% pain relief up to date from TF LESI (right L5) #1on 5/1/2014--she would like to proceed with #2 in series; pt reports that SCS is offering good stimulation but feels that it needs to be reprogrammed to receive better stimulation along right lateral leg
Current Plans:
- ESI TF lumbar (64483) ; Routine (right L5)
- ESI info printed

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief up to date--pt is pleased with results and would like to have this repeated
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** xray of right hip-normal
Current Plans:
- IA hip (20610) ; Routine (right)
- Joint/IA & med protocol printed

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful

as well

Current Plans:

- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 05/14/2014, No Refill.
- Continued Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 05/14/2014, Ref. x2.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 05/18/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 04/15/2014 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C* 04/15/2014 *01:54 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat, cold and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Patient reports no changes).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Debbie Haro, RN; 04/15/2014 01:47 PM)*

**Weight:** 202 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 88 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 116/70

**Review of Systems** *(Debbie Haro, RN; 04/15/2014 08:31 AM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 04/15/2014 05:42 PM

**Allergy**
- Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
- Latex Exam Gloves *MEDICAL DEVICES* []
- Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**
- Chronic pain syndrome (338.4 | G89.4)
- Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up to date
- Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
- Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
- Myalgia and myositis (729.1)

**Other Medical History**
- Depression
- Asthma
- Osteoarthritis

**Social**
- Tobacco use: Smoker 3-5 ciggs a day
- Sleep: 4-6 hours of sleep
- Current work status: Full-time Utilization Review Nurse
- Exercise: daily
- Alcohol Use: None
- Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/20/14 end 5/21/2014)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/18/14 end 5/19/2014)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 02/15/2014) Active - Hx Entry. (start 2/15/2014 end 5/16/2014 release 2/14/14 LM@CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 03/18/2014) Active - Hx Entry. (start 3/18/2014 end 4/17/2014 LM to expedite @ Stonegate Pharmacy, 2501 W Williams Cannon #203, Austin, TX 78745 (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 03/16/2014) Active - Hx Entry. (START: 3/16/2014 END: 4/15/14 release: 3/15/14 CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 04/18/2014) Active - Hx Entry. (start 4/18/14 end 05/18/14 133290127201 prewritten for KM 04/15/14 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Stroke: Father, Mother

Skin Cancer: Father

Osteoarthritis: Mother, Sister, Brother, Father

Hypertension: Mother

Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 04/15/2014 01:56 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 04/15/201405:42 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up until the last week (about 2 months of pain relief), she would like to have this repeated (will schedule in late april/early may)
(hip bursa inj not as helpful as IA hip inj)
**Today's Impression:** xray of right hip-normal
Current Plans:

- IA hip (20610) ; Routine (right hip)
- Joint/IA & med protocol printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up until the last week (almost 3 months of pain relief)-she would like to have this repeated
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

- SI joint (27096) ; Routine (right)
- SI joint and med protocol printed

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well
Current Plans:

- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 04/15/2014, No Refill.
- Continued CeleBREX 200MG, 1 (one) Capsule daily, #30, 30 days starting 04/15/2014, Ref. x2.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 04/18/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Part 3 of 3 23477.

Dr. Higg

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

Date: September 7, 2016

To: DR. JEFFREY HIGGINBOTHAM
PAIN MANAGEMENT CONSULTANTS
101 W KOENIG LN
STE 100
AUSTIN TX 78751

Attn:

Fax: (512) 454-7294

From: Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

Total Pages
(Including Cover): 5

RE:

Claim #: 5557206
Claimant: Nita Fabre

Centene Management Company

Joel - Patient request we send you all of her records, and she would have the Dr. sign this when she came in on 10/3. He will not be filling this out only signing. NO

↑↑
OV or

Fill out
or
refer out

This fax, and any attachments thereto, is intended only 1 for the use o
privileged and/or confidential information. If you are not the intend
dissemination, distribution or copying of this fax, and any attachmer
error, please notify me by telephone at (800) 291-0112 an d permant
thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

Dear Dr. Jeffrey Higginbotham:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from May 6, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. ________ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**OR**

2. ________ I defer restrictions and limitations to ______________________________.

(Please also print your name, sign, provide your specialty, and date below.)

**OR**

3. ________ Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

**Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

**OR**

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? _______________

***Key for Frequency (Definitions)***

***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)*

***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)*
***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)*

| | | | |
|---|---|---|---|
| Printed Name | Signature | Specialty | Date |

Please fax your response to **603-559-0370** by **September 21, 2016**.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291 0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to. Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

Date 1/5/16

5557206
Claim Number

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 03/18/2014 01:00 PM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C* 03/18/2014 *01:09 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back (lower thoracic), lumbosacral area (primary pain) and sacral area. The back pain radiates to the right hip. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as good. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 4 out of 10. Updates include: (Patient reports no changes other than she is feeling pretty good today).

Recheck of Past surgical Interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Debbie Haro, RN; 03/18/2014 01:03 PM)*

**Weight:** 202 lb **Height:** 67 in
**Pulse:** 96 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 138/76
*no oral temp taken. drinking cold water*

**Review of Systems** *(Debbie Haro, RN; 03/18/2014 10:26 AM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 03/18/2014 01:14 PM

**Allergy**
- Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
- Latex Exam Gloves *MEDICAL DEVICES* []
- Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**
- Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up to date
- Chronic pain syndrome (338.4 | G89.4)
- Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
- Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
- Myalgia and myositis (729.1)

**Other Medical History**
- Asthma
- Depression
- Osteoarthritis

**Social**
- Current work status: Full-time Utilization Review Nurse
- Alcohol Use: None
- Illicit drug use: None
- Exercise: daily
- Tobacco use: Smoker 3-5 ciggs a day
- Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/20/14 end 5/21/2014)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 02/12/2014) Active - Hx Entry. (start 2/18/14 end 5/19/2014)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 02/15/2014) Active - Hx Entry. (start 2/15/2014 end 5/16/2014 release 2/14/14 LM@CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 02/12/2014) Active - Hx Entry. (start 2/13/2014 end 3/15/14 Spoke to Erica @ Stonegate Pharmacy, 2501 W Williams Cannon #203, Austin, TX (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 03/16/2014) Active - Hx Entry. (START: 3/16/2014 END: 4/15/14 release: 3/15/14 CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician J. Lowell Haro, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 03/19/2014) Active - Hx Entry. (start 3/19/14 end 4/18/14 131540133423 pre-written KM appt 3/18 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

Skin Cancer: Father

Cancer: Sister

Stroke: Father, Mother

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 03/18/2014 01:09 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(Debbie Haro, RN; 03/18/201401:53 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up to date
**Today's Impression:** xray of right hip-normal
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well

Current Plans:

- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 03/18/2014, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, #60, 30 days starting 03/19/2014, No Refill.
- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for safety and compliance.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 02/12/2014 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 02/12/2014 01:54 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area (Right Side/secondary) and sacral area. The back pain radiates to the right hip (Primary) and left hip. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s and heat (Back). The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 2 out of 10. The patient rates their pain without medications as 5 out of 10. Updates include: (PT reports decreased pain from TPI/IA hip inj).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Tifany Hensley, MA-C; 02/12/2014 01:47 PM)*

**Weight:** 211 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 82 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 130/88

**Review of Systems** *(Tifany Hensley, MA-C; 02/12/2014 07:46 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 02/12/2014 05:03 PM

**Allergy**

- Methadone HCl *ANALGESICS - OPIOID* []: Itching
- Latex Exam Gloves *MEDICAL DEVICES* []
- Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

- Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
- Chronic pain syndrome (338.4 | G89.4)
- Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
- Myalgia and myositis (729.1)
- Hip bursitis (726.5 | M70.70) ; RIGHT IA HIP INJ on 1/9/2014--65% pain relief up to date but would like to proceed with 3rd IA hip inj

**Other Medical History**

- Unspecified Diagnosis
- Osteoarthritis
- Depression
- Asthma

**Social**

- Exercise: daily
- Sleep: 4-6 hours of sleep
- Tobacco use: Smoker 3-5 ciggs a day
- Illicit drug use: None
- Current work status: Full-time Utilization Review Nurse
- Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 12/16/2013) Active - Hx Entry. (START 12/22/2013 end 02/20/14 efilled)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 12/16/2013) Active - Hx Entry. (start 12/20/2013 end 02/18/14 efilled)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 12/16/2013) Active - Hx Entry. (start 12/17/2013 end 2/15/2014)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 01/14/2014) Active - Hx Entry. (start 01/14/14 end end 2/13/2014 Spoke to Brittney @ Stonegate Pharmacy, 2501 W Williams Cannon #203, Austin, TX (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 12/16/2013) Active - Hx Entry. (start 12/16/2013 end 3/16/2014)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 02/17/2014) Active - Hx Entry. (start 02/17/14 end 3/19/14 131540132789 prewritten OV/KM 2/12 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Stroke: Father, Mother

Rheumatoid arthritis: Mother, Brother

Cancer: Sister

Heart Disease/Vascular Disease: Father

Skin Cancer: Father

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 02/12/2014 01:55 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 02/12/201405:03 PM)*
**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief up to date
**Today's Impression:** xray of right hip-normal
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1)**
**Today's Impression:** 40% pain relief from TPI L-spine on 1/30/2014
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well
Current Plans:
- Continued Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 02/15/2014, Ref. x2.
- Continued Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed, #90, 30 days starting 02/12/2014, Ref. x2.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 02/12/2014, Ref. x2.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER every 12 hrs, 60 Tab ER, 30 days starting 02/17/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 01/14/2014 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 01/14/2014 05:19 PM)*

The patient is a 34 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area (Right Side/secondary) and sacral area. The back pain radiates to the right hip (Primary) and right leg (Buttock/ tertiary through thigh). The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat (Back) and cold (Hip). The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 2 out of 10. The patient rates their pain without medications as 6 out of 10. Updates include: (Pt. states right SIJ/ IA Bursa R Hip has been helpful).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa ). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Kitty Bellenir; 01/14/2014 01:32 PM)*

**Weight:** 211 lb **Height:** 67 in
**Temp.:** 98.8 °F (Oral) **Pulse:** 90 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 132/94

### Review of Systems *(Kitty Bellenir; 01/14/2014 08:50 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 01/14/2014 05:20 PM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ (2nd hip inj)on 10/24/2013--excellent pain relief for 2 weeks but pain has returned; she reports that she has increased pain and sensitivity to touch lately along right hip bursa and right buttock and increased pain with walking; we will obtain a xray of right hip to r/o DJD- we will try a IA right hip inj to see if this offers better pain relief

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief but is now starting to wear off
wearing a SIJ belt 2-3 hrs during the day helps

### Other Medical History

Osteoarthritis

Depression

Asthma

### Social

Tobacco use: Smoker 3-5 ciggs a day

Illicit drug use: None

Current work status: Full-time Utilization Review Nurse

Alcohol Use: None

Exercise: daily

Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 12/16/2013) Active - Hx Entry. (START 12/22/2013 end 02/20/14 efilled)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 12/16/2013) Active - Hx Entry. (start 12/20/2013 end 02/18/14 efilled)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 12/16/2013) Active - Hx Entry. (start 12/17/2013 end 2/15/2014)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 12/13/2013) Active - Hx Entry. (start 12/13/13 end 01/12/14 called to michael Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 12/16/2013) Active - Hx Entry. (start 12/16/2013 end 3/16/2014)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 01/07/2014) Active - Hx Entry. (start 01/18/14 end 02/17/14 131540132444 pre-written ov/KM 1/14 Supervising Physician Jeffrey Higginbotham, MD)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

Skin Cancer: Father

Heart Disease/Vascular Disease: Father

Stroke: Father, Mother

Rheumatoid arthritis: Mother, Brother

Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 01/14/2014 01:59 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx **Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 01/14/201405:20 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT IA HIP INJ on 1/9/2014--65% pain relief up to date but would like to proceed with 3rd IA hip inj
**Today's Impression:** xray of right hip-normal
Current Plans:
- IA hip (20610) ; Routine (RIGHT)
- Joint/IA & med protocol printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief up to date (Pt is pleased with results) wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well
Current Plans:
- Continued Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 01/14/2014, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER Deter every 12 hrs, 60 Tab ER Deter, 30 days starting 01/18/2014, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 12/16/2013 10:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 12/16/2013 04:48 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position and medication/s. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as good. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 2 out of 10. The patient rates their pain without medications as 6 out of 10. Updates include: (Patient reports she continues with extending hip pain.).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa ). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Monica Sanchez, MA-C; 12/16/2013 10:34 AM)*

**Weight:** 211 lb **Height:** 67 in
**Temp.:** 96.8 ºF (Oral) **Pulse:** 86 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 110/68

### Review of Systems *(Monica Sanchez, MA-C; 12/16/2013 07:58 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 12/16/2013 04:49 PM

**Allergy**

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ (2nd hip inj)on 10/24/2013--excellent pain relief for 2 weeks but now pain has returned; she reports that she has increased pain and sensitivity to touch lately along right hip bursa and right buttock; pt currently taking ibuprofen with some relief-will give her samples (#6 pills) of celebrex 200mg qd to see if this helps--pt is aware of GI/MI/CVA risk
PT was instructed to contact our office or seek medical attention immediately if the pt experiences any adverse side effects such as difficulty breathing, swelling, etc with new medication.
*If celebrex fails to provide adequate relief or her symptoms worsen, may consider a medrol dose pack

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief up to date
wearing a SIJ belt 2-3 hrs during the day helps

Chronic pain syndrome (338.4 | G89.4)

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep
Tobacco use: Smoker 3-5 ciggs a day
Illicit drug use: None
Current work status: Full-time Utilization Review Nurse

**Medications**

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/17/2013) Active - Hx Entry. (START 10/23/13 END 12/22/2013)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 10/17/2013) Active - Hx Entry. (start 10/21/2013 end 12/20/2013)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 10/17/2013) Active - Hx Entry. (start 10/18/13 end 12/17/2013)

CeleBREX (200MG Capsule 1 (one) Oral daily, Taken starting 11/12/2013) Active - Hx Entry. (start 11/12/2013 end 12/12/2013)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 12/13/2013) Active - Hx Entry. (start 12/13/13 end 01/12/14 called to michael Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

OxyCONTIN (20MG Tab 12HR Deter 1 (one) Oral every 12 hrs, Taken starting 12/19/2013) Active - Hx Entry. (start 12/19/13, end 01/18/14 131540132074 pre-written ov/KM 12/18 Supervising Physician Jeffrey Higginbotham, MD)

Krill Oil (300MG Capsule 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father

Cancer: Sister

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Stroke: Father, Mother

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 12/16/2013 10:45 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+ (trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 12/16/201304:49 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief but is now starting to wear off
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:
- SI joint (27096) ; Routine (right)
- SI joint and med protocol printed

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ (2nd hip inj)on 10/24/2013--excellent pain relief for 2 weeks but pain has returned; she reports that she has increased pain and sensitivity to touch lately along right hip bursa and right buttock and increased pain with walking; we will obtain a xray of right hip to r/o DJD- we will try a IA right hip inj to see if this offers better pain relief
Current Plans:
- COMPLETE X-RAY OF HIP (73510) ; Routine (right--r/o osteoarthritis)
- IA hip (20610); Routine (right)
- Joint/IA & med protocol printed

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse/celebrex helpful as well

Current Plans:

- Continued Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 12/16/2013, Ref. x1.
- Continued CeleBREX 200MG, 1 (one) Capsule daily, #30, 30 days starting 12/16/2013, Ref. x2.
- Continued OxyCONTIN 20MG, 1 (one) Tab ER Deter every 12 hrs, 60 Tab ER Deter, 30 days starting 12/16/2013, No Refill.
- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for safety and compliance.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 11/12/2013 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 11/12/2013 01:58 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the shoulders (between shoulders), right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 3 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Patient reports no changes).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility.). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Tifany Hensley, MA-C; 11/12/2013 01:47 PM)*

**Weight:** 210 lb **Height:** 67 in
**Temp.:** 99.8 ºF (Oral) **Pulse:** 84 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 130/86

### Review of Systems *(Debbie Haro, RN; 11/12/2013 07:48 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 11/12/2013 03:09 PM

**Allergy**

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief up to date
wearing a SIJ belt 2-3 hrs during the day helps
Chronic pain syndrome (338.4 | G89.4)
Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ on 10/9/2013-70% pain relief up to-date--she would like to have this repeated (will check with Dr. Higginbotham)

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Illicit drug use: None
Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 10/17/2013) Active - Hx Entry. (START 10/23/13 END 12/22/2013)

OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral two times daily MAX: 2/day, Taken starting 11/19/2013) Active - Hx Entry. (start 11/19/13, end 12/19/13 131540131760 pre-written ov/KM 11/14)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 10/17/2013) Active - Hx Entry. (start 10/21/2013 end 12/20/2013)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 10/17/2013) Active - Hx Entry. (start 10/18/13 end 12/17/2013)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 11/06/2013) Active - Hx Entry. (start 11/06/13 end 12/06/13 LMVM Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Stroke: Father, Mother

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

Skin Cancer: Father

Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 11/12/2013 01:56 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 11/12/201303:07 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief up to date wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ (2nd hip inj)on 10/24/2013--excellent pain relief for 2 weeks but now pain has returned; she reports that she has increased pain and sensitivity to touch lately along right hip bursa and right buttock; pt currently taking ibuprofen with some relief-will give her samples (#6 pills) of celebrex 200mg qd to see if this helps--pt is aware of GI/MI/CVA risk PT was instructed to contact our office or seek medical attention immediately if the pt experiences any adverse side effects such as difficulty breathing, swelling, etc with new medication.
*If celebrex fails to provide adequate relief or her symptoms worsen, may consider a medrol dose pack
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that oxycontin and HC help manage her pain and allow her to work as a nurse
Current Plans:

- Started CeleBREX 200MG, 1 (one) Capsule daily, #30, 30 days starting 11/12/2013, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tablet ER two times daily MAX: 2/day, #60, 30 days starting 11/19/2013, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/17/2013 10:40 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C* 10/17/2013 *11:04 AM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as good. The patient rates their functional status as fair. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 1 out of 10. The patient rates their pain without medications as 5 out of 10. Updates include: (Patient reports great relief to date with SI Joint injection and Trochanteric Bursa injections. She reports that she is able to walk more comfortably now.).

Recheck of Past surgical interventions are described as the following:
Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility.). Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Brittany Staires, LVN; 10/17/2013 10:55 AM)*

**Weight:** 206 lb **Height:** 67 in
**Temp.:** 99.2 ºF (Oral) **Pulse:** 86 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 124/76

### Review of Systems *(Brittany Staires, LVN; 10/17/2013 08:13 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 10/17/2013 05:07 PM

**Allergy**

- Latex Exam Gloves *MEDICAL DEVICES* []
- Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
- Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

- Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
- Chronic pain syndrome (338.4 | G89.4)
- Hip bursitis (726.5 | M70.70)
- Sacroiliitis (720.2 | M46.1)

**Other Medical History**

- Asthma
- Osteoarthritis
- Depression

**Social**

- Alcohol Use: None
- Illicit drug use: None
- Current work status: Full-time Utilization Review Nurse
- Tobacco use: Smoker 3-5 ciggs a day
- Exercise: daily
- Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 09/23/2013) Active - Hx Entry. (START 9/23/13 - END 10/23/13)

OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 10/20/2013) Active - Hx Entry. (start 10/20/13 end 11/19/13 131540131192 pre-written KM appt 10/17 Supervising physician Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 09/21/2013) Active - Hx Entry. (start 09/21/13 end 10/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 09/20/2013) Active - Hx Entry. (start 09/18/2013 end 10/18/13 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 10/06/2013) Active - Hx Entry. (start 10/06/13 END 11/05/13 release date 10/05/13 called to pharm spoke to Ian. Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Baclofen (20MG Tablet, 1 Oral every six hours, Stopped taking 10/17/2013) Discontinued.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father

Cancer: Sister

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Stroke: Father, Mother

Hypertension: Mother

Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/17/2013 05:08 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight -** insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function -** appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation -** no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 1+.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/17/201305:08 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** pt reports that she is receiving much improved pain relief and good stimulation of RLE since last reprogramming session with Medtronic
pt recently went back to work as a nurse last week (on 10/11/2013)
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 10/9/2013 has offered excellent pain relief 75% pain relief up to date wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ on 10/9/2013-70% pain relief up to date--she would like to have this repeated (will check with Dr. Higginbotham)
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the lyrica helps with burning pain and states that she has less sedation with lyrica 50mg compared to lyrica 75mg; pt reports that she has been able to reduce oxycontin to bid dosing due to decreased pain
Current Plans:

- Changed OxyCONTIN 20MG, 1 (one) Tablet ER two times daily MAX: 2/day, #60, 30 days starting 10/20/2013, No Refill.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 10/17/2013, Ref. x1.
- Continued Skelaxin 800MG, 1 (one) Tablet every eight hours, as needed, #90, 30 days starting 10/17/2013, Ref. x1.
- Continued Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 10/17/2013, Ref. x1.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/01/2013 03:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 10/01/2013 05:42 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (a little). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Patient here to have paperwork for short-term disability completed. ).

Recheck of Past surgical interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).



**Vitals** *(Laura Rodriguez, MA; 10/01/2013 03:55 PM)*

**Weight:** 206 lb **Height:** 67 in
**Temp.:** 98.2 °F (Oral) **Pulse:** 68 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 130/74

**Review of Systems** *(Laura Rodriguez, MA; 10/01/2013 07:53 AM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 10/01/2013 05:48 PM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Chronic pain syndrome (338.4 | G89.4)

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Exercise: daily
Alcohol Use: None
Illicit drug use: None
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 09/23/2013) Active - Hx Entry. (START 9/23/13 - END 10/23/13)
OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 09/20/2013) Active - Hx Entry. (start 9/20/13 end 10/20/13 122960121028 pre-written KM appt 9/18 Supervising physician Jeffrey Higginbotham, MD)
Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 09/21/2013) Active - Hx Entry. (start 09/21/13 end 10/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Lyrica (50MG Capsule 1 (one) Oral three times daily, Taken starting 09/20/2013) Active - Hx Entry. (start 09/18/2013 end 10/18/13 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 09/06/2013) Active - Hx Entry. (start 09/06/13, end 10/06/13 LM @ Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)
Baclofen (20MG Tablet 1 Oral every six hours) Active - Hx Entry.
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Skin Cancer: Father
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/01/2013 05:17 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender

to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 2+ (RIGHT GTB).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/01/201305:48 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** she reports that she has an increase in pain with bending and sitting longer than 15 minutes at a time; she does not feel that she can go back to work due to back pain and has been off from work since 9/4/2013
PT reports that her SCS was reprogrammed just prior to visit today and notices some pain relief in RLE
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Today's Impression:** pt c/o terrible pain and is quite tender along right SIJ; she reports that wearing a SIJ belt helps some with the pain; recommend a right SIJ asap
Current Plans:
- SI joint (27096) ; Routine (RIGHT)

**Hip bursitis (726.5 | M70.70)**
**Today's Impression:** pt c/o persistent tenderness and pain along right greater trochanter-recommend a right hip bursa inj asap
Current Plans:
- Bursa Trochanteric (20610) ; Routine (RIGHT)
- Bursa info printed

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the lyrica helps with burning pain and states that she has less sedation with lyrica 50mg compared to lyrica 75mg
Current Plans:
- Follow up by 10/17/2013
- Paperwork completed.

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/18/2013 01:20 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 09/24/2013 11:52 AM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control. The pain is rated today as 5 out of 10. At its worst the pain is rated as 9 out of 10. At its best the pain is rated as 4 out of 10.

Additional reasons for visit:

Recheck of Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (a little). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Pt complains of left side abd muscular pain whend doing PT/stretching. Pt states that she will meet with St Jude again on Friday for a reprogram.).

Recheck of Past surgical Interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Monica Sanchez, MA-C; 09/24/2013 11:49 AM)*

**Weight:** 206 lb **Height:** 67 in
**Temp.:** 97.8 °F (Oral) **Pulse:** 64 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 122/78

**Review of Systems** *(KRISTY MARKELL, PA-C; 09/23/2013 09:36 AM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 09/24/2013 11:53 AM

**Allergy**
- Latex Exam Gloves *MEDICAL DEVICES* []
- Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
- Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**
- Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
- Chronic pain syndrome (338.4 | G89.4)

**Other Medical History**
- Osteoarthritis
- Depression
- Asthma

**Social**
- Tobacco use: Smoker 3-5 ciggs a day
- Exercise: daily
- Current work status: Full-time Utilization Review Nurse
- Sleep: 4-6 hours of sleep
- Illicit drug use: None
- Alcohol Use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 09/23/2013) Active - Hx Entry. (START 9/23/13 - END 10/23/13)

OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 09/20/2013) Active - Hx Entry. (start 9/20/13 end 10/20/13 122960121028 pre-written KM appt 9/18 Supervising physician Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, Taken 08/22/2013 to 09/24/2013) Discontinued - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Ambien CR (6.25MG Tablet ER, Taken 08/22/2013 to 09/24/2013) Discontinued - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Lyrica (75MG Capsule 1 (one) Oral three times daily, Taken starting 09/11/2013) Active - Hx Entry. (start 09/11/13 end 10/11/13 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 09/06/2013) Active - Hx Entry. (start 09/06/13, end 10/06/13 LM @ Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.

Hydrocodone-Docusate Sodium SR (2 Oral every six hours, Stopped taking 09/24/2013) Specific dose unknown - Discontinued. (15mg/50mg compounded by Stonegate pharm)

Baclofen (20MG Tablet 1 Oral every six hours) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister

Skin Cancer: Father

Rheumatoid arthritis: Mother, Brother

Heart Disease/Vascular Disease: Father

Osteoarthritis: Mother, Sister, Brother, Father

Stroke: Father, Mother

Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/23/2013 09:36 AM)*
**The physical exam findings are as follows:**

__General__
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

__Integumentary__
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

__Head and Neck__
__Head__ - normocephalic, atraumatic with no lesions or palpable masses.
__Face__
**Global Assessment** - atraumatic.

__Eye__
**Conjuctivae and lids** - normal to inspection bilaterally.

__ENMT__
__Global Assessment__
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

__Chest and Lung Exam__
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral -** No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation -** no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 09/24/201311:53 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** she reports that she has an increase in pain with bending and sitting longer than 15 minutes at a time; she does not feel that she can go back to work due to back pain and has been off from work since 9/4/2013
*Pt reports that she is still not receiving good stimulation of RLE pain with SCS despite having recent reprogramming session with St. Judes--she is to meet up with St. Judes rep next week for further troubleshooting
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the lyrica helps with burning pain in mid back but does make her feel very drowsy; we will lower dosage to 50mg to see if this improves sedation (if not, may consider gralise)
Current Plans:

- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 09/21/2013, No Refill.
- Changed Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 09/20/2013, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tablet ER every eight hours, #90, 30 days starting 09/20/2013, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications In Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications In Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/04/2013 09:00 AM**

**NITA FABRE (DOB: returns to the office today for a follow up visit.**

## History of Present Illness *(Debbie Haro, RN 09/04/2013 04:19 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control. The pain is rated today as 5 out of 10. At its worst the pain is rated as 9 out of 10. At its best the pain is rated as 4 out of 10.

Additional reasons for visit:

Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (a little). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 9 out of 10. The patient rates their pain without medications as 7 out of 10. Updates include: (new burning sensation midback ).

Past surgical interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).



## Vitals *(Heather Theurer, MA; 09/04/2013 08:47 AM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98.6 ºF (Oral) **Pulse:** 103 (Regular) **Resp.:** 12 (Unlabored) **P. OX:** 97% (Room air)
**BP:** 110/88

### Review of Systems *(Heather Theurer, MA; 09/04/2013 08:21 AM)*

**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History KRISTY MARKELL, PA-C 09/04/2013 02:18 PM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; S/P SCS St. Jude Paddle lead placement and subsequent revision
Chronic pain syndrome (338.4 | G89.4)

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Exercise: daily
Illicit drug use: None
Alcohol Use: None
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active - Hx Entry. (START 8/20/13 - END 9/19/13)
OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active - Hx Entry. (start 08/21/13 end 09/20/13 122960120730)
Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Ambien CR (6.25MG Tablet ER 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Baclofen (20MG Tablet 1 Oral every six hours) Active - Hx Entry.
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.
Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active - Hx Entry. (15mg/50mg compounded by Stonegate pharm)
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother
Skin Cancer: Father
Stroke: Father, Mother
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Heart Disease/Vascular Disease: Father
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/04/2013 08:56 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status -** Alert. **General Appearance -** Well groomed. **Orientation -** Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait -** Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function -** appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation -** there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender

to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(Debbie Haro, RN; 09/04/201304:35 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** xray of thoracic spine (normal lead wire at T8);pt reports that her back pain has calmed down a little since last visit; she reports that she still has persistent burning pain in mid back and is quite tender along scar line; she reports that she has an increase in pain with bending and sitting longer than 15 minutes at a time; she does not feel that she can go back to work due to back pain; we will obtain a CT of Thoracic spine with and without contrast DX: persistent back pain/hx of recent SCS lead wire revision
**pt reports that she is not receiving as good of stimulation in RLE as she was initially--she is to meet up with St. Jude's rep for reprogramming session soon
Current Plans:

- CT THORACIC SPINE W CONTRAST (72129) ; Routine (persistent back pain (hx of recent lead wire revision at T8-please rule out lead wire migration))
- Paperwork completed.

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the medrol dose pack seemed to help "a little" with her pain; she reports that the current pain medication is not helping with the burning pain in mid back--we will try pt on lyrica to see if this gives her some pain relief
Current Plans:

- Started Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 09/06/2013, No Refill.
- Started Lyrica 75MG, 1 (one) Capsule three times daily, #21, 7 days starting 09/04/2013, No Refill.
- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for safety and compliance.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), it is recommended to test every visit
- Follow up on 9/18/2013

spent 25 minutes counseling pt (discussing pain) and medications

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/27/2013 02:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 08/27/2013 03:20 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/12), other (Exacerbation of pain ) and date of onset was 08/2012 and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tingling, heavy and sharp pain. The back pain is described as being located in the upper back, lumbar area and lumbosacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, bending and other (contact). The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reason for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Burnett and Dr. Waldron), an orthopaedic surgeon (Dr. Josey ), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Richard Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA, River Ranch ) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough
Methadone---crawling skin restless ), muscle relaxants (Flexaril---mental changes
Soma---didn't work
Skelaxin---not strong enough) and neuromodulators (Neurontin---Rxn with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful. The patient has used a TENS unit and it has been helpful. A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient reports gradual worsening of back, right hip, and right leg pain since yesterday. Attempted to have PT done today but unable to tolerate any physical contact due to level of pain. Had been informed by PT to f/u with PMC today due to inflamation. ).



## Vitals *(Laura Rodriguez, MA; 08/27/2013 03:02 PM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98 ºF (Oral) **Pulse:** 72 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/84

**Review of Systems** *(KRISTY MARKELL, PA-C; 08/27/2013 03:07 PM)*
**Skin:** Not Present- Itching, Easy bruising and Jaundice.
**HEENT:** Not Present- Wears glasses/contact lenses, Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Not Present- Nausea, Vomiting, Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- Back Pain. Not Present- difficulty walking, arthritis, varicose veins and fractures.
**Neurological:** Not Present- Headaches, Seizures, Paralysis, Numbness, Weakness and Dizziness.
**Psychiatric:** Not Present- Trouble with "nerves", Considered suicide and Depression.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

KRISTY MARKELL, PA-C 08/27/2013 04:23 PM

**Allergy**

Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1)
Chronic pain syndrome (338.4 | G89.4)

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Alcohol Use: None
Sleep: 4-6 hours of sleep
Illicit drug use: None
Exercise: daily

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active - Hx Entry. (START 8/20/13 - END 9/19/13)

OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active - Hx Entry. (start 08/21/13 end 09/20/13 122960120730)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Ambien CR (6.25MG Tablet ER 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active - Hx Entry. (15mg/50mg compounded by Stonegate pharm)

Ambien (5MG Tablet, 1 Oral at bedtime, Stopped taking 08/27/2013) Discontinued.

Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister
Skin Cancer: Father
Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Heart Disease/Vascular Disease: Father
Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 08/27/2013 04:20 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt lying on her side/grimacing in pain **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender

to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 08/27/201304:23 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Today's Impression:** pt c/o severe back pain (burning pain) that radiates to RLE; she reports that she has had an increase in back pain since bending over to make her bed yesterday; pt also started work yesterday after being off of work for several weeks; Pt went to physical therapy today and was unable to perform any exercises with physical therapist, Jason; pt states that her pain is severe and that the SCS (St. Jude's) is helping some with RLE pain but not nearly as much as she would like; we will obtain a xray of thoracic spine to r/o lead wire migration
Current Plans:

- X-RAY OF THORACIC SPINE, 3 VIEWS (72072) ; Routine (pt has spinal cord stimulator-lead wires at T8-T9 r/o lead wire migration)

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that both oxycontin and compounded hydrocodone are not offering much relief since exaccerbation of back pain that occurred yesterday; Unfortunately, we are unable to administer a toradol shot (on back order); we will prescribe pt a medrol dose pack and have her RTC in 1 week for f/u
**pt asks about going back to work and is concerned that she she won't be able to since she her back pain worsens with prolonged sitting--we will allow a work excuse for 1 week but any further work excuses have to be approved by Dr. Higginbotham
Current Plans:

- Started Medrol (Pak) 4MG, 1 (one) Tablet use as directed, 1 QS, 6 days starting 08/27/2013, No Refill.
- Follow up in 1 week

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Initial Visit for NITA FABRE (DOB:

# Date of Service: 08/22/2013

**I had the pleasure of seeing this patient for an initial visit.**

**History of Present Illness** *(Shellie Nichols, MA 08/22/2013 01:58 PM)*

The patient is a 33 year old female who presents with a complaint of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg. The symptoms are aggravated by exertion, walking, rest, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, walking, medication/s, heat, cold and massage. The pain has been associated with numbness (Lateral aspect of RLE ) and weakness (Lateral aspect of RLE ). The pain is rated today as 5 out of 10. At its worst the pain is rated as 9 out of 10. At its best the pain is rated as 4 out of 10.

Additional reasons for visit:

Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has not been helpful (pads would not adhere properly ). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ).

Past surgical interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).

Transition into care is described as the following:
The patient most recently received care from another physician (Dr. Debehnke).