**Review of Systems** *(Shellie Nichols, MA; 08/22/2013 01:27 PM)*

**Skin:** Present- Easy bruising. Not Present- Itching and Jaundice.
**HEENT:** Present- Wears glasses/contact lenses. Not Present- Blindness Right Eye, Blindness Left Eye, Glaucoma, Blurred Vision, Hearing Loss and Ringing in the Ears.
**Respiratory:** Not Present- shortness of breath, Wheezing and Chronic Cough.
**Cardiovascular:** Not Present- Chest Pain, Heart attack, High blood pressure, Heart murmur, Arrhythmia and Valve disease.
**Gastrointestinal:** Present- Nausea and Vomiting. Not Present- Diarrhea and Constipation.
**Female Genitourinary:** Not Present- Painful Urination, Blood in Urine, Frequency, Kidney stones, Infection and Menstrual problems.
**Musculoskeletal:** Present- difficulty walking and arthritis. Not Present- varicose veins and fractures.
**Neurological:** Present- Headaches, Numbness, Weakness and Dizziness. Not Present- Seizures and Paralysis.
**Psychiatric:** Present- Trouble with "nerves" and Depression. Not Present- Considered suicide.
**Endocrine:** Not Present- Thyroid Problems and Hypoglycemia.

## Active History

Shellie Nichols, MA 08/22/2013 02:17 PM

**Allergy**

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Current work status: Full-time Utilization Review Nurse
Tobacco use: Smoker 3-5 ciggs a day
Alcohol Use: None
Illicit drug use: None
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active - Hx Entry. (START 8/20/13 - END 9/19/13)
OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active - Hx Entry. (start 08/21/13 end 09/20/13 122960120730)
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Baclofen (20MG Tablet 1 Oral every six hours) Active - Hx Entry.
Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active - Hx Entry. (15mg/50mg)
Ambien (5MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.
Ambien CR (6.25MG Tablet ER 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Skin Cancer: Father
Cancer: Sister
Heart Disease/Vascular Disease: Father
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 08/28/2013 06:16 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact -** Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour: -** Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight -** insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation -** no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left -** no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation -** no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 08/28/201306:16 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Improving post-op pain from SCS revision. After healing, will start to wean meds. Patient states she is ready to return to work
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
Current Plans:

- Started Ambien CR 6.25MG, 1 (one) Tablet ER at bedtime, as needed, #30, 30 days starting 08/22/2013, No Refill.
- Started Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 08/22/2013, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- FOLLOW UP IN 30 DAYS or sooner if needed

***Sincerely,***

***JEFFERY HIGGINBOTHAM M.D.***

ARA DIAGNOSTIC IMAGING

William Cannon
2601 W. William Cannon Dr., Bldg. 5
Austin, TX 78745
Ph (512) 940-7311
Fx (512) 940-7682
Web: www.ausrad.com

Patient: FABRE, NITA M

Exam Date: 06/29/2016

DOB:
Patient Age: 90
Patient Sex: F
ARA MR #: 1658020
Exam Status: Routine
Accession #: 23796345

At the Request of:
PATRICK C NOLAN MD
5145 RR 620 N
AUSTIN, TX 78732

cc: RICHARD DEBEHNKE MDcc: JEFFREY HIGGINBOTHAM MDcc: JUDSON COOK MD

CT CERVICAL SPINE WITHOUT CONTRAST: 6/29/2016

HISTORY: Migraines, neck stiffness, slight confusion.

COMPARISON: Post myelogram CT thoracic spine from 04/22/2016. CT head from St. David's Hospital dated 04/04/2008.

TECHNIQUE: Axial images of the cervical spine were obtained without contrast, with multiplanar reformats. Soft tissue and bone windows were displayed.

FINDINGS:
General Comments: There is a defect in the posterior arch of C1. The margins appear sclerotic. The overall appearance is similar to the prior exam from 2008. A developmental variation is favored rather than an old fracture.

No clear evidence of an acute fracture line in the cervical spine. Cervical vertebral body heights are preserved.

Alignment: There is slight reversal of normal cervical lordosis centered at C5-6, without listhesis. There is mild right to left deviation in the coronal plane centered at C5-6.

Craniocervical Junction: The cerebellar tonsils are normally positioned. The canal is patent. The atlantodental interval is not enlarged. There is some developmental hypertrophy of the anterior arch of C1.

C2-C3: Patent bony canal and foramina.

C3-C4: Patent bony canal and foramina.

C4-C5: Patent bony canal and foramina.

C5-C6: Minimal/mild canal stenosis is starting to occur due to shallow broad disc/osteophyte complex. The bony foramina are patent.

C6-C7: Patent bony canal and foramina.

C7-T1: Patent bony canal and foramina.

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by U.S. Mail.

Patient: FABRE, NITA M Exam Date: 06/29/2016

Other: The paraspinous soft tissues and visualized lung apices are unremarkable.

IMPRESSION:
1. Incomplete fusion of the posterior elements of C1, similar in appearance dating back to CT head from 04/04/2008. A developmental variation is favored rather than an old fracture.
2. Mild degenerative change at C5-C6 which shallow broad disc/osteophyte complex causing minimal/mild underlying canal stenosis. There is slight reversal of normal cervical lordosis and minimal right to left deviation centered at this level.

Results discussed with PATRICK C NOLAN, MD on 6/29/2016 2:19 PM.

Rajeev Shah, MD
Electronically Signed: 6/29/2016 2:19 PM

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by U.S. Mail.

# IMAGING SERVICES REPORT

## Seton Northwest

| CLINICAL INDICATIONS/HISTORY: | |
|---|---|
| POST LAMINECTOMY SYNDROME | Location: |
| | Patient: FABRE, NITA |
| | DOB: |
| | Age/Sex: 35 Y/ |
| | Account#: 728184256 |
| | Ordering Phys: Higginbotham, Jeffrey N, Pain Mgmt |

| MR Number | Film Date: |
|---|---|
| 000005569454 | 7/30/15 16:42 |

PROCEDURE AND ACCESSION NUMBER:

CT Spine Lumbar with Contrast, 7/30/15 16:42, #7933272

ACC #7933272: CT Spine Lumbar following discography: 7/30/2015 4:42 PM

HISTORY: POST LAMINECTOMY SYNDROME.

COMPARISON: Plain film examination dated 9/6/2012. Lumbar MRI dated 8/15/2012.

TECHNIQUE: Axial images of the lumbar spine were obtained after three level discography, with sagittal and coronal reformats. Soft tissue and bone windows were reviewed.

FINDINGS:

Morphology: There is no fracture or suspicious lesion. Vertebral heights are within normal limits.

Alignment: Alignment is within normal limits.

Disc Levels: The T10-T11, T11-T12, T12-L1 and L1-L2 levels are unremarkable. At L2-L3, contrast material is seen in the nucleus pulposus. No annular fissure is noted. No disc protrusion is seen. The central canal and neural foramina are adequate.

At L3-L4, contrast material is contained within the nucleus pulposus. No annular fissure is identified. No disc protrusion is noted. The neural foramina are adequate.

At L4-L5, there is evidence of prior anterior fusion. This appears solid.

At L5-S1, contrast material is seen in the nucleus pulposus. This may minimally extend to the posterior central disc margin which may indicate a small central annular fissure. Moderate left-sided and mild right-sided facet arthropathy is present.

Other: There is an intrauterine device within the uterus.

IMPRESSION:
Small posterior central annular fissure at L5-S1.

Prior lumbar fusion at L4-L5.

Joshua Abramowitz, MD

Electronically Signed: 7/31/2015 10:26 AM
Finalized: 7/31/2015 10:26 AM

# IMAGING SERVICES REPORT

## Seton Northwest

| CLINICAL INDICATIONS/HISTORY: | |
|---|---|
| POST LAMINECTOMY SYNDROME | Location:<br>Patient: FABRE, NITA<br>DOB:<br>Age/Sex: 35 Y/<br>Account#: 728184256<br>Ordering Phys: Higginbotham, Jeffrey N, Pain Mgmt |

| MR Number | Film Date: |
|---|---|
| 000005569454 | 7/30/15 16:42 |

CT Spine Lumbar with Contrast, 7/30/15 16:42, #7933272

Final Report

SETON

RIVER RANCH RADIOLOGY®

Patient:NITA FABRE
DOB 00:00
Patient ID:R171136
Exam Site:RRR PO

Exam Date:06 /22/2015 13:30
Referring Physician:
JEFFERY HIGGINBOTHAM MD

**PROCEDURE:** Lumbar myelogram

**CLINICAL HISTORY:** Prior lumbar fusion, 2008. Lumbar stimulator 2013 with persistent back pain into the right lower extremity with weakness.

**COMPARISON:** None.I will be happy to dictate an addendum if and when comparison studies become available.

**TECHNIQUE:** Informed consent was obtained from patient. Patient was prepped and draped in the usual sterile fashion. Lidocaine buffered bicarbonate utilized for local anesthesia. 25 gauge needle was advanced into the spinal canal via intralaminar space to the right of midline at the level of L3-4. Fluoroscopic guidance utilized. 15 cc of Isovue-M 200 were injected. Multiple images of the lumbar spine were obtained in the prone and upright position, including standing upright images using the lateral projection with hip flexion and hip extension.

**FINDINGS:** L4-5 anterior column hardware and graft material, solid-appearing fusion with no evidence of instability. No spondylolisthesis. No fracture. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space, a finding that is commonly seen at this level in asymptomatic individuals (physiologic) , but clinical correlation will be of value confirm or exclude S1 nerve irritation. Less than 20% front back canal compromise L3-4 and L5-S1. No compression of descending nerve roots at any level of the lumbar spine otherwise detected.

**IMPRESSION:**

**1. L4-5 solid-appearing fusion without evidence of instability. CT which follows will further assess hardware and fusion integrity.**

**2. Mild front back canal compromise L3-4 and L5-S1 without nerve root truncation. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space may**

**be physiologic, but could indicate nerve root irritation or inflammation. CT which follows will further assess spinal canal and neural exit foramen.**

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:08
ddt 06 /24/2015 00:08
tdt 06 /24/2015 00:08
transcriber Campbell^Scott^E^^MD

Key Images: 0

**Thank you for your referral.**

(512) 454-9597 · (800) 394-7226 · (512) 458-7449 (fax)

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

**THINK GREEN. THINK PACS.**

Save film and sign up today at pacs@riverranchradiology.com or pacs@senderoimaging.com.

RIVER RANCH RADIOLOGY®

Patient:**NITA FABRE**
DOB: 00:00
Patient ID:R171136
Exam Site:RRR PO

Exam Date:**06/22/2015 14:15**
Referring Physician:
JEFFERY HIGGINBOTHAM MD

PROCEDURE: CT SCAN LUMBAR SPINE POST MYELOGRAM

CLINICAL HISTORY: 2008 lumbar fusion and laminectomy. 2013 stimulator. June 2013 stimulator revision. Back pain and weakness of the right lower extremity

COMPARISON: None.I will be happy to dictate an addendum if and when comparison studies become available.

TECHNIQUE: 0.625 mm images performed from lower thoracic spine through the upper sacrum. 2 mm sagittal and coronal reconstructed data submitted. 2.5 mm axial reconstructed data submitted.

FINDINGS: Lumbar orthopedic hardware in place, L4-5 solid-appearing fusion by graft material and anterior hardware placed for fixation of graft material. The posterior column has not fused at the same level. No hardware loosening.

The conus terminates normally at T12-L1. No spondylolisthesis. No fracture. No aggressive nor destructive trabecular alteration. No paraspinous soft tissue pathology detected. Incidental note made of IUD within the uterine fundus. No complication of placement detected.

L5-S1: Mild/moderate facet arthropathy with 4 mm osteophytic spur projected towards the spinal canal off the facet joints contacts the dorsal right and left S1 nerves without mass effect, subarachnoid contrast still preserved around the descending right and left S1 nerves while supine. Disc bulge creates narrowing of fat around intraforaminal right and left L5 nerves without mass effect , not likely a source of nerve compression given no evidence of instability on loadbearing myelogram. No disc hernia.

L4-5: Postsurgical changes described above . No central canal stenosis. Fat preserved around the exiting nerve roots.

L3-4: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L2-3: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L1-2: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

IMPRESSION:
1. L4-5 solid-appearing anterior column fusion.

2. L5-S1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves while supine. There could be irritation of descending and exiting L5 nerves with load bearing.

3. See lumbar spine x-rays post myelogram dictation, for significance of weightbearing.

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:07
ddt 06 /24/2015 00:02
tdt 06 /24/2015 00:02
transcriber Campbell^Scott^E^^MD

Key Images:0

Thank you for your referral!

(512) 454-0597 · (800) 394-7226 · (512) 459-7440 (fax)

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

**AUSTIN RADIOLOGICAL ASSOCIATION**
Innovation Excellence Partnership

**WILLIAM CANNON**
(512) 346-7311

Patient **FABRE, NITA M**

Exam Date **26 Dec 2013**

DOB
ARA MR # 001658020
Exam Site WILLIAM CANNON
Site Phone # (512) 346-7311
Site Fax # (512) 346-7563
Exam Status Finalized
Accession # 14560398

Referring Physician MARKELL, KRISTY, PA
SUITE 100
100 W KOENIG LANE
AUSTIN, TX 78751

HIP, 2 VIEWS - RIGHT: 12/26/2013

CLINICAL HISTORY: Right hip pain.

COMPARISON: None available.

FINDINGS:
The visualized soft tissues, joints, and osseous elements are within normal limits, specifically without evidence of radiopaque foreign body, fracture, dislocation, or mass.

IMPRESSION:
Normal views of the right hip.

Ken Trevino, MD
Referring Physician Line (512) 454-3641
ka/11

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by U.S. Mail.

AUSTIN RADIOLOGICAL ASSOCIATION
Innovation Excellence Partnership

**WILLIAM CANNON**
(512) 346-7311

Patient: FABRE, NITA M

Exam Date: 05 Sep 2013

DOB
ARA MR #: 001658020
Exam Site: WILLIAM CANNON
Site Phone #: (512) 346-7311
Site Fax #: (512) 346-7582
Exam Status: Finalized
Accession #: 14253071

Referring Physician: HIGGINBOTHAM, JEFFREY, MD
101 WEST KOENIG LN
AUSTIN, TX 78751

CT THORACIC SPINE WITH CONTRAST 9/5/2013

HISTORY: Persistent back pain, spasm, evaluate leads.

COMPARISON: Thoracic radiographs 08/20/2013, MRI thoracic spine 08/15/2012

TECHNIQUE: Axial images of the thoracic spine were obtained after contrast administration, with sagittal and coronal reformats. Soft tissue and bone windows were displayed.

FINDINGS:
Morphology: There is no fracture or suspicious lesion. T8 and T9 partial laminectomies for spinal stimulator placement have been performed.
Alignment: Thoracic spinal alignment is normal.
Canal: There is no osseous central canal narrowing. The spinal stimulator enters the dorsal epidural space at T9-T10 and extends cephalad terminating at T8-T9 through T9-T10. Where visualized the wires are intact.
Foramina: There is no osseous foraminal stenosis.
Paraspinous soft tissue: 4.2 cm craniocaudal by 1.8 cm transverse by 2.0 cm AP fluid collection in the midline dorsal thoracic soft tissue from T10-T12.

IMPRESSION:
1. Appropriate appearance of the spinal stimulator terminating at T8-T9 through T9-T10.
2. 4.2 cm midline dorsal thoracic postoperative soft tissue fluid collection, nonspecific.

Bhairav Patel, MD
tp/li

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by U.S. Mail.

AUSTIN RADIOLOGICAL ASSOCIATION
Innovation Excellence Partnership

SOUTHWOOD
(512) 428-9090

Patient FABRE, NITA M    Exam Date 25 Apr 2013

DOB:
ARA MR #: [illegible]
Exam Site: SOUTHWOOD
Site Phone #: (512) 428-9090
Site Fax #: (512) 428-9584
Exam Status: Finalized
Accession # 13912231
13915695
cc: RICHARD DEBENKE MD

Referring Physician: RAMCHANDANI, AVANISH N. MD
2313 W BEN WHITE BLVD
AUSTIN, TX 78704

THORACIC SPINE AP AND LATERAL WITH SWIMMERS VIEW, ABDOMEN 1 VIEW 4/25/2013 1:18 PM

CLINICAL HISTORY: Electrical shock last night check leads.

COMPARISON: Thoracolumbar spine 2/3/12

FINDINGS:
Thoracic spine
AP, lateral, and swimmer's views were performed. There is no fracture or bone destruction. Disc heights are well-preserved. There is satisfactory bony alignment without listhesis. A spinal cord stimulator is in place with the lead tips at T8-T9, with no discontinuity of the leads.

Abdomen:
Supine view of the abdomen demonstrates surgical changes at L4-L5. No other bony abnormality is noted. The lung bases are clear. Surgical staples in the right upper quadrant are compatible with a prior cholecystectomy. A large amount of retained stool is seen within the colon. There is no evidence of obstruction. No abnormal calcifications are noted. An IUD projects over the pelvis.

IMPRESSION:
1. A spinal cord stimulator is in place with the lead tips at T8 - T9, with no discontinuity of the leads
2. No acute abnormality in the thoracic spine.
3. Large amount of stool within the colon, otherwise negative abdomen.

Shirley Chow, MD
[illegible]

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by U.S. mail.

ARA 1/14/2013 3:24:17 PM PAGE 1/001 Fax Server

**AUSTIN RADIOLOGICAL ASSOCIATION**
Innovation Excellence Partnership

**SOUTHWOOD**
(512) 428-9090

Patient: FABRE, NITA M    Exam Date: 14 Jan 2013

DOB
ARA MRN: [illegible]
Exam Site: SOUTHWOOD
Site Phone #: (512) 428-9090
Site Fax #: (512) 428-[illegible]
Exam Status: Finalized
Accession #: [illegible]

cc: RICHARD DEBEENKE MD

Referring Physician: GAMSK, ANDREA L, PA
2315 WEST BEN WHITE BLVD
AUSTIN, TX 78704

SACRUM AND/OR COCCYX, 3 VIEWS 1/14/2013

CLINICAL HISTORY: Tailbone pain for five days.

COMPARISON: Abdomen and pelvis CT from 6/30/11

FINDINGS:
Sacrum and coccyx are normal. There is no bone destruction. There has been L4-L5 fusion which appears stable. Intrauterine device has expected appearance.

IMPRESSION:
Unremarkable views of the sacrum and coccyx.

Carl Lonergan, MD
gdh

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and confidential. If you are not the intended recipient or that person's authorized agent, please destroy the report and notify us at [illegible].

Submission Date/Time 1/14/13 3:23 pm    Electronically Signed on 01/14/13 at 3:23 pm    Page 1 of 1

AUSTIN RADIOLOGICAL ASSOCIATION
Innovation Excellence Partnership

SOUTHWOOD
(512) 428-9090

Patient: FABRE, NITA M  Exam Date: 06 Sep 2012

| | | | |
|---|---|---|---|
| DOB: | | Referring Physician: | JOSHI, ANAND, MD |
| ARA MR #: | [illegible] | | 2313 BEN WHITE BLVD |
| Exam Site: | SOUTHWOOD | | AUSTIN, TX 78704 |
| Site Phone #: | (512) 428-9090 | | |
| Site Fax #: | (512) 428-[illegible] | | |
| Exam Status: | Finalized | | |
| Accession #: | 1[illegible]701 | | |

cc: RICHARD DEBENEDETTO MD

LUMBOSACRAL SPINE, AP LATERAL OBLIQUE WITH FLEXION AND EXTENSION 9/6/2012

CLINICAL HISTORY: Low back pain, getting increasingly worse over last year.

COMPARISON: 2/3/12

FINDINGS:
AP, oblique, standing lateral views in neutral, flexion and extension, and spot lateral views were performed. Intervertebral disc graft is noted at L4-5 with anterior anchor device in place. There is no fracture or bone destruction. Native disc heights are well-preserved. There is normal bony alignment. There is no motion with flexion or extension. The facets are normally aligned and the neural foramina are widely patent.

IMPRESSION:
Surgical changes L4-5. No evidence of instability.

Shirley Chow, MD
[illegible]

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by U.S. Mail.

# Procedure

## Sacroiliac Joint (27096)

NITA FABRE

**Final, Reviewed**
Diagnosis: Sacroiliitis (720.2 | M46.1)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 8/14/2015 (Routine)
Performed on 8/20/2015 2:46 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/20/2015

**Order Comments:**
Bilateral

## SI Joint/////////////

Date of Service: 8/20/2015 2:46 PM
**Procedure**
Name: SACROILIAC JOINT INJECTION #1
Side: Right and Left
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: sacroiliitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep and allowed to dry. Local skin infiltration was performed with 1% Lidocaine. The inferior portion of the joint was visualized with fluoroscopy. A 22 gauge 3.5" spinal needle was placed into the SI joint utilizing direct fluoroscopic visualization.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2 cc
**Radiological Report**
Findings: Spread of contrast was noted intraarticular.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Recommend repeating in two weeks unless pain has resolved completely. My office will contact the patient to schedule.

# Procedure

## Piriformis (20552)

NITA FABRE

**Final, Reviewed**
Diagnosis: Myalgia and myositis (729.1)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 8/14/2015 (Routine)
Performed on 8/20/2015 2:47 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/20/2015

**Order Comments:**
Bilateral

## Piriformis/////

Date of Service: 8/20/2015 2:47 PM
**Procedure**
Name: PIRIFORMIS INJECTION #2
Side: Right and Left
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
:: Reason for procedure: muscular pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve or tissue injury, pneumothorax, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped with standard surgical prep and allowed to dry. The patient was assisted into position to expose affected area. A 22ga whitacre needle was advanced the superior/medial aspect of the hip joint into he piriformis muscle.

Fluoroscopy was utilized and a myogram was produced with contrast.
Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.
**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 8 cc
Omnipaque 240mg/ml: 4 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

## Procedure

# Discogram Lumbar (62290)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Brittany Staires, LVN on 7/28/2015 (Routine)
Performed on 7/30/2015 2:08 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/5/2015

## Discogram/////

Date of Service: 7/30/2015 2:08 PM
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Name: DISCOGRAM**
The patient's primary area of pain is : Low back
:: Zinacef 750mg was administered IV prior to beginning the procedure. (Ancef 1 gm was given)
:: Rocephin 5mg/ml was mixed with contrast and injected intradiscally.

Reason for procedure: Degenerative Disc Disease-Lumbar

The risks were discussed with the patient to include but not limited to infection, bleeding, nerve damage, paralysis, worsening of pain, spinal headache and that this is a diagnostic procedure that will not help the pain. The protocol was explained to the patient, including the concepts of concordancy and pain scale (0-10). Informed consent was obtained. All individuals in the operating room wore caps and masks. The operator underwent surgical scrub and wore a surgical gown. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep technique. Oblique fluoroscopy was utilized so the superior articular process was approximately midway between the anterior and posterior aspects of the vertebral body at each level. After skin local infiltration with 1% Xylocaine, a 20/25-gauge coaxial needle was advanced under direct fluoroscopy to the anterior aspect of the superior articular process. The 25-gauge needle with bent tip was advanced into the disc. At L5, a more acute bend was utilized. Nonionic contrast material was then instilled at each level under real time fluoroscopy. The patient's response was recorded. Hard copy PA and lateral images were obtained. The patient had no paresthesias except as noted below and tolerated procedure well.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.
(minimal sedation just to decrease anxiety)
Pain response to 30ga skin wheal: 3 /10
**L2-3 Disc**
Opening Pressure: 10 psi
Maximum Pressure: 90 psi
Contrast: 3 ml
Pain Response: 0 /10
Concordancy: N/A
Appearance: Disc appearance is normal, Disc height is preserved
Impression: L2/3 control disc
**L3-4 Disc**
Opening Pressure: 12 psi
Maximum Pressure: 90 psi
Contrast: 3 ml
Pain Response: 0 /10
Concordancy: N/A
Appearance: Disc height is preserved, Disc appearance is normal
Impression: normal appearing L3/4 disc without pain
**L5-S1 Disc**
Opening Pressure: 20 psi
Maximum Pressure: 60 psi
Contrast: 2 ml
Pain Response: 8 /10
Concordancy: Yes (Pain had pain reproduction at a little higher pressures than I would have liked to see.)
Appearance: Disc height is preserved, Posterior fissures (overall, her disc at L5/S1 didn't look too bad on fluoro. possible posterior fissure but contrast primarily appeared centrally located.)
**Follow up**
Plan:
Refer for CT scan lumbar discs
Schedule a follow up visit in 1 week to discuss final impression.

## Procedure

## Procedure

# Radiofrequency Thermocoagulation Lumbar (64635)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Debbie Haro, RN on 7/6/2015 (Routine)
Performed on 7/9/2015 3:07 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 7/10/2015

**Order Comments:**
Bilateral Lumbar 2,3,4

## RFTC lumbar//////////

Date of Service: 7/9/2015 3:07 PM
Reason for Procedure: Lumbar spondylosis
**Procedure: RADIOFREQUENCY NEUROLYTIC LESIONING OF THE MEDIAL BRANCH NERVES**
Side: Right and Left
Levels: L2, L3, L4, L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**History**
Since last procedure, patient has: decreased pain (previous RFTC at l5/S1 helpful for lower lumbar pain which has worn off and persistent pain above the fusion L2-34 which was temporarily relieved with L2-4 MBB. Will proceed to bilateral L2-4 and L5/S1 RFTC today.)
**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, infection, bleeding, nerve damage, paralysis, and inefficacy, worsening of pain and spinal headache. The patient understood the risks of nerve damage with resulting numbness, weakness or pain in the extremities. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

After standard surgical prep and drape and skin localization with 1% Xylocaine, fluoroscopy was utilized to place the needles as follows:

Using fluoroscopy, the superior endplate of the vertebra was aligned, and utilizing an oblique projection, an 18-gauge needle with a 10 mm active bent tip was placed at "the eye of the dog." The PA projection was used to place the needle at the junction of the sacral ala and the vertebral body. Lateral views were obtained. The needles were posterior and caudad to the neural foramen at each level. Sensory stimulation was carried out at 50 Hz. Discomfort was produced at less than 1 volt. Motor stimulation at 2 Hz to 2 volts (cervical and upper thoracic), or 3 volts (mid/lower thoracic, and lumbar) was performed. The needles were adjusted so the patient did not feel stimulation in the extremity. The image was transferred to the second monitor. Up to 1 ml of 2% Lidocaine was placed through the needle and repeated if necessary. The stylette was replaced and the needle position rechecked. A 60 second 85-degree lesion was performed. A hard copy was made of the position of the needle at each level. The needle was withdrawn slightly and a second lesion was performed.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

Lidocaine 1%: 20 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated. Follow up in office visit in 4 weeks or for routine office visit for medication.

## Procedure

# Epidural Steroid Injection Transforaminal Lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Brittany Staires, LVN on 6/29/2015 (Routine)
Performed on 6/29/2015 3:59 PM
Reviewed by J. LOWELL HARO, M.D. on 6/29/2015

## ESI TF lumbar///////////////

Date of Service: 6/29/2015 3:59 PM
**Procedure**
Name: TRANSFORAMINAL EPIDURAL STEROID INJECTION #2
Side: Right
Level: S1, L5 Vertebral
**Surgeon**
:: J. LOWELL HARO, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Omnipaque 240mg/ml: 4cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (R lateral L5, L S1 root to L5-S1 disc.)
.: No fill defects were observed.
.: No paresthesias were produced.
.: The patient's normal pain was produced.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

## Procedure

# Epidural Sterold Injection Transforaminal Lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 6/9/2015 (Routine)
Performed on 6/10/2015 3:51 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 6/15/2015

**Order Comments:**
right L5, S1

## ESI TF lumbar///////////////

Date of Service: 6/10/2015 3:51 PM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5 and S1)
.: No fill defects were observed.
.: No paresthesias were produced.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

## Procedure

# Medial Branch Block Lumbar (64493)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 5/28/2015 (Routine)
Performed on 5/28/2015 3:36 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/28/2015

## MBB lumbar////////////////

Date of Service: 5/28/2015 3:36 PM
Reason for Procedure: Lumbar spondylosis

**Procedure**
Name: DIAGNOSTIC MEDIAL BRANCH NERVE BLOCK INJECTION #2
Side: Right and Left
Levels: L2, L3, L4
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, arm weakness and/or numbness, worsening of pain, and no change in pain, arrhythmias and seizures. Informed consent obtained. The patient was assisted onto the x-ray table in the lateral position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Mixture of Bupivcaine 0.75% with 1/2 part non-ionic contrast: 3 cc
**Pain level with provocative measures to load the facets**
Before: 6 /10
After: 1 /10
**Follow up**
Plan: The patient's pain level was assessed 20 minutes after the completion of the injection. Significant pain relief has been achieved. Typical duration of action for Bupivacaine is 1-2 hours. The patient has been advised that their pain will return soon and that this is a normal response. The pain relief demonstrates that their pain is originating from the facet joints that have been injected.

Recommendation is to schedule radiofrequency lesioning of the affected facet joints.

## Procedure

# Medial Branch Block Lumbar (64493)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 5/12/2015 (Routine)
Performed on 5/21/2015 2:50 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/21/2015

**Order Comments:**
bil L2, L3, L4 (pt fused at L4-L5)

# MBB lumbar///////////////

Date of Service: 5/21/2015 2:50 PM
Reason for Procedure: Lumbar spondylosis

**Procedure**
Name: DIAGNOSTIC MEDIAL BRANCH NERVE BLOCK INJECTION #1
Side: Right and Left
Levels: L2, L3, L4
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, arm weakness and/or numbness, worsening of pain, and no change in pain, arrhythmias and seizures. Informed consent obtained. The patient was assisted onto the x-ray table in the lateral position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Mixture of Lidocaine 4% with equal part non-ionic contrast: 3 cc
**Pain level with provocative measures to load the facets**
Before: 8 /10
After: 4 /10
**Follow up**
Plan: The patient's pain level was assessed 15 minutes after the completion of the injection. Significant pain relief has been achieved. Typical duration of action for Lidocaine is 30-90 minutes. The patient has been advised that their pain will return soon and that this is a normal response. The pain relief demonstrates that their pain is originating from the facet joints that have been injected.

Recommendation is to repeat this injection in 7-14 days.

## Procedure

# Medial Branch Block Lumbar (64493)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 5/12/2015 (Routine)
Performed on 5/21/2015 2:50 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/21/2015

**Order Comments:**
bil L2, L3, L4 (pt fused at L4-L5)

## MBB lumbar////////////////

Date of Service: 5/21/2015 2:50 PM
Reason for Procedure: Lumbar spondylosis
**Procedure**
Name: DIAGNOSTIC MEDIAL BRANCH NERVE BLOCK INJECTION #1
Side: Right and Left
Levels: L2, L3, L4
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, arm weakness and/or numbness, worsening of pain, and no change in pain, arrhythmias and seizures. Informed consent obtained. The patient was assisted onto the x-ray table in the lateral position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Mixture of Lidocaine 4% with equal part non-ionic contrast: 3 cc
**Pain level with provocative measures to load the facets**
Before: 8 /10
After: 4 /10
**Follow up**
Plan: The patient's pain level was assessed 15 minutes after the completion of the injection. Significant pain relief has been achieved. Typical duration of action for Lidocaine is 30-90 minutes. The patient has been advised that their pain will return soon and that this is a normal response. The pain relief demonstrates that their pain is originating from the facet joints that have been injected.

Recommendation is to repeat this injection in 7-14 days.

## Procedure

# ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 3/11/2015 (Routine)
Performed on 3/16/2015 9:31 AM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 3/16/2015

**Order Comments:**
right L5

# ESI TF lumbar//////////////

Date of Service: 3/16/2015 9:31 AM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5 and S1)
.: No fill defects were observed.
.: No paresthesias were produced.
.: The patient's normal pain was produced.
**Follow up**
:
Other: (rtc 30 days)

# Procedure

## TPI 1-2 muscles (20552)

NITA FABRE

**Final, Reviewed**
Diagnosis: Myalgia and myositis (729.1)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 1/12/2015 (Routine)
Performed on 1/12/2015 1:49 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/12/2015

**Order Comments:**
Right gluteus

## TPI/////////////

Date of Service: 1/12/2015 1:49 PM
**Procedure**
Name: TRIGGER POINT INJECTION #1
Site(s):
Right Lower Extremity, Hip (right gluteus maximus)
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
:: Reason for procedure: muscular pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve or tissue injury, pneumothorax, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped with standard surgical prep and allowed to dry. The patient was assisted into position to expose affected area. A 25 gauge 1.5" needle was used.

Ultrasound guidance was utilized.

No sedation was administered.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.
Bupivicaine 0.5%: 6 cc
**Follow up**
Plan:
Continue with home exercise program or physical therapy as tolerated. Stretch several times a day, starting today.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## RFTC lumbar (64635)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 11/12/2014 (Routine)
Performed on 11/20/2014 4:35 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 12/1/2014

**Order Comments:**
bil L5, S1

## RFTC lumbar/////////

Date of Service: 11/20/2014 4:36 PM
Reason for Procedure: Lumbar spondylosis
**Procedure: RADIOFREQUENCY NEUROLYTIC LESIONING OF THE MEDIAL BRANCH NERVES**
Side: Right and Left
Levels: L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, infection, bleeding, nerve damage, paralysis, and inefficacy, worsening of pain and spinal headache. The patient understood the risks of nerve damage with resulting numbness, weakness or pain in the extremities. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

After standard surgical prep and drape and skin localization with 1% Xylocaine, fluoroscopy was utilized to place the needles as follows:

Using fluoroscopy, the superior endplate of the vertebra was aligned, and utilizing an oblique projection, a 20-gauge needle with a 10 mm active bent tip was placed at "the eye of the dog." The PA projection was used to place the needle at the junction of the sacral ala and the vertebral body. Lateral views were obtained. The needles were posterior and caudad to the neural foramen at each level. Sensory stimulation was carried out at 50 Hz. Discomfort was produced at less than 1 volt. Motor stimulation at 2 Hz to 2 volts (cervical and upper thoracic), or 3 volts (mid/lower thoracic, and lumbar) was performed. The needles were adjusted so the patient did not feel stimulation in the extremity. The image was transferred to the second monitor. Up to 1 ml of 2% Lidocaine was placed through the needle and repeated if necessary. The stylette was replaced and the needle position rechecked. A 60 second 85-degree lesion was performed. A hard copy was made of the position of the needle at each level. The needle was withdrawn slightly and a second lesion was performed.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

Lidocaine 1%: 10 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
Schedule other side in 2 week if needed. Otherwise, schedule office visit in 4 weeks to follow up.

## Procedure

# MBB lumbar (64493)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Tifany Hensley, MA-C on 10/24/2014 (Routine)
Performed on 10/30/2014 5:04 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/30/2014

**Order Comments:**
BIL MBB L5 S1#2

# MBB lumbar////////////////

Date of Service: 10/30/2014 5:04 PM
Reason for Procedure: Lumbar spondylosis
**Procedure**
Name: DIAGNOSTIC MEDIAL BRANCH NERVE BLOCK INJECTION #2
Side: Right and Left
Levels: L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, arm weakness and/or numbness, worsening of pain, and no change in pain, arrhythmias and seizures. Informed consent obtained. The patient was assisted onto the x-ray table in the lateral position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Mixture of Bupivicaine 0.75% with 1/2 part non-ionic contrast: 4 cc
**Pain level with provocative measures to load the facets**
Before: 6 /10
After: 0 /10
**Follow up**
Plan: The patient's pain level was assessed 20 minutes after the completion of the injection. Significant pain relief has been achieved. Typical duration of action for Bupivacaine is 1-2 hours. The patient has been advised that their pain will return soon and that this is a normal response. The pain relief demonstrates that their pain is originating from the facet joints that have been injected.

Recommendation is to schedule radiofrequency lesioning of the affected facet joints.

## Procedure

# MBB lumbar (64493)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 10/14/2014 (Routine)
Performed on 10/23/2014 2:37 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/23/2014

**Order Comments:**
bil L5-S1

## MBB lumbar////////////////

Date of Service: 10/23/2014 2:37 PM
Reason for Procedure: Lumbar spondylosis
**Procedure**
Name: DIAGNOSTIC MEDIAL BRANCH NERVE BLOCK INJECTION #1
Side: Right and Left
Levels: L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, arm weakness and/or numbness, worsening of pain, and no change in pain, arrhythmias and seizures. Informed consent obtained. The patient was assisted onto the x-ray table in the lateral position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Mixture of Lidocaine 4% with equal part non-ionic contrast: 2 cc
**Pain level with provocative measures to load the facets**
Before: 7 /10
After: 2 /10
**Follow up**
Plan: The patient's pain level was assessed 15 minutes after the completion of the injection. Significant pain relief has been achieved. Typical duration of action for Lidocaine is 30-90 minutes. The patient has been advised that their pain will return soon and that this is a normal response. The pain relief demonstrates that their pain is originating from the facet joints that have been injected.

Recommendation is to repeat this injection in 7-14 days.

## Procedure

## Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 10/1/2014 (Routine)
Performed on 10/2/2014 3:33 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/2/2014

**Order Comments:**
right

## Bursa Trochanteric/////////////////

Date of Service: 10/2/2014 3:33 PM
**Procedure**
Name: Trochanteric Bursa #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 22 gauge 3.5" needle was used.

Sedation: Fluoroscopy was utilized to verify adequate needle placement. 1cc non-ionic contrast was injected.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 5 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 10/1/2014 (Routine)
Performed on 10/2/2014 3:31 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/2/2014

**Order Comments:**
right L5

## ESI TF lumbar//////////////

Date of Service: 10/2/2014 3:31 PM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5)
:: No fill defects were observed.
:: No paresthesias were produced.
:: The patient's normal pain was produced.
**Follow up**
:
Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 6/2/2014 (Routine)
Performed on 6/2/2014 11:40 AM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 6/2/2014

## Bursa Trochanteric/////////////////

Date of Service: 6/2/2014 11:40 AM

**Procedure**
Name: Trochanteric Bursa #3
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 25 gauge 1.5" needle was used.

Sedation: Fluoroscopy was utilized to verify adequate needle placement. 1cc non-ionic contrast was injected.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 4 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 6/2/2014 (Routine)
Performed on 6/2/2014 11:39 AM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 6/2/2014

## ESI TF lumbar//////////////

Date of Service: 6/2/2014 11:39 AM
**Procedure**
Name: TRANSFORAMINAL EPIDURAL STEROID INJECTION #3
Side: Right
Level: L5 Vertebral
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5)
.: No fill defects were observed.
.: No paresthesias were produced.
**Follow up**
:
Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 5/14/2014 (Routine)
Performed on 5/22/2014 4:06 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/27/2014

**Order Comments:**
right L5

## ESI TF lumbar//////////////

Date of Service: 5/22/2014 4:06 PM
**Procedure**
Name: TRANSFORAMINAL EPIDURAL STEROID INJECTION #2
Side: Right
Level: L5 Vertebral
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.25%: 1 cc
Omnipaque 240mg/ml: 1cc
Saline: 1 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5)
.: No fill defects were observed.
.: No paresthesias were produced.
**Follow up**
:
Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 5/27/2014 (Routine)
Performed on 5/22/2014 4:07 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/27/2014

## Bursa Trochanteric/////////////////

Date of Service: 5/22/2014 4:07 PM
**Procedure**
Name: Trochanteric Bursa #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 22 gauge 3.5" needle was used.

Sedation: Fluoroscopy was utilized to verify adequate needle placement. 1cc non-ionic contrast was injected.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 4 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## IA hip (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 4/15/2014 (Routine)
Performed on 5/1/2014 2:42 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/1/2014

**Order Comments:**
right hip

## IA hip////////

Date of Service: 5/1/2014 2:42 PM

**Procedure**
Name: INTRA-ARTICULAR HIP INJECTION #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored throughout the procedure by the physician. The area was prepped with standard surgical prep and allowed to dry. The patient was positioned in the lateral position to access the involved area(s). Fluoroscopy was utilized to verify adequate needle placement. Contrast was injected to confirm intraarticular placement.
A 22 gauge 3.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.25%: 4 cc
Omnipaque 240mg/ml: 2 cc
**Arthrogram Report**
Findings: Spread of contrast was noted within the joint in a circular fashion.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## ESI TF lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 5/1/2014 (Routine)
Performed on 5/1/2014 2:40 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 5/1/2014

## ESI TF lumbar//////////////

Date of Service: 5/1/2014 2:40 PM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5)
.: No fill defects were observed.
.: No paresthesias were produced.
.: The patient's normal pain was produced.
**Follow up**
:
Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## IA hip (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 1/14/2014 (Routine)
Performed on 1/30/2014 1:45 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/30/2014

**Order Comments:**
RIGHT

## IA hip////////

Date of Service: 1/30/2014 1:45 PM
**Procedure**
Name: INTRA-ARTICULAR HIP INJECTION #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored throughout the procedure by the physician. The area was prepped with standard surgical prep and allowed to dry. The patient was positioned in the lateral position to access the involved area(s). Fluoroscopy was utilized to verify adequate needle placement. Contrast was injected to confirm intraarticular placement.
A 22 gauge 3.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 5 cc
Omnipaque 240mg/ml: 2 cc
**Arthrogram Report**
Findings: Spread of contrast was noted within the joint in a circular fashion.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

## Procedure

# TPI 1-2 muscles (20552)

NITA FABRE

**Final, Reviewed**
Diagnosis: Myalgia and myositis (729.1)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 1/30/2014 (Routine)
Performed on 1/30/2014 1:47 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/31/2014

## TPI////////////

Date of Service: 1/30/2014 1:47 PM
**Procedure**
Name: TRIGGER POINT INJECTION #1
Site(s):
Lumbar Spine (right quadratus lumborum)
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
:: Reason for procedure: muscular pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve or tissue injury, pneumothorax, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped with standard surgical prep and allowed to dry. The patient was assisted into position to expose affected area. A 25 gauge 1.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

Bupivicaine 0.5%: 2 cc
**Follow up**
Plan:
Other: (RTC 4 weeks)

# Procedure

## IA hip (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by Tanya Rosenzweig, MA on 1/3/2014 (Routine)
Performed on 1/9/2014 2:22 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/9/2014

**Order Comments:**
right

## IA hip////////

Date of Service: 1/9/2014 2:22 PM
**Procedure**
Name: INTRA-ARTICULAR HIP INJECTION #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored throughout the procedure by the physician. The area was prepped with standard surgical prep and allowed to dry. The patient was positioned in the lateral position to access the involved area(s). Fluoroscopy was utilized to verify adequate needle placement. Contrast was injected to confirm intraarticular placement.
A 22 gauge 3.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 4 cc
Omnipaque 240mg/ml: 2 cc
**Arthrogram Report**
Findings: Spread of contrast was noted within the joint in a circular fashion.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

# Procedure

## SI joint (27096)

NITA FABRE

**Final, Reviewed**
Diagnosis: Sacroiliitis (720.2 | M46.1)
Ordered by Tanya Rosenzweig, MA on 1/3/2014 (Routine)
Performed on 1/9/2014 2:23 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 1/9/2014

**Order Comments:**
right

## SI joint////////////

Date of Service: 1/9/2014 2:23 PM
**Procedure**
Name: SACROILIAC JOINT INJECTION #2
Side: Right
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: sacroiliitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep and allowed to dry. Local skin infiltration was performed with 1% Lidocaine. The inferior portion of the joint was visualized with fluoroscopy. A 22 gauge 3.5" spinal needle was placed into the SI joint utilizing direct fluoroscopic visualization.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 2 cc
Omnipaque 240mg/ml: 1 cc
**Radiological Report**
Findings: Spread of contrast was noted intraarticular.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

## Procedure

# IA hip (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 12/16/2013 (Routine)
Performed on 12/18/2013 4:00 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 12/20/2013

**Order Comments:**
right

# IA hip////////

Date of Service: 12/18/2013 4:00 PM
**Procedure**
Name: INTRA-ARTICULAR HIP INJECTION #1
Side: Right

**Surgeon**
;; JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
;; The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored throughout the procedure by the physician. The area was prepped with standard surgical prep and allowed to dry. The patient was positioned in the lateral position to access the involved area(s). Fluoroscopy was utilized to verify adequate needle placement. Contrast was injected to confirm intraarticular placement.
A 22 gauge 3.5" needle was used.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 6mg
Bupivacaine 0.5%: 4 cc
Omnipaque 240mg/ml: 2 cc
**Arthrogram Report**
Findings: Spread of contrast was noted within the joint in a circular fashion.
**Follow up**
Plan: Other: (rtc 4 weeks)

# Procedure

## SI joint (27096)

NITA FABRE

**Final, Reviewed**
Diagnosis: Sacroiliitis (720.2 | M46.1)
Ordered by KRISTY MARKELL, PA-C on 12/16/2013 (Routine)
Performed on 12/18/2013 4:02 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 12/20/2013

**Order Comments:**
right

## SI joint///////////

Date of Service: 12/18/2013 4:02 PM
**Procedure**
Name: SACROILIAC JOINT INJECTION #1
Side: Right
**Surgeon**
;: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
;: Reason for procedure: sacroiliitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep and allowed to dry. Local skin infiltration was performed with 1% Lidocaine. The inferior portion of the joint was visualized with fluoroscopy. A 22 gauge 3.5" spinal needle was placed into the SI joint utilizing direct fluoroscopic visualization.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 1 cc
Omnipaque 240mg/ml: 1 cc
**Radiological Report**
Findings: Spread of contrast was noted intraarticular.
**Follow up**
Plan: Other: (RTC 4 weeks)

# Procedure

## Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 10/24/2013 (Routine)
Performed on 10/24/2013 10:32 AM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/24/2013

## Bursa Trochanteric///////////////

Date of Service: 10/24/2013 10:32 AM
**Procedure**
Name: Trochanteric Bursa #2 (with ultrasound guidance)
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**History**
Since last procedure, patient has: decreased pain
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 25 gauge 1.5" needle was used.
(25g 3.5 in needle)
Sedation: No sedation was administered.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Depo-Medrol: 40mg
Bupivacaine 0.5%: 9 cc
**Follow up**
Plan: Other: (RTC 4 weeks)

## Procedure

# Bursa Trochanteric (20610)

NITA FABRE

**Final, Reviewed**
Diagnosis: Hip bursitis (726.5 | M70.70)
Ordered by KRISTY MARKELL, PA-C on 10/1/2013 (Routine)
Performed on 10/9/2013 3:30 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/9/2013

**Order Comments:**
RIGHT

## Bursa Trochanteric////////////////

Date of Service: 10/9/2013 3:30 PM
**Procedure**
Name: Trochanteric Bursa #1
Side: Right

**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
Reason for procedure: hip pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve injury, worsening of pain, and no change in pain. Informed consent obtained. The patient was in the lateral position to allow access to the affected area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep. A 22 gauge 3.5" needle was used.

Sedation: Fluoroscopy was utilized to verify adequate needle placement. 1cc non-ionic contrast was injected.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 2 cc
**Follow up**
Plan: Other: (rtc 2 WEEKS)

# Procedure

## SI joint (27096)

NITA FABRE

**Final, Reviewed**
Diagnosis: Sacroiliitis (720.2 | M46.1)
Ordered by KRISTY MARKELL, PA-C on 10/1/2013 (Routine)
Performed on 10/9/2013 3:30 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 10/9/2013

**Order Comments:**
RIGHT

## SI joint///////////

Date of Service: 10/9/2013 3:30 PM
**Procedure**
Name: SACROILIAC JOINT INJECTION #1
Side: Right
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: sacroiliitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep and allowed to dry. Local skin infiltration was performed with 1% Lidocaine. The inferior portion of the joint was visualized with fluoroscopy. A 22 gauge 3.5" spinal needle was placed into the SI joint utilizing direct fluoroscopic visualization.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.5%: 2 cc
Omnipaque 240mg/ml: 1 cc
**Radiological Report**
Findings: Spread of contrast was noted intraarticular.
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated.
If this is the first injection, schedule the second injection in 2 weeks if needed.
If this is the second injection, schedule the third injection in 2 weeks if needed.
If this is the third injection, schedule a follow up office visit in 4 weeks.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 12, 2016 |
| To: | DR. MARK BURNETT<br>NEUROTEXAS, PLLC<br>3000 N. IH-35<br>SUITE 600<br>AUSTIN TX 78705 |
| Attn: | |
| Fax: | (512) 474-1118 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 12, 2016

Dr. Mark Burnett
Neurotexas, Pllc
3000 N. IH-35
SUITE 600
AUSTIN, TX 78705

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Mark Burnett:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 18, 2015 through the present

We ask that you provide this information by September 26, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291 0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to. Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print) Date of Birth

[signature]
Claimant Signature Date 1/5/16

5557206
Claim Number

# EMG and Nerve Conduction Study

**Sara Westgate, MD, PhD**
5900 Southwest Pkwy Suite 401
Austin, Texas 78735
512-458-6656

| | | | |
|---|---|---|---|
| Patient: | FABRE, NITA | Physician: | Sara Westgate, MD, PhD |
| Sex: | Female | Test Date: | 12/15/15 |
| Age: | 35y/o | | |
| I.D.#: | FABNI001 | | |
| Ref. M.D.: | Mark Burnett, MD cc: Jeffry Higginbotham, M.D. | | |

## Impression:

**This extensive electrodiagnostic study of the lower limbs is normal.** Sural, superficial peroneal, saphenous, and lateral femoral cutaneous sensory nerve action potentials are within normal limits, including peroneal and tibial compound muscle action potentials and late responses. Needle EMG is normal. No evidence of acute or chronic denervation.

## Motor Nerve Study

| Peroneal Nerve | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rec Site: EDB | Lat (ms) | | Amp (mV) | | Dist (mm) | | C.V. (m/s) | |
| STIM SITE | L | R | L | R | L | R | L | R |
| Ankle | 3.9 | 3.6 | 4.4 | 4.4 | 70 | 70 | | |
| Fib.Head | 10.8 | 10.8 | 3.8 | 3.7 | 300 | 300 | 43.4 | 41.4 |
| Pop.Fos. | 12.2 | 12.3 | 3.7 | 3.7 | 60 | 60 | 45.0 | 42.4 |

| Tibial Nerve | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rec Site: AH | Lat (ms) | | Amp (mV) | | Dist (mm) | | C.V. (m/s) | |
| STIM SITE | L | R | L | R | L | R | L | R |
| Ankle | 4.2 | 4.0 | 13.3 | 16.5 | 80 | 80 | | |
| Pop.Fos. | 12.1 | 11.1 | 12.7 | 13.7 | 350 | 350 | 44.2 | 49.4 |

## Sensory Nerve Study

| Lower Sensory Nerves | | | | |
|---|---|---|---|---|
| Stim Site: Ankle/Knee/Inguinal | Lat (ms) | | Amp (uV) | |
| REC SITE | L | R | L | R |
| Sural | 2.9 | 2.6 | 16.6 | 10.7 |
| Superficial Peroneal | 2.8 | 2.7 | 17.4 | 9.9 |
| Saphenous | 2.8 | 2.7 | 11.6 | 9.9 |
| Lateral Femoral Cutaneous | 2.8 | 2.8 | 6.6 | 4.9 |

| | | |
|---|---|---|
| Patient: | FABRE, NITA | 12/15/15 |
| I.D.#: | FABNI001 | |

## F-Wave Study

Peroneal Nerve

| | Latency ms | |
|---|---|---|
| Rec Site: EDB<br>Stim Site: Ankle | L | R |
| F wave | 47.83 | 45.50 |

Tibial Nerve

| | Latency ms | |
|---|---|---|
| Rec Site: AH<br>Stim Site: Ankle | L | R |
| F wave | 45.50 | 45.50 |

## H Reflex Study

Tibial Nerve

| | Latency ms | | Amplitude mV | |
|---|---|---|---|---|
| Rec Site: Soleus<br>Stim Site: Pop.Fos. | L | R | L | R |
| H wave | 31.33 | 33.33 | 5.00 | 2.50 |

## EMG Study

| Name | Ins Act | Fibs | PSW | Fascics | Polyph | MU Amp | MU Dur | Recruit |
|---|---|---|---|---|---|---|---|---|
| R. Extensor Digitorum Brevis | norm | none | none | none | none | norm | norm | norm |
| R. Gastrocnemius MH | norm | none | none | none | none | norm | norm | norm |
| R. Peroneus Longus | norm | none | none | none | none | norm | norm | norm |
| R. Tibialis Anterior | norm | none | none | none | none | norm | norm | norm |
| R. Gluteus Maximus | norm | none | none | none | none | norm | norm | norm |
| R. Tensor Fasciae Latae | norm | none | none | none | none | norm | norm | norm |
| R. Vastus Lateralis | norm | none | none | none | none | norm | norm | norm |

**Thank you for allowing me to participate in the care of one of your patients. Please let me know I can be of further assistance.**

**Sara Westgate, MD, PhD**

| | | |
|---|---|---|
| **MRN: 1047082**<br>**Visit: 1000087116**<br>**Age: 36y (** **)** | **FABRE, NITA MARIA**<br>**Gender: Female** | **Lakeway Regional M Ctr.**<br>**Location: Same Day Surgery** |

**[Authored: 01-07-2016 12:49] Pre Op History and Physical- for Visit: 1000087116, Hud: Rosalie (MD); [Entered by: Filed by, Interfaces (PA) 01-07-2016 12:49] General,** *In Progress, Entered, Unsigned w/additional Signatures Pending, General*

Patient: FABRE, NITA MARIA
MR#: 1047082
Account#: 1000087116
Admit Date: 01/13/2016
DOB:
Sex: Female
Status: S
Location: LL1SURG
Attending: Mark G. Burnett, MD

DATE OF REPORT: 01/07/2016

HISTORY OF PRESENT ILLNESS: The patient is a 36-year-old female with a history of chronic lumbar spondylosis with radiculopathy. She is now developing difficulty controlling her bowels and bladder. She is scheduled to undergo an anterior lumbar interbody fusion L5-S1 on January 13, 2016 with Dr. Burnett. She is here for preoperative clearance. She has never had any cardiac history except for a high resting pulse rate likely secondary to obesity. She has regular bowel movements. She has had a previous anterior lumbar interbody fusion L4-5 back in 2008. She did not have any significant problems with that surgery and spent 4 days in the hospital.

ALLERGIES: LATEX TAPE and MORPHINE. MORPHINE causes a rash.

PAST SURGICAL HISTORY: Include tonsillectomy, adenoidectomy in 2006, left lateral meniscus tear in 2003, C-section in 2007, laminectomy L4-5 in 2008, L4 fracture in 2008 followed by an L4-5 anterior lumbar interbody fusion.

PAST MEDICAL HISTORY: Includes asthma which is mild and intermittent, currently well controlled; history of seasonal allergic rhinitis with episodes of sinusitis; gastroesophageal reflux disease; history of kidney stones; depression; chronic pain syndrome; baseline sinus tachycardia.

SOCIAL HISTORY: She is a nondrinker. She does paper smoking and e-cigarettes every day.

FAMILY HISTORY: Not significant for any early coronary artery disease, anesthetic reactions, bleeding, or clotting. She has had no previous issues herself with anesthetics or bleeding or clotting.

REVIEW OF SYSTEMS: GERD is well controlled. No respiratory symptoms or cough. The last episode of antibiotics for sinusitis was over a month ago when she had a CAT scan.

PHYSICAL EXAMINATION:
VITAL SIGNS: Blood pressure is 124/72, pulse is 101, respiratory rate is 16, saturating 96% on room air, temperature is 97 degrees.
GENERAL: This is an obese Caucasian female, pleasant and cooperative.
HEENT: Head is atraumatic and normocephalic. Pupils are equal, round,

| MRN: 1047082<br>Visit: 1000087116<br>Age: 36y ( ) | FABRE, NITA MARIA<br>Gender: Female | Lakeway Regional M<br>Ctr.<br>Location: Same Day<br>Surgery |
|---|---|---|

and reactive to light. Extraocular movements are intact. Sclerae are anicteric. Oropharynx is clear. Mucous membranes are moist.
NECK: Supple, without JVD, thyromegaly, or mass.
LUNGS: Clear to auscultation bilaterally.
CARDIAC: Regular rate and rhythm. No murmurs, gallops, or rubs.
ABDOMEN: Soft, nontender, and nondistended. Hypoactive bowel sounds.
EXTREMITIES: No clubbing, cyanosis, or edema.

HOME MEDICATIONS: Singulair 10 mg daily, ProAir 2 puffs 4 times a day p.r.n., Effexor 100 mg b.i.d., Neurontin 300 mg b.i.d., Mobic which is on hold for surgery, Mirena IUD, omeprazole 20 mg daily, baclofen 20 mg 4 times a day, Skelaxin 800 mg t.i.d., OxyContin 60 mg q.12h and Roxicodone 15 mg q.6h, Flonase 50 mcg spray 2 sprays per nostril daily.

LABORATORY DATA: Labs show normal coags. INR 1.04, PT 10.4, PTT 25.2. Sodium 135, potassium 3.9, chloride 99, bicarbonate 28, BUN 11, creatinine 0.6, glucose 87. White count 6600, hemoglobin 13.1, hematocrit 40.6, and platelet count 248,000. EKG shows sinus rhythm with a heart rate of 73, normal axis and intervals, no ischemic changes.

ASSESSMENT AND PLAN: This is a 36-year-old female with asthma, GERD, depression, chronic pain syndrome who presents for preoperative clearance prior to an L4-5 anterior lumbar interbody fusion scheduled for January 13, 2016 with Dr. Burnett. She is at low risk for perioperative complications. She should continue to take her usual medicines with a sip of water on the morning of surgery. She should stop Mobic for a week before surgery and especially continue on her OxyContin on the morning of surgery so she is not behind on pain medicine when she wakes. She will likely need the Dilaudid PCA at higher than standard dose for postop pain control as she will have some narcotic resistance secondary to her chronic narcotic usage. She could benefit from having albuterol nebs available to her postop for her history of asthma, continue PPI for gastroesophageal reflux disease, MiraLAX is her drug of choice for her postoperative constipation. We will assist with her care while she is here in the hospital.

Rosalie Hudson, MD

D: 01/07/2016 11:11:32
T: 01/07/2016 12:42:41
Job#: 1719483

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118

*September 12, 2016*

Office Visit

**Nita M Fabre** Home: (
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

**11/17/2015 - Office Visit: Uncontrolled pain**
**Provider: Mark G Burnett MD**
**Location of Care: Neurotexas, PLLC**
**Status: ON HOLD DOCUMENT. Contents are preliminary**

**CC:** Uncontrolled pain.

**History of Present Illness:**
The patient presents today for a followup visit. I last saw her in July of this year. I treated her in the past for a lumbar spinal stimulator placement. She has had no issues with that stimulator, but it only covers part of her pain. She has been getting more low back pain in the sacral area and piriformis zone. It is predominantly right-sided and she has tried physical therapy, injections, pain medications, anti-inflammatory medications, and muscle relaxants. She has bowel and bladder changes that seem related to her muscle spasms, and she discussed this at her last visit. She had a CT myelogram that we reviewed at her last visit, and it showed an anterior fusion that she had at an outside facility at L4-5. She had some narrowing of the foramen at L5-S1 but no significant central compression. The disc height seemed appropriate at L5-S1 on the myelogram, and her curvature seemed normal. She is unable to have an MRI, and so I was concerned that she might be having more L5-S1 issues and so I sent her for a lumbar discogram. She returns today to review that with me. She continues to be a nonsmoker and has no new history of trauma.

## Risk Factors:

Smoked Tobacco Use: Former smoker
Alcohol use: no

## Review of Systems

See HPI

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 35 Years Old Female |
| Height: | 67 inches |
| Weight: | 230 pounds |
| BMI: | 36.02 |
| Pulse rate: | 119 / minute |
| BP sitting: | 140 / 95 |

Pt. in pain? yes
Intensity: 7

Vitals Entered By: Susan Johnson (November 17, 2015 12:58 PM)

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118



**Nita M Fabre** Home:
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

## Physical Exam

**General:**
Antalgic gait. Reflexes are slightly brisk but are symmetrical. Straight leg raise causes back pain.

Constitutional:
Well-nourished, well-developed and in no obvious distress.

Cardiac:
Skin is normal temperature. Edema is not present.

Musculoskeletal:
Gait and station normal. Muscle bulk is normal. Muscle tone is normal. Motor strength 5/5 in all major muscle groups of the upper and lower extremities. Except as noted above.

Extremities:
Inspection of digits and nails reveals no abnormalities.

Neurologic:
Awake, alert, oriented with normal memory, language, and fund of knowledge. Testing of cranial nerves reveals no deficits. Exam of sensation reveals no abnormalities. Deep tendon reflexes are normal. Except as noted above.

## Current Problems:

**Medical Problems:**
1) Dx of Sciatica (ICD-724.3)
2) Dx of Causalgia of Lower Limb (ICD-355.71)
3) Dx of Syndrome, Postlaminectomy, Lumbar (ICD-722.83)

## Current Medications:
1) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium) .... Take 1 tab by mouth once a day
2) Venlafaxine Hcl 100 Mg Oral Tabs (Venlafaxine hcl) .... Take 1 tab by mouth twice daily.
3) Omeprazole 20 Mg Oral Cpdr (Omeprazole) .... Take one capsule daily in am on empty stomach.
4) Gabapentin 300 Mg Oral Caps (Gabapentin) .... Take one capsule by mouth 3 times a day
5) Ondansetron Hcl 4 Mg Oral Tabs (Ondansetron hcl) .... Take 1 tablet by mouth every 6 hours for 30 days *ins only pays for 60 in 30 days*
6) Oxycontin 30 Mg Oral T12a (Oxycodone hcl) .... Take 1 tablet by mouth every 12 hours *max 2 tablets per day,start 7/12*
7) Oxycodone Hcl 15 Mg Oral Tabs (Oxycodone hcl) .... Take 1 tablet by mouth every 8 hours *start 7/12*
8) Metaxalone 800 Mg Oral Tabs (Metaxalone) .... Take 1 tablet by mouth every 8 hours as needed max is 3 per day
9) Baclofen 20 Mg Oral Tabs (Baclofen) .... Take 1 tablet by mouth every 6 hours as needed max is 4 per day

## Allergies:
1) Morphine Sulfate (morphine Sulfate Tabs) (critical)

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118



**Nita M Fabre** Home:
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

2) Latex Gloves (disposable Gloves) (critical)

## Impression & Recommendations:

Disc-O-Gram

DIAGNOSTIC TESTING REVIEW:
The patient has a CT myelogram as discussed above that shows her prior fusion at L4-5 anteriorly. She has some narrowing of the foramen at L5-S1 but nothing severe. The disc height is preserved. She has a lumbar discogram that was done, which showed concordant pain at L5-S1 with a negative control.

DICTATED ASSESSMENT:
Ms. Fabre returns today for a followup visit to discuss her progress. She has chronic pain syndrome and a history of a prior fusion done at an outside facility many years ago. That fusion is an ALIF that was done at L4-5. I have treated her with placement of a spinal stimulator device, and this seems to be working but is not covering her pain as well anymore. She describes low lumbar and sacral pain as well as a variety of symptoms that seem episodic into her legs. She has a myelogram, which shows no overt compression in the lumbar spine but does perhaps some some foraminal narrowing at L5-S1 below her fusion. I sent her for a discogram, and it shows concordant pain at L5-S1.

DICTATED PLAN:
I think that it is difficult for me to get a handle on a lot of these symptoms. If the L5-S1 disc space is to blame for some of her back pain, then a surgery would be needed that would include a fusion procedure. I think this would be a big undertaking for her because of her chronic pain and how things have gone for her surgically in the past. Furthermore, it is very difficult for me to understand some of the leg symptoms that she is getting and some of the waxing and waning complaints that she has. Therefore, I think the next step for her would be to check an EMG of her lower extremities to see if there is another issue ongoing in terms of her nerve function in the legs since the foramen are not severely narrowed and her leg symptoms do not all relate to L5-S1. I will look to see her back after the EMG has been completed to discuss the next steps in her care .

DICTATED DIAGNOSIS/ES:
Lumbar spondylosis with radiculopathy.
Degenerative disc disease.

CPT CODE: 99213.

**Medications Added to Medication List This Visit:**
1) Oxycontin 40 Mg Oral T12a (Oxycodone hcl) .... Take 1 tablet by mouth every 12 hours. start 11-09-15
2) Movantik 25 Mg Oral Tabs (Naloxegol oxalate) .... Take 1 tab by mouth 1hr prior to 1st meal of the day on empty stomach for opiod induced constipation

---

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118



**Nita M Fabre** Home:
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

**12/17/2015 - Office Visit: follow up**
**Provider: Mark G Burnett MD**
**Location of Care: Neurotexas, PLLC**
**Status: ON HOLD DOCUMENT. Contents are preliminary**

**History of Present Illness:**
I saw Nita Fabre in the office today for a followup consultation. She is a 36 years old woman

The patient returns today for a followup visit to discuss her EMG and testing results. She has a history of chronic pain syndrome, and I have known her for several years. I have seen her several times this past year for persistent back pain as well as radiculopathy and muscle spasms. She has a spinal stimulator in place. This was placed several years ago, and that was my involvement in her care. She does have a history of an ALIF at L4-5 that was done in the remote past at an outside facility. Because of her pain, I asked her to undergo imaging studies, and she has a CT myelogram, which indicates that likely the L4-5 fusion is stable. She has some degeneration at L5-S1 below the fusion. I sent her for a CT myelogram to evaluate the nerve root compression and seen at least in static imaging there was no overt compression at L5-S1. Because of this, I wanted to send her for an EMG. Her symptoms in the legs are significant and so I wanted to get a better understanding of what was going on. She has done that and returns to see me today. She has also had a discogram that was positive for concordant pain at L5-S1. The patient reports her symptoms are generally stable, and she rates her pain as 7/10. She remains on muscle relaxants, pain medications, and recently had an increase in her narcotic regimen. She is weaning down from er tobacco usage but is using vapor devices currently.

## Review of Systems
See HPI

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 36 Years Old Female |
| Height: | 67 inches |
| Weight: | 230 pounds |
| BMI: | 36.02 |

| | |
|---|---|
| Pt. in pain? | yes |
| Location: | back |
| Intensity: | 7 |
| Type: | aching |

## Physical Exam

**General:**
The patient has an antalgic gait. She is exquisitely sensitive to light touch in the lower lumbar region.

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118

*September 12, 2016*
Page 2
Office Visit

**Nita M Fabre** Home:
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

She has back pain that is caused by straight leg raise on either side. Her strength and sensation appear preserved.

Constitutional:
Well-nourished, well-developed and in no obvious distress.

Cardiac:
Skin is normal temperature. Edema is not present.

Musculoskeletal:
Gait and station normal. Muscle bulk is normal. Muscle tone is normal. Motor strength 5/5 in all major muscle groups of the upper and lower extremities. Except as noted above.

Extremities:
Inspection of digits and nails reveals no abnormalities.

Neurologic:
Awake, alert, oriented with normal memory, language, and fund of knowledge. Testing of cranial nerves reveals no deficits. Exam of sensation reveals no abnormalities. Deep tendon reflexes are normal. Except as noted above.

## Current Problems:

**Medical Problems:**
1) Dx of Degenerative Disc Disease, Lumbar Spine (ICD-722.52)
2) Dx of Other Spondylosis With Radiculopathy, Lumbar Region (ICD-721.3)
3) Dx of Sciatica (ICD-724.3)
4) Dx of Causalgia of Lower Limb (ICD-355.71)
5) Dx of Syndrome, Postlaminectomy, Lumbar (ICD-722.83)

## Current Medications:
1) Oxycontin 40 Mg Oral T12a (Oxycodone hcl) .... Take 1 tablet by mouth every 12 hours. start 11-09-15
2) Movantik 25 Mg Oral Tabs (Naloxegol oxalate) .... Take 1 tab by mouth 1hr prior to 1st meal of the day on empty stomach for opiod induced constipation
3) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium) .... Take 1 tab by mouth once a day
4) Venlafaxine Hcl 100 Mg Oral Tabs (Venlafaxine hcl) .... Take 1 tab by mouth twice daily.
5) Omeprazole 20 Mg Oral Cpdr (Omeprazole) .... Take one capsule daily in am on empty stomach.
6) Gabapentin 300 Mg Oral Caps (Gabapentin) .... Take one capsule by mouth 3 times a day
7) Ondansetron Hcl 4 Mg Oral Tabs (Ondansetron hcl) .... Take 1 tablet by mouth every 6 hours for 30 days *ins only pays for 60 in 30 days*
8) Oxycodone Hcl 15 Mg Oral Tabs (Oxycodone hcl) .... Take 1 tablet by mouth every 8 hours *start 7/12*
9) Metaxalone 800 Mg Oral Tabs (Metaxalone) .... Take 1 tablet by mouth every 8 hours as needed max is 3 per day
10) Baclofen 20 Mg Oral Tabs (Baclofen) .... Take 1 tablet by mouth every 6 hours as needed max is 4 per day

## Allergies:
1) Morphine Sulfate (morphine Sulfate Tabs) (critical)

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118



**Nita M Fabre** Home: (
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

2) Latex Gloves (disposable Gloves) (critical)

## Impression & Recommendations:

EMG done at austin neurocare

DIAGNOSTIC TESTING REVIEW:
The patient again has a CT myelogram of the lumbar spine that shows an ALIF at L4-5. Her stimulator device is also visible. The disc height is preserved, but there is perhaps some mild foraminal narrowing at L5-S1 on myelography but no clear compression of concern. She had a discogram that showed concordant pain at L5-S1. She has now an EMG, which shows no abnormal finding in the lower extremities.

DICTATED ASSESSMENT:
Ms. Fabre returns today for an office visit to discuss her progress. She continues to have exquisite axial low back pain as well as episodic and inconsistent radiculopathy. She remains on chronic pain medication and recently had an increase in that regard. Her symptoms are severe enough that they are profoundly affecting her quality of life. Her imaging indicates that she has what is likely a solid fusion at L4-5. She has some mild degenerative changes below at L5-S1, but a discogram that is concordant for pain at that level. She has an EMG that is unremarkable.

DICTATED PLAN:
I had a long talk with her today about her testing results. Obviously, despite conservative care and multiple modalities, she is not finding improvement. She has testing, which identifies the L5-S1 disc space as a significant pain generator for her, but she does not have EMG findings to support some of her radicular pains. In my opinion, if we were to move forward with surgery, I would recommend an ALIF at L5-S1. I think in that regard we can say with confidence that her back pain would be improved but the leg symptoms are a bit more difficult to predict based on her testing. I discussed this with her as well as the issues around her surgery and recovery because of the amount of pain medication that she has been on. We reviewed the pros and cons and in the end have decided to move forward with an ALIF at L5-S1. I will help to get her connected with the access surgeons and start to make plans.

DICTATED DIAGNOSIS/ES:
Lumbar disc degeneration.
Lumbar spondylosis with radiculopathy.

CPT CODE: 99213.

---

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 12, 2016 |
| To: | DR. MARK BURNETT<br>NEUROTEXAS, PLLC<br>3000 N. IH-35<br>SUITE 600<br>AUSTIN TX 78705 |
| Attn: | |
| Fax: | (512) 474-1118 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 12, 2016

Dr. Mark Burnett
Neurotexas, Pllc
3000 N. IH-35
SUITE 600
AUSTIN, TX 78705

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Mark Burnett:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 18, 2015 through the present

We ask that you provide this information by September 26, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

Date 1/5/16

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

A.D.C. RELEASE OF INFORMATION SECTION
12221 N. MOPAC EXPRESSWAY
AUSTIN TX 78758

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 12, 2016

A.D.C. Release of Information Section
12221 N. MOPAC EXPRESSWAY
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 3, 2016 through the present from any ADC treating provider

We ask that you provide this information by September 26, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.08.2016
5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.12.2016

MRN

# Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre

Date of Birth

Address

Telephone Number

**I hereby authorize** ( name of facility/provider releasing information) to disclose the above-named individuals health information:

ADC

**Name (facility releasing information) Address City State Zip**

Telephone Number

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- __ Other______
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

Liberty Mutual Disability. P.O. Box 7207, London, KY 40742

**Name (facility receiving information) Address City State Zip**

Telephone Number: 1-800-291-0012 ext 13988

Description of the purpose of the use and/or disclosure: (check one)

- __ Continuing Care
- __ Consultation
- __ Legal purposes
- __ Second Opinion
- ✓ Insurance
- __ Personal Use
- __ Emergency/acute care
- __ Social Security/Disability (provide copy of SSA Letter)
- ✓ Other: Please describe: Disability claim / attorney assistance
- __ **Marketing-If this request is for marketing purposes,** ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

N Fabre
**Signature of Patient or Patient's Representative**

09/12/2016
**Date**

Nita Fabre
**Printed name of Patient or Patient's Representative**

Self
**Relationship to Patient** or **Legal Authority (attach supporting documentation)**

NS 06-0017 4-24-0?

I hereby authorize Austin Diagnostic Clinic (All Locations), 12221 N. Mopac Expressway, Austin, TX 78758, Ph# 512-901-4153, to disclose all medical records from June 20, 2016 to the present and ongoing through January 1, 2018 to Liberty Mutual Disability.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

[signature]
Claimant Signature

Date of Birth

Date 1/5/16

5557206
Claim Number