THE AUSTIN DIAGNOSTIC CLINIC

MRN

# Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre

Date of Birth

Address

Telephone Number

**I hereby authorize** ( name of facility/provider releasing information) **to disclose the above-named individuals health information:**

ADC

**Name (facility releasing information) Address City State Zip**

Telephone Number

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- ___Other
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

Liberty Mutual Disability. P.O. Box 7207, London, KY 40742

**Name (facility receiving information) Address City State Zip**

Telephone Number: 1-800-291-0012 ext 13988

Description of the purpose of the use and/or disclosure: (check one)

- ___Continuing Care
- ___Consultation
- ___Legal purposes
- ___Second Opinion
- ✓ Insurance
- ___Personal Use
- ___Emergency/acute care
- ___Social Security/Disability (provide copy of SSA Letter)
- ✓ Other: Please describe: Disability claim / attorney assistance

___Marketing-If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

N Fabre
**Signature of Patient or Patient's Representative**

**Date**

Nita Fabre
**Printed name of Patient or Patient's Representative**

Self
**Relationship to Patient** or **Legal Authority (attach supporting documentation)**

ADC THE AUSTIN DIAGNOSTIC CLINIC

MRN

## Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre
Date of Birth

Address
Telephone Number

**I hereby authorize** ( name of facility/provider releasing information) **to disclose the above-named individuals health information:**

ADC

**Name (facility releasing information) Address City State Zip**

Telephone Number

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- ___Other___
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

Liberty Mutual Disability. P.O. Box 7207, London, KY 40742

**Name (facility receiving information) Address City State Zip**

Telephone Number: 1-800-291-0012 ext 13988

Description of the purpose of the use and/or disclosure: (check one)

- ___Continuing Care
- ___Consultation
- ___Legal purposes
- ___Second Opinion
- ✓ Insurance
- ___Personal Use
- ___Emergency/acute care
- ___Social Security/Disability (provide copy of SSA Letter)
- ✓ Other: Please describe: Disability claim / attorney assistance
- ___Marketing-If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

N Fabre
**Signature of Patient or Patient's Representative**

09/12/2016
**Date**

Nita Fabre
**Printed name of Patient or Patient's Representative**

Self
**Relationship to Patient** or

**Legal Authority (attach supporting documentation)**

NS 06-0017 4-24-0

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 9, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>A.D.C. WESTLAKE<br>1250 S. CAPITAL OF TEXAS HWY<br>*FORM / QUESTIONNAIRES ONLY*<br>WEST LAKE HILLS TX 78746 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 9, 2016

Dr. Richard Debehnke
A.D.C. Westlake
1250 S. CAPITAL OF TEXAS HWY
*FORM / QUESTIONNAIRES ONLY*
WEST LAKE HILLS, TX 78746

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Richard Debehnke:

Please review and respond to the enclosed Medical Clarfication Letter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.08.2016
5557206-REQUEST-PROVIDER-09.07.2016

I hereby authorize Austin Diagnostic Clinic (All Locations), 12221 N. Mopac Expressway, Austin, TX 78758, Ph# 512-901-4153, to disclose all medical records from June 20, 2016 to the present and ongoing through January 1, 2018 to Liberty Mutual Disability.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

Date 1/5/16

5557206
Claim Number

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: September 7, 2016 | |
| To: | DR. RICHARD DEBEHNKE<br>THE AUSTIN DIAGNOSTIC CLINIC<br>4315 JAMES CASEY ST<br>AUSTIN TX 78745 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): 5 | |
| RE:<br>Claim #: 5557206<br>Claimant: Nita Fabre<br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Richard Debehnke
The Austin Diagnostic Clinic
4315 JAMES CASEY ST
AUSTIN, TX 78745

Dear Dr. Richard Debehnke:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from May 3, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. ______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**OR**

2. ______ I defer restrictions and limitations to ________________________________.

(Please also print your name, sign, provide your specialty, and date below.)

**OR**

3. ______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

**Light Work -** Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work -** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

**OR**

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? ______________

***Key for Frequency (Definitions)***

***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)*

***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)*

***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)*

| Printed Name | Signature | Specialty | Date |
| --- | --- | --- | --- |

Please fax your response to **603-559-0370** by **September 21, 2016**.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments, and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

A.D.C. RELEASE OF INFORMATION SECTION
12221 N. MOPAC EXPRESSWAY
AUSTIN TX 78758

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 8, 2016

A.D.C. Release of Information Section
12221 N. MOPAC EXPRESSWAY
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

To Whom It May Concern:

Please see the attached request for medical records.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.08.2016
5557206-REQUEST-PROVIDER-09.07.2016

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>THE AUSTIN DIAGNOSTIC CLINIC<br>4315 JAMES CASEY ST<br>AUSTIN TX 78745 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Richard Debehnke
The Austin Diagnostic Clinic
4315 JAMES CASEY ST
AUSTIN, TX 78745

Dear Dr. Richard Debehnke:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from May 3, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. ______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**OR**

2. ______ I defer restrictions and limitations to ______________________________.

(Please also print your name, sign, provide your specialty, and date below.)

**OR**

3. ______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

**Light Work -** Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work -** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

**OR**

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? _______________

***Key for Frequency (Definitions)***

***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)*

***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)*

***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)*

| Printed Name | Signature | Specialty | Date |
|---|---|---|---|

Please fax your response to **603-559-0370** by **September 21, 2016**.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments, and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

I hereby authorize Austin Diagnostic Clinic (All Locations), 12221 N. Mopac Expressway, Austin, TX 78758, Ph# 512-901-4153, to disclose all medical records from June 20, 2016 to the present and ongoing through January 1, 2018 to Liberty Mutual Disability.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

Date 1/5/16

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 8, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>A.D.C. WESTLAKE<br>1250 S. CAPITAL OF TEXAS HWY<br>*FORM / QUESTIONNAIRES ONLY*<br>WEST LAKE HILLS TX 78746 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 8, 2016

Dr. Richard Debehnke
A.D.C. Westlake
1250 S. CAPITAL OF TEXAS HWY
*FORM / QUESTIONNAIRES ONLY*
WEST LAKE HILLS, TX 78746

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Richard Debehnke:

Please review and respond to the enclosed Medical Clarfication Letter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.08.2016
5557206-REQUEST-PROVIDER-09.07.2016

I hereby authorize Austin Diagnostic Clinic (All Locations), 12221 N. Mopac Expressway, Austin, TX 78758, Ph# 512-901-4153, to disclose all medical records from June 20, 2016 to the present and ongoing through January 1, 2018 to Liberty Mutual Disability.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

[signature]
Claimant Signature

5557206
Claim Number

Date of Birth

1/5/16
Date

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>THE AUSTIN DIAGNOSTIC CLINIC<br>4315 JAMES CASEY ST<br>AUSTIN TX 78745 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Richard Debehnke
The Austin Diagnostic Clinic
4315 JAMES CASEY ST
AUSTIN, TX 78745

Dear Dr. Richard Debehnke:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from May 3, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. ______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**OR**

2. ______ I defer restrictions and limitations to ______________________________.

(Please also print your name, sign, provide your specialty, and date below.)

**OR**

3. ______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

**Light Work -** Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work -** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

**OR**

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? _______________

***Key for Frequency (Definitions)***

***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)*

***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)*

***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)*

| Printed Name | Signature | Specialty | Date |
|---|---|---|---|

Please fax your response to **603-559-0370** by **September 21, 2016**.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments, and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

I hereby authorize Austin Diagnostic Clinic (All Locations), 12221 N. Mopac Expressway, Austin, TX 78758, Ph# 512-901-4153, to disclose all medical records from June 20, 2016 to the present and ongoing through January 1, 2018 to Liberty Mutual Disability.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

Date 1/5/16

5557206
Claim Number

The Austin Diagnostic Clinic

MRN

# Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre
Date of Birth:

Address:
Telephone Number: Ph#

**I hereby authorize** ( name of facility/provider **releasing** information) **to disclose the above-named individuals health information:**

Austin Diagnostic Clinic (all locations). 12221 N. Mopac Expressway, Austin, TX 78758

**Name (facility releasing information) Address City State Zip**

Treating Providers include but not limited to:
- Dr. Richard Debehnke (Internal Medicine: West Lake)
- Dr. Patrick Nolan (Neurology)

Telephone Number: (512) 901-4153

Date(s) of Service Requested (if known) or Provider: 6/20/2015 through present & ongoing through 1/1/18

Description of Information to be released: (check all that apply)

- ☐ Progress notes
- ☐ Consultations
- ☐ Most recent history and physical
- ☐ Immunization record
- ☐ Other
- ☐ Laboratory reports
- ☐ Radiology/Imaging reports
- ☐ Radiology films
- ☐ Two-way verbal exchange of communication
- ■ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

Liberty Mutual Disability PO Box 7207 London, KY 40742 Fax# 603-533-0370

**Name (facility receiving information) Address City State Zip**

Telephone Number: 800-291-0112 x 13988

Description of the purpose of the use and/or disclosure: (check one)

- ☐ Continuing Care
- ☐ Consultation
- ☐ Legal purposes
- ☐ Second Opinion
- ■ Insurance
- ☐ Personal Use
- ☐ Emergency/acute care
- ☐ Social Security/Disability (provide copy of SSA Letter)
- ■ Other: Please describe: Disability Insurance Benefits (through company benefits)
- ☐ Marketing - If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until January 1, 2018 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

**Signature of Patient or Patient's Representative**

**Date**

Nita Fabre
**Printed name of Patient or Patient's Representative**

N/A
**Relationship to Patient** **or**

N/A
**Legal Authority (attach supporting documentation)**

**Rev. 4/24/07**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. JEFFREY HIGGINBOTHAM<br>PAIN MANAGEMENT CONSULTANTS<br>101 W KOENIG LN<br>STE 100<br>AUSTIN TX 78751 |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

Dear Dr. Jeffrey Higginbotham:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from May 6, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. _______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

**OR**

2. _______ I defer restrictions and limitations to ________________________________.

(Please also print your name, sign, provide your specialty, and date below.)

**OR**

3. _______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

**Light Work -** Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work -** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

**OR**

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? _______________

***Key for Frequency (Definitions)***

***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)*

***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)*
***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)*

| Printed Name | Signature | Specialty | Date |
|---|---|---|---|
| | | | |

Please fax your response to **603-559-0370** by **September 21, 2016**.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. PATRICK NOLAN<br>AUSTIN DIAGNOSTIC CLINIC NEUROLOGY<br>12221 N MOPAC<br>AUSTIN TX 78758 |
| Attn: | |
| Fax: | (512) 901-3911 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Patrick C. Nolan
Austin Diagnostic Clinic Neurology
12221 N MOPAC
AUSTIN, TX 78758

Dear Dr. Patrick Nolan:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from January 1, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. ______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

OR

2. ______ I defer restrictions and limitations to ______________________________.

(Please also print your name, sign, provide your specialty, and date below.)

OR

3. ______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

Medium Work - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

Light Work - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

Sedentary Work - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

OR

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? _______________

***Key for Frequency (Definitions)***

***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)*

***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)*

***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)*

| Printed Name | Signature | Specialty | Date |
|---|---|---|---|
| | | | |

Please fax your response to 603-559-0370 by September 21, 2016.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

Date 1/5/16

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. JUDSON COOK<br>SPINE AND NEUROSURGERY SPECIALISTS OF AU<br>2200 PARK BEND DRIVE<br>BUILDING 2, SUITE 201<br>AUSTIN TX 78758 |
| Attn: | |
| Fax: | (512) 835-8101 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Judson Cook
Spine and Neurosurgery Specialists of Austin
2200 PARK BEND DRIVE
BUILDING 2, SUITE 201
AUSTIN, TX 78758

Dear Dr. Judson Cook:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from January 1, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. ______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

OR

2. ______ I defer restrictions and limitations to ______________________________.

(Please also print your name, sign, provide your specialty, and date below.)

OR

3. ______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

Medium Work - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

**Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

**Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

OR

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? _______________

| ***Key for Frequency (Definitions)*** |
| --- |
| ***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)* |
| ***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)* |
| ***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)* |

____________________ ____________________ ____________________ ____________

Printed Name Signature Specialty Date

Please fax your response to 603-559-0370 by September 21, 2016.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

Claimant Signature

1/5/16
Date

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | September 7, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>THE AUSTIN DIAGNOSTIC CLINIC<br>4315 JAMES CASEY ST<br>AUSTIN TX 78745 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Dr. Richard Debehnke
The Austin Diagnostic Clinic
4315 JAMES CASEY ST
AUSTIN, TX 78745

Dear Dr. Richard Debehnke:

As the disability carrier for Nita Fabre, we would like your input on your patient's current level of functional capacity. Please read this letter and respond accordingly.

Please provide the following information by September 21, 2016:

- Office visit notes, test results, procedure reports and all other clinical records dated from May 3, 2016 to the present
- Response to this Medical Clarification Letter regarding your patient's current level of functional capacity.

Please select one of the following four options:

1. _______ I am not restricting or limiting this patient in any way. (Please also print your name, sign, provide your specialty, and date below.)

OR

2. _______ I defer restrictions and limitations to __________________________________.

(Please also print your name, sign, provide your specialty, and date below.)

OR

3. _______ Based on objective medical findings from the most recent office visit, this patient can perform the following:

Medium Work - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Full-time_____ Part-time_____

Light Work - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

Full-time_____ Part-time_____

Sedentary Work - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

Full-time_____ Part-time_____

OR

4. If you do not believe your patient has sedentary, light, or medium functional capacity, please provide a list of current specific restrictions supported by the medical documentation for this patient:

5. Through what date are the given restrictions supported? _______________

***Key for Frequency (Definitions)***

***Occasional Demand:*** *Up to 20 minutes per hour; up to 2.5 hours per day. (1-33% of shift.)*

***Frequent Demand:*** *Up to 40 minutes per hour; up to 5.5 hours per day. (34-66% of shift.)*

***Constant Demand:*** *Over 40 minutes per hour; over 5.5 hours per day. (67-100% of shift.)*

______________________ ______________________ ______________________ ______________

Printed Name Signature Specialty Date

Please fax your response to 603-559-0370 by September 21, 2016.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print) Date of Birth

[signature]
Claimant Signature Date 1/5/16

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

September 7, 2016

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 7, 2016, we requested updated medical information from your treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2016 through the present from from Dr. Cook and from Dr. Nolan, and medical records dated May 6, 2016 to present from Dr. Higganbotham and Dr. Debenkhe
- We requested a response to our Medical Clarification Letters asking about your treating providers opinions regarding your current and ongoing functional capacity. These Medical Clarification Letters were faxed to Dr. Higganbotham, Dr. Debenkhe, Dr. Cook, and Dr. Nolan on September 7, 2016

On September 7, 2016, we attempted to contact you at . However, there was no answer and we were unable to leave a voicemail message as the voicemail box was full.

We need to speak with you about your disability claim. Please call us by October 6, 2016 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be suspended.

Centene Management Company's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the

requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 6, 2016, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by October 21, 2016, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 21, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort INVOICE

**Invoice #:** 0193961232
**Date:** 6/21/2016
Customer #: 1646346

| Ship to: | Bill to: | Records from: |
|---|---|---|
| CLAIMS DEPT<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7207<br>LONDON, KY 40742-7207 | CLAIMS DEPT<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7207<br>LONDON, KY 40742-7207 | AUSTIN DIAGNOSTIC CLINIC<br>12221 N MOPAC EXPRESSWAY<br>AUSTIN, TX 78758 |

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON **DOB:**
**Patient Name:** FABRE NITA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 9 | 0.00 | 0.00 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 27.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 27.00 |
| Less Payment | | | -27.00 |
| Balance Due | | | 0.00 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0193961232

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

1069535

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

Jmail Bill

May 4, 2016

Dr. Richard Debehnke
The Austin Diagnostic Clinic
4315 JAMES CASEY ST
AUSTIN, TX 78745

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Richard Debehnke:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2015 through the present

We ask that you provide this information by May 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Copied By
JUN 02 2016



137956762

ADC THE AUSTIN DIAGNOSTIC CLINIC

MRN

# Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre

Date of Birth

Address

Telephone Number

**I hereby authorize** ( name of facility/provider releasing information) **to disclose the above-named individuals health information:**

ADC

**Name (facility releasing information) Address City State Zip**

Telephone Number

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- ___ Other___
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

Liberty Mutual PO Box 7207 London KY 40742

**Name (facility receiving information) Address City State Zip**

Telephone Number 800 291-0112 ext. 13988

Description of the purpose of the use and/or disclosure: (check one)

- ___ Continuing Care
- ___ Consultation
- ___ Legal purposes
- ___ Second Opinion
- ✓ Insurance
- ___ Personal Use
- ___ Emergency/acute care
- ___ Social Security/Disability (provide copy of SSA Letter)
- ___ Other: Please describe: ___
- ___ Marketing-If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

N Fabre
**Signature of Patient or Patient's Representative**

6/2/16
**Date**

Nita Fabre
**Printed name of Patient or Patient's Representative**

self
**Relationship to Patient** or

**Legal Authority (attach supporting documentation)**

NS 06-0017

4-24-07

1069535

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 4, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>THE AUSTIN DIAGNOSTIC CLINIC<br>4315 JAMES CASEY ST<br>AUSTIN TX 78745 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5557206<br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Copied By
MAY 06 2016

RECEIVED MAY 06 2016

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291 0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to. Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

**NITA M FABRE** Home: ( Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**02/18/2016 - Office Visit: IM OV Westlake DMR**
**Provider: Richard D DeBehnke MD**
**Location of Care: Internal Medicine Westlake**

**Chief Complaint:** 3mon RET

**HISTORY OF PRESENT ILLNESS:**
36-year-old here with a problem is essentially one of insurance she evidently has been told by her back specialist that she needs some type of additional procedure but now is having trouble trying to get this scheduled. Some of the issues seem to be her insurance and coverage of different hospitals rather than significant medical problems or any clinical issue that could be corrected prior to surgery. Certainly she is medically stable

Superimposed on this certainly seems to be her chronic problems of reactive airway disease and also upper gastrointestinal virus was she's had some nausea and low-grade fevers. She does have an implanted pacemaker but that doesn't seem to be the etiology of the problem.

**PAST MEDICAL HISTORY:**
Reactive airway disease
Lumbar back problems
Migraine headaches
Mild depression
Seasonal allergies
**Allergies:**
MORPHINE (Critical)
* LATEX (Critical)
* STERI STRIPS (Severe)
* METHADONE (Severe)

**SURGICAL HISTORY:**
Status post back surgery

**FAMILY HISTORY:**
**Diabetes:** sister.
**Hypertension:** parents.
**Other Cancer:** Type: non-Hodgkin's lymphoma, melanoma Relationship: sister, and father.
Mother Father
**SOCIAL HISTORY:**

**Social System**
Marital status: divorced
Occupation: R.N.

**Nutrition and Exercise:** Exercise? No.
**Healthy Habits:**
Smoking Status: Former
Counseled to Quit: Counseled

**NITA M FABRE** Home: ( Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

**PHYSICAL EXAMINATION:**
**Vital Signs:**
BP: 142/76; Pulse: 101
**General:**
**General appearance:** well nourished, well hydrated, no acute distress,appears stated age.
**Head:** normocephalic-atraumatic

**Back**
**Back:** possibly having a fair amount of pain to lower back resting on the exam table during the visit.

**Gastrointestinal**
**Abdomen:** mild upper abdominal discomfort or tenderness

**ASSESSMENT:**
Assessed DEGENERATIVE DISC DISEASE, LUMBAR SPINE as deteriorated - This problem continues to be a great deal of difficulty in the sense that she needs to have it when he had this procedure and the problems that she expressed their ones that are outside the ROM of our ability to help such as getting her insurance to agree to cover for a procedure or getting appointment with her surgeon. We will try to get referrals done but it is up to the patient try to straighten out who is on her planned and at that taking care of before we can actually do this sufficiently
ZOFRAN 8 MG TABS (ONDANSETRON HCL) 1 by mouth two times a day as needed for nausea

**PLAN:**
Will encourage her to continue his pursue this issue with her insurance in the interim we are happy to provide her referrals to the back specialist of her choice..

P.r.n. medications for her nausea are provided

**New Orders:**
ESTAB. PATIENT OFC VISIT LEVEL 3 [CPT-99213]

Patient Visit Summary will be made available via MyADC.

**Prescriptions:**
ZOFRAN 8 MG TABS (ONDANSETRON HCL) 1 by mouth two times a day as needed for nausea
#12[Tablet] x 3
Entered and Authorized by: Richard D DeBehnke MD
Signed by: Richard D DeBehnke MD on 02/18/2016
Method used: Electronically to
Walgreens #3724* (retail)
9801 Manchaca
@ Slaughter
Austin, TX 78748
Ph: 5122921066
Fax: 5122924144
RxID: 1771427222846920

**NITA M FABRE** Home: ( Work:
Female DOB: MRN: 1069535 Ins: UHC COMP (442) Grp: 902732

## Preventive Care

**LDL:** 101 mg/dL 05/12/2015
**HDL:** 37 mg/dL 05/12/2015
**Triglyceride:** 113 mg/dL 05/12/2015
**Cholesterol:** 161 mg/dL 05/12/2015
**Fasting Glucose:** 88 mg/dL 11/10/2015
**HgA1c:** 5.4 % 11/04/2015

**Immunizations Status:**
**Flu vax:** Last: 10/21/2015

**Electronically Signed by Richard D DeBehnke MD on 02/18/2016 at 6:17 PM**

ARA DIAGNOSTIC IMAGING

Southwood
1701 W. Ben White Blvd., Suite 170
Austin, TX 78704
Ph. (512) 428-8080
Fx: (512) 428-8884
Web: www.ararad.com

1069535

Patient: FABRE, NITA M    Exam Date: 04/22/2016

DOB:
Patient Age: 36
Patient Sex: F
ARA MR #: 1658020
Exam Status: Routine
Accession #: 23418603
23418607
23418608
23418609

At the Request of:
JUDSON COOK MD
2200 PARK BEND DR
AUSTIN, TX 78758

MYELOGRAM WITH CT THORACIC, LUMBOSACRAL SPINE, CT LUMBAR SPINE WITH CONTRAST WITH MYELOGRAPHY, CT THORACIC SPINE WITH CONTRAST WITH MYELOGRAPHY, MYELOGRAM SEDATION: 4/22/2016

HISTORY: Back pain. Bilateral leg pain. Bilateral leg weakness. Previous surgery.

COMPARISON: ARA CT of the thoracic spine 09/05/2013. Seton Northwest post discogram CT of the lumbar spine 07/30/2015. ARA MRI studies of the thoracic and lumbar spine 08/15/2012.

TECHNIQUE: The risks, benefits, and alternatives to myelography were explained to the patient who understood and agreed to proceed. Signed consent was obtained.

Using sterile technique and local anesthesia, the tip of a 27-gauge spinal needle was placed within the spinal canal at the L2-L3 level under fluoroscopic control. Approximately 13 cc of Omnipaque 240 were instilled and maneuvered into the region of interest.

Multiple spot and overhead films were obtained. The patient tolerated the procedure well and was sent to CT where multiple axial sections were obtained through the area of interest. Images were viewed both in bone and soft tissue windows. Multiple coronal and sagittal reformations were viewed as well. Fluoro time: 1.7 minutes.

OBSERVATIONS: The myelogram images show excellent filling of the thoracic and lumbar thecal sac with slight effacement of the anterior thecal sac at multiple thoracic and lumbar levels. The nerve root sleeves are symmetrically filled.

A partial laminectomy has been performed at the T8 and T9 levels. The stimulating electrodes enter the posterior canal at the T9-T10 level and extend superiorly with the electrode pads in the posterior epidural space at the T7 and T8 levels.

The hinged L4-L5 disc prosthesis is unchanged in position with solid interbody fusion.

There is no indication of discitis, osteomyelitis, epidural abscess, or other operative complication.

Thoracic discs: Minor posterior annular bulging is again noted at multiple levels without significant mass effect on the anterior cord surface. There is no focal mass effect on exiting or descending nerve roots.

Patient: FABRE, NITA M Exam Date: 04/22/2016

Posterior ligamentous thickening and ossification is noted between T9 and T12, most prominently at the T10-T11 level. The posterior thecal sac is slightly effaced without mass effect on the spinal cord.

Lumbar discs: Minor posterior annular bulging is again noted at multiple levels without selective nerve root involvement. Facet overgrowth at the L4-L5 and L5-S1 levels continues to produce early foraminal encroachment.

IMPRESSIONS:
1. The stimulating electrodes have not changed in position since 09/05/2013.
2. Stable and routine postoperative appearance at the L4-L5 level with anterior fusion.
3. No spinal cord compression or new disc herniation at any thoracic level.
4. No new disc herniation or significant canal narrowing at any lumbar level.

Dan Richardson, MD
Electronically Signed: 4/22/2016 4:56 PM

ADC
THE AUSTIN DIAGNOSTIC CLINIC
1250 Capital of Texas Highway South
Austin, TX 78746
Phone: (512) 334-2403
Fax: (512) 334-2493

# FAX TRANSMISSION

Rehana Becker, M.D. Richard DeBehnke, M.D.
Jerry Hood, M.D. William Lockett, M.D.
Raymond Paxton, M.D.

To: Dr. Nolan Date: 5-2-16

Fax #: 3911 Pages: 3

From: Caroline A., RN @ Dr. DeBehnke's office (ph 512-334-2410)

Subject: Nita Fabre DOB:

COMMENTS:
Pt has EMG/consult appt with you 6/2 - here's the CT/myelo result from Dr. Sudarshan for your record.

*****CONFIDENTIALITY NOTICE*****

The documents accompanying this telecopy transmission contains confidential information, belonging to the sender that is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any action in reliance on the contents of this telecopied transmission is directly prohibited. If you have received this telecopy in error, please notify the above-named sender immediately, by telephone, to arrange for return of the original documents to The Austin Diagnostic Clinic.

1069575

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118

*March 17, 2016*
Page 1
Office Visit

**Nita M Fabre** Home:
Female DOB: [redacted] 690 Ins: BCBS of Texas Grp: HTC303

**12/17/2015 - Office Visit: follow up**
**Provider: Mark G Burnett MD**
**Location of Care: Neurotexas, PLLC**
**Status: ON HOLD DOCUMENT. Contents are preliminary**

**History of Present Illness:**
I saw Nita Fabre in the office today for a followup consultation. She is a 36 years old woman

The patient returns today for a followup visit to discuss her EMG and testing results. She has a history of chronic pain syndrome, and I have known her for several years. I have seen her several times this past year for persistent back pain as well as radiculopathy and muscle spasms. She has a spinal stimulator in place. This was placed several years ago, and that was my involvement in her care. She does have a history of an ALIF at L4-5 that was done in the remote past at an outside facility. Because of her pain, I asked her to undergo imaging studies, and she has a CT myelogram, which indicates that likely the L4-5 fusion is stable. She has some degeneration at L5-S1 below the fusion. I sent her for a CT myelogram to evaluate the nerve root compression and seen at least in static imaging there was no overt compression at L5-S1. Because of this, I wanted to send her for an EMG. Her symptoms in the legs are significant and so I wanted to get a better understanding of what was going on. She has done that and returns to see me today. She has also had a discogram that was positive for concordant pain at L5-S1. The patient reports her symptoms are generally stable, and she rates her pain as 7/10. She remains on muscle relaxants, pain medications, and recently had an increase in her narcotic regimen. She is weaning down from er tobacco usage but is using vapor devices currently.

## Review of Systems

See HPI

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 36 Years Old Female |
| Height: | 67 inches |
| Weight: | 230 pounds |
| BMI: | 36.02 |

| | |
|---|---|
| Pt. in pain? | yes |
| Location: | back |
| Intensity: | 7 |
| Type: | aching |

## Physical Exam

**General:**

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118



**Nita M Fabre** Home:
Female, DOB: 590 Ins: BCBS of Texas Gp: HTC383

The patient has an antalgic gait. She is exquisitely sensitive to light touch in the lower lumbar region. She has back pain that is caused by straight leg raise on either side. Her strength and sensation appear preserved.

Constitutional:
Well-nourished, well-developed and in no obvious distress.

Cardiac:
Skin is normal temperature. Edema is not present.

Musculoskeletal:
Gait and station normal. Muscle bulk is normal. Muscle tone is normal. Motor strength 5/5 in all major muscle groups of the upper and lower extremities. Except as noted above.

Extremities:
Inspection of digits and nails reveals no abnormalities.

Neurologic:
Awake, alert, oriented with normal memory, language, and fund of knowledge. Testing of cranial nerves reveals no deficits. Exam of sensation reveals no abnormalities. Deep tendon reflexes are normal. Except as noted above.

## Current Problems:

**Medical Problems:**
1) Dx of Degenerative Disc Disease, Lumbar Spine (ICD-722.52)
2) Dx of Other Spondylosis With Radiculopathy, Lumbar Region (ICD-721.3)
3) Dx of Sciatica (ICD-724.3)
4) Dx of Causalgia of Lower Limb (ICD-355.71)
5) Dx of Syndrome, Postlaminectomy, Lumbar (ICD-722.83)

## Current Medications:
1) Oxycontin 40 Mg Oral T12a (Oxycodone hcl) .... Take 1 tablet by mouth every 12 hours. start 11-09-15
2) Movantik 25 Mg Oral Tabs (Naloxegol oxalate) .... Take 1 tab by mouth 1hr prior to 1st meal of the day on empty stomach for opiod induced constipation
3) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium) .... Take 1 tab by mouth once a day
4) Venlafaxine Hcl 100 Mg Oral Tabs (Venlafaxine hcl) .... Take 1 tab by mouth twice daily.
5) Omeprazole 20 Mg Oral Cpdr (Omeprazole) .... Take one capsule daily in am on empty stomach.
6) Gabapentin 300 Mg Oral Caps (Gabapentin) .... Take one capsule by mouth 3 times a day
7) Ondansetron Hcl 4 Mg Oral Tabs (Ondansetron hcl) .... Take 1 tablet by mouth every 6 hours for 30 days *ins only pays for 60 in 30 days*
8) Oxycodone Hcl 15 Mg Oral Tabs (Oxycodone hcl) .... Take 1 tablet by mouth every 8 hours *start 7/12*
9) Metaxalone 800 Mg Oral Tabs (Metaxalone) .... Take 1 tablet by mouth every 8 hours as needed max is 3 per day
10) Baclofen 20 Mg Oral Tabs (Baclofen) .... Take 1 tablet by mouth every 6 hours as needed max is 4 per day

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118

*March 17, 2016*
Page 3
Office Visit

**Nita M Fabre** Home: (
Female. DOB: SSC Ins: BCBS of Texas Grp: HTC303

## Allergies:

1) Morphine Sulfate (morphine Sulfate Tabs) (critical)
2) Latex Gloves (disposable Gloves) (critical)

## Impression & Recommendations:

EMG done at austin neurocare

DIAGNOSTIC TESTING REVIEW:
The patient again has a CT myelogram of the lumbar spine that shows an ALIF at L4-5. Her stimulator device is also visible. The disc height is preserved, but there is perhaps some mild foraminal narrowing at L5-S1 on myelography but no clear compression of concern. She had a discogram that showed concordant pain at L5-S1. She has now an EMG, which shows no abnormal finding in the lower extremities.

DICTATED ASSESSMENT:
Ms. Fabre returns today for an office visit to discuss her progress. She continues to have exquisite axial low back pain as well as episodic and inconsistent radiculopathy. She remains on chronic pain medication and recently had an increase in that regard. Her symptoms are severe enough that they are profoundly affecting her quality of life. Her imaging indicates that she has what is likely a solid fusion at L4-5. She has some mild degenerative changes below at L5-S1, but a discogram that is concordant for pain at that level. She has an EMG that is unremarkable.

DICTATED PLAN:
I had a long talk with her today about her testing results. Obviously, despite conservative care and multiple modalities, she is not finding improvement. She has testing, which identifies the L5-S1 disc space as a significant pain generator for her, but she does not have EMG findings to support some of her radicular pains. In my opinion, if we were to move forward with surgery, I would recommend an ALIF at L5-S1. I think in that regard we can say with confidence that her back pain would be improved but the leg symptoms are a bit more difficult to predict based on her testing. I discussed this with her as well as the issues around her surgery and recovery because of the amount of pain medication that she has been on. We reviewed the pros and cons and in the end have decided to move forward with an ALIF at L5-S1. I will help to get her connected with the access surgeons and start to make plans.

DICTATED DIAGNOSIS/ES:
Lumbar disc degeneration.
Lumbar spondylosis with radiculopathy

CPT CODE: 99213