1069535

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

Jmail Bill

May 4, 2016

Dr. Richard Debehnke
The Austin Diagnostic Clinic
4315 JAMES CASEY ST
AUSTIN, TX 78745

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Richard Debehnke:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2015 through the present

We ask that you provide this information by May 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Copied By
JUN 02 2016



13795676?

3E165160137

MRN

## Authorization for Release of Protected Health Information (PHI)

Patient Name: Nita Fabre

Date of Birth:

Address:

Telephone Number:

I hereby authorize ( name of facility/provider releasing information) to disclose the above-named individuals health information:

| Name (facility releasing information) | Address | City | State | Zip |
|---|---|---|---|---|
| ADC | | | | |

Telephone Number:

Date(s) of Service Requested (if known) or Provider: 1/1/2014 - current

Description of Information to be released: (check all that apply)

- ✓ Progress notes
- ✓ Consultations
- ✓ Most recent history and physical
- ✓ Immunization record
- ___ Other ___
- ✓ Laboratory reports
- ✓ Radiology/Imaging reports
- ✓ Radiology films
- ✓ Two-way verbal exchange of communication
- ✓ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

This information may be disclosed to and used by the following individual or organization (receiving the information)

| Name (facility receiving information) | Address | City | State | Zip |
|---|---|---|---|---|
| Liberty Mutual | PO Box 7207 | London | KY | 40742 |

Telephone Number: 800 291-0112 ext. 13988

Description of the purpose of the use and/or disclosure: (check one)

- ___ Continuing Care
- ___ Consultation
- ___ Legal purposes
- ___ Second Opinion
- ✓ Insurance
- ___ Personal Use
- ___ Emergency/acute care
- ___ Social Security/Disability (provide copy of SSA Letter)
- ___ Other: Please describe: ___
- ___ Marketing-If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until 12/31/2025 (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

N Fabre
Signature of Patient or Patient's Representative

Date: 6/2/16

Nita Fabre
Printed name of Patient or Patient's Representative

Self
Relationship to Patient or Legal Authority (attach supporting documentation)

NS 06-0017 4-24-07

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291 0112
Secure Fax No.: (603) 559 0370

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centeno Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with any claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

Date 1/5/16

5557206
Claim Number

1069535

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 4, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>THE AUSTIN DIAGNOSTIC CLINIC<br>4315 JAMES CASEY ST<br>AUSTIN TX 78745 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5557206<br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Copied By
MAY 06 2016

RECEIVED MAY 06 2016

3E165160031

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

HealthPort.
**INVOICE**

Invoice #: 0193961232
Date: 6/4/2016
Customer #: 1646346

Ship to.
CLAIMS DEPT
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Bill to:
CLAIMS DEPT
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Records from:
AUSTIN DIAGNOSTIC CLINIC
12221 N MOPAC EXPRESSWAY
AUSTIN, TX 78758

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON **DOB:**
**Patient Name:** FABRE NITA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000. | | | |
| **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 9 | 0.00 | 0.00 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 27.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 27.00 |
| Balance Due | | | 27.00 |

**Pay your invoice online at www.HealthPortPay.com**

**Please remit this amount : $ 27.00 (USD)**

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0193961232

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

3E165160031

******AUTO**MIXED AADC 300
849 2 MB 0.419 000849

LIBERTY LIFE ASSURANCE BOSTON
CLAIMS DEPT 7pgs
PO BOX 7207
LONDON, KY 40742-7207

*0007000849K05*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 13, 2016

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Please review the last two pages of the attached document. We are unable to obtain the requested records without the correct signed authorization form. Please complete and fax this form back to me so that I can mail a subsequent request.

Alternately, you may request a copy of your own records from this provider and submit those directly to Liberty Mutual. This second option would ensure that we get the records within the required deadline.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-MEDICAL-CORRESPONDENCE-05.11.2016

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Date |
|---|
| **5/11/2016** |
| Request ID # |
| **0192254532** |

Ship to:

JOEL FITZGERALD
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON
**Patient Name:** FABRE NITA
**CLAIM NUMBER:** 5557206
**DOB:**

Records from:

AUSTIN DIAGNOSTIC CLINIC
12221 N MOPAC EXPRESSWAY
AUSTIN, TX 78758

HealthPort is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 10,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.healthport.com/facilityassist

ON Auth

1069535

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 4, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>THE AUSTIN DIAGNOSTIC CLINIC<br>4315 JAMES CASEY ST<br>AUSTIN TX 78745 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5557206<br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Copied By
MAY 06 2016

RECEIVED MAY 06 2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 4, 2016

Dr. Richard Debehnke
The Austin Diagnostic Clinic
4315 JAMES CASEY ST
AUSTIN, TX 78745

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Richard Debehnke:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2015 through the present

We ask that you provide this information by May 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291 0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to. Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Date: 5/6/2016

To: Liberty Life Assurance Company Of Boston Group Benefits Disability Claims
Po Box 7207,
London, KY 40742

From: Correspondence Coordinator
Austin Diagnostic Clinic
12221 N Mopac Expressway
Austin, TX 78758

Re: AUTH FOR ADC
Medical Records Request for Nita Fabre

Ref#:

Dear Liberty Life Assurance Company Of Boston Group Benefits Disability Claims:

The enclosed authorization request for medical records is being returned to you as it is incomplete. ADC requires the authorization be addressed to the facility or to the physician. Please ask the patient to complete the enclosed ADC Authorization for Release of Protected Health Information and resubmit the request by mail. The turn-around time is ten (10) days from the date ADC receives the written request.

If you have any questions, please contact the Release of Information Section at The Austin Diagnostic Clinic, 512-901-4153.

Sincerely,

Correspondence Coordinator
Release of Information Section of Health Information Management

The Austin Diagnostic Clinic

MRN

## Authorization for Release of Protected Health Information (PHI)

Patient Name | Date of Birth

Address | Telephone Number

**I hereby authorize** ( name of facility/provider releasing information) **to disclose the above-named individuals health information:**

| Name (facility releasing information) Address | City | State | Zip |
|---|---|---|---|
| Austin Diagnostic Clinic 12221 North Mopac expressway | Austin | TX | 78758 |

Telephone Number 512-901-4153

Date(s) of Service Requested (if known) or Provider: ______________________

Description of Information to be released: (check all that apply)

- ☐ Progress notes
- ☐ Consultations
- ☐ Most recent history and physical
- ☐ Immunization record
- ☐ Other ______________________
- ☐ Laboratory reports
- ☐ Radiology/Imaging reports
- ☐ Radiology films
- ☐ Two-way verbal exchange of communication
- ☐ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed <u>to</u> and used by the following individual or organization (receiving the information)**

**Name (facility receiving information)** | **Address** | **City** | **State** | **Zip**

Telephone Number

Description of the purpose of the use and/or disclosure: (check one)

- ☐ Continuing Care
- ☐ Consultation
- ☐ Legal purposes
- ☐ Second Opinion
- ☐ Insurance
- ☐ Personal Use
- ☐ Emergency/acute care
- ☐ Social Security/Disability (provide copy of SSA Letter)
- ☐ Other: Please describe: ______________________
- ☐ Marketing - If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until ______________________ (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

______________________ **Signature of Patient or Patient's Representative** | ______________________ **Date**

______________________ **Printed name of Patient or Patient's Representative**

______________________ **Relationship to Patient** **or** ______________________ **Legal Authority (attach supporting documentation)**

Rev. 4/24/07

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Date |
|---|
| 5/11/2016 |
| Request ID # |
| 0192254532 |

**Ship to:**

JOEL FITZGERALD
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON
**Patient Name:** FABRE NITA
**CLAIM NUMBER:** 5557206
**DOB:**

**Records from:**

AUSTIN DIAGNOSTIC CLINIC
12221 N MOPAC EXPRESSWAY
AUSTIN, TX 78758

HealthPort is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 10,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.healthport.com/facilityassist

1069535

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 4, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>THE AUSTIN DIAGNOSTIC CLINIC<br>4315 JAMES CASEY ST<br>AUSTIN TX 78745 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5557206<br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Copied By
MAY 06 2016

RECEIVED MAY 0 6 2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 4, 2016

Dr. Richard Debehnke
The Austin Diagnostic Clinic
4315 JAMES CASEY ST
AUSTIN, TX 78745

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Richard Debehnke:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2015 through the present

We ask that you provide this information by May 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291 0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to. Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations **EXCEPT** to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Date: 5/6/2016

To: Liberty Life Assurance Company Of Boston Group Benefits Disability Claims
Po Box 7207,
London, KY 40742

From: Correspondence Coordinator
Austin Diagnostic Clinic
12221 N Mopac Expressway
Austin, TX 78758

Re: AUTH FOR ADC
Medical Records Request for Nita Fabre
Ref #:

Dear Liberty Life Assurance Company Of Boston Group Benefits Disability Claims:

The enclosed authorization request for medical records is being returned to you as it is incomplete. ADC requires the authorization be addressed to the facility or to the physician. Please ask the patient to complete the enclosed ADC Authorization for Release of Protected Health Information and resubmit the request by mail. The turn-around time is ten (10) days from the date ADC receives the written request.

If you have any questions, please contact the Release of Information Section at The Austin Diagnostic Clinic, 512-901-4153.

Sincerely,

Correspondence Coordinator
Release of Information Section of Health Information Management

The Austin Diagnostic Clinic

MRN

# Authorization for Release of Protected Health Information (PHI)

Patient Name | Date of Birth

Address | Telephone Number

**I hereby authorize** ( name of facility/provider releasing information) **to disclose the above-named individuals health information:**

Austin Diagnostic Clinic 12221 North Mopac expressway Austin TX 78758

**Name (facility releasing information) Address City State Zip**

Telephone Number 512-901-4153

Date(s) of Service Requested (if known) or Provider: ______________________

Description of Information to be released: (check all that apply)

- ☐ Progress notes
- ☐ Consultations
- ☐ Most recent history and physical
- ☐ Immunization record
- ☐ Other______________________
- ☐ Laboratory reports
- ☐ Radiology/Imaging reports
- ☐ Radiology films
- ☐ Two-way verbal exchange of communication
- ☐ Entire medical record

I understand that the information in my health record may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information.

**This information may be disclosed to and used by the following individual or organization (receiving the information)**

**Name (facility receiving information) Address City State Zip**

Telephone Number

Description of the purpose of the use and/or disclosure: (check one)

- ☐ Continuing Care
- ☐ Second Opinion
- ☐ Emergency/acute care
- ☐ Consultation
- ☐ Insurance
- ☐ Social Security/Disability (provide copy of SSA Letter)
- ☐ Legal purposes
- ☐ Personal Use
- ☐ Other: Please describe: ______________________
- ☐ Marketing - If this request is for marketing purposes, ADC may receive remuneration from a properly authorized business associate as a result of using or disclosing the patient's protected health information (PHI).

I understand that this authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. The Austin Diagnostic Clinic may charge a processing fee for this service. This authorization will expire by law 180 days from the date of this authorization unless I otherwise specify. This authorization will be in effect until ______________________ (date or event).

I further understand that I may revoke this authorization at any time by notifying the Health Information Management Department at The Austin Diagnostic Clinic. If I revoke this authorization I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

______________________ ______________________

**Signature of Patient or Patient's Representative** **Date**

______________________

**Printed name of Patient or Patient's Representative**

______________________ ______________________

**Relationship to Patient** or **Legal Authority (attach supporting documentation)**

**Rev. 4/24/07**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May ~~5~~ 9, 2016 |
| ~~To:~~ FROM: | DR. JEFFREY HIGGINBOTHAM<br>PAIN MANAGEMENT CONSULTANTS<br>101 W KOENIG LN<br>STE 100<br>AUSTIN TX 78751 |
| Attn: | Please respond to both the form and the request for treatment notes |
| Fax: | (512) 454-7294 |
| ~~From:~~ TO: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | ~~5~~ (17) |
| RE:<br><br>Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 5, 2016

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present
- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by May 19, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Restrictions Form

Return To: Joel Fitzgerald

| Nita Fabre | | 5557206 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 08/22/2013
   DATE LAST TREATED — 05/05/2016
   NEXT OFFICE VISIT — 06/01/2016

   (Postlaminectomy Syndrome, Lumbar M96.1 Rthip bursitis M70.71, Sacroiliitis M46.1)
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☑ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses; describe the work situations that should be avoided or reduced.

   Pt is unable to lift >10#, d/t severe back pain. She is also unable to walk or stand >10-15 min. at a time d/t severe LBP radiating to RLE. Sitting >10-15 min at a time exacerbates back pain as well.

4. RESTRICTIONS IMPOSED FROM 05/05/16 TO 08/05/16.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Pt is under neurosurgical eval by Dr. Bunett & Dr Cook. Pt has been referred to Dr. Nolan for NCS/EMG. Dr. Cook rec. Rt L5S1 LESI & SIJI.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   Pt just had CT myelogram c̄ Dr. Cook of C-spine, T-spine, & L-spine. Pt was scheduled to have SX c̄ Dr. Bunett in Jan 2016 then cx Old insurance cx.

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 04/04/16 TO 05/05/16.

| Jeffery Higginbotham M.D. | Pain Management | 74-2643386 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 101 W. Koenig Lane Suite 100 | (512) 454-9426 | (512) 454-7294 |
| Street Address | Telephone Number | Fax Number |
| Austin, TX 78751 | [signature] | 05/05/16 |
| City, State & Zip Code | Signature | Date |

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291 0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centena Management Company

Return to. Joel Fitzgerald

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: Restrictions Form
5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Pain Management Consultants, P.A.
SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 04/04/2016 01:06 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(Monica Sanchez, MA-C 04/04/2016 04:08 PM)*

**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**Past interventions-Medical is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient states that she is sched to seee Dr Cook on 04/12/16. Patient states that her Duragesic helps but having difficulty with keeping patch on. ).**

**Past surgical interventions are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Monica Sanchez, MA-C; 04/04/2016 04:09 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 76 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 118/74

### Review of Systems *(Monica Sanchez, MA-C; 04/04/2016 01:06 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Monica Sanchez, MA-C 04/04/2016 01:07 PM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Opana ER *ANALGESICS - OPIOID* [Drug allergy]; morphine derivative
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months wearing a SIJ belt 2-3 hrs during the day helps

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Lateral epicondylitis, left (726.32 | M77.12)

Long term use of drug *POC (V58.69 | Z79.899)

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1 | M79.1) ; 8/20/2015 Right Piriformis Inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain rélief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

**Other Medical History**

Osteoarthritis

Asthma

Depression

SCS implant Feb 2013; revised by Dr. Burnett July 2013

L4-L5 fusion 2008

**Social**

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Illicit drug use: None

Current work status: Full-time Utilization Review Nurse

Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 12/10/2015) Active. (start 12/10/2015 end 3/9/16; efilled; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/05/2016) Active - Hx Entry. (START 2/5/16 - END 5/5/16)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 Spoke to @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 2 (two) Oral every 4-6 hours prn breakthrough pain MAX: 8/day, Taken starting 04/06/2016) Active - Hx Entry. (START: 04/06/16 END 05/06/16 153000141187 PREWRITTEN FOR LB 04/06/16 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 LVM @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet, 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 02/05/2016) Active. (START 2/5/16 - END 5/5/16)

Duragesic-50 (50MCG/HR Patch 72HR 1 (one) Patch Transdermal Apply q 72 hrs, Taken starting 04/07/2016) Active - Hx Entry. (START 04/07/16 end 05/07/16 153000141186 prewritten for LB 04/06/16 Supervising physician Jeffrey Higginbotham, MD)

PrILOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

Medications Reconciled.

**Family**

Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Cancer: Sister
Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 04/06/2016 10:10 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed (pt is upset today, crying) and Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture**
**Gait - Use of assistive device (cane).**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 04/06/201610:09 AM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Had a long discussion regarding pain meds as pt is wanting an increase on pain meds again (last med increase was August 2015). Discussed realistic expectations and issues of tolerance. PT is miserable and asks for an increase on oxycodone as she states it is only lasting 4 hours. Will increase to 5/day of oxycodone but will not escalate further for awhile.
Current Plans:

- Continued OxyCODONE HCl 15MG, 2 (two) Tablet IR every 4-6 hours prn breakthrough pain MAX: 8/day, #240, 30 days starting 04/06/2016, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1. Her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. However, she states that recent reprogramming session with St. Jude has been helpful with radicular pain in RLE but states that her pain is 90% back/ 10% leg (mostly hip/thigh). PT reports that initially PT seemed to help but now states that it is not helping with her pain at all. PT is very frusterated with her pain and states that she is crying frequently during the day due to severity of pain. Advised pt to f/u with Dr. Burnett at this point as she has tried and failed numerous injections, PT, etc.
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

*JEFFERY HIGGINBOTHAM M.D.*

*JEFFERY HIGGINBOTHAM M.D.*



May. 9. 2016 11:31AM Pain Management Consultants PA No. 6192 P. 11

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

**101 W. Koenig Ln, Ste 100, Austin, TX 78751 Phone 512-454-9426/877-804-7021 Fax 512-454-7294**
**15808 F.M. 620 North, Suite 215 Austin, Texas 78717**
**301 W. Hwy 71, Ste 109, Bastrop, Texas 78602**

**J. Lowell Haro, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

**Jeffrey Higginbotham, MD**
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 05/05/2016 01:00 PM**

**NITA FABRE (DOB: __, __, ____) returns to the office today for a follow up visit.**

## History of Present Illness *(Lupita Guerrero, MA-C 05/09/2016 11:05 AM)*

**The patient is a 36 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh, right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s, cold and massage. The pain has been associated with numbness (BLE, R > L), weakness (BLE, R > L), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient states that she has noticed some improvement, but still has her bad episodes. Meeting St. Jude rep today to re-program SCS. Meds remain effective w/o SEs.).**

**<u>Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Lupita Guerrero, MA-C; 05/05/2016 12:59 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 96.8 ºF (Oral) **Pulse:** 98 (Regular) **Resp.:** 16 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 110/80

### Review of Systems *(Lupita Guerrero, MA-C; 05/04/2016 04:51 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Lupita Guerrero, MA-C 05/04/2016 04:51 PM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Opana ER *ANALGESICS - OPIOID* [Drug allergy]; morphine derivative
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash



May. 9. 2016 11:32AM Pain Management Consultants PA No. 6192 P. 13
Liberty/Fabre 1172

**Past Medical**

Myalgia and myositis (729.1 | M79.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Long term use of drug *POC (V58.69 | Z79.899)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Lateral epicondylitis, left (726.32 | M77.12)

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

**Other Medical History**

L4-L5 fusion 2008

SCS implant Feb 2013; revised by Dr. Burnett July 2013

Depression

Asthma

Osteoarthritis

**Social**

Sleep: 4-6 hours of sleep

Illicit drug use: None

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 12/10/2015) Active. (start 12/10/2015 end 3/9/16; efilled; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 02/05/2016) Active - Hx Entry. (START 2/5/16 - END 5/5/16)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 01/11/2016) Active - Hx Entry. (START: 1/11/16 END: 4/8/16 Spoke to @ CVS 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 2 (two) Oral every 4-6 hours prn breakthrough pain MAX: 8/day, Taken starting 05/06/2016) Active - Hx Entry. (START: 05/06/16 end 06/05/16 160110104776-void 160110104804 PREWRITTEN FOR LB 05/05/16 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule, 1 (one) Oral three times daily, Taken starting 05/02/2016) Active. (start 5/2/16 end 7/31/16; e-filled to Walgreens 9801 Manchaca Rd. Austin, Tx 78748 (512) 292-1066 supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet, 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 02/05/2016) Active. (START 2/5/16 - END 5/5/16)

Duragesic-50 (50MCG/HR Patch 72HR 1 (one) Patch Transdermal Apply q 72 hrs, Taken starting 05/07/2016) Active - Hx Entry. (START 05/07/16 end 06/06/16 160110104775-voided 160110104803 prewritten for LB 05/05/16 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

Medications Reconciled.

**Family**

Cancer: Sister
Skin Cancer: Father
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Hypertension: Mother
Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(LAURA BRYNESTAD, ACNP-BC; 05/09/2016 11:09 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed, Well groomed, No acute distress.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Leaning forward and Stooped posture.**
**Gait - Use of assistive device (walker - RLE/foot drags.).**

**Integumentary**
**General Characteristics - Color - no jaundice noted. Skin Moisture - skin is diaphoretic. Temperature - normal warmth is noted.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles.**

**Cardiovascular**
**Cardiovascular examination reveals - no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(LAURA BRYNESTAD, ACNP-BC; 05/09/201611:20 AM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
Current Plans:

- Changed Baclofen 20MG, 1 (one) Tablet every 6 hrs PRN, max 4/day, #120, 30 days starting 05/05/2016, Ref. x2.
- Continued Mobic 7.5MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 05/05/2016, Ref. x2.
- Continued OxyCODONE HCl 15MG, 2 (two) Tablet IR every 4-6 hours prn breakthrough pain MAX: 8/day, #240, 30 days starting 05/06/2016, No Refill.
- Continued Duragesic-50 50MCG/HR, 1 (one) Patch Patch Apply q 72 hrs, 10 Patch, 30 days starting 05/07/2016, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision (original done on 02/2013 by waldron - lead dislodged)
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
Right L5, S1 TF LESI on 06/29/2015 --50% pain relief x 2 mo
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1.
Pt was scheduled for SX w/Burnett in Jan - cx d/t insurance loss.
Pt reports symptoms are spreading to medial side of RLE and also to lateral lt foot.
Burnett referred to Dr. Cook, eval on 04/12/16 - did CT myelo of C-spine/T-spine/L-spine - we need request results - pt reports results were inconclusive to symptoms.
Cook referred to Dr. Nolan from EMG/NCS.
Pt reports Dr. Cook rec RT LESI L5, S1, and BIL SIJ. Pt states piriformis is doing ok.
Current Plans:

- Will gather imaging reports

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

L. Brynestad ACNP-BC

***LAURA BRYNESTAD ACNP-BC***

L. Brynestad ACNP-BC

***LAURA BRYNESTAD ACNP-BC***

**n0221833**

**From:** Susan Pendergast
**Sent:** Monday, May 09, 2016 3:48:58 PM
**To:** Fitzgerald, Joel
**Subject:** LTD 5557206

Hi Joel

I am forwarding Nita Fabre's email to you per her request.

Please let me know if you need anything else.

Have a good afternoon.

Susan M. Pendergast
Doherty, Cella, Keane & Associates, LLP
100 Cummings Center
Suite 335-N
Beverly, MA 01915
(800) 211-4736
fax: 978-922-1644

**From:** Nita [mailto:nfabre06@att.net]
**Sent:** Wednesday, May 04, 2016 10:03 AM
**To:** Susan Pendergast
**Subject:** RE: FW: Nita Fabre-Additional Information that is needed to complete your social security disability application-2nd Request for Prescription Medication Information

Hi Susan,

Current prescribed meds:

Dr. Higginbotham
• fentanyl transdermal (Durgesic) 50 mcg/hr 1 patch q72h
• oxycodone 15 mg 1-2 tabs q4-6h PRN breakthrough pain **max 8 tabs/day**
• Baclofen 20 mg BID (may take up to a total of 4/day, q6h (2 additional doses PRN spasm))
• gabapentin (Neurontin) 300 mg BID (may take up to TID PRN increased nerve pain)
• meloxicam (Mobic) 7.5 mg QPM

Dr. Debehnke
• Singulair 10 mg QAM
• omeprazole 20 mg QD

• venlafaxine 100 mg BID
• Zofran 8 mg Q12H PRN
• Immitrex 6 mg SQ PRN migraine

Dr.Cook is referring me to see the following doctor to be evaluated before he (Dr. Nolan) does an EMG. The plan as of now is for me to see Dr. Nolan (appt already scheduled for 6/2/16, but also on his cancellation list in case an earlier appt becomes available), follow up with Dr. Cook (currently scheduled for 5/17/16, but will reschedule for a later date if no call for earlier appt by 5/13/16 with Dr. Nolan) after that appt, he will then order an EMG to be done by Dr. Nolan.

*Dr. Patrick Nolan*
Neurologist, ADC Neurology
12221 N Mopac
Austin, TX 78758
Main (512) 901-4061
Fax (512) 901-3911

I just spoke to Joel, with Liberty mutual, who asks that you please send him a copy of all of this information as well. I of course would, but am unable to send email to him. Thank you.

Sincerely,

Nita Fabre

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Susan Pendergast <spendergast@dcklaw.com>
Date: 05/03/2016 10:20 AM (GMT-06:00)
To: "'nfabre06@att.net'" <nfabre06@att.net>
Subject: FW: Nita Fabre-Additional Information that is needed to complete your social security disability application-2nd Request for Prescription Medication Information

Hi Nita-

I still need to know the prescription medications that you are currently taking. Can you please provide this to me today so I can complete your application and file it as soon as possible?

Thank you for your help.

Susan M. Pendergast
Doherty, Cella, Keane & Associates, LLP
100 Cummings Center
Suite 335-N
Beverly, MA 01915
(800) 211-4736
fax: 978-922-1644

---

**From:** Susan Pendergast
**Sent:** Friday, April 29, 2016 8:58 AM
**To:** 'Nita'
**Subject:** RE: Nita Fabre-Additional Information that is needed to complete your social security disability application

Hi Nita-

I want to complete your social security disability application today. Please forward the medications that you are on and the name of the Doctor who prescribes your meds. asap.

Thanks!

Susan M. Pendergast
Doherty, Cella, Keane & Associates, LLP
100 Cummings Center
Suite 335-N
Beverly, MA 01915
(800) 211-4736
fax: 978-922-1644

---

**From:** Nita [mailto:nfabre06@att.net]
**Sent:** Thursday, April 28, 2016 11:34 AM
**To:** Susan Pendergast; Nita
**Subject:** RE: Nita Fabre-Additional Information that is needed to complete your social security disability application
**Importance:** High

Hi Susan,

Here is the start of the info you've requested:

•5'7", 230 lbs
•No overnight hospitalizations

•<u>Doctors</u>
*Dr. Richard Debehnke (PCP)*
Internal Medicine, ADC
Main (512) 460-3403
Fax (512) 334-2493
Office 1250 S. Capital Of TX Hwy
West Lake Hills, TX 78746

-Primary care MD who closely follows me. Last appt 2/18/16, next scheduled for 6/16/16

*Dr. Jeffrey Higginbotham*
Pain Management, Pain Management Consultants, PA
Main (512) 454-9426
Fax (512) 454-7294
Office: 101 W Koenig Ln Ste 100
Austin , TX 78751

-Handles all pain meds & spinal cord simulator management. Last appt 4/4/16, next scheduled for 5/5/16
-Performed discogram & CT on 7/30/15 @ Northwest Surgery Center
-Performed too many steroid/blocking injections to list. All can be found in my records at his office. He maxed out on steroids that could be given to me in October 2015, none planned currently so survey could be done ASAP (steroids delay healing & would cause any survey to be postponed.

*Dr. Mark Burnett*
Neurosurgeon, Texas Neuro
Main (512) 474-1114
Fax (512) 474-1118
Office 3000 N IH 35 #600
Austin , TX 78705

-1st neurosx, but new insurance wouldn't cover despite trying/fighting with them for 3 months. Last appt 12/17/15

*Dr. Sara Westgate*
Neurologist/EMG
Main (512) 458-6656
Fax (512) 458-1035
Office 5900 SW Pky Bldg IV, Ste 401
Austin , TX 78735

-saw once for EMG to be done 12/15/15, referred by Dr. Burnett.

*Dr. Judson Cook*
Neurosurgeon, Spine & Neurosurgery Specialists of Austin
Main (512) 835-8100
Fax (512) 835-8101
Office 2200 Park Bend Drive, Bldg 2, Ste 201
Austin , TX 78758

-New neurosurgeon who is in process of re-testing before surgery, first appt 4/12/16, next scheduled 4/28/16 (late today).

*Staff Radiologist (Dr. Richardson(?), not sure)*
*ARA (Southwood)*
Phone (512) 428-9090
Fax (512) 428-9864 & (512) 428-9923

Office 1701 W Ben White Blvd Ste 170 Austin, TX 78745

-Myelogram & CT done 4/22/16
-Almost all imaging done here & William Cannon location (records are centralized, so 1 contact should be all that is needed)

*River Ranch Radiology (staff radiologist)*
Phone (512) 454-9597
Office 4316 James Casey St # E1, Austin, TX 78745

-1st Myelogram & CT done 6/22/15

That is all I can think of so far. I'll work on a med list & get that to you ASAP. My apologies, my phone hasn't even been ringing while I'm in my room very often d/t the poor reception in here.

Please let me know if you need anything else pertaining to the above.

Sincerely,

Nita Fabre

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Susan Pendergast <spendergast@dcklaw.com>
Date: 04/06/2016 3:38 PM (GMT-06:00)
To: "'nfabre06@att.net'" <nfabre06@att.net>
Subject: Nita Fabre-Additional Information that is needed to complete your social security disability application

Hi Nita-

Please provide the following information so that I may complete your social security disability application

- Names, adddresses and phone numbers of the Doctors you have seen or been treated by since 6/2015
- Approximate dates of most recent appointment and next scheduled appointment of your doctors
- Prescription medications that you are currently taking and the name of the Doctor who prescribes them
- If you had to spend the night in the hospital since 6/2015, provide the name of the hospital, dates of hospitalizations and the reason why you were in the hospital
- Your Height and weight

Thank you for your help. As soon as I receive your information, I will complete and file your social security disability application.

Susan M. Pendergast
Doherty, Cella, Keane & Associates, LLP
100 Cummings Center
Suite 335-N
Beverly, MA 01915
(800) 211-4736
fax: 978-922-1644

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 5, 2016 |
| To: | DR. JEFFREY HIGGINBOTHAM<br>PAIN MANAGEMENT CONSULTANTS<br>101 W KOENIG LN<br>STE 100<br>AUSTIN TX 78751 |
| Attn: | Please respond to both the form and the request for treatment notes |
| Fax: | (512) 454-7294 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 5, 2016

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the present

- Completion of the enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by May 19, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: Restrictions Form
5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Restrictions Form

**Return To:** Joel Fitzgerald

| Nita Fabre | | 5557206 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

Date 1/5/16

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 5, 2016

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On May 4, 2016 and May 5, 2016, we requested updated medical records from your treating providers: Dr. Cook, Dr. Burnett, Dr. Debehnke, and Dr. Higginbotham. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2015 through the present from the above mentioned treating providers

Centene Management Company's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than June 18, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If we do not receive all of the requested information by June 3, 2016, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

June 18, 2016, 15 days from the date of suspension, your claim will be closed.

If the requested medical information is not received within 45 days from the date of this letter, by June 18, 2016, your LTD claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 4, 2016 |
| To: | DR. JUDSON COOK<br>SPINE AND NEUROSURGERY SPECIALISTS OF AU<br>2200 PARK BEND DRIVE<br>BUILDING 2, SUITE 201<br>AUSTIN TX 78758 |
| Attn: | Form for Dr. Cook |
| Fax: | (512) 835-8101 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291 0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

5/5/16
- unable to complete, as the patient has not had surgery c̄ Dr. Cook.
[signature]

05/04/2016 11:26AM (GMT-04:00)

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 201 0112
Secure Fax No.: (603) 559-0370

May 4, 2016

Dr. Judson Cook
Spine and Neurosurgery Specialists of Austin
2200 PARK BEND DRIVE
BUILDING 2, SUITE 201
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Judson Cook:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by May 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: Restrictions Form

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Restrictions Form

**Return To:** Joel Fitzgerald

| Nita Fabre | | 5557206 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full time basis**

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting most of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally, sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) ***AND*** frequency ***(SEE KEY).***
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |