Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 4, 2016 |
| To: | DR. MARK BURNETT<br>NEUROTEXAS, PLLC<br>3000 NORTH IH-35<br>SUITE 600<br>AUSTIN TX 78705 |
| Attn: | |
| Fax: | (512) 474-1118 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 4, 2016

Dr. Mark Burnett
Neurotexas, Pllc
3000 NORTH IH-35
SUITE 600
AUSTIN, TX 78705

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Mark Burnett:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2015 through the present

We ask that you provide this information by May 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date 1/5/16

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 4, 2016 |
| To: | DR. JUDSON COOK<br>SPINE AND NEUROSURGERY SPECIALISTS OF AU<br>2200 PARK BEND DRIVE<br>BUILDING 2, SUITE 201<br>AUSTIN TX 78758 |
| Attn: | |
| Fax: | (512) 835-8101 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 4, 2016

Dr. Judson Cook
Spine and Neurosurgery Specialists of Austin
2200 PARK BEND DRIVE
BUILDING 2, SUITE 201
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Judson Cook:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2015 through the present

We ask that you provide this information by May 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 4, 2016 |
| To: | DR. RICHARD DEBEHNKE<br>THE AUSTIN DIAGNOSTIC CLINIC<br>4315 JAMES CASEY ST<br>AUSTIN TX 78745 |
| Attn: | |
| Fax: | (512) 334-2493 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 4, 2016

Dr. Richard Debehnke
The Austin Diagnostic Clinic
4315 JAMES CASEY ST
AUSTIN, TX 78745

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Richard Debehnke:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2015 through the present

We ask that you provide this information by May 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: 5557206-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.21.2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

Claimant Signature

1/5/16
Date

5557206
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | May 4, 2016 |
| To: | DR. JUDSON COOK<br>SPINE AND NEUROSURGERY SPECIALISTS OF AU<br>2200 PARK BEND DRIVE<br>BUILDING 2, SUITE 201<br>AUSTIN TX 78758 |
| Attn: | Form for Dr. Cook |
| Fax: | (512) 835-8101 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

May 4, 2016

Dr. Judson Cook
Spine and Neurosurgery Specialists of Austin
2200 PARK BEND DRIVE
BUILDING 2, SUITE 201
AUSTIN, TX 78758

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Judson Cook:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the enclosed Forms:

  _X_ Restrictions Form
  __ Other

We ask that you provide this information by May 18, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: Restrictions Form

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Restrictions Form

**Return To:** Joel Fitzgerald

| Nita Fabre | | 5557206 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ____________

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**n0221833**

**From:** Doherty Cella Keane & Associates LLP
**Sent:** Wednesday, May 04, 2016 12:36:35 PM
**To:** Fitzgerald, Joel
**Subject:** Nita Fabre 5557206

May 4, 2016

Joel Fitzgerald

Liberty Mutual - Charlotte SE Office

P. O. Box 7207

London, KY 40742

RE: Nita Fabre

Claim #: 5557206

Dear Mr. Fitzgerald:

The Social Security Disability Initial Claim for Ms. Fabre has been filed with her local district office. Please allow four to six months for a disability decision at this level. I will notify you if a decision is rendered prior to the expiration of this period.

Please do not hesitate to call at 1-800-211-4736 if you have any questions.

Sincerely,

Linda Tremblay
for

Laura Cella-Donovan

Attorney

/lt

**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.922.0411
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

April 25, 2016

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On April 20, 2016, we attempted to contact you at ( . However, you did not answer and we left a voicemail asking for you to call us back to discuss your claim. We attempted to call you at the same number on April 25, 2016 and had to leave another voicemail message. To date, we have not received a return call from you. We need information regarding your current medical status, ongoing treatment plan, appointment dates, and information pertaining to Social Security Disability.

We need to speak with you about your disability claim. Please call us by May 24, 2016 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be suspended.

Centene Management Company’s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than June 8, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If we do not receive all of the requested information by May 24, 2016, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by May 8, 2016, 15 days from the date of suspension, your claim will be closed.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits. We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Doherty, Cella, Keane & Associates, a Social Security claimant representative. Doherty, Cella, Keane & Associates specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum. If you are using the services of this representative, their fee will be paid directly by the
Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits. This will be explained to you in greater detail upon accepting representation by Doherty, Cella, Keane & Associates.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Centene Management Company's LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 45 days from the date of this letter, June 8, 2016.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Liberty equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.
If you are approved for Social Security Disability benefits, the disability benefits received by you from Liberty will be reduced by the amount you and any dependents receive from Social Security.

In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Liberty advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

**n0221833**

**From:** Doherty Cella Keane & Associates LLP
**Sent:** Tuesday, April 19, 2016 2:29:14 PM
**To:** Fitzgerald, Joel
**Subject:** Claim No. 5557206, Fabre, Nita

Dear Mr. Fitzgerald:

Our office has been trying unsuccessfully to reach Ms. Fabre to obtain some additional information that is needed to complete her application. If you have any updated contact information please advise my office at your earliest convenience.

Sincerely,

**Nicholas Guarente for Laura Cella-Donovan**

**Doherty, Cella, Keane & Associates, LLP**

100 Cummings Center, Suite 335N

Beverly, MA 01915

Toll free: 800.211.4736

Direct: 978.922.0411

Fax: 978.922.1644

ssdilaw@dcklaw.com

www.social-security-law.com

************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
************************************************************************

3P062160095

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

**Return To:** Joel Fitzgerald

EMPLOYEE/CLAIMANT NAME: Nita Fabre
CLAIM NO: 5557206
EMPLOYER/SPONSOR: Centene Management Company  DATE OF BIRTH: ____________

**CHECK ONE:** ☑ New ☐ C[illegible]
**YOUR TELEPHONE NUMBER:**
**ADDRESS:**

AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ **Checking** ☐ **Savings** **BANK NAME:** Bank of America
**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** 9912 Manchaca Rd
**YOUR ACCOUNT NUMBER:** ____________ **CITY:** Austin **STATE:** TX **ZIP:** 78748
**BANK PHONE:** (512) 292-8572

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: N Fabre  Date: 2/10/16

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

3P062160095

Nita M. Fabre

35-2-1130

1515

$ ——

VOID

BANK OF AMERICA

ACH R/T 111000025

LTD Direct Deposit

⑆ ] ⑆ 005 1515

III

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No 1545 0074

**2015**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Nita M. | Fabre | |

Home address (number and street or rural route)

Claim or identification number (if any) 5557206

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) $ 360

Employee's signature [signature] Date 2/10/16

.......Separate here and give the top part of this form to the payer. Keep the lower part for your records.......

3P06216095

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

**Return To:** Joel Fitzgerald

EMPLOYEE/CLAIMANT NAME: Nita Fabre
CLAIM NO: 5557206
EMPLOYER/SPONSOR: Centene Management Company DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2015 to 05/31/2016. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Richard Debehnke
Specialty: PCP - Internal Medicine
Address: 1250 S Capital of TX Hwy
~~Austin, TX~~ West Lake Hills, TX 78746
Telephone No.: (512) 460-3103 Fax No.: (512) 334-2493

Name: Jeffrey Higginbotham
Specialty: Pain Mgmt
Address: 101 W Koenig Ln Ste 100
Austin, TX 78751
Telephone No.: (512) 454-9426 Fax No.: (512) 454-7294

Name: Mark Burnett
Specialty: Neuro Surgery
Address: 3000 N IH 35 #600
Austin, TX 78705
Telephone No.: (512) 474-1114 Fax No.: (512) 474-1118

Name: Ergowellness
Specialty: Physical Therapy
Address: 6012 W Wm Cannon Bldg C, Ste 101
Austin, TX 78735
Telephone No.: (512) 899-8502 Fax No.: (512) 899-9387

**MEDICAL INSURANCE CARRIER(S):**

Name: BCBS Highmark - Termed 12/31/15
Specialty:
Address: PO Box 1210
Pgh, PA 15230-1210
Telephone No.: 888-431-6659 Fax No.: ( )

Name: United Healthcare
Specialty: Pending 2/1/16 + payment
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS (Slaughter/S. 1st)
Specialty: Store #3881
Address: 520 Slaughter Ln
Austin, TX 78748
Telephone No.: (512) 280-1782 Fax No.: (512)

Name: Walgreen's (pending ins. Δ)
Specialty: Store #3724 (haven't used yet)
Address: 9801 Manchaca Rd
Austin, TX 78748
Telephone No.: (512) 292-1066 Fax No.: (512)

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 1/5/16

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

**Return To:** Joel Fitzgerald



EMPLOYEE/CLAIMANT NAME: Nita Fabre
CLAIM NO: 5557206 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Centene Management Company

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to: @ a time (less on bad days, more on the rare "good" day)
sit 5-15 min stand <10 min walk 5-7 min

How many hours a day do you: Totals (varies greatly, much less on bad days)
sit 30-45 stand 5 min walk 20-35 min

Do you take a nap during the day?
Yes usually No sometimes unable to sleep s/t pain
If Yes, for how long? 1-4 hrs. At what time of the day? varies greatly (Am, noon, Pm)

How many hours a day do you spend in bed? 23-24

Do you require any assistive devices such as a:
cane yes walker yes crutches — wheelchair occ. other grab bars/grab person to stand, Δ position

How long are you able to sit in a car? 10 min, up to 45min w/seat reclined + ice to lower back

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 10-20 min on a good day, not @ all on others
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone, text. I haven't really other than parents + son. Unable to do any activities other than reading

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth 12/05/07

Do you need help caring for your children?
Yes ✓ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 0-2
On the weekends? 0-1

How often do you run errands? rarely, usually have to have help (someone else to do them)

Please describe what errands you most commonly run: lots of MD appts, occ bank, Pharmacy, I've gone to grocery about 2x's since at least Sept.

Liberty Mutual. INSURANCE

ACTIVITIES QUESTIONNAIRE
Claim# 65572016
page 2 of 3

How often do you get outdoors? rarely, only if must & it is a "good" day

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | | Right | ✓ |
| Are you able to work in your garden? | Yes | | No | ✓ |
| Are you able to work on your house? | Yes | | No | ✓ |
| Are you able to wash your car? | Yes | | No | ✓ |

How much time is spent daily on your ~~home computer~~ tablet? *Unable to sit to use PC, despite having it moved so I could access it.
_____ None _____ 0-1 hours usually 1-2 hours sometimes 2-3 hours rarely 3+ hours

How much time is spent weekly on your home computer?
✓ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your ~~home computer~~ Tablet. Please check all that apply:
✓ Pay bills ✓ Read news/articles ✓ Use search engines ✓ Send emails
_____ Visit chat rooms _____ Photos Other: game/puzzle apps, Kindle

• On days/nights I can concentrate I sometimes read 3-5 hrs on Kindle, but it isn't often.

What computer software applications do you utilize. Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming Other: Currently None (can't use PC)

Do you have a working home copy machine/fax machine? ✓ Yes _____ No

If yes, please explain purpose and usage: Medical, insurance, etc Form correspond. Correspondance of notes for patients PRN Q2-4 wks

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | mother or friend | yes - unable usually |
| Carrying groceries into the house | mother, son, or friend | yes - very limited ability |
| Cooking meals | " (see above) | yes - very limited ability |
| Cleaning after meals | " | yes - " " " |
| Cleaning bathrooms | " | yes - unable usually |
| Vacuuming | " | yes - unable |
| Doing the laundry | Mother | yes (I try to fold when able) |
| Opening and responding to mail | Mother, friend | yes - has to be picked up, brought to me, difficult to concentrate freq. |
| Managing your finances | — (I do) | no } only done on good days s/t concentration |
| Balancing your checkbook | — (I do) | no |
| Bathing yourself | Mother | Dependent |
| Styling your own hair | I brush/comb, unable to sit for styling, even blow-drying | |
| Getting dressed | mother | • on bad days, even moderate days |
| Going up and down stairs | unable | unable |

Have you been confined to a hospital within the last 12 months? Yes _____ No ✓

If Yes, please provide reason and hospital contact Information: N/A (no admission or inpatient stays)