Liberty Mutual.
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
Claim # 5557201[illegible]


How often do you travel or take vacation? unable
Where do you go? How do you get there (transportation method)? unable

Are you able to pursue your hobbies? Yes ____ No ✓
If Yes, please describe (only reading, otherwise none)

Do you participate in an exercise program? Yes ____ No ✓
If Yes, please describe unable to tolerate even PT isometric types.

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? -

how many hours per week? -

for whom? -

Are you working for wages? Yes ✓ No ____
If Yes, please provide employer's name Dohmen Life Sciences Services/Centric/ Pro lastin Direct (the name has ∆'d several times)

**Describe in your own words, what prevents you from engaging in any gainful employment.**
Currently only able to see my 2 patients every 1-2 weeks, frequently must cancel/reschedule, need help c̄ getting there, unable to stay > 45 min - 1 hr & that still causes pain, sweating profusely from pain. Unable to concentrate s/t distraction of pain, very limited ability to sit or walk.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
Good Day: Take med ~ 0530 be able to move to get my son up, Lay on heat to be able to walk, he gets himself ready + gets his own breakfast during that. I bring him to school (5 min away), return home, straight to bed + ice or heat to back. I may watch/listen to news show (depends on my position tolerance), take AM meds ~ 0830, if able to concentrate + make calls, tend to emails if needed →

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Brenda Fabre

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Nita Fabre Date: 1/5/16
Signature: [signature] RN

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

Return to: Joel Fitzgerald

**EMPLOYEE/CLAIMANT NAME:** Nita Fabre **CLAIM #:** 5557206

**EMPLOYER/SPONSOR:** Centene Management Company **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Fabre, Nita M. | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Single |
| Spouse's Full Name N/A | Number of Children 1 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Brenda Fabre Relationship to you? Mother Tel #( )

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.
Dohmenn Life Sciences/Centric 1-1.5 hr/wk 1.5-2hr/wk $150-175 visit (2 visits max)

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.
Yes - Nurse Infusionist Contractor of see above

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
No

Do you hold a professional license? If yes, for what purpose?
Registered Nurse - TX

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).
No

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
No

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | State Disability | $ | | | |
| ☐ | ☒ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Other (please describe) | $ | | | |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

DATE: 1/5/16 **EMPLOYEE'S PRINTED NAME:** Nita Fabre

**EMPLOYEE'S SIGNATURE:** Nita Fabre RN

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

EMPLOYEE/CLAIMANT NAME: Nita Fabre
CLAIM NO: 5557206
EMPLOYER/SPONSOR: Centene Management Company DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: — Certificate Program completed: —

Associates Degree: — College: number of years: 4.5yrs

Bachelor's Degree: BA /BS Major: BSN. Nursing Graduate School: MA MS CAGS PHD Degree: ______

Professional Training, License, Certificates(s): Registered Nurse, CPR, Wound Vac, Balloon Pump

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: —

List any other Training or Classes Attended or Plan to Attend: MBA is a goal

Additional Skills, Hobbies & Volunteer Work Hiking, fishing, cooking, golf, reading

Did you serve in the Armed Forces? ☐ Y ☑ N From: — To: —

Branch of Service: — Specialty: —

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below) Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: Centene-SHP Department: IDD From: ? 8/1/14 To: 12/18/15
   Job Title(s): Case Manager 2
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): Coordination of care, assessments of members of new state IDD program

2. Company: Centene-SHP Department: Prior Auth From: 6/12 To: 7/31/15 ?
   Job Title(s): Case Manager 1/Prior Auth Nurse
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Use of company + state criteria to conduct reviews of clinical notes to determine if medical necessity has been met. Coordination c̄ MDs, diff depts for complex reviews + denials.

A Liberty Mutual Company

3. Company: Medical Support Staffing Department: SHP-Prior Auth From: 2/12 To: 6/12
Job Title(s): Case Mang Manager 1/Prior Auth Nurse-External
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): See #2, same role as external temp

4. Company: Epic Med Staffing Department: Pedi From: ______ To: ______
Job Title(s): PDN - Private Duty Nurse
Supervisory Experience ☑ Y ☐ N
Tasks/Duties (please be specific): 4-16 hr shifts as primary care giver of children w/complex health needs (vents, TF)

5. Company: Wimberly HH Department: Case Manager From: ______ To: ______
Job Title(s): Home Health Nurse, Case Mgr, Lead CM, DON
Supervisory Experience ☑ Y ☐ N
Tasks/Duties (please be specific): home health visits for teaching, assessments, wound care; Case Mgmt of HH pts; Oversight/Coor of nurses, Policies, RNs, LVNs, CNA's, PT, OT, ST assignments, delegation
*additional info to follow (further research req'd)

**Computer Utilization:**

Computer Training/Courses, Certifications: On the Job Training

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | | | |
| Word Processing (MS Word) | ☑ | ☑ | Installation/Repair Hardware minimal | ☑ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☑ | Project Management | ☐ | ☐ |
| Photo Software | ☑ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) A LOT - known for typing speed, trouble shooting, + helping others
(We recommend- http://typingtest.com to determine WPM)

*Unable to use PC-SH can't sit @ PC.

Please provide your email address: Personal: mfabre06@att.net Work: ______

SIGNATURE: [signature] PHONE NO: ( ) ______

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

**Return To:** Joel Fitzgerald



EMPLOYEE/CLAIMANT NAME: Nita Fabre
CLAIM NO: 5557206 DATE OF BIRTH:
EMPLOYER/SPONSOR: Centene Management Company

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to: @ a time (less on bad days, more on the rare "good" day)
sit 5-15 min stand < 10 min walk 5-7 min

How many hours a day do you: Totals (varies greatly, much less on bad days)
sit 30-45 stand 5 min walk 20-35 min

Do you take a nap during the day?
Yes usually No sometimes unable to sleep s/t pain
If Yes, for how long? 1-4 hrs. At what time of the day? varies greatly (Am, noon, Pm)

How many hours a day do you spend in bed? 23-24

Do you require any assistive devices such as a:
cane yes walker yes crutches — wheelchair occ. other grab bars/grab person to stand, Δ position

How long are you able to sit in a car? 10 min, up to 45min w/seat reclined + ice to lower back

Do you hold a valid driver's license?
Yes ✓ No

If No, please explain:

If Yes, how long are you able to drive a car? 10-20 min on a good day, not @ all on others

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone, text. I haven't really other than parents + son. Unable to do any activities other than reading

Do you have children?
Yes ✓ No If Yes, what are their dates of birth 12/05/07

Do you need help caring for your children?
Yes ✓ No

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes No ✓ If Yes, please explain

How many times a day do you leave the house during the week? 0-2
On the weekends? 0-1

How often do you run errands? rarely, usually have to have help (someone else to do them)

Please describe what errands you most commonly run: lots of MD appts, occ bank, Pharmacy, I've gone to grocery about 2x's since at least Sept.

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*

*page 2 of 3*

Claim# 65572016

How often do you get outdoors? rarely, only if must & it is a "good" day

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your ~~home computer~~ tablet? *Unable to sit to use PC, despite having it moved so I could access it.
____ None ____ 0-1 hours usually 1-2 hours sometimes 2-3 hours rarely 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your ~~home computer~~ Tablet? Please check all that apply:
✓ Pay bills ✓ Read news/articles ✓ Use search engines ✓ Send emails
____ Visit chat rooms ____ Photos Other: game/puzzle apps, Kindle

• On days/nights I can concentrate I sometimes read 3-5 hrs on Kindle, but it isn't often.

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: Currently None (can't use PC)

Do you have a working home copy machine/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: Medical, insurance, etc Form correspond. Correspondance of notes for patients PRN Q2-4 wks

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | mother or friend | yes - unable usually |
| Carrying groceries into the house | mother, son, or friend | yes - very limited ability |
| Cooking meals | " (see above) | yes - very limited ability |
| Cleaning after meals | " | yes - " " " |
| Cleaning bathrooms | " | yes - unable usually |
| Vacuuming | " | yes - unable |
| Doing the laundry | Mother | yes (I try to fold when able) |
| Opening and responding to mail | Mother, friend | yes - has to be picked up, brought to me, difficult to concentrate freq. |
| Managing your finances | — (I do) | no |
| Balancing your checkbook | — (I do) | no only done on good days s/t concentration |
| Bathing yourself | Mother | Dependent |
| Styling your own hair | I brush/comb, unable to sit for styling, even blow-drying | |
| Getting dressed | mother | • on bad days, even moderate days |
| Going up and down stairs | unable | unable |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: N/A (no admission or inpatient stays)

Liberty Mutual. INSURANCE

ACTIVITIES QUESTIONNAIRE
Claim # 5557201o
page 3 of 3

How often do you travel or take vacation? unable.

Where do you go? How do you get there (transportation method)? unable

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe (only reading, otherwise none)

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe unable to tolerate even PT isometric types.

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? –

how many hours per week? –

for whom? –

Are you working for wages? Yes ✓ No ____

If Yes, please provide employer's name Dohmen Life Sciences Services/Centric/ Prolastin Direct (the name has Δ'd several times)

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Currently only able to see my 2 patients every 1-2 weeks, frequently must cancel/reschedule, need help c̄ getting there, unable to stay > 45 min - 1 hr & that still causes pain, sweating profusely from pain. Unable to concentrate s/t distraction of pain. Very limited ability to sit or walk.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Good Day: Take med ~ 0530 be able to move to get my son up. Lay on heat to be able to walk, he gets himself ready & gets his own breakfast during that. I bring him to school (5 min away), return home, straight to bed & ice or heat to back. I may watch/listen to news show (depends on my position tolerance), take AM meds ~ 0830. If able to concentrate & make calls, tend to emails if needed →

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

— –

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

— — —

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Nita Fabre Date: 1/5/16

Signature: [signature]

Con't Usual Good Day:

- Usually only able to do that for a max of 1 hour. I stay in bed, freq. changing positions, trying to stretch, whatever I can do to not hurt. Sometimes I still start to have spasms that pull parts into flexion + don't let go without having moved to reverse it. It is b/c of that I drive as seldom as possible. It usually happens on moderate to severe pain days. My legs shake + are increasingly unstable when I stand, sometimes my Ⓡ leg just gives out. I usually just stay here all day. I may watch TV, read my Kindle, use my tablet, but none really last long since I get distracted by the pain. I may doze off, which sometimes happens on ice. Usually my mom comes by to help me + picks up my son + makes sure I eat since I don't have an appetite. I usually at least try to walk my son to bed (w/walker) to tuck him into bed. I try to go to sleep early, but only sleep 1-2 hours, wake up drenched in sweat, hurting. That usually goes on throughout the night.
- I need help to get to the restroom, getting dressed completely on a bad day. I stay in bed for days at a time, must resched. appts.
- Unable to sit long enough to shower, need help to bath on any day. It always increases

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

1/5/16
Date

5557206
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Nita Fabre **Claim** 5557206

**EMPLOYER/SPONSOR/CUSTOMER** Centene Management Company

**Return** Joel Fitzgerald

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Nita Fabre
Claimant Name (Print)

Date of Birth

[signature] RN
Claimant Signature

Date 1/5/16

5557206
Claim Number

**n0221833**

**From:** Doherty Cella Keane & Associates LLP
**Sent:** Wednesday, January 13, 2016 11:22:03 AM
**To:** Fitzgerald, Joel
**Subject:** Nita Fabre; Claim Number 5557206

January 13, 2016

Joel Fitzgerald

Liberty Mutual - Charlotte SE Office

P. O. Box 7207

London KY 40742

RE: Nita Fabre

Claim #: 5557206

Dear Mr. Fitzgerald:

Thank you for the recent referral of this claim.

Today I sent the Social Security disability initial claim forms to Nita Fabre for her review and signature. I will advise you once this information has been filed with Social Security.

Please call me at 1-800-211-4736 if you have any questions.

Sincerely,

Laura Cella-Donovan

Attorney

/mjh

Liberty Mutual™

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112 x13988
Fax No.: (603) 559-0370

## Social Security Assistance Program Vendor Referral

Vendor: Doherty and Associates

| | | | |
|---|---|---|---|
| Claim #: | 5557206 | Employer Name: | CENTENE MANAGEMENT COMPANY |
| Claimant Name: | NITA FABRE | Claimant SSN: | |
| Claimant Address: | | Claimant DOB: | 1 |
| | | Claimant DOD: | 6/17/2015 |
| | | Claimant Tel. #: | ( |
| City: | | Marital Status: | S |
| State: | TX | Zip: | 0 |
| Diagnosis: | Postlaminectomy syndrome, not elsewhere classified | | |

| | | | |
|---|---|---|---|
| Spouse DOB: | | Funding: | FI: YES ASO: NO |
| Number of Children < 19: | 1 | SS Offset: | Primary: NO Family: YES |

| | | | |
|---|---|---|---|
| Level Of Last SS Denial: | None | Claim Status: | AP |
| Date of Last Denial: | | | |

Documentation Submitted:

| | | | |
|---|---|---|---|
| Job Description: | NO | Voc/Rehab Review: | NO |
| TE&E: | NO | Copies of SS decisions: | NO |
| Medical Evidence (hospital records, narratives, IME's, test results, etc.): | | | NO |

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Instructions/Comments for Vendor:

Please contact her between the dates of 1/4/16 and 1/11/16 at ph# . Please do not call until after 11am EST (10 am CST). Thanks!

Services Requested By: Joel Fitzgerald

Date: Monday, December 21, 2015

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

December 18, 2015

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

*"**Disability**" or "**Disabled**" means:*

1. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

2. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"**Own Occupation**" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

Based on the medical and vocational information contained in our claim file, we have determined

that you are unable to perform the duties of your occupation.

We have determined that your date of disability is June 20, 2015 and your benefits begin on December 19, 2015. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation benefits.

Your gross monthly benefit is equal to $3,359.57.  You will continue to receive this benefit provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your moble device, including viewing the status of your claim or leave.  Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: Direct Deposit Application
W-4S - For use with FI and ASO with 501c9 Trust

# DIRECT DEPOSIT APPLICATION

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

Liberty Mutual INSURANCE

**Return To:** Joel Fitzgerald

EMPLOYEE/CLAIMANT NAME: Nita Fabre
CLAIM NO: 5557206
EMPLOYER/SPONSOR: Centene Management Company DATE OF BIRTH: ________

**CHECK ONE:** ☐ New ☐ Change
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ____ **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ Checking ☐ Savings **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

**2015**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . . . $

Employee's signature Date

..................................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ..................................................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2015 . . . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Exemptions. Multiply $4,000 by the number of personal exemptions . . . . . . . . . . . . . | 4 | |
| 5 | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions . . . . . . | 6 | |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments . . . . . . . . | 9 | |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | 11 | |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2015, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $12,600* |
| Head of household | $9,250* |
| Single or Married filing separately | $6,300* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional amount for the elderly or blind.*** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

***Limited standard deduction for dependents.*** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2015 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2015 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | **$0 + 10%** | **$0** |
| 9,225 | 37,450 | **922.50 + 15%** | **9,225** |
| 37,450 | 90,750 | **5,156.25 + 25%** | **37,450** |
| 90,750 | 189,300 | **18,481.25 + 28%** | **90,750** |
| 189,300 | 411,500 | **46,075.25 + 33%** | **189,300** |
| 411,500 | 413,200 | **119,401.25 + 35%** | **411,500** |
| 413,200 | and greater | **119,996.25 + 39.6%** | **413,200** |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,150 | **$0 + 10%** | **$0** |
| 13,150 | 50,200 | **1,315 + 15%** | **13,150** |
| 50,200 | 129,600 | **6,872.50 + 25%** | **50,200** |
| 129,600 | 209,850 | **26,772.50 + 28%** | **129,600** |
| 209,850 | 411,500 | **49,192.50 + 33%** | **209,850** |
| 411,500 | 439,000 | **115,737 + 35%** | **411,500** |
| 439,000 | and greater | **125,362 + 39.6%** | **439,000** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,450 | **$0 + 10%** | **$0** |
| 18,450 | 74,900 | **1,845 + 15%** | **18,450** |
| 74,900 | 151,200 | **10,312.50 + 25%** | **74,900** |
| 151,200 | 230,450 | **29,387.50 + 28%** | **151,200** |
| 230,450 | 411,500 | **51,577.50 + 33%** | **230,450** |
| 411,500 | 464,850 | **111,324 + 35%** | **411,500** |
| 464,850 | and greater | **129,996.50 + 39.6%** | **464,850** |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | **$0 + 10%** | **$0** |
| 9,225 | 37,450 | **922.50 + 15%** | **9,225** |
| 37,450 | 75,600 | **5,156.25 + 25%** | **37,450** |
| 75,600 | 115,225 | **14,693.75 + 28%** | **75,600** |
| 115,225 | 205,750 | **25,788.75 + 33%** | **115,225** |
| 205,750 | 232,425 | **55,662 + 35%** | **205,750** |
| 232,425 | and greater | **64,989.25 + 39.6%** | **232,425** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

ICS | MERRILL
EMSI Investigative Services

# eSEARCH

**CONFIDENTIAL INVESTIGATIVE REPORT**
**December 16, 2015**

| | | |
|---|---|---|
| **Attn: Joel Fitzgerald**<br>**Liberty Mutual Group Disability**<br>**PO Box 7206**<br>**London KY 40742** | **YOUR FILE NO.** | 5557206 |
| | **OTHER FILE NO.** | Moore, C |
| | **OUR FILE NO.** | 201512-1264 |
| | **INSURED/EMPLOYER** | Centene Management Company |
| | **ASSIGNMENT OPEN** | 12/11/2015 |
| **TYPE OF CLAIM** | Disability | |
| **REPORTED INJURY** | Not Provided | |
| **DATE OF LOSS** | 6/20/2015 | |
| **INVESTIGATOR** | Brian Morand | |
| **DATES OF INVESTIGATION** | 12/16/2015 | |

| **SUBJECT/CLAIMANT** | |
|---|---|
| **NAME:** | Nita Fabre |
| **ADDRESS:** | |
| **DOB:** | |
| **SSN:** | |

**PHOTO IDENTIFICATION**



**SUMMARY**

Social Media Searches were completed on the subject including but not limited to Facebook, Twitter, Google plus, LinkedIn, Google, Bing, and Yahoo. Social Media Searches were completed on the subject and produced results on Facebook.

A Facebook page was located for Jen Fleming Price a friend of the subject's and produced results for the subject. A Facebook page was located for Amber Gaitz Mowry who is a friend of the subject and produced results for the subject. A MySpace page was located for the subject. A possible LinkedIn account was located for the subject based on the name and location; however, it was not able to be confirmed. A possible Instagram page was located for the subject based on the name; however, it could not be confirmed. A search of the subject on the TX Department of Licensing and Regulation was conducted for professional licenses; however, no results for the subject were produce.

## ANALYSIS

*(For reports is Adobe, click the heading to the left to access source details)*

**MAPPING**

A search of Google Maps produced a satellite image and a map of the area surrounding the Subject's provided address of

**SOCIAL NETWORKING**

Social Media Searches were completed on the subject and produced results on Facebook. A Facebook page was located for Jen Fleming Price a friend of the subject's and produced results for the subject. A Facebook page was located for Amber Gaitz Mowry who is a friend of the subject and produced results for the subject. A MySpace page was located for the subject. A possible LinkedIn account was located for the subject based on the name and location; however, it was not able to be confirmed.

**ON-LINE SEARCHES**

A possible Instagram page was located for the subject based on the name; however, it could not be confirmed. A search of the subject on the TX Department of Licensing and Regulation was conducted for professional licenses; however, no results for the subject were produce.

## SOURCES

### Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the Subject's provided address of
78748,

## Aerial View




## Street View



## Social Networking

**Facebook**

A Facebook page was located for the subject.
https://www.facebook.com/nita.fabre






**Jen Fleming Price**

A Facebook page was located for Jen Fleming Price a friend of the subject's and produced results for the subject.
https://www.facebook.com/jen.covington1









**Amber Gaitz Mowry**
A Facebook page was located for Amber Gaitz Mowry who is a friend of the subject and produced results for the subject.
https://www.facebook.com/amber.gaitz




Amber Gaitz Mowry
September 9, 2009
With Nita and Nita Fabre
Share
Nita Fabre "You can dance if you want to....Leave your friends behind."
I could hardly move the next day, but had a blast. Thanks for getting me to dance. You now have the mock 'the bald guy that dances like a chick' crown!
September 15, 2009 at 2:23am
People You May Know
See All


Amber Gaitz Mowry
September 9, 2009
Me and Nita — with Nita Fabre.
Share
People You May Know
See All







**Twitter**
No results were found.

**YouTube**
No results were found.

**Google +**
No results were found.

**MySpace**

A MySpace page was located for the subject.
https://myspace.com/228248881




**LinkedIn**

A possible LinkedIn account was located for the subject based on the name and location; however, it was not able to be confirmed.
https://www.linkedin.com/in/nita-fabre-b7aa31b5



***(Other Online Sources)***

**Instagram**
A possible Instagram page was located for the subject based on the name; however, it could not be confirmed.
https://www.instagram.com/nitafabre/




**TX Department of Licensing and Regulation**
A search of the subject on the TX Department of Licensing and Regulation was conducted for professional licenses; however, no results for the subject were produce.

**END OF REPORT**

**Initial Payment Set up Worksheet**

**Claimant's Name** Nita Fabre **DOB** ____

**Customer** Centene Management Company

**LTD Claim #** 5557206

**Associated Claims** 5354081 Type STD ____ Type ____

**Benefit End date of associated claims** 12/18/2015 ____

**Contractual EP** > End of STD or 180 days

**Does policy include COLA provision** No Task Set Date n/a

**LTD Benefit begin date** 12/19/2015 **DOD** 6/20/2015 **AGE** 35

**Max Benefit date** 12/16/2046 SSNRA age 67

**BME Amount** $5,599.28

**Sources used to verify BME amount**

Eligibility. Effective date 03/30/2015. Annual salary of $67,191.34 / 12 = BME of $5,599.28.

**Benefit percentage** 60.00 % **Gross modal benefit** $3,359.57

**Benefit Begin date** 12/19/2015

**Approved thru date** 12/18/2017 24 months own occupation

**Offsets entered**

| | **Type** | **Amount** |
|---|---|---|
| **Resident / Work State:** **TX** | N/A | |
| | | |
| | | |

**Deductions entered**

| **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** N/A **State** N/A

**Completed by** **Adrian Rakasitwi** **Approved by** ____

LexisNexis®

**For Customer Support refer to the appropriate platform below:**

**OrderPoint**
800-934-9698
Orderpoint.support@lexisnexis.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexis.com

**Lexis.com**
Law Firm accounts
800-543-6862

PAGE COUNT: 7

---

---

CLIENT : AFI1494840
DIVISION : XRFACC1494840
ADJUSTER : CURTGBSIU
CLAIM : 5557206

TRANSACTION # : 558857621
DATE : 12/14/2015

DATE OF LOSS : 02/02/2012 TIME OF LOSS : 03:30 PM
STREET : I 35
CITY : AUSTIN
COUNTY : TRAVIS
STATE : TX

INVESTIGATING AGENCY : AUSTIN TXDOT PD
REPORT NUMBER : 12-0331268
REPORT TYPE : Auto Accident
PARTY 1 : BRENDA FABRE
PARTY 2 :
PARTY 3 :

CAR : MAKE : YEAR :
TAG :

DRIVER LICENSE :
ADDITIONAL INFO :
REAR END AUTO ACCIDENT

POLICY #: 0538526203
POLICY STATE: TX
LOSS KIND: AUTO LOSS

---

NOTE :

---

THANK YOU FOR YOUR ORDER!

12539231.1
/2012021488

Law Enforcement and TxDOT Use Only

☐ FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MEDICAL ADVISORY BOARD

☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE ☐ ON PRIVATE DRIVE OR ROAD/PRIVATE PROPERTY/PARKING LOT

| Total Num. Units | Total Num. Prsns | TxDOT Crash ID |
|---|---|---|
| 3 | 3 | |

**Texas Peace Officer's Crash Report (Form CR-3 ALTERNATE 7/1/11)**

Mail to: Texas Department of Transportation, Crash Records, P.O. Box 149349, Austin, TX 78714. Questions? Call 512/486-5780

*These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 5

| | | | |
|---|---|---|---|
| *Crash Date (MM/DD/YYYY) 02-02-2012 | *Crash Time (24HRMM) 1544 | Case ID 12-0331282 | Local Use |
| *County Name TRAVIS | *City Name AUSTIN | | Outside City Limits ☐ Yes ☑ No |
| Roadway Part ☑ 1-Main/Proper Lane ☐ 2-Service/Frontage Road ☐ 3-Entrance/On Ramp ☐ 4-Exit/Off Ramp ☐ 5-Connector/Flyover ☐ 98-Other (Narrative) | Toll Road/Lane ☐ Yes ☑ No | Speed Limit 60 | |
| Construction Zone ☑ No ☐ Yes, no workers ☐ Yes, workers present | Latitude (Decimal) | Longitude (Decimal) | |
| *Address | | In your opinion, did crash result in at least $1,000 damage to any one person's property? ☑ Yes ☐ No | |

**Intersecting Road, Or If Crash Not At Intersection, Provide Nearest Intersecting Road Or Reference Marker**

| | | | |
|---|---|---|---|
| Crash at Intersection ☐ Yes ☑ No | If No, Distance from Intersection/Reference Marker .1300 | ☐ FT ☐ MI | Direction From Intersection/Reference Marker N |
| ☑ Address ☐ Reference Marker | Woodward Ave. | | Railroad Crossing Num. |

**Unit, Driver and Persons Information**

| | | | |
|---|---|---|---|
| Unit Number 1 | Parked Vehicle ☐ Yes ☑ No | Did this unit "Hit and Run"? ☐ Yes ☑ No | ☐ Police, Fire, EMS on Emergency (Narrative) |

Unit Descript. ☑ 1-Motor Vehicle ☐ 2-Train ☐ 3-Pedalcyclist ☐ 4-Pedestrian ☐ 5-Motorized Conveyance ☐ 6-Towed/Trailer ☐ 7-Non-Contact ☐ 98-Other (Narrative)

| | | |
|---|---|---|
| LP State TX | LP Number CS8 4274 | VIN 1FAFP55223G218147 |
| Vehicle Year 2003 | Vehicle Make Ford | Vehicle Model TAURUS | Vehicle Color SILVER |

Body Style: ☐ P2 (2DR Passenger Car) ☑ P4 (4DR Passenger Car) ☐ PK (Pickup) ☐ AM (Ambulance) ☐ BU (Bus) ☐ SB (Yellow School Bus) ☐ FE (Farm Equip.) ☐ FT (Fire Truck) ☐ MC (Motorcycle) ☐ SV (SUV) ☐ PC (Police Car/Truck) ☐ PM (Police Motorcycle) ☐ TL (Trailer, Semi, Pole) ☐ TR (Truck) ☐ TT (Truck Tractor) ☐ VN (Van) ☐ 98-Other (Narrative) ☐ 99-Unknown

DL/ID Type: ☑ 1-Driver License ☐ 2-Commercial Driver License ☐ 3-Occupational ☐ 4-ID Card ☐ 5-Unlicensed ☐ 98-Other ☐ 99-Unknown

| | | | | | |
|---|---|---|---|---|---|
| DL/ID State TX | DL/ID Number 20118339 | DL Class C | DOB (MM/DD/YYYY) 11-10-1979 | CDL Endorse. | DL Restrict. |

Address (Street, City, State, Zip)

| | | |
|---|---|---|
| ☑ Owner ☐ Lessee | Owner/Lessee Name & Address: Same as driver | Proof of Insurance ☐ Yes ☐ No ☐ Exempt ☐ Expired |
| Insurance Company Farmers | Policy Number 04384 0439 | Ins. Company Phone Number 800-225-0011 |
| Vehicle Inventoried ☐ Yes ☑ No | Towed By K&S TOWING | Towed To 11617 Manchaca Rd. |

| 1. Person Type | 2. Seat Position | 3. Injury Severity | 4. Ethnicity | 5. Ejected | 6. Restraint Used | 7. Airbag | 8. Helmet Use |
|---|---|---|---|---|---|---|---|
| 1-Driver; 2-Passenger/Occupant; 3-Pedalcyclist; 4-Pedestrian; 5-Motorcycle Driver; 6-Motorcycle Passenger; 98-Other (Narrative); 99-Unknown | 1-Front Left; 2-Front Center; 3-Front Right; 4-2nd Seat Left; 5-2nd Seat Center; 6-2nd Seat Right; 7-3rd Seat Left; 8-3rd Seat Center; 9-3rd Seat Right; 10-Cargo Area; 11-Outside Vehicle; 13-Other in Vehicle; 14-Passenger in Bus; 16-Pedestrian, Pedalcyclist, or Motorized Conveyance; 98-Other (Narrative); 99-Unknown | A-Incapacitating Injury; B-Non-Incapacitating Injury; C-Possible Injury; K-Killed; N-Not Injured; 99-Unknown | W-White; B-Black; H-Hispanic; A-Asian; I-Amer. Indian/Alaskan Native; 98-Other; 99-Unknown | 1-No; 2-Yes; 3-Yes, Partial; 97-Not Applicable; 99-Unknown | 1-Shoulder & Lap Belt; 2-Shoulder Belt Only; 3-Lap Belt Only; 4-Child Seat Facing Forward; 5-Child Seat Facing Rear; 6-Child Seat, Unknown; 7-Child Booster Seat; 96-None; 97-Not Applicable; 98-Other (Narrative); 99-Unknown | 1-Not Deployed; 2-Deployed, Front; 3-Deployed, Side; 4-Deployed, Rear; 5-Deployed, Multiple; 97-Not Applicable; 99-Unknown | 1-Not Worn; 2-Worn, Damaged; 3-Worn, Not Damaged; 4-Worn, Unknown Damage; 97-Not Applicable; 99-Unknown if Worn |

| Person Num. | 1. Person Type | 2. Seat Position | Name: Last, First, Middle (Driver or Primary Person on first line) (Attach "Additional Persons Continuation Form" if needed) | 3. Injury Severity | Age | 4. Ethnicity | Sex | 5. Ejected | 6. Restraint | 7. Airbag | 8. Helmet | Sol. (Y or N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Sypho, Lamonica D. | N | 32 | B | F | 1 | 1 | 1 | 1 | N |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Driver/Primary Person: Alcohol Specimen ☐ 1-Breath ☐ 2-Blood ☐ 3-Urine ☐ 4-Refused ☑ 96-None ☐ 98-Other (Narrative) | Alcohol Test Result

Drug Specimen ☐ 2-Blood ☐ 3-Urine ☐ 4-Refused ☑ 96-None ☐ 98-Other (Narrative) | Drug Test Result ☐ 1-Positive ☐ 2-Negative ☑ 97-Not Applicable ☐ 99-Unknown

Drug Category ☐ 2-CNS Depressants ☐ 3-CNS Stimulants ☐ 4-Hallucinogens ☐ 6-Narcotic Analgesics ☐ 7-Inhalants ☐ 8-Cannabis ☐ 10-Dissociative Anesthetics ☐ 11-Multiple Drugs (Narrative) ☑ 97-Not Applicable ☐ 98-Other Drugs (Narrative) ☐ 99-Unknown

Copy from Custodial File

Case ID 12-0331268 Page 2 of 5

**Additional Unit, Driver and Persons Information**

Unit Number: 2 | Parked Vehicle: ☐ Yes ☑ No | Did this unit "Hit and Run"? ☐ Yes ☑ No | ☐ Police, Fire, EMS on Emergency (Narrative)

Unit Descript.: ☑ 1-Motor Vehicle ☐ 2-Train ☐ 3-Pedalcyclist ☐ 4-Pedestrian ☐ 5-Motorized Conveyance ☐ 6-Towed/Trailer ☐ 7-Non-Contact ☐ 98-Other (Narrative)

LP State: TX | LP Number: 9DXSN | VIN: K N A G M 4 A 7 6 B 5 1 6 5 Ø 6 Ø

Vehicle Year: 2011 | Vehicle Make: KIA | Vehicle Model: OPTIMA | Vehicle Color: Maroon

Body Style: ☐ P2 (2DR Passenger Car) ☑ P4 (4DR Passenger Car) ☐ PK (Pickup) ☐ AM (Ambulance) ☐ BU (Bus) ☐ SB (Yellow School Bus) ☐ FE (Farm Equip.) ☐ FT (Fire Truck) ☐ MC (Motorcycle) ☐ SV (SUV) ☐ PC (Police Car/Truck) ☐ PM (Police Motorcycle) ☐ TL (Trailer, Semi, Pole) ☐ TR (Truck) ☐ TT (Truck Tractor) ☐ VN (Van) ☐ 98-Other (Narrative) ☐ 99-Unknown

DL/ID Type: ☑ 1-Driver License ☐ 2-Commercial Driver License ☐ 3-Occupational ☐ 4-ID Card ☐ 5-Unlicensed ☐ 98-Other ☐ 99-Unknown

DL/ID State: TX | DL/ID Number: 16996Ø36 | DL Class: C | DOB (MM/DD/YYYY): 07-11-1949 | CDL Endorse.: | DL Restrict.:

Address (Street, City, State, Zip):

☑ Owner ☐ Lessee | Owner/Lessee Name & Address: same as driver | Proof of Insurance: ☐ Yes ☐ No ☐ Exempt ☐ Expired

Insurance Company: TX Farm Bureau | Policy Number: 2139446 | Ins. Company Phone Number: 800-266-5458

Vehicle Inventoried: ☐ Yes ☑ No | Towed By: K & S TOWING | Towed To: 11617 Manchaca Rd.

| 1. Person Type | 2. Seat Position | | 3. Injury Severity | 4. Ethnicity | 5. Ejected | 6. Restraint Used | | 7. Airbag | 8. Helmet Use |
|---|---|---|---|---|---|---|---|---|---|
| 1-Driver<br>2-Passenger/Occupant<br>3-Pedalcyclist<br>4-Pedestrian<br>5-Motorcycle Driver<br>6-Motorcycle Passenger<br>98-Other (Narrative)<br>99-Unknown | 1-Front Left<br>2-Front Center<br>3-Front Right<br>4-2nd Seat Left<br>5-2nd Seat Center<br>6-2nd Seat Right<br>7-3rd Seat Left<br>8-3rd Seat Center<br>9-3rd Seat Right | 10-Cargo Area<br>11-Outside Vehicle<br>13-Other in Vehicle<br>14-Passenger in Bus<br>16-Pedestrian, Pedalcyclist, or Motorized Conveyance<br>98-Other (Narrative)<br>99-Unknown | A-Incapacitating Injury<br>B-Non-Incapacitating Injury<br>C-Possible Injury<br>K-Killed<br>N-Not Injured<br>99-Unknown | W-White<br>B-Black<br>H-Hispanic<br>A-Asian<br>I-Amer. Indian/Alaskan Native<br>98-Other<br>99-Unknown | 1-No<br>2-Yes<br>3-Yes, Partial<br>97-Not Applicable<br>99-Unknown | 1-Shoulder & Lap Belt<br>2-Shoulder Belt Only<br>3-Lap Belt Only<br>4-Child Seat Facing Forward<br>5-Child Seat Facing Rear<br>6-Child Seat, Unknown<br>7-Child Booster Seat | 96-None<br>97-Not Applicable<br>98-Other (Narrative)<br>99-Unknown | 1-Not Deployed<br>2-Deployed, Front<br>3-Deployed, Side<br>4-Deployed, Rear<br>5-Deployed, Multiple<br>97-Not Applicable<br>99-Unknown | 1-Not Worn<br>2-Worn, Damaged<br>3-Worn, Not Damaged<br>4-Worn, Unknown Damage<br>97-Not Applicable<br>99-Unknown If Worn |

| Person Num. | 1. Person Type | 2. Seat Position | Name: Last, First, Middle (Driver or Primary Person on first line) (Attach "Additional Persons Continuation Form" if needed) | 3. Injury Severity | Age | 4. Ethnicity | Sex | 5. Ejected | 6. Restraint | 7. Airbag | 8. Helmet | Sol. (Y or N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Roose, Howard R. | N | 62 | W | M | 1 | 3 | 1 | 1 | N |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Driver/Primary Person: Alcohol Specimen: ☐ 1-Breath ☐ 2-Blood ☐ 3-Urine ☐ 4-Refused ☑ 96-None ☐ 98-Other (Narrative) | Alcohol Test Result: ___.___

Drug Specimen: ☐ 2-Blood ☐ 3-Urine ☐ 4-Refused ☑ 96-None ☐ 98-Other (Narrative) | Drug Test Result: ☐ 1-Positive ☐ 2-Negative ☑ 97-Not Applicable ☐ 99-Unknown

Drug Category: ☐ 2-CNS Depressants ☐ 3-CNS Stimulants ☐ 4-Hallucinogens ☐ 6-Narcotic Analgesics ☐ 7-Inhalants ☐ 8-Cannabis ☐ 10-Dissasociative Anesthetics ☐ 11-Multiple Drugs (Narrative) ☑ 97-Not Applicable ☐ 98-Other Drugs (Narrative) ☐ 99-Unknown

**Disposition of Injured/Killed** (If additional lines are needed use the "Disposition of Additional Injured/Killed Form")

| Unit Num. | Person Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Damage Other Than Vehicles**

| Damaged Property Other than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

Copy from Custodial File

Case ID 1203 31268



## Environmental & Roadway Conditions (Only check one box in each section)

**Roadway Type**
- [ ] 1-Two Way, Not Divided
- [ ] 2-Two Way, Divided Unprotected Median
- [x] 3-Two Way, Divided Protected Median
- [ ] 4-One Way
- [ ] 98-Other (Narrative)

**Entering Roads**
- [ ] 2-Three Entering Roads - T
- [ ] 3-Three Entering Roads - Y
- [ ] 4-Four Entering Roads
- [ ] 5-Five Entering Roads
- [ ] 6-Six Entering Roads
- [ ] 7- Traffic Circle
- [ ] 8- Cloverleaf
- [x] 97- Not Applicable
- [ ] 98-Other (Narrative)

**Roadway Alignment**
- [x] 1-Straight, Level
- [ ] 2-Straight, Grade
- [ ] 3-Straight, Hillcrest
- [ ] 4-Curve, Level
- [ ] 5-Curve, Grade
- [ ] 6-Curve, Hillcrest
- [ ] 98-Other (Narrative)
- [ ] 99-Unknown

**Traffic Control**
- [ ] 2-Inoperative (Narrative)
- [ ] 3-Officer
- [ ] 4-Flagman
- [ ] 5-Signal Light
- [ ] 6-Flashing Red Light
- [ ] 7-Flashing Yellow Light
- [ ] 8-Stop Sign
- [ ] 9-Yield Sign
- [ ] 10-Warning Sign
- [ ] 11-Center Stripe/Divider
- [ ] 12-No Passing Zone
- [ ] 13-RR Gate/Signal
- [ ] 15-Crosswalk
- [ ] 16-Bike Lane
- [ ] 17-Marked Lanes
- [ ] 18-Signal Light w/Red Light Running Camera
- [x] 96-None
- [ ] 98-Other (Narrative)

**Weather Condition**
- [ ] 1-Clear
- [ ] 2-Cloudy
- [x] 3-Rain
- [ ] 4-Sleet/Hail
- [ ] 5-Snow
- [ ] 6-Fog
- [ ] 7-Blowing Sand/Snow
- [ ] 8-Severe Crosswinds
- [ ] 98-Other (Narrative)
- [ ] 99-Unknown

**Surface Condition**
- [ ] 1-Dry
- [x] 2-Wet
- [ ] 3-Standing Water
- [ ] 4-Snow
- [ ] 5-Slush
- [ ] 6-Ice
- [ ] 7-Sand, Mud, Dirt
- [ ] 98-Other (Narrative)
- [ ] 99-Unknown

**Light Condition**
- [x] 1-Daylight
- [ ] 2-Dark, Not Lighted
- [ ] 3-Dark, Lighted
- [ ] 4-Dark, Unknown Lighting
- [ ] 5-Dawn
- [ ] 6-Dusk
- [ ] 98-Other (Narrative)
- [ ] 99-Unknown

**Damage Rating (See diagram)**

| Unit Num. | Damage Rating 1 (Most Severe): Direction of Force (1-12) | Area of Damage | Damage Severity (0-7) | Damage Rating 2: Direction of Force (1-12) | Area of Damage | Damage Severity (0-7) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |




**Special Cases:**
- VB-1 (Vehicle burned, NOT due to collision)
- VB-7 (Vehicle caught fire due to collision)
- TP-0 (Top damage only)
- VX-0 (Undercarriage damage only)
- MC-1 (Motorcycle, moped, scooter, etc.)
- NA (Not applicable (farm tractor, etc.))

## Narrative and Diagram

**Investigator's Narrative Opinion of What Happened**
(Explain all "98-Other" answers in narrative. Attach additional sheets if necessary.)

unit # 1 was driving SB on the frontage Rd. of S. IH35 exiting to ~~take~~ get onto the proper. Before getting to the exit unit #1 spun out of control down the grass and into the #3 Lane of South Bound traffic on the proper of S. IH35 unit #1 then struck unit #2 which struck unit #3.

Field Diagram - Not to Scale




Copy from Custodial File

Case ID ______ 

## Commercial Motor Vehicle

| | | | |
|---|---|---|---|
| Unit Num. | ☐ 10,001+ LBS ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY | Vehicle Operation | ☐ 1-Interstate Commerce ☐ 2-Intrastate Commerce ☐ 3-Not In Commerce ☐ 4-Government ☐ 5-Personal |
| Carrier ID Type | ☐ 1-US DOT ☐ 2-TxDOT ☐ 3-ICC/MC ☐ 96-None ☐ 98-Other (Narrative) | Carrier ID Num. | Carrier Corp. Name |
| Carrier Primary Address | | Total Num. Axles | Total Num. Tires |

**Vehicle Type:** ☐ 1-Passenger Car ☐ 2-Light Truck ☐ 3-Bus (9-15) ☐ 4-Bus (>15) ☐ 5-Single Unit Truck (2 Axles 6 Tires) ☐ 6-Single Unit Truck (3 or More Axles) ☐ 7-Truck Trailer ☐ 8-Truck Tractor (Bobtail) ☐ 9-Tractor/Semi Trailer ☐ 10-Tractor/Double Trailer ☐ 11-Tractor/Triple Trailer ☐ 98-Other (Narrative) ☐ 99-Unknown Heavy Truck

**Roadway Access:** ☐ 1-Full Access Control ☐ 2-Partial Access Control ☐ 3-No Access Control ☐ RGVW ☐ GVWR — Haz Mat. Released ☐ Yes ☐ No

**Haz Mat. Class Num.:** ☐ 1-Explosives ☐ 2-Gases ☐ 3-Flammable Liquids ☐ 4-Flammable Solids ☐ 5-Oxidizers & Organic Peroxides ☐ 6-Toxic Materials & Infectious Substances ☐ 7-Radioactive Materials ☐ 8-Corrosive Materials ☐ 9-Miscellanous Dangerous Goods — Hazardous Material ID Number: ______

**Haz Mat. Class Num.:** ☐ 1-Explosives ☐ 2-Gases ☐ 3-Flammable Liquids ☐ 4-Flammable Solids ☐ 5-Oxidizers & Organic Peroxides ☐ 6-Toxic Materials & Infectious Substances ☐ 7-Radioactive Materials ☐ 8-Corrosive Materials ☐ 9-Miscellanous Dangerous Goods — Hazardous Material ID Number: ______

**Cargo Body Style:** ☐ 1-Bus (9-15) ☐ 2-Bus (>15) ☐ 3-Van/Enclosed Box ☐ 4-Cargo Tank ☐ 5-Flatbed ☐ 6-Dump ☐ 7-Concrete Mixer ☐ 8-Auto Transporter ☐ 9-Garbage Refuse ☐ 10-Grain Chips Gravel ☐ 11-Pole ☐ 13-Intermodal ☐ 14-Logging ☐ 15-Vehicle Towing Another Vehicle ☐ 97-Not Applicable ☐ 98-Other (Narrative)

**Trailer 1:** Unit Num. ☐ RGVW ☐ GVWR — Type ☐ 1-Full Trailer ☐ 2-Semi-Trailer ☐ 3-Pole Trailer

**Trailer 2:** Unit Num. ☐ RGVW ☐ GVWR — Type ☐ 1-Full Trailer ☐ 2-Semi-Trailer ☐ 3-Pole Trailer

### 9. Sequence of Events

1-Non-Collision: Ran Off Road
2-Non-Collision: Jackknife
3-Non-Collision: Overturn Rollover
4-Non-Collision: Downhill Runaway
5-Non-Collision: Cargo Loss/Shift
6-Non-Collision: Explosion/Fire
7-Non-Collision: Separation of Units
8-Non-Collision: Cross Median/Centerline
9-Non-Collision: Equipment Failure
10-Non-Collision: Other
11-Non-Collision: Unknown
12-Collision: Pedestrian
13-Collision: Motor Vehicle in Transport
14-Collision: Parked Motor Vehicle
15-Collision: Train
16-Collision: Pedalcycle
17-Collision: Animal
18-Collision: Fixed Object
19-Collision: Work Zone Maintenance Equip.
20-Collision: Other Movable Object
21-Collision: Unknown Movable Object
98-Other (Narrative)

| Event 1 | Event 2 | Event 3 | Event 4 |
|---|---|---|---|
| | | | |

## Contributing Factors, Vehicle Defects, and Damage Rating

### 10. Factors and Conditions

1-Animal on Road, Domestic
2-Animal on Road, Wild
3-Backed Without Safety
4-Changed Lane when Unsafe
14-Disabled in Traffic Lane
15-Disregard Stop and Go Signal
16-Disregard Stop Sign or Light
17-Disregard Turn Marks at Intersection
18-Disregard Warning Sign at Construction
19-Distraction in Vehicle
20-Driver Inattention
21-Drove Without Headlights
22-Failed to Control Speed
23-Failed to Drive in Single Lane
24-Failed to Give Half of Roadway
25-Failed to Heed Warning Sign
26-Failed to Pass to Left Safely
27-Failed to Pass to Right Safely
28-Failed to Signal or Gave Wrong Signal
29-Failed to Stop at Proper Place
30-Failed to Stop for School Bus
31-Failed to Stop for Train
32-FTYROW, Emergency Vehicle
33-FTYROW, Open Intersection
34-FTYROW, Private Drive
35-FTYROW, Stop Sign
36-FTYROW, To Pedestrian
37-FTYROW, Turning Left
38-FTYROW, Turn on Red
39-FTYROW, Yield Sign
40-Fatigued or Asleep
41-Faulty Evasive Action
42-Fire in Vehicle
43-Fleeing or Evading Police
44-Followed Too Closely
45-Had Been Drinking
46-Handicapped Driver (Narrative)
47-Ill (Narrative)
48-Impaired Visibility (Narrative)
49-Improper Start from Parked Position
50-Load Not Secure
51-Opened Door Into Traffic Lane
52-Oversized Vehicle or Load
53-Overtake and Pass Insufficient Clearance
54-Parked and Failed to Set Brake
55-Parked in Traffic Lane
56-Parked without Lights
57-Passed in No Passing Lane
58-Passed on Right Shoulder
59-Pedestrian FTYROW to Vehicle
60-Unsafe Speed
61-Speeding, (Over Limit)
62-Taking Medication (Narrative)
63-Turned Improperly, Cut Corner on Left
64-Turned Improperly, Wide Right
65-Turned Improperly, Wrong Lane
66-Turned when Unsafe
67-Under Influence, Alcohol
68-Under Influence, Drug
69-Wrong Side, Approach or Intersection
70-Wrong Side, Not Passing
71-Wrong Way, One Way Road
72-Cell/Mobile Phone Use
73-Road Rage
98-Other (Narrative)

### 11. Vehicle Defects

5-Defective or No Headlamps
6-Defective or No Stop Lamps
7-Defective or No Tail Lamps
8-Defective or No Turn Signal Lamps
9-Defective or No Trailer Brakes
10-Defective or No Vehicle Brakes
11-Defective Steering Mechanism
12-Defective or Slick Tires
13-Defective Trailer Hitch
98-Other (Narrative)

**10. Contributing Factors (Investigator's Opinion)**

| Unit Num. | Contributing | | | May Have Contributed | |
|---|---|---|---|---|---|
| 1 | 22 | 41 | | | |
| | | | | | |

**11. Vehicle Defects (Investigator's Opinion)**

| Unit Num. | Contributing | | | May Have Contributed | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## Charges

| Unit Num. | Person Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## Investigator Information

| | | | |
|---|---|---|---|
| Time Notified (24HRMM): 1559 | How Notified: Dispatched | Time Arrived (24HRMM): 1610 | Report Date (MM/DD/YYYY): 02/02/2012 |
| Investigation Complete: ☑ Yes ☐ No | Investigators Name (Print) First Initial, Last Name: Hines, S. | Badge/ID Num.: 3529 | District/Area: J O H N |

ORI Num.: T X 2 2 7 0 0 1 0 0 — Agency: Austin Police Department

...ial File

Law Enforcement and TxDOT Use Only

[ ] FATAL [ ] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MEDICAL ADVISORY BOARD

Total Num. Units: 3 | Total Num. Prsns: 3 | TxDOT Crash ID:

[ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE [ ] ON PRIVATE DRIVE OR ROAD/PRIVATE PROPERTY/PARKING LOT

**Texas Peace Officer's Crash Report (Form CR-3 ALTERNATE 7/1/11)**

Mail to: Texas Department of Transportation, Crash Records, P.O. Box 149349, Austin, TX 78714. Questions? Call 512/486-5780

*These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles; occupants, injured, etc.).

Page 5 of 5

| | | | |
|---|---|---|---|
| *Crash Date (MM/DD/YYYY): 02/02/2012 | *Crash Time (24HRMM): 1544 | Case ID: 12-0331268 B2 | Local Use: |
| *County Name: TRAVIS | | *City Name: AUSTIN | Outside City Limits: [ ] Yes [x] No |

Roadway Part: [x] 1-Main/Proper Lane [ ] 2-Service/Frontage Road [ ] 3-Entrance/On Ramp [ ] 4-Exit/Off Ramp [ ] 5-Connector/Flyover [ ] 98-Other (Narrative) | Toll Road/Lane: [ ] Yes [x] No | Speed Limit: 65

Construction Zone: [x] No [ ] Yes, no workers [ ] Yes, workers present | Latitude (Decimal): | Longitude (Decimal): -

*Address: | In your opinion, did crash result in at least $1,000 damage to any one person's property? [x] Yes [ ] No

**Intersecting Road, Or If Crash Not At Intersection, Provide Nearest Intersecting Road Or Reference Marker**

Crash at Intersection: [ ] Yes [x] No | If No, Distance from Intersection/Reference Marker: 1300 [x] FT [ ] MI | Direction From Intersection/Reference Marker: N

[ ] Address [ ] Reference Marker: Woodward Ave | Railroad Crossing Num.:

**Unit, Driver and Persons Information**

Unit Number: 3 | Parked Vehicle: [ ] Yes [x] No | Did this unit "Hit and Run"? [ ] Yes [x] No | [ ] Police, Fire, EMS on Emergency (Narrative)

Unit Descript.: [x] 1-Motor Vehicle [ ] 2-Train [ ] 3-Pedalcyclist [ ] 4-Pedestrian [ ] 5-Motorized Conveyance [ ] 6-Towed/Trailer [ ] 7-Non-Contact [ ] 98-Other (Narrative)

LP State: LA | LP Number: 178165 | VIN: JTDBE32KX20075091

Vehicle Year: 2002 | Vehicle Make: TOYOTA | Vehicle Model: CAMRY | Vehicle Color: MAROON

Body Style: [ ] P2 (2DR Passenger Car) [x] P4 (4DR Passenger Car) [ ] PK (Pickup) [ ] AM (Ambulance) [ ] BU (Bus) [ ] SB (Yellow School Bus) [ ] FE (Farm Equip.) [ ] FT (Fire Truck) [ ] MC (Motorcycle) [ ] SV (SUV) [ ] PC (Police Car/Truck) [ ] PM (Police Motorcycle) [ ] TL (Trailer, Semi, Pole) [ ] TR (Truck) [ ] TT (Truck Tractor) [ ] VN (Van) [ ] 98-Other (Narrative) [ ] 99-Unknown

DL/ID Type: [x] 1-Driver License [ ] 2-Commercial Driver License [ ] 3-Occupational [ ] 4-ID Card [ ] 5-Unlicensed [ ] 98-Other [ ] 99-Unknown

DL/ID State: TX | DL/ID Number: 23383405 | DL Class: C | DOB (MM/DD/YYYY): 12/17/1979 | CDL Endorse.: | DL Restrict.: A

Address (Street, City, State, Zip): [illegible] 24

[x] Owner [ ] Lessee | Owner/Lessee Name & Address: FABRE, BRENDA 7186 LYONS POINT RD | Proof of Insurance: [x] Yes [ ] No [ ] Exempt [ ] Expired

Insurance Company: GEICO | Policy Number: 0538-52-62-03 | Ins. Company Phone Number: 800 841 3000

Vehicle Inventoried: [ ] Yes [x] No | Towed By: n/a | Towed To:

**1. Person Type:** 1-Driver; 2-Passenger/Occupant; 3-Pedalcyclist; 4-Pedestrian; 5-Motorcycle Driver; 6-Motorcycle Passenger; 98-Other (Narrative); 99-Unknown

**2. Seat Position:** 1-Front Left; 2-Front Center; 3-Front Right; 4-2nd Seat Left; 5-2nd Seat Center; 6-2nd Seat Right; 7-3rd Seat Left; 8-3rd Seat Center; 9-3rd Seat Right; 10-Cargo Area; 11-Outside Vehicle; 13-Other in Vehicle; 14-Passenger in Bus; 16-Pedestrian, Pedalcyclist, or Motorized Conveyance; 98-Other (Narrative); 99-Unknown

**3. Injury Severity:** A-Incapacitating Injury; B-Non-Incapacitating Injury; C-Possible Injury; K-Killed; N-Not Injured; 99-Unknown

**4. Ethnicity:** W-White; B-Black; H-Hispanic; A-Asian; I-Amer. Indian/Alaskan Native; 98-Other; 99-Unknown

**5. Ejected:** 1-No; 2-Yes; 3-Yes, Partial; 97-Not Applicable; 99-Unknown

**6. Restraint Used:** 1-Shoulder & Lap Belt; 2-Shoulder Belt Only; 3-Lap Belt Only; 4-Child Seat Facing Forward; 5-Child Seat Facing Rear; 6-Child Seat, Unknown; 7-Child Booster Seat; 96-None; 97-Not Applicable; 98-Other (Narrative); 99-Unknown

**7. Airbag:** 1-Not Deployed; 2-Deployed, Front; 3-Deployed, Side; 4-Deployed, Rear; 5-Deployed, Multiple; 97-Not Applicable; 99-Unknown

**8. Helmet Use:** 1-Not Worn; 2-Worn, Damaged; 3-Worn, Not Damaged; 4-Worn, Unknown Damage; 97-Not Applicable; 99-Unknown If Worn

| Person Num. | 1. Person Type | 2. Seat Position | Name: Last, First, Middle (Driver or Primary Person on first line) (Attach "Additional Persons Continuation Form" if needed) | 3. Injury Severity | Age | 4. Ethnicity | Sex | 5. Ejected | 6. Restraint | 7. Airbag | 8. Helmet | Sol. (Y or N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FABRE, NITA MARIA | N | 33 | W | F | 1 | 1 | 1 | 97 | N |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Driver/Primary Person: Alcohol Specimen: [ ] 1-Breath [ ] 2-Blood [ ] 3-Urine [ ] 4-Refused [x] 96-None [ ] 98-Other (Narrative) | Alcohol Test Result:

Drug Specimen: [ ] 2-Blood [ ] 3-Urine [ ] 4-Refused [x] 96-None [ ] 98-Other (Narrative) | Drug Test Result: [ ] 1-Positive [ ] 2-Negative [x] 97-Not Applicable [ ] 99-Unknown

Drug Category: [ ] 2-CNS Depressants [ ] 3-CNS Stimulants [ ] 4-Hallucinogens [ ] 6-Narcotic Analgesics [ ] 7-Inhalants [ ] 8-Cannabis [ ] 10-Disassociative Anesthetics [ ] 11-Multiple Drugs (Narrative) [x] 97-Not Applicable [ ] 98-Other Drugs (Narrative) [ ] 99-Unknown

Copy from Custodial File

Case ID ________ Page ____ of ____

## Additional Unit, Driver and Persons Information

| | | | |
|---|---|---|---|
| Unit Number | Parked Vehicle ☐ Yes ☐ No | Did this unit "Hit and Run"? ☐ Yes ☐ No | ☐ Police, Fire, EMS on Emergency (Narrative) |

Unit Descript. ☐ 1-Motor Vehicle ☐ 2-Train ☐ 3-Pedalcyclist ☐ 4-Pedestrian ☐ 5-Motorized Conveyance ☐ 6-Towed/Trailer ☐ 7-Non-Contact ☐ 98-Other (Narrative)

| | | |
|---|---|---|
| LP State | LP Number | VIN |

| | | | |
|---|---|---|---|
| Vehicle Year | Vehicle Make | Vehicle Model | Vehicle Color |

Body Style
☐ P2 (2DR Passenger Car) ☐ P4 (4DR Passenger Car) ☐ PK (Pickup) ☐ AM (Ambulance) ☐ BU (Bus) ☐ SB (Yellow School Bus)
☐ FE (Farm Equip.) ☐ FT (Fire Truck) ☐ MC (Motorcycle) ☐ SV (SUV) ☐ PC (Police Car/Truck) ☐ PM (Police Motorcycle)
☐ TL (Trailer, Semi, Pole) ☐ TR (Truck) ☐ TT (Truck Tractor) ☐ VN (Van) ☐ 98-Other (Narrative) ☐ 99-Unknown

DL/ID Type ☐ 1-Driver License ☐ 2-Commercial Driver License ☐ 3-Occupational ☐ 4-ID Card ☐ 5-Unlicensed ☐ 98-Other ☐ 99-Unknown

| | | | | | |
|---|---|---|---|---|---|
| DL/ID State | DL/ID Number | DL Class | DOB (MM/DD/YYYY) | CDL Endorse. | DL Restrict. |

Address (Street, City, State, Zip)

☐ Owner ☐ Lessee | Owner/Lessee Name & Address | Proof of Insurance ☐ Yes ☐ No ☐ Exempt ☐ Expired

| | | |
|---|---|---|
| Insurance Company | Policy Number | Ins. Company Phone Number |

Vehicle Inventoried ☐ Yes ☐ No | Towed By | Towed To

| 1. Person Type | 2. Seat Position | | 3. Injury Severity | 4. Ethnicity | 5. Ejected | 6. Restraint Used | | 7. Airbag | 8. Helmet Use |
|---|---|---|---|---|---|---|---|---|---|
| 1-Driver<br>2-Passenger/ Occupant<br>3-Pedalcyclist<br>4-Pedestrian<br>5-Motorcycle Driver<br>6-Motorcycle Passenger<br>98-Other (Narrative)<br>99-Unknown | 1-Front Left<br>2-Front Center<br>3-Front Right<br>4-2nd Seat Left<br>5-2nd Seat Center<br>6-2nd Seat Right<br>7-3rd Seat Left<br>8-3rd Seat Center<br>9-3rd Seat Right | 10-Cargo Area<br>11-Outside Vehicle<br>13-Other in Vehicle<br>14-Passenger in Bus<br>16-Pedestrian, Pedalcyclist, or Motorized Conveyance<br>98-Other (Narrative)<br>99-Unknown | A - Incapacitating Injury<br>B - Non-Incapacitating Injury<br>C - Possible Injury<br>K - Killed<br>N - Not Injured<br>99 - Unknown | W - White<br>B - Black<br>H - Hispanic<br>A - Asian<br>I - Amer. Indian/ Alaskan Native<br>98 - Other<br>99 - Unknown | 1-No<br>2-Yes<br>3-Yes, Partial<br>97-Not Applicable<br>99-Unknown | 1-Shoulder & Lap Belt<br>2-Shoulder Belt Only<br>3-Lap Belt Only<br>4-Child Seat Facing Forward<br>5-Child Seat Facing Rear<br>6-Child Seat, Unknown<br>7-Child Booster Seat | 96-None<br>97-Not Applicable<br>98-Other (Narrative)<br>99-Unknown | 1-Not Deployed<br>2-Deployed, Front<br>3-Deployed, Side<br>4-Deployed, Rear<br>5-Deployed, Multiple<br>97-Not Applicable<br>99-Unknown | 1-Not Worn<br>2-Worn, Damaged<br>3-Worn, Not Damaged<br>4-Worn, Unknown Damage<br>97-Not Applicable<br>99-Unknown If Worn |

| Person Num. | 1. Person Type | 2. Seat Position | Name: Last, First, Middle (Driver or Primary Person on first line) (Attach "Additional Persons Continuation Form" if needed) | 3. Injury Severity | Age | 4. Ethnicity | Sex | 5. Ejected | 6. Restraint | 7. Airbag | 8. Helmet | Sol. (Y or N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Driver/Primary Person: Alcohol Specimen ☐ 1-Breath ☐ 2-Blood ☐ 3-Urine ☐ 4-Refused ☐ 96-None ☐ 98-Other (Narrative) | Alcohol Test Result

Drug Specimen ☐ 2-Blood ☐ 3-Urine ☐ 4-Refused ☐ 96-None ☐ 98-Other (Narrative) | Drug Test Result ☐ 1-Positive ☐ 2-Negative ☐ 97-Not Applicable ☐ 99-Unknown

Drug Category ☐ 2-CNS Depressants ☐ 3-CNS Stimulants ☐ 4-Hallucinogens ☐ 6-Narcotic Analgesics ☐ 7-Inhalants ☐ 8-Cannabis
☐ 10-Disassociative Anesthetics ☐ 11-Multiple Drugs (Narrative) ☐ 97-Not Applicable ☐ 98-Other Drugs (Narrative) ☐ 99-Unknown

## Disposition of Injured/Killed (If additional lines are needed use the "Disposition of Additional Injured/Killed Form")

| Unit Num. | Person Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Damage Other Than Vehicles

| Damaged Property Other than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

Copy from Custodial File

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | December 9, 2015 |
| To: | DR. MARK BURNETT<br>NEUROTEXAS, PLLC<br>3000 NORTH IH-35<br>SUITE 600<br>AUSTIN TX 78705 |
| Attn: | |
| Fax: | (512) 474-1118 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

December 9, 2015

Dr. Mark Burnett
Neurotexas, Pllc
3000 NORTH IH-35
SUITE 600
AUSTIN, TX 78705

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Mark Burnett:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 22, 2015 through the present

We ask that you provide this information by December 23, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager

RECEIVED
DEC 11
BY:

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118



**Nita Fabre** Home: (512) 944-7369
Female DOB: 1 590 Ins: BCBS of Texas Grp: HTC363

**11/17/2015 - Office Visit: Uncontrolled pain**
**Provider: Mark G Burnett MD**
**Location of Care: Neurotexas, PLLC**
**Status: ON HOLD DOCUMENT. Contents are preliminary**

**CC:** Uncontrolled pain.

**History of Present Illness:**
The patient presents today for a followup visit. I last saw her in July of this year. I treated her in the past for a lumbar spinal stimulator placement. She has had no issues with that stimulator, but it only covers part of her pain. She has been getting more low back pain in the sacral area and piriformis zone. It is predominantly right-sided and she has tried physical therapy, injections, pain medications, anti-inflammatory medications, and muscle relaxants. She has bowel and bladder changes that seem related to her muscle spasms, and she discussed this at her last visit. She had a CT myelogram that we reviewed at her last visit, and it showed an anterior fusion that she had at an outside facility at L4-5. She had some narrowing of the foramen at L5-S1 but no significant central compression. The disc height seemed appropriate at L5-S1 on the myelogram, and her curvature seemed normal. She is unable to have an MRI, and so I was concerned that she might be having more L5-S1 issues and so I sent her for a lumbar discogram. She returns today to review that with me. She continues to be a nonsmoker and has no new history of trauma.

## Risk Factors:

Smoked Tobacco Use: Former smoker
Alcohol use: no

## Review of Systems

See HPI

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 35 Years Old Female |
| Height: | 67 inches |
| Weight: | 230 pounds |
| BMI: | 36.02 |
| Pulse rate: | 119 / minute |
| BP sitting: | 140 / 95 |
| Pt. in pain? | yes |
| Intensity: | 7 |

Vitals Entered By: Susan Johnson (November 17, 2015 12:58 PM)

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118



**Nita Fabre** Home: (512) 944-7369
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

## Physical Exam

**General:**
Antalgic gait. Reflexes are slightly brisk but are symmetrical. Straight leg raise causes back pain.

Constitutional:
Well-nourished, well-developed and in no obvious distress.

Cardiac:
Skin is normal temperature. Edema is not present.

Musculoskeletal:
Gait and station normal. Muscle bulk is normal. Muscle tone is normal. Motor strength 5/5 in all major muscle groups of the upper and lower extremities. Except as noted above.

Extremities:
Inspection of digits and nails reveals no abnormalities.

Neurologic:
Awake, alert, oriented with normal memory, language, and fund of knowledge. Testing of cranial nerves reveals no deficits. Exam of sensation reveals no abnormalities. Deep tendon reflexes are normal. Except as noted above.

## Current Problems:

**Medical Problems:**
1) Dx of Sciatica (ICD-724.3)
2) Dx of Causalgia of Lower Limb (ICD-355.71)
3) Dx of Syndrome, Postlaminectomy, Lumbar (ICD-722.83)

## Current Medications:
1) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium) .... Take 1 tab by mouth once a day
2) Venlafaxine Hcl 100 Mg Oral Tabs (Venlafaxine hcl) .... Take 1 tab by mouth twice daily.
3) Omeprazole 20 Mg Oral Cpdr (Omeprazole) .... Take one capsule daily in am on empty stomach.
4) Gabapentin 300 Mg Oral Caps (Gabapentin) .... Take one capsule by mouth 3 times a day
5) Ondansetron Hcl 4 Mg Oral Tabs (Ondansetron hcl) .... Take 1 tablet by mouth every 6 hours for 30 days *ins only pays for 60 in 30 days*
6) Oxycontin 30 Mg Oral T12a (Oxycodone hcl) .... Take 1 tablet by mouth every 12 hours *max 2 tablets per day,start 7/12*
7) Oxycodone Hcl 15 Mg Oral Tabs (Oxycodone hcl) .... Take 1 tablet by mouth every 8 hours *start 7/12*
8) Metaxalone 800 Mg Oral Tabs (Metaxalone) .... Take 1 tablet by mouth every 8 hours as needed max is 3 per day
9) Baclofen 20 Mg Oral Tabs (Baclofen) .... Take 1 tablet by mouth every 6 hours as needed max is 4 per day

## Allergies:
1) Morphine Sulfate (morphine Sulfate Tabs) (critical)
2) Latex Gloves (disposable Gloves) (critical)

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
Phone: (512) 474-1114 Fax: (512) 474-1118



**Nita Fabre** Home: (512) 944-7369
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

## Impression & Recommendations:

Disc-O-Gram

DIAGNOSTIC TESTING REVIEW:
The patient has a CT myelogram as discussed above that shows her prior fusion at L4-5 anteriorly. She has some narrowing of the foramen at L5-S1 but nothing severe. The disc height is preserved. She has a lumbar discogram that was done, which showed concordant pain at L5-S1 with a negative control.

DICTATED ASSESSMENT:
Ms. Fabre returns today for a followup visit to discuss her progress. She has chronic pain syndrome and a history of a prior fusion done at an outside facility many years ago. That fusion is an ALIF that was done at L4-5. I have treated her with placement of a spinal stimulator device, and this seems to be working but is not covering her pain as well anymore. She describes low lumbar and sacral pain as well as a variety of symptoms that seem episodic into her legs. She has a myelogram, which shows no overt compression in the lumbar spine but does perhaps some some foraminal narrowing at L5-S1 below her fusion. I sent her for a discogram, and it shows concordant pain at L5-S1.

DICTATED PLAN:
I think that it is difficult for me to get a handle on a lot of these symptoms. If the L5-S1 disc space is to blame for some of her back pain, then a surgery would be needed that would include a fusion procedure. I think this would be a big undertaking for her because of her chronic pain and how things have gone for her surgically in the past. Furthermore, it is very difficult for me to understand some of the leg symptoms that she is getting and some of the waxing and waning complaints that she has. Therefore, I think the next step for her would be to check an EMG of her lower extremities to see if there is another issue ongoing in terms of her nerve function in the legs since the foramen are not severely narrowed and her leg symptoms do not all relate to L5-S1. I will look to see her back after the EMG has been completed to discuss the next steps in her care .

DICTATED DIAGNOSIS/ES:
Lumbar spondylosis with radiculopathy.
Degenerative disc disease.

CPT CODE: 99213.

**Medications Added to Medication List This Visit:**
1) Oxycontin 40 Mg Oral T12a (Oxycodone hcl) .... Take 1 tablet by mouth every 12 hours. start 11-09-15
2) Movantik 25 Mg Oral Tabs (Naloxegol oxalate) .... Take 1 tab by mouth 1hr prior to 1st meal of the day on empty stomach for opiod induced constipation

# Procedure

## Discogram Lumbar (62290)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Brittany Staires, LVN on 7/28/2015 (Routine)
Performed on 7/30/2015 2:08 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/5/2015

## Discogram/////

Date of Service: 7/30/2015 2:08 PM
**Surgeon**
;: JEFFREY HIGGINBOTHAM, MD

**Procedure Name: DISCOGRAM**
The patient's primary area of pain is : Low back
;: Zinacef 750mg was administered IV prior to beginning the procedure. (Ancef 1 gm was given)
;: Rocephin 5mg/ml was mixed with contrast and injected intradiscally.

Reason for procedure: Degenerative Disc Disease-Lumbar

The risks were discussed with the patient to include but not limited to infection, bleeding, nerve damage, paralysis, worsening of pain, spinal headache and that this is a diagnostic procedure that will not help the pain. The protocol was explained to the patient, including the concepts of concordancy and pain scale (0-10). Informed consent was obtained. All individuals in the operating room wore caps and masks. The operator underwent surgical scrub and wore a surgical gown. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep technique. Oblique fluoroscopy was utilized so the superior articular process was approximately midway between the anterior and posterior aspects of the vertebral body at each level. After skin local infiltration with 1% Xylocaine, a 20/25-gauge coaxial needle was advanced under direct fluoroscopy to the anterior aspect of the superior articular process. The 25-gauge needle with bent tip was advanced into the disc. At L5, a more acute bend was utilized. Nonionic contrast material was then instilled at each level under real time fluoroscopy. The patient's response was recorded. Hard copy PA and lateral images were obtained. The patient had no paresthesias except as noted below and tolerated procedure well.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.
(minimal sedation just to decrease anxiety)
Pain response to 30ga skin wheal: 3 /10
**L2-3 Disc**
Opening Pressure: 10 psi
Maximum Pressure: 90 psi
Contrast: 3 ml
Pain Response: 0 /10
Concordancy: N/A
Appearance: Disc appearance is normal, Disc height is preserved
Impression: L2/3 control disc
**L3-4 Disc**
Opening Pressure: 12 psi
Maximum Pressure: 90 psi
Contrast: 3 ml
Pain Response: 0 /10
Concordancy: N/A
Appearance: Disc height is preserved, Disc appearance is normal
Impression: normal appearing L3/4 disc without pain
**L5-S1 Disc**
Opening Pressure: 20 psi
Maximum Pressure: 60 psi
Contrast: 2 ml
Pain Response: 8 /10
Concordancy: Yes (Pain had pain reproduction at a little higher pressures than I would have liked to see.)
Appearance: Disc height is preserved, Posterior fissures (overall, her disc at L5/S1 didn't look too bad on fluoro. possible posterior fissure but contrast primarily appeared centrally located.)
**Follow up**
Plan:
Refer for CT scan lumbar discs
Schedule a follow up visit in 1 week to discuss final impression.

**Search by LIBERTY LIFE ASSURANCE CO OF BOSTON**

---

**Match #: 1** **Reason for Match: SSN**

**Record Type:** Property/Casualty Claim **ISO File Number:** 6I003111663
**Key Indicators on Claim:** Prior Claims History
**Date of Loss:** 02/02/2012
**Time of Loss:** 15:50
**Type of Policy:** Personal Automobile
**Location of Loss:** IH 35
: AUSTIN TX
**Loss Description:** CLAIMANT REAR ENDED POLICYHOLDER
**ISO Received:** 02/03/2012
**Insurer Received:** 02/02/2012
**Agency Notified:** AUSTIN CITY PD
**Report Case No.:** 12-0331268
**CAT Related?:** N
**Company:** GOVERNMENT EMPLOYEES INSURANCE COMPANY - (800) 841-3000
**Contact:** STARR HAYES - (972) 855-6156
**Address:** DALLAS CLMS/SALVAGE
: 4201 SPRING VALLEY RD
: DALLAS, TX 75244
**Claim Number:** 0141100490101142
**Policy Number:** 0538526203

**Involved Party:** Both Claimant & Insured
**Name:** FABRE,BRENDA
**Address:**
:
**DOB:** 2
**SSN:** 4 (SSN ISSUED LA/1969-1970)
: *** More matches on this SSN outside this report ***
**Business Phone:** (
**Home Phone:**
: *** More matches on this Phone outside this report ***
**Coverage/Loss:** Collision / Other Auto (Vehicle Damage)
: (Closed on 04/19/2012 )
**Contact:** STARR HAYES - (972) 855-6156
**Vehicle Info:** 2002 TOYOTA CAMRY
**VIN:** JTDBE32KX20075091
: *** More matches on this VIN outside this report ***

**License Plate:** LA

**Involved Party:** Claimant Driver
**Name:** FABRE,NITA,M
**Address:**

**DOB:**
**Injury/Damage:** SORE
**Coverage/Loss:** Pip
: (Closed on 04/19/2012 )
**Contact:** STARR HAYES - (972) 855-6156
**SSN:** (SSN ISSUED LA/1980-1980)
: *** More matches on this SSN outside this report ***
**Driver Lic:** TX
**Business Phone:**
**Home Phone:**
: *** More matches on this Phone outside this report ***

**Involved Party:** Claimant Driver
**Name:** ROOSE,HOWARD
**Address:**
:
**DOB:**
**Coverage/Loss:** Collision / Other Auto (Vehicle Damage)
: (Closed on 04/19/2012 )
**Contact:** STARR HAYES - (972) 855-6156
**Driver Lic:** , TX
: *** More matches on this Driver Lic outside this report ***
**Home Phone:** ( 30
: *** More matches on this Phone outside this report ***
**Vehicle Info:** 2011 KIA MOTORS CORPORATION OPTIMA
**License Plate:** TX

* Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

**n0221833**

---

**From:** Charlie Trad
**Sent:** Friday, December 11, 2015 11:26:37 AM
**To:** Fitzgerald, Joel; Sally Mustacchia
**Cc:** Dawn Kurtz
**Subject:** RE: Liberty Mutual LTD Claim 5557206, Nita Fabre, Emp ID 155051
**Attachments:** image002.jpg; image003.png; Nita Fabre - benefits selectoin.pdf

Hi Joel:

See our response below.


**Charlie Trad**

Human Resources Generalist

cid:image003.jpg@01D06303.741E7830

2100 South IH 35, Suite 200

Austin, TX 78704

Direct 512-416-3713

ctrad@centene.com | SuperiorHealthPlan.com


**From:** Fitzgerald, Joel [mailto:Joel.Fitzgerald@LibertyMutual.com]
**Sent:** Friday, December 11, 2015 10:01 AM
**To:** Charlie Trad; Sally Mustacchia
**Cc:** Dawn Kurtz
**Subject:** RE: Liberty Mutual LTD Claim 5557206, Nita Fabre, Emp ID 155051

Hello,

I hope this email finds you well. This is a follow-up email to the request from 12/9/15 (see below).

Sincerely,

Joel F.

**Joel Fitzgerald**

Long Term Disability Case Manager I **/** Group Benefits Claims / Charlotte, NC – SE

Liberty Life Assurance Company of Boston / P.O. Box 7207, London, KY 40742-7207

(P) 800-291-0112 ext. 13988 (F) 603-559-0370 (SDN) 87313988

Joel.Fitzgerald@LibertyMutual.com

cid:image001.png@01CE61F2.3BF86EC0

P please consider the environment before printing this e-mail

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 x 13988 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Fitzgerald, Joel
**Sent:** Wednesday, December 09, 2015 1:18 PM
**To:** 'CTRAD@CENTENE.COM'; 'SMUSTACCHIA@CENTENE.COM'
**Cc:** dkurtz@centene.com
**Subject:** Liberty Mutual LTD Claim 5557206, Nita Fabre, Emp ID 155051

Hello,

Please provide the following information on the above employee at your earliest convenience in order to assist in the processing of the new Long Term Disability (LTD) claim we have set up, pending review at this time.

1. Please confirm the last day she physically worked at least 4 or more hours prior to her current leave of absence:

Friday, June 17th was her last day of work here.

2. Please confirm if the employee is a pre-tax (ER paid) or post-tax (EE paid) benefit class.

She's on the pre-tax (Employer Paid option) and that confirmation is attached.

3. If she is in the EE paid benefit class, please confirm her effective date of coverage.

Thank you for your time and assistance on this claim.

**Joel Fitzgerald**

Long Term Disability Case Manager I *I* Group Benefits Claims / Charlotte, NC – SE

Liberty Life Assurance Company of Boston / P.O. Box 7207, London, KY 40742-7207

(P) 800-291-0112 ext. 13988 (F) 603-559-0370 (SDN) 87313988

Joel.Fitzgerald@LibertyMutual.com

cid:image001.png@01CE61F2.3BF86EC0

P please consider the environment before printing this e-mail

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 x 13988 and permanently delete the original and any copy of any e-mail and any printout thereof.

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

**n0221833**

**From:** Charlie Trad
**Sent:** Friday, December 11, 2015 12:24:52 PM
**To:** Fitzgerald, Joel
**Subject:** RE: Liberty Mutual LTD Claim 5557206, Nita Fabre, Emp ID 155051
**Attachments:** image001.jpg; image002.png

My mistake. Yes, Friday, June 19th was her last day worked.


**Charlie Trad**

Human Resources Generalist

cid:image003.jpg@01D06303.741E7830

2100 South IH 35, Suite 200

Austin, TX 78704

Direct 512-416-3713

ctrad@centene.com | SuperiorHealthPlan.com


**From:** Fitzgerald, Joel [mailto:Joel.Fitzgerald@LibertyMutual.com]
**Sent:** Friday, December 11, 2015 10:38 AM
**To:** Charlie Trad
**Subject:** RE: Liberty Mutual LTD Claim 5557206, Nita Fabre, Emp ID 155051

Hi Charlie,

For her last day worked, did you mean Friday, June 19th, or Wednesday June 17th?

Sincerely,

Joel F.

**From:** Charlie Trad [mailto:CTRAD@CENTENE.COM]
**Sent:** Friday, December 11, 2015 11:27 AM
**To:** Fitzgerald, Joel; Sally Mustacchia
**Cc:** Dawn Kurtz
**Subject:** RE: Liberty Mutual LTD Claim 5557206, Nita Fabre, Emp ID 155051

Hi Joel:

See our response below.


**Charlie Trad**

Human Resources Generalist

cid:image003.jpg@01D06303.741E7830

2100 South IH 35, Suite 200

Austin, TX 78704

Direct 512-416-3713

ctrad@centene.com | SuperiorHealthPlan.com


**From:** Fitzgerald, Joel [mailto:Joel.Fitzgerald@LibertyMutual.com]
**Sent:** Friday, December 11, 2015 10:01 AM
**To:** Charlie Trad; Sally Mustacchia
**Cc:** Dawn Kurtz
**Subject:** RE: Liberty Mutual LTD Claim 5557206, Nita Fabre, Emp ID 155051

Hello,

I hope this email finds you well. This is a follow-up email to the request from 12/9/15 (see below).

Sincerely,

Joel F.

**Joel Fitzgerald**

Long Term Disability Case Manager I **/** Group Benefits Claims / Charlotte, NC – SE

Liberty Life Assurance Company of Boston / P.O. Box 7207, London, KY 40742-7207

(P) 800-291-0112 ext. 13988 (F) 603-559-0370 (SDN) 87313988

Joel.Fitzgerald@LibertyMutual.com

cid:image001.png@01CE61F2.3BF86EC0

P please consider the environment before printing this e-mail

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 x 13988 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Fitzgerald, Joel
**Sent:** Wednesday, December 09, 2015 1:18 PM
**To:** 'CTRAD@CENTENE.COM'; 'SMUSTACCHIA@CENTENE.COM'
**Cc:** dkurtz@centene.com
**Subject:** Liberty Mutual LTD Claim 5557206, Nita Fabre, Emp ID 155051

Hello,

Please provide the following information on the above employee at your earliest convenience in order to assist in the processing of the new Long Term Disability (LTD) claim we have set up, pending review at this time.

1. Please confirm the last day she physically worked at least 4 or more hours prior to her current leave of absence:

Friday, June 17th was her last day of work here.

2. Please confirm if the employee is a pre-tax (ER paid) or post-tax (EE paid) benefit class.

She's on the pre-tax (Employer Paid option) and that confirmation is attached.

3. If she is in the EE paid benefit class, please confirm her effective date of coverage.

Thank you for your time and assistance on this claim.

**Joel Fitzgerald**

Long Term Disability Case Manager **I *I*** Group Benefits Claims / Charlotte, NC – SE

Liberty Life Assurance Company of Boston / P.O. Box 7207, London, KY 40742-7207

(P) 800-291-0112 ext. 13988 (F) 603-559-0370 (SDN) 87313988

Joel.Fitzgerald@LibertyMutual.com

cid:image001.png@01CE61F2.3BF86EC0

P please consider the environment before printing this e-mail

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 x 13988 and permanently delete the original and any copy of any e-mail and any printout thereof.

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
3107 Hwy 71 East, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology. Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/22/2013 01:58 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(Shellie Nichols, MA 08/22/2013 01:58 PM)*

The patient is a 33 year old female who presents with a complaint of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg. The symptoms are aggravated by exertion, walking, rest, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, walking, medication/s, heat, cold and massage. The pain has been associated with numbness (Lateral aspect of RLE ) and weakness (Lateral aspect of RLE ). The pain is rated today as 5 out of 10. At its worst the pain is rated as 9 out of 10. At its best the pain is rated as 4 out of 10.

Additional reasons for visit:

Past Interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included ; X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included ; analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has not been helpful (pads would not adhere properly ). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ).

Past surgical Interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).

Transition into care is described as the following:
The patient most recently received care from another physician (Dr. Debehnke).

**Allergies** *(Shellie Nichols, MA; 08/22/2013 02:17 PM)*
Morphine Sulfate *ANALGESICS - OPIOID*
Methadone HCl *ANALGESICS - OPIOID*
Latex Exam Gloves *MEDICAL DEVICES*

**Social History** *(Shellie Nichols, MA; 08/22/2013 02:17 PM)*
Current work status Full-time Utilization Review Nurse
Tobacco use Smoker 3-5 ciggs a day
Alcohol Use None
Illicit drug use None
Exercise daily
Sleep 4-6 hours of sleep

**Medication History** *(Shellie Nichols, MA; 08/22/2013 02:17 PM)*
Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active - Hx Entry. (START 8/20/13 - END 9/19/13)
OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active - Hx Entry. (start 08/21/13 end 09/20/13 122960120730)
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Baclofen (20MG Tablet, 1 Oral every six hours) Active.
Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active - Hx Entry. (15mg/50mg)
Ambien (5MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.
Ambien CR (6.25MG Tablet ER 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active - Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Other Problems** *(Shellie Nichols, MA; 08/22/201302:17 PM)*
Asthma
Osteoarthritis
Depression

**Physical Exam** *(JEFFREY HIGGINBOTHAM, M.D.; 08/28/2013 06:16 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformities. **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(JEFFREY HIGGINBOTHAM, M.D.; 08/28/201306:16 AM)*
**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** Improving post-op pain from SCS revision. After healing, will start to wean meds. Patient states she is ready to return to work
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
Current Plans:

- Started Ambien CR 6.25MG, 1 (one) Tablet ER at bedtime, as needed, #30, 30 days starting 08/22/2013, No Refill.
- Started Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 08/22/2013, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.

- FOLLOW UP IN 30 DAYS or sooner if needed

KRISTY MARKELL PA-C

JEFFREY HIGGINBOTHAM M.D.

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
3107 Hwy 71 East, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/27/2013 02:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 08/27/2013 03:20 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/12), other (Exacerbation of pain ) and date of onset was 08/2012 and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tingling, heavy and sharp pain. The back pain is described as being located in the upper back, lumbar area and lumbosacral area. The back pain radiates to the right hip and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, bending and other (contact). The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE) and weakness (RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reason for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Burnett and Dr. Waldron), an orthopaedic surgeon (Dr. Josey ), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Richard Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA, River Ranch ) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough
Methadone---crawling skin restless ), muscle relaxants (Flexaril---mental changes
Soma---didn't work
Skelaxin---not strong enough) and neuromodulators (Neurontin---Rxn with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful. The patient has used a TENS unit and it has been helpful. A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 9 out of 10. Updates include: (Patient reports gradual worsening of back, right hip, and right leg pain since yesterday. Attempted to have PT done today but unable to tolerate any physical contact due to level of pain. Had been informed by PT to f/u with PMC today due to inflamation. ).

