**Allergies** *(KRISTY MARKELL, PA-C; 08/27/2013 04:23 PM)*
Latex Exam Gloves *MEDICAL DEVICES*
Morphine Sulfate *ANALGESICS - OPIOID*
Methadone HCl *ANALGESICS - OPIOID*

**Past Medical History** *(KRISTY MARKELL, PA-C; 08/27/2013 04:23 PM)*
Postlaminectomy syndrome, lumbar region
Chronic pain syndrome

**Social History** *(KRISTY MARKELL, PA-C; 08/27/2013 04:23 PM)*
Current work status Full-time Utilization Review Nurse
Tobacco use Smoker 3-5 ciggs a day
Alcohol Use.None
Sleep 4-6 hours of sleep
Illicit drug use None
Exercise daily

**Medication History** *(KRISTY MARKELL, PA-C; 08/27/2013 04:23 PM)*
Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active. (START 8/20/13 - END 9/19/13)
OxyCONTIN (20MG Tablet ER 12HR, 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active. (start 08/21/13 end 09/20/13; 122960120730)
Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed, Taken starting 08/22/2013) Active. (start 08/22/13 end 09/21/13; LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Ambien CR (6.25MG Tablet ER, 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active. (start 08/22/13 end 09/21/13; LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Mirena (20MCG/24HR IUD, Intrauterine) Active.
Effexor (100MG Tablet, 1 Oral at bedtime) Active.
Singulair (10MG Tablet, 1 Oral daily) Active.
Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active. (15mg/50mg compounded by Stonegate pharm)
Ambien (5MG Tablet, 1 Oral at bedtime, Stopped taking 08/27/2013) Discontinued.
Zantac (150MG Tablet, 1 Oral daily) Active.
Medications Reconciled.

**Other Problems** *(KRISTY MARKELL, PA-C; 08/27/201304:23 PM)*
Depression
Asthma
Osteoarthritis

**Diagnostic Studies** *(KRISTY MARKELL, PA-C; 08/27/2013 04:23 PM)*
SOAPP-R Assessment (08/20/2013) 13

## Vitals *(Laura Rodriguez, MA; 08/27/2013 03:02 PM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98 °F (Oral) **Pulse:** 72 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/84

**Physical Exam** *(KRISTY MARKELL, PA-C; 08/27/2013 04:20 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt lying on her side/grimacing in pain **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 08/27/201304:23 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Today's Impression:** pt c/o severe back pain (burning pain) that radiates to RLE; she reports that she has had an increase in back pain since bending over to make her bed yesterday; pt also started work yesterday after being off of work for several weeks; Pt went to physical therapy today and was unable to perform any exercises with physical therapist, Jason; pt states that her pain is severe and that the SCS (St. Jude's) is helping some with RLE pain but not nearly as much as she would like; we will obtain a xray of thoracic spine to r/o lead wire migration
Current Plans:

- X-RAY OF THORACIC SPINE, 3 VIEWS (72072); Routine (pt has spinal cord stimulator-lead wires at T8-T9 r/o lead wire migration)

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that both oxycontin and compounded hydrocodone are not offering much relief since exaccerbation of back pain that occurred yesterday; Unfortunately, we are unable to administer a toradol shot (on back order); we will prescribe pt a medrol dose pack and have her RTC in 1 week for f/u
**pt asks about going back to work and is concerned that she she won't be able to since she her back pain worsens with prolonged sitting--we will allow a work excuse for 1 week but any further work excuses have to be approved by Dr. Higginbotham
Current Plans:

- Started Medrol (Pak) 4MG, 1 (one) Tablet use as directed, 1 QS, 6 days starting 08/27/2013, No Refill.
- Follow up in 1 week

*KRISTY MARKELL PA-C*

*KRISTY MARKELL PA-C*

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
3107 Hwy 71 East, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/04/2013 09:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(Debbie Haro, RN 09/04/2013 04:19 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg and left leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control. The pain is rated today as 5 out of 10. At its worst the pain is rated as 9 out of 10. At its best the pain is rated as 4 out of 10.

Additional reasons for visit:

Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (a little). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 9 out of 10. The patient rates their pain without medications as 7 out of 10. Updates include: (new burning sensation midback ).

Past surgical interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).



**Allergies** *(KRISTY MARKELL, PA-C; 09/04/2013 02:18 PM)*
Methadone HCl *ANALGESICS - OPIOID*
Morphine Sulfate *ANALGESICS - OPIOID*
Latex Exam Gloves *MEDICAL DEVICES*

**Past Medical History** *(KRISTY MARKELL, PA-C; 09/04/2013 02:18 PM)*
Postlaminectomy syndrome, lumbar region - S/P SCS St. Jude Paddle lead placement and subsequent revision
Chronic pain syndrome

**Social History** *(KRISTY MARKELL, PA-C; 09/04/2013 02:18 PM)*
Current work status Full-time Utilization Review Nurse
Tobacco use Smoker 3-5 cigqs a day
Exercise daily
Illicit drug use None
Alcohol Use None
Sleep 4-6 hours of sleep

**Medication History** *(KRISTY MARKELL, PA-C; 09/04/2013 02:18 PM)*
Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed, Taken starting 08/20/2013) Active. (START 8/20/13 - END 9/19/13)
OxyCONTIN (20MG Tablet ER 12HR, 1 (one) Oral every eight hours, Taken starting 08/21/2013) Active. (start 08/21/13 end 09/20/13; 122960120730)
Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed, Taken starting 08/22/2013) Active. (start 08/22/13 end 09/21/13; LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Ambien CR (6.25MG Tablet ER, 1 (one) Oral at bedtime, as needed, Taken starting 08/22/2013) Active. (start 08/22/13 end 09/21/13; LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Baclofen (20MG Tablet, 1 Oral every six hours) Active.
Mirena (20MCG/24HR IUD, Intrauterine) Active.
Effexor (100MG Tablet, 1 Oral at bedtime) Active.
Singulair (10MG Tablet, 1 Oral daily) Active.
Zantac (150MG Tablet, 1 Oral daily) Active.
Hydrocodone-Docusate Sodium SR (2 Oral every six hours) Specific dose unknown - Active. (15mg/50mg compounded by Stonegate pharm)
Medications Reconciled.

**Other Problems** *(KRISTY MARKELL, PA-C; 09/04/201302:18 PM)*
Asthma
Osteoarthritis
Depression

**Diagnostic Studies** *(KRISTY MARKELL, PA-C; 09/04/2013 02:18 PM)*
SOAPP-R Assessment (08/20/2013) 13

## Vitals *(Heather Theurer, MA; 09/04/2013 08:47 AM)*

**Weight:** 208 lb **Height:** 67 in
**Temp.:** 98.6 ºF (Oral) **Pulse:** 103 (Regular) **Resp.:** 12 (Unlabored) **P. OX:** 97% (Room air)
**BP:** 110/88

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/04/2013 08:56 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids -** normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact -** Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal -** Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight -** insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(Debbie Haro, RN; 09/04/201304:35 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** xray of thoracic spine (normal lead wire at T8);pt reports that her back pain has calmed down a little since last visit; she reports that she still has persistent burning pain in mid back and is quite tender along scar line; she reports that she has an increase in pain with bending and sitting longer than 15 minutes at a time; she does not feel that she can go back to work due to back pain; we will obtain a CT of Thoracic spine with and without contrast DX: persistent back pain/hx of recent SCS lead wire revision
**pt reports that she is not receiving as good of stimulation in RLE as she was initially--she is to meet up with St. Jude's rep for reprogramming session soon
Current Plans:

- CT THORACIC SPINE W CONTRAST (72129); Routine (persistent back pain (hx of recent lead wire revision at T8-please rule out lead wire migration))
- Paperwork completed.

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the medrol dose pack seemed to help "a little" with her pain; she reports that the current pain medication is not helping with the burning pain in mid back--we will try pt on lyrica to see if this gives her some pain relief
Current Plans:

- Started Hydrocodone-Docusate Sodium SR 15-50mg, 2 (two) Capsule ER every 6 hrs PRN, max 8/day, #240, 30 days starting 09/06/2013, No Refill.
- Started Lyrica 75MG, 1 (one) Capsule three times daily, #21, 7 days starting 09/04/2013, No Refill.
- Based on SOAPP-R score as noted in history, urine drug testing is ordered today for safety and compliance.
  Low Risk (0-9), it is recommended to test every 6 months
  Low/Moderate Risk (10-15), it is recommended to test every 3 months
  Moderate/High Risk (16-20), it is recommended to test every 2 months
  High Risk (21+), It is recommended to test every visit
- Follow up on 9/18/2013

*spent 25 minutes counseling pt (discussing pain) and medications*

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Deb Haro, RN

***Debbie Haro RN***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
3107 Hwy 71 East, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/18/2013 01:20 PM**

**NITA FABRE (DOB: : ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 09/24/2013 11:52 AM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control. The pain is rated today as 5 out of 10. At its worst the pain is rated as 9 out of 10. At its best the pain is rated as 4 out of 10.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (a little). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as fair. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Pt complains of left side abd muscular pain whend doing PT/stretching. Pt states that she will meet with St Jude again on Friday for a reprogram.).

Recheck of Past surgical Interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).



**Allergies** *(KRISTY MARKELL, PA-C; 09/24/2013 11:53 AM)*
Latex Exam Gloves *MEDICAL DEVICES*
Morphine Sulfate *ANALGESICS - OPIOID*
Methadone HCl *ANALGESICS - OPIOID*

**Past Medical History** *(KRISTY MARKELL, PA-C; 09/24/2013 11:53 AM)*
Postlaminectomy syndrome, lumbar region - S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Chronic pain syndrome

**Social History** *(KRISTY MARKELL, PA-C; 09/24/2013 11:53 AM)*
Tobacco use Smoker 3-5 ciggs a day
Exercise daily
Current work status Full-time Utilization Review Nurse
Sleep 4-6 hours of sleep
Illicit drug use None
Alcohol Use None

**Medication History** *(KRISTY MARKELL, PA-C; 09/24/2013 11:53 AM)*
Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed, Taken starting 09/23/2013) Active - Hx Entry. (START 9/23/13 - END 10/23/13)
OxyCONTIN (20MG Tablet ER 12HR 1 (one) Oral every eight hours, Taken starting 09/20/2013) Active - Hx Entry. (start 9/20/13 end 10/20/13 122960121028 pre-written KM appt 9/18 Supervising physician Jeffrey Higginbotham, MD)
Baclofen (20MG Tablet, Taken 08/22/2013 to 09/24/2013) Discontinued Hx Entry. (start 08/22/13 end 09/21/13 LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Ambien CR (6.25MG Tablet ER, 1 (one) Oral at bedtime, as needed, Taken 08/22/2013 to 09/24/2013) Discontinued. (start 08/22/13 end 09/21/13; LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Lyrica (75MG Capsule 1 (one) Oral three times daily, Taken starting 09/11/2013) Active - Hx Entry. (start 09/11/13 end 10/11/13 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 09/06/2013) Active - Hx Entry. (start 09/06/13, end 10/06/13 LM @ Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)
Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.
Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
Zantac (150MG Tablet 1 Oral daily) Active - Hx Entry.
Hydrocodone-Docusate Sodium SR (2 Oral every six hours, Stopped taking 09/24/2013) Specific dose unknown - Discontinued. (15mg/50mg compounded by Stonegate pharm)
Baclofen (20MG Tablet 1 Oral every six hours) Active - Hx Entry.
Medications Reconciled.

**Other Problems** *(KRISTY MARKELL, PA-C; 09/24/201311:53 AM)*
Osteoarthritis
Depression
Asthma

**Diagnostic Studies** *(KRISTY MARKELL, PA-C; 09/24/2013 11:53 AM)*
SOAPP-R Assessment (08/20/2013) 13

## Vitals *(Monica Sanchez, MA-C; 09/24/2013 11:49 AM)*

**Weight:** 206 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 64 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 122/78

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/23/2013 09:36 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral -** No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal** - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - no pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion -** normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 09/24/201311:53 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** she reports that she has an increase in pain with bending and sitting longer than 15 minutes at a time; she does not feel that she can go back to work due to back pain and has been off from work since 9/4/2013
*Pt reports that she is still not receiving good stimulation of RLE pain with SCS despite having recent reprogramming session with St. Judes--she is to meet up with St. Judes rep next week for further troubleshooting
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the lyrica helps with burning pain in mid back but does make her feel very drowsy; we will lower dosage to 50mg to see if this improves sedation (if not, may consider gralise)
Current Plans:

- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed, #120, 30 days starting 09/21/2013, No Refill.
- Changed Lyrica 50MG, 1 (one) Capsule three times daily, #90, 30 days starting 09/20/2013, No Refill.
- Continued OxyCONTIN 20MG, 1 (one) Tablet ER every eight hours, #90, 30 days starting 09/20/2013, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
3107 Hwy 71 East, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications In Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications In Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/01/2013 03:00 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(KRISTY MARKELL, PA-C 10/01/2013 05:42 PM)*

The patient is a 33 year old female who presents for a recheck of BACK PAIN. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the upper back, lumbar area, lumbosacral area and sacral area. The back pain radiates to the right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and cold. The pain has been associated with numbness (RLE ) and weakness ( RLE ), while there has been no loss of bladder control or loss of bowel control.

Additional reasons for visit:

Recheck of Past interventions-Medical is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough Methadone--restlessness and "crawling" skin), muscle relaxants (Flexaril--did not work and could not tolerate side effects Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (a little). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 4 out of 10. The patient rates their pain without medications as 8 out of 10. Updates include: (Patient here to have paperwork for short-term disability completed. ).

Recheck of Past surgical Interventions are described as the following:
Implanted Device: SCS Implant (02-04-2013).



**Allergies** *(KRISTY MARKELL, PA-C; 10/01/2013 05:48 PM)*
Methadone HCl *ANALGESICS - OPIOID*
Latex Exam Gloves *MEDICAL DEVICES*
Morphine Sulfate *ANALGESICS - OPIOID*

**Past Medical History** *(KRISTY MARKELL, PA-C; 10/01/2013 05:48 PM)*
Postlaminectomy syndrome, lumbar region - S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
Chronic pain syndrome

**Social History** *(KRISTY MARKELL, PA-C; 10/01/2013 05:48 PM)*
Current work status Full-time Utilization Review Nurse
Tobacco use Smoker 3-5 cigqs a day
Exercise daily
Alcohol Use None
Illicit drug use None
Sleep 4-6 hours of sleep

**Medication History** *(KRISTY MARKELL, PA-C; 10/01/2013 05:48 PM)*
Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed, Taken starting 09/23/2013) Active. (START 9/23/13 - END 10/23/13)
OxyCONTIN (20MG Tablet ER 12HR, 1 (one) Oral every eight hours, Taken starting 09/20/2013) Active. (start 9/20/13 end 10/20/13; 122960121028; pre-written KM appt 9/18; Supervising physician Jeffrey Higginbotham, MD)
Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed, Taken starting 09/21/2013) Active. (start 09/21/13 end 10/21/13; LMOM CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Lyrica (50MG Capsule, 1 (one) Oral three times daily, Taken starting 09/20/2013) Active. (start 09/18/2013 end 10/18/13; lmom; CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX (512) 280-8316)
Hydrocodone-Docusate Sodium SR (15-50mg Capsule ER 2 (two) Oral every 6 hrs PRN, max 8/day, Taken starting 09/06/2013) Active - Hx Entry. (start 09/06/13, end 10/06/13 LM @ Stonegate Pharmacy (512) 707-2300 Supervising Physician Jeffrey Higginbotham, MD)
Baclofen (20MG Tablet, 1 Oral every six hours) Active.
Mirena (20MCG/24HR IUD, Intrauterine) Active.
Effexor (100MG Tablet, 1 Oral at bedtime) Active.
Singulair (10MG Tablet, 1 Oral daily) Active.
Zantac (150MG Tablet, 1 Oral daily) Active.

**Other Problems** *(KRISTY MARKELL, PA-C; 10/01/201305:48 PM)*
Asthma
Osteoarthritis
Depression

**Diagnostic Studies** *(KRISTY MARKELL, PA-C; 10/01/2013 05:48 PM)*
SOAPP-R Assessment (08/20/2013) 13

## Vitals *(Laura Rodriguez, MA; 10/01/2013 03:55 PM)*

**Weight:** 206 lb **Height:** 67 in
**Temp.:** 98.2 ºF (Oral) **Pulse:** 68 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 130/74

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/01/2013 05:17 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3. Build & Nutrition - Well nourished and Well developed. patient has no gross deformites. **Posture** - Note: pt sitting upright and appears uncomfortable **Gait** - Normal.

**Integumentary**
**General Characteristics: Color** - no jaundice noted. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face
**Global Assessment** - atraumatic.

**Eye**
**Conjuctivae and lids** - normal to inspection bilaterally.

**ENMT**
**Global Assessment**
Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
**Lower Extremity: Inspection - Bilateral** - No Cyanotic nailbeds. Not Ischemic.

**Neurologic**
**Sensory:**
**Light Touch: Intact** - Light touch is intact throughout the lower extremities.
**Motor:**
**Bulk and Contour:** - Normal.
**Reflexes (Dermatomes): 2/2 Normal -** Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation. The patient's mood and affect are described as - normal. **Judgment and Insight** - insight is appropriate concerning matters relevant to self. **Thought Processes/Cognitive Function** - appropriate fund of knowledge.

**Musculoskeletal**
**Thoracic spine: Inspection/palpation** - there is tenderness in the midline (along scar line) and there is tenderness in the paravertebral muscles.
**Lumbosacral spine: Inspection/palpation** - no scoliosis noted, no spasm is noted in the paravertebral muscles, no trigger points elicited and no tenderness noted over the lumbar facets. tenderness noted in the paravertebral muscles (exquisitely tender to palpation). **SI joint-Right** - pain is elicited. **SI joint-Left** - no pain is elicited.
**Range of motion: forward flexion** - normal (0-60) and no pain produced . **extension** - normal (0-25) and no pain produced. **lateral flexion-Right** - normal (0-40) and no pain produced. **lateral flexion-Left** - no pain produced. **straight leg raise-Right** - no pain produced. **straight leg raise-Left** - no pain produced.
**Right lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Left lower extremity: Inspection/palpation** - no atrophy noted and there is 5 out of 5 strength and tone.
**Lower Extremity**
**Hip:**
**Inspection and Palpation: Tenderness** - 2+ (RIGHT GTB).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/01/201305:48 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
**Today's Impression:** she reports that she has an increase in pain with bending and sitting longer than 15 minutes at a time; she does not feel that she can go back to work due to back pain and has been off from work since 9/4/2013
PT reports that her SCS was reprogrammed just prior to visit today and notices some pain relief in RLE
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Today's Impression:** pt c/o terrible pain and is quite tender along right SIJ; she reports that wearing a SIJ belt helps some with the pain; recommend a right SIJ asap
Current Plans:

- SI joint (27096); Routine (RIGHT)

**Hip bursitis (726.5 | M70.70)**
**Today's Impression:** pt c/o persistent tenderness and pain along right greater trochanter-recommend a right hip bursa inj asap
Current Plans:

- Bursa Trochanteric (20610); Routine (RIGHT)
- Bursa info printed

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** pt reports that the lyrica helps with burning pain and states that she has less sedation with lyrica 50mg compared to lyrica 75mg
Current Plans:

- Follow up by 10/17/2013
- Paperwork completed.

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***Donna Houston***

St David's Medical Center
919 E. 32nd Street * Austin, Texas 78705

| | | | |
|---|---|---|---|
| PATIENT: | FABRE,NITA MARIA | MED REC#: | L001179661 |
| ACCOUNT#: | L00071634392 | ROOM #: | |
| DATE OF BIRTH: | | LOCATION: | L.OR |
| SEX: | F | PT STATUS: | DEP SDC |
| ATTENDING PHYS: | Burnett,Mark Gordon | ADM DATE: | 07/18/13 |
| REPORT TYPE: | OPERATIVE REPORT | DIS DATE: | 07/20/13 |

DATE OF PROCEDURE: 07/18/2013

PREOPERATIVE DIAGNOSIS:
Chronic pain syndrome with sciatica and nonfunctional lumbar spinal stimulator.

POSTOPERATIVE DIAGNOSIS:
Chronic pain syndrome with sciatica and nonfunctional lumbar spinal stimulator.

PROCEDURES:
1. Exploration of lumbar spinal stimulator and pulse generator with removal.
2. T9 laminectomy.
3. Placement of new lumbar spinal stimulator and rechargeable pulse generator system.

SURGEON:
Mark G. Burnett, MD

ANESTHESIA:
General endotracheal.

POSITION:
Prone on a Jackson table.

INDICATIONS:
The patient is a 33-year-old woman with a history of chronic pain syndrome with radiculopathy. She had a lumbar spinal stimulator in place that was placed approximately 6 months ago. She had some initial coverage from the stimulator, but then apparently it began to malfunction in terms of its coverage distribution. She underwent a workup with her pain management physician and initially all was felt to be well. She requested a visit to our office and I saw her in the initial consultation and evaluated her imaging. I felt that her imaging showed that her lead had pulled backwards and was now no longer in the area of the spine that was appropriate for her and in fact, given the height of the coverage that she desired, it needed to be at least one segment above that. Given this, I recommended moving ahead with surgery. In addition to all of these, she was unhappy with her placement of battery and wished it to be higher given the way she wears her clothing. Our plan at that time was to remove her stimulator because of the fact that her battery had potentially not been fully charged and she would not wish to have the new or stronger battery and because her lead was not in the appropriate position and potentially damaged. Prior to this surgery, the patient understood the risks and benefits having been through it before. The risks were explained and she understood them, which include but are not limited to pain, blood loss, infection, spinal fluid leak, injury to the spinal cord or nerves causing weakness, numbness, paralysis or difficulty with

bowel, bladder or sexual function. In addition, failure of the device to give her adequate pain control coverage or migration of the device or malfunction of the device was also explained to the patient as a possibility.

PROCEDURE IN DETAIL:
After informed consent was obtained, the patient was taken to the operating room, placed under general endotracheal anesthesia without complication. Her extremities were carefully padded. The heating blanket was used. Preoperative antibiotics were given and a preoperative timeout was completed in the standard manner. We located her old incisions and marked them. We then opened her thoracic incision carefully and worked our way down to find the lead. We found the lead and followed it into the spine. We need to use a significant amount of dissection with the Bovie cautery given her dense scarring and I was concerned that this might be affecting the outer recovering of the lead. We gradually found where the lead entered into the spine and freed it from the scar and removed it completely. We then opened the battery pocket on her flank and dissected down around the battery and removed it. We then screwed the lead from the battery and then removed the lead in its entirety out of concern that it might be somewhat damaged by our cautery. We then removed the battery completely as well. We then irrigated the battery pocket and then turned and packed it off. We turned our attention back to the thoracic spine. We used the shunt passer to pass a new lead between the 2 incisions. We then tried to replace the lead by sliding it up under the lamina as it was initially placed, but given the dense scar tissue that it developed this was impossible. We then decompressed a bit more and ultimately created a central laminectomy at T9 and used the drill separator to separate above that. We placed the lead up above T8 in the desired position based on the patient's trial and conversations with the device representative. We placed the leads as midline as possible and ultimately when we were satisfied with the position of it as confirmed by x-ray, we connected the lead to the new battery and then began to close. We copiously irrigated both incisions. We stopped all bleeding and then used a vancomycin powder and placed that after our irrigation along the implantable lead and battery. We then closed the battery pocket with 2-0 Vicryl stitches and we had kept the same incision, but created a new pocket superior to her old pocket, so we needed to suture the old pocket closed. We did this with a #2-0 Vicryl stitches. We sutured the superficial tissues together in a similar manner and then closed the skin with a running locking 3-0 nylon stitch. We turned our attention to the thoracic incision, which we closed by closing the fascia with 0 Vicryl stitches. We then sutured a detensioning loop down to the fascia using non-dissolvable 0 Nurolon stitches in multiple places to be sure that the lead would not move. We then used 2-0 Vicryl stitches for the superficial tissues and a 3-0 running locking nylon for the skin. We then used copious amounts of local anesthesia to infiltrate all around our incision sites. We then cleaned them and dressed them. The patient was placed in an abdominal binder at that time and then transferred back to a hospital bed. She was extubated and taken to recovery in stable condition.

When I saw her after surgery, she was moving all of her extremities with good strength and had baseline sensation. At the end of the procedure, all sponge counts and instrument counts were correct.

Mark G Burnett, MD

DDT: 07/22/2013 2150

PATIENT: FABRE,NITA MARIA ACCOUNT #: L00071634392

TDT:07/23/2013 0620
Trans By: SN/NTS
JOB #1215016

Copies To:
Authenticated and Edited by Mark Gordon Burnett MD On 7/23/13 7:33:13 AM

Report #: 0723-0223

Electronically Signed by Mark Gordon Burnett on 07/23/13 at 0733

3G254130005

3G254130005

Physiotherapy Associates
2501 W. WILLIAM CANNON DR., BLDG 1
SUITE 102
AUSTIN, TX USA 78745
Phone (512) 651-0301
Fax: (512) 651-0305

| | | | |
|---|---|---|---|
| **Patient:** | **Nita Fabre** | | |
| Acct #: | 951280 | | |
| DOB: | | Visit Date: | **Aug 07, 2013** |
| Physician: | Avinash Ramchandani MD | Phys Phone: | |
| Phys Fax: | (512) 326-8660 | SSN: | |
| Physician: | Not Specified | Inj. Date: | |
| Clinician: | Jason Rea | Surg. Date: | |
| FSC: | BCBS | Visits: | 1 |
| Case Mgr: | | Cxl/Ns: | 0 |
| Payor: | | Employer: | |
| Pol/Claim#: | TYN829218341 | Insured: | Fabre, Nita |

# Initial Evaluation

## Diagnoses

Right Spine

| | |
|---|---|
| 7248 | OTHER BACK SYMPTOMS |
| 72142 | SPOND COMPR LUMB SP CORD |
| V5878 | AFTRCRE SURG MS SYST NEC |

## General Information

**Currently consulted medical professionals: Avinash Ramchandani, MD; Anand Joshi, MD; Robert Debehnke, MD**

**History of Injury:**

- Hx of HNP in 3/2008. Pt had 3 lumbar sx's (2 laminectomies at L3-4 in Aug 2008, and then L3-4 fusion in Dec 2008). Her symptoms were well managed until she was rear-ended in MVA in Feb 2012, exacerbating her s/s. She has had spinal cord stimulator implanted 2-4-13, and replaced/repositioned in 7-18-13. She has been attending pain management, and has been subsequently referred to PT.

**Reason for Referral:**

- Pt is a 33 yoF referred with a medical dx of lumbar radiculopathy/ Spondylosis s//p stimulator implant.

**Treatment Guidelines:**

- Evaluate and Treat    Additional Detail: Please help with gait and pain

## Subjective Examination

**The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.**

**ADL / Functional Status:**

- Current Status: Pt reports pain with activity. she reports that her s/s awake her 2x/night Occupation: Pt works from home as an insurance reviewer. Premorbid Status: Basic care: Independent With Difficulty.

**Chief Complaint:**

- Pain, muscle spasms, decreased mobility, decreased activity tolerance, poor gait/balance. She rates her LBP 5-10/10 with associated RLE numbness tinging.
- Pain:
  - Relieving Factors: slow stretching, heat/cold application since last treatment. Aggravating Factors: all. Unable to sit c good posture. Has difficulty sitting > 10-15 minutes.

**Mechanism of Injury:**

- Pt reports that she had pre-eclampsia with her son in 2007 and went back to work as a nurse at St. Davids. She states that she went back to work and bent over, she felt a loud pop in her back and had subsequent RLE pain/weakness in her foot. She had MRI showing HNP at L3-4. She had laminectomy at that level. About 3 days post op she had an exacerbation showing pedicle fx at L4, and re-herniation. She eventually had L3-4 fusion, and had PT afterwards with good outcome. She was managing her symptomms well but then got rear-ended in Feb 2012, significantly increasing her pain. She states that by Sept her symtoms were very severe. She was sent to pain management. Has had 3 ESI's. Had spinal stimulator placed in Feb 4th 2013. In march/april she had increased pain levels. On the 18th of July she had to have re-placement. She has now been referred to PT and presents for initial evaluation.

**Medical History:**

- Surgeries: L mensical sx in 2004, C section in 2007, laminectomy at L3-4 in 2008 (aug x 2), fusion at L3-4 in 2008, spinal cord stimulator x2 in 2013
- Past/Present Conditions:
  - OA since 1990; asthma since childhood; dizziness/light headedness & anemia - 1997; N/V 2-3x week currently; weight gain since surgery 2* decreased mobility/activitiy; RLE numbness/tingling; HA/ migraines since 2007; kidney stones x 3 in 2002; L4 fx in 2008; SCS x 2 this year; depression/anxiety c increased pain Allergies: Morphine, MEthadone, Latex, Steri-strips

**Medical Management:**
- Medications: Hydrocodone, Baclofen, Oxycontin, Xanaflex, Cymbalta, Singulair Diagnostic Studies: Pt has had lumbar and thoracic MRI's; multiple x-rays, all at ARA & River Ranch Radiology (1st set).

**Questionnaires: Disability Index:**

| | |
|---|---|
| • Test Name | Oswestry Disability Index |
| • Date | 08/07/2013 |
| • Assessment | Initial |
| • Total | 39 |

**Rehabilitation Expectations/Goals: Minimize:**
- Pain. Loss of Function.

# Objective Examination

| | Left | Right |
|---|---|---|
| **Flexibility:** | | |
| • Hamstrings | Moderate Restriction | Moderate Restriction |

**Functional Tests:**
- Pain/difficulty c transfers supine <-> sit

**Gait/Locomotion:**
- Abnormal Gait Pattern: Antalgic: Moderate.

**Observations:**
- 10cm incision at thoracic region; 8cm incision at L posterior iliac crest

| | Left | Right |
|---|---|---|
| **Palpation: Thoracic Region: Musculature, Posterior:** | **Left** | |
| **Tenderness:** | | |
| • Erector Spinae | 2=Pain with wincing | |
| **Palpation: Lumbosacral Region: Musculature, Posterior:** | | **Right** |
| **Tenderness:** | | |
| • Gluteus Maximus | | 2=Pain with wincing |
| • Piriformis | | 2=Pain with wincing |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension(pain c pressure in thoracic region) | 20% |
| • Flexion(increased LBP) | 20% |
| • Rotation Left(pain c spasm) | 30% |
| • Rotation Right | 50% |

**Reflex/Sensory Integrity:**
- Dermatomal Sensation: Diminished sensation throughout RLE

| **Reflex/Sensory Integrity: Myotomes:** | **Left** | **Right** |
|---|---|---|
| • L4 Ankle Dorsiflexion | 5/5 | 5/5 |
| • L4 Inversion | 5/5 | 5/5 |
| • L5 Great Toe Extension | 5/5 | 5/5 |
| • S1 Eversion | 5/5 | 5/5 |
| • S1-2 Ankle Plantarflexion | -5/5 | -4/5 |
| **Reflex/Sensory Integrity: Deep Tendon Reflexes:** | **Left** | **Right** |
| • L3 Patellar Tendon | 3+ - Brisk | 3+ - Brisk |
| • S1 Achilles Tendon | 3+ - Brisk | 3+ - Brisk |
| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
| • Straight Leg Raise | Hamstring Tightness | 35-70 deg: Ipsilateral Pain |

**Special Tests:**
- Spine: RLE longer in supine, and palpation of bony landmarks reveals slight R anterior inomminate rotation

# Treatments

**Pt./Family Education:**

- Written Home Exercise Program — Time Elapsed: 15 Minutes, Activity: Provided & Reviewed, Additional Detail: TrA, sciatic n glide, piriformis stretch, clamshells, TrA c marching, Description: Diagnosis Specific, Charge As: Therapeutic Exercise

**Therapy Session Time**
- Total Therapy Session Time 60 Minutes

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve goals outlined below. Overall rehabilitation potential is fair. The expected length of this episode of skilled therapy services required to address the patient's condition is estimated to be 2-3 months. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session.**

**Impairments Identified:**
- Pain. Range of Motion. Weakness. Gait/Locomotion. ADL's.

**Presentation:**
- Symptoms consistent with referring diagnosis.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

*Problem #1* **Chief Complaint: Pain, muscle spasms, decreased mobility, decreased activity tolerance, poor gait/balance. She rates her LBP 5-10/10 with associated RLE numbness tinging.**

*LTG Achieve by Nov 05, 2013.*

**Symptomatic Improvements:**
- Decreasing Pain: to 2/10.

*Problem #2* **Gait/Locomotion: Abnormal Gait Pattern: Antalgic: Moderate.**

*LTG Achieve by Sep 04, 2013.*

**Improve Gait/Weight Bearing:**
- Pattern Abnormality to: Slight Levels.

*Problem #3* **Special Tests: Spine: Lumbar.**

*LTG Achieve by Sep 04, 2013.*

**Decrease Positive Special Test Findings to:**
- Minimal.

*Problem #4* **Questionnaires: Disability Index.**

*LTG Achieve by Oct 06, 2013.*

**Questionnaire Improvements: Disability Index:**

| | |
|---|---|
| • Test Name | Oswestry Disability Index |
| • Assessment | Discharge |
| • Total | 15 |

## Plan

**Amount, Frequency and Duration:**
- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**
- Modalities:
  - As Needed. Moist Hot Pack. Cryotherapy.
- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Neural Mobilization Techniques. Postural Stabilization Training: Neutral Principle Training. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Electronically authenticated.

---

Jason Rea, PT(TX Lic: 7)
Signed on Aug 14, 2013 02:00:26

3G254130005

3G254130005

Physiotherapy Associates
2501 W. WILLIAM CANNON DR., BLDG 1
SUITE 102
AUSTIN, TX USA 78745
Phone: (512) 651-0301
Fax: (512) 651-0305

**Patient:** Nita Fabre
Acct #: 951280
DOB:
Physician: Avinash Ramchandani MD
Phys Fax: (512) 326-8660
Physician: Not Specified
Clinician: Jason Rea
FSC: BCBS
Case Mgr:
Payor:
Pol/Claim#: TYN829218341

Visit Date: **Aug 13, 2013**
Phys Phone:
SSN:
Inj. Date:
Surg. Date:
Visits: 2
Cxl/Ns: 0
Employer:
Insured: Fabre, Nita

# Daily Note

## Diagnoses

Right Spine

| | | |
|---|---|---|
| | 7248 | OTHER BACK SYMPTOMS |
| | 72142 | SPOND COMPR LUMB SP CORD |
| | V5878 | AFTRCRE SURG MS SYST NEC |

## General Information

**Currently consulted medical professionals: Avinash Ramchandani, MD; Anand Joshi, MD; Robert Debehnke, MD**

**History of Injury:**

- Hx of HNP in 3/2008. Pt had 3 lumbar sx's (2 laminectomies at L3-4 in Aug 2008, and then L3-4 fusion in Dec 2008). Her symptoms were well managed until she was rear-ended in MVA in Feb 2012, exacerbating her s/s. She has had spinal cord stimulator implanted 2-4-13, and replaced/repositioned in 7-18-13. She has been attending pain management, and has been subsequently referred to PT.

**Reason for Referral:**

- Pt is a 33 yoF referred with a medical dx of lumbar radiculopathy/ Spondylosis s//p stimulator implant.

**Treatment Guidelines:**

- Evaluate and Treat — Additional Detail: Please help with gait and pain

## Subjective Examination

**Chief Complaint:**

- Pain, muscle spasms, decreased mobility, decreased activity tolerance, poor gait/balance. She rates her LBP 5-10/10 with associated RLE numbness tinging. Pain: Aggravating Factors: all. Unable to sit c good posture. Has difficulty sitting > 10-15 minutes.

**Daily Comments:**

- Pt reports current pain at 6/10. She states that it has been ~7-8/10 lately. She reports that she has stopped taking prescribed pain medication secondary to decreased functional ability while under effects of medication. She reports that she has MD f/u tomorrow c Dr. Thai.

**Questionnaires: Disability Index:**

| | |
|---|---|
| • Test Name | Oswestry Disability Index |
| • Date | 08/07/2013 |
| • Assessment | Initial |
| • Total | 39 |

## Objective Examination

| | Left | Right |
|---|---|---|
| **Flexibility:** | | |
| • Hamstrings | Moderate Restriction | Moderate Restriction |
| **Gait/Locomotion:** | | |
| • Abnormal Gait Pattern: Antalgic: Moderate. | | |
| **Palpation: Thoracic Region: Musculature, Posterior: Tenderness:** | Left | |
| • Erector Spinae | 2=Pain with wincing | |
| **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness:** | | Right |
| • Gluteus Maximus | | 2=Pain with wincing |
| • Piriformis | | 2=Pain with wincing |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension(pain c pressure in thoracic region) | 20% | |

| | | |
|---|---|---|
| • Flexion(increased LBP) | 20% | |
| • Rotation Left(pain c spasm) | 30% | |
| • Rotation Right | 50% | |
| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
| • Straight Leg Raise | Hamstring Tightness | 35-70 deg: Ipsilateral Pain |

# Treatments

**Exercise Activities: Stabilization Training: Supine Position:**

- Abdominal Brace(Home Program Component) — Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Body Position: supine, Hold.: 10 Seconds, Additional Detail: TrA, Charge As: Neuromuscular Reeducation

**Exercise Activities: Isotonics(L. Quarter):**

- Hip External Rotation(Home Program Component) — Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Additional Detail: clamshells, Charge As: Therapeutic Exercise
- Straight Leg Raises-Extension — Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Position: Plantigrade, FES/Biofeedback Assisted: over the edge of plinth, Charge As: Neuromuscular Reeducation

**Exercise Activities: Flexibility(L. Quarter):**

- Piriformis Muscle(pt c/o pressure on e-stim generator) — Time Elapsed: 3 Minutes, Sets: 3, Technique: Active Assistive, Body Position: Supine, Hold.: 15 Seconds, Charge As: Therapeutic Exercise

**Exercise Activities: Nerve Glides:**

- Sciatic Nerve.(Home Program Component) — Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Technique: Mobilize, Charge As: Therapeutic Exercise

**Exercise Activities: Range of Motion:**

- Rotation — Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Side: Bilateral, Technique: Active, Body Position: Supine, Spine Segment: Lumbar, ROM Performed: Pain Free, Charge As: Therapeutic Exercise

**Manual Interventions: Lower Quarter Soft Tissue:**

- Erector Spinae — Time Elapsed: 15 Minutes, Side: Bilateral, Technique: Strumming, Additional Detail: and PVM, Charge As: Manual Therapy Techniques

**Modalities:**

- Cryotherapy — Time Elapsed: 10 Minutes, Location: LB, Additional Detail: prone, Clinical Use: Post Activity, Charge As: Hot or Cold Packs
- Moist Hot Pack — Time Elapsed: 10 Minutes, Location: LB, Clinical Use: Pre Activity, Charge As: Hot or Cold Packs

**Therapy Session Time**

- Total Therapy Session Time 60 Minutes

# Assessment

**The client tolerated today's treatment/therapeutic activity with marked complaints of pain and difficulty. The client required modification of activities to tolerate a full treatment session during today's visit.**

**Initiated:**

- Exercise: With modification to patient tolerance.

**Recommendations:**

- Continue with current rehabilitation program.

**Treatment Emphasis to focus on:**

- Pain relief.

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Jason Rea, PT(TX Lic: )
Signed on Aug 14, 2013 02:13:41

3G254130005

Physiotherapy Associates
2501 W. WILLIAM CANNON DR., BLDG 1
SUITE 102
AUSTIN, TX USA 78745
Phone (512) 651-0301
Fax: (512) 651-0305

**Patient:** Nita Fabre
Acct #: 951280
DOB:
Physician: Avinash Ramchandani MD
Phys Fax: (512) 326-8660
Physician: Not Specified
Clinician: Jason Rea
FSC: BCBS
Case Mgr:
Payor:
Pol/Claim#: TYN829218341

Visit Date: **Aug 15, 2013**
Phys Phone:
SSN:
Inj. Date:
Surg. Date:
Visits: 3
Cxl/Ns: 0
Employer:
Insured: Fabre, Nita

# Daily Note

## Diagnoses

Right Spine

| | | |
|---|---|---|
| | 7248 | OTHER BACK SYMPTOMS |
| | 72142 | SPOND COMPR LUMB SP CORD |
| | V5878 | AFTRCRE SURG MS SYST NEC |

## General Information

**Currently consulted medical professionals: Avinash Ramchandani, MD; Anand Joshi, MD; Robert Debehnke, MD**

**History of Injury:**

- Hx of HNP in 3/2008. Pt had 3 lumbar sx's (2 laminectomies at L3-4 in Aug 2008, and then L3-4 fusion in Dec 2008). Her symptoms were well managed until she was rear-ended in MVA in Feb 2012, exacerbating her s/s. She has had spinal cord stimulator implanted 2-4-13, and replaced/repositioned in 7-18-13. She has been attending pain management, and has been subsequently referred to PT.

**Reason for Referral:**

- Pt is a 33 yoF referred with a medical dx of lumbar radiculopathy/ Spondylosis s//p stimulator implant.

**Treatment Guidelines:**

- Evaluate and Treat — Additional Detail: Please help with gait and pain

## Subjective Examination

**Chief Complaint:**

- Pain, muscle spasms, decreased mobility, decreased activity tolerance, poor gait/balance. She rates her LBP 5-10/10 with associated RLE numbness tinging. Pain: Aggravating Factors: all. Unable to sit c good posture. Has difficulty sitting > 10-15 minutes.

**Daily Comments:**

- Pt reports that she is doing ok currently. She states that she got into her tub, with hot water and jets turned on, which helped decrease her pain levels. She states that

**Questionnaires: Disability Index:**

| | |
|---|---|
| • Test Name | Oswestry Disability Index |
| • Date | 08/07/2013 |
| • Assessment | Initial |
| • Total | 39 |

## Objective Examination

| | Left | Right |
|---|---|---|
| **Flexibility:** | | |
| • Hamstrings | Moderate Restriction | Moderate Restriction |

**Gait/Locomotion:**

- Abnormal Gait Pattern: Antalgic: Moderate.

| | Left | Right |
|---|---|---|
| **Palpation: Thoracic Region: Musculature, Posterior:** | **Left** | |
| **Tenderness:** | | |
| • Erector Spinae | 2=Pain with wincing | |
| **Palpation: Lumbosacral Region: Musculature, Posterior:** | | **Right** |
| **Tenderness:** | | |
| • Gluteus Maximus | | 2=Pain with wincing |
| • Piriformis | | 2=Pain with wincing |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension(pain c pressure in thoracic region) | 20% |
| • Flexion(increased LBP) | 20% |

| | | |
|---|---|---|
| • Rotation Left(pain c spasm) | 30% | |
| • Rotation Right | 50% | |
| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
| • Straight Leg Raise | Hamstring Tightness | 35-70 deg: Ipsilateral Pain |

# Treatments

**Exercise Activities: Stabilization Training: Supine Position:**
• Abdominal Brace(Home Program Component) — Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Body Position: supine, Hold.: 10 Seconds, Additional Detail: TrA, Charge As: Neuromuscular Reeducation

**Exercise Activities: Isotonics(L. Quarter):**
• Hip External Rotation(Home Program Component) — Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Additional Detail: clamshells, Charge As: Therapeutic Exercise
• Straight Leg Raises-Extension(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(L. Quarter):**
• Piriformis Muscle(pt c/o pressure on e-stim generator) — Time Elapsed: 3 Minutes, Sets: 3, Technique: Active Assistive, Body Position: Supine, Hold.: 15 Seconds, Charge As: Therapeutic Exercise
• Quadriceps Musculature(pt reports good response) — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Nerve Glides:**
• Sciatic Nerve.(Home Program Component.) — Did Not Perform: Home Program Component.

**Exercise Activities: Range of Motion:**
• Rotation(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Total Gym: Lower Quarter:**
• Squat — Time Elapsed: 5 Minutes, Repetitions: 10, Sets: 3, Level: 6, Additional Detail: c TrA, Exercise Movement: Bilateral, Charge As: Neuromuscular Reeducation

**Manual Interventions: Lower Quarter Soft Tissue:**
• Erector Spinae — Time Elapsed: 10 Minutes, Side: Bilateral, Technique: Strumming, Additional Detail: and PVM, Charge As: Manual Therapy Techniques
• Psoas(L is TTP) — Time Elapsed: 5 Minutes, Tx Depth: Moderate, Side: Left, Technique: Strumming, Direction: Perpendicular, Charge As: Manual Therapy Techniques
• Scar Tissue — Time Elapsed: 3 Minutes, Tx Depth: Moderate, Location: incision sites on T spine and L iliac crest, Direction: Multidirectional, Charge As: Manual Therapy Techniques

**Manual Interventions: Muscle Energy Technique (MET):**
• MET Activity 1 — Time Elapsed: 5 Minutes, Description: to correct R posterior inomminate rotation, Charge As: Manual Therapy Techniques

**Manual Interventions: Manual Traction:**
• Lower Extremity(good response) — Time Elapsed: 5 Minutes, Side: Right, Technique: Long Axis, Charge As: Manual Therapy Techniques

**Modalities:**
• Cryotherapy — Time Elapsed: 10 Minutes, Location: LB, Additional Detail: prone, Clinical Use: Post Activity, Charge As: Hot or Cold Packs
• Moist Hot Pack — Time Elapsed: 10 Minutes, Location: LB, Clinical Use: Pre Activity, Charge As: Hot or Cold Packs

**Therapy Session Time**
• Total Therapy Session Time 67 Minutes

# Assessment

Patient: Nita Fabre
Acct #: 951280

Visit Date: Aug 15, 2013

**The client tolerated today's treatment/therapeutic activity with mild complaints of pain and difficulty.**

**Initiated:**
- Exercise: With modification to patient tolerance.

**Presentation:**
- Pt presents with mild R posterior inomminate rotation, corrected today with MET.

**Recommendations:**
- Continue with current rehabilitation program.

**Treatment Emphasis to focus on:**
- Pain relief. core stabilization as tol

# Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Jason Rea, PT(TX Lic:
Signed on Aug 19, 2013 06:39:21

3G254130005

3G254130005

Physiotherapy Associates
2501 W. WILLIAM CANNON
DR., BLDG 1
SUITE 102
AUSTIN, TX USA 78745
Phone (512) 651-0301
Fax: (512) 651-0305

**Patient:** Nita Fabre
Acct #: 951280
DOB:
Physician: Avinash Ramchandani MD
Phys Fax: (512) 326-8660
Physician: Not Specified
Clinician: Jason Rea
FSC: BCBS
Case Mgr:
Payor:
Pol/Claim#: TYN829218341

Visit Date: **Aug 19, 2013**
Phys Phone:
SSN:
Inj. Date:
Surg. Date:
Visits: 4
Cxl/Ns: 0
Employer:
Insured: Fabre, Nita

# Daily Note

## Diagnoses

Right Spine

| | |
|---|---|
| 7248 | OTHER BACK SYMPTOMS |
| 72142 | SPOND COMPR LUMB SP CORD |
| V5878 | AFTRCRE SURG MS SYST NEC |

## General Information

**Currently consulted medical professionals: Avinash Ramchandani, MD; Anand Joshi, MD; Robert Debehnke, MD**

**History of Injury:**

- Hx of HNP in 3/2008. Pt had 3 lumbar sx's (2 laminectomies at L3-4 in Aug 2008, and then L3-4 fusion in Dec 2008). Her symptoms were well managed until she was rear-ended in MVA in Feb 2012, exacerbating her s/s. She has had spinal cord stimulator implanted 2-4-13, and replaced/repositioned in 7-18-13. She has been attending pain management, and has been subsequently referred to PT.

**Reason for Referral:**

- Pt is a 33 yoF referred with a medical dx of lumbar radiculopathy/ Spondylosis s//p stimulator implant.

**Treatment Guidelines:**

- Evaluate and Treat — Additional Detail: Please help with gait and pain

## Subjective Examination

**Chief Complaint:**

- Pain, muscle spasms, decreased mobility, decreased activity tolerance, poor gait/balance. She rates her LBP 5-10/10 with associated RLE numbness tinging. Pain: Aggravating Factors: all. Unable to sit c good posture. Has difficulty sitting > 10-15 minutes.

**Daily Comments:**

- Pt reports that she has had increased pain, with difficulty moving on days following PT and desires to decrease intensity of ther-ex/activities.

**Questionnaires: Disability Index:**

| | |
|---|---|
| • Test Name | Oswestry Disability Index |
| • Date | 08/07/2013 |
| • Assessment | Initial |
| • Total | 39 |

## Objective Examination

| | Left | Right |
|---|---|---|
| **Flexibility:** | | |
| • Hamstrings | Moderate Restriction | Moderate Restriction |
| **Gait/Locomotion:** | | |
| • Abnormal Gait Pattern: Antalgic: Moderate. | | |
| **Palpation: Thoracic Region: Musculature, Posterior:** | Left | |
| **Tenderness:** | | |
| • Erector Spinae | 2=Pain with wincing | |
| **Palpation: Lumbosacral Region: Musculature, Posterior:** | | Right |
| **Tenderness:** | | |
| • Gluteus Maximus | | 2=Pain with wincing |
| • Piriformis | | 2=Pain with wincing |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension(pain c pressure in thoracic region) | 20% | |
| • Flexion(increased LBP) | 20% | |

| | | |
|---|---|---|
| • Rotation Left(pain c spasm) | 30% | |
| • Rotation Right | 50% | |
| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
| • Straight Leg Raise | Hamstring Tightness | 35-70 deg: Ipsilateral Pain |

# Treatments

**Exercise Activities: Stabilization Training: Supine Position:**
- Abdominal Brace(Home Program Component) — Did Not Perform: Home Program Component

**Exercise Activities: Isotonics(L. Quarter):**
- Hip External Rotation(Home Program Component) — Did Not Perform: Home Program Component
- Straight Leg Raises-Extension(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(L. Quarter):**
- Piriformis Muscle(pt c/o pressure on generator) — Did Not Perform: pt c/o pressure on generator
- Quadriceps Musculature(good response) — Did Not Perform: good response

**Exercise Activities: Nerve Glides:**
- Sciatic Nerve.(Home Program Component.) — Did Not Perform: Home Program Component.

**Exercise Activities: Range of Motion:**
- Rotation(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: Total Gym: Lower Quarter:**
- Squat(This visit) — Did Not Perform: This visit

**Manual Interventions: Lower Quarter Soft Tissue:**
- Erector Spinae — Time Elapsed: 15 Minutes, Side: Bilateral, Technique: Strumming, Additional Detail: and PVM, Charge As: Manual Therapy Techniques
- Psoas(L is TTP) — Time Elapsed: 5 Minutes, Tx Depth: Moderate, Side: Left, Technique: Strumming, Direction: Perpendicular, Charge As: Manual Therapy Techniques
- Scar Tissue — Time Elapsed: 5 Minutes, Tx Depth: Moderate, Location: incision sites on T spine and L iliac crest, Direction: Multidirectional, Charge As: Manual Therapy Techniques

**Manual Interventions: Muscle Energy Technique (MET):**
- MET Activity 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Manual Traction:**
- Lower Extremity(good response) — Time Elapsed: 8 Minutes, Side: Right, Technique: Long Axis, Charge As: Manual Therapy Techniques

**Manual Interventions: Vertebral Joint Segments:**
- Sacroiliac — Time Elapsed: 7 Minutes, Body Position: L SL, Additional Detail: to correct R ant inomminate rotation, Pressure: Oscillatory, Technique 1: R ilieum posterior rot m obs, Charge As: Manual Therapy Techniques

**Modalities:**
- Cryotherapy — Time Elapsed: 10 Minutes, Location: LB, Additional Detail: prone, Clinical Use: Post Activity, Charge As: Hot or Cold Packs
- Moist Hot Pack — Time Elapsed: 10 Minutes, Location: LB, Clinical Use: Pre Activity, Charge As: Hot or Cold Packs

**Therapy Session Time**
- Total Therapy Session Time 60 Minutes

# Assessment

**Tolerance:**
- Pt tolerance to ther-ex and manual therapy techniques has been poor. She has c/o pain with maintaining any static positions, transitional movements, and prolonged positions. Pt is self limiting with pain.

**Treatment Emphasis to focus on:**

• Pain relief. Mobility: Gait Training.

# Plan

**Daily Plan:**

• Cont c POC and educate pt on potential benefit of aquatic exercises.

Electronically authenticated.

Jason Rea, PT(TX Lic:
Signed on Aug 19, 2013 21:25:19

3G254130005

3G254130005

Physiotherapy Associates
2501 W. WILLIAM CANNON DR., BLDG 1
SUITE 102
AUSTIN, TX USA 78745
Phone (512) 651-0301
Fax (512) 651-0305

| | | | |
|---|---|---|---|
| **Patient:** | **Nita Fabre** | | |
| Acct #: | 951280 | | |
| DOB: | | Visit Date: | **Aug 22, 2013** |
| Physician: | Avinash Ramchandani MD | Phys Phone | |
| Phys Fax: | (512) 326-8660 | SSN: | |
| Physician: | Not Specified | Inj. Date: | |
| Clinician: | Jason Rea | Surg. Date: | |
| FSC: | BCBS | Visits: | 5 |
| Case Mgr: | | Cxl/Ns: | 0 |
| Payor: | | Employer: | |
| Pol/Claim#: | TYN829218341 | Insured: | Fabre, Nita |

# Daily Note

## Diagnoses

Right Spine

| | |
|---|---|
| 7248 | OTHER BACK SYMPTOMS |
| 72142 | SPOND COMPR LUMB SP CORD |
| V5878 | AFTRCRE SURG MS SYST NEC |

## General Information

**Currently consulted medical professionals: Avinash Ramchandani, MD; Anand Joshi, MD; Robert Debehnke, MD**

**History of Injury:**
- Hx of HNP in 3/2008. Pt had 3 lumbar sx's (2 laminectomies at L3-4 in Aug 2008, and then L3-4 fusion in Dec 2008). Her symptoms were well managed until she was rear-ended in MVA in Feb 2012, exacerbating her s/s. She has had spinal cord stimulator implanted 2-4-13, and replaced/repositioned in 7-18-13. She has been attending pain management, and has been subsequently referred to PT.

**Reason for Referral:**
- Pt is a 33 yoF referred with a medical dx of lumbar radiculopathy/ Spondylosis s//p stimulator implant.

**Treatment Guidelines:**
- Evaluate and Treat — Additional Detail: Please help with gait and pain

## Subjective Examination

**Chief Complaint:**
- Pain, muscle spasms, decreased mobility, decreased activity tolerance, poor gait/balance. She rates her LBP 5-10/10 with associated RLE numbness tinging. Pain: Aggravating Factors: all. Unable to sit c good posture. Has difficulty sitting > 10-15 minutes.

**Daily Comments:**
- Pt reports that she went to see Dr. Higginbotham on Tuesday. She was instructed to cont with PT with reduced intensity to avoid exacerbation of pain, and to minimize bending/ twisting & rotating currently.

**Questionnaires: Disability Index:**

| | |
|---|---|
| • Test Name | Oswestry Disability Index |
| • Date | 08/07/2013 |
| • Assessment | Initial |
| • Total | 39 |

## Objective Examination

| | Left | Right |
|---|---|---|
| **Flexibility:** | | |
| • Hamstrings | Moderate Restriction | Moderate Restriction |

**Gait/Locomotion:**
- Abnormal Gait Pattern: Antalgic: Moderate.

| **Palpation: Thoracic Region: Musculature, Posterior:** | **Left** | |
|---|---|---|
| **Tenderness:** | | |
| • Erector Spinae | 2=Pain with wincing | |
| **Palpation: Lumbosacral Region: Musculature, Posterior:** | | **Right** |
| **Tenderness:** | | |
| • Gluteus Maximus | | 2=Pain with wincing |
| • Piriformis | | 2=Pain with wincing |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension(pain c pressure in thoracic region) | 20% |
| • Flexion(increased LBP) | 20% |

- Rotation Left(pain c spasm) 30%
- Rotation Right 50%

**Special Tests: Spine: Lumbar:**

| | Left | Right |
|---|---|---|
| • Straight Leg Raise | Hamstring Tightness | 35-70 deg: Ipsilateral Pain |

# Treatments

**Exercise Activities: Stabilization Training: Supine Position:**
- Abdominal Brace(Home Program Component) — Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Body Position: supine, Hold.: 10 Seconds, Additional Detail: TrA, Charge As: Therapeutic Exercise

**Exercise Activities: Isotonics(L. Quarter):**
- Hip External Rotation(Home Program Component) — Did Not Perform: Home Program Component
- Straight Leg Raises-Extension(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(L. Quarter):**
- Piriformis Muscle(pt c/o pressure on generator) — Did Not Perform: pt c/o pressure on generator
- Quadriceps Musculature(good response) — Did Not Perform: good response

**Exercise Activities: Nerve Glides:**
- Sciatic Nerve.(Home Program Component.) — Did Not Perform: Home Program Component.

**Exercise Activities: Range of Motion:**
- Knee to Chest-Single — Time Elapsed: 3 Minutes, Repetitions: 10, Hold.: 1-2 Seconds, Additional Detail: to correct R ant inomm rotation, Charge As: Therapeutic Exercise
- Rotation — Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Side: Bilateral, Technique: Active, Body Position: Supine, Spine Segment: Lumbar, ROM Performed: Pain Free, Charge As: Therapeutic Exercise

**Exercise Activities: Dynamic Training: Total Gym: Lower Quarter:**
- Squat(pt c/o increased pain/diffiuclty moving afterward) — Did Not Perform: pt c/o increased pain/diffiuclty moving afterward

**Manual Interventions: Lower Quarter Soft Tissue:**
- Erector Spinae — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Strumming, Additional Detail: and PVM, Charge As: Manual Therapy Techniques
- Psoas(L is TTP) — Time Elapsed: 5 Minutes, Tx Depth: Moderate, Side: Left, Technique: Strumming, Direction: Perpendicular, Charge As: Manual Therapy Techniques
- Scar Tissue — Time Elapsed: 5 Minutes, Tx Depth: Moderate, Location: incision sites on T spine and L iliac crest, Direction: Multidirectional, Charge As: Manual Therapy Techniques

**Manual Interventions: Muscle Energy Technique (MET):**
- MET Activity 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Manual Traction:**
- Lower Extremity(good response) — Time Elapsed: 8 Minutes, Side: Right, Technique: Long Axis, Charge As: Manual Therapy Techniques

**Manual Interventions: Vertebral Joint Segments:**
- Sacroiliac(This visit) — Did Not Perform: This visit

**Modalities:**
- Cryotherapy — Time Elapsed: 10 Minutes, Location: LB, Additional Detail: prone, Clinical Use: Post Activity, Charge As: Hot or Cold Packs
- Moist Hot Pack — Time Elapsed: 10 Minutes, Location: LB, Clinical Use: Pre Activity, Charge As: Hot or Cold Packs

**Therapy Session Time**
- Total Therapy Session Time 54 Minutes

# Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**

**Recommendations:**
- Continue with current rehabilitation program.

**Tolerance:**
- Pt tolerance to therapeutic exercises/activities is improving.

**Treatment Emphasis to focus on:**
- Pain relief. Postural Improvements. light core stab ex's as tol

# Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Jason Rea, PT(TX Lic:
Signed on Aug 22, 2013 13:02:22

3G254130005

3G254130005

| | | | |
|---|---|---|---|
| Physiotherapy Associates<br>2501 W. WILLIAM CANNON DR., BLDG 1<br>SUITE 102<br>AUSTIN, TX USA 78745<br>Phone (512) 651-0301<br>Fax: (512) 651-0305 | **Patient:** **Nita Fabre**<br>Acct #: 951280<br>DOB:<br>Physician: Avinash Ramchandani MD<br>Phys Fax: (512) 326-8660<br>Physician: Not Specified<br>Clinician: Jason Rea<br>FSC: BCBS<br>Case Mgr:<br>Payor:<br>Pol/Claim#: TYN829218341 | Note Date: **Aug 27, 2013**<br>Phys Phone:<br>SSN:<br>Inj. Date:<br>Surg. Date:<br>Visits: 5<br>Cxl/Ns: 0<br>Employer:<br>Insured: Fabre, Nita | |

# Progress Note

## Diagnoses

Right Spine

| | |
|---|---|
| 7248 | OTHER BACK SYMPTOMS |
| 72142 | SPOND COMPR LUMB SP CORD |
| V5878 | AFTRCRE SURG MS SYST NEC |

## General Information

**Currently consulted medical professionals: Avinash Ramchandani, MD; Anand Joshi, MD; Robert Debehnke, MD**

**History of Injury:**

- Hx of HNP in 3/2008. Pt had 3 lumbar sx's (2 laminectomies at L3-4 in Aug 2008, and then L3-4 fusion in Dec 2008). Her symptoms were well managed until she was rear-ended in MVA in Feb 2012, exacerbating her s/s. She has had spinal cord stimulator implanted 2-4-13, and replaced/repositioned in 7-18-13. She has been attending pain management, and has been subsequently referred to PT.

**Reason for Referral:**

- Pt is a 33 yoF referred with a medical dx of lumbar radiculopathy/ Spondylosis s//p stimulator implant.

**Treatment Guidelines:**

- Evaluate and Treat

Additional Detail: Please help with gait and pain

## Subjective Examination

**Chief Complaint:**

- Pain, muscle spasms, decreased mobility, decreased activity tolerance, poor gait/balance. She rates her LBP 5-10/10 with associated RLE numbness tinging. Pain: Aggravating Factors: all. Unable to sit c good posture. Has difficulty sitting > 10-15 minutes.

**Daily Comments:**

- Pt reports 8/10 pain in her LB currently, up to 10/10 with palpation. She states that she returned to work yesterday, and has been having to drive to attend classes from 8-12, and back home to work 1-5. Pt reports that she also has had to take her son to start school. She reports that with increased driving, activity, stress, she has had increased pain to intolerable levels.

**Questionnaires: Disability Index:**

| | |
|---|---|
| • Test Name | Oswestry Disability Index |
| • Date | 08/07/2013 |
| • Assessment | Initial |
| • Total | 39 |

## Objective Examination

| | | |
|---|---|---|
| **Flexibility:** | **Left** | **Right** |
| • Hamstrings | Moderate Restriction | Moderate Restriction |
| **Gait/Locomotion:** | | |
| • Abnormal Gait Pattern: Antalgic: Moderate. | | |
| **Palpation: Thoracic Region: Musculature, Posterior:** | **Left** | |
| **Tenderness:** | | |
| • Erector Spinae | 2=Pain with wincing | |
| **Palpation: Lumbosacral Region: Musculature, Posterior:** | | **Right** |
| **Tenderness:** | | |
| • Gluteus Maximus | | 2=Pain with wincing |
| • Piriformis | | 2=Pain with wincing |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | **Aug 07, 2013** | **Aug 27, 2013** |
| • Extension(pain c pressure in thoracic region) | 20% | 20% |

3G254130005

3G254130005

Patient: **Nita Fabre**
Acct #: 951280

Note Date: **Aug 27, 2013**

| | | |
|---|---|---|
| • Flexion(increased LBP) | 20% | 20% |
| • Rotation Left(pain c spasm) | 30% | 30% |
| • Rotation Right | 50% | 50% |
| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
| • Straight Leg Raise | Hamstring Tightness | 35-70 deg: Ipsilateral Pain |

## Assessment

**Pt presents to clinic today with severe increased LBP, severe TTP (bilateral iliopsoas, thoracolumbar paravertebrals, and piriforms/glute medius-maximus R>L), marked difficulty with transfers stand <> sit, and sitting <> supine, and unable to tolerate therapeutic activities/ STM/ modalities at this time. She was instructed to f/u with MD for re-check secondary to severely increased pain levels. She verbalized understanding, and denied emergency medical treatment/ transportation.**

## Plan

**Refer Client to:**
- Physician for Re-Check.

Electronically authenticated.

Jason Rea, PT(TX Lic:
Signed on Aug 27, 2013 20:30:53

**Therapy Referral**

I have read the above report and request that my patient:
- ☐ Continue with treatment program as indicated above.
- ☐ Continue treatment program for ___ days/week for ___ weeks.
- ☐ Revise treatment program as indicated: ______________
- ☐ Progress to a home exercise program.
- ☐ Be discharged.
- ☐ Other: ______________

**Please sign and return**

**Avinash Ramchandani MD** **Date**

# Patient Chart

# NITA FABRE

# FABRE, NITA

Office/Outpatient Visit
**Visit Date:** Thu, Feb 7, 2013 10:41 am
**Provider:** Andrea Gamse, P.A. (Supervisor: ANAND JOSHI, MD; Assistant: Jonathan Castillo, MA)
**Location:** Pain Care Physicians

This note has not been signed and may be incomplete. Printed on 02/26/2013 at 2:19 pm.

## SUBJECTIVE:

**CC:** STIM REPROGRAMMING
Established Patient Visit
Low Back Pain right leg pain upper back

**HPI:**

She was presented with standard questionnaires which were reviewed during the visit. These items were scanned. The following section IS A SUMMARY of the information and items discussed during encounter. A detailed questionnaire was provided to the patient and corroborated by the listed assistant before the provider visit. This information was scanned. Additional notes were taken by the assistant as follows:
CURRENT PAIN SCALE SURVEY: The patient responds that currently during the visit on the VAS Pain Scale - number ZERO (best) thru TEN (worst): 7 Radiates from/to: thoracic, low back to right leg Patient reports that without medication/treatment, the pain would most likely be at a VAS: 9
REHABILITATION SURVEY NOTES: The patient was asked about home exercises, physical therapy, rehabilitation, yoga, accupnuncuture, etc and responds as follows: PT in the past
DURABLE MEDICAL EQUIPMENT USAGE SURVEY: The patient was asked about usage of DME (tens, ems, brace, etc) and responds as follows: TENS unit in the past The following items were discussed directly with the medical provider during the visit:
MEDICATION USAGE SURVEY: The patients' medications including opioid and adjunctive pain medications were reviewed for effects, side effects, adverse effects, allergic, etc and the following notes were made: norco 5 per day
MEDICAL HEALTH: A survey was conducted of major changes to medical health including new doctors, emergency visits, hospitalizations, surgeries, medications, etc. The results as follows: stim implanted recently. N/V/F have resolved.
PSYCHOLOGICAL SURVEY: A review of psychological status was conducted today including signs of depression, self/social dysfunction, pschiatric condition, suicidal ideation and NEW findings are noted as follows: anxious
ABERRANCES: A review of aberrant behavior including misuse, abuse, diversion, use of illicit substances, etc was conducted and is noted as follows: neg

**ROS:**
CONSTITUTIONAL: Negative for fatigue and unintentional weight loss.
EYES: Negative for blurred vision and eye pain.
E/N/T: Negative for tinnitus and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and pedal edema.
RESPIRATORY: Negative for chronic cough, dyspnea and frequent wheezing.
GASTROINTESTINAL: Negative for abdominal pain, acid reflux symptoms and change in stool caliber.
GENITOURINARY: Negative for nocturia, urinary incontinence and Not Currently Pregnant.
INTEGUMENTARY/BREAST: Negative for jaundice and rash.
NEUROLOGICAL: Negative for dizziness, memory loss and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss and temperature intolerances.
ALLERGIC/IMMUNOLOGIC: Negative for seasonal allergies and urticaria.
PSYCHIATRIC: Negative for anxiety, depression and suicidal thoughts.

**PMH/FMH/SH:**
... Last Reviewed on 8/31/2012 4:18:42 PM by Martinez, Melissa N
**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant)**;
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for

**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1; ;**
Positive for
**Lateral Meniscus repair;;**
Positive for
**Lamix L4-L5;;**

**Family History:**

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**
Positive for **Hodgkins;**

**Tobacco/Alcohol/Supplements:**
... Last Reviewed on 1/14/2013 12:55:24 PM by RODRIGUEZ, YVETTE
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
... Last Reviewed on 8/31/2012 3:58:55 PM by Martinez, Melissa N
None

**Mental Health History:**
... Last Reviewed on 8/31/2012 3:59:31 PM by Martinez, Melissa N

Major Depression

**Current Problems:**
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey)
Low back pain
Lumbar radiculopathy
SURGERY: LUMBAR FUSION
> AJC 2009 NOTE> routine

**Immunizations:**
None

**Allergies:**
Last Reviewed on 2/7/2013 10:46:14 AM by Castillo, Jonathan
Morphine ER*:
Morphine Sulfate:
Latex:
steri strips:

**Current Medications:**
Last Reviewed on 2/7/2013 10:46:13 AM by Castillo, Jonathan
Norco 10mg/325mg Tablet ONE TAB PO QID
Baclofen 20mg Tablet One tablet po q 12 hrs
topical
Cymbalta

Mirena
Singulair

## OBJECTIVE:

**Vitals:**

Current: 2/7/2013 10:45:43 AM
Ht: 5 ft, 7 in; Wt: 210 lbs; **BMI: 32.9**
**T: 97.4 F** (temporal); BP: 117/79 mm Hg (left arm, sitting); P: 91 bpm (left arm (BP Cuff), sitting)

**Exams:**
thoracic and lumbar surgical scars are healing well w/o signs of infx.
mild TTP over surgical scars

GENERAL: well developed and nourished; adult female; appropriately groomed; in no apparent distress; oriented, altert, and cooperative;
EYES: lids and lacrimal system are normal in appearance; conjunctiva and sclera are normal in appearance; PERRLA;
E/N/T: Ears: normal external auditory canals; on gross hearing screen, she is able to hear a whisper at both ears; Nose: nontender sinuses;
NECK: carotid exam reveals normal upstroke and no radiated murmur; thyroid is not palpably enlarged; trachea is midline;
RESPIRATORY / CHEST: normal appearance and symmetric expansion of chest wall; normal respiratory rate and pattern with no distress; normal breath sounds with no rales, rhonchi, wheezes or rubs;
CARDIOVASCULAR: normal PMI placement; no thrills, heaves, or lifts; normal rate; rhythm is regular;
GASTROINTESTINAL: nontender; normal bowel sounds; no masses;
LYMPHATIC: no enlargement of cervical or facial nodes; no supraclavicular nodes; no axillary adenopathy; no inguinal adenopathy;
BREAST/INTEGUMENT: none; no bruising or petechia noted in region of spine or extremities:
EXTREMETIES:
Peripheral Pulses: brachial: 2+ amplitude, no bruits; dorsalis pedis: 2+ amplitude, no bruits;
PSYCHIATRIC: appropriate affect and demeanor; normal psychomotor function; normal speech pattern;

## ASSESSMENT: STIM REPROGRAMMING

intractable low back and right leg pain s/p fusion and stim implant
post op pain from recent stim implant. pt can temporarily increase her norco to 6 per day.

| | |
|---|---|
| V58.69 | > AJC 2009 NOTE> routine |
| 722.10 | Lumbar radiculopathy |
| V58.69 | INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013 |
| 722.52 | Degeneration of lumbar disc |
| V15.21 | SURGERY: LUMBAR FUSION |
| 724.2 | Low back pain |

## ORDERS:

**Other Orders:**
Office,Electronic analysis of neurostimulator implant; complex 1 hr (In-House)

## PLAN:

**> AJC 2009 NOTE> routine**

Orders:
Office,Electronic analysis of neurostimulator implant; complex 1 hr (In-House)

**Low back pain**
The following items were recommended during our discussion with the patient:
COMMENTS AND REVIEW: pt can temporarily increase her norco to 6 per day due to post op pain. pt's stim was programmed today
Follow up in 4 weeks or sooner

I spent 15 minutes minutes with the patient of which >51% was spent consultating with the patient

CPT® is a registered trademark of the American Medical Association

**Pain Care Physicians**

phone: (512) 326-5440
fax: (512) 326-8660
www.paincarephysicians.com
Physical Medicine & Rehabilitation/Pain Medicine

2/15/2013

RE: FABRE, NITA, DOB

To Whom it may concern:,

Due to medical illness and injury, patient cannot work until March 5, 2013.

With Regards,

Ajosh

(Andy) Anand Joshi, MD
Board Certified in Pain Medicine by
The American Board of Physical Medicine and Rehabilitation

# FABRE, NITA

Office/Outpatient Visit
**Visit Date:** Wed, Feb 20, 2013 02:03 pm
**Provider:** AVINASH RAMCHANDANI, MD (Supervisor: AVINASH RAMCHANDANI, MD; Assistant: Melissa Martinez, MA)
**Location:** Pain Care Physicians

Electronically signed by AVINASH RAMCHANDANI, MD on 02/20/2013 02:46:07 PM
Printed on 02/26/2013 at 2:19 pm.

## SUBJECTIVE:

**CC:**
Established Patient Visit
Low Back Pain

**HPI:**

She was presented with standard questionnaires which were reviewed during the visit. These items were scanned. The following section IS A SUMMARY of the information and items discussed during encounter. A detailed questionnaire was provided to the patient and corroborated by the listed assistant before the provider visit. This information was scanned. Additional notes were taken by the assistant as follows:
CURRENT PAIN SCALE SURVEY: The patient responds that currently during the visit on the VAS Pain Scale - number ZERO (best) thru TEN (worst): 7 Radiates from/to: thoracic, low back to right leg Patient reports that without medication/treatment, the pain would most likely be at a VAS: 9
REHABILITATION SURVEY NOTES: The patient was asked about home exercises, physical therapy, rehabilitation, yoga, accupnuncuture, etc and responds as follows: PT in the past
DURABLE MEDICAL EQUIPMENT USAGE SURVEY: The patient was asked about usage of DME (tens, ems, brace, etc) and responds as follows: TENS unit in the past The following items were discussed directly with the medical provider during the visit:
MEDICATION USAGE SURVEY: The patients' medications including opioid and adjunctive pain medications were reviewed for effects, side effects, adverse effects, allergic, etc and the following notes were made: norco 5 per day
MEDICAL HEALTH: A survey was conducted of major changes to medical health including new doctors, emergency visits, hospitalizations, surgeries, medications, etc. The results as follows: stim implanted recently. N/V/F have resolved.
PSYCHOLOGICAL SURVEY: A review of psychological status was conducted today including signs of depression, self/social dysfunction, pschiatric condition, suicidal ideation and NEW findings are noted as follows: anxious
ABERRANCES: A review of aberrant behavior including misuse, abuse, diversion, use of illicit substances, etc was conducted and is noted as follows: neg

**ROS:**
CONSTITUTIONAL: Negative for fatigue and unintentional weight loss.
EYES: Negative for blurred vision and eye pain.
E/N/T: Negative for tinnitus and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and pedal edema.
RESPIRATORY: Negative for chronic cough, dyspnea and frequent wheezing.
GASTROINTESTINAL: Negative for abdominal pain, acid reflux symptoms and change in stool caliber.
GENITOURINARY: Negative for nocturia, urinary incontinence and Not Currently Pregnant.
INTEGUMENTARY/BREAST: Negative for jaundice and rash.
NEUROLOGICAL: Negative for dizziness, memory loss and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss and temperature intolerances.
ALLERGIC/IMMUNOLOGIC: Negative for seasonal allergies and urticaria.
PSYCHIATRIC: Negative for anxiety, depression and suicidal thoughts.

**PMH/FMH/SH:**
... Last Reviewed on 8/31/2012 4:18:42 PM by Martinez, Melissa N
**Past Medical History:**

Positive for