**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1; ;**
Positive for
**Lateral Meniscus repair;;**
Positive for
**Larnix L4-L5;;**

**Family History:**

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**
Positive for **Hodgkins;**

**Tobacco/Alcohol/Supplements:**
... Last Reviewed on 1/14/2013 12:55:24 PM by RODRIGUEZ, YVETTE
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
... Last Reviewed on 8/31/2012 3:58:55 PM by Martinez, Melissa N
None

**Mental Health History:**
... Last Reviewed on 8/31/2012 3:59:31 PM by Martinez, Melissa N

Major Depression

**Current Problems:**
> AJC 2009 NOTE> routine
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION

**Allergies:**
Last Reviewed on 2/7/2013 10:46:14 AM by Castillo, Jonathan
Morphine ER*:
Morphine Sulfate:

**Current Medications:**
Last Reviewed on 2/7/2013 10:46:13 AM by Castillo, Jonathan
Norco 10mg/325mg Tablet ONE TAB PO QID

Baclofen 20mg Tablet One tablet po q 12 hrs
Methadone HCl
topical
Cymbalta
Mirena
Singulair

## OBJECTIVE:

**Vitals:**

Current: 2/20/2013 2:07:07 PM
Ht: 5 ft, 7 in; Wt: 210 lbs; **BMI: 32.9**
T: 97.6 F (temporal); **BP: 120/80 mm Hg** (left arm, sitting); P: 97 bpm (left arm (BP Cuff), sitting)

**Exams:**

GENERAL: well developed and nourished; adult female; appropriately groomed; in no apparent distress; oriented, alert, and cooperative;
EYES: lids and lacrimal system are normal in appearance; conjunctiva and sclera are normal in appearance; PERRLA;
E/N/T: Ears: normal external auditory canals; on gross hearing screen, she is able to hear a whisper at both ears; Nose: nontender sinuses;
NECK: carotid exam reveals normal upstroke and no radiated murmur; thyroid is not palpably enlarged; trachea is midline;
RESPIRATORY / CHEST: normal appearance and symmetric expansion of chest wall; normal respiratory rate and pattern with no distress; normal breath sounds with no rales, rhonchi, wheezes or rubs;
CARDIOVASCULAR: normal PMI placement; no thrills, heaves, or lifts; normal rate; rhythm is regular;
GASTROINTESTINAL: nontender; normal bowel sounds; no masses;
LYMPHATIC: no enlargement of cervical or facial nodes; no supraclavicular nodes; no axillary adenopathy; no inguinal adenopathy;
BREAST/INTEGUMENT: none; no bruising or petechia noted in region of spine or extremities:
EXTREMETIES:
Peripheral Pulses: brachial: 2+ amplitude, no bruits; dorsalis pedis: 2+ amplitude, no bruits;
PSYCHIATRIC: appropriate affect and demeanor; normal psychomotor function; normal speech pattern;

## ASSESSMENT: SCS reprogramming

V58.69 > AJC 2009 NOTE> routine
722.10 Lumbar radiculopathy

## ORDERS:

**Radiology/Test Orders:**
Elec alys nstim pls gen smpl sc/perph w/prgrmg (Send-Out)

## PLAN:

**> AJC 2009 NOTE> routine**

Orders:
Elec alys nstim pls gen smpl sc/perph w/prgrmg (Send-Out)

**Lumbar radiculopathy**
The following items were recommended during our discussion with the patient:
COMMENTS AND REVIEW: asked patient to continue HC 10/325 1/2 to 1 q 6 hours; reduce methadone to 2.5 TID and return to me in 2 weeks
Follow up in 4 weeks or sooner
I spent 15 minutes minutes with the patient of which >51% was spent consultating with the patient

# Health Summary

**Patient:** FABRE, NITA (

**Date:** 2/26/2013

## *Current Problems*

> AJC 2009 NOTE> routine
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION
> AJC 2009 NOTE> routine
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION

## *Current Medications*

Baclofen 20mg Tablet Take 1 tablet(s) by mouth tid
Norco 10mg/325mg Tablet ONE TAB PO QID
Methadone HCl
topical
Cymbalta
Mirena
Singulair

## ⚠ *Allergies / Adverse Reactions*

⚠ Latex:
⚠ Morphine ER*:
⚠ Morphine Sulfate:
⚠ steri strips:

## *Past Medical History*

**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1; ;**
Positive for
**Lateral Meniscus repair;;**
Positive for
**Lamix L4-L5;;**

**Family History:**

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**
Positive for **Hodgkins;**

**Tobacco/Alcohol/Supplements:**
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
None

**Mental Health History:**

Major Depression

**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1; ;**
Positive for
**Lateral Meniscus repair;;**
Positive for
**Lamix L4-L5;;**

**Family History:**

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**
Positive for **Hodgkins;**

**Tobacco/Alcohol/Supplements:**
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
None

**Mental Health History:**

Major Depression

# FABRE, NITA

Office/Outpatient Visit
**Visit Date:** Fri, Mar 1, 2013 11:56 am
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Amanda Coy, MA)
**Location:** Pain Care Physicians

This note has not been signed and may be incomplete. Printed on 04/04/2013 at 8:50 am.

## SUBJECTIVE:

**CC:**
Established Patient Visit

**HPI:**

She was presented with standard questionnaires which were reviewed during the visit. These items were scanned. The following section IS A SUMMARY of the information and items discussed during encounter. A detailed questionnaire was provided to the patient and corroborated by the listed assistant before the provider visit. This information was scanned. Additional notes were taken by the assistant as follows:
CURRENT PAIN SCALE SURVEY: The patient responds that currently during the visit on the VAS Pain Scale - number ZERO (best) thru TEN (worst): 4 Radiates from/to: BACK AND LEG PAIN Patient reports that without medication/treatment, the pain would most likely be at a VAS: 9 The following items were discussed directly with the medical provider during the visit:
MEDICATION USAGE SURVEY: The patients' medications including opioid and adjunctive pain medications were reviewed for effects, side effects, adverse effects, allergic, etc and the following notes were made: NORCO _ METHADONE
ABERRANCES: A review of aberrant behavior including misuse, abuse, diversion, use of illicit substances, etc was conducted and is noted as follows: NEG

**ROS:**
CONSTITUTIONAL: Negative for fatigue and unintentional weight loss.
EYES: Negative for blurred vision and eye pain.
E/N/T: Negative for tinnitus and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and pedal edema.
RESPIRATORY: Negative for chronic cough, dyspnea and frequent wheezing.
GASTROINTESTINAL: Negative for abdominal pain, acid reflux symptoms and change in stool caliber.
GENITOURINARY: Negative for nocturia, urinary incontinence and Not Currently Pregnant.
INTEGUMENTARY/BREAST: Negative for jaundice and rash.
NEUROLOGICAL: Negative for dizziness, memory loss and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss and temperature intolerances.
ALLERGIC/IMMUNOLOGIC: Negative for seasonal allergies and urticaria.
PSYCHIATRIC: Negative for anxiety, depression and suicidal thoughts.

**PMH/FMH/SH:**
... Last Reviewed on 8/31/2012 4:18:42 PM by Martinez, Melissa N
**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

CPT® is a registered trademark of the American Medical Association

# FABRE, NITA



Office/Outpatient Visit
**Visit Date:** Fri, Mar 1, 2013 11:56 am
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Amanda Coy, MA)
**Location:** Pain Care Physicians

This note has not been signed and may be incomplete. Printed on 04/04/2013 at 8:50 am.

**Surgical History:**

Positive for
**C-section: X 1: ;**
Positive for
**Lateral Meniscus repair:;**
Positive for
**Lamix L4-L5:;**

**Family History:**

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**
Positive for **Hodgkins;**

**Tobacco/Alcohol/Supplements:**
... Last Reviewed on 1/14/2013 12:55:24 PM by RODRIGUEZ, YVETTE
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
... Last Reviewed on 8/31/2012 3:58:55 PM by Martinez, Melissa N
None

**Mental Health History:**
... Last Reviewed on 8/31/2012 3:59:31 PM by Martinez, Melissa N

Major Depression

**Current Problems:**
> AJC 2009 NOTE> routine
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION

**Allergies:**
Last Reviewed on 2/7/2013 10:46:14 AM by Castillo, Jonathan
Morphine ER*:
Morphine Sulfate:
Latex:
steri strips:

**Current Medications:**
Last Reviewed on 2/20/2013 2:08:49 PM by Martinez, Melissa N

CPT® is a registered trademark of the American Medical Association

**FABRE, NITA**
Office/Outpatient Visit
**Visit Date:** Fri, Mar 1, 2013 11:56 am
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Amanda Coy, MA)
**Location:** Pain Care Physicians

This note has not been signed and may be incomplete. Printed on 04/04/2013 at 8:50 am.

Baclofen 20mg Tablet Take 1 tablet(s) by mouth tid
Norco 10mg/325mg Tablet ONE TAB PO QID
Methadone HCl
topical
Cymbalta
Mirena
Singulair

## OBJECTIVE:

**Vitals:**

Current: 3/1/2013 1:53:43 PM
Ht: 5 ft, 7 in
**T: 96.6 F** (temporal); BP: 117/77 mm Hg (left arm, sitting); P: 87 bpm (left arm (BP Cuff), sitting)

**Exams:**

EYES: lids and lacrimal system are normal in appearance; conjunctiva and sclera are normal in appearance; PERRLA;
E/N/T: Ears: normal external auditory canals; on gross hearing screen, she is able to hear a whisper at both ears; Nose: nontender sinuses;
NECK: carotid exam reveals normal upstroke and no radiated murmur; thyroid is not palpably enlarged; trachea is midline;
RESPIRATORY / CHEST: normal appearance and symmetric expansion of chest wall; normal respiratory rate and pattern with no distress; normal breath sounds with no rales, rhonchi, wheezes or rubs;
CARDIOVASCULAR: normal PMI placement; no thrills, heaves, or lifts; normal rate; rhythm is regular;
GASTROINTESTINAL: nontender; normal bowel sounds; no masses;
LYMPHATIC: no enlargement of cervical or facial nodes; no supraclavicular nodes; no axillary adenopathy; no inguinal adenopathy;
BREAST/INTEGUMENT: none; no bruising or petechia noted in region of spine or extremities:
EXTREMETIES:
Peripheral Pulses: brachial: 2+ amplitude, no bruits; dorsalis pedis: 2+ amplitude, no bruits;
PSYCHIATRIC: appropriate affect and demeanor; normal psychomotor function; normal speech pattern;

## ASSESSMENT:

338.28 Other chronic postoperative pain
722.10 Lumbar radiculopathy
722.52 Degeneration of lumbar disc
V15.21 SURGERY: LUMBAR FUSION
724.2 Low back pain
DDx: LBP AND LEG PAIN
WILL DO GENETIC TESTING TO DETERMINE WHAT THE ISSUE WITH OPIOIDS IS GOING ON.
UNTIL THAT POINT WILL COMPOUND HC TO TITRATE DOSE.
724.4 Radicular syndrome of lower limbs
ZZZ PainCare Physicians

## ORDERS:

**Lab Orders:**

Hepatic function panel (Albumin, tot Bili, direct Bili, alkaline phos, total prot, ALT, AST) (Send-Out)
Renal function panel (Albumin, Ca, CO2, Creatinine, Glu, PO4, K, Na, BUN) (Send-Out)

CPT® is a registered trademark of the American Medical Association

**FABRE, NITA**



Office/Outpatient Visit
**Visit Date:** Fri, Mar 1, 2013 11:56 am
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Amanda Coy, MA)
**Location:** Pain Care Physicians

This note has not been signed and may be incomplete. Printed on 04/04/2013 at 8:50 am.

## PLAN:

**Degeneration of lumbar disc**
The following items were recommended during our discussion with the patient:
Medications Prescribed: HYDROCODONE COMPOUNDED
LABORATORY ORDERS/REVIEW: Hepatic Panel and renal panel
Follow up in 2 weeks or sooner
I spent 30 minutes minutes with the patient of which >51% was spent consultating with the patient

Orders:
80076 Hepatic function panel (Albumin, tot Bili, direct Bili, alkaline phos, total prot, ALT, AST) (Send-Out)
80069 Renal function panel (Albumin, Ca, CO2, Creatinine, Glu, PO4, K, Na, BUN) (Send-Out)

## ADDENDUMS:

**Addendum:** 03/07/2013 09:08 AM -

Visit Note Faxed to:

# FABRE, NITA

Office/Outpatient Visit
**Visit Date:** Wed, Mar 27, 2013 12:53 pm
**Provider:** AVINASH RAMCHANDANI, MD (Supervisor: AVINASH RAMCHANDANI, MD; Assistant: YVETTE RODRIGUEZ)
**Location:** Pain Care Physicians

Electronically signed by AVINASH RAMCHANDANI, MD on 03/27/2013 01:28:26 PM
Printed on 04/08/2013 at 9:34 am.

## SUBJECTIVE:

**CC:**
Established Patient Visit
Low Back Pain

**HPI:**

She was presented with standard questionnaires which were reviewed during the visit. These items were scanned. The following section IS A SUMMARY of the information and items discussed during encounter. A detailed questionnaire was provided to the patient and corroborated by the listed assistant before the provider visit. This information was scanned. Additional notes were taken by the assistant as follows:
CURRENT PAIN SCALE SURVEY: The patient responds that currently during the visit on the VAS Pain Scale - number ZERO (best) thru TEN (worst): 4 Radiates from/to: BACK AND LEG PAIN Patient reports that without medication/treatment, the pain would most likely be at a VAS: 9 The following items were discussed directly with the medical provider during the visit:
MEDICATION USAGE SURVEY: The patients' medications including opioid and adjunctive pain medications were reviewed for effects, side effects, adverse effects, allergic, etc and the following notes were made: NORCO _ METHADONE
ABERRANCES: A review of aberrant behavior including misuse, abuse, diversion, use of illicit substances, etc was conducted and is noted as follows: NEG

**ROS:**
CONSTITUTIONAL: Negative for fatigue and unintentional weight loss.
EYES: Negative for blurred vision and eye pain.
E/N/T: Negative for tinnitus and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and pedal edema.
RESPIRATORY: Negative for chronic cough, dyspnea and frequent wheezing.
GASTROINTESTINAL: Negative for abdominal pain, acid reflux symptoms and change in stool caliber.
GENITOURINARY: Negative for nocturia, urinary incontinence and Not Currently Pregnant.
INTEGUMENTARY/BREAST: Negative for jaundice and rash.
NEUROLOGICAL: Negative for dizziness, memory loss and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss and temperature intolerances.
ALLERGIC/IMMUNOLOGIC: Negative for seasonal allergies and urticaria.
PSYCHIATRIC: Negative for anxiety, depression and suicidal thoughts.

**PMH/FMH/SH:**
... Last Reviewed on 8/31/2012 4:18:42 PM by Martinez, Melissa N
**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for

**Hx Kidney**;
Positive for
**Juvenile Rheumatoid Arthritis**;
Positive for
**Hx anemia**;

**Surgical History:**

Positive for
**C-section: X 1**; ;
Positive for
**Lateral Meniscus repair**;;
Positive for
**Lamix L4-L5**;;

**Family History:**

Positive for **Hypertension ( father; mother )**;
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father )**;
Positive for **Type 1 Diabetes ( father; mother )**;
Positive for **Fibromyalgia ( father; mother )**;
Positive for **Hodgkins**;

**Tobacco/Alcohol/Supplements:**
... Last Reviewed on 1/14/2013 12:55:24 PM by RODRIGUEZ, YVETTE
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
... Last Reviewed on 8/31/2012 3:58:55 PM by Martinez, Melissa N
None

**Mental Health History:**
... Last Reviewed on 8/31/2012 3:59:31 PM by Martinez, Melissa N

Major Depression

**Current Problems:**
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
PainCare Physicians
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION

**Allergies:**
Last Reviewed on 2/7/2013 10:46:14 AM by Castillo, Jonathan
Morphine ER*:
Methadone HCl:

**Current Medications:**
Last Reviewed on 2/20/2013 2:08:49 PM by Martinez, Melissa N
Baclofen 20mg Tablet take 1 q 6 hours prn pain
Ambien 5mg Tablet Take 1 tablet(s) by mouth at bedtime prn
COMPOUNDED NORCO FROM STONEGATE
topical
Cymbalta

Mirena
Singulair

## OBJECTIVE:

**Vitals:**

Current: 3/27/2013 12:56:55 PM
**Ht: 5 ft, 7 in (.00%); Wt: 210 lbs (.00%);** BMI: 32.9 (.00%)
T: 98.6 F (temporal); BP: 147/95 mm Hg (left arm, sitting); P: 100 bpm (left arm (BP Cuff), sitting)

**Exams:**

GENERAL: Well Developed, Well Nourished, in No acute distress.;
EYES: lids and lacrimal system are normal in appearance; conjunctiva and sclera are normal in appearance; extraocular movements intact;
E/N/T: Ears: normal bilateral external auditory canal; Nose: normal mucosa; no obvious deviation of septum;
NECK: no surgical scars noted; trachea is midline;
RESPIRATORY / CHEST: normal appearance and symmetric expansion of chest wall; normal respiratory rate and pattern with no distress; no chest wall tenderness;
CARDIOVASCULAR: normal PMI placement; no thrills, heaves, or lifts; normal rate; no peripheral edema, peripheral pulses wnl;
GASTROINTESTINAL: nontender; no masses; no shifting dullness or fluid wave;
LYMPHATICS: no adenopathy in cervical, supraclavicular, axillary, or inguinal regions;
BREAST/INTEGUMENT: SKIN: no significant rashes or lesions; no suspicious moles;
MUSCULOSKELETAL: normal gait; normal range of motion of all major muscle groups; no limb or joint pain with range of motion; muscle strength: 5/5 L, 5/5 R shoulder adductors; 5/5 L, 5/5 R shoulder abductors; 5/5 L, 5/5 R biceps; 5/5 L, 5/5 R triceps; 5/5 L, 5/5 R forearm pronators; 5/5 L, 5/5 R forearm supinators; 5/5 L, 5/5 R wrist flexors; 5/5 L, 5/5 R wrist extensors; 5/5 L, 5/5 R finger adductors; 5/5 L, 5/5 R finger abductors; 5/5 L, 5/5 R thumb opposition; 5/5 L, 5/5 R hip flexors; 5/5 L, 5/5 R hip extensors; 5/5 L, 5/5 R hip adductors; 5/5 L, 5/5 R hip abductors; 5/5 L, 5/5 R quadriceps; 5/5 L, 5/5 R hip adductors; 5/5 L, 5/5 R ankle (dorsi)flexors; normal left, normal right ankle extensors; normal overall tone spine: no scoliosis or other abnormal spinal curvatures;
EXTREMETIES: no clubbing, cyanosis, edema, or deformity noted; peripheral pulses are intact
NEUROLOGIC: mental status: alert; oriented to person, place, and time; cranial nerves II-XII grossly intact; sensation: normal to touch and pinprick; vibration and proprioception senses intact; normal DTR's elicited in biceps, triceps, supinator, knee, and ankle jerk; normal coordination and cerebellar function;
PSYCHIATRIC: appropriate affect and demeanor; normal psychomotor function; normal speech pattern; normal thought and perception;

**ASSESSMENT:** 33 year old woman with a history of low back pain s/p scs stim. We are continuing norco and continuing ambien for pain.

| | |
|---|---|
| ZZZ | PainCare Physicians |
| 338.28 | Other chronic postoperative pain |
| 722.10 | Lumbar radiculopathy |

## PLAN:

**Other chronic postoperative pain**
The following items were recommended during our discussion with the patient: Comments Regarding the Patient's Work Status are: Not Working None
Follow up in 2 weeks or sooner
I spent 30 minutes minutes with the patient of which >51% was spent consultating with the patient

Prescriptions: norco and ambien

## ADDENDUMS:

**Date:** 04/04/2013 08:50 AM

**Author:** Spees, Jason

Visit Note Faxed to:
claim #3194650; Number (603)334-0380
Patient Recommendations Faxed to:
claim #3194650; Number (603)334-0380
Radiology Orders Faxed to:
claim #3194650; Number (603)334-0380
Health Summary Faxed to:
claim #3194650; Number (603)334-0380

CPT® is a registered trademark of the American Medical Association

# Health Summary



Spees, Jason

**Patient:** FABRE, NITA ( )

**Date:** 4/4/2013

## *Current Problems*

Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
PainCare Physicians
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION

## *Current Medications*

Ambien CR 6.25mg Tablets, Extended Release Take **1** tablet(s) by mouth at bedtime
CMPD NORCO/DOCUSATE* 15 mg/50 mg take 2 capsules po q 6 hours
Baclofen 20mg Tablet take 1 q 6 hours prn pain
Cymbalta 30mg Capsules, Delayed Release 3 tabs po qd
COMPOUNDED NORCO FROM STONEGATE
topical
Mirena
Singulair

## ⚠ *Allergies / Adverse Reactions*

⚠ Latex:
⚠ Methadone HCl:
⚠ Morphine ER*:
⚠ steri strips:

## *Past Medical History*

**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1; ;**
Positive for
**Lateral Meniscus repair;;**
Positive for
**Lamix L4-L5;;**

**Family History:**

# Health Summary



Spees, Jason

**Patient:** FABRE, NITA ( )

**Date:** 4/4/2013

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**
Positive for **Hodgkins;**

**Tobacco/Alcohol/Supplements:**

Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**

None

**Mental Health History:**

Major Depression

## *Upcoming Tests/Health Maintenance Items*

### *Tests and Procedures*

| Date | Description |
|---|---|
| 03/01/2013 | Hepatic function panel (Albumin, tot Bili, direct Bili, alkaline phos, total prot, ALT, AST) |
| 03/01/2013 | Renal function panel (Albumin, Ca, CO2, Creatinine, Glu, PO4, K, Na, BUN) |
| 02/20/2013 | Elec alys nstim pls gen smpl sc/perph w/prgrmg |
| 02/07/2013 | Office,Electronic analysis of neurostimulator implant; complex 1 hr |
| 01/14/2013 | Radiologic examination, sacrum and coccyx; minimum of two views |
| 12/28/2012 | Office,Fluoroscopic guidance for needle placement (eg, biopsy, aspiration, injection, localization d |
| 11/12/2012 | Office, Fluoroscopic Guidance |
| 08/31/2012 | Radiologic examination, spine, lumbosacral; complete, including bending views |

**FABRE, NITA**
Office/Outpatient Visit
**Visit Date:** Fri, Mar 1, 2013 11:56 am
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Amanda Coy, MA)
**Location:** Pain Care Physicians

## Patient Recommendations:

For Degeneration of lumbar disc:
I also recommend ^.

CPT® is a registered trademark of the American Medical Association

# Health Summary

**Patient:** FABRE, NITA ( )
**Date:** 4/8/2013

## *Current Problems*

Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
PainCare Physicians
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
PainCare Physicians
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION

## *Current Medications*

Ambien CR 6.25mg Tablets, Extended Release Take 1 tablet(s) by mouth at bedtime
CMPD NORCO/DOCUSATE* 15 mg/50 mg take 2 capsules po q 6 hours
Baclofen 20mg Tablet take 1 q 6 hours prn pain
Cymbalta 30mg Capsules, Delayed Release 3 tabs po qd
COMPOUNDED NORCO FROM STONEGATE
topical
Mirena
Singulair

## ⚠ *Allergies / Adverse Reactions*

⚠ Latex:
⚠ Methadone HCl:
⚠ Morphine ER*:
⚠ steri strips:

## *Past Medical History*

**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1;** ;
Positive for
**Lateral Meniscus repair;;**
Positive for
**Lamix L4-L5;;**

**Family History:**

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**
Positive for **Hodgkins;**

**Tobacco/Alcohol/Supplements:**
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
None

**Mental Health History:**

Major Depression

**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1;** ;
Positive for
**Lateral Meniscus repair;;**
Positive for
**Lamix L4-L5;;**

**Family History:**

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**

Positive for **Hodgkins**;

**Tobacco/Alcohol/Supplements:**
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
None

**Mental Health History:**

Major Depression

# FABRE, NITA

**ORDER NOTE**
Office/Outpatient Visit
**Visit Date:** Thu, Apr 25, 2013 09:15 am
**Provider:** AVINASH RAMCHANDANI, MD (Supervisor: AVINASH RAMCHANDANI, MD; Assistant: Kevin Burke, )
**Location:** Pain Care Physicians

This note has not been signed and may be incomplete. Printed on 04/29/2013 at 9:53 am.

## ASSESSMENT:

721.2 Thoracic spondylosis
724.2 Low back pain

## ORDERS:

**Radiology/Test Orders:**
Radiologic examination, abdomen; single anteroposterior view (Send-Out)

## PLAN:

**Low back pain**

Orders:
Radiologic examination, abdomen; single anteroposterior view (Send-Out)

## ADDENDUMS:

**Date:** 04/25/2013 09:16 AM
**Author:** RAMCHANDANI, AVINASH

Radiology Orders Faxed to:
ARA SCHEDULING; Number (512)836-8869

CPT® is a registered trademark of the American Medical Association

# FABRE, NITA

Office/Outpatient Visit
**Visit Date:** Wed, Apr 24, 2013 12:58 pm
**Provider:** AVINASH RAMCHANDANI, MD (Supervisor: AVINASH RAMCHANDANI, MD; Assistant: Melissa Martinez, MA)
**Location:** Pain Care Physicians

Electronically signed by AVINASH RAMCHANDANI, MD on 04/24/2013 01:30:34 PM
Printed on 04/29/2013 at 9:53 am.

## SUBJECTIVE:

**CC:**
Established Patient Visit
Low Back Pain

**HPI:**

She was presented with standard questionnaires which were reviewed during the visit. These items were scanned. The following section IS A SUMMARY of the information and items discussed during encounter. A detailed questionnaire was provided to the patient and corroborated by the listed assistant before the provider visit. This information was scanned. Additional notes were taken by the assistant as follows:
CURRENT PAIN SCALE SURVEY: The patient responds that currently during the visit on the VAS Pain Scale - number ZERO (best) thru TEN (worst): 4 Radiates from/to: BACK AND LEG PAIN Patient reports that without medication/treatment, the pain would most likely be at a VAS: 9 The following items were discussed directly with the medical provider during the visit:
MEDICATION USAGE SURVEY: The patients' medications including opioid and adjunctive pain medications were reviewed for effects, side effects, adverse effects, allergic, etc and the following notes were made: norco
ABERRANCES: A review of aberrant behavior including misuse, abuse, diversion, use of illicit substances, etc was conducted and is noted as follows: NEG

**ROS:**
CONSTITUTIONAL: Negative for fatigue and unintentional weight loss.
EYES: Negative for blurred vision and eye pain.
E/N/T: Negative for tinnitus and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and pedal edema.
RESPIRATORY: Negative for chronic cough, dyspnea and frequent wheezing.
GASTROINTESTINAL: Negative for abdominal pain, acid reflux symptoms and change in stool caliber.
GENITOURINARY: Negative for nocturia, urinary incontinence and Not Currently Pregnant.
INTEGUMENTARY/BREAST: Negative for jaundice and rash.
NEUROLOGICAL: Negative for dizziness, memory loss and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss and temperature intolerances.
ALLERGIC/IMMUNOLOGIC: Negative for seasonal allergies and urticaria.
PSYCHIATRIC: Negative for anxiety, depression and suicidal thoughts.

**PMH/FMH/SH:**
... Last Reviewed on 8/31/2012 4:18:42 PM by Martinez, Melissa N
**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1;** ;
Positive for
**Lateral Meniscus repair;**;
Positive for
**Lamix L4-L5;**;

**Family History:**

Positive for **Hypertension ( father; mother )**;
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father )**;
Positive for **Type 1 Diabetes ( father; mother )**;
Positive for **Fibromyalgia ( father; mother )**;
Positive for **Hodgkins**;

**Tobacco/Alcohol/Supplements:**
... Last Reviewed on 4/10/2013 3:06:00 PM by RODRIGUEZ, YVETTE
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
... Last Reviewed on 8/31/2012 3:58:55 PM by Martinez, Melissa N
None

**Mental Health History:**
... Last Reviewed on 8/31/2012 3:59:31 PM by Martinez, Melissa N

Major Depression

**Current Problems:**
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
PainCare Physicians
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION

**Allergies:**
Last Reviewed on 4/10/2013 3:05:59 PM by RODRIGUEZ, YVETTE
Morphine ER*:
Methadone HCl:

**Current Medications:**
Last Reviewed on 4/11/2013 1:24:08 PM by Martinez, Melissa N
Ambien CR 6.25mg Tablets, Extended Release Take 1 tablet(s) by mouth at bedtime
CMPD NORCO/DOCUSATE* 15 mg/50 mg take 2 capsules po q 6 hours
Baclofen 20mg Tablet take 1 q 6 hours prn pain
Cymbalta 30mg Capsules, Delayed Release 3 tabs po qd
COMPOUNDED NORCO FROM STONEGATE
topical
Mirena
Singulair

## OBJECTIVE:

**Vitals:**

Current: 4/24/2013 1:01:58 PM
Ht: 5 ft, 7 in; Wt: 250 lbs; **BMI: 39.2**
T: 98.7 F (temporal); BP: 117/73 mm Hg (left arm, sitting); **P: 103 bpm** (left arm (BP Cuff), **sitting)**

**Exams:**

GENERAL: Well Developed, Well Nourished, in No acute distress.;
EYES: lids and lacrimal system are normal in appearance; conjunctiva and sclera are normal in appearance; extraocular movements intact;
E/N/T: Ears: normal bilateral external auditory canal; Nose: normal mucosa; no obvious deviation of septum;
NECK: no surgical scars noted; trachea is midline;
RESPIRATORY / CHEST: normal appearance and symmetric expansion of chest wall; normal respiratory rate and pattern with no distress; no chest wall tenderness;
CARDIOVASCULAR: normal PMI placement; no thrills, heaves, or lifts; normal rate; no peripheral edema, peripheral pulses wnl;
GASTROINTESTINAL: nontender; no masses; no shifting dullness or fluid wave;
LYMPHATICS: no adenopathy in cervical, supraclavicular, axillary, or inguinal regions;
BREAST/INTEGUMENT: SKIN: no significant rashes or lesions; no suspicious moles;
MUSCULOSKELETAL: normal gait; normal range of motion of all major muscle groups; no limb or joint pain with range of motion; muscle strength: 5/5 L, 5/5 R shoulder adductors; 5/5 L, 5/5 R shoulder abductors; 5/5 L, 5/5 R biceps; 5/5 L, 5/5 R triceps; 5/5 L, 5/5 R forearm pronators; 5/5 L, 5/5 R forearm supinators; 5/5 L, 5/5 R wrist flexors; 5/5 L, 5/5 R wrist extensors; 5/5 L, 5/5 R finger adductors; 5/5 L, 5/5 R finger abductors; 5/5 L, 5/5 R thumb opposition; 5/5 L, 5/5 R hip flexors; 5/5 L, 5/5 R hip extensors; 5/5 L, 5/5 R hip adductors; 5/5 L, 5/5 R hip abductors; 5/5 L, 5/5 R quadriceps; 5/5 L, 5/5 R hip adductors; 5/5 L, 5/5 R ankle (dorsi)flexors; normal left, normal right ankle extensors; normal overall tone spine: no scoliosis or other abnormal spinal curvatures; TTP in the posterior over the stim IPG, but there seems to be no effusion underneeth. Normal Neuro.;
EXTREMETIES: no clubbing, cyanosis, edema, or deformity noted; peripheral pulses are intact
NEUROLOGIC: mental status: alert; oriented to person, place, and time; cranial nerves II-XII grossly intact; sensation: normal to touch and pinprick; vibration and proprioception senses intact; normal DTR's elicited in biceps, triceps, supinator, knee, and ankle jerk; normal coordination and cerebellar function;
PSYCHIATRIC: appropriate affect and demeanor; normal psychomotor function; normal speech pattern; normal thought and perception;

**ASSESSMENT:** 33 year old woman with a history of SCS placement Feb 4. She continues to have low back pain, and mid back pain, which seems to be quite tender under paddle insertion area. She states that she still feels the wire and the tender areas. I will continue Oxycontin 15 mg po q 8 hours.

| | |
|---|---|
| ZZZ | PainCare Physicians |
| 722.10 | Lumbar radiculopathy |
| 721.2 | Thoracic spondylosis |

## ORDERS:

**Radiology/Test Orders:**
Radiologic examination, spine; thoracic, three views (Send-Out)

## PLAN:

**Lumbar radiculopathy**
The following items were recommended during our discussion with the patient: Comments Regarding the Patient's Work Status are: Not Working
Medications Prescribed: Oxycontin None
Follow up in 2 weeks or sooner
I spent 30 minutes minutes with the patient of which >51% was spent consultating with the patient

**Thoracic spondylosis**

Orders:
Radiologic examination, spine; thoracic, three views (Send-Out)

## ADDENDUMS:

**Addendum:** 04/24/2013 01:30 PM - RAMCHANDANI, AVINASH

Radiology Orders Faxed to:
ARA SCHEDULING; Number (512)836-8869

CPT® is a registered trademark of the American Medical Association

# Health Summary

**Patient:** FABRE, NITA ( )

**Date:** 4/29/2013

## *Current Problems*

Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
PainCare Physicians
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION
Thoracic spondylosis
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
PainCare Physicians
Radicular syndrome of lower limbs
SURGERY: LUMBAR FUSION
Thoracic spondylosis

## *Current Medications*

Ambien CR 6.25mg Tablets, Extended Release Take 1 tablet(s) by mouth at bedtime
CMPD NORCO/DOCUSATE* 15 mg/50 mg take 2 capsules po q 6 hours
Baclofen 20mg Tablet take 1 q 6 hours prn pain
Cymbalta 30mg Capsules, Delayed Release 3 tabs po qd
COMPOUNDED NORCO FROM STONEGATE
topical
Mirena
Singulair

## ⚠ *Allergies / Adverse Reactions*

⚠ Latex:
⚠ Methadone HCl:
⚠ Morphine ER*:
⚠ steri strips:

## *Past Medical History*

**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**

Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1;** ;
Positive for
**Lateral Meniscus repair;**;
Positive for
**Lamix L4-L5;**;

**Family History:**

Positive for **Hypertension ( father; mother )**;
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father )**;
Positive for **Type 1 Diabetes ( father; mother )**;
Positive for **Fibromyalgia ( father; mother )**;
Positive for **Hodgkins**;

**Tobacco/Alcohol/Supplements:**
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
None

**Mental Health History:**

Major Depression

**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**
Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1;** ;
Positive for
**Lateral Meniscus repair;**;
Positive for
**Lamix L4-L5;**;

**Family History:**

Positive for **Hypertension ( father; mother )**;
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father )**;

Positive for **Type 1 Diabetes ( father; mother )**;
Positive for **Fibromyalgia ( father; mother )**;
Positive for **Hodgkins**;

**Tobacco/Alcohol/Supplements:**
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
None

**Mental Health History:**

Major Depression

**FABRE, NITA**



Office/Outpatient Visit
**Visit Date:** Tue, Jul 23, 2013 10:18 am
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Jonathan Castillo, MA)
**Location:** Pain Care Physicians

Electronically signed by ANAND JOSHI, MD on 08/04/2013 06:28:10 PM
Printed on 08/15/2013 at 10:04 am.

## SUBJECTIVE:

**CC:**
Established Patient Visit
Low Back Pain
Hip Pain foot upper back

**HPI:**

She was presented with standard questionnaires which were reviewed during the visit. These items were scanned. The following section IS A SUMMARY of the information and items discussed during encounter. A detailed questionnaire was provided to the patient and corroborated by the listed assistant before the provider visit. This information was scanned. Additional notes were taken by the assistant as follows:
CURRENT PAIN SCALE SURVEY: The patient responds that currently during the visit on the VAS Pain Scale - number ZERO (best) thru TEN (worst): 4 Radiates from/to: PAIN THORACIC Patient reports that without medication/treatment, the pain would most likely be at a VAS: 9 The following items were discussed directly with the medical provider during the visit:
MEDICATION USAGE SURVEY: The patients' medications including opioid and adjunctive pain medications were reviewed for effects, side effects, adverse effects, allergic, etc and the following notes were made: ADMITS TO HC AND OXY
PSYCHOLOGICAL SURVEY: A review of psychological status was conducted today including signs of depression, self/social dysfunction, pschiatric condition, suicidal ideation and NEW findings are noted as follows: ANXIOUS
ABERRANCES: A review of aberrant behavior including misuse, abuse, diversion, use of illicit substances, etc was conducted and is noted as follows: NEG RECENT SURGERY

**ROS:**
CONSTITUTIONAL: Negative for fatigue and unintentional weight loss.
EYES: Negative for blurred vision and eye pain.
E/N/T: Negative for tinnitus and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and pedal edema.
RESPIRATORY: Negative for chronic cough, dyspnea and frequent wheezing.
GASTROINTESTINAL: Negative for abdominal pain, acid reflux symptoms and change in stool caliber.
GENITOURINARY: Negative for nocturia, urinary incontinence and Not Currently Pregnant.
INTEGUMENTARY/BREAST: Negative for jaundice and rash.
NEUROLOGICAL: Negative for dizziness, memory loss and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss and temperature intolerances.
ALLERGIC/IMMUNOLOGIC: Negative for seasonal allergies and urticaria.
PSYCHIATRIC: Negative for anxiety, depression and suicidal thoughts.

**PMH/FMH/SH:**
... Last Reviewed on 8/31/2012 4:18:42 PM by Martinez, Melissa N
**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant);**
Positive for
**Asthma;**
Postive for
**Gastroesophageal Reflux Disease;**
Positive for
**Hx Kidney;**

CPT® is a registered trademark of the American Medical Association

Positive for
**Juvenile Rheumatoid Arthritis;**
Positive for
**Hx anemia;**

**Surgical History:**

Positive for
**C-section: X 1; ;**
Positive for
**Lateral Meniscus repair;;**
Positive for
**Lamix L4-L5;;**

**Family History:**

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**
Positive for **Hodgkins;**

**Tobacco/Alcohol/Supplements:**
... Last Reviewed on 6/26/2013 12:53:24 PM by RODRIGUEZ, YVETTE
Tobacco: Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
... Last Reviewed on 8/31/2012 3:58:55 PM by Martinez, Melissa N
None

**Mental Health History:**
... Last Reviewed on 8/31/2012 3:59:31 PM by Martinez, Melissa N

Major Depression

**Current Problems:**
Degeneration of lumbar disc
INTRACTABLE PAIN; s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
PainCare Physicians
SURGERY: LUMBAR FUSION
Thoracic spondylosis

**Allergies:**
Last Reviewed on 6/26/2013 12:53:19 PM by RODRIGUEZ, YVETTE
Morphine ER*;

CPT ® is a registered trademark of the American Medical Association.

**FABRE, NITA**



Office/Outpatient Visit
**Visit Date:** Tue, Jul 23, 2013 10:18 am
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Jonathan Castillo, MA)
**Location:** Pain Care Physicians

Electronically signed by ANAND JOSHI, MD on 08/04/2013 06:28:10 PM
Printed on 08/15/2013 at 10:04 am.

Methadone HCl:
Latex:
steri strips:

**Current Medications:**
Last Reviewed on 6/26/2013 12:53:22 PM by RODRIGUEZ, YVETTE
CMPD NORCO/DOCUSATE* 15 mg/50 mg take 2 capsules po q 6 hours
Baclofen 20mg Tablet take 1 q 6 hours prn pain
Norco 10mg/325mg Tablet ONE TAB PO Q 4 HOURS
Ambien CR 6.25mg Tablets, Extended Release Take 1 tablet(s) by mouth at bedtime
Cymbalta 60mg Capsules, Delayed Release 1 tablet po q 12 hours
Oxycontin
COMPOUNDED NORCO FROM STONEGATE
topical
Mirena
Singulair

## OBJECTIVE:

**Vitals:**

Current: 7/23/2013 10:20:12 AM
Ht: 5 ft, 7 in; Wt: 211 lbs; **BMI: 33.0**
**T: 96.2 F (temporal); BP: 124/82 mm Hg** (left arm, sitting); **P: 110 bpm** (left arm (BP Cuff), **sitting)**

**Exams:** large bandages in place with binder
wound clean dry.
stitches clean

EYES: lids and lacrimal system are normal in appearance; conjunctiva and sclera are normal in appearance; PERRLA;
E/N/T: Ears: normal external auditory canals; on gross hearing screen, she is able to hear a whisper at both ears; Nose: nontender sinuses;
NECK: carotid exam reveals normal upstroke and no radiated murmur; thyroid is not palpably enlarged; trachea is midline;
RESPIRATORY / CHEST: normal appearance and symmetric expansion of chest wall; normal respiratory rate and pattern with no distress; normal breath sounds with no rales, rhonchi, wheezes or rubs;
CARDIOVASCULAR: normal PMI placement; no thrills, heaves, or lifts; normal rate; rhythm is regular;
GASTROINTESTINAL: nontender; normal bowel sounds; no masses;
LYMPHATIC: no enlargement of cervical or facial nodes; no supraclavicular nodes; no axillary adenopathy; no inguinal adenopathy;
BREAST/INTEGUMENT: none; no bruising or petechia noted in region of spine or extremities:
EXTREMETIES:
Peripheral Pulses: brachial: 2+ amplitude, no bruits; dorsalis pedis: 2+ amplitude, no bruits;
PSYCHIATRIC: appropriate affect and demeanor; normal psychomotor function; normal speech pattern;

## ASSESSMENT:

ZZZ PainCare Physicians
. DDx: DOING BETTER AFTER STIM -REIMIPANTATION
HERE FOR PROGRAMMING
WILL PROVIDER REFILLS OF HC, OXYC.
WILL REVIEW XR AND GET BACK TO HER

CPT® is a registered trademark of the American Medical Association

**FABRE, NITA**



Office/Outpatient Visit
**Visit Date:** Tue, Jul 23, 2013 10:18 am
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Jonathan Castillo, MA)
**Location:** Pain Care Physicians

Electronically signed by ANAND JOSHI, MD on 08/04/2013 06:28:10 PM
Printed on 08/15/2013 at 10:04 am.

PROVIDE COPY RECORDS NO CHARGE.

| | |
|---|---|
| 721.2 | Thoracic spondylosis |
| 338.28 | Other chronic postoperative pain |
| 722.10 | Lumbar radiculopathy |

## PLAN:

**Thoracic spondylosis**
The following items were recommended during our discussion with the patient:
Medications Prescribed: adjust
Follow up in 4 weeks or sooner
I spent 30 minutes minutes with the patient of which >51% was spent consultating with the patient

## ADDENDUMS:

**Addendum:** 08/13/2013 08:30 AM - JOSHI, ANAND

Visit Note Faxed to:
Debehnke, Richard D (Internal Medicine); Number (512)442-4076

CPT® is a registered trademark of the American Medical Association

**FABRE, NITA**
Office/Outpatient Visit
**Visit Date:** Mon, Aug 5, 2013 01:51 pm
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Christopher Norstrom, MA)
**Location:** Pain Care Physicians

Electronically signed by ANAND JOSHI, MD on 08/05/2013 03:22:57 PM
Printed on 08/15/2013 at 10:04 am.

## SUBJECTIVE:

**CC:**
Established Patient Visit

**HPI:**

She was presented with standard questionnaires which were reviewed during the visit. These items were scanned. The following section IS A SUMMARY of the information and items discussed during encounter. The following items were discussed directly with the medical provider during the visit:
MEDICATION USAGE SURVEY: The patients' medications including opioid and adjunctive pain medications were reviewed for effects, side effects, adverse effects, allergic, etc and the following notes were made: hHC AND MS
PSYCHOLOGICAL SURVEY: A review of psychological status was conducted today including signs of depression, self/social dysfunction, pschiatric condition, suicidal ideation and NEW findings are noted as follows: ANXOUS NEG
IMAGING SURVEY: A review of the actual pictures and reports of imaging studies was conducted and the results are as follows: NO NEW

**ROS:**
CONSTITUTIONAL: Negative for fatigue and unintentional weight loss.
EYES: Negative for blurred vision and eye pain.
E/N/T: Negative for tinnitus and oral sores/ulcers.
CARDIOVASCULAR: Negative for chest pain, palpitations and pedal edema.
RESPIRATORY: Negative for chronic cough, dyspnea and frequent wheezing.
GASTROINTESTINAL: Negative for abdominal pain, acid reflux symptoms and change in stool caliber.
GENITOURINARY: Negative for nocturia, urinary incontinence and Not Currently Pregnant.
INTEGUMENTARY/BREAST: Negative for jaundice and rash.
NEUROLOGICAL: Negative for dizziness, memory loss and seizures.
HEMATOLOGIC/LYMPHATIC: Negative for excessive bleeding and lymphadenopathy.
ENDOCRINE: Negative for hair loss and temperature intolerances.
ALLERGIC/IMMUNOLOGIC: Negative for seasonal allergies and urticaria.
PSYCHIATRIC: Positive for **anxiety, depression and feelings of stress**. Negative for suicidal thoughts.

**PMH/FMH/SH:**
..., Last Reviewed on 7/23/2013 10:20:18 AM by Castillo, Jonathan
**Past Medical History:**

Positive for
**PRE- ECLAMPSIA (when pregnant)**;
Positive for
**Asthma**;
Postive for
**Gastroesophageal Reflux Disease**;
Positive for
**Hx Kidney**;
Positive for
**Juvenile Rheumatoid Arthritis**;
Positive for
**Hx anemia**;

**Surgical History:**

Positive for

CPT ® is a registered trademark of the American Medical Association

**FABRE, NITA**



Office/Outpatient Visit
**Visit Date:** Mon, Aug 5, 2013 01:51 pm
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Christopher Norstrom, MA)
**Location:** Pain Care Physicians

Electronically signed by ANAND JOSHI, MD on 08/05/2013 03:22:57 PM
Printed on 08/15/2013 at 10:04 am.

**C-section: X 1;** ;
Positive for
**Lateral Meniscus repair;**;
Positive for
**Lamix L4-L5;**;

**Family History:**

Positive for **Hypertension ( father; mother );**
Positive for **Lung Cancer, Pancreatric Cancer and Skin Cancer ( father );**
Positive for **Type 1 Diabetes ( father; mother );**
Positive for **Fibromyalgia ( father; mother );**
Positive for **Hodgkins;**

**Tobacco/Alcohol/Supplements:**
... Last Reviewed on 7/23/2013 10:20:18 AM by Castillo, Jonathan
Tobacco:.Current Smoker: She currently smokes every day, 1-5 cigarettes per day.

Alcohol:
Drinks alcohol on a social basis only.

**Substance Abuse History:**
... Last Reviewed on 7/23/2013 10:20:18 AM by Castillo, Jonathan
None

**Mental Health History:**
... Last Reviewed on 7/23/2013 10:20:18 AM by Castillo, Jonathan

Major Depression

**Communicable Diseases (eg STDs):**
... Last Reviewed on 7/23/2013 10:20:18 AM by Castillo, Jonathan

**Current Problems:**
Last Reviewed on 7/23/2013 10:20:18 AM by Castillo, Jonathan
Degeneration of lumbar disc
INTRACTABLE PAIN: s/p lumbar fusion L4-5 2008 (Josey) & s/p stim implant Jan 2013
Low back pain
Lumbar radiculopathy
Other chronic postoperative pain
PainCare Physicians
SURGERY: LUMBAR FUSION
Thoracic spondylosis

**Allergies:**
Last Reviewed on 7/23/2013 10:20:18 AM by Castillo, Jonathan
Morphine ER*:
Methadone HCl:
Latex:
steri strips:

CPT® is a registered trademark of the American Medical Association

## FABRE, NITA

Office/Outpatient Visit
**Visit Date:** Mon, Aug 5, 2013 01:51 pm
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Christopher Norstrom, MA)
**Location:** Pain Care Physicians

Electronically signed by ANAND JOSHI, MD on 08/05/2013 03:22:57 PM
Printed on 08/15/2013 at 10:04 am.

**Current Medications:**
Last Reviewed on 7/23/2013 10:20:18 AM by Castillo, Jonathan .
Ambien CR 6.25mg Tablets, Extended Release Take 1 tablet(s) by mouth at bedtime
Baclofen 20mg Tablet take 1 q 6 hours prn pain
CMPD NORCO/DOCUSATE* 15 mg/50 mg take 2 capsules po q 6 hours
Norco 10mg/325mg Tablet ONE TAB PO Q 4 HOURS
Cymbalta 60mg Capsules, Delayed Release 1 tablet po q 12 hours
Oxycontin
COMPOUNDED NORCO FROM STONEGATE
topical
Mirena
Singulair

## OBJECTIVE:

**Vitals:**

Current: 8/5/2013 1:54:44 PM
Ht: 5 ft, 7 in; Wt: 206 lbs; **BMI: 32.3**
**T: 96.2 F** (temporal); **BP: 138/88 mm Hg** (left arm, sitting); **P: 111 bpm** (left arm (BP Cuff), **sitting)**

Exams: NEURO UNCHANGED .
BLE NL
TENDER OVER STITCHES (OUT)

EYES: lids and lacrimal system are normal in appearance; conjunctiva and sclera are normal in appearance; PERRLA;
E/N/T: Ears: normal external auditory canals; on gross hearing screen, she is able to hear a whisper at both ears; Nose: nontender sinuses;
NECK: carotid exam reveals normal upstroke and no radiated murmur; thyroid is not palpably enlarged; trachea is midline;
RESPIRATORY / CHEST: normal appearance and symmetric expansion of chest wall; normal respiratory rate and pattern with no distress; normal breath sounds with no rales, rhonchi, wheezes or rubs;
CARDIOVASCULAR: normal PMI placement; no thrills, heaves, or lifts; normal rate; rhythm is regular;
GASTROINTESTINAL: nontender; normal bowel sounds; no masses;
LYMPHATIC: no enlargement of cervical or facial nodes; no supraclavicular nodes; no axillary adenopathy; no inguinal adenopathy;
BREAST/INTEGUMENT: none; no bruising or petechia noted in region of spine or extremities:
EXTREMETIES:
Peripheral Pulses: brachial: 2+ amplitude, no bruits; dorsalis pedis: 2+ amplitude, no bruits;
PSYCHIATRIC: appropriate affect and demeanor; normal psychomotor function; normal speech pattern;

## ASSESSMENT:

ZZZ PainCare Physicians
DDx: excuse from work until aug 25 th due to increased pain and increased spasms in back, unsteady gait per history.
HOT FLASHSES- WILL SEE DEBEHNKE
waiting on weds for p.t. eval
Also has stress due to symptoms
721.2 Thoracic spondylosis
338.28 Other chronic postoperative pain
722.10 Lumbar radiculopathy

CPT ® is a registered trademark of the American Medical Association

**FABRE, NITA**



Office/Outpatient Visit
**Visit Date:** Mon, Aug 5, 2013 01:51 pm
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Christopher Norstrom, MA)
**Location:** Pain Care Physicians

Electronically signed by ANAND JOSHI, MD on 08/05/2013 03:22:57 PM
Printed on 08/15/2013 at 10:04 am.

| | |
|---|---|
| 722.52 | Degeneration of lumbar disc |
| V15.21 | SURGERY: LUMBAR FUSION |
| 724.2 | Low back pain |

## ORDERS:

**Meds Prescribed:**
Zanaflex (Tizanidine HCl) 2mg Tablet take 1 tab po q 8 hours. driving and sedation precautions #90 (Ninety) tablet(s)
Refills: 1

**PLAN:** taper cymbalta
start seroquel
supportive care with psyhcology

**Other chronic postoperative pain**
The following items were recommended during our discussion with the patient:
Rehabilitation includes the following: PT WEDS
REFERRALS: psychology for supportive care due to pain
Medications Prescribed: CONTINUE MSC AND NORO
Follow up in 2 weeks or sooner
I spent 16 minutes 45 minutes minutes with the patient of which >51% was spent consultating with the patient

Prescriptions:
Zanaflex (Tizanidine HCl) 2mg Tablet take 1 tab po q 8 hours. driving and sedation precautions #90 (Ninety) tablet(s)
Refills: 1

## ADDENDUMS:

**Addendum:** 08/05/2013 02:39 PM - JOSHI, ANAND

Visit Note Faxed to:
Debehnke, Richard D (Internal Medicine); Number (512)442-4076

**Addendum:** 08/05/2013 02:40 PM - JOSHI, ANAND

Visit Note Faxed to:
Debehnke, Richard D (Internal Medicine); Number (512)442-4076

**Addendum:** 08/05/2013 03:23 PM - JOSHI, ANAND

Visit Note Faxed to:
NeuroTexas; Number (512)474-1118

**Addendum:** 08/05/2013 04:37 PM -

CPT ® is a registered trademark of the American Medical Association

**FABRE, NITA**



Office/Outpatient Visit
**Visit Date:** Mon, Aug 5, 2013 01:51 pm
**Provider:** ANAND JOSHI, MD (Supervisor: ANAND JOSHI, MD; Assistant: Christopher Norstrom, MA)
**Location:** Pain Care Physicians

Electronically signed by ANAND JOSHI, MD on 08/05/2013 03:22:57 PM
Printed on 08/15/2013 at 10:04 am.
Visit Note Faxed to:

**Addendum:** 08/12/2013 04:55 PM -

Visit Note Faxed to:
Debehnke, Richard D (Internal Medicine); Number (512)442-4076

**Addendum:** 08/12/2013 04:57 PM -

Visit Note Faxed to:
Dr. Debehnke; Number (512)334-2493

**Addendum:** 08/13/2013 08:20 AM - JOSHI, ANAND

Visit Note Faxed to:
Debehnke, Richard D (Internal Medicine); Number (512)442-4076

CPT® is a registered trademark of the American Medical Association

**AUSTIN RADIOLOGICAL ASSOCIATION**
Innovation Excellence Partnership

# SOUTHWOOD
(512) 428-9090

Patient FABRE, NITA M

Exam Date: 25 Apr 2013

| | |
|---|---|
| DOB | |
| ARA MR # | 001658020 |
| Exam Site: | SOUTHWOOD |
| Site Phone #: | **(512) 428-9090** |
| Site Fax #: | (512) 428-9864 |
| Exam Status: | Finalized |
| Accession # | 13912231<br>13915095 |

cc RICHARD DEBEHNKE MD

Referring Physician: **RAMCHANDANI, AVANISH N, MD**
2315 W BEN WHITE BLVD
AUSTIN, TX 78704

THORACIC SPINE, AP AND LATERAL WITH SWIMMERS VIEW, ABDOMEN, 1 VIEW: 4/25/2013 1:18 PM

CLINICAL HISTORY: Electrical shock last night check leads.

COMPARISON: Thoracolumbar spine 2/3/12

FINDINGS:
Thoracic spine:
AP, lateral, and swimmer's views were performed. There is no fracture or bone destruction. Disc heights are well-preserved. There is satisfactory bony alignment without listhesis. A spinal cord stimulator is in place with the lead tips at T8-T9; with no discontinuity of the leads.

Abdomen:
Supine view of the abdomen demonstrates surgical changes at L4-L5. No other bony abnormality is noted. The lung bases are clear. Surgical staples in the right upper quadrant are compatible with a prior cholecystectomy. A large amount of retained stool is seen within the colon. There is no evidence of obstruction. No abnormal calcifications are noted. An IUD projects over the pelvis.

IMPRESSION:
1. A spinal cord stimulator is in place with the lead tips at T8-T9; with no discontinuity of the leads.
2. No acute abnormality in the thoracic spine.
3. Large amount of stool within the colon, otherwise negative abdomen.

**Shirley Chow, MD**
sc/li

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by U.S. Mail

AUSTIN RADIOLOGICAL ASSOCIATION
Innovation Excellence Partnership

**WILLIAM CANNON**
(512) 345-7311

Patient: FABRE, NITA M

Exam Date: 28 Aug 2013

DOB
ARA MR # 001658020
Exam Site WILLIAM CANNON
Site Phone # (512) 345-7311
Site Fax # (512) 345-7562
Exam Status Finalized
Accession # 14234024

Referring Physician: HIGGINBOTHAM, JEFFREY, MD
101 WEST KOENIG LN
AUSTIN, TX 78751

cc: RICHARD DEBEENKE MD

THORACIC SPINE, AP AND LATERAL WITH SWIMMERS VIEW: 8/28/2013

CLINICAL HISTORY: Severe burning pain in back.

COMPARISON: None.

FINDINGS:
Spinal stimulator is seen at the level of T8. There is no fracture or bone destruction. The disc space heights are preserved. The alignment is maintained normally without any listhesis.

IMPRESSION:
Unremarkable exam of the thoracic spine. Spinal stimulator is seen at T8.

Frank Chiu, MD
(eA)

CONFIDENTIALITY NOTICE: This report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by U.S. Mail.

# Austin Radiological Association

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pat: | FABRE, NITA | DOB: | | | | MRN: | 001650020 |
| Org: | WLX | Phone: | | Rad: | Richardson, Can | Acc# | 13266536 |
| Exam: | MRI THORACIC SPINE WITHOUT AND WITH CONTRAST | | | Date: | 8/15/2012 5:52:00 PM | Status: | F |
| Referring: | DEBEHNKE, RICHARD, MD | | | Phone: | (512) 334-2400 | Fax: | (512) 334-2492 |

MRI THORACIC SPINE WITHOUT AND WITH CONTRAST, MRI LUMBAR SPINE WITHOUT AND WITH CONTRAST: 8/15/2012 5:52 PM

**HISTORY:** Previous lumbar surgery. Back pain. Urinary incontinence.

**COMPARISON:** Seton Medical Center Kyle radiographs 2/3/12.

**TECHNIQUE:** At 1.5 Tesla, appropriate pulse sequences were employed in multiple planes. T1-weighted images were obtained both before and after the intravenous administration of a gadolinium contrast agent.

**OBSERVATION:**

Alignment: The thoracic spine shows broad rightward curvature. Lumbar alignment is normal.

Spinal cord: Normal contour and signal content. The conus medullaris is properly placed. There is no abnormal enhancement within the spinal canal.

Vertebral bodies: The hinged L4-L5 disc prosthesis produces metallic artifact. There is no indication of discitis, osteomyelitis, epidural abscess, or other operative complication.

Thoracic discs: Minor annular bulging is noted at multiple levels without significant mass effect. The left T10-T11 facet joint is mildly hypertrophic without foraminal or canal encroachment.

Lumbar discs: Mild annular bulging is noted at multiple levels without selective nerve root involvement. Facet overgrowth produces early bilateral foraminal encroachment at the L4-L5 and L5-S1 levels.

**IMPRESSION:**

1. Normal images of the spinal cord. No evidence of cord compression, cord neoplasm, or epidural fluid accumulation.
2. Minor annular bulging at multiple thoracic and lumbar levels. No selective nerve root involvement.
3. Routine postoperative appearance at the L4-L5 level.

Results were placed on the voicemail of of RICHARD DEBEHNKE, MD on 8/15/2012 6:15 PM.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | December 9, 2015 |
| To: | DR. JEFFREY HIGGINBOTHAM<br>PAIN MANAGEMENT CONSULTANTS<br>101 W KOENIG LN<br>STE 100<br>AUSTIN TX 78751 |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

December 9, 2015

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 10, 2015 through the present

We ask that you provide this information by December 23, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 12/08/2015 02:05 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(JEFFERY HIGGINBOTHAM, M.D. 12/09/2015 08:19 PM)*

**The patient is a 35 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and massage. The pain has been associated with numbness (RLE to LLE), weakness (RLE TO LLE), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 9 out of 10 (9.5). Updates include: (Pt states that she had a re-eval with PT today and it seems to be increasing her pain, spasms, flaring the sciatic pain. Pt states that her meds are not helping at all, crying in bed 3 out of last 4 days, loss of appetite due to pain.).**

**<u>Past surgical Interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**

## Vitals *(JEFFERY HIGGINBOTHAM, M.D.; 12/09/2015 08:22 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 97 °F **Pulse:** 80 (Regular) **Resp.:** 14 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 126/80

## Review of Systems *(JEFFERY HIGGINBOTHAM, M.D.; 12/09/2015 08:19 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

JEFFERY HIGGINBOTHAM, M.D. 12/09/2015 08:19 PM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

Latex Exam Gloves *MEDICAL DEVICES* []

Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Myalgia and myositis (729.1 | M79.1) ; 8/20/2015 Right Piriformis Inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Long term use of drug *POC (V58.69 | Z79.899)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Lateral epicondylitis, left (726.32 | M77.12)

### Other Medical History

Osteoarthritis

Asthma

Depression

L4-L5 fusion 2008

SCS implant Feb 2013; revised by Dr. Burnett July 2013

### Social

Current work status: Full-time Utilization Review Nurse

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Illicit drug use: None

Sleep: 4-6 hours of sleep

**Family**

Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Skin Cancer: Father
Hypertension: Mother
Cancer: Sister
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(JEFFERY HIGGINBOTHAM, M.D.; 12/09/2015 08:19 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed (pt is upset today, crying) and Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture**
**Gait - Use of assistive device (cane).**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 12/09/201508:18 PM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Had a long discussion regarding pain meds as pt is wanting an increase on pain meds again (last med increase was August 2015). Discussed realistic expectations and issues of tolerance. PT is miserable and asks for an increase on oxycodone as she states it is only lasting 4 hours. Will increase to 5/day of oxycodone but will not escalate further for awhile.
Current Plans:

- Changed OxyCONTIN 60MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 12/08/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 4-6 hours prn breakthrough pain MAX: 5/day, #150, 30 days starting 12/08/2015, No Refill.
- Continue medications with the exception of the following changes:
- Refill medications as scheduled.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision

RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1. Her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. However, she states that recent reprogramming session with St. Jude has been helpful with radicular pain in RLE but states that her pain is 90% back/ 10% leg (mostly hip/thigh). PT reports that initially PT seemed to help but now states that it is not helping with her pain at all. PT is very frusterated with her pain and states that she is crying frequently during the day due to severity of pain. Advised pt to f/u with Dr. Burnett at this point as she has tried and failed numerous injections, PT, etc.
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

- Point of Care - Urine Drug Screen (G0431); Routine ()
- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

20 minutes of this 30 minute visit was spent counseling on multidisciplinary care including CBT, PT, interventions and medications.

***JEFFERY HIGGINBOTHAM M.D.***

***JEFFERY HIGGINBOTHAM M.D.***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

301 W. Hwy 71, Ste 109 Bastrop, TX 78602 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 11/06/2015 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Monica Sanchez, MA-C 11/06/2015 02:24 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by cold, exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and massage. The pain has been associated with numbness (RLE to LLE), weakness (RLE TO LLE), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Recheck of Past Interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has not been helpful (back). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10. The patient rates their pain without medications as 9 out of 10 (9.5). Updates include: (Pt states that she had a re-eval with PT today and it seems to be increasing her pain, spasms, flaring the sciatic pain. Pt states that her meds are not helping at all, crying in bed 3 out of last 4 days, loss of appetite due to pain.).**

**<u>Recheck of Past surgical Interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Monica Sanchez, MA-C; 11/06/2015 01:54 PM)*

**Weight:** 230 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 89 (Regular) **P. OX:** 94% (Room air)
**BP:** 124/82

### Review of Systems *(Monica Sanchez, MA-C; 11/06/2015 01:53 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History KRISTY MARKELL, PA-C 11/06/2015 02:16 PM

**Allergy**
Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Long term use of drug *POC (V58.69 | Z79.899)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Myalgia and myositis (729.1 | M79.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Lateral epicondylitis, left (726.32 | M77.12)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis, right (726.5 | M70.71) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

**Other Medical History**

Asthma

Depression

Osteoarthritis

L4-L5 fusion 2008

SCS Implant Feb 2013; revised by Dr. Burnett July 2013

**Social**

Tobacco use: Smoker 3-5 cigs a day

Illicit drug use: None

Sleep: 4-6 hours of sleep

Alcohol Use: None

Exercise: daily

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active. (start 5/12/2015 end 8/10/2015; ; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 11/09/2015) Active - Hx Entry. (START: 11/9/15 end 12/09/15 150560140835 PREWRITTEN KM BASTROP 11/06/15 Supervising physician Jeffrey Higginbotham, MD)

Mobic (7.5MG Tablet, 1 (one) Tablet Oral daily for pain, Taken starting 10/09/2015) Active. (start 10/9/2015 end 1/7/2016; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 11/09/2015) Active - Hx Entry. (START: 11/9/15 END 12/09/15 150560140836 PREWRITTEN KM BASTROP 11/06/15 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule, 1 (one) Oral three times daily, Taken starting 10/09/2015) Active. (start 10/9/2015 end 1/7/2016; ; supervising physician, Jeffrey Higginbotham, MD)

Movantik (25MG Tablet, 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 10/09/2015) Active. (start 10/9/2015 end 1/7/2016; ; supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

Medications Reconciled.

**Family**

Skin Cancer: Father
Hypertension: Mother
Cancer: Sister
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 11/06/2015 03:54 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Depressed (pt is upset today, crying) and Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture**
**Gait - Use of assistive device (cane).**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 11/06/201503:55 PM)*

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Had a long discussion regarding pain meds as pt is wanting an increase on pain meds again (last med increase was August 2015). Discussed realistic expectations and issues of tolerance. PT is miserable and asks for an increase on oxycodone as she states it is only lasting 4 hours. Will increase to 5/day of oxycodone but will not escalate further for awhile.
Current Plans:

- Changed OxyCODONE HCl 15MG, 1 (one) Tablet IR every 4-6 hours prn breakthrough pain MAX: 5/day, #150, 30 days starting 11/09/2015, No Refill.
- Continued Baclofen 20MG, 1 (one) Tablet every six hours, as needed. MAX: 4/day, #120, 30 days starting 11/06/2015, Ref. x2.
- Continued OxyCONTIN 40MG, 1 (one) Tablet every 12 hrs. MAX: 2/day, #60, 30 days starting 11/09/2015, No Refill.
- Follow up in 1 month or as needed

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back pain radiating to right hip to right lateral leg to right foot for the past 6 months. She had positive discogram at L5-S1 in July 2015 as CT Myelogram in June 2015 revealed a small annular tear at L5-S1. Her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. However, she states that recent reprogramming session with St. Jude has been helpful with radicular pain in RLE but states that her pain is 90% back/ 10% leg (mostly hip/thigh). PT reports that initially PT seemed to help but now states that it is not helping with her pain at all. PT is very frusterated with her pain and states that she is crying frequently during the day due to severity of pain. Advised pt to f/u with Dr. Burnett at this point as she has tried and failed numerous injections, PT, etc.
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain for 2.5 months, pt reports her right SIJ pain has returned
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

Spent 45 minutes to an hour discussing her back pain and options for treatment at this point (ie NS referral). Also discussed pain meds in depth.

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

301 W. Hwy 71, Ste 109 Bastrop, TX 78602 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/09/2015 11:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 10/09/2015 01:01 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Recheck of Past Interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6-5 out of 10. The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (PT reports that she recently started physical therapy/massage therapy a couple of weeks ago for which she states has been helpful.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**

## Vitals *(KRISTY MARKELL, PA-C; 10/09/2015 05:01 PM)*

**Weight:** 240 lb **Height:** 67 in

*Vitals performed but not entered into chart*

**Review of Systems** *(KRISTY MARKELL, PA-C; 10/09/2015 11:22 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

KRISTY MARKELL, PA-C 10/09/2015 11:22 AM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Myalgia and myositis (729.1 | M79.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Long term use of drug *POC (V58.69 | Z79.899)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Lateral epicondylitis, left (726.32 | M77.12)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Asthma

Osteoarthritis

Depression

**Social**

Alcohol Use: None

Exercise: daily

Sleep: 4-6 hours of sleep

Current work status: Full-time Utilization Review Nurse

Illicit drug use: None

Tobacco use: Smoker 3-5 cigs a day

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 10/10/2015) Active - Hx Entry. (START: 10/10/15 END: 11/9/15 151470103829 PREWRITTEN KM BASTROP 10/9/15 Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 08/14/2015) Active - Hx Entry. (START 8/14/15 - END 8/24/15)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 09/09/2015) Active - Hx Entry. (start 9/9/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 10/10/2015) Active - Hx Entry. (START: 10/10/15 END: 11/9/15 151470103830 PREWRITTEN KM BASTROP 10/9/15 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 09/09/2015) Active - Hx Entry. (start 9/9/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active - Hx Entry. (START: 6/23/15 END: 7/23/15 LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 08/20/2015) Active - Hx Entry. (start 8/20/15 end 09/19/15 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

**Family**

Heart Disease/Vascular Disease: Father

Rheumatoid arthritis: Mother, Brother

Osteoarthritis: Mother, Sister, Brother, Father

Stroke: Father, Mother

Hypertension: Mother

Cancer: Sister

Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/09/2015 11:45 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Normal posture.**
**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/09/201511:44 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT has pain at L5/S1 but her post-disco CT only showed a very minor small central annular tear. She has previously had a L4/5 fusion without improvement in pain which a SCS implant was subsequently placed. I'm worried that more surgery will not ultimately improve her pain. her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. Her pain is 90% back/ 10% leg (mostly hip/thigh). PT recently started physical therapy/massage therapy a couple of weeks ago and appears improved since last ov and states that it definitely has helped; may start aquatic therapy as well; pt is to have a reprogramming session with St. Jude's soon as well as she states that she is not getting adequate stimulation in RLE right now
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain by 50% for 3-4 weeks but only receiving 20-30% now
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 8/20/2015 Right Piriformis Inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that the increase on oxycontin has been helpful although she still has not been able to return to work.
Current Plans:

- Continued Movantik 25MG, 1 (one) Tablet take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, #30, 30 days starting 10/09/2015, Ref. x2.
- Continued Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 10/09/2015, Ref. x2.
- Continued Mobic 7.5MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 10/09/2015, Ref. x2.
- Discontinued Dilaudid 4MG.
- Discontinued Zofran 4MG.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 10/10/2015, No Refill.
- Continued OxyCONTIN 40MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 10/10/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Stacey Pumo

***Stacey Pumo***

# Database Services Referral Report

| | | | |
|---|---|---|---|
| Referred By: | Joel Fitzgerald | Phone # and Ext: | (800) 291-0112 x13988 |

| | | | |
|---|---|---|---|
| Claim Number: | 5557206 | Claimant Address: | |
| Claimant Name | NITA FABRE | | |
| Customer: | CENTENE MANAGEMENT COMPANY | City: | |
| SSN: | | State: | |
| DOB: | | | |
| Job Desc: | CASE MANAGER II | | |

Document Location

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Search Criteria:**

- [x] ISO Claim Search
- [x] Accurint/Lexis Nexis

  Specific Type of Records to be Researched: Police report from MVA 2/2/2012 (will obtain more details from clmt interview)
- [ ] SSN Searches
- [ ] Reverse telephone number search
- [ ] Change of Address
- [ ] Medical Provider
- [ ] Occupation and Professional Licensing.
- [ ] Death Index by individual.
- [x] Social Media Searches (Facebook, Twitter, etc.)

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Thursday, December 10, 2015 12:06 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 6/20/2015. The claim has been approved through 12/18/2015. As of 12/19/2015 this claim is closed. The case manager for this claim is Joel Fitzgerald. The claim number is 5354081.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Thursday, December 10, 2015 12:06 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 6/20/2015. The claim has been approved through 12/18/2015. As of 12/19/2015 this claim is closed. The case manager for this claim is Joel Fitzgerald. The claim number is 5354081.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | December 9, 2015 |
| To: | DR. MARK BURNETT<br>NEUROTEXAS, PLLC<br>3000 NORTH IH-35<br>SUITE 600<br>AUSTIN TX 78705 |
| Attn: | |
| Fax: | (512) 474-1118 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

December 9, 2015

Dr. Mark Burnett
Neurotexas, Pllc
3000 NORTH IH-35
SUITE 600
AUSTIN, TX 78705

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Mark Burnett:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 22, 2015 through the present

We ask that you provide this information by December 23, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 559-0370

| | |
|---|---|
| Date: | December 9, 2015 |
| To: | DR. JEFFREY HIGGINBOTHAM<br>PAIN MANAGEMENT CONSULTANTS<br>101 W KOENIG LN<br>STE 100<br>AUSTIN TX 78751 |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Joel Fitzgerald<br>Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-0370 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 5557206<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

December 9, 2015

Dr. Jeffrey Higginbotham
Pain Management Consultants
101 W KOENIG LN
STE 100
AUSTIN, TX 78751

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 5557206
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 10, 2015 through the present

We ask that you provide this information by December 23, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0370 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager

Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

CENTENE Corporation

# JOB DESCRIPTION

**Position Title:** Case Manager II

**Reporting Relationship:** Varies

**FLSA Status:** Exempt

**Job Grade:** E5

---

**Position Purpose:**
Perform collaborative duties to assess, plan and coordinate continuum of care for select members with complex medical or behavioral health conditions or are at high risk in order to promote quality, cost effective care.

**Knowledge/Experience:**
2+ years of clinical nursing or case management experience. 2+ years of related experience in managed care environment.

**MHS – WI Knowledge/Experience section**
RN licensure with 3 years of clinical practice experience and 2 years of managed care experience. Practice case management within the scope of the scope of their licensure (based on the standards of the discipline).

**Competencies:**
*Knowledge Worker:* Critical Thinking/Execution, Adaptability/Flexibility, Communication/Relationship Development, Technical and Professional Knowledge

**Position Responsibilities:**

- Advanced review of admissions through on-site and telephonic review to ensure medical necessity and appropriate level of care.
- Develop, assess and adjust as necessary the care plan and promote desired outcome.
- Coordinate services between Primary Care Physician (PCP) specialist, and other medical and non-medical providers as necessary to meet the complete medical socio economic needs of clients. Participate in face to face visits with high risk members at point of service as needed. **For BCHP only, participate in face to face visits with high risk members at point of service.**
- Provide patient and provider education.
- Identify related risk management quality concerns and report these scenarios to the appropriate resources.
- Data enters assessments and authorizations into the system.

**Licenses/Certifications:**
RN or Master’s degree in Social Work. Current state driver’s license. CCM (Certified Case Manager) or other clinical certification preferred.

This job description in no way states or implies that these are the only duties to be performed by the employee(s) occupying this position. Employee(s) may be required to follow other job-related instructions and to perform other job-related duties as requested, subject to all applicable state and federal laws.

**n0221833**

**From:** Fitzgerald, Joel
**Sent:** Wednesday, December 09, 2015 1:18:15 PM
**To:** 'CTRAD@CENTENE.COM'; 'SMUSTACCHIA@CENTENE.COM'
**Cc:** dkurtz@centene.com
**Subject:** Liberty Mutual LTD Claim 5557206, Nita Fabre, Emp ID 155051
**Attachments:** image001.png

Hello,

Please provide the following information on the above employee at your earliest convenience in order to assist in the processing of the new Long Term Disability (LTD) claim we have set up, pending review at this time.

1. Please confirm the last day she physically worked at least 4 or more hours prior to her current leave of absence:

2. Please confirm if the employee is a pre-tax (ER paid) or post-tax (EE paid) benefit class.

3. If she is in the EE paid benefit class, please confirm her effective date of coverage.

Thank you for your time and assistance on this claim.

**Joel Fitzgerald**

Long Term Disability Case Manager I **/** Group Benefits Claims / Charlotte, NC – SE

Liberty Life Assurance Company of Boston / P.O. Box 7207, London, KY 40742-7207

(P) 800-291-0112 ext. 13988 (F) 603-559-0370 (SDN) 87313988

Joel.Fitzgerald@LibertyMutual.com

cid:image001.png@01CE61F2.3BF86EC0

P please consider the environment before printing this e-mail

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 x 13988 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

December 10, 2015

Ms. Nita M. Fabre

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5557206 and 5354081

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Centene Management Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since June 27, 2015. Should your disability continue through the maximum benefit date, Short Term Disability (STD) benefits are payable through December 18, 2015.

Your claim has been assigned to me for continued case management. During the remainder of this benefit period, we will be reviewing your claim for consideration under Centene Management Company's Long Term Disability (LTD) Policy. Please note that receipt of Short Term Disability (STD) benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the Short Term Disability (STD) Plan and may require that we request additional information prior to making a claim determination.

Centene Management Company's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

*1. **Notice***

*a. Notice of claim must be given to Liberty within 20 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. **Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

*"**Proof**" means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*

*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*

*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

On December 9, 2015, we requested updated medical records from your treating providers. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from July 22, 2015 through the present from Dr. Burnett's office and from October 10, 2015 to the present from Dr. Higginbotham's office.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

- X Activities Questionnaire Form
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Authorization - Medical
- X Authorization
- X Training Education Experience
- X Photocopy of Driver's License

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Centene Management Company's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 22, 2016.

If the requested medical information and claimant forms are not received within 45 days from the date of this letter, by January 22, 2016, your claim may be **closed** or **denied**.

If you have any questions regarding this matter, please contact me.

Sincerely,

Joel Fitzgerald
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13988
Secure Fax No.: (603) 559-0370

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Authorization - Medical
Authorization
Training Education Experience

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370



**Return To:** Joel Fitzgerald

EMPLOYEE/CLAIMANT NAME: Nita Fabre

CLAIM NO: 5557206 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Centene Management Company

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

Liberty Mutual INSURANCE

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left _______ Right _______

Are you able to work in your garden? Yes _______ No _______

Are you able to work on your house? Yes _______ No _______

Are you able to wash your car? Yes _______ No _______

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: _______________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: _______________

Do you have a working home copy machine/fax machine? _______ Yes _______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _______ No _______

If Yes, please provide reason and hospital contact Information: ______________________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5557206

Employer/Sponsor/Customer Name Centene Management Company

Return to: Joel Fitzgerald

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5557206
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

**Return To:** Joel Fitzgerald

EMPLOYEE/CLAIMANT NAME: Nita Fabre
CLAIM NO: 5557206
EMPLOYER/SPONSOR: Centene Management Company DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2015 to 05/31/2016 . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______
Specialty: ______
Address: ______
______
Telephone No. : ( ) ______ Fax No. : ( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. : ( ) ______ Fax No. : ( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. : ( ) ______ Fax No. : ( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. : ( ) ______ Fax No. : ( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______
Specialty: ______
Address: ______
______
Telephone No. : ( ) ______ Fax No. : ( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. : ( ) ______ Fax No. : ( ) ______

**PHARMACY(S):**

Name: ______
Specialty: ______
Address: ______
______
Telephone No. : ( ) ______ Fax No. : ( ) ______

Name: ______
Specialty: ______
Address: ______
______
Telephone No. : ( ) ______ Fax No. : ( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

**Return to:** Joel Fitzgerald

**EMPLOYEE/CLAIMANT NAME:** Nita Fabre **CLAIM #:** 5557206

**EMPLOYER/SPONSOR:** Centene Management Company **DATE OF BIRTH:** ______________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name  Relationship to you?  Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other (please describe) ______________ | $ ______ | ______ | ______ | ______ |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

EMPLOYEE/CLAIMANT NAME: Nita Fabre

CLAIM NO: 5557206

EMPLOYER/SPONSOR: Centene Management Company DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA MS CAGS PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________________________
   ______________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (      )** ______________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0370

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Nita Fabre **Claim** 5557206

**EMPLOYER/SPONSOR/CUSTOMER** Centene Management Company

**Return** Joel Fitzgerald

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Nita Fabre**
Claimant Name (Print)

Date of Birth

Claimant Signature

Date

**5557206**
Claim Number

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Monday, December 07, 2015 10:25 AM |
| **To:** | 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com' |
| **Subject:** | Claim# 5354081, NITA FABRE |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 12/18/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, December 07, 2015 10:25 AM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 12/18/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Thursday, November 19, 2015 12:01 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 12/6/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Thursday, November 19, 2015 12:01 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 12/6/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Tuesday, November 10, 2015 11:12 AM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 11/22/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Tuesday, November 10, 2015 11:12 AM |
| **To:** | 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com' |
| **Subject:** | Claim# 5354081, NITA FABRE |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 11/22/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Tuesday, October 20, 2015 12:52 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 11/8/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

| | |
|---|---|
| **From:** | Grp Mkt Clm Ops Reporting |
| **Sent:** | Tuesday, October 20, 2015 12:52 PM |
| **To:** | 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com' |
| **Subject:** | Claim# 5354081, NITA FABRE |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 11/8/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | October 13, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | Medical Records/Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

October 13, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Centene Management Company's Group Disability Plan. We are writing in reference to Nita Fabre's claim for STD benefits under the Plan.

***We have received all of the previously requested information except for the October 9, 2015 office visit notes. Please send this information to complete the request.***

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 20, 2015.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: 5354081-REQUEST-PROVIDER-10.09.2015

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | October 9, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

October 9, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 15, 2015 through present ***including October 9, 2015 office visit***

We ask that you provide this information by October 16, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

301 W. Hwy 71, Ste 109 Bastrop, TX 78602 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 10/09/2015 11:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(KRISTY MARKELL, PA-C 10/09/2015 01:01 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6-5 out of 10. The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (PT reports that she recently started physical therapy/massage therapy a couple of weeks ago for which she states has been helpful.).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**

## Vitals *(KRISTY MARKELL, PA-C; 10/09/2015 05:01 PM)*

**Weight:** 240 lb **Height:** 67 in

*Vitals performed but not entered into chart*

**Review of Systems** *(KRISTY MARKELL, PA-C; 10/09/2015 11:22 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

KRISTY MARKELL, PA-C 10/09/2015 11:22 AM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Myalgia and myositis (729.1 | M79.1) ; 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Long term use of drug *POC (V58.69 | Z79.899)

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Lateral epicondylitis, left (726.32 | M77.12)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Asthma
Osteoarthritis
Depression

**Social**

Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep
Current work status: Full-time Utilization Review Nurse
Illicit drug use: None
Tobacco use: Smoker 3-5 cigs a day

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active. (start 5/12/2015 end 8/10/2015; ; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active. (start 5/14/2015 end 8/12/2015; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 10/10/2015) Active - Hx Entry. (START: 10/10/15 END: 11/9/15 151470103829 PREWRITTEN KM BASTROP 10/9/15 Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 08/14/2015) Active - Hx Entry. (START 8/14/15 - END 8/24/15)

Mobic (7.5MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 09/09/2015) Active - Hx Entry. (start 9/9/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 10/10/2015) Active - Hx Entry. (START: 10/10/15 END: 11/9/15 151470103830 PREWRITTEN KM BASTROP 10/9/15 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 09/09/2015) Active - Hx Entry. (start 9/9/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active - Hx Entry. (START: 6/23/15 END: 7/23/15 LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 08/20/2015) Active - Hx Entry. (start 8/20/15 end 09/19/15 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

**Family**

Heart Disease/Vascular Disease: Father

Rheumatoid arthritis: Mother, Brother

Osteoarthritis: Mother, Sister, Brother, Father

Stroke: Father, Mother

Hypertension: Mother

Cancer: Sister

Skin Cancer: Father

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 10/09/2015 11:45 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Normal posture.**
**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
Head - normocephalic, atraumatic with no lesions or palpable masses.
Face - Global Assessment - atraumatic.

**Eye**
Conjuctivae and lids - normal to inspection bilaterally.

**ENMT**
Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.

**Peripheral Vascular**
Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.

**Neurologic**
Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.
Motor - Bulk and Contour - Normal.
Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).

**Neuropsychiatric**
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.
The patient's mood and affect are described as - normal.
Judgment and Insight - insight is appropriate concerning matters relevant to self.
Thought Processes/Cognitive Function - appropriate fund of knowledge.

**Musculoskeletal**
Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).
Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.
Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.
Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.
Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 10/09/201511:44 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she did not have pain relief at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT has pain at L5/S1 but her post-disco CT only showed a very minor small central annular tear. She has previously had a L4/5 fusion without improvement in pain which a SCS implant was subsequently placed. I'm worried that more surgery will not ultimately improve her pain. her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. Her pain is 90% back/ 10% leg (mostly hip/thigh). PT recently started physical therapy/massage therapy a couple of weeks ago and appears improved since last ov and states that it definitely has helped; may start aquatic therapy as well; pt is to have a reprogramming session with St. Jude's soon as well as she states that she is not getting adequate stimulation in RLE right now
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain by 50% for 3-4 weeks but only receiving 20-30% now
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Hip bursitis, right (726.5 | M70.71)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that the increase on oxycontin has been helpful although she still has not been able to return to work.
Current Plans:

- Continued Movantik 25MG, 1 (one) Tablet take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, #30, 30 days starting 10/09/2015, Ref. x2.
- Continued Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 10/09/2015, Ref. x2.
- Continued Mobic 7.5MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 10/09/2015, Ref. x2.
- Discontinued Dilaudid 4MG.
- Discontinued Zofran 4MG.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 10/10/2015, No Refill.
- Continued OxyCONTIN 40MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 10/10/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Stacey Pumo

***Stacey Pumo***

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | October 13, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | Medical Records/Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

October 13, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Centene Management Company's Group Disability Plan. We are writing in reference to Nita Fabre's claim for STD benefits under the Plan.

***We have received all of the previously requested information <u>except for the October 9, 2015 office visit notes</u>. Please send this information to complete the request.***

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 20, 2015.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: 5354081-REQUEST-PROVIDER-10.09.2015

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | October 9, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

October 9, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 15, 2015 through present ***including October 9, 2015 office visit***

We ask that you provide this information by October 16, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | October 9, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

October 9, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 15, 2015 through present ***including October 9, 2015 office visit***

We ask that you provide this information by October 16, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

October 9, 2015

Ms. Nita M. Fabre

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Centene Management Company's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On October 9, 2015, we requested updated medical information from Dr. Higginbotham. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 15, 2015 through present including your October 9, 2015 visit from Dr. Higginbotham

Centene Management Company's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 22, 2015 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: 5354081-REQUEST-PROVIDER-10.09.2015

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: October 9, 2015 | |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

October 9, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 15, 2015 through present ***including October 9, 2015 office visit***

We ask that you provide this information by October 16, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

October 9, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 15, 2015 through present ***including October 9, 2015 office visit***

We ask that you provide this information by October 16, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | October 9, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 09/09/2015 01:15 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(Lupita Guerrero, MA-C 09/09/2015 01:50 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 6-5 out of 10. The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (Patient states that SI Jt injection helped for 3-4 weeks and the bil pirformis helped 2-2 1/2 weeks. No other changes. ).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief; 8/20/15 BIL SI JT #1- some relief; 8/20/15 BIL Piriformis #2- some relief). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



**Vitals** *(Lupita Guerrero, MA-C; 09/09/2015 01:43 PM)*

**Weight:** 240 lb **Height:** 67 in
**Temp.:** 97.8 ºF (Oral) **Pulse:** 78 (Regular) **Resp.:** 16 (Unlabored)
**BP:** 122/84

**Review of Systems** *(Lupita Guerrero, MA-C; 09/09/2015 07:46 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Lupita Guerrero, MA-C 09/09/2015 07:46 AM

**Allergy**

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Long term use of drug *POC (V58.69 | Z79.899)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Myalgia and myositis (729.1 | M79.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

**Other Medical History**

Depression

Asthma

Osteoarthritis

**Social**

Current work status: Full-time Utilization Review Nurse

Tobacco use: Smoker 3-5 cigs a day

Illicit drug use: None

Sleep: 4-6 hours of sleep

Alcohol Use: None

Exercise: daily

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active. (start 5/12/2015 end 8/10/2015; ; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active. (start 5/14/2015 end 8/12/2015; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 09/10/2015) Active - Hx Entry. (START: 9/10/15 END: 10/10/15 152190108591 PREWRITTEN KM MAIN 9/9/15 Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 08/14/2015) Active - Hx Entry. (START 8/14/15 - END 8/24/15)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 07/08/2015) Active - Hx Entry. (start 7/11/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 09/10/2015) Active - Hx Entry. (START: 9/10/15 END: 10/10/15 152190108592 PREWRITTEN KM MAIN 9/9/15 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (400MG Capsule 1 (one) Oral three times daily, Taken starting 08/04/2015) Active - Hx Entry. (start 8/4/2015 end 9/3/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet, 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active. (START: 6/23/15 END: 7/23/15; LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316; Supervising Physician Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 08/20/2015) Active - Hx Entry. (start 8/20/15 end 09/19/15 lmom CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 supervising physician, Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

Medications Reconciled.

**Family**

Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Skin Cancer: Father
Hypertension: Mother
Cancer: Sister
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 09/09/2015 02:18 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture**
**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Left upper extremity - Inspection/palpation - tenderness noted (left lateral epicondyle).**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 09/09/201504:58 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT has pain at L5/S1 but her post-disco CT only showed a very minor small central annular tear. She has previously had a L4/5 fusion without improvement in pain which a SCS implant was subsequently placed. I'm worried that more surgery will not ultimately improve her pain. her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. Her pain is 90% back/ 10% leg (mostly hip/thigh). PT is to start aquatic therapy soon (appt on 9/23/2015) which will hopefully help with her pain
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 8/20/2015 Right Piriformis inj-only helpful for 2 weeks
1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful;
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief but states that now her hip pain has returned but wants to hold off on inj
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
**Today's Impression:** Recent bil SIJ on 8/20/2015 helped reduce pain by 50% for 3-4 weeks but only receiving 20-30% now
Current Plans:

**Lateral epicondylitis, left (726.32 | M77.12)**
**Today's Impression:** recommend nsaids/rest
Current Plans:

**Long term use of drug *POC (V58.69 | Z79.899)**
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that the increase on oxycontin has been helpful although she still has not been able to return to work. PT reports that the increase on gabapentin made her feel too drowsy and would like to go back to 300mg tid. PT reports that mobic 15mg causes GI upset despite taking it with food-will rx 7.5mg, if this still causes GI upset, pt is to d/c
*PT is still not working due to pain--will refer pt to have a FCE to determine physical limitations and disability status.
Current Plans:

- Changed Mobic 7.5MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 09/09/2015, No Refill.
- Changed Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 09/09/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 09/10/2015, No Refill.
- Continued OxyCONTIN 40MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 09/10/2015, No Refill.
- Referred to Physical, Therapy, (Undefined)
- Follow up in 1 month or as needed

Discussed multiple pain generators and options for treatment. OV >45 minutes

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***Catherine Ray***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/14/2015 07:50 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Brittany Thames, MA-C 08/14/2015 01:38 PM)*

**The patient is a 35 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**Past Interventions-Medical is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do (but not enough) enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10 (at best). The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (Pt states she is still having severe pain, difficulty with walking, stating she is unable to drive, she is in bed most of the say, Pain medications are not working well to control pain, pt is requesting refill for Dilaudid. Meds remain unchanged per pt review. ).**

**Past surgical interventions are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Brittany Thames, MA-C; 08/14/2015 10:03 AM)*

**Weight:** 250 lb **Height:** 67 in
**Temp.:** 99.8 °F (Oral) **Pulse:** 124 (Regular) **Resp.:** 12 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 130/110

### Review of Systems *(Brittany Thames, MA-C; 08/14/2015 01:35 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History Brittany Thames, MA-C 08/14/2015 01:35 PM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1 | M79.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Long term use of drug *POC (V58.69 | Z79.899)

**Other Medical History**

Asthma

Osteoarthritis

Depression

**Social**

Illicit drug use: None

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Sleep: 4-6 hours of sleep

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 08/11/2015) Active - Hx Entry. (start: 8/11/15 End: 9/10/15 150560140312--VOID 150560140387 Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 08/14/2015) Active - Hx Entry. (START 8/14/15 - END 8/24/15)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 07/08/2015) Active - Hx Entry. (start 7/11/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 08/11/2015) Active - Hx Entry. (start: 8/11/15 end: 9/10/15 150560140313 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (400MG Capsule 1 (one) Oral three times daily, Taken starting 08/04/2015) Active - Hx Entry. (start 8/4/2015 end 9/3/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active - Hx Entry. (START: 6/23/15 END: 7/23/15 LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Tablet Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 08/04/2015) Active - Hx Entry. (6 sample pills supervising physician, Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Hypertension: Mother
Cancer: Sister
Skin Cancer: Father
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother
Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 08/15/201510:16 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** We had a long discussion about her pain. She did have some pain at L5/S1 but her post-disco CT only showed a very minor small central annular tear. She has previously had a L4/5 fusion without improvement in pain which a SCS implant was subsequently placed. I'm worried that more surgery will not ultimately improve her pain. her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. Her pain is 90% back/ 10% leg (mostly hip/thigh). Feel maybe targeting the Si joints/piriformis would be helpful which has helped in the past. I think if we can get her past this flare, we can get her pain under control without major surgery and possible set-back in pain.

I think working with physical therapy starting in the water would be helpful to get her moving again. She has been laid up which I think is worsening her condition.

Current Plans:

- Referred to Physical, Therapy, (Undefined)

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Current Plans:

- Sacroiliac Joint (27096) ; Routine (Bilateral)
- SI joint and med protocol printed

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain/spasms

Current Plans:

- Piriformis (20552) ; Routine (Bilateral)
- TPI and med protocol printed

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that oxycontin and oxycodone 15mg do not seem to helping with her pain much at all; pt reports that she has taken extra oxycodone lately without much relief; will increase oxycontin to 40mg bid and keep rx of oxycodone to 15mg tid for btp; pt reports that neurontin seems to help "a little"-will increase to 400mg tid to see if this offers better relief

Pt also reports constipation with current pain medication regimen with Miralax offering little relief-will place pt on movantik to see if this helps

Current Plans:

- Continued Dilaudid 4MG, 1 (one) Tablet Tablet every 6 hrs PRN, max 4/day for post-op pain, #40, 10 days starting 08/14/2015, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Long term use of drug *POC (V58.69 | Z79.899)**

Current Plans:

- Point of Care - Urine Drug Screen (G0431); Routine ()
- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access in Texas on DPS website and results are consistent with what the patient is being prescribed.

20 minutes of this 30 minute visit was spent counseling on multidisciplinary care including CBT, PT, interventions and medications.

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Brittany Thames

***Brittany Thames MA-C***

Pain Management Consultants, P.A.
101 W Koenig Lane, Ste 100
AUSTIN, TX 78751
(512) 454-9426
45D2000844
Alex John, MD

Name/DOB: FABRE, NITA )
Patient ID: 13773
Phone number:
Draw Date: 8/14/2015 6:36 PM
Approval date: 8/31/2015 5:03 PM
Sex: F
Age: 35
Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 20872
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## 57 Method

| AV | 8/14/2015 6:36 PM | | 8/14/2015 12:14 PM | | 5/12/2015 4:19 PM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Dilaudid,Oxycodone,Oxycontin | 1 | Dilaudid,Oxycodone,Oxycontin | 2 | Oxycodone,Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Medication Dates | Dilaudid 8-13 | 1 | Dilaudid 8-13 | 2 | | |
| Creatinine | Normal | 1 | | 2 | | Normal >20 mg/dl |
| Nitrite | Normal | 1 | | 2 | | Normal <200 mg/dl |
| Oxidants | Normal | 1 | | 2 | | Normal |
| pH | Normal | 1 | | 2 | | Normal 4.0-10.0 |
| Specific Gravity | 1.025 | 1 | | 2 | | 1.000-1.040 |
| Morphine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| 6-MAM | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Codeine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Hydrocodone | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Hydromorphone | 179 | 1 | | 2 | | Cutoff 50 ng/ml |
| 08/31/15 5:03 PM | Consistent with medication | | | | | |
| Oxycodone | >2000 Positive | 1 | | 2 | | Cutoff 50 ng/ml |
| 08/31/15 5:03 PM | Consistent with medication | | | | | |
| Oxymorphone | >2000 Positive | 1 | | 2 | | Cutoff 50 ng/ml |
| 08/31/15 5:03 PM | Consistent with medication | | | | | |
| Meperidine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Normeperidine | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Buprenorphine | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Norbuprenorphine | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| EDDP | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Propoxyphene | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| Norpropoxphene | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Tramadol | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| N-Desmethyl-cis-Tramadol | Negative | 1 | | 2 | | Cutoff 200 ng/ml |
| Fentanyl | Negative | 1 | | 2 | | Cutoff 2 ng/ml |
| Norfentanyl | Negative | 1 | | 2 | | Cutoff 5 ng/ml |
| Carisoprodol | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Meprobamate | Negative | 1 | | 2 | | Cutoff 100 ng/ml |
| Clonazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| 7-Aminoclonazepam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Estazolam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| Alprazolam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |
| a-OH-Alprazolam | Negative | 1 | | 2 | | Cutoff 50 ng/ml |

Sample ID: 20872/1
This report continues... (Final)

Reviewed by: ____

Pain Management Consultants, P.A.
101 W Koenig Lane, Ste 100
AUSTIN, TX 78751
(512) 454-9426

45D2000844
Alex John, MD

Name/DOB: FABRE, NITA ( )
Patient ID: 13773
Phone number:
Draw Date: 8/14/2015 6:36 PM
Approval date: 8/31/2015 5:03 PM
Sex: F
Age: 35
Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 20872
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## 57 Method (cont'd)

| AV | 8/14/2015 6:36 PM | 8/14/2015 12:14 PM | 5/12/2015 4:19 PM | Ref. Range/Females |
|---|---|---|---|---|
| Diazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nordiazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Temazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Lorazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Oxazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Flunitrazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nitrazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Bromazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Clobazam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Midazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Triazolam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Flurazepam | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Ketamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Norketamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Amphetamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| Methamphetamine | Negative | 1 | 2 | Cutoff 100 ng/ml |
| MDA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| MDEA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| MDMA | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Methylphenidate | Negative | 1 | 2 | Cutoff 10 ng/ml |
| PCP | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Cocaine | Negative | 1 | 2 | Cutoff 200 ng/ml |
| Benzoylecgonine | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Tapentadol | Negative | 1 | 2 | Cutoff 25 ng/ml |
| THC | Negative | 1 | 2 | Cutoff 100 ng/ml |
| N-Desmethylclomipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Imipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| N-Desmethyltrimipramine | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Doxepin | Negative | 1 | 2 | Cutoff 25 ng/ml |
| Amitriptyline | Negative | 1 | 2 | Cutoff 50 ng/ml |
| Nortriptyline | Negative | 1 | 2 | Cutoff 50 ng/ml |

Sample ID: 2087222
END OF REPORT (Final)

Reviewed by: ________

Pain Management Consultants, P.A.

101 W Koenig Lane, Ste 100
AUSTIN, TX 78751

(512) 454-9426

45D2000844
Alex John, MD

Name/DOB: FABRE, NITA
Patient ID: 1??7?
Phone number: ( )
Draw Date: 8/14/2015 12:14 PM
Approval date: 8/18/2015 10:18 AM

Sex: F
Age: 35

Provider: Jeffrey Higginbotham
Draw Location: Pain Management Associates
Sample ID: 20731
Phlebotomist: Lynne Behrends
Entered by: Arthur Vargas

## Qualitative

| AV | 8/14/2015 12:14 PM | | 5/12/2015 4:19 PM | | 2/10/2015 2:23 PM | Ref. Range/Females |
|---|---|---|---|---|---|---|
| Patient Medications | Dilaudid,Oxycodone,Oxycontin | 1 | Oxycodone,Oxycontin | 2 | Oxycodone,Oxycontin | |
| Other Meds | None | 1 | None | 2 | None | |
| Medication Dates | Dilaudid 8-13 | 1 | | 2 | Oxycodone 2/8 | |
| Creatinine U | 313.50 | 1 | 165.30 | 2 | | Normal >20 mg/dl ng/ml |
| pH | 5.80 | 1 | 6.60 | 2 | | Normal 4.0-10.0 ng/ml |
| Specific Gravity | 1.024 | 1 | 1.026 | 2 | | 1.000-1.040 ng/ml |
| Amphetamine | Negative | 1 | Negative | 2 | | Cutoff 500 ng/ml |
| Benzodiazepine | Negative | 1 | Negative | 2 | | Cutoff 200 ng/ml |
| Opiates | Positive | 1 | Positive | 2 | | Cutoff 300 ng/ml |
| 08/17/15 3:19 PM | Consistent with Medication | | | | | |
| Oxycodone | Positive | 1 | Positive | 2 | | Cutoff 300 ng/ml |
| 08/17/15 3:19 PM | Consistent with Medication | | | | | |
| Buprenorphine | Negative | 1 | Negative | 2 | | Cutoff 5 ng/ml |
| Methadone | Negative | 1 | Negative | 2 | | Cutoff 300 ng/ml |
| EDDP | Negative | 1 | Negative | 2 | | Cutoff 300 ng/ml |
| Cocaine | Negative | 1 | Negative | 2 | | Cutoff 150 ng/ml |
| Ecstasy | Negative | 1 | Negative | 2 | | Cutoff 500 ng/ml |
| PCP | Negative | 1 | Negative | 2 | | Cutoff 25 ng/ml |
| THC | Negative | 1 | Negative | 2 | | Cutoff 100 ng/ml |

Sample ID: 20731/1
END OF REPORT (Final)

Reviewed by: __________

## Procedure

# Piriformis (20552)

NITA FABRE

**Final, Reviewed**
Diagnosis: Myalgia and myositis (729.1 | M79.1, M60.9)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 8/14/2015 (Routine)
Performed on 8/20/2015 2:47 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/20/2015

**Order Comments:**
Bilateral

# Piriformis/////

Date of Service: 8/20/2015 2:47 PM
**Procedure**
Name: PIRIFORMIS INJECTION #2
Side: Right and Left
**Surgeon**
.: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
.: Reason for procedure: muscular pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve or tissue injury, pneumothorax, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped with standard surgical prep and allowed to dry. The patient was assisted into position to expose affected area. A 22ga whitacre needle was advanced the superior/medial aspect of the hip joint into he piriformis muscle.

Fluoroscopy was utilized and a myogram was produced with contrast.
Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.
**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 8 cc
Omnipaque 240mg/ml: 4 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

## Procedure

# Piriformis (20552)

NITA FABRE

**Final, Reviewed**
Diagnosis: Myalgia and myositis (729.1 | M79.1, M60.9)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 8/14/2015 (Routine)
Performed on 8/20/2015 2:47 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/20/2015

**Order Comments:**
Bilateral

## Piriformis/////

Date of Service: 8/20/2015 2:47 PM
**Procedure**
Name: PIRIFORMIS INJECTION #2
Side: Right and Left
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD
**Procedure Details**
:: Reason for procedure: muscular pain

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve or tissue injury, pneumothorax, worsening of pain, and no change in pain. Informed consent obtained. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped with standard surgical prep and allowed to dry. The patient was assisted into position to expose affected area. A 22ga whitacre needle was advanced the superior/medial aspect of the hip joint into he piriformis muscle.

Fluoroscopy was utilized and a myogram was produced with contrast.
Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.
**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 8 cc
Omnipaque 240mg/ml: 4 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

# Procedure

## Sacroiliac Joint (27096)

NITA FABRE

**Final, Reviewed**
Diagnosis: Sacroiliitis (720.2 | M46.1)
Ordered by JEFFERY HIGGINBOTHAM, M.D. on 8/14/2015 (Routine)
Performed on 8/20/2015 2:46 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 8/20/2015

**Order Comments:**
Bilateral

## SI Joint/////////////

Date of Service: 8/20/2015 2:46 PM
**Procedure**
Name: SACROILIAC JOINT INJECTION #1
Side: Right and Left
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: sacroiliitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area. Pulse oximetry and blood pressure were monitored by the physician throughout the procedure. The area was prepped using standard surgical prep and allowed to dry. Local skin infiltration was performed with 1% Lidocaine. The inferior portion of the joint was visualized with fluoroscopy. A 22 gauge 3.5" spinal needle was placed into the SI joint utilizing direct fluoroscopic visualization.

Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2 cc
**Radiological Report**
Findings: Spread of contrast was noted intraarticular.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Recommend repeating in two weeks unless pain has resolved completely. My office will contact the patient to schedule.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, October 05, 2015 12:27 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 10/18/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, October 05, 2015 12:27 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 10/18/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, September 09, 2015 11:25 AM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 9/30/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, September 09, 2015 11:25 AM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 9/30/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**n0196829**

**From:** Tax Unit Grp Mkt Claims
**Sent:** Tuesday, September 08, 2015 10:04:43 AM
**To:** Buss, Heather
**Subject:** RE: Claim 5354081 - ASO W/O 501C-9 TRUST EXTENDED FOR MULTIPLE MODES
**Attachments:** image001.png

FEDERAL ONLY

*Mode:*

Weekly (5)

*# of Modes:*

2.00

*Filing Status:*

Single

0

*FIT override:*

***$***

***203.75***

*SIT override:*

The state withholding is all set to issue as is.

*****Please remember to remove the override amounts after the check has been issued.***

**Yosephine Ng**
**Financial Ops Rep II / Group Benefits Tax Administration**

Liberty Life Assurance Company of Boston

100 Liberty Way- Mailstop 02-4, Dover, NH 03820
**Desk:** 02F-P650

**Tel:** 1-888-437-7611 ext. 16366, **SDN:** 8-7316366

**Fax:** (603)334-5770

**E-Mail:** Yosephine.Ng@LibertyMutual.com

Liberty Mutual Insurance

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-888-437-7611 ext.16366 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Buss, Heather
**Sent:** Tuesday, September 08, 2015 10:02 AM
**To:** Tax Unit Grp Mkt Claims
**Subject:** Claim 5354081 - ASO W/O 501C-9 TRUST EXTENDED FOR MULTIPLE MODES

*Good Afternoon,*

*Could you please calculate the State and Federal Withholding for claim number 5354081.   The scheduled payment is currently set up.*

*Thank you,*

***Heather Buss***

*Long Term Disability Case Manager / Group Benefits Disability Claims / Charlotte, NC -SE*

*Liberty Life Assurance Company of Boston / P.O. Box 7209, London, KY 40742-7209*

*(P) 800-291-0112 Ext. 13968 (F) 603-334-8042 (SDN) 8-73-13968*

*Heather.Buss@libertymutual.com*

*This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-320-7585 extension 41443 and permanently delete the original and any copy of any e-mail and any printout thereof.*

TO:

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | August ~~24~~ 27, 2015 |
| ~~To:~~ FROM. | DR JEFFREY HIGGINBOTHAM |
| ~~Attn:~~ From | Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| ~~From:~~ TO: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages (Including Cover): | ~~4~~ 19 pages |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# Restrictions Form

**Return To:** Heather Buss

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| Nita Fabre | | 5354081 |

**To be completed by physician:**

1. DATE FIRST TREATED — 8/22/2013
DATE LAST TREATED — 8/20/15
NEXT OFFICE VISIT — 9/9/15

DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES: Postlaminectomy Syndrome, lumbar 722.83; Hip bursitis 726.5; Sacroiliitis 720.2

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency (*SEE KEY*). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

Pt is unable to lift more than 10 lbs, due to severe back pain. She is also unable to walk or stand longer than 10-15 min, at a time, due to severe back pain radiating to right leg. Sitting longer than 10-15 min at a time exacerbates back pain as well.

4. RESTRICTIONS IMPOSED FROM 8/26/15 TO 9/26/15.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? 9/9/15

Unfortunately, the radiofrequency thermocoagulation procedure did not provide much benefit. Pt had a piriformis injection & bilateral sacroiliac joint injection on 8/20/15. Hopefully this will provide benefit to pt so she is able to return to work.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

Please see imaging & myelogram of L-spine; positive discogram at L5-S1 on 7/30/15. Neurosurgery wants pt to [illegible]

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 8/4/15 TO 8/14/15

| | | |
|---|---|---|
| Jeffrey Higginbotham MD | MD – Pain Management | 714-269385 Cardiac, thoracic surgery |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 101 W. Koenig Lane | (512) 454-9426 | (512) 454-7294 |
| Street Address | Telephone Number | Fax Number |
| Austin, TX 78751 | [signature] | 8/26/15 |
| City, State & Zip Code | Signature | Date |

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

August 24, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 9, 2015 through present

- Completion of the enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by August 31, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Restrictions Form

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/04/2015 01:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Chris Lindley, EMT-B 08/04/2015 04:52 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ) and loss of bladder control (poor control of flow, and difficult to initiate), while there has been no loss of bowel control.**
**Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do (but not enough) enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10 (at best). The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (Pt reports that the rftc helped some but still has severe lower back pain and radiating pain in RLE. Pt is not working due to severe pain.).**

**<u>Recheck of Past surgical Interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Chris Lindley, EMT-B; 08/04/2015 02:05 PM)*

**Weight:** 250 lb **Height:** 67 in
**Temp.:** 99.4 ºF (Oral) **Pulse:** 78 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 126/78

### Review of Systems *(KRISTY MARKELL, PA-C; 08/04/2015 04:53 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History
Chris Lindley, EMT-B 08/04/2015 08:58 AM

### Allergy

Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []

### Past Medical

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months wearing a SIJ belt 2-3 hrs during the day helps

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Myalgia and myositis (729.1 | M79.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Sleep: 4-6 hours of sleep
Current work status: Full-time Utilization Review Nurse
Alcohol Use: None
Exercise: daily
Tobacco use: Smoker 3-5 cigs a day
Illicit drug use: None

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 08/11/2015) Active - Hx Entry. (start: 8/11/15 End: 9/10/15 150560140312 prewritten KM 8/4/15 Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 07/30/2015) Active - Hx Entry. (START 7/30/15 - END 8/5/15)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 07/08/2015) Active - Hx Entry. (start 7/11/2015 end 10/9/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 08/11/2015) Active - Hx Entry. (start: 8/11/15 end: 9/10/15 150560140313 prewritten Km 8/4/15 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Oral three times daily, Taken starting 07/08/2015) Active - Hx Entry. (start 7/9/2015 end 8/8/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active - Hx Entry. (START: 6/23/15 END: 7/23/15 LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316 Supervising Physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Skin Cancer: Father
Hypertension: Mother
Cancer: Sister

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 08/04/2015 02:49 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted.**
**Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 08/04/201504:53 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back and RLE pain for the past 2 months and states that she can only walk a few minutes before she experiences severe right leg pain; CT Myelogram indicates stable fusion L4-L5 with potential for nerve irritation of right and left S1 nerve root; pt has not been working since June 22nd due to back pain; SCS somewhat helpful; recent TF LESI right L5, S1 on 6/29/2015 offered only 2-3 days of pain relief; pt had a positive discogram at L5-S1 last week on 7/30/2015; she is to f/u with Dr. Burnett soon
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain/spasms
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that oxycontin and oxycodone 15mg do not seem to helping with her pain much at all; pt reports that she has taken extra oxycodone lately without much relief; will increase oxycontin to 40mg bid and keep rx of oxycodone to 15mg tid for btp; pt reports that neurontin seems to help "a little"-will increase to 400mg tid to see if this offers better relief

Pt also reports constipation with current pain medication regimen with Miralax offering little relief-will place pt on movantik to see if this helps
Current Plans:

- Started Movantik 25MG, 1 (one) Tablet take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, #6, 6 days starting 08/04/2015, No Refill.
- Changed OxyCONTIN 40MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 08/11/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 08/11/2015, No Refill.
- Changed Neurontin 400MG, 1 (one) Capsule three times daily, #90, 30 days starting 08/04/2015, No Refill.
- Follow up in 1 month or as needed

**KRISTY MARKELL PA-C**

**KRISTY MARKELL PA-C**

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 08/14/2015 07:50 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Brittany Thames, MA-C 08/14/2015 01:38 PM)*

**The patient is a 35 year old female who presents with a complaint of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position (constantly), medication/s and cold. The pain has been associated with numbness (RLE ), weakness (RLE ), loss of bladder control (poor control of flow, and difficult to initiate) and loss of bowel control (difficult to initiate).**
**Additional reasons for visit:**

**<u>Past Interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor (very). The patient rates their functional status as poor (extremely). The pain medications do (but not enough) enhance the patient's comfort and function. The patient rates their pain with medications as 6 out of 10 (at best). The patient rates their pain without medications as 10 out of 10 (at worst). Updates include: (Pt states she is still having severe pain, difficulty with walking, stating she is unable to drive, she is in bed most of the say, Pain medications are not working well to control pain, pt is requesting refill for Dilaudid. Meds remain unchanged per pt review. ).**

**<u>Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude). Discogram - Response: Findings: (+discogram at L5-S1 on 7/30/2015).**



## Vitals *(Brittany Thames, MA-C; 08/14/2015 10:03 AM)*

**Weight:** 250 lb **Height:** 67 in
**Temp.:** 99.8 °F (Oral) **Pulse:** 124 (Regular) **Resp.:** 12 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 130/110

**Review of Systems** *(Brittany Thames, MA-C; 08/14/2015 01:35 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Present- Constipation. Not Present- Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History
Brittany Thames, MA-C 08/14/2015 01:35 PM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Methadone HCl *ANALGESICS - OPIOID* []: Itching
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4) ; lyrica-swelling

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1 | M79.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Long term use of drug *POC (V58.69 | Z79.899)

**Other Medical History**

Asthma

Osteoarthritis

Depression

**Social**

Illicit drug use: None

Tobacco use: Smoker 3-5 cigs a day

Alcohol Use: None

Exercise: daily

Sleep: 4-6 hours of sleep

Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active. (start 5/12/2015 end 8/10/2015; ; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active. (start 5/14/2015 end 8/12/2015; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (40MG Tab 12HR Deter, 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 08/11/2015) Active. (start: 8/11/15 End: 9/10/15; 150560140312--VOID; 150560140387; Supervising physician Jeffrey Higginbotham, MD)

Dilaudid (4MG Tablet, 1 (one) Tablet Oral every 6 hrs PRN, max 4/day for post-op pain, Taken starting 08/14/2015) Active. (START 8/14/15 - END 8/24/15)

Mobic (15MG Tablet, 1 (one) Tablet Oral daily for pain, Taken starting 07/08/2015) Active. (start 7/11/2015 end 10/9/2015; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet, 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 08/11/2015) Active. (start: 8/11/15 end: 9/10/15; 150560140313; Supervising physician Jeffrey Higginbotham, MD)

Neurontin (400MG Capsule, 1 (one) Oral three times daily, Taken starting 08/04/2015) Active. (start 8/4/2015 end 9/3/2015; ; supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet, 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active. (START: 6/23/15 END: 7/23/15; LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316; Supervising Physician Jeffrey Higginbotham, MD)

Movantik (25MG Tablet 1 (one) Tablet Oral take 1 hour prior to 1st meal of the day on an empty stomach for opiod induced constipation, Taken starting 08/04/2015) Active - Hx Entry. (6 sample pills supervising physician, Jeffrey Higginbotham, MD)

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

PriLOSEC (40MG Capsule DR, Oral) Active.

Medications Reconciled.

**Family**

Hypertension: Mother
Cancer: Sister
Skin Cancer: Father
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother
Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Assessment & Plan** *(JEFFERY HIGGINBOTHAM, M.D.; 08/15/2015 10:16 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
RFTC bil L2, L3, L4, L5, S1--only helped L2-L4 50% pain relief up to date, pt reports that she has not noticed much relief of pain at L5-S1
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** We had a long discussion about her pain. She did have some pain at L5/S1 but her post-disco CT only showed a very minor small central annular tear. She has previously had a L4/5 fusion without improvement in pain which a SCS implant was subsequently placed. I'm worried that more surgery will not ultimately improve her pain. her pain above the fusion has improved with RFTC though L5/S1 RFTC didn't help. Her pain is 90% back/ 10% leg (mostly hip/thigh). Feel maybe targeting the SI joints/piriformis would be helpful which has helped in the past. I think if we can get her past this flare, we can get her pain under control without major surgery and possible set-back in pain.

I think working with physical therapy starting in the water would be helpful to get her moving again. She has been laid up which I think is worsening her condition.

Current Plans:

- Referred to Physical, Therapy, (Undefined)

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

Current Plans:

- Sacroiliac Joint (27096) ; Routine (Bilateral)
- SI joint and med protocol printed

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain/spasms

Current Plans:

- Piriformis (20552) ; Routine (Bilateral)
- TPI and med protocol printed

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** PT reports that oxycontin and oxycodone 15mg do not seem to helping with her pain much at all; pt reports that she has taken extra oxycodone lately without much relief; will increase oxycontin to 40mg bid and keep rx of oxycodone to 15mg tid for btp; pt reports that neurontin seems to help "a little"-will increase to 400mg tid to see if this offers better relief

Pt also reports constipation with current pain medication regimen with Miralax offering little relief-will place pt on movantik to see if this helps

Current Plans:

- Continued Dilaudid 4MG, 1 (one) Tablet Tablet every 6 hrs PRN, max 4/day for post-op pain, #40, 10 days starting 08/14/2015, No Refill.
- Continue medications at current strength and dose. Refill as scheduled. Patient advised to continue home exercise program. The goal of treatment is pain relief and improved physical and psychosocial function. The goal is being met.
- Counseled patient about chronic pain and our multidisciplinary treatment approach, including the use of medications, interventional therapies, physical and psychological therapies, and pertinent lifestyle issues. The diagnosis, treatment plan, anticipated therapeutic results, including realistic expectations, outlined therapies, potential side effects, adverse events and the potential for impaired judgement was all discussed with the patient. Questions were invited and the patient consented to this plan of treatment.
- FOLLOW UP IN 30 DAYS or sooner if needed

**Long term use of drug *POC (V58.69 | Z79.899)**

Current Plans:

- Point of Care - Urine Drug Screen (G0431); Routine ()
- Based on SOAPP-R score as noted in history, urine drug screen is ordered today for abnormal findings, including the presence or absence of prescribed drugs, presence of nonprescribed substances, detection of illicit substances and adulterated urine samples.

  Confirmatory testing will be done in instances where preliminary testing demonstrates inconsistencies.
- Reviewed Prescriptive Access In Texas on DPS website and results are consistent with what the patient is being prescribed.

20 minutes of this 30 minute visit was spent counseling on multidisciplinary care including CBT, PT, interventions and medications.

Brittany Thames

***Brittany Thames MA-C*** ***JEFFERY HIGGINBOTHAM M.D.***

RIVER RANCH RADIOLOGY®

Patient:NITA FABRE
DOB:12 00:00
Patient ID:R171136
Exam Site:RRR PO

Exam Date:06 /22/2015 13:30
Referring Physician:
JEFFERY HIGGINBOTHAM MD

**PROCEDURE:** Lumbar myelogram

**CLINICAL HISTORY:** Prior lumbar fusion, 2008. Lumbar stimulator 2013 with persistent back pain into the right lower extremity with weakness.

**COMPARISON:** None. I will be happy to dictate an addendum if and when comparison studies become available.

**TECHNIQUE:** Informed consent was obtained from patient. Patient was prepped and draped in the usual sterile fashion. Lidocaine buffered bicarbonate utilized for local anesthesia. 25 gauge needle was advanced into the spinal canal via intralaminar space to the right of midline at the level of L3-4. Fluoroscopic guidance utilized. 15 cc of Isovue-M 200 were injected. Multiple images of the lumbar spine were obtained in the prone and upright position, including standing upright images using the lateral projection with hip flexion and hip extension.

**FINDINGS:** L4-5 anterior column hardware and graft material, solid-appearing fusion with no evidence of instability. No spondylolisthesis. No fracture. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space, a finding that is commonly seen at this level in asymptomatic individuals (physiologic) , but clinical correlation will be of value confirm or exclude S1 nerve irritation. Less than 20% front back canal compromise L3-4 and L5-S1. No compression of descending nerve roots at any level of the lumbar spine otherwise detected.

**IMPRESSION:**

**1. L4-5 solid-appearing fusion without evidence of instability. CT which follows will further assess hardware and fusion integrity.**

**2. Mild front back canal compromise L3-4 and L5-S1 without nerve root truncation. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space may**

be physiologic, but could indicate nerve root irritation or inflammation. CT which follows will further assess spinal canal and neural exit foramen.

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:08
ddt 06 /24/2015 00:08
tdt 06 /24/2015 00:08
transcriber Campbell^Scott^E^^MD

Key images:0

Thank you for your referral!

(512) 454-9597 · (800) 394-7226 · (512) 459-7449 (fax)

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

**THINK GREEN. THINK PACS.**

Save film and sign up today at pacs@riverranchradiology.com or pacs@senderoimaging.com.

# IMAGING SERVICES REPORT

**Seton Northwest**

CLINICAL INDICATIONS/HISTORY:
POST LAMINECTOMY SYNDROME

Location:
Patient: FABRE, NITA
DOB:
Age/Sex: 35 Y/
Account#: 728184256
Ordering Phys: Higginbotham, Jeffrey N, Pain Mgmt

| MR Number | Film Date: |
|---|---|
| 000005569454 | 7/30/15 16:42 |

PROCEDURE AND ACCESSION NUMBER:
CT Spine Lumbar with Contrast, 7/30/15 16:42, #7933272

ACC #7933272: CT Spine Lumbar following discography: 7/30/2015 4:42 PM

HISTORY: POST LAMINECTOMY SYNDROME,

COMPARISON: Plain film examination dated 9/6/2012, Lumbar MRI dated 8/15/2012.

TECHNIQUE: Axial images of the lumbar spine were obtained after three level discography, with sagittal and coronal reformats. Soft tissue and bone windows were reviewed.

FINDINGS:

Morphology: There is no fracture or suspicious lesion. Vertebral heights are within normal limits.

Alignment: Alignment is within normal limits.

Disc Levels: The T10-T11, T11-T12, T12-L1 and L1-L2 levels are unremarkable. At L2-L3, contrast material is seen in the nucleus pulposus. No annular fissure is noted. No disc protrusion is seen. The central canal and neural foramina are adequate.

At L3-L4, contrast material is contained within the nucleus pulposus. No annular fissure is identified. No disc protrusion is noted. The neural foramina are adequate.

At L4-L5, there is evidence of prior anterior fusion. This appears solid.

At L5-S1, contrast material is seen in the nucleus pulposus. This may minimally extend to the posterior central disc margin which may indicate a small central annular fissure. Moderate left-sided and mild right-sided facet arthropathy is present.

Other: There is an intrauterine device within the uterus.

IMPRESSION:
Small posterior central annular fissure at L5-S1.

Prior lumbar fusion at L4-L5.

Joshua Abramowitz, MD

Electronically Signed: 7/31/2015 10:26 AM
Finalized: 7/31/2015 10:26 AM

# IMAGING SERVICES REPORT

## Seton Northwest

| CLINICAL INDICATIONS/HISTORY: | |
|---|---|
| POST LAMINECTOMY SYNDROME | Location: |
| | Patient: FABRE, NITA |
| | DOB: |
| | Age/Sex: 35 Y/ |
| | Account# 728184256 |
| | Ordering Phys: Higginbotham, Jeffrey N, Pain Mgmt |

| MR Number | Film Date: |
|---|---|
| 000005569454 | 7/30/15 16:42 |

CT Spine Lumbar with Contrast; 7/30/15 16:42, #7933272

Final Report

SETON

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

August 24, 2015

Dr. Mark Burnett
Neurotexas, Pllc
3000 NORTH IH-35
SUITE 600
AUSTIN, TX 78705

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Mark Burnett:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 22, 2015 through present

- Completion of the enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by August 31, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Restrictions Form

- PT IS UNDER NO RESTRICTIONS BY OUR OFFICE.
- SURGERY WAS TWO YEARS AGO.
- CURRENT RESTRICTIONS SHOULD BE ADDRESSED BY PCP OR PAIN MANAGEMENT.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# Restrictions Form

Return To: Heather Buss

| Nita Fabre | | 5354081 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — ______________
   DATE LAST TREATED — ______________
   NEXT OFFICE VISIT — ______________
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

N/A

4. RESTRICTIONS IMPOSED FROM ______________ TO ______________.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______________ TO ______________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
5124741114 Fax: 5124741118



**Nita Fabre** Home:
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

**07/21/2015 - Office Visit: Low back pain**
**Provider: Mark G Burnett MD**
**Location of Care: Neurotexas, PLLC**

**CC:** LBP & RLE pain.

**History of Present Illness:**
The patient returns today for a followup visit. I have not seen her in quite some time. She has a lumbar spinal stimulator in place. It does give her relief of her symptoms, but she is having more pain in the low back as well as around the sacral region and piriformis area. She does get some extension to the leg from time to time, predominantly on the right side. She has tried physical therapy, injections, pain medications, anti-inflammatory medications, and muscle relaxants. She did mention some bowel and bladder changes, and these seem to be more related to muscle spasms since they occur the same time her pain increases.

## Risk Factors:

Smoked Tobacco Use: Light tobacco smoker
Alcohol use: no

## Review of Systems

See HPI

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 35 Years Old Female |
| Height: | 67 inches |
| Weight: | 245 pounds |
| BMI: | 38.37 |
| Pulse rate: | 102 / minute |
| BP sitting: | 125 / 82 |
| Pt. In pain? | yes |
| Intensity: | 7 |

Vitals Entered By: Susan Johnson (July 22, 2015 11:53 AM)

## Physical Exam

**General:**
Strength and sensation are full. Reflexes symmetrical. Gait is antalgic. Straight leg raise causes back pain. Incisions are well healed.

Constitutional: Well-nourished, well-developed and in no obvious distress.

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
5124741114 Fax: 5124741118

*August 27, 2015*
Page 2
Office Visit

**Nita Fabre** Home:
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

**Heart:**
Skin is normal temperature. Edema is not present.
**MSK:**
Gait and station normal. Muscle bulk is normal. Muscle tone is normal. Motor strength 5/5 in all major muscle groups of the upper and lower extremities. Except as noted above.
**Extremities:**
Inspection of digits and nails reveals no abnormalities.
**Neurologic:**
Awake, alert, oriented with normal memory, language, and fund of knowledge. Testing of cranial nerves reveals no deficits. Exam of sensation reveals no abnormalities. Deep tendon reflexes are normal. Except as noted above.

## Allergies:
1) Methadone Hcl (methadone Hcl Tabs) (critical)
2) Morphine Sulfate (morphine Sulfate Tabs) (critical)
3) Latex Gloves (disposable Gloves) (critical)

Diagnostic Testing Review:
CT Myelogram (RRR)
She has a lumbar CT myelogram that I reviewed. It shows an anterior fusion that she had many years ago at an outside facility, and that seems solid at L4-5. She has perhaps some narrowing of the foramen at L5-S1 but no central compression at all. The disc height is appropriate at L5-S1 and the curvature is normal.

Patient Education:

Dictation Assessment:
Ms. Fabre returns today for a followup visit. I have treated her for chronic pain with placement of a lumbar spinal stimulator. She had an anterior lumbar fusion done at an outside facility many years ago at L4-5. She presents with more pain that seems greatly muscular but could be discogenic as well. She describes pain in the sacral region as well as extending into the piriformis area, gluteus area, and proximal leg for the most part on the right side. She does get some symptoms that extend down below the knee on occasion and is getting some spasms that seem to be so severe that they are causing her some change in her bladder function. There is no evidence of nerve compression that would relate to bowel or bladder issues on her myelogram. There is evidence of perhaps some mild narrowing at L5-S1 in the foramen. There is no other clear anatomic issue on that myelogram, but of course we cannot see the disc integrity itself on CT.

Dictation Plan:
At this point, I do not have a significant anatomic target that can be used to help with her pain. I would request that she continue to follow with her pain management physician. We could try a lumbar discogram to see if the L5-S1 disc is now a pain generator for her and the source of the discomfort that causes her spasms. Aside from that, I am not sure that we have a clear surgical direction in which we can move. I discussed this with her and answered all of her questions today. Should she have a discogram, I certainly would be happy to be involved in her care if positive.

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
5124741114 Fax: 5124741118



**Nita Fabre** Home: (
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

**Electronically signed by Mark G Burnett MD on 08/09/2015 at 3:22 PM**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | August 24, 2015 |
| To: | DR. MARK BURNETT<br>NEUROTEXAS, PLLC<br>3000 NORTH IH-35<br>SUITE 600<br>AUSTIN TX 78705 |
| Attn: | Dr. Burnett |
| Fax: | (512) 474-1118 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

August 24, 2015

Dr. Mark Burnett
Neurotexas, Pllc
3000 NORTH IH-35
SUITE 600
AUSTIN, TX 78705

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Mark Burnett:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 22, 2015 through present

- Completion of the enclosed Forms:

  _X_ Restrictions Form
  __ Other

We ask that you provide this information by August 31, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Restrictions Form

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# Restrictions Form

**Return To:** Heather Buss

Nita Fabre — **Employee /Claimant Name**
______ — **Date of Birth**
5354081 — **Claim Number**

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | August 24, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

August 24, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 9, 2015 through present

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by August 31, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# Restrictions Form

**Return To:** Heather Buss

| Nita Fabre | | 5354081 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________

   **DATE LAST TREATED** — ____________ ____________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**__________**TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

August 24, 2015

Ms. Nita M. Fabre

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Centene Management Company's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On August 24, 2015, we requested the following information from Dr. Burnett and Dr. Higginbotham. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 22, 2015 through present and a completed restrictions form from Dr. Burnett
- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 9, 2015 through present and a completed restrictions form from Dr. Higginbotham

Please complete the forms indicated below and return them to our office by September 8, 2015:

_X_ Authorization - Medical
___ Other

Centene Management Company's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 7, 2015 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Authorization - Medical
5354081-REQUEST-PROVIDER-08.24.2015
5354081-REQUEST-PROVIDER-08.24.2015

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5354081

Employer/Sponsor/Customer Name Centene Management Company

Return to: Heather Buss

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5354081
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | August 24, 2015 |
| To: | DR. MARK BURNETT<br>NEUROTEXAS, PLLC<br>3000 NORTH IH-35<br>SUITE 600<br>AUSTIN TX 78705 |
| Attn: | Dr. Burnett |
| Fax: | (512) 474-1118 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

August 24, 2015

Dr. Mark Burnett
Neurotexas, Pllc
3000 NORTH IH-35
SUITE 600
AUSTIN, TX 78705

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Mark Burnett:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 22, 2015 through present

- Completion of the enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by August 31, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# Restrictions Form

**Return To:** Heather Buss

| Nita Fabre | | 5354081 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________

   **DATE LAST TREATED** — ____________

   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8042

| | |
|---|---|
| Date: | August 24, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | Dr. Higginbotham |
| Fax: | (512) 454-7294 |
| From: | Heather Buss<br>Disability Claims Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8042 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

August 24, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 9, 2015 through present

- Completion of the enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by August 31, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8042 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8042

# Restrictions Form

**Return To:** Heather Buss

| Nita Fabre | | 5354081 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________

   **DATE LAST TREATED** — ____________

   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**____________**TO** ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# neurotexas, PLLC

Dr. Mark G. Burnett • Dr. Douglas J. Fox • Dr. James Waldron • Dr. K. Michael Webb

Telephone: (512) 474-1114 Fax: (512) 474-1118

**3000 North IH-35., Suite 600, Austin, TX 78705**

4316 James Casey, # B101, Austin TX 78745

12221 Renfert Way, #345, Austin TX 78758

7200 Wyoming Springs Rd, # 1400, Round Rock TX 78681

201 Bay West Boulevard, Horseshoe Bay, TX 78657

1340 Wonder World Dr., # 4301, San Marcos, TX 78666

Two St. Mark's Place, Suite 110, La Grange, TX 78945

To: Liberty Mutual

Fax#: 603-334-8042

From: Julia

Date: AUG 1 4 2015

Pages: (including cover) 7

Re: Nita Fabre

Phone:

DOB: 12/17/79

7/21/15 OV.

Confidentiality Notice: The documents accompanying this transmission contain confidential privileged information. The information is the property of the sender and intended only for the use by the individual or entity named above. The recipient of this information is prohibited from disclosing the contents of information to another party.

neurotexas, PLLC
*Brain & Spinal Surgery*

## Authorization Form for the Release and Disclosure of Protected Health Information

Email: NeuroTexasMedRec@HCAHealthcare.com Fax: 512-474-1118

Patient Name: Nita Fabre Date of Birth: ___

Address: ___

Zip Code: ___ Phone #: ___ Fax #: ___

**I hereby authorize the release and disclosure of my protected health information to:**
**(choose one of the following options)**

1. **Self:** ◯ to be mailed ◯ to be picked up at office ⊗ to be faxed
2. **Other Physician(s):**

Name: Liberty Mutual Phone #: 800-291-0112 ext 13968

Address: ___ Fax #: (603) 334-8042

City: Charlotte State: NC Zip Code: ___

**Please send the following records: (check all that apply)**

☒ Office Visit Notes ☒ Radiology Reports ☒ Operative Reports ☐ Other (Specify)

**Date(s) of Service:** 7/21/15 - no end

I understand that the information in my health records may include information relating to communicable disease, Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV), genetic testing or screening, behavioral or mental health, alcohol/drug (substance) abuse or any such related information. This authorization is voluntary and I may refuse to sign this authorization. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form. The authorization will expire by law 180 days from the date of this authorization unless I specify otherwise.

I understand that I may inspect or copy the information to be used or disclosed, and that information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient, and may no longer be protected by federal and state privacy regulations. I understand that NeuroTexas, PLLC charges a processing fee for this service. According to the regulations outlined by the Board of Medical Examiners and in compliance with Texas statute, a fee of $25.00 for the first 20 pages and $0.50 per page thereafter, plus postage will be charged for record requests.

I further understand that I may revoke this authorization at any time by notifying NeuroTexas, PLLC. If I revoke this authorization, I must do so in writing and the written revocation must be signed and dated with a date that is later than the date on this authorization. The revocation will not affect any actions taken before the receipt of the written revocation.

Nita Fabre
Printed Name of Patient or Patient's Representative

7/21/15
Date

[signature]
Signature of Patient or Patient's Representative

Self
Relationship to Patient

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
5124741114 Fax: 5124741118

*August 13, 2015*
Page 1
Office Visit

**Nita Fabre** [redacted] Home: [redacted]
Female DOB: [redacted] 590 [redacted] Ins: BCBS of Texas Grp: HTC363

**07/21/2015 - Office Visit: Low back pain**
**Provider: Mark G Burnett MD**
**Location of Care: Neurotexas, PLLC**

**CC:** LBP & RLE pain.

**History of Present Illness:**
The patient returns today for a followup visit. I have not seen her in quite some time. She has a lumbar spinal stimulator in place. It does give her relief of her symptoms, but she is having more pain in the low back as well as around the sacral region and piriformis area. She does get some extension to the leg from time to time, predominantly on the right side. She has tried physical therapy, injections, pain medications, anti-inflammatory medications, and muscle relaxants. She did mention some bowel and bladder changes, and these seem to be more related to muscle spasms since they occur the same time her pain increases.

## Risk Factors:

Smoked Tobacco Use: Light tobacco smoker
Alcohol use: no

## Review of Systems

See HPI

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 35 Years Old Female |
| Height: | 67 inches |
| Weight: | 245 pounds |
| BMI: | 38.37 |
| Pulse rate: | 102 / minute |
| BP sitting: | 125 / 82 |

| | |
|---|---|
| Pt. in pain? | yes |
| Intensity: | 7 |

Vitals Entered By: Susan Johnson (July 22, 2015 11:53 AM)

## Physical Exam

**General:**
Strength and sensation are full. Reflexes symmetrical. Gait is antalgic. Straight leg raise causes back pain. Incisions are well healed.

Constitutional: Well-nourished, well-developed and in no obvious distress.

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
5124741114 Fax: 5124741118



Nita Fabre [redacted] Home
Female DOB: [redacted] 590 [redacted] Ins: BCBS of Texas Grp: HTC363

**Heart:**
Skin is normal temperature. Edema is not present.
**MSK:**
Gait and station normal. Muscle bulk is normal. Muscle tone is normal. Motor strength 5/5 in all major muscle groups of the upper and lower extremities. Except as noted above.
**Extremities:**
Inspection of digits and nails reveals no abnormalities.
**Neurologic:**
Awake, alert, oriented with normal memory, language, and fund of knowledge. Testing of cranial nerves reveals no deficits. Exam of sensation reveals no abnormalities. Deep tendon reflexes are normal. Except as noted above.

## Allergies:
1) Methadone Hcl (methadone Hcl Tabs) (critical)
2) Morphine Sulfate (morphine Sulfate Tabs) (critical)
3) Latex Gloves (disposable Gloves) (critical)

Diagnostic Testing Review:
CT Myelogram (RRR)
She has a lumbar CT myelogram that I reviewed. It shows an anterior fusion that she had many years ago at an outside facility, and that seems solid at L4-5. She has perhaps some narrowing of the foramen at L5-S1 but no central compression at all. The disc height is appropriate at L5-S1 and the curvature is normal.

Patient Education:

Dictation Assessment:
Ms. Fabre returns today for a followup visit. I have treated her for chronic pain with placement of a lumbar spinal stimulator. She had an anterior lumbar fusion done at an outside facility many years ago at L4-5. She presents with more pain that seems greatly muscular but could be discogenic as well. She describes pain in the sacral region as well as extending into the piriformis area, gluteus area, and proximal leg for the most part on the right side. She does get some symptoms that extend down below the knee on occasion and is getting some spasms that seem to be so severe that they are causing her some change in her bladder function. There is no evidence of nerve compression that would relate to bowel or bladder issues on her myelogram. There is evidence of perhaps some mild narrowing at L5-S1 in the foramen. There is no other clear anatomic issue on that myelogram, but of course we cannot see the disc integrity itself on CT.

Dictation Plan:
At this point, I do not have a significant anatomic target that can be used to help with her pain. I would request that she continue to follow with her pain management physician. We could try a lumbar discogram to see if the L5-S1 disc is now a pain generator for her and the source of the discomfort that causes her spasms. Aside from that, I am not sure that we have a clear surgical direction in which we can move. I discussed this with her and answered all of her questions today. Should she have a discogram, I certainly would be happy to be involved in her care if positive.

**Neurotexas, PLLC**
3000 N IH 35, Ste 600 Austin, TX 78705
5124741114 Fax: 5124741118



**Nita Fabre** Home:
Female DOB: 590 Ins: BCBS of Texas Grp: HTC363

**Electronically signed by Mark G Burnett MD on 08/09/2015 at 3:22 PM**

RIVER RANCH RADIOLOGY SENDERO Imaging & Treatment Center

**Patient Details**

**Patient Name:** NITA FABRE,
**MRN:** R171136
**Birth date:**

**Study Details**

**Study Description:** CT LUMBAR POST MYELOGRAM
**Accession Number:** 385726
**Referring Physician:** RRR7375 JEFFERY HIGGINBOTHAM MD,

**Report Results**

**Status:** Final
**Body:**

**Radiologist:** Campbell Scott E MD
**Dictation Date/Time:** 06/24/2015 00:02
**Approved By:** Campbell Scott E MD
**Approved Date/Time:** 06/24/2015 00:07

\

PROCEDURE: CT SCAN LUMBAR SPINE POST MYELOGRAM

CLINICAL HISTORY: 2008 lumbar fusion and laminectomy. 2013 stimulator. June 2013 stimulator revision. Back pain and weakness of the right lower extremity

COMPARISON: None.I will be happy to dictate an addendum if and when comparison studies become available.

TECHNIQUE: 0.625 mm images performed from lower thoracic spine through the upper sacrum. 2 mm sagittal and coronal reconstructed data submitted. 2.5 mm axial reconstructed data submitted.

FINDINGS: Lumbar orthopedic hardware in place, L4-5 solid-appearing fusion by graft material and anterior hardware placed for fixation of graft material. The posterior column has not fused at the same level. No hardware loosening.

The conus terminates normally at T12-L1. No spondylolisthesis. No fracture. No aggressive nor destructive trabecular alteration. No paraspinous soft tissue pathology detected. Incidental note made of IUD within the uterine fundus. No complication of placement detected.

L5-S1: Mild/moderate facet arthropathy with 4 mm osteophytic spur projected towards the spinal canal off the facet joints contacts the dorsal right and left S1 nerves without mass effect, subarachnoid contrast still preserved around the descending right and left S1 nerves while supine. Disc bulge creates narrowing of fat around intraforaminal right and left L5 nerves without mass effect , not likely a source of nerve compression given no evidence of instability on loadbearing myelogram. No disc hernia.

RIVER RANCH RADIOLOGY SENDERO Imaging & Treatment Center



L4-5: Postsurgical changes described above . No central canal stenosis. Fat preserved around the exiting nerve roots.

L3-4: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L2-3: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L1-2: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

IMPRESSION:
1. L4-5 solid-appearing anterior column fusion.

2. L5-S1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves while supine. There could be irritation of descending and exiting L5 nerves with load bearing.

3. See lumbar spine x-rays post myelogram dictation, for significance of weightbearing.

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, July 22, 2015 11:22 AM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 8/22/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (866) 213-2937.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, July 22, 2015 11:22 AM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 8/22/2015. This indicates an extension of benefits. The case manager for this claim is Heather Buss. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (866) 213-2937.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 21, 2015

Ms. Nita M. Fabre

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Centene Management Company's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Heather Buss has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Grant Price
Internship/Coop
On Behalf Of: Heather Buss
Phone No.: (866) 213-2937 Ext. 14641
Secure Fax No.: (603) 334-8042

PAIN MANAGEMENT CONSULTANTS, P.A.
Spinal Diagnostics and Therapeutics

J. LOWELL HARO, MD
JEFFREY N. HIGGINBOTHAM, MD

*****NEW BASTROP LOCATION*****

101 West Koenig Lane. Suite 100 Austin, Texas 78751
15808 FM 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71 Ste. 109 Bastrop, Texas 78602

Phone: 512/454-9426
Fax: 512/454-7294

TO: Liberty Mutual Group Benefits Disability Claim DATE: 7/20/15
FROM: Pain Mgmt Consultants FAX #: 603-334-0380
RE: pt Nita Fabre NUMBER OF PAGES WITH COVER: 14

**IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, OR IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (512) 454-9426.**

MEASSAGE: Work Restrictions Form

# CAUTION: CONTAINS CONFIDENTIAL HEALTH CARE INFORMATION

**IMPORTANT:** THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED, CONFIDENTIAL AND INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY ADVISED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE ADVISE US IMMEDIATELY BY TELEPHONE AND DESTROY THESE PAPERS.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

Return To: Brittany Kaahui

| Nita Fabre | / / | 5354081 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — 8/22/2013
   DATE LAST TREATED — 7/9/2015
   NEXT OFFICE VISIT — 8/4/2015

   Postlaminectomy Syndrome Lumbar Spine 722.83
   Hip bursitis 726.5
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*. 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   pt unable to lift >10lbs due to severe back pain. pt also unable to walk or stand longer than 10-15 minutes due to severe back & right leg pain. pt also unable to sit longer than 10-15 minutes due to severe back pain.

4. RESTRICTIONS IMPOSED FROM 6/22/15 TO 8/22/15.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   pt had radiofrequency thermocoagulation on 7/9/15 to help treat her back pain. It takes up to 6 weeks following RFTC to notice pain relief. We anticipate that pt will be able to return to work 6 weeks following procedure.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   please see imaging reports & office visit notes

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 6/22/15 TO present.

| Jeffrey Higginbotham MS | MD – Pain Mgmt | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 101 W. Koenig Lane, Suite 100 | (512) 454-9426 | (512) 454-7294 |
| Street Address | Telephone Number | Fax Number |
| Austin, TX 78751 | [signature] | 7/16/15 |
| City, State & Zip Code | Signature | Date |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 10, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM<br>OV w/ PA or Ref out for FCE? |
| Attn: | |
| Fax: | (512) 454-7294<br>NO |
| From: | Brittany Kaahui<br>Disability Claims STD Case Mgr II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 422-0195 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 10, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by July 17, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0195 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an

individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

Attachments: Restrictions Form

RIVER RANCH RADIOLOGY

Patient: NITA FABRE
DOB: 00:00
Patient ID: R171136
Exam Site: RRR PO

Exam Date: 06 /22/2015 13:30
Referring Physician:
JEFFERY HIGGINBOTHAM MD

**PROCEDURE:** Lumbar myelogram

**CLINICAL HISTORY:** Prior lumbar fusion, 2008. Lumbar stimulator 2013 with persistent back pain into the right lower extremity with weakness.

**COMPARISON:** None. I will be happy to dictate an addendum if and when comparison studies become available.

**TECHNIQUE:** Informed consent was obtained from patient. Patient was prepped and draped in the usual sterile fashion. Lidocaine buffered bicarbonate utilized for local anesthesia. 25 gauge needle was advanced into the spinal canal via intralaminar space to the right of midline at the level of L3-4. Fluoroscopic guidance utilized. 15 cc of Isovue-M 200 were injected. Multiple images of the lumbar spine were obtained in the prone and upright position, including standing upright images using the lateral projection with hip flexion and hip extension.

**FINDINGS:** L4-5 anterior column hardware and graft material, solid-appearing fusion with no evidence of instability. No spondylolisthesis. No fracture. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space, a finding that is commonly seen at this level in asymptomatic individuals (physiologic) , but clinical correlation will be of value confirm or exclude S1 nerve irritation. Less than 20% front back canal compromise L3-4 and L5-S1. No compression of descending nerve roots at any level of the lumbar spine otherwise detected.

**IMPRESSION:**

**1. L4-5 solid-appearing fusion without evidence of instability. CT which follows will further assess hardware and fusion integrity.**

**2. Mild front back canal compromise L3-4 and L5-S1 without nerve root truncation. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space may**

be physiologic, but could indicate nerve root irritation or inflammation. CT which follows will further assess spinal canal and neural exit foramen.

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:08
ddt 06 /24/2015 00:08
tdt 06 /24/2015 00:08
transcriber Campbell^Scott^E^^MD

Key Images: 0

Thank you for your referral!

(512) 454-9597 · (800) 394-7226 · (512) 459-7449 (fax)

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

THINK GREEN. THINK PACS.

Save film and sign up today at pacs@riverranchradiology.com or pacs@aenderoimaging.com

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 07/08/2015 02:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Tifany Hensley, MA-C 07/08/2015 02:57 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ), weakness (Severe RLE ) and loss of bladder control, while there has been no loss of bowel control. Additional reasons for visit:**

Recheck of Past interventions-Medical is described as the following:
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt states she got a few days relief from ESI TF Lumbar 6/29/15 but now her pain is worse. ).**

Recheck of Past surgical interventions are described as the following:
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Tifany Hensley, MA-C; 07/08/2015 02:37 PM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 98.2 °F (Oral) **Pulse:** 86 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/88

### Review of Systems *(Tifany Hensley, MA-C; 07/08/2015 01:28 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Tifany Hensley, MA-C 07/08/2015 01:28 PM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1 | M79.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Illicit drug use: None
Tobacco use: Smoker 3-5 cigs a day
Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep
Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active. (start 5/12/2015 end 8/10/2015; ; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active. (start 5/14/2015 end 8/12/2015; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 07/12/2015) Active - Hx Entry. (start: 7/12/15 end: 8/11/15 150560142950 prewriten ov/km 7/8 Supervising physician Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active - Hx Entry. (start 4/12/2015 end 7/11/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 07/12/2015) Active - Hx Entry. (start: 7/12/15 end: 8/11/15 150560142951 prewriten ov/km 7/8 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Capsule Oral three times daily, Taken starting 06/09/2015) Active - Hx Entry. (start 6/9/2015 end 7/9/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet, 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active. (START: 6/23/15 END: 7/23/15; LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316; Supervising Physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

Medications Reconciled.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Hypertension: Mother
Cancer: Sister
Skin Cancer: Father
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 07/08/2015 03:12 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 07/08/201504:51 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back and RLE pain for the past 2 months and states that she can only walk a few minutes before she experiences severe right leg pain; CT Myelogram indicates stable fusion L4-L5 with potential for nerve irritation of right and left S1 nerve root; pt has not been working since June 22nd due to back pain; SCS somewhat helpful; recent TF LESI right L5, S1 on 6/29/2015 offered only 2-3 days of pain relief; she is to have rftc of L-spine tomorrow which will hopefully offer relief
Current Plans:

- Reviewed imaging report with patient

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain/spasms
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Pt reports that Oxycontin and oxycodone help with her pain; neurontin somewhat helpful
Current Plans:

- Continued Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 07/08/2015, No Refill.
- Continued Mobic 15MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 07/08/2015, Ref. x2.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 07/12/2015, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 07/12/2015, No Refill.
- Follow up in 1 month or as needed

***KRISTY MARKELL PA-C*** ***KRISTY MARKELL PA-C***

## Procedure

# Epidural Steroid Injection Transforaminal Lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Brittany Staires, LVN on 6/29/2015 (Routine)
Performed on 6/29/2015 3:59 PM
Reviewed by J. LOWELL HARO, M.D. on 6/29/2015

## ESI TF lumbar

Date of Service: 6/29/2015 3:59 PM
**Procedure**
Name: TRANSFORAMINAL EPIDURAL STEROID INJECTION #2
Side: Right
Level: S1, L5 Vertebral
**Surgeon**
:: J. LOWELL HARO, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Omnipaque 240mg/ml: 4cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (R lateral L5, L S1 root to L5-S1 disc.)
:: No fill defects were observed.
:: No paresthesias were produced.
:: The patient's normal pain was produced.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

## Procedure

# Radiofrequency Thermocoagulation Lumbar (64635)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Debbie Haro, RN on 7/6/2015 (Routine)
Performed on 7/9/2015 3:07 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 7/10/2015

**Order Comments:**
Bilateral Lumbar 2,3,4

# RFTC lumbar//////////

Date of Service: 7/9/2015 3:07 PM
Reason for Procedure: Lumbar spondylosis
**Procedure: RADIOFREQUENCY NEUROLYTIC LESIONING OF THE MEDIAL BRANCH NERVES**
Side: Right and Left
Levels: L2, L3, L4, L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**History**
Since last procedure, patient has: decreased pain (previous RFTC at l5/S1 helpful for lower lumbar pain which has worn off and persistent pain above the fusion L2-34 which was temporarily relieved with L2-4 MBB. Will proceed to bilateral L2-4 and L5/S1 RFTC today.)
**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, infection, bleeding, nerve damage, paralysis, and inefficacy, worsening of pain and spinal headache. The patient understood the risks of nerve damage with resulting numbness, weakness or pain in the extremities. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

After standard surgical prep and drape and skin localization with 1% Xylocaine, fluoroscopy was utilized to place the needles as follows:

Using fluoroscopy, the superior endplate of the vertebra was aligned, and utilizing an oblique projection, an 18-gauge needle with a 10 mm active bent tip was placed at "the eye of the dog." The PA projection was used to place the needle at the junction of the sacral ala and the vertebral body. Lateral views were obtained. The needles were posterior and caudad to the neural foramen at each level. Sensory stimulation was carried out at 50 Hz. Discomfort was produced at less than 1 volt. Motor stimulation at 2 Hz to 2 volts (cervical and upper thoracic), or 3 volts (mid/lower thoracic, and lumbar) was performed. The needles were adjusted so the patient did not feel stimulation in the extremity. The image was transferred to the second monitor. Up to 1 ml of 2% Lidocaine was placed through the needle and repeated if necessary. The stylette was replaced and the needle position rechecked. A 60 second 85-degree lesion was performed. A hard copy was made of the position of the needle at each level. The needle was withdrawn slightly and a second lesion was performed.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

Lidocaine 1%: 20 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated. Follow up in office visit in 4 weeks or for routine office visit for medication.

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Tuesday, July 21, 2015 3:18:36 PM |
| **To:** | NFABRE06@ATT.NET; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Centene Management Company Claim No. 5354081 Nita Fabre |
| **Attachments:** | b2b8df7a90fe4a79a9d306f079c88d7ac8a9a8e69a88f0c6_1401316.pdf; |

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 21, 2015

Ms. Nita M. Fabre

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081

Dear Ms. Nita Fabre:

Please complete and sign the attached authorization then provide a copy to your treating physicians and return a copy for your claim file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather Buss
Disability Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13968
Secure Fax No.: (603) 334-8042

Attachments: Authorization - Medical

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Nita Fabre Claim No 5354081

Employer/Sponsor/Customer Name Centene Management Company

Return to: Heather Buss

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Nita Fabre
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5354081
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Brittany Kaahui<br>Disability Claims STD Case Mgr II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 422-0195 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 15, 2015 through the present

We ask that you provide this information by July 22, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0195 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

Pain Management Consultants, P.A.
SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 06/09/2015 11:00 AM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Brittany Thames, MA-C 06/09/2015 11:42 AM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, sitting, walking, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (Severe RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

**Recheck of Past interventions-Medical is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 9.5 out of 10. Updates include: (Pt states severe increase in R leg and R foot pain, swelling in feet. no med changes, heart rate is elevated also fluctuates within seconds, from 80-120 within a few seconds. She is to see her cardiologist soon.).**

**Recheck of Past surgical interventions are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Brittany Thames, MA-C; 06/09/2015 11:21 AM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 98.8 ºF (Oral) **Pulse:** 110 (Regular) **Resp.:** 16 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 120/80

### Review of Systems *(Brittany Thames, MA-C; 06/09/2015 11:24 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Brittany Thames, MA-C 06/09/2015 11:24 AM

### Allergy

Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash
Methadone HCl *ANALGESICS - OPIOID* []: Itching

### Past Medical

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1 | M79.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion, pt hurting above level of fusion from L2-L4, recommend mbb/rftc at that level
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Alcohol Use: None
Illicit drug use: None
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/14/2015 end 8/12/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 06/12/2015) Active - Hx Entry. (start: 6/12/15 end: 7/12/15 150560138856 prewriten ov/km 6/10 Supervising physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active - Hx Entry. (start 4/12/2015 end 7/11/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 06/12/2015) Active - Hx Entry. (start: 6/12/15 end: 7/12/15 150560138857 prewriten ov/km 6/10 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR Oral) Active - Hx Entry.

Mirena (20MCG/24HR IUD Intrauterine) Active - Hx Entry.

Effexor (100MG Tablet 1 Oral at bedtime) Active - Hx Entry.

Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.

Zantac (150MG Tablet 1 Oral daily prn) Active - Hx Entry.

Medications Reconciled Specific dose unknown - Active - Hx Entry.

**Family**

Cancer: Sister
Skin Cancer: Father
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 06/09/2015 11:43 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 06/09/201511:52 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT reports that her back and RLE pain has been severe lately and states that she can barely work due to pain and is in bed on most days; SCS helpful but continues to have persistent RLE pain; recommend pt proceed with TF LESI right L5, S1 in hopes to reduce her pain
Current Plans:

- Epidural Steroid Injection Transforaminal Lumbar (64483) ; Routine (right L5, S1)
- ESI info printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain but has not noticed much relief with lower back pain
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that lyrica helps with her pain but causes swelling; she would like to try gabapentin again to see if this helps (she was on this long ago but cannot recall why it was discontinued)
Current Plans:

- Discontinued Lyrica 50MG.
- Started Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 06/09/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 06/12/2015, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 06/12/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

[signature]

***KRISTY MARKELL PA-C***

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 07/08/2015 02:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

**History of Present Illness** *(Tifany Hensley, MA-C 07/08/2015 02:57 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ), weakness (Severe RLE ) and loss of bladder control, while there has been no loss of bowel control. Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt states she got a few days relief from ESI TF Lumbar 6/29/15 but now her pain is worse. ).**

**<u>Recheck of Past surgical interventions</u> are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Tifany Hensley, MA-C; 07/08/2015 02:37 PM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 98.2 ºF (Oral) **Pulse:** 86 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/88

**Review of Systems** *(Tifany Hensley, MA-C; 07/08/2015 01:28 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Tifany Hensley, MA-C 07/08/2015 01:28 PM

### Allergy

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

### Past Medical

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1 | M79.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Illicit drug use: None
Tobacco use: Smoker 3-5 cigs a day
Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep
Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active. (start 5/12/2015 end 8/10/2015; ; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active. (start 5/14/2015 end 8/12/2015; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 07/12/2015) Active - Hx Entry. (start: 7/12/15 end: 8/11/15 150560142950 prewriten ov/km 7/8 Supervising physician Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active - Hx Entry. (start 4/12/2015 end 7/11/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 07/12/2015) Active - Hx Entry. (start: 7/12/15 end: 8/11/15 150560142951 prewriten ov/km 7/8 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Capsule Oral three times daily, Taken starting 06/09/2015) Active - Hx Entry. (start 6/9/2015 end 7/9/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet, 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active. (START: 6/23/15 END: 7/23/15; LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316; Supervising Physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

Medications Reconciled.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Hypertension: Mother
Cancer: Sister
Skin Cancer: Father
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 07/08/2015 03:12 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 07/08/201504:51 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back and RLE pain for the past 2 months and states that she can only walk a few minutes before she experiences severe right leg pain; CT Myelogram indicates stable fusion L4-L5 with potential for nerve irritation of right and left S1 nerve root; pt has not been working since June 22nd due to back pain; SCS somewhat helpful; recent TF LESI right L5, S1 on 6/29/2015 offered only 2-3 days of pain relief; she is to have rftc of L-spine tomorrow which will hopefully offer relief
Current Plans:

- Reviewed imaging report with patient

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain/spasms
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa Inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Pt reports that Oxycontin and oxycodone help with her pain; neurontin somewhat helpful
Current Plans:

- Continued Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 07/08/2015, No Refill.
- Continued Mobic 15MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 07/08/2015, Ref. x2.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 07/12/2015, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 07/12/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***KRISTY MARKELL PA-C***

RIVER RANCH RADIOLOGY®

Patient:NITA FABRE
DOB: 00:00
Patient ID:R171136
Exam Site:RRR PO

Exam Date:06/22/2015 14:15
Referring Physician:
JEFFERY HIGGINBOTHAM,MD

PROCEDURE: CT SCAN LUMBAR SPINE POST MYELOGRAM

CLINICAL HISTORY: 2008 lumbar fusion and laminectomy, 2013 stimulator, June 2013 stimulator revision. Back pain and weakness of the right lower extremity

COMPARISON: None.I will be happy to dictate an addendum if and when comparison studies become available.

TECHNIQUE: 0.625 mm images performed from lower thoracic spine through the upper sacrum. 2 mm sagittal and coronal reconstructed data submitted. 2.5 mm axial reconstructed data submitted.

FINDINGS: Lumbar orthopedic hardware in place, L4-5 solid-appearing fusion by graft material and anterior hardware placed for fixation of graft material. The posterior column has not fused at the same level. No hardware loosening.

The conus terminates normally at T12-L1. No spondylolisthesis. No fracture. No aggressive nor destructive trabecular alteration. No paraspinous soft tissue pathology detected. Incidental note made of IUD within the uterine fundus. No complication of placement detected.

L5-S1: Mild/moderate facet arthropathy with 4 mm osteophytic spur projected towards the spinal canal off the facet joints contacts the dorsal right and left S1 nerves without mass effect, subarachnoid contrast still preserved around the descending right and left S1 nerves while supine. Disc bulge creates narrowing of fat around intraforaminal right and left L5 nerves without mass effect , not likely a source of nerve compression given no evidence of instability on loadbearing myelogram. No disc hernia.

L4-5: Postsurgical changes described above . No central canal stenosis. Fat preserved around the exiting nerve roots.

L3-4: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L2-3: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L1-2: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

IMPRESSION:
1. L4-5 solid-appearing anterior column fusion.

2. L5-S1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves while supine. There could be irritation of descending and exiting L5 nerves with load bearing.

3. See lumbar spine x-rays post myelogram dictation, for significance of weightbearing.

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:07
ddt 06 /24/2015 00:02
tdt 06 /24/2015 00:02
transcriber Campbell^Scott^E^^MD

Key Images:0

Thank you for your referral!

(512) 454-9597 · (800) 394-7226 · (512) 459-7449 (fax)

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

RIVER RANCH RADIOLOGY®

Patient: NITA FABRE
DOB 00:00
Patient ID: R171136
Exam Site: RRR PO

Exam Date: 06/22/2015 13:30
Referring Physician:
JEFFERY HIGGINBOTHAM MD

**PROCEDURE:** Lumbar myelogram

**CLINICAL HISTORY:** Prior lumbar fusion, 2008. Lumbar stimulator 2013 with persistent back pain into the right lower extremity with weakness.

**COMPARISON:** None. I will be happy to dictate an addendum if and when comparison studies become available.

**TECHNIQUE:** Informed consent was obtained from patient. Patient was prepped and draped in the usual sterile fashion. Lidocaine buffered bicarbonate utilized for local anesthesia. 25 gauge needle was advanced into the spinal canal via intralaminar space to the right of midline at the level of L3-4. Fluoroscopic guidance utilized. 15 cc of Isovue-M 200 were injected. Multiple images of the lumbar spine were obtained in the prone and upright position, including standing upright images using the lateral projection with hip flexion and hip extension.

**FINDINGS:** L4-5 anterior column hardware and graft material, solid-appearing fusion with no evidence of instability. No spondylolisthesis. No fracture. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space, a finding that is commonly seen at this level in asymptomatic individuals (physiologic) , but clinical correlation will be of value confirm or exclude S1 nerve irritation. Less than 20% front back canal compromise L3-4 and L5-S1. No compression of descending nerve roots at any level of the lumbar spine otherwise detected.

**IMPRESSION:**

**1. L4-5 solid-appearing fusion without evidence of instability. CT which follows will further assess hardware and fusion integrity.**

**2. Mild front back canal compromise L3-4 and L5-S1 without nerve root truncation. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space may**

**be physiologic, but could indicate nerve root irritation or inflammation. CT which follows will further assess spinal canal and neural exit foramen.**

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:08
ddt 06 /24/2015 00:08
tdt 06 /24/2015 00:08
transcriber Campbell^Scott^E^^MD

Key Images:0

**Thank you for your referral!**

**(512) 454-9597 · (800) 394-7226 · (512) 459-7449 (fax)**

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

**THINK GREEN. THINK PACS.**

Save film and sign up today at pacs@riverranchradiology.com or pacs@senderoimaging.com.

# Procedure

## Radiofrequency Thermocoagulation Lumbar (64635)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Debbie Haro, RN on 7/6/2015 (Routine)
Performed on 7/9/2015 3:07 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 7/10/2015

**Order Comments:**
Bilateral Lumbar 2,3,4

## RFTC lumbar//////////

Date of Service: 7/9/2015 3:07 PM
Reason for Procedure: Lumbar spondylosis
**Procedure: RADIOFREQUENCY NEUROLYTIC LESIONING OF THE MEDIAL BRANCH NERVES**
Side: Right and Left
Levels: L2, L3, L4, L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**History**
Since last procedure, patient has: decreased pain (previous RFTC at l5/S1 helpful for lower lumbar pain which has worn off and persistent pain above the fusion L2-34 which was temporarily relieved with L2-4 MBB. Will proceed to bilateral L2-4 and L5/S1 RFTC today.)
**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, infection, bleeding, nerve damage, paralysis, and inefficacy, worsening of pain and spinal headache. The patient understood the risks of nerve damage with resulting numbness, weakness or pain in the extremities. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

After standard surgical prep and drape and skin localization with 1% Xylocaine, fluoroscopy was utilized to place the needles as follows:

Using fluoroscopy, the superior endplate of the vertebra was aligned, and utilizing an oblique projection, an 18-gauge needle with a 10 mm active bent tip was placed at "the eye of the dog." The PA projection was used to place the needle at the junction of the sacral ala and the vertebral body. Lateral views were obtained. The needles were posterior and caudad to the neural foramen at each level. Sensory stimulation was carried out at 50 Hz. Discomfort was produced at less than 1 volt. Motor stimulation at 2 Hz to 2 volts (cervical and upper thoracic), or 3 volts (mid/lower thoracic, and lumbar) was performed. The needles were adjusted so the patient did not feel stimulation in the extremity. The image was transferred to the second monitor. Up to 1 ml of 2% Lidocaine was placed through the needle and repeated if necessary. The stylette was replaced and the needle position rechecked. A 60 second 85-degree lesion was performed. A hard copy was made of the position of the needle at each level. The needle was withdrawn slightly and a second lesion was performed.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

Lidocaine 1%: 20 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated. Follow up in office visit in 4 weeks or for routine office visit for medication.

## Procedure

# Epidural Steroid Injection Transforaminal Lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Brittany Staires, LVN on 6/29/2015 (Routine)
Performed on 6/29/2015 3:59 PM
Reviewed by J. LOWELL HARO, M.D. on 6/29/2015

## ESI TF lumbar

Date of Service: 6/29/2015 3:59 PM
**Procedure**
Name: TRANSFORAMINAL EPIDURAL STEROID INJECTION #2
Side: Right
Level: S1, L5 Vertebral
**Surgeon**
:: J. LOWELL HARO, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Omnipaque 240mg/ml: 4cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (R lateral L5, L S1 root to L5-S1 disc.)
.: No fill defects were observed.
.: No paresthesias were produced.
.: The patient's normal pain was produced.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.



Liberty/Fabre 1565

## Procedure

# Epidural Steroid Injection Transforaminal Lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 6/9/2015 (Routine)
Performed on 6/10/2015 3:51 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 6/15/2015

**Order Comments:**
right L5, S1

## ESI TF lumbar

Date of Service: 6/10/2015 3:51 PM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5 and S1)
.: No fill defects were observed.
.: No paresthesias were produced.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 10, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2015 through the present

We ask that you provide this information by July 17, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0195 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 10, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Brittany Kaahui<br>Disability Claims STD Case Mgr II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 422-0195 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 07/08/2015 02:30 PM**

**NITA FABRE (DOB: ) returns to the office today for a follow up visit.**

## History of Present Illness *(Tifany Hensley, MA-C 07/08/2015 02:57 PM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, medication/s, heat and massage. The pain has been associated with numbness (RLE ), weakness (Severe RLE ) and loss of bladder control, while there has been no loss of bowel control. Additional reasons for visit:**

**<u>Recheck of Past interventions-Medical</u> is described as the following:
Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 10 out of 10. Updates include: (Pt states she got a few days relief from ESI TF Lumbar 6/29/15 but now her pain is worse. ).**

**<u>Recheck of Past surgical interventions</u> are described as the following:
LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.; 6/29/15 ESI TF Lumbar 2-3 days relief.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



## Vitals *(Tifany Hensley, MA-C; 07/08/2015 02:37 PM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 98.2 °F (Oral) **Pulse:** 86 (Regular) **Resp.:** 12 (Unlabored)
**BP:** 128/88

**Review of Systems** *(Tifany Hensley, MA-C; 07/08/2015 01:28 PM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

## Active History

Tifany Hensley, MA-C 07/08/2015 01:28 PM

**Allergy**

Methadone HCl *ANALGESICS - OPIOID* []: Itching
Latex Exam Gloves *MEDICAL DEVICES* []
Morphine Sulfate *ANALGESICS - OPIOID* []: Rash

**Past Medical**

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1 | M79.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Osteoarthritis
Depression
Asthma

**Social**

Illicit drug use: None
Tobacco use: Smoker 3-5 cigs a day
Alcohol Use: None
Exercise: daily
Sleep: 4-6 hours of sleep
Current work status: Full-time Utilization Review Nurse

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active. (start 5/12/2015 end 8/10/2015; ; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active. (start 5/14/2015 end 8/12/2015; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 07/12/2015) Active - Hx Entry. (start: 7/12/15 end: 8/11/15 150560142950 prewriten ov/km 7/8 Supervising physician Jeffrey Higginbotham, MD)

Mobic (15MG Tablet 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active - Hx Entry. (start 4/12/2015 end 7/11/2015 supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 07/12/2015) Active - Hx Entry. (start: 7/12/15 end: 8/11/15 150560142951 prewriten ov/km 7/8 Supervising physician Jeffrey Higginbotham, MD)

Neurontin (300MG Capsule 1 (one) Capsule Oral three times daily, Taken starting 06/09/2015) Active - Hx Entry. (start 6/9/2015 end 7/9/2015 supervising physician, Jeffrey Higginbotham, MD)

Zofran (4MG Tablet, 1 (one) Tablet Oral po Q 6 hours, Taken starting 06/23/2015) Active. (START: 6/23/15 END: 7/23/15; LVM @ CVS/pharmacy #3881, 520 WEST SLAUGHTER LANE, AUSTIN, TX 78748 (512) 280-8316; Supervising Physician Jeffrey Higginbotham, MD)

PrILOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

Medications Reconciled.

**Family**

Osteoarthritis: Mother, Sister, Brother, Father
Stroke: Father, Mother
Hypertension: Mother
Cancer: Sister
Skin Cancer: Father
Heart Disease/Vascular Disease: Father
Rheumatoid arthritis: Mother, Brother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 07/08/2015 03:12 PM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60), pain produced. extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 07/08/201504:51 PM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief x 6 months, now pain has returned-may consider repeating after rftc L2-L4
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT c/o worsening back and RLE pain for the past 2 months and states that she can only walk a few minutes before she experiences severe right leg pain; CT Myelogram indicates stable fusion L4-L5 with potential for nerve irritation of right and left S1 nerve root; pt has not been working since June 22nd due to back pain; SCS somewhat helpful; recent TF LESI right L5, S1 on 6/29/2015 offered only 2-3 days of pain relief; she is to have rftc of L-spine tomorrow which will hopefully offer relief
Current Plans:

- Reviewed imaging report with patient

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain/spasms
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Problem Story:** lyrica-swelling
**Today's Impression:** Pt reports that Oxycontin and oxycodone help with her pain; neurontin somewhat helpful
Current Plans:

- Continued Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 07/08/2015, No Refill.
- Continued Mobic 15MG, 1 (one) Tablet Tablet daily for pain, #30, 30 days starting 07/08/2015, Ref. x2.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 07/12/2015, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 07/12/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

***Catherine Ray***

## Procedure

### Radiofrequency Thermocoagulation Lumbar (64635)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Debbie Haro, RN on 7/6/2015 (Routine)
Performed on 7/9/2015 3:07 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 7/10/2015

**Order Comments:**
Bilateral Lumbar 2,3,4

### RFTC lumbar//////////

Date of Service: 7/9/2015 3:07 PM
Reason for Procedure: Lumbar spondylosis
**Procedure: RADIOFREQUENCY NEUROLYTIC LESIONING OF THE MEDIAL BRANCH NERVES**
Side: Right and Left
Levels: L2, L3, L4, L5, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**History**
Since last procedure, patient has: decreased pain (previous RFTC at l5/S1 helpful for lower lumbar pain which has worn off and persistent pain above the fusion L2-34 which was temporarily relieved with L2-4 MBB. Will proceed to bilateral L2-4 and L5/S1 RFTC today.)
**Procedure Details**
:: The risks of the procedure were discussed with the patient/guardian, infection, bleeding, nerve damage, paralysis, and inefficacy, worsening of pain and spinal headache. The patient understood the risks of nerve damage with resulting numbness, weakness or pain in the extremities. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). Pulse oximetry and blood pressure were monitored by the physician throughout the procedure.

After standard surgical prep and drape and skin localization with 1% Xylocaine, fluoroscopy was utilized to place the needles as follows:

Using fluoroscopy, the superior endplate of the vertebra was aligned, and utilizing an oblique projection, an 18-gauge needle with a 10 mm active bent tip was placed at "the eye of the dog." The PA projection was used to place the needle at the junction of the sacral ala and the vertebral body. Lateral views were obtained. The needles were posterior and caudad to the neural foramen at each level. Sensory stimulation was carried out at 50 Hz. Discomfort was produced at less than 1 volt. Motor stimulation at 2 Hz to 2 volts (cervical and upper thoracic), or 3 volts (mid/lower thoracic, and lumbar) was performed. The needles were adjusted so the patient did not feel stimulation in the extremity. The image was transferred to the second monitor. Up to 1 ml of 2% Lidocaine was placed through the needle and repeated if necessary. The stylette was replaced and the needle position rechecked. A 60 second 85-degree lesion was performed. A hard copy was made of the position of the needle at each level. The needle was withdrawn slightly and a second lesion was performed.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

Lidocaine 1%: 20 cc
**Follow up**
Plan: Continue with home exercise program or physical therapy as tolerated. Follow up in office visit in 4 weeks or for routine office visit for medication.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 15, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Brittany Kaahui<br>Disability Claims STD Case Mgr II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 422-0195 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 15, 2015 through the present

We ask that you provide this information by July 22, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0195 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 15, 2015

Ms. Nita M. Fabre

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Centene Management Company's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On July 15, 2015, we requested medical records from Dr. Higginbotham. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 15, 2015 through the present from Dr. Higginbotham

Centene Management Company's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than August 28, 2015 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information.  In the absence of this information, your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, July 13, 2015 10:44 AM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 7/13/2015. This indicates an extension of benefits. The case manager for this claim is Brittany Kaahui. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, July 13, 2015 10:44 AM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 6/20/2015. This claim is approved through 7/13/2015. This indicates an extension of benefits. The case manager for this claim is Brittany Kaahui. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 10, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Brittany Kaahui<br>Disability Claims STD Case Mgr II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 422-0195 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 10, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2015 through the present

We ask that you provide this information by July 17, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0195 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 10, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Brittany Kaahui<br>Disability Claims STD Case Mgr II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 422-0195 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 10, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the enclosed Forms:

 X  Restrictions Form
 __  Other

We ask that you provide this information by July 17, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0195 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an

individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Brittany Kaahui

| Nita Fabre | | 5354081 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

   **DATE LAST TREATED** — ____________ ____________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, July 10, 2015 1:57 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 6/20/2015. The claim has been approved through 7/1/2015. The case manager for this claim is Brittany Kaahui. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, July 10, 2015 1:57 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 6/20/2015. The claim has been approved through 7/1/2015. The case manager for this claim is Brittany Kaahui. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 1, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Brittany Kaahui<br>Disability Claims STD Case Mgr II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 422-0195 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 1, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 9, 2015 through the present

We ask that you provide this information by July 8, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0195 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

Pain Management Consultants, P.A.

SPINAL DIAGNOSTICS & THERAPEUTICS

101 W. Koenig Ln, Suite 100 Austin, TX 78751 Phone (512) 454-9426/877-804-7021 Fax (512) 454-7294
15808 F.M. 620 North, Suite 215 Austin, Texas 78717
301 W. Hwy 71, Ste 109, Bastrop, Texas 78602

J. Lowell Haro, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Jeffrey Higginbotham, MD
Diplomate, American Board of Anesthesiology, Certificate of Added Qualifications in Pain Management

Diane Dewan, PA-C
Helen Zook, PA-C
Laura Brynestad, ACNP-BC

Richard Todd, PA-C
Kristy Markell, PA-C

# Follow up Office Visit

**Date of Service: 06/09/2015 11:00 AM**

**NITA FABRE (DOB: [redacted]) returns to the office today for a follow up visit.**

## History of Present Illness *(Brittany Thames, MA-C 06/09/2015 11:42 AM)*

**The patient is a 35 year old female who presents for a recheck of back pain. The onset of back pain has been after a specific incident (MVA 02/02/2012) and date of onset was 08/2012 (recurrance of pain ) and has been occurring in constant and occurs more at night pattern. The back pain is characterized as a dull ache, stabbing, piercing, shooting, burning, tight, tingling, cramping, heavy and throbbing. The back pain is described as being located in the lumbosacral area and sacral area. The back pain radiates to the right groin, right hip, right thigh and right leg. The symptoms are aggravated by exertion, walking, prolonged standing, prolonged sitting, no medications, stress, weather changes and bending. The symptoms are relieved by rest, lying down, stretching, change in position, sitting, walking, medication/s, heat and massage. The pain has been associated with numbness (RLE ) and weakness (Severe RLE ), while there has been no loss of bladder control or loss of bowel control.**
**Additional reasons for visit:**

<u>Recheck of Past Interventions-Medical</u> **is described as the following:**
**Previous evaluations have been performed by a neurosurgeon (Dr. Waldron and Dr. Burnet ), an orthopaedic surgeon (Dr. Josey), another pain management specialist (Dr. Joshi) and their primary care physician (Dr. Debehnke). Previous diagnostic tests have included : X-Ray (ARA), MRI (ARA and RR) and EMG/PNCV's. Previous medications included : analgesics (Norco--not strong enough; Methadone--restlessness and "crawling" skin), muscle relaxants (Flexeril--did not work and could not tolerate side effects; Soma--did not work ) and neuromodulators (Neurontin--caused a reaction with Baclofen ). A chiropractor has not been consulted previously. Previous physical therapy has been helpful (lower back ). The patient has used a TENS unit and it has been helpful (SCS). A psychiatrist and/or psychologist is seeing this patient currently (Stephanie Meldrum ). The patient rates their comfort level as poor. The patient rates their functional status as poor. The pain medications do enhance the patient's comfort and function. The patient rates their pain with medications as 5 out of 10. The patient rates their pain without medications as 9.5 out of 10. Updates include: (Pt states severe increase in R leg and R foot pain, swelling in feet. no med changes, heart rate is elevated also fluctuates within seconds, from 80-120 within a few seconds. She is to see her cardiologist soon.).**

<u>Recheck of Past surgical interventions</u> **are described as the following:**
**LUMBAR/SACRAL/COCCYGEAL: The patient had experienced a decreased pain (40% decrease in pain after R TF ESI L5 #1 and R troch bursa #1 but pain increased after #2 in series 6/2/14. States overall a 20% decrease in pain; 10/2/14 R TF ESI L5 #1 - 40% decrease in pain. 10/30/14 BIL MBB L5, S1 brought 90% Pain relief. 3/16/15 TF ESI RIGHT L5, S1 50% reduction in pain.). Lower body: The patient has experienced a decreased pain (10/9/13 Right SI Joint Injection #1 & Right Trochanteric Bursa Injection # 1 -- Pt reports great relief to date. She reports increased function and mobility; 10/24/13 R Troch Bursa; 1/14/14 IA Hip-75% decrease; 1/30/14 TPI-40% decrease in pain; 05/01/14 R TFESI L5, 05/01/14 R IA HIP; 10/2/14 R troch bursa #1). Implanted Device: SCS Implant (02-04-2013 St. Jude).**



**Vitals** *(Brittany Thames, MA-C; 06/09/2015 11:21 AM)*

**Weight:** 225 lb **Height:** 67 in
**Temp.:** 98.8 °F (Oral) **Pulse:** 110 (Regular) **Resp.:** 16 (Unlabored) **P. OX:** 98% (Room air)
**BP:** 120/80

**Review of Systems** *(Brittany Thames, MA-C; 06/09/2015 11:24 AM)*

**Skin Not Present- Easy bruising, Itching and Jaundice.**
**HEENT Not Present- Blindness Left Eye, Blindness Right Eye, Blurred Vision, Glaucoma, Hearing Loss, Ringing in the Ears and Wears glasses/contact lenses.**
**Respiratory Not Present- Chronic Cough, shortness of breath and Wheezing.**
**Cardiovascular Present- Chest Pain and Rapid Heart Rate. Not Present- Arrhythmia, Heart attack, Heart murmur, High blood pressure and Valve disease.**
**Gastrointestinal Not Present- Constipation, Diarrhea, Nausea and Vomiting.**
**Female Genitourinary Present- Change in urinary stream (when back pain flares up she has difficulty voiding/not a steady stream/denies urinary incontinence). Not Present- Blood in Urine, Frequency, Infection, Kidney stones, Menstrual problems and Painful Urination.**
**Musculoskeletal Present- Back Pain. Not Present- arthritis, difficulty walking, fractures and varicose veins.**
**Neurological Not Present- Dizziness, Headaches, Numbness, Paralysis, Seizures and Weakness.**
**Psychiatric Not Present- Considered suicide, Depression and Trouble with "nerves".**
**Endocrine Not Present- Hypoglycemia and Thyroid Problems.**

**Active History** Brittany Thames, MA-C 06/09/2015 11:24 AM

**Allergy**

Latex Exam Gloves *MEDICAL DEVICES*

Morphine Sulfate *ANALGESICS - OPIOID*: Rash

Methadone HCl *ANALGESICS - OPIOID*: Itching

**Past Medical**

Hip bursitis (726.5 | M70.70) ; RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months

Myalgia and myositis (729.1 | M79.1) ; 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now

Encounter for therapeutic drug monitoring (V58.83 | Z51.81)

Postlaminectomy syndrome, lumbar region (722.83 | M96.1) ; hx of L4-L5 fusion, pt hurting above level of fusion from L2-L4, recommend mbb/rftc at that level
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date

Chronic pain syndrome (338.4 | G89.4)

Sacroiliitis (720.2 | M46.1) ; pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months wearing a SIJ belt 2-3 hrs during the day helps

**Other Medical History**

Depression
Asthma
Osteoarthritis

**Social**

Alcohol Use: None
Illicit drug use: None
Tobacco use: Smoker 3-5 ciggs a day
Current work status: Full-time Utilization Review Nurse
Exercise: daily
Sleep: 4-6 hours of sleep

**Medications**

Skelaxin (800MG Tablet, 1 (one) Oral every eight hours, as needed. MAX: 3/day, Taken starting 05/12/2015) Active. (start 5/12/2015 end 8/10/2015; ; supervising physician, Jeffrey Higginbotham, MD)

Baclofen (20MG Tablet, 1 (one) Oral every six hours, as needed. MAX: 4/day, Taken starting 05/12/2015) Active. (start 5/14/2015 end 8/12/2015; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCONTIN (30MG Tab 12HR Deter 1 (one) Oral every 12 hrs. MAX: 2/day, Taken starting 06/12/2015) Active - Hx Entry. (start: 6/12/15 end: 7/12/15 150560138856 prewriten ov/km 6/10 Supervising physician Jeffrey Higginbotham, MD)

Lyrica (50MG Capsule 1 (one) Oral in the morning and 2 tablets in the evening. MAX:3/day, Taken starting 05/12/2015) Active - Hx Entry. (start 5/12/2015 end 8/10/2015 supervising physician, Jeffrey Higginbotham, MD)

Mobic (15MG Tablet, 1 (one) Tablet Oral daily for pain, Taken starting 04/08/2015) Active. (start 4/12/2015 end 7/11/2015; ; supervising physician, Jeffrey Higginbotham, MD)

OxyCODONE HCl (15MG Tablet 1 (one) Oral every 8 hours prn breakthrough pain, Taken starting 06/12/2015) Active - Hx Entry. (start: 6/12/15 end: 7/12/15 150560138857 prewriten ov/km 6/10 Supervising physician Jeffrey Higginbotham, MD)

PriLOSEC (40MG Capsule DR, Oral) Active.

Mirena (20MCG/24HR IUD, Intrauterine) Active.

Effexor (100MG Tablet, 1 Oral at bedtime) Active.

Singulair (10MG Tablet, 1 Oral daily) Active.

Zantac (150MG Tablet, 1 Oral daily prn) Active.

Medications Reconciled.

**Family**

Cancer: Sister
Skin Cancer: Father
Rheumatoid arthritis: Mother, Brother
Heart Disease/Vascular Disease: Father
Stroke: Father, Mother
Osteoarthritis: Mother, Sister, Brother, Father
Hypertension: Mother

**Diagnostic Studies**

SOAPP-R Assessment (08/20/2013): Low/Moderate Risk (10-15), UDT q 3 months. Score: 13

**Physical Exam** *(KRISTY MARKELL, PA-C; 06/09/2015 11:43 AM)*
**The physical exam findings are as follows:**

**General**
**Mental Status - Alert.**
**General Appearance - Well groomed.**
**Orientation - Oriented X3.**
**Build & Nutrition - Well nourished, Well developed, patient has no gross deformites.**
**Posture - Note: pt sitting upright and appears uncomfortable.**

**Gait - Normal.**

**Integumentary**
**General Characteristics - Overall examination of the patient's skin reveals - Note: pt appears to have impetigo and is currently on abx. Color - no jaundice noted. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.**

**Head and Neck**
**Head - normocephalic, atraumatic with no lesions or palpable masses.**
**Face - Global Assessment - atraumatic.**

**Eye**
**Conjuctivae and lids - normal to inspection bilaterally.**

**ENMT**
**Global Assessment - Upon examination of the ears, nose, mouth and throat - ears and nose are normal in appearance without scars, masses, or lesions and hearing is normal to conversational sound levels.**

**Chest and Lung Exam**
**Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.**

**Cardiovascular**
**Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and no edema in extremities.**

**Peripheral Vascular**
**Lower Extremity - Inspection - Bilateral - No Cyanotic nailbeds, Not Ischemic.**

**Neurologic**
**Sensory - Light Touch - Intact - Light touch is intact throughout the lower extremities.**
**Motor - Bulk and Contour - Normal.**
**Reflexes (Dermatomes) - 2/2 Normal - Left Achilles (L5-S2), Left Knee (L2-4), Right Achilles (L5-S2) and Right Knee (L2-4).**

**Neuropsychiatric**
**Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation.**
**The patient's mood and affect are described as - normal.**
**Judgment and Insight - insight is appropriate concerning matters relevant to self.**
**Thought Processes/Cognitive Function - appropriate fund of knowledge.**

**Musculoskeletal**
**Thoracic spine - Inspection/palpation - there is tenderness in the midline (along scar line), there is tenderness in the paravertebral muscles.**
**Lumbosacral spine - Inspection/palpation - no scoliosis noted, no spasm is noted in the paravertebral muscles and no trigger points elicited, tenderness noted in the paravertebral muscles (exquisitely tender to palpation), tenderness noted over the lumbar facets (above and at level of fusion). Inspection/palpation - SI joint-Right - pain is elicited. SI joint-Left - no pain is elicited. Range of motion - forward flexion - normal (0-60) and no pain produced . extension - normal (0-25) and no pain produced. lateral flexion-Right - normal (0-40) and no pain produced. lateral flexion-Left - no pain produced. straight leg raise-Right - no pain produced. straight leg raise-Left - no pain produced.**
**Right lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Left lower extremity - Inspection/palpation - no atrophy noted and there is 5 out of 5 strength and tone.**
**Lower Extremity - Hip: Inspection and Palpation - Tenderness - 1+ (right greater trochanter).**

**Assessment & Plan** *(KRISTY MARKELL, PA-C; 06/09/201511:52 AM)*

**Postlaminectomy syndrome, lumbar region (722.83 | M96.1)**
**Problem Story:** hx of L4-L5 fusion
Recent MBB bil L2-L4 on 5/21/2015 and 5/28/2015 >50% pain relief x 1-2 hours, recommend proceeding with rftc in hopes of long-term relief but pt wants to focus on RLE pain first
S/P 7/18/2013 SCS St. Jude Paddle lead placement and subsequent revision
RFTC L5, S1 on 11/20/2014--75% pain relief up to date
Right L5 TF LESI on 10/2/2014--40% pain relief x 5 months
Right L5, S1 TF LESI on 3/16/2015 --50% pain relief up to date
**Today's Impression:** PT reports that her back and RLE pain has been severe lately and states that she can barely work due to pain and is in bed on most days; SCS helpful but continues to have persistent RLE pain; recommend pt proceed with TF LESI right L5, S1 in hopes to reduce her pain
Current Plans:

- Epidural Steroid Injection Transforaminal Lumbar (64483) ; Routine (right L5, S1)
- ESI info printed

**Sacroiliitis (720.2 | M46.1)**
**Problem Story:** pt reports that the right SIJ on 1/9/2014--65% pain relief x 2.5 months
wearing a SIJ belt 2-3 hrs during the day helps
Current Plans:

**Myalgia and myositis (729.1 | M79.1)**
**Problem Story:** 1/12/2015 Right Gluteus Maximus TPI--50% pain relief x 3 weeks but has worn off greatly now
**Today's Impression:** PT c/o intermittent severe spasms/muscle tension in mid back near surgical scar; baclofen along with skelaxin is not very helpful; PT (myofascial release) helpful for mid back pain but has not noticed much relief with lower back pain
Current Plans:

**Hip bursitis (726.5 | M70.70)**
**Problem Story:** RIGHT HIP BURSA INJ ON 6/2/2014-no relief
RIGHT IA HIP INJ on 5/1/2014-40-50% pain relief x 3 months
RIGHT IA HIP INJ on 1/30/2014 (3rd in series)-75% pain relief x 2 months
**Today's Impression:** Right Hip Bursa inj on 10/2/2014-40% pain relief up to date, she can now lie on right side of body
Current Plans:

**Encounter for therapeutic drug monitoring (V58.83 | Z51.81)**
Current Plans:

**Chronic pain syndrome (338.4 | G89.4)**
**Today's Impression:** PT reports that lyrica helps with her pain but causes swelling; she would like to try gabapentin again to see if this helps (she was on this long ago but cannot recall why it was discontinued)
Current Plans:

- Discontinued Lyrica 50MG.
- Started Neurontin 300MG, 1 (one) Capsule three times daily, #90, 30 days starting 06/09/2015, No Refill.
- Continued OxyCODONE HCl 15MG, 1 (one) Tablet IR every 8 hours prn breakthrough pain, #90, 30 days starting 06/12/2015, No Refill.
- Continued OxyCONTIN 30MG, 1 (one) Tab 12HR Deter every 12 hrs. MAX: 2/day, #60, 30 days starting 06/12/2015, No Refill.
- Follow up in 1 month or as needed

***Thank you for allowing me to participate in the care of NITA FABRE. I will keep you informed of her progress.***

***Sincerely,***

Brittany Thames

***Brittany Thames MA-C***

RIVER RANCH RADIOLOGY

Patient:NITA FABRE
DOB: 00:00
Patient ID:R171136
Exam Site:RRR PO

Exam Date:06/22/2015 13:30
Referring Physician:
JEFFERY HIGGINBOTHAM MD

**PROCEDURE: Lumbar myelogram**

**CLINICAL HISTORY;** Prior lumbar fusion, 2008. Lumbar stimulator 2013 with persistent back pain into the right lower extremity with weakness.

**COMPARISON:** None.I will be happy to dictate an addendum if and when comparison studies become available.

**TECHNIQUE:** Informed consent was obtained from patient. Patient was prepped and draped in the usual sterile fashion. Lidocaine buffered bicarbonate utilized for local anesthesia. 25 gauge needle was advanced into the spinal canal via intralaminar space to the right of midline at the level of L3-4. Fluoroscopic guidance utilized. 15 cc of Isovue-M 200 were injected. Multiple images of the lumbar spine were obtained in the prone and upright position, including standing upright images using the lateral projection with hip flexion and hip extension.

**FINDINGS:** L4-5 anterior column hardware and graft material, solid-appearing fusion with no evidence of instability. No spondylolisthesis. No fracture. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space, a finding that is commonly seen at this level in asymptomatic individuals (physiologic) , but clinical correlation will be of value confirm or exclude S1 nerve irritation. Less than 20% front back canal compromise L3-4 and L5-S1. No compression of descending nerve roots at any level of the lumbar spine otherwise detected.

**IMPRESSION:**

**1. L4-5 solid-appearing fusion without evidence of instability. CT which follows will further assess hardware and fusion integrity.**

**2. Mild front back canal compromise L3-4 and L5-S1 without nerve root truncation. Subtle "flaring "of descending right and left S1 nerve roots as they cross by the L5-S1 disc space may**

be physiologic, but could indicate nerve root irritation or inflammation. CT which follows will further assess spinal canal and neural exit foramen.

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:08
ddt 06 /24/2015 00:08
tdt 06 /24/2015 00:08
transcriber Campbell^Scott^E^^MD

Key images:0

Thank you for your referral!

(512) 454-9597 • (800) 394-7226 • (512) 459-7449 (fax)

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

THINK GREEN. THINK PACS.

Save film and sign up today at pacs@riverranchradiology.com or pacs@senderoimaging.com.

RIVER RANCH RADIOLOGY®

Patient:NITA FABRE
DOB 00:00
Patient ID:R171136
Exam Site:RRR PO

Exam Date:06/22/2015 14:15
Referring Physician:
JEFFERY HIGGINBOTHAM,MD

PROCEDURE: CT SCAN LUMBAR SPINE POST MYELOGRAM

CLINICAL HISTORY: 2008 lumbar fusion and laminectomy, 2013 stimulator, June 2013 stimulator revision. Back pain and weakness of the right lower extremity

COMPARISON: None.I will be happy to dictate an addendum if and when comparison studies become available.

TECHNIQUE: 0.625 mm images performed from lower thoracic spine through the upper sacrum. 2 mm sagittal and coronal reconstructed data submitted. 2.5 mm axial reconstructed data submitted.

FINDINGS: Lumbar orthopedic hardware in place, L4-5 solid-appearing fusion by graft material and anterior hardware placed for fixation of graft material. The posterior column has not fused at the same level. No hardware loosening.

The conus terminates normally at T12-L1. No spondylolisthesis. No fracture. No aggressive nor destructive trabecular alteration. No paraspinous soft tissue pathology detected. Incidental note made of IUD within the uterine fundus. No complication of placement detected.

L5-S1: Mild/moderate facet arthropathy with 4 mm osteophytic spur projected towards the spinal canal off the facet joints contacts the dorsal right and left S1 nerves without mass effect, subarachnoid contrast still preserved around the descending right and left S1 nerves while supine. Disc bulge creates narrowing of fat around intraforaminal right and left L5 nerves without mass effect , not likely a source of nerve compression given no evidence of instability on loadbearing myelogram. No disc hernia.

L4-5: Postsurgical changes described above . No central canal stenosis. Fat preserved around the exiting nerve roots.

L3-4: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L2-3: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

L1-2: No disc hernia. No central canal stenosis. Fat preserved around the exiting nerve roots. No significant loss of disc height. No significant facet arthropathy detected.

IMPRESSION:
1. L4-5 solid-appearing anterior column fusion.

2. L5-S1 canal and neural exit foramen compromise with no mass effect on descending or exiting nerves while supine. There could be irritation of descending and exiting L5 nerves with load bearing.

3. See lumbar spine X-rays post myelogram dictation, for significance of weightbearing.

Scott E. Campbell, M.D.
Diplomate, American Board of Radiology
Musculoskeletal and Neuroradiology, Senior Member, ASNR
Central Texas Radiology & Spine consultants, P. A.
512-306-0648

Electronically signed

Scott E Campbell MD
adt 06 /24/2015 00:07
ddt 06 /24/2015 00:02
tdt 06 /24/2015 00:02
transcriber Campbell^Scott^E^^MD

Key images:0

**Thank you for your referral!**

**(512) 454-9597 · (800) 394-7220 · (512) 459-7440 (fax)**

Confidentiality Notice: The report is intended for the use of the Referring Physician or Consulting Physician. It contains information that is privileged and/or confidential. If you are not the intended recipient or that person's authorized agent, please destroy this report or return it by US Mail.

## Procedure

# Epidural Steroid Injection Transforaminal Lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by Brittany Staires, LVN on 6/29/2015 (Routine)
Performed on 6/29/2015 3:59 PM
Reviewed by J. LOWELL HARO, M.D. on 6/29/2015

## ESI TF lumbar

Date of Service: 6/29/2015 3:59 PM

**Procedure**
Name: TRANSFORAMINAL EPIDURAL STEROID INJECTION #2
Side: Right
Level: S1, L5 Vertebral
**Surgeon**
:: J. LOWELL HARO, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 3.5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Omnipaque 240mg/ml: 4cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (R lateral L5, L S1 root to L5-S1 disc.)
:: No fill defects were observed.
:: No paresthesias were produced.
:: The patient's normal pain was produced.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

# Procedure

## Epidural Steroid Injection Transforaminal Lumbar (64483)

NITA FABRE

**Final, Reviewed**
Diagnosis: Postlaminectomy syndrome, lumbar region
Ordered by KRISTY MARKELL, PA-C on 6/9/2015 (Routine)
Performed on 6/10/2015 3:51 PM
Reviewed by JEFFERY HIGGINBOTHAM, M.D. on 6/15/2015

**Order Comments:**
right L5, S1

## ESI TF lumbar

Date of Service: 6/10/2015 3:51 PM
**Procedure**
Name: TRANSFORAMINAL LUMBAR EPIDURAL STEROID INJECTION #1
Side: Right
Level: L5 Vertebral, S1
**Surgeon**
:: JEFFREY HIGGINBOTHAM, MD

**Procedure Details**
:: Reason for procedure: low back pain/radiculitis

The risks of the procedure were discussed with the patient/guardian, including the risk of infection, bleeding, nerve damage, paralysis, spinal or epidural abscess, leg weakness and/or numbness, worsening of pain, and no change in pain and spinal headache. Informed consent obtained. The patient was assisted onto the x-ray table in the prone position to access the involved area(s). The area was prepped with standard surgical prep and allowed to dry. Multiplanar fluoroscopy was utilized to identify the neuroforamen and place the needle. The skin and subcutaneous tissues were infiltrated with 1% Lidocaine. A 22 gauge 5" spinal needle with a curved tip was placed into the superior aspect of the neuroforamen using an oblique projection (PA cephalad for S1). No paresthesias occurred and no CSF or blood were aspirated unless noted below.

Sedation: Intravenous sedation was administered (Fentanyl/Versed) after oximetry and blood pressure had been applied and continuously monitored. The patient remained responsive to verbal stimuli throughout procedure unless noted below. Refer to nursing flowsheet for anesthesia administration times and dosages.

The patient was transferred to the dedicated post procedure care unit. Vital signs and pulse oximetry were monitored. The patient was given a discharge instruction sheet outlining post-operative precautions and plans for follow-up as directed.

**Preservative-free Injectate**
Bethamethasone sodium phosphate, non-particulate: 12mg
Bupivacaine 0.25%: 2 cc
Omnipaque 240mg/ml: 2cc
Saline: 2 cc
**Epidurography Report**
Findings: Radiological supervision and interpretation. No Radiologist was present. Hard copy was saved in the medical record. Spread of contrast was noted along the root canal to the level on the (lateral recess of L5 and S1)
.: No fill defects were observed.
.: No paresthesias were produced.
**Follow up**
Plan: Continue with home exercise program or physical therapy, if currently participating. Can repeat in two weeks but only if needed. My office will call to offer another injection. If patient does not wish to repeat, recommend office visit in 2-4 weeks to follow up on status. Otherwise, patient may follow up in routine office visit for medication.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 1, 2015 |
| To: | DR JEFFREY HIGGINBOTHAM |
| Attn: | |
| Fax: | (512) 454-7294 |
| From: | Brittany Kaahui<br>Disability Claims STD Case Mgr II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 422-0195 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5354081<br>Claimant: Nita Fabre<br><br>Centene Management Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 1, 2015

Dr. Jeffrey Higginbotham

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081
Claimant: Nita Fabre
Claimant D.O.B.:

Dear Dr. Jeffrey Higginbotham:

We are the Disability Claim Administrator for your patient, Nita Fabre.

To evaluate Ms. Fabre's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 9, 2015 through the present

We ask that you provide this information by July 8, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0195 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. NITA FABRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 1, 2015

Ms. Nita M. Fabre

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 5354081

Dear Ms. Nita Fabre:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Centene Management Company's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On July 1, 2015, we requested medical records from Dr. Higginbotham. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 9, 2015 through the present from Dr. Higginbotham

Centene Management Company's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than August 14, 2015 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In the absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Kaahui
Disability Claims STD Case Mgr II
Phone No.: (800) 291-0112 Ext. 14271
Secure Fax No.: (603) 422-0195

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, July 01, 2015 1:18 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, July 01, 2015 1:18 PM
**To:** 'CTRAD@CENTENE.COM'; 'smustacchia@centene.com'
**Subject:** Claim# 5354081, NITA FABRE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 5354081.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.