IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 FEB -7 PM 3:22
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY

| | | |
|---|---|---|
| NITA FABRE, PLAINTIFF, | § | |
| V. | § | CAUSE NO. 1:19-CV-258-LY |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, DEFENDANT. | § | |

**ORDER**

Before the court in the above-styled and numbered cause is a Notice of Settlement filed February 4, 2020 (Dk. No. 9). The court has reviewed the notice and renders the following order.

**IT IS ORDERED** that parties file a motion to dismiss or stipulation of dismissal **on or before March 4, 2020**.

SIGNED this 7th day of February, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE