IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 FEB 25 AM 11: 34
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY

| | | |
|---|---|---|
| NITA FABRE, PLAINTIFF, | § | |
| | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-258-LY |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| DEFENDANT. | § | |

**FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On February 20, 2020, the parties filed a Joint Stipulation of Dismissal (Dkt. No. 11) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 25th day of February, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE